NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                         Criminal Number  1:21-cr-00582

## MICHAEL A. SUSSMANN
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA         ■ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

NATALIE HARDWICK RAO #1009542
*(Attorney & Bar ID Number)*

LATHAM & WATKINS LLP
*(Firm Name)*

555 ELEVENTH STREET NW, SUITE 1000
*(Street Address)*

WASHINGTON  DC  20004
*(City)  (State)  (Zip)*

202-637-2200
*(Telephone Number)*