# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

MICHAEL A. SUSSMANN,

         Defendant.

Case No.  1:21-cr-00582

Judge Christopher R. Cooper
Magistrate Judge Zia M. Faruqui

## DECLARATION OF SEAN M. BERKOWITZ
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sean M. Berkowitz, make the following declaration under 28 U.S.C. § 1746:

1.      I make this declaration upon personal knowledge and am competent to testify to the facts set forth below.

2.      I am a partner at Latham & Watkins LLP and am counsel for Defendant in the above captioned matter.  My office address is 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611.  My business telephone number is (312) 777-7016.  My email address is sean.berkowitz@lw.com.

3.      I am a member in good standing of the State Bar of Illinois (1992), No. 6209701. I have been admitted to practice the U.S. Court of Appeals for the 2nd, 6th, 7th, and 8th Circuits, and the U.S. District Courts for the District of Colorado, Eastern District of Michigan, Eastern District of Wisconsin, Northern District of Illinois (General Bar and Trial Bar).

4.      I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5.      On January 15, 2020, I was admitted *pro hac vice* in this Court in the matter *Dequoin Burgess ex rel. v. Navistar International, LLC et al.* as counsel for Navistar

International LLC and Navistar Defense LLC. That matter was dismissed with prejudice on July 16, 2021.

6.     I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have an application for membership pending.

7.     The name, address, telephone number, and email address of the sponsoring attorney of record for the Plaintiff in this matter is:

Natalie Hardwick Rao
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: natalie.rao@lw.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of September, 2021, in the District of Columbia.

Sean M. Berkowitz
Illinois Bar No. 6209701
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7016
Facsimile: (312) 993-9767

*Attorney for Defendant Michael A. Sussman*