# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>Defendant. | Case No. 1:21-cr-00582<br><br>Judge Christopher R. Cooper<br>Magistrate Judge Zia M. Faruqui |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

UPON CONSIDERATION for Defendant's Motion for *Pro Hac Vice* Admission of Sean M. Berkowitz, together with papers submitted in support thereof, the Court HEREBY ORDERS:

Defendant's Motion for *Pro Hac Vice* Admission of Sean M. Berkowitz is GRANTED and Sean M. Berkowitz is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

IT IS SO ORDERED.

This _____ day of _____, 2021.

_____
United States District Judge