## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>　　　　Defendant. | Case No. 1:21-CR-00582<br><br>Judge Christopher R. Cooper<br>Magistrate Judge Zia M. Faruqui |

### MOTION FOR ADMISSION OF
### MICHAEL S. BOSWORTH *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Natalie Hardwick Rao, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Michael S. Bosworth, of Latham & Watkins LLP, to represent Defendant Michael A. Sussmann in the above-captioned case.

The movant, Natalie Hardwick Rao, is a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia, and she is authorized to file through the Court's Electronic Filing System. Ms. Rao is an associate at the law firm of Latham & Watkins LLP located at:

555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Email: natalie.rao@lw.com

This motion is accompanied by a declaration from Michael S. Bosworth, attached hereto as Exhibit A, providing the information required by Rule 83.2(d) of the Local Rules of this Court. As set forth in the declaration, Michael S. Bosworth meets the requirements under Rule 83.2(d) for admission *pro hac vice*.

A proposed order is attached hereto as Exhibit B.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Michael S. Bosworth be permitted to represent the Defendant in all proceedings before this Court.

Respectfully submitted on this 17th day of September, 2021.

/s/ Natalie Hardwick Rao
Natalie Hardwick Rao (D.C. Bar # 1009542)
natalie.rao@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorney for Defendant Michael A. Sussmann*