IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>Defendant. | Case No. 1:21-CR-00582<br><br>Judge Christopher R. Cooper<br>Magistrate Judge Zia M. Faruqui |

## MOTION FOR ADMISSION OF
## MICHAEL S. BOSWORTH *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Natalie Hardwick Rao, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Michael S. Bosworth, of Latham & Watkins LLP, to represent Defendant Michael A. Sussmann in the above-captioned case.

The movant, Natalie Hardwick Rao, is a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia, and she is authorized to file through the Court's Electronic Filing System. Ms. Rao is an associate at the law firm of Latham & Watkins LLP located at:

555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Email: natalie.rao@lw.com

This motion is accompanied by a declaration from Michael S. Bosworth, attached hereto as Exhibit A, providing the information required by Rule 83.2(d) of the Local Rules of this Court. As set forth in the declaration, Michael S. Bosworth meets the requirements under Rule 83.2(d) for admission *pro hac vice*.

A proposed order is attached hereto as Exhibit B.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Michael S. Bosworth be permitted to represent the Defendant in all proceedings before this Court.

Respectfully submitted on this 17th day of September, 2021.

/s/ Natalie Hardwick Rao
Natalie Hardwick Rao (D.C. Bar # 1009542)
natalie.rao@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorney for Defendant Michael A. Sussmann*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>Defendant. | Case No. 1:21-CR-00582<br><br>Judge Christopher R. Cooper<br>Magistrate Judge Zia M. Faruqui |

## DECLARATION OF MICHAEL S. BOSWORTH
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael S. Bosworth, make the following declaration under 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth below.

2. I am a partner at Latham & Watkins LLP and am counsel for Defendant Michael A. Sussmann in the above captioned matter. My office address is 1271 Avenue of the Americas, New York, New York 10020. My business telephone number is (212) 906-1221. My email address is michael.bosworth@lw.com.

3. I am a member in good standing of the State Bar of New York (2004), No. 4219416. I am admitted to the United States Court of Appeals for the Second Circuit (2006) and the United States District Court for the Southern District of New York (2005).

4. I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have an application for membership pending.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I do not have an application for membership pending.

7. The name, address, telephone number, and email address of the sponsoring attorney of record for the Plaintiff in this matter is:

Natalie Rao
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: natalie.rao@lw.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of September 2021, in the District of Columbia.

*(signature)*

Michael S. Bosworth
New York Bar No. 4219416
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1221
Facsimile: (212) 751-4864

*Attorney for Defendant Michael A. Sussman*

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>Defendant. | Case No. 1:21-cr-00582 |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

UPON CONSIDERATION for Defendant's Motion for *Pro Hac Vice* Admission of Michael S. Bosworth, together with papers submitted in support thereof, the Court HEREBY ORDERS:

Defendant's Motion for *Pro Hac Vice* Admission of Michael S. Bosworth is GRANTED and Michael S. Bosworth is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

IT IS SO ORDERED.

This _____ day of _____, 2021.

_____
United States District Judge