# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>Defendant. | Case No. 1:21-cr-00582 |

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

UPON CONSIDERATION for Defendant's Motion for *Pro Hac Vice* Admission of Michael S. Bosworth, together with papers submitted in support thereof, the Court HEREBY ORDERS:

Defendant's Motion for *Pro Hac Vice* Admission of Michael S. Bosworth is GRANTED and Michael S. Bosworth is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

IT IS SO ORDERED.

This _____ day of _____, 2021.

_____
United States District Judge