AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| MICHAEL A. SUSSMANN | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MICHAEL A. SUSSMANN**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(2) (False Statements)

Date: 09/16/2021

Zia M. Faruqui
2021.09.16 14:45:07
-04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 09/16/2021, and the person was arrested on *(date)* 09/17/2021
at *(city and state)* Washington DC

Date: 09/17/2021

*Arresting officer's signature*

Steven Caldwell DEO
*Printed name and title*