AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00582 |
| MICHAEL A. SUSSMANN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael A. Sussmann.

Date:  09/20/2021

/s/ Michael S. Bosworth
*Attorney's signature*

Michael S. Bosworth (NY Bar No. 4219416)
*Printed name and bar number*

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

*Address*

michael.bosworth@lw.com
*E-mail address*

(212) 906-1221
*Telephone number*

(212) 751-4864
*FAX number*