AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00582 |
| MICHAEL A. SUSSMANN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael A. Sussmann                                                                                                                .

Date: 09/20/2021

/s/ Sean M. Berkowitz
*Attorney's signature*

Sean M. Berkowitz (IL Bar No. 6209701)
*Printed name and bar number*

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

*Address*

sean.berkowitz@lw.com
*E-mail address*

(312) 777-7016
*Telephone number*

(312) 993-9767
*FAX number*