UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 21-582 (CRC)** |
| : | |
| **MICHAEL SUSSMANN,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through Special Counsel John H. Durham, hereby respectfully moves the Court for the entry of a protective order governing the production of unclassified discovery by the parties in the above-captioned case. A protective order will ensure the confidentiality of personal identification information and discovery that are included within the materials to be produced by the government pursuant to its discovery obligations.

Entry of a protective order restricting the use, dissemination, and disposition of such documents is essential to permit the United States to provide discovery to the defendant while protecting, among other things, personal information and other confidential materials. The United States has conferred with counsel for the defendant, and the defendant consents to the proposed protective order, a copy of which is submitted with this application.

WHEREFORE, the United States respectfully moves the Court to enter the proposed Protective Order Governing Unclassified Discovery.

                                            Respectfully submitted,

                                            JOHN H. DURHAM
                                            Special Counsel

By:       /s/
                                            Andrew DeFilippis
                                            Michael T. Keilty
                                            Jonathan E. Algor
                                            Assistant Special Counsels
                                            U.S. Department of Justice
                                            145 N Street, NE
                                            Washington, D.C. 20530

Dated:   October 4, 2021