IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL A. SUSSMANN,**<br><br>*Defendant*. | Case No. 1:21-cr-00582 |

**DEFENDANT MICHAEL A. SUSSMANN'S CONSENT
MOTION FOR CLARIFICATION**

Defendant Michael A. Sussmann, with the consent of the Special Counsel, respectfully requests that the Court issue a supplemental minute order clarifying the restrictions on his pretrial release.

By way of background, on September 17, 2021, Mr. Sussmann appeared before the Hon. Zia M. Faruqui for an initial appearance and arraignment. At that time, Mr. Sussmann and the Special Counsel reached agreement on conditions of release, including travel restrictions. Specifically, the parties agreed that Mr. Sussmann could travel: (1) within the greater D.C. metropolitan area (construed specifically to mean within 50 miles of Mr. Sussmann's home) and to New Jersey without the prior approval of United States Pretrial Services ("Pretrial Services"); and (2) within the continental United States with prior approval by Pretrial Services. *See* Sept. 17, 2021 Hr'g Tr. at 11:1-16, attached hereto as Exhibit A. Judge Faruqui subsequently issued an Order Setting Conditions of Release (the "Conditions of Release"), which provided that the defendant's travel was "restricted to the Greater DC Metropolitan Area (50 Mile Radius). Travel permitted to New Jersey for the purpose of visiting Family." Dkt. No. 9 at 2. The Conditions of

Release did not, however, indicate that Mr. Sussmann could travel within the continental United States with the prior approval of Pretrial Services.

On October 26, 2021, at a pretrial conference before Your Honor, Mr. Sussmann moved to amend the Conditions of Release to add that Mr. Sussmann could also travel within the continental United States with the prior approval of Pretrial Services.  *See* Dkt. No. 22 at 12:24-13:12.  The Court subsequently entered a minute order (the "Minute Order") amending the Conditions of Release to provide that "the Defendant shall travel to New Jersey and Washington, D.C. without prior approval from Pretrial Services.  All other travel within the continental United States requires advance notice and approval."  Oct. 26, 2021 Minute Order regarding Status Conference.

To ensure that Mr. Sussmann may travel freely within the Greater Washington, D.C. metropolitan area, and with the consent of the Special Counsel, Mr. Sussmann respectfully moves for a supplemental minute order clarifying that: "Defendant may travel within the Greater DC Metropolitan Area (50 Mile Radius), and to New Jersey for the purpose of visiting Family, without prior approval from Pretrial Services.  All other travel within the continental United States requires prior approval from Pretrial Services."

Dated: October 29, 2021

Respectfully submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

Michael Bosworth (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: michael.bosworth@lw.com

Natalie Hardwick Rao (D.C. Bar # 1009542)
Catherine J. Yao (D.C. Bar # 1049138)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel:  (202) 637-2200
Fax: (202) 637-2201
Email: natalie.rao@lw.com
Email: catherine.yao@lw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>  *Defendant*. | Case No. 1:21-cr-00582 |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Michael A. Sussmann's Motion for Clarification, IT IS HEREBY ORDERED that the Clerk shall issue a supplemental minute order stating that: Defendant may travel within the Greater DC Metropolitan Area (50 Mile Radius), and to New Jersey for the purpose of visiting Family, without prior approval from Pretrial Services. All other travel within the continental United States requires prior approval from Pretrial Services.

Entered this _____ day of October, 2021.

_____
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE

### NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS

**For Michael A. Sussmann:**

Sean M. Berkowitz (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

Michael Bosworth (*pro hac vice*)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel:  (212) 906-1200

Natalie Hardwick Rao
Catherine J. Yao
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200

**For the United States of America:**

John Durham, Special Counsel
Andrew DeFilippis, Assistant Special Counsel
Michael Keilty, Assistant Special Counsel
United States Department of Justice
145 N Street Northeast
Room 3E.803
Washington, D.C. 20530