IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**MICHAEL A. SUSSMANN,**

*Defendant.*

Case No. 1:21-cr-00582

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

UPON CONSIDERATION of Defendant's Motion to Dismiss, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

_____, 2022

_____
Hon. Christopher R. Cooper
United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS

**For Michael A. Sussmann:**

Sean M. Berkowitz (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

Michael Bosworth (*pro hac vice*)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200

Natalie Hardwick Rao
Catherine J. Yao
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200


**For the United States of America:**

John Durham, Special Counsel
Andrew DeFilippis, Assistant Special Counsel
Michael Keilty, Assistant Special Counsel
United States Department of Justice
145 N Street Northeast
Room 3E.803
Washington, D.C. 20530