IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**MICHAEL A. SUSSMANN,**<br><br>  *Defendant.*<br><br>**RODNEY JOFFE,**<br><br>  *Proposed Intervenor.* | Case No. 1:21-cr-00582 (CRC) |

## NOTICE OF APPEARANCE OF STEVEN A. TYRRELL

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for Rodney Joffe, and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: February 23, 2022

    Respectfully Submitted,

    */s/ Steven A. Tyrrell*

    Steven A. Tyrrell (Bar No. 998795)
    Eileen Hren Citron (Bar No. 995117)
    Weil, Gotshal & Manges, LLP
    2001 M Street, NW, Suite 600
    Washington, DC 20036
    Tel: (202) 682-7000
    Fax: (202) 857-0940
    steven.tyrrell@weil.com
    eileen.citron@weil.com

    *Counsel for Proposed Intervenor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2022, I caused the forgoing to be filed and served via electronic mail upon all counsel of record:

Michael Bosworth
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
michael.bosworth@lw.com

Sean M. Berkowitz
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
sean.berkowitz@lw.com

Catherine Yao
Natalie Hardwick Rao
Latham & Watkins LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
catherine.yao@lw.com
natalie.rao@lw.com

Andrew DeFilippis
Special Counsel's Office
145 N Street, NE
Washington, DC 20002
andrew.defilippis@usdoj.gov

Michael T. Keilty
Jonathan Edgar Algor, IV
DOJ-USAO
145 N Street, NE, Suite 3E 803
Washington, DC 20530
michael.keilty@usdoj.gov
jonathan.algor@usdoj.gov

Deborah Brittain Shaw
U.S. Department of Justice
Fraud Section, Securities & Financial Fraud
1400 New York Avenue, NW
Washington, DC 20005
brittain.shaw@usdoj.gov

*/s/ Steven A. Tyrrell*
Steven A. Tyrrell