UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 21-582 (CRC) |
| : | |
| MICHAEL A. SUSSMANN, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S SUPPLEMENT TO ITS MOTION TO INQUIRE INTO POTENTIAL CONFLICTS OF INTEREST**

1. The United States of America, by and through its attorney, Special Counsel John H. Durham, writes briefly to supplement its February 11, 2022 Motion to Inquire Into Potential Conflicts of Interest (the "Motion"). (*See* Dkt. No. 35).

2. Since the filing of its Motion, the Government has become aware of – and discussed with defense counsel – an additional potential conflict of interest that it respectfully requests be included in the Court's inquiry and any related allocution of the defendant concerning a waiver of any potential conflicts. In particular, the Government has become aware that Latham & Watkins LLP has previously sought, and in some cases received, client work from the current employer ("Employer-1") of the former FBI General Counsel whom the Government expects to call as a central witness at trial ("Witness-1"). This client work and related proposals for such work have included one or more matters involving Witness-1, who serves as Deputy General Counsel of Employer-1.

3. Accordingly, the Government respectfully requests that the Court include this additional issue in its inquiry concerning potential conflicts of interest.

1

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

/s/   Andrew J. DeFilippis
Jonathan E. Algor
Assistant Special Counsel
jonathan.algor@usdoj.gov

Andrew J. DeFilippis
Assistant Special Counsel
andrew.defilippis@usdoj.gov

Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov