# EXHIBIT B

**CONTESTED QUESTIONS FOR JUROR QUESTIONNAIRE**

I.      **DEFENDANT'S ADDITIONAL QUESTIONS**

Defendant Michael A. Sussmann submits the below list of proposed additional questions to be included on the juror questionnaire, to which the Special Counsel objects.

### EMPLOYMENT AND EDUCATION

[Following No. 23] If you have any education or training beyond high school, please provide the following:

College or school: _____

Major area(s) of study: _____

Degrees or certificates: _____

### ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

[Following No. 30] Did you vote in the 2016 presidential election?

Yes ☐        No ☐

### EXPERIENCE WITH LAW, LAW ENFORCEMENT, AND THE COURTS

[Following No. 64] Have you ever seriously considered working in law enforcement?

Yes ☐        No ☐

If yes, please explain:

_____
_____

[Following No. 66]

Do you now hold, or have you ever applied, for a security clearance?

Yes ☐        No ☐

If yes, please explain:

_____

Does anyone close to you now hold, or has anyone close to you ever applied, for a security clearance?

Yes ☐        No ☐

If yes, please explain:

How much, if anything, do you know about Sensitive Compartmented Information Facilities, or "SCIFs"?

A lot ☐        A little ☐        Have heard of it ☐        Have never heard of it ☐

Please explain:

## II.    SPECIAL COUNSEL'S ADDITIONAL QUESTIONS

Special Counsel submits the below list of proposed additions to the juror questionnaire. With regard to Question No. 51 and No. 58, the Special Counsel submits the proposed additions identified in bold below; the parties otherwise agree to Question No. 51 and No. 58 as reflected on the proposed jury questionnaire.  *See* **EXHIBIT A**.  The Defendant objects to the proposed additions to Question No. 51 and No. 58, and the additional question proposed below.

### KNOWLEDGE OF TRIAL PARTICIPANTS AND THE CASE

51.    Do you, any family member, or close personal friend know, or have any connection to the following individuals or entities?

| | | |
|---|---|---|
| Alfa Bank | Yes ☐ | No ☐ |
| FBI | Yes ☐ | No ☐ |
| James Baker (former FBI General Counsel) | Yes ☐ | No ☐ |
| Donald Trump | Yes ☐ | No ☐ |

2

| | | |
|---|---|---|
| Trump Organization | Yes ☐ | No ☐ |
| Hillary Clinton | Yes ☐ | No ☐ |
| Hillary for America | Yes ☐ | No ☐ |
| Rodney Joffe (Senior Technical Expert, Neustar) | Yes ☐ | No ☐ |
| Perkins Coie (Law Firm) | Yes ☐ | No ☐ |
| Central Intelligence Agency | Yes ☐ | No ☐ |
| Fusion GPS | Yes ☐ | No ☐ |
| **Packet Forensics** | **Yes ☐** | **No ☐** |
| **Zetalytics** | **Yes ☐** | **No ☐** |
| **Georgia Tech University** | **Yes ☐** | **No ☐** |

If yes, please explain your knowledge and connection to each:

58.     Have you, any family member, or close personal friend participated or had any connection with any other government agency, group, organization, committee or subcommittee, public or private group or organization, including any media group or organization that has investigated or made inquiry into **(1)** Russian interference with the 2016 election, **(2)** the federal government's investigation of Donald Trump's relationship with Russia, **or (3) the Clinton Campaign and/or the Democratic National Committee's promotion of the Trump/Russia collusion narrative?**

## CRIMINAL JUSTICE SYSTEM AND LEGAL PRINCIPLES

[Following No. 75]  Along this same line, if the United States does prove the defendant's guilt beyond a reasonable doubt, it is your duty to find the defendant guilty.  Can you adhere to and follow this principle of law?

Yes ☐         No ☐         If no, please explain:

3