UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with the Classified
Information Security Officer
CISO *Daniella Medil*
Date 03/25/2022

UNITED STATES OF AMERICA )
)
)   Case No. 21-582 (CRC)
v. )
)
MICHAEL A. SUSSMANN )
)
Defendant. )

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION
AND MEMORANDUM OF LAW IN SUPPORT OF PROTECTIVE ORDER PURSUANT
TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**