Filed with Classified
Information Security Officer
CISO Conor Morse
Date 4/4/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>*Defendant.* | Case No. 1:21-cr-00582<br><br>FILED UNDER SEAL |

**DEFENDANT'S CLASSIFIED INITIAL NOTICE PURSUANT TO CIPA § 5**