### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL A. SUSSMANN,**<br><br>*Defendant*. | Case No. 1:21-cr-00582 |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE*

This matter having come before the Court on Defendant's Motion *in Limine* to Preclude the Special Counsel from Presenting Evidence or Argument Regarding Matters Subject to the Attorney-Client Privilege, and the Court having considered all of the papers submitted in support of and in opposition to the Motion, as well as other pleadings and papers filed in this case:

THE COURT HEREBY ORDERS that Defendant's Motion is **GRANTED** and the Special Counsel is hereby precluded at trial from introducing to the jury materials showing that information has been withheld on the basis of the attorney-client privilege, such as redacted documents or privilege logs, or from presenting to the jury information regarding the party invoking the privilege.

THE COURT FURTHER ORDERS that Defendant's request for a conference to discuss the Court's preferred method for avoiding assertions of privilege in front of the jury during a witness's testimony is **GRANTED**.  The parties are hereby ordered to provide their availability for a conference to the Court's Clerk.

**IT IS SO ORDERED.**

2

Dated: _____, 2022

                                                Hon. Christopher R. Cooper
                                                United States District Judge

Pursuant to LCrR 47(h), the following is a list of the names and addresses of all attorneys to be notified of entry of the Proposed Order.

**For Defendant**

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel:  (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

Michael Bosworth (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel:  (212) 906-1200
Fax: (212) 751-4864
Email: michael.bosworth@lw.com

Natalie Hardwick Rao (D.C. Bar # 1009542)
Catherine J. Yao (D.C. Bar # 1049138)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: natalie.rao@lw.com
Email: catherine.yao@lw.com

**For Special Counsel**

Andrew DeFilippis
SPECIAL COUNSEL'S OFFICE
145 N Street Northeast
Washington, DC 20002
Tel: (212) 637-2231
Email: andrew.defilippis@usdoj.gov

Michael T. Keilty
DOJ-USAO
145 N Street, NE
Room 3E 803
Washington DC, DC 20530
Tel: (718) 938-5534
Email: michael.keilty@usdoj.gov

Jonathan Edgar Algor , IV
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 304-4613
Email: jonathan.algor@usdoj.gov

Brittain Shaw
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 538-4256
Email: brittain.shaw@usdoj.gov