# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL A. SUSSMANN,**<br><br>*Defendant*. | Case No. 1:21-cr-00582 |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIS CASE IF THE SPECIAL COUNSEL DOES NOT IMMUNIZE RODNEY JOFFE

UPON CONSIDERATION of Defendant's Motion to Dismiss this Case if the Special Counsel Does Not Immunize Rodney Joffe, it is hereby **ORDERED** that Defendant's Motion to Dismiss this Case if the Special Counsel Does Not Immunize Rodney Joffe is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2022

                                                        Hon. Christopher R. Cooper
                                                        United States District Judge

Pursuant to LCrR 47(h), the following is a list of the names and addresses of all attorneys to be notified of entry of the Proposed Order.

**For Defendant**

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel:  (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

Michael Bosworth (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel:  (212) 906-1200
Fax: (212) 751-4864
Email: michael.bosworth@lw.com

Natalie Hardwick Rao (D.C. Bar # 1009542)
Catherine J. Yao (D.C. Bar # 1049138)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: natalie.rao@lw.com
Email: catherine.yao@lw.com

**For Special Counsel**

Andrew DeFilippis
SPECIAL COUNSEL'S OFFICE
145 N Street Northeast
Washington, DC 20002
Tel: (212) 637-2231
Email: andrew.defilippis@usdoj.gov

Michael T. Keilty
DOJ-USAO
145 N Street, NE
Room 3E 803
Washington DC, DC 20530
Tel: (718) 938-5534
Email: michael.keilty@usdoj.gov

Jonathan Edgar Algor , IV
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 304-4613
Email: jonathan.algor@usdoj.gov

Brittain Shaw
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 538-4256
Email: brittain.shaw@usdoj.gov