**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> *v.* <br><br> **MICHAEL A. SUSSMANN,** <br><br> *Defendant*. | Case No. 1:21-cr-00582 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE***

This matter having come before the Court on Defendant's Motion *in Limine* to Preclude Evidence Regarding the Gathering of Data, the Accuracy of Data or Its Analysis, or the Steele Dossier and to Strike the Same, and Memorandum in Support, and the Court having considered all of the papers submitted in support of and in opposition to the Motion, as well as other pleadings and papers filed in this case:

THE COURT HEREBY ORDERS that Defendant's Motion is **GRANTED** and the Special Counsel is hereby precluded from introducing evidence at trial and making arguments to the jury concerning (1) the gathering of DNS data by Mr. Sussmann's former client Rodney Joffe, and/or other data scientists, and fellow business personnel of Mr. Joffe (collectively "Mr. Joffe and Others"); (2) the accuracy of this data and the accuracy of the conclusions and analysis based on this data; and (3) Christopher Steele and information he separately provided to the Federal Bureau of Investigation ("FBI") (including the so-called "Steele Dossier").

THE COURT FURTHER ORDERS that the Special Counsel instruct his witnesses to refrain from spontaneously offering testimony that would violate this Order.

THE COURT FURTHER ORDERS that allegations in the Indictment pertaining to the gathering of data and the accuracy of the data and or the analyses of/conclusions drawn therefrom

will be struck from the Indictment in accordance with EXHIBIT A to Defendant's Motion *in Limine* (ECF ___).

**IT IS SO ORDERED.**

Dated: _____, 2022

                                                                        _____
                                                                        Hon. Christopher R. Cooper
                                                                        United States District Judge

Pursuant to LCrR 47(h), the following is a list of the names and addresses of all attorneys to be notified of entry of the Proposed Order.

**For Defendant**

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

Michael Bosworth (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: michael.bosworth@lw.com

Natalie Hardwick Rao (D.C. Bar # 1009542)
Catherine J. Yao (D.C. Bar # 1049138)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: natalie.rao@lw.com
Email: catherine.yao@lw.com

**For Special Counsel**

Andrew DeFilippis
SPECIAL COUNSEL'S OFFICE
145 N Street Northeast
Washington, DC 20002
Tel: (212) 637-2231
Email: andrew.defilippis@usdoj.gov

3

Michael T. Keilty
DOJ-USAO
145 N Street, NE
Room 3E 803
Washington DC, DC 20530
Tel: (718) 938-5534
Email: michael.keilty@usdoj.gov

Jonathan Edgar Algor , IV
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 304-4613
Email: jonathan.algor@usdoj.gov

Brittain Shaw
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 538-4256
Email: brittain.shaw@usdoj.gov

4