# EXHIBIT A



**U.S. Department of Justice**

*Special Counsel*

March 30, 2022

Sean Berkowitz, Esq.
Michael Bosworth, Esq.
Latham & Watkins LLP

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the government provides notice of its intention to call an expert witness at the upcoming trial of defendant Michael Sussmann to testify regarding Domain Name System ("DNS") data and other matters relevant to cyber investigations. As detailed below, the government hereby discloses that it intends to call FBI Unit Chief/Special Agent David Martin, who is currently assigned the FBI's Cyber Division, Technical Analysis Unit.

The government also provides attached hereto a copy of UC Martin's *curriculum vitae*.

I.   Domain Name System Data and Analysis

As set forth in the Indictment, the data underlying the allegations that the defendant provided to the FBI and Agency-2 was purported DNS data. The primary purpose of UC Martin's testimony will be to describe for the jury the basic mechanics, architecture, and terminology of the DNS system and DNS data so that they can understand various technical concepts that appear in documents and other evidence that the Government will offer at trial. UC Martin's testimony will explain, for example, that DNS is a naming system for devices connected to the Internet that translates recognizable domain names, *e.g.*, http://www.google.com, to numerical IP addresses, *e.g.*, 123.456.7.89. He will further explain that a DNS "lookup" refers to an electronic request by a particular computer or device from another device or server. UC Martin will also describe how DNS lookups are initiated and processed, and how various DNS data and records are maintained on electronic servers and systems associated with DNS.

As part of his testimony, UC Martin will describe how certain private companies and entities maintain DNS "resolvers" and, in some cases, offer "DNS resolution services" to their customers. In explaining these concepts, he will also explain how DNS data is typically processed and stored by these and other entities. He will further describe how certain private parties can and do gain access to DNS data, and how certain companies collect and commercialize DNS data, including what is referred to as "passive DNS data."

UC Martin will also provide the jury with specific examples of DNS data in order to describe the interpretation and meaning of such data, including particular fields that appear within the data. He will further testify concerning the nature and types of conclusions that can – and cannot – be drawn about persons' or entities' online activities based on a review of DNS data. He will also testify about the analytic significance and conclusions that can be drawn based on the provenance and origins (*e.g.*, collection source) of DNS data.

II.     TOR

As part of his testimony, UC Martin will also explain the Onion Router ("TOR"), which is a free and open-source software for enabling anonymous communications. He will describe common terms used in connection with TOR, including the concept of a "TOR exit node." (As you are aware, a white paper that the defendant submitted to FBI General Counsel Baker contained assertions about the purported use of a TOR exit node by the Trump Organization and Alfa Bank.) UC Martin will explain common uses of TOR, as well as investigative steps and methods for analyzing online activities involving TOR.

III.    Additional Testimony

You have indicated in recent discussions that you may seek to limit the testimony and evidence at trial concerning the purported DNS data solely to that which reflects the defendant's state of mind and subjective understanding of the purported DNS data at issue in this case. We therefore understand that you are not currently inclined to offer evidence, or engage in questioning, that would imply, assert, or seek to prove the authenticity of the relevant DNS data or the actual truth of the allegations at issue concerning a secret channel of communications between the Trump Organization and Alfa Bank. If the defense, however, does cross examine Government witnesses or calls its own witnesses to testify in a manner that seeks to establish or encourage particular conclusions in this regard, then the Government reserves the right to have UC Martin testify concerning:

- the authenticity *vel non* of the purported data supporting the allegations provided to the FBI and Agency-2;

- the possibility that such purported data was fabricated, altered, manipulated, spoofed, or intentionally generated for the purpose of creating the false appearance of communications;

- whether the DNS data that the defendant provided to the FBI and Agency-2 supports the conclusion that a secret communications channel existed between and/or among the Trump Organization, Alfa Bank, and/or Spectrum Health;

- whether DNS data provided to Agency-2 supports the conclusion that Donald Trump and/or his associates used one or more Russian-made phones in the

vicinity of Trump Tower, Trump's Central Park West Apartment Building, Spectrum Health, and the White House; and

- the validity and plausibility of the other assertions and conclusions set forth in the various white papers that the defendant provided to the FBI and Agency-2;

\* \* \*

The government reserves the right to call additional expert witnesses and/or substitute expert witnesses. The government will comply with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705. The government will notify you in a timely fashion of any additional or substitute experts that the government intends to call at trial and provide you with a summary of the experts' opinions. The Government will supplement this notice as appropriate and as more information becomes available.

Finally, the government renews its request for reciprocal discovery, including any and all expert disclosures.

Very truly yours,

JOHN H. DURHAM
Special Counsel

By:     /s/_____
Jonathan E. Algor
Andrew J. DeFilippis
Michael Keilty
Brittain Shaw
Assistant Special Counsels

David M. Martin
Page **1** of **5**

# CURRICULUM VITAE



**David M. Martin, GSE**
Unit Chief
**Federal Bureau of Investigation**
Cyber Technical Analysis Unit
PHONE: 703-633-6932
dmmartin@fbi.gov

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Feb 2022 – Present | **Unit Chief**<br>FBI Cyber Division<br>Cyber Technical Analysis Unit<br>Chantilly, VA<br><br>Lead a team of over 50 FBI employees and contractors responsible for the FBI Cyber Division's Advanced Digital Forensics, Malware Automation, Data and Network Analysis, and New and Emerging Technology programs. Responsible for establishing unified ingest and processing system for all FBI Cyber technical data, establishing best practices and performing technical review of all reporting produced by CTAU. |
| Nov 2021 – Feb 2022 | **Supervisory Special Agent / Acting Unit Chief**<br>FBI Cyber Division<br>Cyber Technical Analysis Unit<br>Chantilly, VA<br><br>Program manager for the Advanced Digital Forensics program, which provides digital forensics and malware reverse-engineering services for the most complex computer intrusion cases across all FBI field offices and conducts technical review of Cyber intelligence products. Managed personnel, prioritized cases, and reviewed reports for accuracy, completeness, and investigative value. |
| Oct 2017 – Nov 2021 | **Supervisory Special Agent**<br>Cyber Action Team Director<br>FBI Cyber Division<br>Cyber Technical Operations Unit<br>Chantilly, VA<br><br>Established the vision and direction for CAT while directing all operations and deployments. Managed the selection, training and readiness of CAT personnel and the procurement, development and maintenance of a wide range of specialized equipment and software needed to accomplish the team's mission. |

David M. Martin
Page **2** of **5**

| | |
|---|---|
| Sep 2015 – Sept 2017 | **Supervisory Special Agent**<br>FBI Cyber Division<br>Technical Operations Unit<br>Chantilly, VA<br><br>Managed the development and implementation multiple technical operations using a variety of techniques and technical platforms to target criminal and nation-state cyber threat actors. Served as a Team Lead on CAT and led multiple domestic and foreign deployments |
| July 2009 – Sep 2015 | **Special Agent**<br>Detroit Cyber Task Force<br>FBI Detroit Field Office<br>Detroit, MI<br><br>Conducted investigations into matters criminal and national security computer intrusions, intellectual property rights, online child involving computer intrusions that affect the security of the United States or are conducted in violation of Federal Statutes.  Prepared cases for presentation to the United States Attorney's Office for prosecution. Testified before Federal Grand Juries and in Federal District Court. Conducted forensic examinations on computer evidence; analyzed network traffic, log files and unknown binary files for evidence of computer intrusion activity. |
| Dec 2002 – July 2009 | **Senior Police Officer / Acting Sergeant**<br>Littleton Police Department<br>Littleton, CO<br><br>Responsible for responding to emergencies, investigating criminal and suspicious activity, making arrests and issuing citations as a Patrol officer and the primary relief supervisor for a patrol shift. I held ancillary duties as a SWAT Operator, Crisis Intervention Team member, Field Training Instructor, Firearms Instructor, Defensive Tactics Instructor and Computer Automation Instructor. |
| April 2001 – July 2002 | **Computer Crime Specialist**<br>Colorado Bureau of Investigation<br>Lakewood, CO<br><br>Assisted in computer crime investigations, including child sexual exploitation, internet fraud, and other felonies involving the use of a computer.  Conducted forensic examinations of computer evidence.  Developed and maintained software applications, hardware and computer networks for the Investigations Division. |

EDUCATION

---

| | |
|---|---|
| Oct 2014 – July 2017 | **SANS Technology Institute**<br>Baltimore, MD<br>Master of Science in Information Security Engineering |

David M. Martin
Page **3** of **5**

Sept 1998 – June 2002 **University of Denver**
Denver, CO
Bachelor of Science in Computer Science and Psychology
Minors in Math and Business Administration

PROFESSIONAL TRAINING

| | |
|---|---|
| Aug 2021 | Hacking and Securing Cloud Infrastructure<br>Black Hat, Online (32 Hours) |
| Aug 2019 | Splunk Administration<br>Splunk, Reston VA (40 Hours) |
| Aug 2017 | IDA Pro Basic and Advanced<br>Black Hat, Las Vegas NV (32 Hours) |
| Oct 2016 | SEC 566 – Implementing and Auditing the Critical Security Controls<br>SANS Institute, Online (36 hours) |
| June 2016 | MGT 525 - IT Project Management<br>SANS Institute, Washington, DC (36 hours) |
| Aug 2014 | SEC 504 - Hacker Techniques, Exploits and Incident Handling<br>SANS Institute, Boston, MA (48 hours) |
| July 2014 | FOR 610 - Reverse Engineering Malware: Malware Analysis Tools and Techniques<br>SANS Institute, Online (48 Hours) |
| Feb 2014 | FOR 508 - Advanced Computer Forensic Analysis and Incident Response<br>SANS Institute, Online (48 Hours) |
| Aug 2013 | FOR 408 - Computer Forensic Investigations: Windows In-Depth<br>SANS Institute, Online (48 Hours) |
| Aug 2012 | Forensic Toolkit Bootcamp<br>Access Data, Baltimore, MD (24 Hours) |
| May 2012 | Digital Extraction Technician (DExT) / CART Technician<br>FBI Computer Analysis and Response Team (CART), Quantico, VA (72 Hours) |
| Dec 2011 | SEC 503 - Intrusion Detection In-Depth<br>SANS Institute, Washington, DC (48 Hours) |
| July 2011 | CYD 3450 – Intrusion Response<br>Mandiant, St. Louis, MO (32 Hours) |
| May 2011 | CYD 3350 – Network Traffic Analysis<br>Mandiant, Richmond, VA (24 Hours) |
| April 2011 | CYD 3310 – Advanced Network Investigation Techniques – UNIX<br>Mandiant, Denver, CO (24 Hours) |

David M. Martin
Page **4** of **5**

| | |
|---|---|
| March 2011 | SEC 401 – Security Essentials Bootcamp Style<br>SANS Institute, Phoenix, AZ (48 Hours) |
| Feb 2011 | CYD 1125 – Cyber Stage 2 Training/Windows Intrusion Response<br>Mandiant/FBI Academy, Quantico, VA (80 Hours) |
| Sep 2010 | Basic Online Undercover Course<br>FBI Innocent Images, Calverton, MD (40 Hours) |
| Sep 2010 | CYD 2300 – Wireless Technology<br>Mandiant, Calverton, MD (16 Hours) |
| July 2010 | CYD 2200 – Network+ Certification<br>FBI Cyber Division, Calverton, MD (40 Hours) |
| March 2010 | CYD 1200 – A+ Certification<br>FBI Cyber Division, Calverton, MD (80 Hours) |
| Jul-Nov 2009 | New Agents Training<br>FBI Academy, Quantico, VA (776 Hours) |
| 2008 | Law Enforcement Supervisory Institute<br>Colorado Peace Officer Standards and Training, Centennial, CO (40 Hours) |
| 2006 | Field Training Instructor Certification<br>Kaminsky and Associates, Littleton, CO (40 Hours) |
| 2006 | Internet Investigations and Windows Forensics<br>Microsoft/Colorado Attorney General's Office (32 Hours) |
| 2005 | Interview and Interrogation<br>John E. Reid and Associates, Aurora, CO (40 Hours) |
| 2002 | Computer Crime and Digital Evidence Techniques<br>Colorado Association of Computer Crime Investigators, Golden, CO (16 Hours) |

## CERTIFICATIONS & AWARDS

| | |
|---|---|
| July 2019 | Countering Technical and Cyber Threats Award - National Counterintelligence and Security Center |
| Oct 2018 | US Attorney's Award – United States Attorney's Office, Eastern District of Michigan |
| Oct 2017 | Attorney General's Award for Excellence in Information Technology – US Department of Justice |
| May 2017 | GIAC Security Expert (GSE) - Global Information Assurance Certification |
| Nov 2016 | GIAC Critical Controls Certification (GCCC) - Global Information Assurance Certification |
| Aug 2016 | GIAC Certified Project Manager (GCPM) - Global Information Assurance Certification |

| | |
|---|---|
| Sept 2014 | GIAC Certified Incident Handler (GCIH) - Global Information Assurance Certification |
| July 2014 | GIAC Reverse Engineering Malware (GREM) – Global Information Assurance Certification |
| May 2014 | US Attorney's Award – United States Attorney's Office, Eastern District of Michigan |
| Feb 2104 | GIAC Certified Forensic Analyst - GOLD (GCFA) - Global Information Assurance Certification |
| Aug 2013 | GIAC Certified Forensic Examiner (GCFE) - Global Information Assurance Certification |
| May 2012 | DExT / CART Tech Certification – FBI |
| April 2012 | GIAC Certified Intrusion Analyst – GOLD (GCIA) - Global Information Assurance Certification |
| April 2011 | GIAC Security Essentials Certification – GOLD (GSEC) - Global Information Assurance Certification |
| July 2010 | Network+ Certification – CompTIA |
| March 2010 | A+ Certification – CompTIA |
| June 2004 | Medal of Valor – Littleton Police Department |
| July 2002 | Director's Award – Colorado Bureau of Investigation |

PUBLICATIONS & PRESENTATIONS

| | |
|---|---|
| Oct 2019 | Speaker: "Already Pwn3d: Deep Dive into Incident Response and Forensics Data," Splunk .conf 2019, Las Vegas NV |
| Feb 2017 | Peer-reviewed research paper: "OS X as a Forensic Platform," SANS Institute |
| Dec 2016 | Speaker: "Gh0st in the Dshell: Decoding Undocumented Protocols," SANS Cyber Defense Institute 2016, Washington DC. |
| June 2016 | Peer-reviewed research paper: "Gh0st in the Dshell: Decoding Undocumented Protocols," SANS Institute |
| April 2016 | Speaker: "Tracing the Lineage of DarkSeoul," SANS Northern Virginia 2016, Reston VA |
| March 2016 | Peer-reviewed research paper: "Tracing the Lineage of DarkSeoul." SANS Institute |