**From:** ███████████████████
**Sent:** Tuesday, January 31, 2017 12:57 PM
**To:** ████████ Employee 14 █████████
**Subject:** Memo of conversation ( quick and dirty )

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

======================================================

MEMORANDUM OF CONVERSATION

31 January 2017

On 31 January  2017, ████████████ was virtually ( ████████ introduced by former Private Individual 1 to Michael Sussman.  Sussman  is partner at Perkins Coie LLP and is in charge of the Privacy and Data Security Practice, IOT,  Consumer Privacy , Computer And Network Intrusion, IOT And Related Investigations Surveillance And Regulatory Compliance And National Security Issues.   Sussman claimed to have a TS /SCI ████████ (unverified by me)

Sussman asked Private Individual 1 to meet with senior ████████ and ████████ called ████████████ because of ████████ ▌ ████████ and employment with ███ . ( ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

The story:   Sussman  said that he represents a CLIENT who does not want to be known,  but who had some interesting  information about the presence and activity of a unique  Russian made phone around President Trump.   The activity started in April 2016 when then President elect  Trump  was working out of the Trump Tower  on its Wi-Fi network, and after his move to the White House,  the same  phone surfaced on the EOB network (assume  Executive Office Building)

The CLIENT claims that only dozen or so of these phones are present in the US as sometimes Russian travelers forget that they don't work on US cellular system and bring them in country .

There are two versions of the Yota phone a high end (double screen) and regular one screen.  The CLIENT claims that t double screen YotaPhones are often given by Russian government officials as gifts.

DOJ_REQ_0242039

CIA-0000019

Subject to Protective Order

SC-00081634

ota is a Russian mobile broadband services provider and smartphone manufacturer. This Russian company is known for its Android device called Yotaphone. This is a smartphone with two screens. The second screen of this smartphone is on the back of the device, where most other phones have a battery cover. Yota Devices's latest mobile launch is the YotaPhone 2. The smartphone was launched in February 2014. The phone comes with a 5.00-inch touchscreen display with a resolution of 1080 pixels by 1920 pixels at a PPI of 442 pixels per inch.

The Yota Devices YotaPhone 2 is powered by 2.2GHz quad-core Qualcomm Snapdragon 800 processor and it comes with 2GB of RAM. The phone packs 32GB of internal storage cannot be expanded. As far as the cameras are concerned, the Yota Devices YotaPhone 2 packs a 8-megapixel primary camera on the rear and a 2-megapixel front shooter for selfies.

The Yota Devices YotaPhone 2 runs Android 4.4 and is powered by a 2500mAh non removable battery. It measures 144.00 x 69.50 x 8.90 (height x width x thickness) and weighs 140.00 grams.

The Yota Devices YotaPhone 2 is a single SIM (GSM) smartphone that accepts a Nano-SIM. Connectivity options include Wi-Fi, GPS, Bluetooth, NFC, 3G and 4G. Sensors on the phone include Proximity sensor, Accelerometer, Ambient light sensor and Gyroscope

The phone close to President Trump apparently surfaced in April 2016 at the Trump Tower Network, and also at Wi-Fi used at Trumps apartment at Grand Central Park West. When Trump traveled to Michigan to interview a cabinet t secretary the phone appeared with Trump in Michigan. The phone was never noticed in two places at once only around the President's Movements.

-there was once instance when Trumbo was not in Trump p Tower but the phone was active on Trump tower WIFI network. . In December 2016 the phone disappeared from Trump Tower WI Fi network and surfaced on EOB network.

During the period April 2016 until Present, the YOTAPHONE made number of W-FI calls to Moscow and St. Petersburg (NFI) and received system upgrades (firmware??) . . The calls made from the Trump Tower WIFI Network were VOIP calls. There was no VOIP calls observed on the EOB network as CLIENT presumes that EOB's WI-FI does not allow VOIP.

**The Client**. Sussman would not provide client's identity and was not sure if the client would reveal himself ▮▮▮ but he would provide data sets supporting his claims which then could be verified. ▮▮▮▮ was able to elicit that the CLIENT is an engineer with number of patents, and is most likely a contractor▮▮▮ as, Sussman claimed the CLIENT had very sensitive access to▮▮ various projects. The CLIENT has worked with ▮ before. Sussman also said that he CLIENT is a Republican

▮▮▮▮ asked if Sussman has provided this data to the FBI and initially he said he knew▮▮▮ the FBI but then claimed that his client did not want to provide this to the FBI as he knows that the FBI did not have resources to deal with these issues, or perhaps since Sussman is a openly a Democrat and openly told ▮▮▮ that he does lots of work with DNC, did not trust the FBI.

Sussman said he did speak with the▮ General Counsel NFI) before▮ retired ( NFI) and▮ told him he should contact he FBI.

Sussman said that his CLIENT would most likely only provide the data to senior bona fide ▮ officers (active duty) and if there is no interest, he would most likely go to New York Times.

DOJ_REQ_0242040

5

CIA-0000020

SC-00081635

Subject to Protective Order

Lastly Sussman said that as an experienced attorney with full clearances and lots of ▮ experience he see lots of quacks and unsubstantial allegations etc., and based on his experience he believes that this client is telling the truth as he knows it.  He cares about the security of the country and wanted to ▮ to know about the YOTAPHONE activity close to the President.

▮▮▮▮▮ passed information to ▮▮Employee 14▮▮ on 31 January 2017, and subsequently asked Sussman for his contact information so ▮▮▮▮ friends could contact him directly . On ▮▮▮ Sussman ▮▮▮▮▮▮ Sussman also said he will be traveling to Amsterdam at some point this week but will be back on Friday .

Sussman bio:

Michael Sussmann is a partner in the Privacy and Data Security Practice at Perkins Coie LLP, focusin consumer privacy, computer and network intrusions, Internet- and technology-related investigatio surveillance and regulatory compliance and national security issues. Michael is a nationally recogni privacy lawyer who is often quoted in front-page New York Times, Washington Post and Wall Stree Journal stories and has appeared on NPR's The Diane Rehm Show and other media outlets. He has provided Congressional testimony and has been ranked as a Privacy and Data Security Expert in the Chambers Global and Chambers USA directories.

Michael's practice focuses on all aspects of consumer privacy. He regularly conducts extensive corp privacy reviews and has represented FORTUNE 10, 50 and 100 companies in FTC, Department of Ju and State Attorney General investigations of civil and criminal privacy violations. He investigates an takes legal action (including law enforcement referrals) regarding Internet crimes, manages techno related litigation and responds to Congressional inquiries and investigations.

MORE

Sussmann, MichaelPractices

- Privacy & Security Law
- IP Enforcement Programs
- White Collar & Investigations
- Israel Practice

Industries

- Communications
- Interactive Entertainment
- Internet of Things (IoT)
- IoT: Interactive Entertainment
- IoT: Communications
- Brooklyn Law School, J.D., 1989
- Rutgers, The State University of New Jersey, B.S., Accounting, 1986

DOJ_REQ_0242041

CIA-0000021

Subject to Protective Order

SC-00081636



Thank you,

DOJ_REQ_0242042

CIA-0000022

Subject to Protective Order

SC-00081637

DOJ_REQ_0242043

CIA-0000023

Subject to Protective Order                                    SC-00081638