UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>EX PARTE AND UNDER SEAL</u> |
| | : | |
| v. | : | Criminal Case No. 21-582 (CRC) |
| | : | |
| MICHAEL A. SUSSMANN, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO SEAL

The United States of America, by and through Special Counsel John H. Durham respectfully moves this Court to place under seal, until further notice of the Court, the Government's *Ex Parte* Application for a Court Order to Compel Testimony from Laura Seago, the Court's Order to Compel, the Motion to Seal, and the Court's Order to Seal. As the Court is aware, this case has garnered significant media interest. The pre-trial disclosure of Ms. Seago as an immunized witness could subject Ms. Seago and her family to undue harassment and endanger their physical safety.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/ Jonathan E. Algor
Jonathan E. Algor
Andrew DeFilippis
Michael T. Keilty
Brittain Shaw
Assistant Special Counsels
145 N Street, NE
Room 3E.803
Washington, DC 20530