IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**MICHAEL A. SUSSMANN,**<br><br>              *Defendant.*<br><br>**TECH EXECUTIVE-1,**<br><br>              *Proposed Intervenor.* | Case No. 1:21-cr-00582 (CRC) |

### [PROPOSED] ORDER GRANTING
### NON-PARTY TECH EXECUTIVE-1'S MOTION TO INTERVENE

Upon consideration of Non-party Tech Executive-1's Motion to Intervene, it is this _____ day of _____, 2022, hereby

ORDERED that Tech Executive-1's Motion to Intervene is granted.

ORDERED that the Clerk shall docket Exhibit A to Tech Executive-1's Motion to Intervene as an opposition to the *Government's Motion to Compel the Production of Purported Privileged Communications Withheld by Non-Party Entities for In Camera Inspection by the Court.* (Dkt. 64).

_____
THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT COURT JUDGE

Cc: All Counsel