AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   21-cr-582 (CRC) |
| MICHAEL A. SUSSMANN | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Fusion GPS                                                                                                            .

Date:     04/18/2022

/s/ Rachel M. Clattenburg
*Attorney's signature*

Rachel M. Clattenburg D.C. Bar No. 1018164
*Printed name and bar number*

Levy Firestone Muse LLP
900 17th St. NW, Suite 1200
Washington, DC 20006
*Address*

rmc@levyfirestone.com
*E-mail address*

(202) 845-3215
*Telephone number*

(202) 595-8253
*FAX number*