AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-cr-582 (CRC) |
| MICHAEL A. SUSSMANN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Fusion GPS                                    .

Date:    04/18/2022

/s/ Kevin P. Crenny
*Attorney's signature*

Kevin P. Crenny D.C. Bar No. 1765044
*Printed name and bar number*

Levy Firestone Muse LLP
900 17th St. NW, Suite 1200
Washington, DC 20006

*Address*

kcrenny@levyfirestone.com
*E-mail address*

(202) 845-3215
*Telephone number*

(202) 595-8253
*FAX number*