IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Case No. 21-582 (CRC) |
| MICHAEL A. SUSSMANN, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING NON-PARTY FUSION GPS'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE GOVERNMENT'S MOTION TO COMPEL THE PRODUCTION OF PURPORTED PRIVILEGED COMMUNICATIONS FOR *IN CAMERA* INSPECTION BY THE COURT**

Upon consideration of Non-Party Fusion GPS's Motion to Intervene for the Limited Purpose of Opposing the Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection by the Court, and good cause appearing therefor, it is hereby:

**ORDERED** that Fusion GPS's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk enter the attached Exhibit A, Non-Party Fusion GPS's Opposition to Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection by the Court, onto the docket.

**SO ORDERED.**

Dated:_____                    _____
                                      CHRISTOPHER R. COOPER
                                      United States District Judge