# Exhibit 6

# POLITICO Politico Logo

**politico.com**/story/2015/12/trump-threatens-mike-fernandez-defamation-216496

## Trump threatens top Bush donor with defamation suit over 'hater' ads



As Donald Trump is a public figure, his lawyer could have trouble successfully suing for defamation. | AP Photo

By Marc Caputo

12/07/2015 02:29 PM EST

Updated: 12/07/2015 05:24 PM EST

Donald Trump's top lawyer is threatening Jeb Bush's largest donor to watch what he says in ads bashing the Republican front-runner — or face a defamation lawsuit.

Trump's lawyer dashed off the letter Dec. 4 — after POLITICO first reported that Coral Gables, Florida, billionaire Mike Fernandez planned to take out newspaper ads calling Trump a demagogic "hater" and a "narcissistic BULLYionaire" — and sent it by Federal Express to warn the Bush donor about the potential consequences of "directly and personally attacking my client."

Fernandez responded by posting the letter on Facebook with this comment: "Only in America can an immigrant scare a #bullyionaire … If there is any damage being done to the Trump brand."

Alan Garten, the Trump Organization's general counsel and executive vice president, did not make a direct threat of immediate action. He did, though, lay down broad parameters for what would trigger a lawsuit.

By

"Though we believe your decision is fool hearted [sic], please be advised that in the event your ads contain any false, misleading, defamatory, inaccurate or otherwise tortious statements or representations concerning Mr. Trump, his business or his brand," Garten wrote, "we will not hesitate to seek immediate legal action to prevent such distribution and hold you jointly and severally liable to the fullest extent of the law for any damages resulting therefrom ... and will look forward to doing it."

Because Trump is a public figure, however, he'll have trouble successfully suing for defamation.

Fernandez isn't the first political critic the Trump Organization — not the campaign — has warned about a potential lawsuit. It similarly threatened the political committee backing Ohio Gov. John Kasich and the conservative Club for Growth, both of which targeted Trump in ads.

Trump has a long and litigious history as a businessman, once going so far as to sue comedian Bill Maher for failing to pay up on a $5 million offer for anyone who could prove that Trump was not "the spawn of his mother having sex with an orangutan." Trump also gained a measure of infamy in his part-time home of Palm Beach, Florida, for warring with the town over its codes regulating flagpoles and social clubs tied to the Trump-owned Mar-a-Lago resort. He also was involved in an ongoing suit against Palm Beach International Airport, the main flight path of which is right over Mar-a-Lago.

"The thing with Trump is that he's always at war, a man on a mission to get the next thing, whether it's the biggest pole, the best social gathering of the season, or the idea that the rest of America should be calling him 'Mr. President.' And woe be to those who get in his way," Palm Beach Post columnist Frank Cerabino wrote in a September POLITICO piece about the New York developer.

On his "Trump Organization" letterhead directed at Fernandez, Garten also listed the Bush-backing Right to Rise PAC. But that political group, a political committee, has been dormant ever since Bush announced his candidacy. A similarly named committee, Right to Rise USA super PAC, hasn't been, however. Garten likely listed the wrong committee by mistake. A Trump spokesperson couldn't be reached for comment.

Regardless, the super PAC had nothing to do with the ads, Fernandez said. The fact that Fernandez — who contributed $3 million to Right to Rise — felt personally compelled to run

ads against Trump indicates a level of frustration some donors have had with the committee's effectiveness in helping Bush.

For Fernandez, the threat from Trump's organization was exactly what he was looking for: a fight. Fernandez, in prior interviews, said he looks forward to comparing his record as a rags-to-riches Cuban immigrant with that of Trump, who inherited his money and was "born on third base." Fernandez later told The Miami Herald that Trump is so bad that he would vote for Hillary Clinton instead of the Republican if he had to.

After Fernandez first told POLITICO of his plans to run newspaper ads, he was mocked on social media for using a dead medium to communicate. Some said the attack would be feckless and unseen.

But Trump's organization gave it outsize relevance.

In thefull-page Trump-bashing ads Fernandez proposed for papers in Miami, Las Vegas and Des Moines, Iowa, Fernandez referenced how "Hitler in Germany, Mussolini in Italy and Peron in Argentina" took advantage of economically hard times and misled the masses.

But despite all the help from Fernandez, Bush distanced himself from his donor this past weekend in a live interview on ABC News' "This Week." In response to questions from host George Stephanopoulos, Bush said "I don't" think Trump should be compared to the Axis powers dictators. And Bush said he'd back Trump if he became the GOP nominee, "but Donald Trump is not going to be the Republican nominee."

Bush didn't disavow Fernandez, and Fernandez — who also favors a rapprochement with Cuba, unlike Bush — didn't mind Bush's distance.

"We will disagree on many issues, but he is still the best man for the job," Fernandez told POLITICO. He said he still stands by everything he wrote in the ads, fearing that Trump is a divisive demagogue — a point that the candidate seemed to drive home later Monday when he issued a press statement that called for a "total and complete shutdown of Muslims entering the United States."

"I worry as I witness whipped-up crowds emboldening and encouraging forked-tongue hatefulness," Fernandez says in the ads. "Mr. Trump portrays himself as someone who can do no wrong, unblemished by almost any human faults — indeed, the paragon of smartest and greatest. But his words and actions tell us who he really is — a destroyer."

POLITICO