# Exhibit 10

# CRIME IN PROGRESS

## INSIDE THE STEELE DOSSIER AND THE FUSION GPS INVESTIGATION OF DONALD TRUMP

# GLENN SIMPSON
# and
# PETER FRITSCH



RANDOM HOUSE
NEW YORK

Copyright © 2019 by Glenn Simpson and Peter Fritsch

All rights reserved.

Published in the United States by Random House,
an imprint and division of Penguin Random House LLC, New York.

RANDOM HOUSE and the HOUSE colophon are
registered trademarks of Penguin Random House LLC.

Hardback ISBN 978-0-593-13415-3
Ebook ISBN 978-0-593-13416-0

Printed in the United States of America on acid-free paper

randomhousebooks.com

2 4 6 8 9 7 5 3 1

FIRST EDITION

court filings, documents released under the Freedom of Information Act, and official government and congressional transcripts.

The nature of our engagement with the law firm Perkins Coie prevents us from recounting our communications after we were retained. We described one meeting with Marc Elias that occurred before we were hired. Perkins has not released us from our obligations to keep our communications confidential, nor have other clients.

Under pressure from Republicans in Congress, some of our clients provided limited waivers to our confidentiality agreements so that various committees could question us and examine some of our records.

We generally don't talk about our dealings with reporters because those discussions are conducted on a confidential basis by mutual agreement. We avoided disclosing the details of our dealings with individual reporters unless those interactions had already come to light in congressional investigations or other public accounts. In some cases, we recount discussions with journalists with their express permission. There are several instances, however, in which we believe news organizations and individual reporters voided their confidentiality agreements with us by publishing details of their off-the-record communications with Fusion.

Finally, we relied on many outstanding books on Donald Trump and Russia under Vladimir Putin, which informed our understanding of these subjects and helped us make our own observations about the events of 2016 and beyond.