# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that F. Joseph Warin enters his appearance on behalf of Non-Party Perkins Coie LLP.  I am admitted to practice in this Court.  My address is:

> F. Joseph Warin
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Ave., N.W.
> Washington, D.C. 20036

I may be reached by phone at (202) 887-3609.  Email may be sent to FWarin@gibsondunn.com.

Respectfully submitted,

Dated: April 18, 2022          By:   */s/* F. Joseph Warin

> F. Joseph Warin (D.C. Bar No. 235978)
> GIBSON DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.
> Washington, DC 20036-5306
> Tel:  (202) 887-3609
> Email: FWarin@gibsondunn.com
>
> *Counsel for Non-Party Perkins Coie, LLP*