IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>          *Defendant*, | Case No. 1:21-cr-00582 (CRC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Valerie L. Hletko, a member of this Court in good standing, moves for the admission *pro hac vice* of Shawn G. Crowley. The grounds for the motion are set forth in the declaration that is submitted herewith.

Respectfully submitted,

/s/ Valerie L. Hletko
_____
Valerie L. Hletko (Bar No. 485610)
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
Fax: (212) 564-0883
vhletko@kaplanhecker.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2022, I caused the foregoing to be filed and served via electronic mail upon all counsel of record.

By: _____
Valerie L. Hletko (Bar No. 485610)
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
Fax: (212) 564-0883
vhletko@kaplanhecker.com