IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. MICHAEL A. SUSSMANN, *Defendant*, | Case No. 1:21-cr-00582 (CRC) |

## DECLARATION OF SHAWN G. CROWLEY

I, SHAWN G. CROWLEY, hereby declare:

1. My name, office address, and telephone number are as follows:

   Shawn G. Crowley

   350 Fifth Avenue, 63rd Floor

   New York, New York 10118

   (212) 763-0883

2. I have been admitted to the following bar: the State of New York.

3. I am currently in good standing with all bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member of the D.C. bar or have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 18th day of April, 2022.

2

Dated: New York, New York
      April 18, 2022

Respectfully submitted,

_____
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883
Fax:    (212) 564-0883
Email: scrowley@kaplanhecker.com
*Counsel for the Democratic National Committee*