IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>*Defendant*, | Case No. 1:21-cr-00582 (CRC) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SHAWN G. CROWLEY *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Shawn G. Crowley *pro hac vice*. Upon consideration of that motion, the Court grants attorney Shawn G. Crowley *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____

_____
Christopher R. Cooper
United States District Judge