LEAVE TO FILE GRANTED
*[signature]*
4/19/22  USDJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

### NON-PARTY PERKINS COIE LLP'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF RESPONDING TO THE GOVERNMENT'S MOTION TO COMPEL THE PRODUCTION OF PURPORTED PRIVILEGED COMMUNICATIONS FOR *IN CAMERA* INSPECTION BY THE COURT

Non-Party Perkins Coie LLP ("Perkins") respectfully requests the Court to permit it to intervene for the limited purpose of responding to the Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection by the Court (ECF No. 64). Perkins's proposed Opposition Brief is attached hereto as Exhibit 1.

Perkins is in possession of privileged documents that are the subject of the Government's Motion. In response to the Government's Grand Jury Subpoena, Perkins withheld these documents, as detailed in its privilege logs, as protected by the attorney-client privilege and work product protections based on privilege claims asserted by Perkins' former clients, the Democratic National Committee, Hillary for America Campaign Committee, Inc., and a technology executive referred to in the Indictment as "Tech Executive-1." If granted, the Government's Motion would require Perkins to turn over documents in its possession over which the privilege holders maintain and assert privilege. Therefore, Perkins has standing to intervene in this proceeding and oppose a motion that would require it to produce privileged communications in its possession. *See United States v. Martoma*, 962 F. Supp. 2d 602, 605-06 (S.D.N.Y. 2013) ("[I]t is settled law that persons

affected by the disclosure of allegedly privileged materials may intervene in pending criminal proceedings.") (collecting cases). Federal courts permit third parties to intervene in criminal proceedings in certain circumstances, including for the protection of privilege. *United States v. Scully*, No. SA:10-cr-00593, at *2 (W.D. Tex. July 2, 2013).

For the foregoing reasons, Perkins respectfully requests that the Court allow it to intervene for this limited purpose.

Respectfully submitted,

Dated: April 18, 2022         By:     */s/* F. Joseph Warin

F. Joseph Warin (D.C. Bar No. 235978)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 887-3609
Email: FWarin@gibsondunn.com

*Counsel for Non-Party Perkins Coie, LLP*