**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

**[PROPOSED] ORDER GRANTING NON-PARTY PERKIN COIE LLP'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE GOVERNMENT'S MOTION TO COMPEL THE PRODUCTION OF PURPORTED PRIVILEGED COMMUNICATIONS FOR *IN CAMERA* INSPECTION BY THE COURT**

Upon consideration of Non-Party Perkins Coie LLP's Motion to Intervene for the Limited Purpose of Opposing the Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection by the Court, and good cause appearing therefor, it is hereby:

**ORDERED** that Perkins Coie LLP's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk enter the attached Exhibit 1, Non-Party Perkins Coie LLP's Opposition to Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection by the Court, onto the docket.

**SO ORDERED.**

Dated:_____                      _____
                                         CHRISTOPHER R. COOPER
                                         United States District Judge

105374136.1