**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Case No. 21-582 (CRC) |
| MICHAEL A. SUSSMANN, | |
| Defendant. | |

**<u>DECLARATION OF PATRICK BENEDICT OF PERKINS COIE LLP</u>**

I, Patrick Benedict, declare under penalty of perjury as follows:

1.     I am employed by the law firm Perkins Coie LLP ("Perkins Coie") as the Director of Records, and I have been authorized to make this declaration on behalf of Perkins Coie. I am over the age of eighteen and, if called to testify, could and would testify competently as to the following based on my review of documents and information maintained by Perkins Coie.

2.     I submit this declaration on behalf of Perkins Coie related to attorney-client privilege and work-product claims asserted by Perkins Coie, on behalf of the Hillary for America Campaign Committee, Inc. ("HFACC"), the Democratic National Committee ("DNC"), and Rodney Joffe.

3.     I am providing the following information on behalf of Perkins Coie based on available records maintained by Perkins Coie in a good faith effort to assist the Court regarding the bases for privilege claims by HFACC, DNC, and Mr. Joffe.

4.     Based on my review of available records of Perkins Coie, Perkins Coie was engaged to serve as outside general counsel for HFACC and DNC during the 2016 Presidential election cycle. I am submitting for review Exhibit A to this declaration, which is a true and correct copy of the engagement letter between Perkins Coie and HFACC for the 2016 Presidential election

1

cycle.  I am also submitting for review Exhibit B to this declaration, which is a true and correct copy of the engagement letter between Perkins Coie and DNC for the 2016 Presidential election cycle.

5.      On December 13, 2017, Marc Elias provided sworn testimony to the United States House of Representatives Permanent Select Committee on Intelligence ("HPSCI"), an excerpt of which is attached hereto as Exhibit C.  There, Mr. Elias stated that "There were – in the representation of the Clinton campaign and the DNC, I had, you know, probably, all told, a couple of dozen of lawyers who reported to me, both inside my firm and inside the organizations.  Outside of the legal – outside of lawyers who reported directly to me, which is why I said I was the gatekeeper, there – I'm unaware of there being any contacts between – between Fusion and anyone with the campaign.  And those contacts within my legal team, you know, the buck stops with me. I was – they were acting as – you know, as my agents."  Ex. C at 49.

6.      Marc Elias departed Perkins Coie, along with substantially all of the Political Law Practice Group, on September 1, 2021.  Records in connection with the representation of HFACC were transferred to Mr. Elias and his group pursuant to a client file transfer dated August 26, 2021, and Perkins Coie lawyers ceased to do substantive work for HFACC after September 1, 2021.

7.      Based on my review of available records of Perkins Coie, then-partner Michael Sussmann represented Rodney Joffe regarding various matters, starting in at least 2015.  I am submitting for review Exhibit D to this declaration, which is a true and correct copy of the engagement letter between Perkins Coie and Mr. Joffe that would have governed the client relationship with Mr. Joffe in the summer of 2016.  Mr. Sussmann was the client lead for Perkins Coie's representation of Mr. Joffe.

8.      Mr. Sussmann resigned as a partner of Perkins Coie on September 16, 2021,

effective as of September 30, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and abilities.

Executed on: April 18, 2022
Chicago, Illinois                                          Patrick Benedict

3

Exhibit A

(Filed Under Seal)

Exhibit B

(Filed Under Seal)

# EXHIBIT C

EXECUTIVE SESSION

PERMANENT SELECT COMMITTEE ON INTELLIGENCE,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.


INTERVIEW OF:  MARC ELIAS


Wednesday, December 13, 2017

Washington, D.C.


The interview in the above matter was held in Room HVC-304, the Capitol,

commencing at 2:07 p.m.

Present:  Representatives Ros-Lehtinen, Wenstrup, Gowdy, Schiff, Himes,

Carson, Speier, Quigley, Swalwell, Castro, and Heck.

Appearances:

For the PERMANENT SELECT COMMITTEE ON INTELLIGENCE:

███████████████████████████████████████

████████████████████████████████

███████████████████████████████████████

For MARC ELIAS:

KATHRYN H. RUEMMLER, ESQ.

555 ELEVENTH STREET, N.W., SUITE 1000

WASHINGTON, DC 20004-1304

NICHOLAS MCQUAID, ESQ.

885 THIRD AVENUE (AT 53RD STREET)

NEW YORK, NY 10022-4834

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES

the privilege that we've discussed today?

MS. RUEMMLER:  I think we should consult because I don't know the answer.

MR. HIMES:  Okay.

MS. RUEMMLER:  So I can advise.

[Discussion off the record.]

MR. ELIAS:  Let me -- I think I can clarify this.  There were -- in the representation of the Clinton campaign and the DNC, I had, you know, probably, all told, a couple of dozen of lawyers who reported to me, both inside my firm and inside the organizations.  Outside of the legal -- outside of lawyers who reported directly to me, which is why I said I was the gatekeeper, there -- I'm unaware of there being any contacts between -- between Fusion and anyone with the campaign.  And those contacts within my legal team, you know, the buck stops with me.  I was -- they were acting as -- you know, as my agents.

MR. HIMES:  Okay.  That's helpful.  Thank you.

All right.  Let me just get into some sort of nitty-gritty questions.  First, just following up on something Mr. Gowdy asked you, he was -- appeared interested in your decision to hire Fusion GPS for litigation research because its employees are not lawyers.  Is it fair to say that litigation research often includes nonlawyers of all sorts of varieties, accountants, journalists, et cetera?

MR. ELIAS:  From my standpoint, I won't say a hundred -- I won't say never to anything, but I -- I am -- I am hiring people who are not lawyers.  If I needed lawyers, I have lawyers.  So, yes, it is typically people who have an expertise other than being a lawyer.

MR. HIMES:  Yes, got it.  Great.  Let's get back to some of the

# Exhibit D

# (Filed Under Seal)