IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| ) | |
| v.        ) | Case No. 1:21-cr-00582 (CRC) |
| ) | |
| MICHAEL A. SUSSMANN,        ) | |
| ) | |
| Defendant        ) | |

## NOTICE OF APPEARANCE OF ROBERT P. TROUT

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for Hillary for America.

Dated: April 18, 2022

Respectfully submitted,

/s/ Robert P. Trout
Robert P. Trout, Bar No. 215400
Schertler Onorato Mead & Sears, LLP
555 13th Street, NW
Suite 500 West
Washington, D.C.  20004
Ph: 202-628-4199
Fax: 202-628-4177
rtrout@schertlerlaw.com

*Counsel for Hillary for America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18 23, 2022, I caused the forgoing to be filed and served via electronic mail upon all counsel of record:

Michael Bosworth
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
michael.bosworth@lw.com

Sean M. Berkowitz
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
sean.berkowitz@lw.com

Catherine Yao
Natalie Hardwick Rao
Latham & Watkins LLP
555 11th Street, NW, Suite 1000
Washington, DC 20004
catherine.yao@lw.com
natalie.rao@lw.com

Steven A. Tyrrell
Eileen Hren Citron
Weil, Gotshal & Manges, LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
steven.tyrrell@weil.com
eileen.citron@weil.com

Andrew DeFilippis
Special Counsel's Office
145 N Street, NE
Washington, DC 20002
andrew.defilippis@usdoj.gov

Michael T. Keilty
Jonathan Edgar Algor, IV
DOJ-USAO
145 N Street, NE, Suite 3E 803
Washington, DC 20530
michael.keilty@usdoj.gov
jonathan.algor@usdoj.gov

Deborah Brittain
Shaw U.S. Department of Justice
Fraud Section, Securities & Financial Fraud
1400 New York Avenue, NW
Washington, DC 20005
brittain.shaw@usdoj.gov