LEAVE TO FILE GRANTED
*[signature]* USDJ
4/19/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00582 (CRC) |
| ) | |
| MICHAEL A. SUSSMANN, ) | |
| ) | |
| Defendant ) | |

## HILLARY FOR AMERICA'S MOTION TO INTERVENE

Hillary for America respectfully moves this Honorable Court to intervene as an interested non-party to assert privilege claims over documents and information that the Government seeks to compel. As part of its motion to intervene, Hillary for America (HFA) seeks to:

(1)  file the attached motion—made by HFA and by the Democratic National Committee (DNC)—for leave to file *ex parte* and under seal for the Court's *in camera* review the declaration of Marc E. Elias supporting Fusion GPS's opposition to the government's motion to dismiss;

(2)  file the attached declarations of Robert E. Mook and John Podesta in support of Fusion GPS's opposition to the government's motion to compel; and

(3)  be heard at any hearing conducted on the government's motion to compel.

In support of this motion, undersigned counsel submits the following:

HFA is a non-party entity asserting attorney-client privilege and work product protection over communications and work product of its attorneys (at Perkins Coie) and their consultant (Fusion GPS). The government's pending motion to compel seeks materials in the possession of Fusion GPS and/or Perkins Coie that are protected by the attorney-client privilege and the attorney work product doctrine. HFA seeks to intervene to protect its privilege claims, including by

submitting declarations in support of Fusion GPS's opposition to the government's motion to compel, and presenting argument as appropriate to aid the Court in deciding the government's motion to compel.

WHEREFORE, for the foregoing reasons and for any other reasons just and equitable, HFA respectfully requests that the Court allow it to intervene as an interested non-party.

Dated:  April 18, 2022

Respectfully submitted,

/s/ Robert P. Trout
Robert P. Trout, Bar No. 215400
Paola Pinto, Bar No. 1672368
Schertler Onorato Mead & Sears, LLP
555 13th Street, NW
Suite 500 West
Washington, D.C.  20004
Ph: 202-628-4199
Fax: 202-628-4177
rtrout@schertlerlaw.com
ppinto@schertlerlaw.com
*Counsel for Hillary for America*