IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00582 (CRC) |
| ) | |
| MICHAEL A. SUSSMANN, ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING HILLARY FOR AMERICA'S MOTION INTERVENE**

Upon consideration of Hillary for America's Motion to Intervene and finding good cause shown, it is hereby

**ORDERED** that Hillary for America's Motion is **GRANTED**.

								_____
								Christopher R. Cooper
								United States District Judge

Date: _____