**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case No. 1:21-cr-00582 (CRC) |
| ) | |
| **MICHAEL A. SUSSMANN,** ) | |
| ) | |
| **Defendant** ) | |

**[PROPOSED] ORDER ON MOTION TO FILE PORTIONS OF**
**THE DECLARATION SUPPORTING RESPONSE TO MOTION TO COMPEL**
**<u>*EX PARTE*, *IN CAMERA* AND UNDER SEAL</u>**

This matter coming before the Court on the motion filed by Hillary for America ("HFA") and the Democratic National Committee (the "DNC"), seeking leave to file certain privileged material in response to a motion to compel on an *ex parte*, *in camera* basis and under seal (the "Motion"), the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. HFA and the DNC shall submit a fully unredacted version of the Declaration of Marc Elias to this Court, on an *ex parte* basis, *in camera*, and under seal, following the Court's procedures for such submissions.

SO ORDERED.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: _____