IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>        *Defendant*, | Case No. 1:21-cr-00582 (CRC) |

**NOTICE OF APPEARANCE OF SHAWN G. CROWLEY**

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance in this matter as counsel for the Democratic National Committee.

Dated: April 18, 2022

Respectfully submitted,

_____
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
scrowley@kaplanhecker.com
*Counsel for the Democratic National Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I caused the foregoing to be filed and served via electronic mail upon all counsel of record.

By: _____
Shawn G. Crowley
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
scrowley@kaplanhecker.com
*Counsel for the Democratic National Committee*