IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>*Defendant*, | Case No. 1:21-cr-00582 (CRC) |

### [PROPOSED] ORDER GRANTING THE DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE

Upon consideration of the Democratic National Committee's Motion to Intervene and finding good cause shown, it is hereby

**ORDERED** that the Democratic National Committee's Motion is **GRANTED**.


Dated: _____            _____
                                  Christopher R. Cooper
                                  United States District Judge