# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

### NOTICE OF ERRATA REGARDING NON-PARTY PERKINS COIE, LLP'S RESPONSE TO GOVERNMENT'S MOTION TO COMPEL THE PRODUCTION OF PURPORTED PRIVILEGED COMMUNICATIONS WITHHELD BY NON-PARTY ENTITIES FOR *IN CAMERA* INSPECTION BY THE COURT

Non-party Perkins Coie, LLP ("Perkins") respectfully submits this errata to its Response to Government's Motion to Compel the Production of Purported Privileged Communications Withheld by Non-Party Entities for *In Camera* Inspection by the Court (the "Response"), which was filed on April 19, 2022, at Docket No. 82-2, in order to correct an inadvertent clerical error. Perkins seeks to clarify the status of its current and former clients in its Response. Perkins submits as Exhibit 1 the corrected Response to Government's Motion to Compel the Production of Purported Privileged Communications Withheld by Non-Party Entities for *In Camera* Inspection by the Court that corrects these mistakes and makes no other changes.

Dated: April 20, 2022

By:    */s/* F. Joseph Warin

F. Joseph Warin (D.C. Bar No. 235978)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel:  (202) 887-3609
Email: FWarin@gibsondunn.com

*Counsel for Non-Party Perkins Coie, LLP*