UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **EX PARTE AND UNDER SEAL** |
| | : | |
| v. | : | Criminal Case No. 21-582 (CRC) |
| | : | |
| MICHAEL A. SUSSMANN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On application of the Special Counsel requesting that the Court issue an Order pursuant to the provisions of Title 18, United States Code § 6001, *et. seq.*, compelling testimony;

And it appearing to the satisfaction of the Court that:

1. The United States wishes to call Laura Seago as a witness in the above-captioned trial;

2. In the judgment of the Special Counsel, Ms. Seago has refused or is likely to refuse to testify or provide other information on the basis of her privilege against self-incrimination;

3. In the judgment of the Special Counsel, the testimony or other information from Ms. Seago may be necessary to the public interest; and

4. The aforesaid application filed herein has been made with the approval of Deputy Assistant Attorney General Jennifer A.H. Hodge of the Department of Justice's Criminal Division, pursuant to the authority vested by 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a).

NOW THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002:

THAT the witness, Laura Seago, give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she might be interrogated at trial and any proceedings ancillary thereto;

THAT no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Laura Seago in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order;

THAT the government's *Ex Parte* Application for a Court Order to Compel Testimony from Laura Seago and this Order shall be sealed by the Clerk of the Court until further order of this Court, except that the Government may disclose the existence and/or contents of this Order to Laura Seago and her counsel;

THAT the Clerk of the Court shall provide to the Special Counsel's Office certified copies of this Order upon request.

SO ORDERED.

_____
CHRISTOPHER R. COOPER
United States District Judge
District of Columbia

Dated: April 25, 2022