UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 21-582 (CRC) |
| | : | |
| **MICHAEL A. SUSSMANN,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through its undersigned attorney, Special Counsel John H. Durham, respectfully moves this Court for Leave to File Under Seal Exhibit A to its Reply to the Defendant's and Non-party Intervenors' Filings Concerning the Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection, and requests that Exhibit A remain SEALED until further order of this Court, in order to protect privacy of those individuals whose names appear in the Exhibit.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/   Brittain Shaw
Jonathan E. Algor
Assistant Special Counsel
jonathan.algor@usdoj.gov

Andrew J. DeFilippis
Assistant Special Counsel
andrew.defilippis@usdoj.gov

Michael T. Keilty

1

Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov