Filed with the Classified Information Security Officer
CISO *Daniella Medel*
Date 04/25/2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 21-582 (CRC) |
| v. | ) |
| | ) *IN CAMERA*, UNDER SEAL |
| MICHAEL A. SUSSMANN | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S *IN CAMERA*, UNDER SEAL MOTION FOR AN *IN CAMERA* CLASSIFIED HEARING PURSUANT TO CIPA SECTION 6(a) AND NOTICE PURSUANT TO CIPA SECTIONS 5(b) AND 6(b) OF OBJECTIONS CONCERNING PARTICULARITY OF NOTICE AND USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION**