# Exhibit 3

**The New York Times** | https://www.nytimes.com/2009/07/16/business/media/16trump.html

# Trump Suit Claiming Defamation Is Dismissed

By Peter S. Goodman

July 15, 2009

A judge in New Jersey dismissed on Wednesday a $5 billion defamation lawsuit filed by Donald J. Trump against an author whose book placed Mr. Trump's personal wealth far below his public estimates.

Superior Court Judge Michele M. Fox in Camden, N.J., found there was insufficient evidence to allow the case to go to trial.

Mr. Trump sued the author, Timothy L. O'Brien, in 2006 after his book "Trump Nation: The Art of Being the Donald" placed Mr. Trump's wealth at $150 million to $250 million, citing three confidential sources. Mr. Trump argued it was in the billions.

Mr. Trump failed to demonstrate "clear and convincing evidence to establish malice," Judge Fox ruled, according to Bloomberg News.

Mr. Trump vowed to press further legal claims, insisting that his wealth was more than $5 billion when the book was released in 2005 and is more than $6 billion now.

"The libel laws in this country have never been fair," he said. "We proved our case 100 percent. We'll appeal and see what happens. Unfortunately, the court's decision today condones the gross negligence, and lack of professionalism and bias on the part of a reporter."

Mr. O'Brien  now the editor of the Sunday Business section of The New York Times  said he was "deeply gratified that the court's decision has vindicated the reporting in 'Trump Nation.' "

The judge also dismissed Mr. Trump's claims that the co-defendant in the lawsuit, the Hachette Book Group, was "vicariously liable," concluding that Mr. O'Brien had worked independently on the project. The book was published by a Time Warner subsidiary that was subsequently bought by Hachette.

"We are gratified that the court has granted summary judgment dismissal of Mr. Trump's meritless lawsuit," the publisher said in a statement.