# Exhibit 4

**The New York Times**

ELECTION 2016 | Who Will Win? | Senate Forecast | Latest Polls | Get the Podcast | Primary Results

Sept.22, 2015

May. 13, 2016

May. 12, 2016

May. 11, 2016

May. 10, 2016

May. 9, 2016

May. 6, 2016

May. 5, 2016

May. 4, 2016

May. 3, 2016

May. 2, 2016

Politics Newsletter: [Sign Up]
Follow Us
Political News, Now.
3:03 pm ET
By Alan Rappeport

# Donald Trump Threatens to Sue Club for Growth Over Ad Campaign

3:03 pm ET
By Alan Rappeport

Updated, 3:29 p.m. | Donald J. Trump is hitting back at the Club for Growth, threatening to sue the conservative organization unless it stops running advertisements asserting that he wants to raise taxes.

Mr. Trump's lawyer, Alan Garten, sent a two-page letter to the group's president, David McIntosh, accusing it of trying to damage Mr. Trump's reputation

by lying about his policies. The threat of litigation comes a week after the group started a $1 million advertising campaign that paints Mr. Trump as a disingenuous politician who intends to impose a huge tax increase if elected president.

"We will not sit idly by and allow special interest groups and political action committees like yours to defame Mr. Trump," Mr. Garten wrote, accusing the group of libel and threatening a "multimillion dollar lawsuit."

The gambit is not a new one for Mr. Trump, who has a long history of tying opponents up in expensive legal adventures in hopes of bending them to his wishes.

But it is a relatively novel tactic for a political campaign, where the cut and thrust of attack ads can resemble a blood sport with no referees.

Mr. Trump has said that he wants to raise taxes on hedge fund and private equity managers, but that he does not plan an overall tax increase.

The letter goes on to remind Mr. McIntosh that he had previously solicited Mr. Trump for a $1 million donation in exchange for political support. In a statement, Mr. Trump berated the free-market advocacy group and said that he would be releasing his tax plan this week.

"I am not surprised the dishonest, irrelevant and totally failing Club for Growth has resorted to attacking the definitive front-runner, especially after I refused to contribute to their pathetic group," he said.

The Club for Growth said the ads would not be removed and challenged Mr. Trump to defend his record.

"Tough guy Donald Trump starts whining when his liberal record is revealed," Mr. McIntosh said in a statement. "Trump has advocated higher taxes numerous times over many years, just like he's advocated for universal health care, the Wall Street bailout and expanded government powers to take private property.

"Trump's own statements prove that our ads are accurate. They will continue to run."

*Find out what you need to know about the 2016 presidential race today, and get politics news updates via Facebook, Twitter and the First Draft newsletter.*

Mon. Sept. 21 9 Posts Wed. Sept. 23 3 Posts

© 2017 The New York Times Company