# EXHIBIT C

UNCLASSIFIED, COMMITTEE SENSITIVE

EXECUTIVE SESSION

PERMANENT SELECT COMMITTEE ON INTELLIGENCE,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.

INTERVIEW OF:  MARC ELIAS

Wednesday, December 13, 2017

Washington, D.C.

The interview in the above matter was held in Room HVC-304, the Capitol, commencing at 2:07 p.m.

Present:  Representatives Ros-Lehtinen, Wenstrup, Gowdy, Schiff, Himes,

UNCLASSIFIED, COMMITTEE SENSITIVE

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES

UNCLASSIFIED, COMMITTEE SENSITIVE

Carson, Speier, Quigley, Swalwell, Castro, and Heck.

Appearances:

For the PERMANENT SELECT COMMITTEE ON INTELLIGENCE:

████████████████████████████████████

████████████████████████████████

████████████████████████████████████

For MARC ELIAS:

KATHRYN H. RUEMMLER, ESQ.

555 ELEVENTH STREET, N.W., SUITE 1000

WASHINGTON, DC 20004-1304

NICHOLAS MCQUAID, ESQ.

885 THIRD AVENUE (AT 53RD STREET)

NEW YORK, NY 10022-4834

UNCLASSIFIED, COMMITTEE SENSITIVE

the privilege that we've discussed today?

MS. RUEMMLER:   I think we should consult because I don't know the answer.

MR. HIMES:   Okay.

MS. RUEMMLER:   So I can advise.

[Discussion off the record.]

MR. ELIAS:   Let me -- I think I can clarify this.   There were -- in the representation of the Clinton campaign and the DNC, I had, you know, probably, all told, a couple of dozen of lawyers who reported to me, both inside my firm and inside the organizations.   Outside of the legal -- outside of lawyers who reported directly to me, which is why I said I was the gatekeeper, there -- I'm unaware of there being any contacts between -- between Fusion and anyone with the campaign.   And those contacts within my legal team, you know, the buck stops with me.   I was -- they were acting as -- you know, as my agents.

MR. HIMES:   Okay.   That's helpful.   Thank you.

All right.   Let me just get into some sort of nitty-gritty questions.   First, just following up on something Mr. Gowdy asked you, he was -- appeared interested in your decision to hire Fusion GPS for litigation research because its employees are not lawyers.   Is it fair to say that litigation research often includes nonlawyers of all sorts of varieties, accountants, journalists, et cetera?

MR. ELIAS:   From my standpoint, I won't say a hundred -- I won't say never to anything, but I -- am -- I am hiring people who are not lawyers.   If I needed lawyers, I have lawyers.   So, yes, it is typically people who have an expertise other than being a lawyer.

MR. HIMES:   Yes, got it.   Great.   Let's get back to some of the

UNCLASSIFIED, COMMITTEE SENSITIVE

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES