UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

**Non-Party Perkins Coie, LLP's Motion for Nancy Hart's Admission *Pro Hac Vice***

Pursuant to Civil Local Rule 83.2(d), Non-Party Perkins Coie, LLP respectfully moves for admission and appearance of attorney Nancy Hart *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Nancy Hart, filed herewith.  As set forth in the accompanying declaration, Nancy Hart is admitted, practicing, and a member in good standing of the State Bar of New York.  This motion is supported and signed by F. Joseph Warin, an active and sponsoring member of the Bar of this Court.

Dated: April 27, 2022

/s/ F. Joseph Warin
F. Joseph Warin, D.C. Bar No. 235978
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 887-3609
FWarin@gibsondunn.com

*Counsel for Non-Party Perkins Coie, LLP*