**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

**Declaration of Nancy Hart in Support of Non-Party Perkins Coie, LLP's Motion for Nancy Hart's Admission *Pro Hac Vice***

I, Nancy Hart, declare as follows:

1. I am counsel for Non-Party Perkins Coie, LLP in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Nancy Elizabeth Hart.

3. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, NY 10166-0193. My telephone number is (212) 351-3897.

4. I am admitted, practicing, and a member in good standing of the State Bar of New York (Bar Number 4405270).

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of April, 2022 in New York, New York.

*Nancy E. Hart*
_____
Nancy E. Hart