**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

**[Proposed] Order**

At the District of Columbia this _____ day of April, 2022, having considered the Motion of Non-Party Perkins Coie, LLP seeking the admission *pro hac vice* Nancy Hart (ECF No. __), and the Declaration of Nancy Hart submitted in support of the Motion;

IT IS HEREBY ORDERED that Non-Party Perkins Coie, LLP's Motion is GRANTED.

_____
Hon. Christopher R. Cooper
United States District Judge