# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Case No. 1:21-cr-00582 (CRC)** |
| ) | |
| **MICHAEL A. SUSSMANN,** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE BY HILLARY FOR AMERICA OF FILING OF DECLARATIONS IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL

Hillary for America ("HFA"), the principal campaign committee of Secretary Hillary Clinton's 2016 presidential campaign, by its counsel, respectfully submits the declarations of John Podesta and Robert E. Mook in support of the oppositions to the Government's Motion to Compel the Production of Purported Privileged Communications Withheld by Non-Party Entities for *In Camera* Inspection by the Court.

1. On April 6, 2022, the Government filed a motion to compel, seeking the production of certain documents withheld by HFA, the DNC, their law firm (Perkins Coie), and Fusion GPS, a consultant hired by Perkins Coie, all withheld based on the attorney-client privilege and/or the attorney work product doctrine. (Dkt. 64.) In the motion to compel, the Government challenged the assertion of privilege and is asking the non-party entities and/or the holders of the privileges to provide further justification for their assertion of privilege. (*Id.*) HFA and the DNC are the holders of the privileges at issue.

2. To support the oppositions to the motion to compel and justify the basis for the privilege assertions, HFA offers the attached declarations of John Podesta and Robert E. Mook.

Dated: April 28, 2022                                    Respectfully submitted,

/s/ Robert P. Trout
Robert P. Trout, Bar No. 215400
Paola Pinto, Bar No. 1672368
Schertler Onorato Mead & Sears, LLP
555 13th Street, NW
Suite 500 West
Washington, D.C.  20004
Ph: 202-628-4199
Fax: 202-628-4177
rtrout@schertlerlaw.com
ppinto@schertlerlaw.com

*Counsel for Hillary for America*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 28, 2022, I caused the forgoing to be filed and served via electronic mail upon all counsel of record.