**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Case No. 21-582 (CRC)** |
| | **:** | |
| **MICHAEL A. SUSSMANN,** | **:** | **UNDER SEAL** |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION TO**
**COMPEL THE PRODUCTION OF PURPORTED PRIVILEGED COMMUNICATIONS**
**FOR *IN CAMERA* REVIEW**

The United States of America, by and through its undersigned attorney, Special Counsel

John H. Durham, respectfully files the attached Supplemental Exhibits to its Motion to Compel

the Production of Purported Privileged Communications for *In Camera* Inspection.  The

Government, by supplementing its motion with the attached exhibits, seeks to provide notice to

the Court of a Federal Election Committee ("FEC") conciliation agreement with the Democratic

National Committee ("DNC") and the Hillary for America Campaign ("HFA"), and the FEC's

supporting findings, which were made public on April 28, 2022.  Specifically, the FEC found

"probable cause to believe" that the DNC and HFA improperly reported their payments to Perkins

Coie for Fusion GPS's opposition research as "legal and compliance consulting."  See Exhibit 2.

The attached exhibits, as well as additional

1

relevant materials from the FEC's enforcement investigation are publicly available at

https://www.fec.gov/data/legal/matter-under-review/7449.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

/s/   Brittain Shaw
Jonathan E. Algor
Assistant Special Counsel
jonathan.algor@usdoj.gov

Andrew J. DeFilippis
Assistant Special Counsel
andrew.defilippis@usdoj.gov

Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov