

**FEDERAL ELECTION COMMISSION**

Washington, D.C. 20463

February 17, 2022

**MEMORANDUM**

| | | |
|---|---|---|
| **TO:** | | The Commission |
| **FROM:** | | Lisa J. Stevenson |
| | | Acting General Counsel |
| | | Charles Kitcher |
| | | Associate General Counsel for Enforcement |
| **BY:** | | Mark Allen *MA* |
| | | Assistant General Counsel |
| | | Richard L. Weiss *RLW* |
| | | Attorney |
| **SUBJECT:** | | MURs 7291 and 7449 |
| | | (DNC Services Corp./Democratic National Committee, *et al.*) |
| | | Recommendation to Accept Signed Conciliation Agreements |

## I. INTRODUCTION

On December 16, 2021, the Commission found probable cause to believe that DNC Services Corporation/Democratic National Committee and Virginia McGregor in her official capacity as treasurer (the "DNC") violated 52 U.S.C. § 30104(b)(5)(A) and (b)(6)(B)(v) and 11 C.F.R. § 104.3(b)(3)(i) of the Federal Election Campaign Act of 1971, as amended (the "Act") and its regulations, by failing to report the proper purpose of the funds the DNC paid to Perkins Coie for work performed by Fusion GPS.[1] The Commission also found probable cause to believe that Hillary for America and Elizabeth Jones in her official capacity as treasurer ("HFA") violated 52 U.S.C. § 30104(b)(5)(A) and 11 C.F.R. § 104.3(b)(4)(i) of the Act and its regulations, by failing to report the proper purpose of the funds HFA paid to Perkins Coie for work performed by Fusion GPS.[2] On December 16, 2021, the Commission approved conciliation agreements for the DNC and HFA.[3]

---

[1]  Certification ("Cert.") (DNC) (Dec. 17, 2021).

[2]  Cert. (Hillary for America) (Dec. 17, 2021).

[3]  Cert. ¶ 1 (Proposed CA for PC) (Dec. 17, 2021).

Case 1:21-cr-00582-CRC   Document 113-1   Filed 05/02/22   Page 2 of 3

MUR744900325

MURs 7291 and 7449 (DNC Services Corp./Democratic National Committee, *et al.*)
Memorandum to the Commission
Page 2 of 3

Attached are negotiated conciliation agreements signed by counsel.

We believe these settlements represent an acceptable resolution of these matters. We therefore recommend that the Commission accept the signed conciliation agreements with the DNC and HFA.

**II.     RECOMMENDATIONS**

1. Accept the attached conciliation agreement with DNC Services Corporation/Democratic National Committee and Virginia McGregor in her official capacity as treasurer ;

2. Accept the attached conciliation agreement with Hillary for America and Elizabeth Jones in her official capacity as treasurer; and

MURs 7291 and 7449 (DNC Services Corp./Democratic National Committee, *et al.*)
Memorandum to the Commission
Page 3 of 3

1      3.  Approve the appropriate letters.