UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN<br><br>Defendant. | Criminal Case No. 21-582 (CRC) |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Nancy E. Hart enters her appearance on behalf of Non-Party Perkins Coie LLP.  I was granted leave to appear *pro hac vice* by this Court on May 2, 2022.  My office address is:

> Nancy E. Hart
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, NY 10166-0193

I may be reached by phone at (212) 351-3897.  Email may be sent to NHart@gibsondunn.com.

                Respectfully submitted,

Dated: May 3, 2022      By: */s/* Nancy E. Hart

                Nancy E. Hart
                GIBSON DUNN & CRUTCHER LLP
                200 Park Avenue
                New York, NY
                Tel:  (212) 351-3897
                Email: NHart@gibsondunn.com

                *Counsel for Non-Party Perkins Coie, LLP*