# EXHIBIT A

**Defendant Michael A. Sussmann's**
**Preliminary Objections to Special Counsel's Exhibit List**

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 1 | FBI Thumbdrives | Physical Evidence | FRE[1] 901 |
| 2 | William Priestap Notebook | Physical Evidence | FRE 901 |
| 3 | Trisha Anderson Notebook | Physical Evidence | FRE 901 |
| 4 | CIA Thumbdrive | Physical Evidence | FRE 901 |
| 50 | 2016-09-23 US intel officials probe ties | Public Records | FRE 802; FRE 401/402 |
| 51 | 2016-10-08 Tough Donald Trump Coverage | Public Records | FRE 802; FRE 401/402 |
| 52 | 2016-10-31 Clinton tweet | Public Records | FRE 802; FRE 401/402; FRE 403; *see also* Def.'s Resp. to SCO's MILs, ECF No. 68 |
| 53 | 2016-10-31 Investigating Donald Trump, F.B.I. sees no clear | Public Records | |
| 54 | 2016-10-31 Was a Trump Server communicating | Public Records | |
| 55 | 2016-11-01 Was a Trump computer server | Public Records | |
| 56 | 2017-12-18 Sussmann, Michael HPSCI | Public Records | FRE 404(b); *see also* Def.'s Resp. to SCO's MILs, ECF No. 68 (requesting, among other things, that SCO identify which portions of Sussmann's HPSCI testimony he seeks to admit) |
| 57 | 2018-10-03 Baker, James HJC | Public Records | FRE 802 |
| 58 | 2018-10-04 Lawyer for Clinton Campaign and DNC gave FBI | Public Records | |

---

[1] As used herein, "FRE" refers to the Federal Rules of Evidence.

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 59 | 2018-10-04 Michael Sussmann, Hillary Clinton Lawyer, gave FBI | Public Records | |
| 60 | 2018-10-11 Who is Michael Sussmann | Public Records | |
| 61 | 2018-10-18 Baker, James HJC | Public Records | FRE 802 |
| 62 | 2018-10-18 Our Michael Sussmann is an Honorable | Public Records | |
| 100 | SC-00000139 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 101 | SC-00000458 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 102 | SC-00000219 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 103 | SC-00000221 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 104 | SC-00000222 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 105 | SC-00000458 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 106 | SC-00000459 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 107 | SC-00000473 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 108 | SC-00000514 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 109 | SC-00000516 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 110 | SC-00000561 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 111 | SC-00000732 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 112 | SC-00000631 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 113 | SC-00000565 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 114 | SC-00000567 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 115 | SC-00000568 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 116 | SC-00000014 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 117 | SC-00000577 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 118 | SC-00000036 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 119 | SC-00000578 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 120 | SC-00000570 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 121 | SC-00000573 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 122 | SC-00000600 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 123 | SC-00000603 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 124 | SC-00000665 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 125 | SC-00000667 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 126 | SC-00000671 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 127 | SC-00000673 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 128 | SC-00000675 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 129 | SC-00000021 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 130 | SC-00000681 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 131 | SC-00000682 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 132 | SC-00000023 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 133 | SC-00000028 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 134 | SC-00000758 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 135 | SC-00000760 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 136 | SC-00000761 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 137 | SC-00000770 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 138 | SC-00000031 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 139 | SC-00000771 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 140 | SC-00000763 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 141 | SC-00000774 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 142 | SC-00000775 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 143 | SC-00000783 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 144 | SC-00000787 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 145 | SC-00000788 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 146 | SC-00000789 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 147 | SC-00000792 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 148 | SC-00000806 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 149 | SC-00000807 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 150 | SC-00000908 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 151 | SC-00000947 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 152 | SC-00000033 | Antonakakis Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Evidence Regarding the Gathering of Data, ECF No. 60 |
| 200 | SCO-001600 | FBI Records | |
| 201 | SCO-001631 | FBI Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 202 | SCO-001633 | FBI Records | FRE 802; FRE 401/402 |
| 203 | SCO-001634 | FBI Records | FRE 802; FRE 401/402 |
| 204 | SCO-001638 | FBI Records | FRE 802; FRE 401/402 |
| 204A | SCO-001650 | FBI Records | FRE 802; FRE 401/402 |
| 205 | SCO-001651 | FBI Records | FRE 802; FRE 401/402 |
| 206 | SCO-001655 | FBI Records | |
| 207 | SCO-001659 | FBI Records | |
| 208 | SCO-068792 | FBI Records | |
| 209 | SCO-068793 | FBI Records | |
| 210 | SCO-068794 | FBI Records | |
| 211 | SCO-001747 | FBI Records | |
| 212 | SCO-068795 | FBI Records | |
| 213 | SCO-068796 | FBI Records | |
| 214 | SCO-068797 | FBI Records | |
| 215 | SCO-068798 | FBI Records | |
| 216 | SCO-068799 | FBI Records | |
| 217 | SCO-001866 | FBI Records | |
| 218 | SCO-001872 | FBI Records | |
| 219 | SCO-001874 | FBI Records | |
| 220 | SCO-001878 | FBI Records | |
| 221 | SCO-001880 | FBI Records | FRE 802 |
| 222 | SCO-001882 | FBI Records | FRE 802 |
| 223 | SCO-001883 | FBI Records | FRE 802 |
| 224 | SCO-001888 | FBI Records | FRE 802 |
| 225 | SCO-001891 | FBI Records | FRE 802; FRE 401/402 |
| 226 | SCO-001894 | FBI Records | FRE 802 |
| 227 | SCO-001899 | FBI Records | FRE 802; FRE 401/402 |
| 228 | SCO-001904 | FBI Records | FRE 802; FRE 401/402 |
| 229 | SCO-001954 | FBI Records | |
| 230 | SCO-001956 | FBI Records | |
| 231 | SCO-001958 | FBI Records | FRE 802 |
| 231A | SCO-001966 | FBI Records | FRE 802 |
| 231B | SCO-001973 | FBI Records | FRE 802 |
| 231C | SCO-001974 | FBI Records | FRE 802 |
| 232 | SCO-001975 | FBI Records | FRE 802 |
| 232A | SCO-068800 | FBI Records | FRE 802 |
| 232B | SCO-068801 | FBI Records | FRE 802 |
| 232C | SCO-005977 | FBI Records | FRE 802 |
| 233 | SCO-005978 | FBI Records | FRE 802 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 234 | SCO-006164 | FBI Records | FRE 802; FRE 401/402 |
| 235 | SCO-006182 | FBI Records | FRE 802 |
| 236 | SCO-006205 | FBI Records | FRE 802 |
| 237 | SCO-018071 | FBI Records | FRE 802; FRE 401/402 |
| 238 | SCO-020180 | FBI Records | FRE 802; FRE 401/402 |
| 239 | SCO-014928 | FBI Records | FRE 802; FRE 401/402 |
| 240 | SCO-011939 | FBI Records | |
| 241 | SCO-016154 | FBI Records | FRE 401/402 |
| 242 | SCO-006231 | FBI Records | FRE 802; *see* also Def.'s MIL to Exclude Testimony or Evidence Pertaining to Former FBI Assistant Director Bill Priestap's and Deputy General Counsel Trisha Anderson's Notes, ECF 58 |
| 243 | SCO-006764 | FBI Records | FRE 802; *see* also Def.'s MIL to Exclude Testimony or Evidence Pertaining to Former FBI Assistant Director Bill Priestap's and Deputy General Counsel Trisha Anderson's Notes, ECF 59 |
| 244 | SCO-011054 | FBI Records | |
| 245 | SCO-006605 | FBI Records | FRE 802 |
| 246 | SCO-006608 | FBI Records | FRE 802 |
| 247 | SCO-011044 | FBI Records | FRE 802; FRE 403 |
| 248 | SCO-006606 | FBI Records | FRE 802 |
| 249 | SCO-006609 | FBI Records | FRE 802 |
| 250 | SCO-006348 | FBI Records | FRE 802 |
| 251 | SCO-006610 | FBI Records | FRE 802 |
| 252 | SCO-006444 | FBI Records | FRE 802 |
| 253 | SCO-006407 | FBI Records | FRE 802 |
| 254 | SCO-006412 | FBI Records | FRE 802 |
| 255 | SCO-006448 | FBI Records | FRE 802 |
| 256 | SCO-006359 | FBI Records | FRE 802 |
| 257 | SCO-006611 | FBI Records | FRE 802 |
| 258 | SCO-006612 | FBI Records | FRE 802 |
| 259 | SCO-006613 | FBI Records | FRE 802 |
| 260 | SCO-006457 | FBI Records | FRE 802 |
| 261 | SCO-006464 | FBI Records | FRE 802 |
| 262 | SCO-006470 | FBI Records | FRE 802 |
| 263 | SCO-006624 | FBI Records | FRE 802 |
| 264 | SCO-006504 | FBI Records | FRE 802 |
| 265 | SCO-006486 | FBI Records | FRE 802 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 266 | SCO-006495 | FBI Records | FRE 802 |
| 267 | SCO-020513 | FBI Records | FRE 802 |
| 268 | SCO-006506 | FBI Records | FRE 802 |
| 269 | SCO-006360 | FBI Records | FRE 802 |
| 270 | SCO-006367 | FBI Records | FRE 802 |
| 271 | SCO-020182 | FBI Records | FRE 802; FRE 401/402 |
| 272 | SCO-006622 | FBI Records | FRE 802 |
| 273 | SCO-006507 | FBI Records | FRE 401/402 |
| 274 | SC-00081647 | FBI Records | FRE 401/402 |
| 275 | SCO-020796 | FBI Records | FRE 401/402 |
| 276 | SCO-020821 | FBI Records | FRE 802; FRE 401/402 |
| 277 | SCO-008640 | FBI Records | FRE 802 |
| 278 | SCO-006577 | FBI Records | FRE 802 |
| 279 | SCO-006453 | FBI Records | FRE 802 |
| 280 | SCO-018816 | FBI Records | FRE 401/402 |
| 281 | SCO-018830 | FBI Records | FRE 401/402 |
| 400 | SC-00003733 | Perkins Coie Records | |
| 401 | SC-00003681 | Perkins Coie Records | |
| 402 | SC-00004920 | Perkins Coie Records | FRE 401/402 |
| 403 | SC-00004206 | Perkins Coie Records | |
| 403 New | SC-00004201 | Perkins Coie Records | |
| 404 | SC-00003539 | Perkins Coie Records | |
| 405 | SC-00003506 | Perkins Coie Records | |
| 406 | SC-00004212 | Perkins Coie Records | |
| 407 | SC-00003455 | Perkins Coie Records | |
| 408 | SC-00108364 | Perkins Coie Records | |
| 409 | SC-00108365 | Perkins Coie Records | |
| 410 | SC-00110926 | Perkins Coie Records | |
| 411 | SC-00004217 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 412 | SC-00003577 | Perkins Coie Records | |
| 413 | SC-00004221 | Perkins Coie Records | |
| 414 | SC-00003464 | Perkins Coie Records | |
| 415 | SC-00004230 | Perkins Coie Records | |
| 416 | SC-00003467 | Perkins Coie Records | |
| 417 | SC-00003516 | Perkins Coie Records | |
| 418 | SC-00003521 | Perkins Coie Records | |
| 419 | SC-00004240 | Perkins Coie Records | |
| 420 | SC-00004243 | Perkins Coie Records | |
| 421 | SC-00004244 | Perkins Coie Records | |
| 422 | SC-00004247 | Perkins Coie Records | |
| 422 New | SC-00034228 | Perkins Coie Records | |
| 423 | SC-00003526 | Perkins Coie Records | |
| 424 | SC-00003600 | Perkins Coie Records | |
| 425 | SC-00003619 | Perkins Coie Records | |
| 426 | SC-00003620 | Perkins Coie Records | |
| 427 | SC-00004255 | Perkins Coie Records | |
| 428 | SC-00004250 | Perkins Coie Records | |
| 428 New | SC-00004251 | Perkins Coie Records | |
| 429 | SC-00003527 | Perkins Coie Records | |
| 430 | SC-00004256 | Perkins Coie Records | |
| 431 | SC-00003545 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 432 | SC-00004264 | Perkins Coie Records | |
| 432 New | SC-00034227 | Perkins Coie Records | |
| 433 | SC-00004257 | Perkins Coie Records | |
| 434 | SC-00004259 | Perkins Coie Records | |
| 435 | SC-00004262 | Perkins Coie Records | |
| 436 | SC-00003388 | Perkins Coie Records | |
| 437 | SC-00003578 | Perkins Coie Records | |
| 438 | SC-00004312 | Perkins Coie Records | |
| 439 | SC-00004340 | Perkins Coie Records | |
| 440 | SC-00003567 | Perkins Coie Records | |
| 441 | SC-00003573 | Perkins Coie Records | |
| 442 | SC-00004260 | Perkins Coie Records | |
| 443 | SC-00003550 | Perkins Coie Records | |
| 444 | SC-00004268 | Perkins Coie Records | |
| 444 New | SC-00034223-1 | Perkins Coie Records | |
| 445 | SC-00032859 | Perkins Coie Records | |
| 446 | SC-00106812 | Perkins Coie Records | FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 447 | SC-00004296 | Perkins Coie Records | |
| 448 | SC-00004278 | Perkins Coie Records | |
| 449 | SC-00004279 | Perkins Coie Records | |
| 449A | SC-00004280 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 450 | SC-00003552 | Perkins Coie Records | |
| 451 | SC-00004285 | Perkins Coie Records | |
| 452 | SC-00004534 | Perkins Coie Records | |
| 452 New | SC-00034187 | Perkins Coie Records | |
| 453 | SC-00003641 | Perkins Coie Records | |
| 454 | SC-00004536 | Perkins Coie Records | |
| 455 | SC-00003558 | Perkins Coie Records | |
| 456 | SC-00004297 | Perkins Coie Records | |
| 457 | SC-00004343 | Perkins Coie Records | |
| 458 | SC-00004346 | Perkins Coie Records | |
| 459 | SC-00004356 | Perkins Coie Records | |
| 460 | SC-00004366 | Perkins Coie Records | |
| 461 | SC-00004394 | Perkins Coie Records | |
| 462 | SC-00003650 | Perkins Coie Records | |
| 463 | SC-00110918 | Perkins Coie Records | FRE 401/402 |
| 464 | SC-00004563 | Perkins Coie Records | FRE 401/402 |
| 465 | SC-00004572 | Perkins Coie Records | FRE 401/402 |
| 466 | SC-00003741 | Perkins Coie Records | FRE 401/402 |
| 467 | SC-00004583 | Perkins Coie Records | FRE 401/402 |
| 468 | SC-00001737 | Perkins Coie Records | |
| 469 | SC-00001751 | Perkins Coie Records | |
| 470 | SC-00001808 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 471 | SC-00001818 | Perkins Coie Records | |
| 472 | SC-00001851 | Perkins Coie Records | |
| 473 | SC-00001852 | Perkins Coie Records | |
| 474 | SC-00001861 | Perkins Coie Records | |
| 475 | SC-00001876 | Perkins Coie Records | |
| 476 | SC-00001919 | Perkins Coie Records | |
| 477 | SC-00001920 | Perkins Coie Records | |
| 478 | SC-00001926 | Perkins Coie Records | |
| 479 | SC-00001934 | Perkins Coie Records | |
| 480 | SC-00001940 | Perkins Coie Records | |
| 481 | SC-00001946 | Perkins Coie Records | |
| 482 | SC-00001955 | Perkins Coie Records | |
| 483 | SC-00003129 | Perkins Coie Records | |
| 484 | SC-00003130 | Perkins Coie Records | |
| 485 | SC-00003133 | Perkins Coie Records | |
| 486 | SC-00003220 | Perkins Coie Records | |
| 487 | SC-00003233 | Perkins Coie Records | |
| 488 | SC-00003287 | Perkins Coie Records | |
| 489 | SC-00003288 | Perkins Coie Records | |
| 490 | SC-00003293 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 600 | SC-00102335 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 601 | SC-00102334 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 602 | SC-00102333 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 603 | SC-00102329 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 604 | SC-00027311 | Fusion GPS Records | FRE 401/402; FRE 403 |
| 605 | SC-00027301 | Fusion GPS Records | FRE 401/402; FRE 403 |
| 606 | SC-00102263 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 607 | SC-00102261 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 608 | SC-00102260 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 609 | SC-00102259 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 610 | SC-00102257 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 611 | SC-00102255 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 612 | SC-00102256 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 613 | SC-00102253 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 614 | SC-00027288 | Fusion GPS Records | FRE 401/402; FRE 403 |
| 615 | SC-00102573 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 616 | SC-00027233 | Fusion GPS Records | FRE 401/402; FRE 403 |
| 617 | SC-00027380 | Fusion GPS Records | FRE 401/402; FRE 403 |
| 618 | SC-00027224 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 619 | SC-00027232 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 620 | SCO-074465 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| 700 | SCO-000569 | Neustar Records | FRE 401/402 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 701 | SCO-000573 | Neustar Records | FRE 401/402 |
| 702 | SCO-000571 | Neustar Records | FRE 401/402 |
| 703 | SCO-000581 | Neustar Records | FRE 401/402 |
| 704 | SCO-000587 | Neustar Records | FRE 401/402 |
| 705 | SC-00029962 | Neustar Records | FRE 401/402 |
| 706 | SCO-000592 | Neustar Records | FRE 401/402 |
| 707 | SCO-000602 | Neustar Records | FRE 401/402 |
| 708 | SCO-000595 | Neustar Records | FRE 401/402 |
| 709 | SCO-000609 | Neustar Records | FRE 401/402 |
| 710 | SCO-000614 | Neustar Records | FRE 802; FRE 401/402 |
| 711 | SCO-000679 | Neustar Records | FRE 401/402 |
| 712 | SCO-000678 | Neustar Records | FRE 401/402 |
| 713 | SCO-000680 | Neustar Records | FRE 401/402 |
| 714 | SCO-000572 | Neustar Records | FRE 401/402 |
| 715 | SC-00030481 | Neustar Records | FRE 401/402 |
| 800 | SCO-023604 | CIA Records | |
| 801 | SCO-023605 | CIA Records | |
| 802 | SCO-023606 | CIA Records | |
| 803 | SCO-023607 | CIA Records | |
| 804 | SCO-023608 | CIA Records | |
| 805 | SCO-023609 | CIA Records | |
| 806 | SC-00081618 | CIA Records | |
| 807 | SC-00081620 | CIA Records | |
| 808 | SC-00081641 | CIA Records | |
| 809 | SC-00081631 | CIA Records | |
| 810 | SC-00081639 | CIA Records | |
| 811 | SC-00081626 | CIA Records | |
| 812 | SC-00081622 | CIA Records | |
| 813 | SC-00081616 | CIA Records | |
| 814 | SCO-074877 | CIA Records | |
| 815 | SC-00081645 | CIA Records | FRE 802; FRE 401/402 |
| 816 | SCO-074879 | CIA Records | FRE 401/402 |
| 817 | SC-00081628 | CIA Records | |
| 818 | SC-00081625 | CIA Records | FRE 802; FRE 401/402 |
| 819 | SCO-023859 | CIA Records | FRE 401/402 |
| 900 | SCO-000350 | DOD Records | FRE 401/402 |
| 901 | SCO-000345 | DOD Records | FRE 401/402 |
| 1000 | SC-00081613 | Zetalytics Records | FRE 401/402 |
| 1001 | SCO-075822 | Zetalytics Records | FRE 401/402 - document goes through 2021. |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 1100 | SC-00027203 | Infoblox Records | FRE 802; FRE 401/402 |
| 1101 | SC-00027205 | Infoblox Records | FRE 802; FRE 401/402 |
| 1102 | SC-00027207 | Infoblox Records | FRE 802; FRE 401/402 |
| 1103 | SC-00027209 | Infoblox Records | FRE 802; FRE 401/402 |
| 1104 | SC-00027211 | Infoblox Records | FRE 802; FRE 401/402 |
| 1105 | SC-00027213 | Infoblox Records | FRE 802; FRE 401/402 |
| 1106 | SC-00027215 | Infoblox Records | FRE 802; FRE 401/402 |
| 1107 | SC-00027217 | Infoblox Records | FRE 802; FRE 401/402 |
| 1108 | SC-00027219 | Infoblox Records | FRE 802; FRE 401/402 |
| 1109 | SC-00027221 | Infoblox Records | FRE 802; FRE 401/402 |
| 1110 | SC-00027222 | Infoblox Records | FRE 802; FRE 401/402 |
| 1200 | SC-00034317 | Packet Forensics Records | FRE 802; FRE 401/402 |
| 1201 | SCO-001005 | Packet Forensics Records | FRE 802; FRE 401/402 |
| 1300 | ATT_RECORDS_KEY | AT&T Records | |
| 1301 | CERT_3401717.001 | AT&T Records | |
| 1302 | REPORTAU_3401717.001 | AT&T Records | |
| 1303 | REPORTCT_3401717.001 | AT&T Records | |
| 1304 | REPORTICDR_3401717.001 | AT&T Records | FRE 401/402 |
| 1305 | REPORTIMEI_3401717.001 | AT&T Records | |
| 1306 | REPORTIMSI_3401717.001 | AT&T Records | |
| 1307 | REPORTLANDLINE_3401717.001 | AT&T Records | |
| 1308 | REPORTSTIRSHAKEN_3401717.001 | AT&T Records | |
| 1400 | 22182004tolls2 | Verizon Records | |
| 1401 | Certification of records NJ conformed copy sesig | Verizon Records | |
| 1500 | SCO-023832 | Baker Records | |
| 1600 | SC-00004933 | DeJong Records | FRE 401/402 |
| 1601 | SC-00004938 | DeJong Records | FRE 401/402 |
| 1602 | SC-00004939 | DeJong Records | FRE 401/402 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| 1700 | DNS and TOR Primers PowerPoint | Expert Materials | FRE 611; *see also, e.g., United States v. Dolney*, No. 04-CR-159 (NGG), 2005 WL 2129169, at *4 (E.D.N.Y. Sept. 1, 2005), *aff'd sub nom. United States v. Pirgousis*, 290 F. App'x 388 (2d Cir. 2008) ("While it is proper for pedagogical devices to be shown to the jury, to assist in its understanding of testimony and documents that have been produced they should not be admitted as an exhibit or taken to the jury room.") (internal citation omitted) |
| 1800 | Packet Forensics photo | Novick Records | FRE 401/402 |
| 1801 | SC-00083451 | Novick Records | FRE 401/402 |
| 1802 | SC-00083453 | Novick Records | FRE 401/402 |
| 1803 | SC-00083458 | Novick Records | FRE 401/402 |
| 1900 | SC-00032158 | Patel Records | |
| 2000 | SCO-074010 | Yegerman Records | FRE 401/402 |
| Unmarked | Map to Staples | Public | FRE 401/402 |
| Unmarked | PROD0002227 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0002229 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0003436 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004254 | Perkins Coie Records | FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004263 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | PROD0004272 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004324 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004740 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004775 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004939 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0004956 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0005376 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD0006008 | Perkins Coie Records | FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | PROD330966 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00003404 | Perkins Coie Records | |
| Unmarked | SC-00003683 | Perkins Coie Records | |
| Unmarked | SC-00004210-1 | Perkins Coie Records | |
| Unmarked | SC-00004232-1 | Perkins Coie Records | |
| Unmarked | SC-00004233-2 | Perkins Coie Records | |
| Unmarked | SC-00004238 | Perkins Coie Records | |
| Unmarked | SC-00004245 | Perkins Coie Records | |
| Unmarked | SC-00004246 | Perkins Coie Records | |
| Unmarked | SC-00004248 | Perkins Coie Records | |
| Unmarked | SC-00004266 | Perkins Coie Records | |
| Unmarked | SC-00004267 | Perkins Coie Records | |
| Unmarked | SC-00004269 | Perkins Coie Records | |
| Unmarked | SC-00004283 | Perkins Coie Records | |
| Unmarked | SC-00004287 | Perkins Coie Records | |
| Unmarked | SC-00004289 | Perkins Coie Records | |
| Unmarked | SC-00004299 | Perkins Coie Records | |
| Unmarked | SC-00004300 | Perkins Coie Records | |
| Unmarked | SC-00004301 | Perkins Coie Records | |
| Unmarked | SC-00004304 | Perkins Coie Records | |
| Unmarked | SC-00004305 | Perkins Coie Records | |
| Unmarked | SC-00004308 | Perkins Coie Records | |
| Unmarked | SC-00004361 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00004364-1 | Perkins Coie Records | |
| Unmarked | SC-00004364-2 | Perkins Coie Records | |
| Unmarked | SC-00004364 | Perkins Coie Records | |
| Unmarked | SC-00004367 | Perkins Coie Records | |
| Unmarked | SC-00004521 | Perkins Coie Records | |
| Unmarked | SC-00004545-1 | Perkins Coie Records | |
| Unmarked | SC-00004545 | Perkins Coie Records | |
| Unmarked | SC-00004562 | Perkins Coie Records | |
| Unmarked | SC-00004630 | Perkins Coie Records | |
| Unmarked | SC-00004631 | Perkins Coie Records | |
| Unmarked | SC-00004633 | Perkins Coie Records | |
| Unmarked | SC-00004634 | Perkins Coie Records | |
| Unmarked | SC-00004635 | Perkins Coie Records | |
| Unmarked | SC-00004636 | Perkins Coie Records | |
| Unmarked | SC-00004637-1 | Perkins Coie Records | |
| Unmarked | SC-00004637 | Perkins Coie Records | |
| Unmarked | SC-00004638 | Perkins Coie Records | |
| Unmarked | SC-00027265 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027272-1 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027272 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027278 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027283 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027291 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027298 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027301 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027306 | Fusion GPS Records | FRE 802; FRE 401/402 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00027309 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027314 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027350 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027456 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027471 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027473 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027475 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027483 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027487 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027491 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027491A | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027501 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027501A | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027516 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027516A | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027527 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027542 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027557 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027557A | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027566 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027566A | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027575 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027575A | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027585 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00027587 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00032895 | Perkins Coie Records | |
| Unmarked | SC-00034186 | Perkins Coie Records | |
| Unmarked | SC-00034188 | Perkins Coie Records | |
| Unmarked | SC-00034189 | Perkins Coie Records | |
| Unmarked | SC-00034201 | Perkins Coie Records | |
| Unmarked | SC-00034202 | Perkins Coie Records | |
| Unmarked | SC-00034203 | Perkins Coie Records | |
| Unmarked | SC-00034222 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00034226 | Perkins Coie Records | |
| Unmarked | SC-00034231 | Perkins Coie Records | |
| Unmarked | SC-00034232 | Perkins Coie Records | |
| Unmarked | SC-00034233 | Perkins Coie Records | |
| Unmarked | SC-00034235-1 | Perkins Coie Records | |
| Unmarked | SC-00034236-1 | Perkins Coie Records | |
| Unmarked | SC-00034237-1 | Perkins Coie Records | |
| Unmarked | SC-00034239-1 | Perkins Coie Records | |
| Unmarked | SC-00034240-1 | Perkins Coie Records | |
| Unmarked | SC-00081677 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00081678 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00082215 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00082558 | Fusion GPS Records | FRE 802; FRE 401/402 |
| Unmarked | SC-00083826 | Perkins Coie Records | |
| Unmarked | SC-00083840 | Perkins Coie Records | |
| Unmarked | SC-00100359 | Fusion GPS Records | |
| Unmarked | SC-00101572 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101573 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101574 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00101584 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101691 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101699 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101734 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101735 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101736 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101737 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101738 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00101758 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00101758A | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102216 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102233 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102234 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102264A | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102596 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102628 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00102630 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102632 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102632A | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102698 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102700A | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102771 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00102772 | Fusion GPS Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00105038 | Perkins Coie Records | |
| Unmarked | SC-00105044 | Perkins Coie Records | |
| Unmarked | SC-00105103 | Perkins Coie Records | |
| Unmarked | SC-00105107 | Perkins Coie Records | |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00105113 | Perkins Coie Records | |
| Unmarked | SC-00105116 | Perkins Coie Records | |
| Unmarked | SC-00105136 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00105270 | Perkins Coie Records | |
| Unmarked | SC-00105349 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106167 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106247 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106249 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106250 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106252 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106257 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106266 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106267 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106268 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106269 | Perkins Coie Records | FRE 401/402 |
| Unmarked | SC-00106294 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106295 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106296 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00106297 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106298 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106299 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106588 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106595 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00106807 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00107161 | Perkins Coie Records | FRE 401/402; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00107373 | Perkins Coie Records | FRE 401/402; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00107585 | Perkins Coie Records | FRE 401/402; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108020 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108028 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00108033 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108038 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108047 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108268 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108269 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108271 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108344 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108351 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108353 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00108357 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108359 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108361 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108362 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108363 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108370 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108612 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00108614 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109354 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00109355 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109356 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109357 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109358 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109359 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109362 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109363 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109364 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00109365 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109366 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109368 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109369 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109370 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109371 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109373 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109375 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109376 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109377 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |

| Exhibit Number | Bates Number or Identifier | Special Counsel's Description | Defendant's Objections |
|---|---|---|---|
| Unmarked | SC-00109379 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109381 | Perkins Coie Records | *See* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109387 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00109388 | Perkins Coie Records | FRE 401/402; FRE 403; *see also* Def.'s MIL to Preclude Special Counsel from Presenting Evidence Regarding Matters Subject to the Attorney-Client Privilege, ECF No. 57 |
| Unmarked | SC-00110931 | Perkins Coie Records | |
| Unmarked | SC-00110932 | Perkins Coie Records | |