Filed with the Classified
Information Security Officer
CISO *Daniella Medel*
Date 05/06/2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MICHAEL A. SUSSMANN ) <br> ) <br> Defendant. ) | Case No. 21-582 (CRC) |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL
SUPPLEMENTAL MOTION AND MEMORANDUM OF LAW IN SUPPORT OF
PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED
INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES
OF CRIMINAL PROCEDURE**