# EXHIBIT A

FBI Brief for DOJ

- Focus on Russians
  - FBI sees a variety of overseers (some USPs) and continue to evaluate.

- focus on H. 1st.
- after election, scrambled to change direction.
- Intel community → agreement re unclass report.
  - long term highly noted sources
- FBI enduring effort on Russians
  focus of influence + these cases are the ones that have shaken out
- Scope Note of Report - Does not include ongoing investigations.
  - Report on Russians, but not details as to how.

Popodopolus -
- May 2016, Papodopolous said
- friendly [  ] - Trump campaign could release info hurtful to H.
- make a report + file it.
  ↳ then see release of DNC Hack
    + Trump comment about Russia release more

Foreign Service remembers conversation + reaches out to FBI

- Crossfire Hurricane → umbrella Investigation
  - offer?                    * Pop. d[  ]
  - to whom?
  - follow thru?

- 4 cases ← POP / PAGE / Manafort / Flynn } out of umbrella inves[REDACTED]

Flynn → did not fit characteristics.
  were going to close at time to close when Kislyak calls.
  ↳ essentially done.
  • PARA LETTER — Turkey. waiting for a few NSL's to come back. (copy att)
    talk to DOJ about next steps - crim exposure
  Q → Impact of call phone: Has shown that
      although know, does drive change in
      behavior.
        Statements; cover Russian officials →
        broader than Kislyak.

Manafort →
CID + CRM (Kleptocracy) → already being investigated
  • CRM case - Bruce Ohr / Bruce Swartz → discussion
      of Kleptocracy + Russian org. crime.
      ↳ Re-energize CRM case.
  • opened parallel crim rico intel case.
  → CROWN Reporting → Convention
      • Crimea + Nato - soften stance for
        exchange of Russian energy stocks:
        ↳ Investigate, but not.

PARA LETTER → out to Manafort

Page
- SVR connections prior to this.
  NY contacts w/ SVR.
  gave him defensive briefing → and advised SVR
      about the FBI contact.
spring 2016  TRUMP - named as one of the foreign policy
      advisors.

- Background SVR
- Allegation
- Crown source Reporting

Oct 21 - FISA
- 4 facilities - 2 email | renewed in Jan.
              cell     | working on Next Renewal
              Skype  | Now.

- fruitful
- Page → contacts w/ Russian legislature +
      Putin leadership
      ↳ trying to shop around the contacts.
      trying to broker contacts.

    Do not have contacts overseas, just page's
      Recount of it.
      ~~doesn't~~ ~~believe~~ ~~did~~ ~~not~~ ~~see~~ ~~current~~

[MID-Jan.] Recent comms → Bannon telling him not to go
    + speak publicly. Page says wants to
    defend himself. Have "Cease & Desist Letter"

- has been pushed away from the campaign
- focus to understand his Russian contacts
    + Russia's efforts.

[ LEAK → around October
          → that FISA being denied ]

→ Russia target ~~unless~~ of ~~political~~
    influence investigation.



Pop.
- FRIDAY - briefed   - 4 interviews
  3 recorded stmts
  - contacts w/ Mifsud → Jan/Feb said much - that was told
      that Russia had emails that
      would dirty up H.C.
  - admitted met w/ Faryin too
      did not that he told them
  - not forthcoming
  - 4th contact - said has attorney
      and no longer wants to talk

- Pop → worked w/ Israeli - Enemy
  - said phone from Israeli govt
     + would give to FBI
     C/S → also said worked
                Israeli

  - may have been paid by Trump
     campaign, but not reported.

  - Email w/ Pop + Page reference to Russians
       ↳ Pop. said told no one - so think
                not being truthful.

  Do not see direct contact w/ key
     Players,
            ↳ only periphery.

  ✳ Do not see recent comms b/w Page/Pop



<u>Wadid</u> ~~Daas~~ phones — Early team.
    ↳ contacts w/ Egypt.

- working on a FISA application.
- would do defensive briefing if needed.

— Press re "contacts"
   ↳ cia reporting re Ambassador - numerous contacts
     in his role as Ambassador. Could be construed
     as "constant contacts."     • not true
— Press calls him an intel officer, POI is Ambassador • intel off...

- <u>Saturday Tweet</u> —
  FBI Review what is behind it.
  - B.B. article from FRIDAY — "known" activity
    - refers to rumor re that FISA request
      denied in July + successful of "FISA"
      coverage in October.
      → Nothing in July
      → Oct → Carter Page.
  - "Server" — late summer, FBI got info
    NYT ~~thought that~~
    - computer server connected to "Alpha Bank"
      that is a Russian Bank.
      - Mcale Freedman — Russian Oligarch
        connected to Putin
      ~~similarity~~ activity w/ "Bank" + (Hotel)
      Server of TRUMP "Organization" (Hotel)

  "attorney" brought to FBI on
  behalf of his clients.
    → also advised others in media.
    NYT.

- TRUMP org. sent solicitation to alpha bank + bank lookup at domain.

  FBI investigated — ended w/ 2 private companies (full of last year?)
  Trump Hotel browser
  FL. co. to domain
                    → told are longer
                      read server.
  PA company housed   + PA didn't turn
  the server          off / was not
                      communicated w/
                      ~~Cambinet~~ + ??? ???

- Companies looking up server?
- Buck Alpha Bank
- Did not solve historical case of server.       FBI own
- Interaction → background noise of Internet     analysis

- Maybe some variant of this is behind BiB story?

2:30 - Call to NSD/ from J.C.
Swamp - article there with trying to [REDACTED]
"FBIS."

TUESDAY - Discussion of requests from Hill

weekend tweets -

Congressional Leadership - FBI recommendation.
 ↳ Intel Committees
 ↳ Gang of 8

- Talking Points in Draft.

• HPSCI + SSCI → Staff requests.

- Level Set - Expectations
  - Electronic surveillance accusations.

FBI → Leadership / Closed / Classified sessions
DIR. → Please do as soon as possible.