# EXHIBIT B

3/6/17

FBI trying to determine what is behind POTUS tweets. Possibly of computer server at Alpha Bank as reported by Breitbart news.
- dredged up rumor of denied FISA in June/July + successful in Oct.
- refers to server — first brought to FBI att by atty/~~NYT Times~~ re: Alpha Bank. Opened by Michael Friedman — an oligarch aff of Putin Admin. Allegation was they had seen suspicious activity between server for Alpha Bank & Trump ~~Campaign~~ Hotel group. Attorney brought to Jim Baker + d/n say who client was. Said computer researchers saw the artifact. Said media orgs had the info including NY Times. Jim & Bill

NY Times was trying to get info they were going to publish. We said hold off while looked into it + could not confirm, so NY Times d/n publish. Some variant of this story could be Richard Breitbart ~~allegations~~.

- spoke to NY Times.

FBI determined the Trump Hotel group used company in FL to admin domain for hotel group. Server housed in Philly. Trump Hotel t/d admin. did not need server + asked them to turn off, yet still on lookup tables until FBI told them to + they shut down. Last this spring, saw that Alpha Bank was among those attempting to contact server. The server had been used to put out advertising/marketing emails. Can't say what had occurred historically between Alpha Bank & Trump server.