# EXHIBIT C

**Gauhar, Tashina (ODAG)**

| | |
|---|---|
| **Subject:** | Briefing for the (A)DAG |
| **Location:** | JCC |
| **Start:** | Mon 3/6/2017 9:00 AM |
| **End:** | Mon 3/6/2017 10:00 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Gauhar, Tashina (ODAG) |
| **Required Attendees:** | McCord, Mary (NSD); Evans, Stuart (NSD); Toscas, George (NSD); Priestap, E. W. (CD) (FBI); Strzok, Peter P. (CD) (FBI); Rybicki, James E. (FBI); Crowell, James (ODAG); Schools, Scott (ODAG); Boente, Dana (ODAG); McCabe, Andrew G. (DO) (FBI); Baker, James A. (OGC) (FBI); JCC (JMD); Brinkley, Winnie (ODAG); Gamble, Nathaniel (ODAG) |

SCO_094774