# EXHIBIT D

Trish Anderson, Jim Baker, Jim Rybicki, Carl Ghattis, [redacted] 3/6/17
Andy McCabe, Pete Strzok, Bill Priestap, George, Mary, Tash, Dana,
Jim C,
Richard Scott.

- BP: Lots of activity from Russians as a result of surprising result. Not unique to Russia.

AM: We have an enduring effort re Russians.

PS: Pappadopulus in May. Trump team rec'd suggestion from R. that it could assist Trump team by having info that would embarrass Clinton & Obama. We start seeing releases of DNC hack. Trump "If you're listening."

We open up umbrella inv. - Crossfire Hurricane. Info - not clear who it was made to & not clear whether T-team followed up.

- Four case
  - Papidopolu
  - Page
  - Manafort
  - Flynn

DB: Does leak on Kislyak call cause significant loss of source

PS: Yes it has generated change of behavior.

SCO-FBIPROD_021495

SCO-074089

②
6/17

- PS: Flynn done except for criminal possibility.
  - Looked @ him w/ Russia & Ukraine
  - Looked @ convention. Le excl for softening of stance on Crimea & NATO, relevant to stock transaction.
  - Crim case moving fwd w/ CRM & over CID.
  - We have ongoing CI investigation.

- Page: He had historical contact w/ R & he was an unnamed individual in at indictment. We historically had contact w/ him re: SVR. We reached out to gov't official. Named by Trump. At that point, id'd as someone of concern. Put together FISA on 10/22. We have coverage on 4 of 5 devices. Will renew Has renewed once. Will renew again. He has had contacts. Wouldn't take conversations @ face value. We do not have contact w/ everyone. Our visibility into his contacts w/ Russia. b/ exception of
  He returns from trip last several months in which Bannon encourages him not to go defend himself in media. Highly ltr - you have letter ~ 2 mos' ago. January).

③

/17

Andy: He is a legit CI investigation regardless of connection to campaign

PS: Papa — On Friday, we briefed Zach + team on predication of how he fit in. Have spoken 4x + recorded. He has directional contact of Mifsud 10-40x. Recall in March (we think Feb), R. gov't had email that would dirty up Clinton. He said he had mvt of foreign nation, but he denied info reporting by source. He said he was going to Eur. Hasn't done it. He lives in mother's basement.
— Also don work w/ Israeli.
— When we first approached CHS - he thought Israeli. We have CI concerns + false stmts.
— He has been paid by Trump campaign
— We have emails he sent to Page. We asked + he said he told no one. We do not think he has been forthright. No contact of central action. Sam Clovis, JD Gordon. Nothing shows he still talks to Page.

Walid Phares —

④
3/6/17

- Have knowledge of phones - in mat[ ]
  state of drafting FISA on him.

- DB: Contacts in Europe?

PS: We can't figure that out.
 - Constant interaction w/ intel ofc'r
 - Not sure - stream of contacts
   w/ Kislyak.

BP: We don't see Kislyak behaving
    as intelligence officer.

Tweet activity -
AM: Trying to figure it out. Haven't.
    Breitbart article fr 3/3. Couple
    of things referred to in there. Says
    we requested FISA cov in July. Denied?
    Approved in Aug. Page FISA
    was October.
    - Another entry says we were
    covering a server. We think in
    late summer info came fr NYT.
    An atty brought into L Beber.
    Alpha Bank server - owned by
    Mikhail ~~Frid~~ ~~Litt~~ Friedman, Oligarch,
    former R OC figure. Suspicious
    activity btw server facilitated w/ Alpha
    Bank + server affiliated w/ Trump ~~campaign~~
    (Actually Trump Hotel Group). ~~Advised~~ Source
    atty -

SCO-FBIPROD_021498

SCO-074092

Case 1:21-cr-00582-CRC   Document 123-4   Filed 05/08/22   Page 6 of 7

(5)

Trump Hotel Corp used company to administer + they used serv[er] in Pa. & Trump has told us don't need domain name. It wasn't communicate[d] in lookup tables in fall of last yr. We spoke to Co. + then they shut down. 2 companies looking up server. Both came from Alpha Bank. Didn't see any of historical comms.
- Trump domain sent contact to Alpha + then Alpha lookups.
- NYT inquired + we said not really seeing what is alleged.

That's all we know

- MM: Mumbles called @ 2:30 pm Press reported Sat night that McGann trying to get FISAs on orders.

AM: We were not denied FISA in July.

PS: Bristol reporting - Trump's name in July FISA, removed + then granted.

AM: We want to meet w/ Leaders n gang of 8.

DB: We will look @ it + talk to Sa[...]
(Gattis made a note).

SCO-074093

Ami Goals of HPSCI/SSCI

① level set investigation
② level set issue re POTUS

(6)
2/6/17