# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> *v.* <br><br> **MICHAEL A. SUSSMANN,** <br><br> *Defendant*. | Case No. 1:21-cr-00582 |

## JOINT PROPOSED VERDICT FORM

As to COUNT ONE, charging Making a False Statement on or about September 19, 2016, we the jury unanimously find Michael A. Sussmann:


Not Guilty: _____          Guilty: _____


**DATE:** _____          **FOREPERSON:** _____

1