**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL A. SUSSMANN,**<br><br>**Defendant.** | **Case No. 21-582 (CRC)** |

**APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for non-party Eric Lichtblau.

Dated: May 12, 2022

Respectfully submitted,

*/s/ Chad R. Bowman*
Chad R. Bowman (D.C. Bar No. 484150)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006-1157
Telephone: (202) 508-1120
Facsimile: (202) 661-2299
bowmanchad@ballardspahr.com

*Attorney for Non-Party Eric Lichtblau*