**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MICHAEL A. SUSSMANN,** <br><br> **Defendant.** | **Case No. 21-582 (CRC)** |

**APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for non-party Eric Lichtblau.

Dated:  May 12, 2022

Respectfully submitted,

   */s/ Jay Ward Brown*
Jay Ward Brown (D.C. Bar No. 437686)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006-1157
Telephone: (202) 508-1136
Facsimile: (202) 661-2299
brownjay@ballardspahr.com

*Attorney for Non-Party Eric Lichtblau*