**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL A. SUSSMANN,**<br><br>**Defendant.** | **Case No. 21-582 (CRC)** |

**APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for non-party Eric Lichtblau.

Dated: May 12, 2022

                                        Respectfully submitted,

                                        */s/ Maxwell S. Mishkin*
                                        Maxwell S. Mishkin (D.C. Bar No. 1031356)
                                        BALLARD SPAHR LLP
                                        1909 K Street NW, 12th Floor
                                        Washington, D.C. 20006-1157
                                        Telephone: (202) 508-1140
                                        Facsimile: (202) 661-2299
                                        mishkinm@ballardspahr.com

                                        *Attorney for Non-Party Eric Lichtblau*