IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL A. SUSSMANN,<br><br>Defendant. | Case No. 21-582 (CRC) |

### [PROPOSED] ORDER

Upon consideration of the motion by non-party Eric Lichtblau for a protective order, any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. Mr. Lichtblau's motion is GRANTED; and

2. The scope of any questioning of Mr. Lichtblau as a witness at the trial in this matter shall be limited to the topic of communications between Defendant and Mr. Lichtblau.

**SO ORDERED**.

                                              HON. CHRISTOPHER R. COOPER
                                              United States District Judge