## PROSPECTIVE JUROR QUESTIONNAIRE

### Additional Instructions

You may recall that on Wednesday, the questionnaire you filled out did not have a list of names of individuals who may be called as witnesses or discussed in this case.  That list is provided to you here.  Please review the list while you are waiting, and be prepared to discuss with the Judge during your individual questioning whether you recognize anyone on this list or know them personally.

_____

THE HONORABLE CHRISTOPHER R. COOPER

United States District Judge

**ATTACHMENT A**

The following people may either be witnesses in this case or may be discussed during the trial.  Please review the list and identify any names that you recognize.

1.  Trisha Anderson
2.  Manos Antonakakis
3.  James Baker
4.  Nathaniel Batty
5.  Mark Chadason
6.  David Dagon
7.  Steven DeJong
8.  Debbie Fine
9.  Marc Elias
10. Ryan Gaynor
11. Ben Gessford
12. Walter Giardina
13. Tashina Gauhar
14. Thomas Grasso
15. Curtis Heide
16. Scott Hellman
17. Michael Horowitz
18. Eric Lichtblau
19. David Martin
20. Mary McCord

21. Thomas McMahon
22. Jonathan Moffa
23. Robby Mook
24. Jared Novick
25. E. William Priestap
26. Allison Sands
27. Laura Seago
28. Scott Schools
29. Trevor Varnes
30. Kori Arsenault