# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MICHAEL A. SUSSMANN,**<br><br>*Defendant*. | Case No. 1:21-cr-00582 (CRC) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE, OR ALTERNATIVELY FOR A MISTRIAL

UPON CONSIDERATION OF Defendant's Motion to Strike, or Alternatively for a Mistrial, it is hereby **ORDERED** that Defendant's Motion to Strike is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2022

                                                          Hon. Christopher R. Cooper
                                                          United States District Judge

Pursuant to LCrR 47(h), the following is a list of the names and addresses of all attorneys to be notified of entry of the Proposed Order.

**For Defendant**

Sean M. Berkowitz (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel:  (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

Michael Bosworth (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel:  (212) 906-1200
Fax: (212) 751-4864
Email: michael.bosworth@lw.com

Natalie Hardwick Rao (D.C. Bar # 1009542)
Catherine J. Yao (D.C. Bar # 1049138)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: natalie.rao@lw.com
Email: catherine.yao@lw.com

**For Special Counsel**

Andrew DeFilippis
SPECIAL COUNSEL'S OFFICE
145 N Street Northeast
Washington, DC 20002
Tel: (212) 637-2231
Email: andrew.defilippis@usdoj.gov

Michael T. Keilty
DOJ-USAO
145 N Street, NE
Room 3E 803
Washington DC, DC 20530
Tel: (718) 938-5534
Email: michael.keilty@usdoj.gov

Jonathan Edgar Algor , IV
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 304-4613
Email: jonathan.algor@usdoj.gov

Brittain Shaw
DOJ-USAO
145 N Street, NE
Suite 3E 803
Washington, DC 20530
Tel: (202) 538-4256
Email: brittain.shaw@usdoj.gov