UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 21-582 (CRC) |
| | : | |
| MICHAEL A. SUSSMANN, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION FOR THE COURT TO TAKE "JUDICIAL NOTICE"

The Government respectfully moves the Court to take Judicial Notice of the fact that the Federal Bureau of Investigation is an agency of the Executive Branch of the Government of the United States. *See* Rule 201(b), Fed.R.Evid.

Respectfully submitted,

JOHN H. DURHAM
Special Counsel

By:

 /s/   Brittain Shaw
Jonathan E. Algor
Assistant Special Counsel
jonathan.algor@usdoj.gov

Andrew J. DeFilippis
Assistant Special Counsel
andrew.defilippis@usdoj.gov

1

Michael T. Keilty
Assistant Special Counsel
michael.keilty@usdoj.gov

Brittain Shaw
Assistant Special Counsel
brittain.shaw@usdoj.gov