CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL SUSSMAN

Civil/Criminal No.: 21-CR-582 (CRC)

**FILED**
MAY 27 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTE FROM JURY

① To deliver a verdict does the jury need to have consensus on each element (the 5 elements of offense) or just consensus on the verdict.

② We seem to be missing Government Exhibits 306, 403 jurors have these exhibits in their notes but cannot find in evidence.

Date: May 27 2022
Time: 4:35