UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MICHAEL A. SUSSMANN,

Defendant.

Case No. 21-cr-582 (CRC)



### RESPONSE TO JURY NOTE OF MAY 27TH AT 4:35 PM

In order to reach a guilty verdict, each of you must find that the government has proven all five elements of the offense beyond a reasonable doubt.

In order to reach a not guilty verdict, each of you must find that the government has not proven one or more of the five elements beyond a reasonable doubt. You need not agree on which element the government has failed to prove.

The exhibit numbers referenced in the jury's notes—Government Exhibits 306 and 403—do not match with any exhibit admitted into the record. Government Exhibit 403 is the same as Defense Exhibit 436.

CHRISTOPHER R. COOPER
United States District Judge

5/31/22