CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )  Civil/Criminal No.: 21-CR-582 (CRC)
)
MICHAEL SUSSMAN )
)

**FILED**
MAY 3 1 2022
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

### NOTE FROM JURY

We the jury have reached a verdict

Date: May 31st 2022

Time: 11:05 am