IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MICHAEL A. SUSSMANN,

Defendant.

Case No. 1:21-cr-00582

FILED
MAY 31 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

As to COUNT ONE, charging Making a False Statement on September 19, 2016, we the jury unanimously find Michael A. Sussmann:

Not Guilty: _X_          Guilty: _____

DATE: 5/31/22          FOREPERSON: 

1