AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ Columbia _____

UNITED STATES OF AMERICA

V.

MICHAEL A. SUSSMANN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 21-CR-582 (CRC)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Christopher R. Cooper          U.S. District Judge
Name of Judge                  Title of Judge

May 31, 2022
Date