# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL A. SUSSMANN,**<br><br>Defendant. | Case No. 21-CR-582 (CRC) |

## DEFENDANT'S TRIAL EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-1** | 9/16/2016 -- Email from L. Nichols to A. Manual et al. re "RE: action requested--DOE Cyber Conference" (attaching "Michael Sussmann.pdf") | | | |
| **DX-2** | 4/5/2016 -- Video Excerpt from April 2016 International Association of Privacy Professionals Conference | | | |
| **DX-3** | 4/21/2016 -- Email from M. Sussmann to J. Campbell, D. Jones re "LEAP Transition Briefing Tomorrow" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-4 | 6/13/2016 -- Email from M. Sussmann to K. Harberson et al. re "Re: [Suspect] Intro" | | | |
| DX-5 | 7/14/2010 -- Rodney Joffe Curricula Vitae | | | |
| DX-6 | 4/7/2022 -- LinkedIn Profile for Rodney Joffe | | | |
| DX-7 | Photo of Rodney Joffe | | | |
| DX-8 | 2013 FBI: The Director's Annual Awards for Excellence - Outstanding Cyber Investigation Packet | 5/25/2022 | 5/25/2022 | Thomas Grasso |
| DX-9 | 2/10/2016 -- Email from T. Grasso to R. Joffe re "RE: Are you still OCONUS" | | | |
| DX-10 | 2/10/2016 -- Email from T. Grasso to R. Joffe, M. d'Itri re "Introductions" | | | |
| DX-11 | 2/17/2016 -- Email from T. Grasso to R. Joffe, D. Good re "Some help needed" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-12 | 2/18/2016 -- Email from T. Grasso to R. Joffe re "RE: Some help needed" | | | |
| DX-13 | 2/18/2016 -- Email from R. Joffe to T. Grasso re "Re: [GTFO-0000452] listserv cleanup" | | | |
| DX-14 | 3/21/2016 -- Email from T. Grasso to R. Joffe re "RE: dot TO" | | | |
| DX-15 | 4/29/2016 -- Email from T. Grasso to R. Joffe re "RE: Checking a Story" | | | |
| DX-16 | 5/9/2016 -- Email from T. Grasso to R. Joffe re "RE: University Phishing targeting direct deposit accounts" | | | |
| DX-17 | 5/31/2016 -- Email from T. Grasso to R. Mohan, R. Joffe re "RE: Reminder, and a request for help" | | | |
| DX-18 | 7/21/2016 -- Email from A. Lorenzen to T. Grasso et al. re "Albuquerque issue - request to tell someone I'm ok, as usual" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-19 | 11/30/2016 -- Email from T. Grasso to R. Joffe et al. re "Neustar" | | | |
| DX-20 | 2/15/2017 -- Email from T. Grasso to C. Hunt, J. Pinett, R. Joffe re "Re: neustar" | | | |
| DX-21 | 9/27/2010 -- FD-1023 FBI CHS Reporting Document | | | |
| DX-22 | 5/21/2014 -- FD-1023 FBI CHS Reporting Document | | | |
| DX-23 | 8/19/2014 -- FD-1023 FBI CHS Reporting Document | | | |
| DX-24 | 5/8/2015 -- FD-1023 FBI CHS Reporting Document | | | |
| DX-25 | 1/21/2016 -- FD-1023 FBI CHS Reporting Document | | | |
| DX-26 | 9/20/2018 -- Email from R. Joffe to G. Boscolo re "JPAS SMO" | | | |
| DX-27 | 9/28/2018 -- FD-1023 FBI CHS Reporting Document | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-28 | 6/3/2020 -- FD-209a FBI CHS Contact Report | | | |
| DX-29 | 2/25/2015 -- Letter from M. Sussmann to R. Joffe re "Legal Representation" with enclosure "Information for Clients" | 5/26/2022 | 5/26/2022 | ------------ |
| DX-30 | 3/31/2015 -- Perkins Coie Pro Forma to Rodney Joffe | | | |
| DX-31 | 4/8/2015 -- Perkins Coie Invoice to Rodney Joffe | 5/26/2022 | 5/26/2022 | ------------- |
| DX-32 | 4/30/2015 -- Perkins Coie Pro Forma for Rodney Joffe | | | |
| DX-33 | 5/12/2015 -- Perkins Coie Invoice to Rodney Joffe | 5/26/2022 | 5/26/2022 | Kori Arsenault |
| DX-34 | Perkins Coie Invoices to R. Joffe (Nov. 2016 - May 2017) | | | |
| DX-35 | Perkins Coie Pro Forma for R. Joffe (Nov. 2016 - May 2017) | | | |
| DX-36 | Perkins Coie Invoices to Neustar (June 2016 - May 2017) | 5/26/2022 | 5/26/2022 | ----------- |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-37 | 9/14/2005 -- M. Sussmann Resume | | | |
| DX-100 | 5/9/2016 -- Email from J. Anderson to M. Burnham re "RE: New email address" | | | |
| DX-101 | Excerpt of FBI Lync Messages (Redacted) | | | |
| DX-102 | 6/14/2016 -- Email from K. Jordan to J. Trainor re "RE: Ellen" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-103 | 6/14/2016 -- Email from M. Sussmann to J. Trainor re "Re: Jim, Here's the Post story" | | | |
| DX-104 | 6/16/2016 -- Email from S. Farrell to M. Van Horne, T. Anderson, K. Miller re "DNC and Crowdstrike meeting this afternoon --- UNCLASSIFIED //FOUO" (with attachment) | | | |
| DX-105 | 6/16/2016 -- Email from A. Pendleton to S. Farrell et al. re "DNC and Crowdstrike meeting this afternoon --- UNCLASSIFIED //FOUO" | 5/24/2022 | 5/24/2022 | Trisha Anderson |
| DX-106 | Excerpt of FBI Lync Messages (Redacted) | 5/25/2022 | 5/25/2022 | Brandon Charnov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-107 | 6/21/2016 -- Email from M. Sussmann to J. Trainor re "RE: Thank you.." | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-108 | 6/23/2016 -- Email from J. Trainor to E. Sporre re "FW: Thank you.." | | | |
| DX-109 | 7/8/2016 -- Email from E. Chan to J. Frasch et al. re "RE: AD Closeout brief follow up" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-110 | 7/23/2016 -- Email from M. Sussmann to E. Hawkins et al. re "Re: Guccifer" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-111 | 7/23/2016 -- Email from M. Burnham to A. Farrar et al. re "Fwd: Summary" | | | |
| DX-112 | 7/25/2016 -- Email from J. Trainor to M. Sussmann re "RE: BREAKING NEWS: FBI launches probe of DNC hack" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-113 | 7/25/2016 -- Email from B. Cohen to J. Hartman re "RE: Threatening Communications" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-114 | 7/25/2016 -- Email from E. Hawkins to J. Frasch re "RE: HFA Contact" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-115 | 7/26/2016 -- Email from M. Sussmann to L. Garrett et al. re "RE: Reporting" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-116 | 7/26/2016 -- Email from T. Welsh to M. Sussmann re "RE: Telephone Conference re: DNC Breach (3:00 pm EDT)" | | | |
| DX-117 | 7/29/2016 -- Email from M. Sussmann to J. Trainor re "Re: Draft DCCC statement" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-118 | 8/2/2016 -- Email from C. Scott to E. Hawkins et al. re "[Suspect] Re: [Suspect] Re: FBI and CrowdStrike Team" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-119 | 8/2/2016 -- Email from J. Cheeks to E. Buie et al. re "RE: POC info for DNC/DCCC" | | | |
| DX-120 | 8/2/2016 -- Email from J. Frasch to J. Cheeks et al. re "RE: DNC/DCCC POC for DHS" | 5/25/2022 | 5/25/2022 | Brandon Charnov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-121 | 8/3/2016 -- Email from R. Hays to J. Frasch, M. Drake, H. Etienne re "RE: Extortion threat to the Hillary Campaign --- UNCLASSIFIED//FOUO" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-122 | Excerpt of FBI Lync Messages (Redacted) | | | |
| DX-123 | 8/4/2016 -- Email from J. Pientka to B. Gessford et al. re "FW: Washington Post article on Fancy Bear and Cozy Bear --- UNCLASSIFIED" (with attachment) | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-124 | 8/6/2016 -- Email from J. Lowder to R. Yearwood re "Fwd: scheduled DDoS-attack on hillaryclinton.com" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-125 | 8/9/2016 -- Email from A. Tsiumis to C. Ferranti et al. re "Fwd: (((SITREP))) [UPDATE-3] Compromise of the Democratic Congressional Campaign Committee (DCCC) Network" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-126 | 8/9/2016 -- Email from K. Harberson to L. Nichols re "RE: Meetings with AD Trainor" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-127 | 8/9/2016 -- Email from D. Thrasher to M. Burnham re "FW: New Meeting" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-128 | 8/11/2016 -- Email from L. Ziobro to N. Robinson et al. re "FW: Briefings for private sector organizations --- UNCLASSIFIED//FOUO" | 5/18/2022 | 5/18/2022 | Marc Elias |
| DX-129 | 8/11/2016 -- FD-302 by R. Hays (File No. 288A-WF-2067111) | | | |
| DX-130 | 8/11/2016 -- Email from J. Trainor to R. Quinn re "FWD: WSJ: DNC Forms Cybersecurity Advisory Board in Wake of Email Hack" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-131 | 8/11/2016 -- Email from R. Yearwood to J. Trainor, M. Taxay, E. Sporre re "RE: 1:30 pm meeting tomorrow" | | | |
| DX-132 | 8/15/2016 -- Message between M. Burnham and A. Farrar | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-133 | Excerpt of FBI Lync Messages (Redacted) | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-134 | 8/16/2016 -- Email from R. McCombs to E. Hawkins re "RE: PurpleDay Compromised System Locations" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-135 | 8/16/2016 -- Email from L. Garrett to M. Sussmann re "RE: Information" | | | |
| DX-136 | Excerpt of M. Burnham Lync messages with D. Thrasher | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-137 | 8/25/2016 -- Email from R. Yearwood to M. Sussmann re "RE: Report" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-138 | Excerpt of J. Lowder Lync messages with R. Yearwood | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-139 | Excerpt of FBI Lync Messages (Redacted) | | | |
| DX-140 | 9/8/2016 -- Email from M. Sussmann to E. Hawkins, R. McCombs  re "Re: Notification" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-141 | 9/16/2016 -- Email from E. Hawkins to J. Frasch et al. re "Re: APT 28" | 5/25/2022 | 5/25/2022 | Brandon Charnov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-142** | 9/17/2016 -- Email from A. Brown to M. Sussmann, E. Hawkins re "RE:  Checking in" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-143** | [INTENTIONALLY LEFT BLANK] | | | |
| **DX-144** | 9/22/2016 -- FBI Import Form: "U//FOUO Cyber elated Targeted Entity - Hillary for America Campaign" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-145** | 9/22/2016 -- Email from M. Sussmann to S. Newell et al. re "Re: DNC and DCCC Intrusions" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-146** | 9/27/2016 -- Email from E. Peterson to J. Mularski et al. re "RE: Adrian" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-147** | 9/30/2016 -- Email from E. Chan to P. Rich et al. re "Re: Follow up" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-148** | 10/4/2016 -- Email from E. Chan to P. Rich et al. re "Fwd: Follow up" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-149** | Excerpt of FBI Lync Messages (Redacted) | 5/25/2022 | 5/25/2022 | Brandon Charnov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-150 | 10/12/2016 -- Email from E. Hawkins to P. Rich re "RE: Follow Up" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-151 | 10/13/2016 -- Email from M. Sussmann to E. Chan et al. re "Re: Follow Up" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-152 | 10/13/2016 -- Email from J. Sills to J. Cheeks et al. re "RE: DNC/DCCC data" | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-153 | Excerpt of FBI Lync Messages (Redacted) | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-154 | 10/24/2016 -- Email from J. Graham to S. Lai et al. re "RE: (DNC update, internal and modified docs): Follow Up" (with attachment) | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-155 | Excerpt of FBI Lync Messages (Redacted) | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| DX-156 | 11/8/2016 -- Email from M. Grantz to D. Corbet, R. Hays re "RE: Twitter Bomb Threat - WI" | | | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-157 | 11/16/2016 -- Email from C. Stark to S. Shaw re "FW: DNC / Bug ---UNCLASSIFIED//FOUO" | | | |
| DX-158 | 12/12/2016 -- Email from J. Kelly to R. Yearwood, A. Farrar re "RE: News story" | | | |
| DX-159 | Excerpt of M. Burnham Lync messages | | | |
| DX-160 | 12/13/2016 -- The New York Times Article (E. Lipton et al.): "The Perfect Weapon: How Russian Cyberpower Invaded the U.S." | | | |
| DX-161 | Excerpt of FBI Lync Messages (Redacted) | | | |
| DX-162 | 1/5/2017 -- Email from E. Hawkins to M. Sussmann re "RE: News story" | | | |
| DX-163 | Perkins Coie Pro Formas for Democratic National Committee (August 31, 2016 through March 10, 2017) | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-164** | Timeline for WFO's response to the information provided from the DNC | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-165** | 10/24/2016 -- Email from J. Milligan to S. Newell et al. re "RE: (DNC update, internal and modified docs): Follow Up" (with attachment) | 5/25/2022 | 5/25/2022 | Brandon Charnov |
| **DX-166** | 12/30/2016 -- Email from R. Yearwood to D. Corbet, M. Sussmann et al. re "Re: Notification" | | | |
| **DX-200** | 6/14/2016 -- The Washington Post Article (E. Nakashima): "Russian government hackers penetrated DNC, stole opposition research on Trump" | 5/26/2022 | 5/26/2022 | ------------- |
| **DX-201** | 7/18/2016 -- New York Magazine Article (J. Chait): "Is Donald Trump Working for Russia?" | | | |
| **DX-202** | 7/27/2016 -- The Washington Post Article (P. Rucker and R. Costa): "Trump invites Russia to meddle in the U.S. presidential race with Clinton's emails" | | | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-203** | 8/14/2016 -- New York Times Article (A. Kramer et al.): "Secret Ledger in Ukraine List Cash for Donald Trump's Campaign Chief" | | | |
| **DX-204** | 8/29/2016 -- Newsweek Magazine Article (O. Matthews): "How Vladimir Putin Is Using Donald Trump to Advance Russia's Goals" | | | |
| **DX-300** | 8/30/2016 -- Email from M. Sussmann to E. Lichtblau re "Re:" | 5/26/2022 | 5/26/2022 | ------------- |
| **DX-301** | 9/1/2016 -- Email from M. Sussmann to E. Lichtblau re "Hey" | 5/26/2022 | 5/26/2022 | ------------- |
| **DX-302** | 9/1/2016 -- Email from M. Sussmann to E. Lichtblau re "Re: we meeting?" | 5/26/2022 | 5/26/2022 | ------------- |
| **DX-303** | 9/20/2016 -- Email from M. Sussmann to M. Elias re "Re:" | | | |
| **DX-304** | 9/22/2016 -- Email from E. Priestap to J. Baker re "RE: Reporter" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-305** | 9/22/2016 -- Email from J. Baker to J. Comey et al. re "Reporter" | | | |
| **DX-306** | 9/23/2016 -- Email from M. Kortan to E. Lichtblau re "RE: time?" | | | |
| **DX-307** | 9/24/2016 -- Email from E. Priestap to P. Strzok re "NYTimes" | 5/26/2022 | 5/26/2022 | --------- |
| **DX-308** | 9/26/2016 -- Email from E. Priestap to M. Kortan, J. Baker re "Lichtblau" | | | |
| **DX-309** | 9/26/2016 -- Email from M. Kortan to E. Lichtblau re "RE: Today" | | | |
| **DX-310** | 10/31/2016 -- Email from E. Lichtblau to M. Kortan re "on background" | | | |
| **DX-311** | Eric Lichtblau, NYT Reporter Headshot | | | |
| **DX-400** | 4/1/2015 -- Letter from M. Elias to R. Mook re "Legal Representation" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-401** | Perkins Coie Pro Forma for HFA (July 2016 - December 2016) | | | |
| **DX-402** | 6/28/2016 -- Email from L. Patel to R. Joffe re "Itinerary for Wednesday, June 29, 2016" | | | |
| **DX-403** | 7/29/2016 -- Meeting invite from L. Bull to M. Sussmann, L. Nichols re "Marc/Michael/Fusion Team" | | | |
| **DX-404** | 7/29/2016 -- Meeting invite from M. Elias to M. Elias, M. Sussmann, L. Nichols re "Marc/Michael/Fusion Team" | | | |
| **DX-405** | 8/8/2016 -- Meeting Invite from M. Sussmann to R. Joffe re "M calls R" | 5/26/2022 | 5/26/2022 | --------- |
| **DX-406** | 8/8/2016 -- Email from R. Joffe to L. Patel re "Call today" | | | |
| **DX-407** | 8/10/2016 -- Meeting invite from R. Joffe re "Meeting with Michael Sussmann, at his office" | | | |
| **DX-408** | 8/11/2016 -- Meeting Invite from L. Nichols to M. Sussmann re "Meeting with Rodney" | | | |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-409** | 8/11/2016 -- Meeting invite from L. Nichols to M. Sussmann re "Meeting with Rodney" | | | |
| **DX-410** | 8/14/2016 -- Email from M. Sussmann to L. Nichols re "Time Sunday 8-14" | | | |
| **DX-411** | 8/17/2016 -- Meeting Invite from M. Elias to M. Sussmann re "Accepted: Telephone Conference re: Status" | | | |
| **DX-412** | 8/15/2016 -- Meeting Invite from L. Nichols to M. Elias, R. Joffe re "Telephone Conference re: Status" | | | |
| **DX-413** | 8/15/2016 -- Email from L. Nichols to L. Patel re "Telephone Conference with Michael Sussmann and Marc Elias" | | | |
| **DX-414** | 8/16/2016 -- Meeting Invite from M. Sussmann to M. Elias re "Meeting with Rodney" | | | |
| **DX-415** | 8/16/2016 -- Meeting Invite from M. Sussmann to M. Elias re "Meeting with Rodney" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-416 | 8/17/2016 -- Meeting Invite from M. Sussmann to R. Joffe re "Telephone Conference re: Status" | | | |
| DX-417 | 8/20/2016 -- Email from M. Sussmann to L. Nichols re "time fri aug 19" | | | |
| DX-418 | 8/23/2016 -- Perkins Coie Invoice to HFACC, Inc. | | | |
| DX-419 | 9/4/2016 -- Email from M. Sussmann to L. Nichols re "Time Thurs Sept 1" | | | |
| DX-420 | 9/4/2016 -- Email from M. Sussmann to L. Nichols re "Time Fri Sept 2" | | | |
| DX-421 | 9/4/2016 -- Email from M. Sussmann to L. Nichols re "Time Thurs Sept 1" | | | |
| DX-422 | 9/6/2016 -- Meeting Invite from L. Bull on behalf of M. Elias re "Fusion/Sussmann" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-423** | 9/6/2016 -- Email from M. Sussmann to L. Nichols re "time Tues 9-6" | | | |
| **DX-424** | 9/8/2016 -- Meeting Invite from L. Nichols to M. Sussmann re "Confidential Meeting" | | | |
| **DX-425** | 9/9/2016 -- Meeting Invite from R. Joffe to M. Sussmann for meeting on September 14, 2016 | | | |
| **DX-426** | 9/9/2016 -- Email from M. Sussmann to L. Nichols re "time thurs sept 8" | | | |
| **DX-427** | 9/11/2016 -- Email from M. Sussmann to L. Nichols re "time fri sept 9" | | | |
| **DX-428** | 9/11/2016 -- Email from M. Sussmann to L. Nichols re "time 7/29" | | | |
| **DX-429** | 9/11/2016 -- Email for M. Sussmann to L. Nichols re "Time Wed Sept 7" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-430** | 9/15/2016 -- Email from M. Sussmann to L. Nichols re "Time Wed Sept 14" | | | |
| **DX-431** | 9/18/2016 -- Email from r. Mook to M. Elias, J. Sulllivan, J. Palmieri, J. Podesta re "Fwd MEMO:  Trump Freakout" (Redacted) (with attachment) | 5/18/2022 | 5/18/2022 | Marc Elias |
| **DX-432** | 9/18/2016 -- Email from P. Fritsch to M. Elias, et al. re "MEMO:  Trump Freakout" (Redacted) (with attachment) | | | |
| **DX-433** | 9/18/2016 -- Email from M. Elias to P. Fritsch, G. Simpson, M. Sussmann re "Fwd:  MEMO:  Trump Freakout" (Redacted) (With attachment) | 5/18/2022 | 5/18/2022 | Marc Elias |
| **DX-434** | 9/18/2016 -- Email from M. Elias to P. Fritsch, G. Simpson, M. Sussmann re "Fwd:  MEMO:  Trump Freakout" (Redacted) (with attachment) | | | |
| **DX-435** | 9/20/2016 -- Email from M. Sussmann to L. Nichols re "Time Monday 9-19" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-436** | 9/20/2016 -- M. Sussmann Expense Report: "Meeting/FBI (9/19/2016)" | 5/25/2022 | 5/25/2022 | Kori Arsenault |
| **DX-437** | 10/9/2016 -- Email from M. Elias and excerpts of Perkins Coie Pro Formas for HFA | | | |
| **DX-438** | 10/17/2016 -- Perkins Coie Invoice to HFACC, Inc. | | | |
| **DX-439** | 10/28/2016 -- Email from M. Sussmann to L. Nichols re "time thurs 10-27" | | | |
| **DX-440** | 11/7/2016 -- Email from M. Sussmann to L. Nichols re "Time Tues Aug 16" | 5/26/2022 | 5/26/2022 | ------------ |
| **DX-441** | 8/10/2016 -- Email from R. Joffe to L. Patel re "Please add to calendar" | | | |
| **DX-500** | 2/3/2016 -- FBI Public Access Line (PAL): Complaint Guide | | | |
| **DX-501** | 3/1/2016 -- FBI Tip Line: "Web Portal Receives 'Actionable' Tips Daily | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-502 | 9/28/2016 -- FBI, Domestic Investigations and Operations Guide | | | |
| DX-503 | FBI Electronic Tip Form | | | |
| DX-504 | 7/3/2016 -- Email from J. Baker to T. Anderson re "Formulation" | | | |
| DX-505 | 9/19/2016 -- J. Baker calendar appointment re "Meeting w/Michael Sussmann" | | | |
| DX-506 | 9/19/2016 -- FBI Evidence Chain of Custody Form | | | |
| DX-507 | 9/19/2016 -- Email from S. Shaw to J. Moffa, B. Auten re "Docs---UNCLASSIFIED//FOUO" (with attachment) | | | |
| DX-508 | 9/19/2016 -- Email from J. Moffa to E. Sporre, et al. re "new info ---UNCLASSIFIED//FOUO" (with attachment) | | | |
| DX-509 | Excerpt of N. Batty Lync messages | 5/17/2022 | 5/17/2022 | Scott Hellman |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-510** | Excerpt of J. Moffa and S. Shaw Lync messages | | | |
| **DX-511** | Excerpt of B. Gessford and S. Somma Lync messages | 5/24/2022 | 5/24/2022 | Curtis Heidi |
| **DX-512** | Excerpt of SMS messages between S. Hellman and J. Hubiak | | | |
| **DX-513** | Excerpt of FBI Lync Messages (Redacted) | 5/17/2022 | 5/17/2022 | Scott Hellman |
| **DX-514** | 9/21/2016 -- Email from N. Batty to J. Hubiak, C. Heide re "Analysis of Trump White Paper --- UNCLASSIFIED//FOUO" (with attachment) | 5/17/2022 | 5/17/2022 | Scott Hellman |
| **DX-515** | Excerpt of C. Heide Lync messages | 5/23/2022 | 5/23/2022 | E. William Priestap |
| **DX-516** | 9/22/2016 -- Email from J. Pientka to B. Auten, J. Moffa re "FW: Analysis of Trump White Paper --- UNCLASSIFIED//FOUO" | 5/26/2022 | 5/26/2022 | -------------- |
| **DX-517** | 9/22/2016 -- Email from A. Sands to J. Pientka et al. re "Status update on ALFA BANK case ---[REDACTED]" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-518 | 9/22/2016 -- Email from J. Pientka to J. Hubiak et al. re "Analysis of Trump White Paper --- UNCLASSIFIED//FOUO" | 5/23/2022 | 5/23/2022 | Allison Sands |
| DX-519 | 9/22/2016 -- Email from J. Marasco to B. Auten, J. Pientka re "FW: Analysis of Trump White Paper --- UNCLASSIFIED//FOUO" (with attachment) | 5/26/2022 | 5/26/2022 | ---------- |
| DX-520 | Excerpt of C. Heide Lync messages | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-521 | Excerpt of C. Heide Lync messages | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-522 | R. Gaynor Notes | | | |
| DX-523 | 9/23/2016 -- Email from C. Heide to R. Gaynor re "White Paper -- UNCLASSIFIED" (with attachment) | | | |
| DX-524 | R. Gaynor Notes | 5/23/2022 | 5/23/2022 | Ryan Gaynor |
| DX-525 | 9/23/2016 -- FBI Electronic Communication: "[REDACTED] Opening EC - ALFA BANK" | 5/20/2022 | 5/20/2022 | James Baker |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-526 | Compilation of R. Gaynor's notes and to do lists dated September 26 and October 6, 2016 | | | |
| DX-527 | 9/26/2016 -- Email from B. Auten to R. Gaynor, J. Moffa re "Alfa Bank - [REDACTED]" (with attachment) | | | |
| DX-528 | 9/29/2016 -- Email from T. Grasso to J. Radzicki, R. Brogan re "Election POC" | | | |
| DX-529 | Text messages between T. Grasso and J. Mularski | | | |
| DX-530 | 9/30/2016 -- Email from T. Grasso to J. Radzicki, R. Brogran re "Follow-up on Election Fraud Question -- Unclassified" | | | |
| DX-531 | 10/3/2016 -- Email from C. Heide to S. Hellman re "Fwd: Anonymous Reporting on DNS Data" | 5/17/2022 | 5/17/2022 | Scott Hellman |
| DX-532 | 10/3/2016 -- Email from A. Sands to T. Grasso re "FW: Anonymous Reporting on DNS Data" | 5/23/2022 | 5/23/2022 | Allison Sands |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-533 | 10/4/2016 -- Email from A. Sands to T. Grasso re "Details and Reporting" | 5/23/2022 | 5/23/2022 | Allison Sands |
| DX-534 | Excerpt of S. Hellman and A. Sands Lync messages | 5/23/2022 | 5/23/2022 | Allison Sands |
| DX-535 | 10/4/2016 -- Email from A. Sands to R. Gaynor et al. re "Status update on ALFA BANK case --- [REDACTED]" | | | |
| DX-536 | 10/4/2016 -- Email from R. Gaynor to A. Sands et al. re "RE: Status update on ALFA BANK case --- [REDACTED]" | | | |
| DX-537 | 10/4/2016 -- Email from R. Gaynor to D. Wierzbicki, C. Heide, A. Sands re "Status update on ALFA Bank case --- [REDACTED]" | 5/23/2022 | 5/23/2022 | Allison Sands |
| DX-538 | 10/5/2016 -- Emails from A. Sands to P. Maric et al. re "Status update on ALFA BANK care- [REDACTED]" | 5/23/2022 | 5/23/2022 | Allison Sands |
| DX-539 | Excerpt of T. Grasso Lync messages | 5/23/2022 | 5/23/2022 | Allison Sands |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-540 | 10/5/2016 -- Email from A. Sands to C. Heide, J. Pientka, B. Auten, D. Wierzbicki re "Trump Issue" | | | |
| DX-541 | 10/6/2016 -- Update: "Election Influence; CROSSFIRE HURRICANE; [REDACTED]" | | | |
| DX-542 | 10/6/2016 -- FD-1023 FBI CHS Reporting Document | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-543 | 10/6/2016 -- Email from D. Wierzbicki to R. Gaynor re "FW: Summary of interview ---UNCLASSIFIED/FOUO" | 5/23/2022 | 5/23/2022 | Ryan Gaynor |
| DX-544 | R. Gaynor Notes | | | |
| DX-545 | 10/7/2016 -- Email from A. Sands to C. Trifiletti, D. Vos re "FD-1023 Draft Content --- UNCLASSIFIED" | 5/23/2022 | 5/23/2022 | Allison Sands |
| DX-546 | Excerpt of A. Sands Lync messages (Redacted) | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-547 | 10/13/2016 -- Email from R. Gaynor to D. Wierzbicki et al. re "Online Information --- [REDACTED]" (with attachment) | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-548** | 10/19/2016 -- Email from R. Gaynor to D. Wierzbicki et al. re "Online Information --- [REDACTED]" | 5/24/2022 | 5/24/2022 | Curtis Heide |
| **DX-549** | 10/19/2016 -- Email from A. Sands to J. Kang re "Contact at Mandiant --- UNCLASSIFIED" | | | |
| **DX-550** | 11/1/2016 -- Email between S. Hellman and N. Batty re "dunno if related" | | | |
| **DX-551** | 11/3/2016 -- Email from A. Sands to R. Gaynor, D. Wierzbicki, C. Heide re "In case you missed it" | | | |
| **DX-552** | 11/16/2016 -- FBI Electronic Communication: "(U//FOUO) Analysis of received log files." | | | |
| **DX-553** | 11/28/2016 -- FBI Electronic Communication: "(U//FOUO) Analysis of received log file from Listrak." | | | |
| **DX-554** | 1/18/2017 -- FBI Electronic Communication: "(U) To Close Case" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-555 | 2/23/2017 -- Email from C. Heide to J. Rhule re "FW: Alfa Bank Thumb Drive ---[REDACTED]" | | | |
| DX-556 | M. McCord Notes of March 6, 2017 Meeting | 5/25/2022 | 5/25/2022 | Mary McCord |
| DX-557 | S. Schools Notes of March 6, 2017 Meeting | | | |
| DX-558 | T. Gauhar Notes of March 6, 2017 Meeting | 5/19/2022 | 5/19/2022 | James Baker |
| DX-559 | 3/6/2017 -- Meeting invite from T. Gauhar to M. McCord, J. Baker, S. Schools, E. W. Priestap, P. Strzok, et al. re "Briefing for the (A)DAG" | 5/19/2022 | 5/19/2022 | James Baker |
| DX-560 | 3/13/2017 -- Email from T. Grasso to W. Giardina re "WFO Agent Walter Giardina --- [REDACTED]" | | | |
| DX-561 | 5/3/2017 -- FBI Electronic Communication: "(U) Request Initiation of Abandonment" | | | |
| DX-562 | 7/23/2017 -- Email from D. Wierzbicki to C. Heide et al. re "Re:" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-563 | 7/24/2017 -- Email from J. Moffa to E. Priestap re "Alfa --- (Redacted)" (with attachment) | 5/23/2022 | 5/23/2022 | E. William Priestap |
| DX-564 | 9/20/2016 -- Email from N. Batty to J. Hubiak re "New Info --- UNCLASSIFIED//FOUO" | | | |
| DX-565 | Excerpt of N. Batty Lync messages | | | |
| DX-566 | 9/20/2016 -- Email from A. Sands to C. Heide re "New Case -- - (Redacted)" | | | |
| DX-567 | 4/3/2017 -- Alfa File Document regarding interview with Mandiant | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-600 | 2/1/2017 -- Email from Steven M. to [REDACTED] re "FW: Memo of conversation ( quick and dirty )" | 5/20/2022 | 5/20/2022 | Kevin P. |
| DX-601 | 2/2017 -- SameTime Messages between Steven M., Kevin P. and [REDACTED] | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-602 | 2/7/2017 -- Email from Employee 16 to Employee 1 re "RE: Employee 16 lead" | | | |
| DX-603 | 2/8/2017 -- Email from Steven M. to [REDACTED] re "CIMC meeting with Lawyer" | | | |
| DX-604 | 2/22/2017 -- Email from Steven M. to [REDACTED] re "FW: Yotaphone" | | | |
| DX-605 | 3/14/2017 -- Email from M. Horowitz to M. Sussmann re "Call" | | | |
| DX-606 | 3/16/2017 -- Email from M. Horowitz to M. Sussmann re "Let me know when you are downstairs" | | | |
| DX-607 | 5/9/2017 -- U.S. Department of Justice Report of Forensic Examination Apple MacBook Pro, serial number C02Q727JGWM, Property Barcode number X30124 | | | |
| DX-700 | Summary of FBI Calls to M. Sussmann Between January 2016 and December 2016 | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-701 | Phone Records of FBI calls with M. Sussmann' s work phone | | | |
| DX-702 | Phone Records of FBI calls with M. Sussmann' s cell phone and work phone | | | |
| DX-703 | J. Baker and M. Sussmann Text Messages (Sept. 18 - 22, 2016) | | | |
| DX-704 | E. Priestap Desk Phone Records | | | |
| DX-705 | J. Baker Desk Phone Records | | | |
| DX-706 | E. Priestap Cell Phone Records | | | |
| DX-707 | DOJ OIG Cyber Investigations Office, J. Baker Phone Extraction Report (excerpts) | 5/23/2022 | 5/23/2022 | E. William Priestap |
| DX-708 | T. Anderson Desk Phone Records | | | |
| DX-709 | AT&T Records Key | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-710 | R. Joffe AT&T Mobility Report excerpts | | | |
| DX-711 | David Martin Curriculum Vitae | | | |
| DX-800 | Excerpt of C. Heide Lync messages | | | |
| DX-801 | Excerpt of C. Heide Lync messages | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-802 | 9/26/2016 -- Alfa File Document "To set lead to interview Central Dynamics" | | | |
| DX-803 | Excerpt of C. Heide Lync messages | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-804 | Excerpt of C. Heide Lync messages | 5/24/2022 | 5/24/2022 | Curtis Heide |
| DX-805 | 10/4/2016 -- Alfa File Document "Documenting Contents of acquired thumb drive" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **DX-806** | 1/31/2017 -- Email from Employee 16 to Employee 14 re: "Action requested: need to speak with you today regarding a [redacted] issue" | | | |
| **DX-807** | 2/9/2017 -- Email from Steve M. to Kevin P re "Draft MFR" (attaching "Memorandum for the Record09 February 2017.docx") | | | |
| **DX-808** | [INTENTIONALLY LEFT BLANK] | | | |
| **DX-809** | 4/20/2022 -- Letter from S. Berkowitz to J. Baker c/o J. Levin | 5/19/2022 | 5/19/2022 | James Baker |
| **DX-810** | Text messages between J. Baker and B. Wittes | 5/19/2022 | 5/19/2022 | James Baker |
| **DX-811** | 5/17/2019 -- Email from D. Levin to J. Durham re: "Jim Baker" | 5/19/2022 | 5/19/2022 | James Baker |
| **DX-812** | 6/13/2019 – J. Baker Twitter Post | 5/20/2022 | 5/20/2022 | James Baker |
| **DX-813** | 9/30/2016 -- FD 1057: To document support from OGA partners | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-814 | 11/1/2016 -- FD-302: Oct. 19, 2016 Listrak Interview | | | |
| DX-815 | 11/3/2016 -- FBI Import Form: "(U) [REDACTED].pdf" | | | |
| DX-816 | 3/3/2016 -- DIOG Excerpt (unredacted) | | | |
| DX-817 | 6/16/2016 -- Email from K. Harberson to M. Sussmann re "Re: Thursday meeting" | | | |
| DX-818 | 6/14/2016 -- Email from K. Harberson to S. Henry et al. re "RE: [Suspect] Intro" | 5/26/2022 | 5/26/2022 | -------- |
| DX-819 | 3/16/2016 -- Email from M. Sussmann to T. Anderson re "Re: call" | | | |
| DX-820 | 10/29/2013 -- Neustar Press Statement: Neustar's Rodney Josffe Receives Prestigious FBI Director's Award | | | |
| DX-821 | 11/15/2016 -- Email from M. Sussmann to R. Joffe re "FW: G1 Monday" | | | |
| DX-822 | 11/16/2016 -- Meeting Invite from E. Vanhorne to A. Isles and M. Sussmann re "Meeting: Neustar Discussion with General Hayden" | | | |
| DX-823 | 12/9/2016 -- CNN Article (Tal Kopan et al.): "Obama orders review of Russian election-related hacking" | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| DX-824 | 12/15/2016 -- Email from M. Sussmann to C. Krass et al. re "Re: call" | 5/26/2022 | 5/26/2022 | --------- |
| DX-825 | 12/20/2016 -- Email from M. Sussmann to C. Krass et al. re "Re: Follow up?" | 5/26/2022 | 5/26/2022 | --------- |
| DX-826 | 1/18/2017 -- Email from Perkins Coie Exchange Administrative Group to Chris at Wickr, Slogan at Wickr et al. re "Meeting re: Wickr" | | | |
| DX-827 | Photo of Rodney Joffe and Michael Sussmann | | | |
| DX-828 | [INTENTIONALLY LEFT BLANK] | | | |
| DX-829 | 9/22/2016 -- Expense Report | 5/26/2022 | 5/26/2022 | --------- |
| DX-830 | 9/26/2016 -- Expense Report | 5/26/2022 | 5/26/2022 | --------- |
| DX-831 | 5/26/2022 -- Stipulation | 5/26/2022 | 5/26/2022 | --------- |
| DX-832 | Excerpt of Report of Interview | 5/26/2022 | 5/26/2022 | --------- |
| DX-900 | Defense Summary Exhibit | 5/25/2022 | 5/25/2022 | Brandon Charnov |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| **JB-05** | July 15, 2019 J. Baker OIG Interview (excerpts) | 5/25/2022 | 5/25/2022 | --------- |