**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 21-582 (CRC)** |
| | : | |
| **MICHAEL A. SUSSMANN,** | : | |
| | : | |
| Defendant. | : | |

## THE GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DATE MARKED FOR ID | DATE RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1 | FBI THUMB DRIVES | 5/23/2022 | 5/23/2022 | ALLISON SANDS |
| 2 | WILLIAM PRIESTAP NOTEBOOK | 5/23/2022 | | E. WILLIAM PRIESTAP |
| 2A | WILLIAM PRIESTAP NOTEBOOK PAGE | 5/23/2022 | 5/23/2022 | E. WILLIAM PRIESTAP |

| 2B | WILLIAM PRIESTAP NOTEBOOK PAGE | 5/23/2022 | 5/23/2022 | E. WILLIAM PRIESTAP |
|---|---|---|---|---|
| 2C | WILLIAM PRIESTAP NOTEBOOK PAGE | 5/23/2022 | 5/23/2022 | E. WILLIAM PRIESTAP |
| 3 | TRISHA ANDERSON NOTEBOOK | 5/24/2022 | | TRISHA ANDERSON |
| 3A | TRISHA ANDERSON NOTEBOOK PAGE | 5/24/2022 | 5/24/2022 | TRISHA ANDERSON |
| 4 | CIA THUMB DRIVE | | | |
| 51 | 2016-10-08 TOUGH DONALD TRUMP COVERAGE IF A LITTLE | | | |
| 52 | 2016-10-31 HRC TWEET | 5/20/2022 | 5/20/2022 | ROBBY MOOK |
| 52A | STATEMENT FROM JAKE SULLIVAN | | | |
| 53 | 2016-10-31 INVESTIGATING DONALD TRUMP FBI SEES NO | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 54 | 2016-10-31 WAS A TRUMP SERVER COMMUNICATING WITH | 5/18/2022 | 5/18/2022 | LAURA SEAGO |

| 55 | 2016-11-01 WAS A TRUMP COMPUTER SERVER CONNECTED | | | |
|----|--------------------------------------------------|---|---|---|
| 56 | 2017-12-18 SUSSMANN, MICHAEL HPSCI TESTIMONY | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 57 | 2018-10-03 BAKER, JAMES HJC TESTIMONY | 5/19/2022 | 5/19/2022 | JAMES BAKER |
| 58 | 2018-10-04 LAWYER FOR CLINTON CAMPAIGN AND DNC GAVE | | | |
| 60 | 2018-10-11 WHO IS MICHAEL SUSSMANN | | | |
| 61 | 2018-10-18 BAKER, JAMES HJC TESTIMONY | 5/19/2022 | 5/19/2022 | JAMES BAKER |
| 62 | 2018-10-18 OUR MICHAEL SUSSMANN IS AN HONORABLE MAN | | | |
| 63 | MAP | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 64 | 2016-11-01 THAT SECRET TRUMP-RUSSIA EMAIL SERVER | | | |
| 65 | 2019-07-15 BAKER, JAMES OIG TRANSCRIPT | 5/19/2022 | 5/19/2022 | JAMES BAKER |

| 66 | 2022-04-25 SEAGO, LAURA COMPELLED TESTIMONY ORDER | | | |
|---|---|---|---|---|
| 111 | 2016-08-20 001700 MANOS DEJONG JOFFE EMAIL | **5/17/2022** | **5/17/2022** | **STEVE DEJONG** |
| 132 | 2016-09-14 203500 JOFFE MANOS DAGON LORENZEN EMAIL | | | |
| 200 | 2016-09-23 OPENING EC - ALFA BANK | **5/23/2022** | **5/23/2022** | **ALLISON SANDS** |
| 206 | 2016-10-04 DOCUMENTING CONTENTS OF ACQUIRED THUMB | **5/23/2022** | **5/23/2022** | **ALLISON SANDS** |
| 207 | ALFA GROUP OVERVIEW 9.1.16 | **5/23/2022** | **5/23/2022** | **ALLISON SANDS** |
| 208 | LOG-OF-DNS-LOOKUPS-FOR-MAIL1.TRUMP-EMAIL.COM-851 | **5/17/2022** | **5/17/2022** | **SCOTT HELLMAN** |
| 209 | MX-LOOKUPS-FOR-15-TRUMP-RELATED-DOMAINS | **5/23/2022** | **5/23/2022** | **ALLISON SANDS** |
| 210 | TRUMP-OWNED-AND-MAIL-SYSTEMS-WHOIS-15 | **5/23/2022** | **5/23/2022** | **ALLISON SANDS** |
| 211 | WHITEPAPER_COMMENTS | **5/23/2022** | **5/23/2022** | **ALLISON SANDS** |

| 212 | DNS-LOOKUPS-FOR-MAIL1.TRUMP-EMAIL.COM-THROUGH-9-14 | 5/23/2022 | 5/23/2022 | **ALLISON SANDS** |
|---|---|---|---|---|
| 213 | PTR-CONTAINS-TRUMP-1933 | 5/23/2022 | 5/23/2022 | **ALLISON SANDS** |
| 214 | TRUMP-OWNED-AND-MAIL-SYSTEMS-15 | 5/23/2022 | 5/23/2022 | **ALLISON SANDS** |
| 215 | TRUMP-AND-MAIL-MTA-RELAY-ETC-537 | 5/23/2022 | 5/23/2022 | **ALLISON SANDS** |
| 216 | TRUMP-DOMAINS-REGISTERED-3352 | 5/23/2022 | 5/23/2022 | **ALLISON SANDS** |
| 217 | WHITE PAPER V6 | 5/17/2022 | 5/17/2022 | **SCOTT HELLMAN** |
| 225 | 2016-10-13 MANDIANT INTERVIEW | | | |
| 233 | 2017-01-18 TO CLOSE CASE | 5/23/2022 | 5/23/2022 | **ALLISON SANDS** |
| 239 | 2016-09-14 COMPANY INTELLIGENCE REPORT 112 | | | |
| 240 | 2016-09-19 BAKER CALENDAR ENTRY | 5/19/2022 | 5/19/2022 | **JAMES BAKER** |
| 242 | 2016-09-19 ANDERSON, TRISHA NOTES | 5/19/2022 | 5/19/2022 | **JAMES BAKER** |

| 243 | 2016-09-19 PREISTAP, WILLIAM NOTES | 5/19/2022 | 5/19/2022 | JAMES BAKER |
|-----|------------------------------------|-----------|-----------|-------------|
| 244 | 2016-09-20 060000 MOFFA STRZOK LAYCOCK PRIESTAP EM | | | |
| 247 | 2016-09-21 170600 TODD HEIDE WIERZBICKI EMAIL ATT | 5/17/2022 | 5/17/2022 | SCOTT HELLMAN |
| 249 | 2016-09-22 HEIDE PIENTKA LYNCS | 5/24/2022 | 5/24/2022 | CURTIS HEIDE |
| 250 | 2016-09-02 162200 SANDS PIENTKA AUTEN STOFER MARIC | | | |
| 257 | 2016-09-26 HEIDE PIENTKA LYNCS | 5/24/2022 | 5/24/2022 | CURTIS HEIDE |
| 265 | 2016-10-04 100000 GAYNOR WIERZBICKI HEIDE SANDS | 5/23/2022 | 5/23/2022 | RYAN GAYNOR |
| 270 | 2016-10-13 174500 GAYNOR WIERZBICKI HEIDE SANDS | 5/23/2022 | 5/23/2022 | RYAN GAYNOR |
| 279 | GAYNOR HANDWRITTEN NOTES | 5/23/2022 | 5/23/2022 | RYAN GAYNOR |
| 282 | 2016-09-19 EVIDENCE CHAIN OF CUSTODY | 5/17/2022 | 5/17/2022 | SCOTT HELLMAN |

| 283 | 2016-10-05 133300 HOSENBALL KORTAN EMAIL | 5/23/2022 | 5/23/2022 | RYAN GAYNOR |
|-----|-------------------------------------------|-----------|-----------|-------------|
| 284 | 2016-10-05 133600 HOSENBALL KORTAN EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 285 | 2016-09-22 121100 PRIESTAP BAKER | 5/19/2022 | 5/19/2022 | JAMES BAKER |
| 286 | 2016-09-26 120900 KORTAN PRIESTAP BAKER | 5/19/2022 | 5/19/2022 | JAMES BAKER |
| 287 | 2017-03-06 BRIEFING FOR THE ADAG CALENDAR ENTRY | | | |
| 288 | 2017-03-06 ANDERSON, TRISHA NOTES | 5/24/2022 | 5/24/2022 | TRISHA ANDERSON |
| 289 | 2016-09-19 PRIESTAP NOTES AMENDED | 5/23/2022 | 5/23/2022 | E. WILLIAM PRIESTAP |
| 300 | 2015-02-25 JOFFE PERKINS COIE LETTER | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 301 | 2015-04-01 MOOK PERKINS COIE LETTER | 5/18/2022 | 5/18/2022 | MARC ELIAS |
| 302 | 2016-04-01 BEAN LLC FUSION GPS PERKINS COIE | 5/18/2022 | 5/18/2022 | MARC ELIAS |
| 303 | 2016-06-01 FUSION WEEKLY APPOINTMENT | | | |

| 304 | 2016-06-06 FUSION WEEKDAY APPOINTMENT | 5/18/2022 | 5/18/2022 | **DEBBIE FINE** |
|-----|----------------------------------------|-----------|-----------|-----------------|
| 305 | 2016-07-29 144000 SUSSMANN INVITE | | | |
| 306 | 2016-07-29 151900 SUSSMANN APPOINTMENT ACCEPTANCE | | | |
| 307 | 2016-07-29 163000 SUSSMANN APPOINTMENT | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |
| 308 | 2016-07-29 200000 FUSION CHECK-IN | | | |
| 309 | 2016-07-29 SUSSMANN TIME ENTRY EMAIL | | | |
| 310 | 2016-07-31 SUSSMANN TIME ENTRY EMAIL | | | |
| 311 | 2016-08-01 FUSION GPS INVOICE | | | |
| 312 | 2016-08-08 143000 SUSSMANN JOFFE APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 315 | 2016-08-11 083000 FUSION CHECK-IN | | | |
| 316 | 2016-08-11 193628 SUSSMANN SIMPSON FRITSCH ELIAS | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |

| 317 | 2016-08-11 220344 FRITSCH SUSSMANN SIMPSON ELIAS | 5/18/202 | 5/18/2022 | MARC ELIAS |
|---|---|---|---|---|
| 318 | 2016-08-12 020106 FRITSCH SUSSMANN EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 319 | 2016-08-12 073000 SUSSMANN APPOINTMENT | 5/18/2022 | 5/18/2022 | MARC ELIAS |
| 320 | 2016-08-12 083000 FUSION CHECK-IN | 5/18/2022 | 5/18/2022 | DEBBIE FINE |
| 321 | 2016-08-13 SUSSMANN TIME ENTRY EMAIL | | | |
| 322 | 2016-08-14 SUSSMANN TIME ENTRY EMAIL | | | |
| 323 | 2016-08-15 083000 FUSION CHECK-IN | | | |
| 326 | 2016-08-17 083000 FUSION CHECK-IN | 5/18/2022 | 5/18/2022 | DEBBIE FINE |
| 327 | 2016-08-17 173000 ELIAS JOFFE APPOINTMENT | 5/18/2022 | 5/18/2022 | MARC ELIAS |
| 328 | 2016-08-17 SUSSMANN TIME ENTRY EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 330 | 2016-08-19 083000 FUSION CHECK-IN | | | |

| 331 | 2016-08-19 103000 SUSSMANN ELIAS APPOINTMENT | 5/18/2022 | 5/18/2022 | MARC ELIAS |
|-----|-----------------------------------------------|-----------|-----------|------------|
| 332 | 2016-08-19 234600 JOFFE SUSSMANN EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 333 | 2016-08-19 SUSSMANN TIME ENTRY EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 335 | 2016-08-25 083000 FUSION CHECK-IN | | | |
| 336 | 2016-08-15 111804 FRITSCH SUSSMANN EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 337 | 2016-08-25 190814 SUSSMANN FRITSCH EMAIL | | | |
| 338 | 2016-08-25 210656 FRITSCH SUSSMANN EMAIL | | | |
| 339 | 2016-08-25 SUSSMANN TIME ENTRY EMAIL | | | |
| 340 | 2016-08-26 083000 FUSION CHECK-IN | | | |
| 341 | 2016-08-29 200000 FUSION MEETING | | | |
| 342 | 2016-08-29 224947 SUSSMANN JOFFE EMAIL | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |

| 343 | 2016-08-29 225116 JOFFE SUSSMANN EMAIL | | | |
|-----|-----------------------------------------|--|--|--|
| 344 | 2016-08-29 231514 JOFFE SEAGO SUSSMANN EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |
| 345 | 2016-08-29 SUSSMANN TIME ENTRY | | | |
| 348 | 2016-08-30 163202 JOFFE SUSSMANN EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 349 | 2016-08-30 175026 SUSSMANN LICHTBLAU EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 350 | 2016-08-30 232854 SUSSMANN FRITSCH SIMPSON ELIAS | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 351 | 2016-08-30 SUSSMANN TIME ENTRY EMAIL | | | |
| 352 | 2016-08-31 040741 FRITSCH SUSSMANN SIMPSON ELIAS | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 353 | 2016-08-31 082513 SIMPSON SUSSMANN FRITSCH EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 354 | 2016-08-31 SUSSMANN TIME ENTRY EMAIL | | | |

| 355 | 2016-08-31 FUSION GPS INVOICE | | | |
|-----|-------------------------------|---|---|---|
| 356 | 2016-09-01 103000 SUSSMANN APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 357 | 2016-09-01 125959 SUSSMANN LICHTBLAU EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 358 | 2016-09-01 172555 SUSSMANN LICTBLAU EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 359 | 2016-09-01 SUSSMANN TIME ENTRY EMAIL | | | |
| 360 | 2016-09-04 SUSSMANN TIME ENTRY EMAIL | | | |
| 361 | 2016-09-05 072139 JOFFE SUSSMANN EMAIL | | | |
| 362 | 2016-09-05 082851 FRITSCH SUSSMANN EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 363 | 2016-09-05 090422 SUSSMANN FRITSCH EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 364 | 2016-09-05 090618 FRITSCH SUSSMANN EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 365 | 2016-09-05 SUSSMANN TIME ENTRY EMAIL | | | |
| 366 | 2016-09-06 083000 FUSION CHECK-IN | | | |

| 367 | 2016-09-06 113000 SUSSMANN APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
|-----|-----------------------------------------|-----------|-----------|--------------------|
| 368 | 2016-09-06 133000 SUSSMANN APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 369 | 2016-09-06 SUSSMANN TIME ENTRY EMAIL | | | |
| 370 | 2016-09-07 SUSSMANN TIME ENTRY EMAIL | | | |
| 371 | 2016-09-08 135500 SUSSMANN APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 372 | 2016-09-08 163000 SUSSMANN APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 373 | 2016-09-08 SUSSMANN TIME ENTRY EMAIL | | | |
| 374 | 2016-09-09 PERKINS COIE HFA INVOICE | | | |
| 375 | 2016-09-09 SUSSMANN TIME ENTRY EMAIL | | | |
| 376 | 2016-09-12 160549 JOFFE SUSSMANN EMAIL | | | |
| 377 | 2016-09-12&14&15&21&28 ELIAS TIME ENTRY EMAIL | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |

| 378 | 2016-09-12 SUSSAMNN TIME ENTRY EMAIL | | | |
|---|---|---|---|---|
| 379 | 2016-09-13 153000 SUSSMANN APPOINTMENT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 380 | 2016-09-13 EXPENSE REPORT | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 381 | 2016-09-13 SUSSMANN TIME ENTRY EMAIL | | | |
| 382 | 2016-09-14 100000 SUSSMANN JOFFE APPOINTMENT | 5/25/2022 | 05/25/2022 | **KORI ARSENAULT** |
| 383 | 2016-09-14 SUSSMANN TIME ENTRY EMAIL | | | |
| 384 | 2016-09-15 204523 FRITSCH SUSSMANN EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 385 | 2016-09-15 204523A FRITSCH SUSSMANN EMAIL ATTACHMENT | | | |
| 386 | 2016-09-15 204823 ELIAS SULLIVAN MOOK PODESTA PALMERI | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |
| 387 | 2016-09-15 204823A ELIAS, SULLIVAN, MOOK, PODESTA | | | |

| 388 | 2016-09-15 204823A ELIAS, SULLIVAN, MOOK PODESTA | | | |
|-----|------|------|------|------|
| 389 | 2016-09-15 210935 SUSSMAN LICHTBLAU EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 390 | 2016-09-15 ELIAS TIME ENTRY EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 391 | 2016-09-15 SUSSMANN TIME ENTRY EMAIL | | | |
| 392 | 2016-09-16 SUSSMANN TIME ENTRY EMAIL | | | |
| 393 | 2016-09-17 010848 DAGON SUSSMANN EMAIL | | | |
| 394 | 2016-09-17 134440 SUSSMANN MESSAGE FROM DAGON | | | |
| 394A | 2016-09-17 134440 SUSSMANN MESSAGE FROM DAGON | | | |
| 395 | 2016-09-17&18 SUSSMAN TIME ENTRY EMAIL | | | |
| 396 | 2016-09-18 163217 MOOK ELIAS SULLIVAN PALMIERI | | | |

| 397 | 2016-09-18 170843 ELIAS FRITSCH SIMPSON SUSSMANN | | | |
|---|---|---|---|---|
| 398 | 2016-09-18 195103 FRITSCH ELIAS SIMPSON SUSSMANN | | | |
| 399 | 2016-09-19 232333 JOFFE SUSSMANN EMAIL | | | |
| 400 | 2016-09-19&20&21&27&28 SUSSMANN TIME ENTRY EMAIL | | | |
| 401 | 2016-09-19 SUSSMANN TIME ENTRY EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 402 | 2016-09-19 SUSSMANN TIME ENTRY EMAIL FROM 09-20 | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 403 | 2016-09-19 EXPENSE REPORT | | | |
| 404 | 2016-09-19 SUSSMANN TIME ENTRIES CHART | | | |
| 405 | 2016-09-20 000223 SUSSMANN JOFFE EMAIL | | | |
| 406 | 2016-09-20 230054 SUSSMANN ELIAS EMAIL | | | |

| 407 | 2016-09-20 001116 SUSSMANN DAGON EMAIL | | | |
| 408 | 2016-09-20 134545 DAGON SUSSMANN EMAIL | | | |
| 409 | 2016-09-20 223213 SUSSMANN ELIAS LICHTBLAU EMAIL | | | |
| 410 | 2016-09-20 235420 SUSSMANN ELIAS EMAIL | | | |
| 411 | 2016-09-20&21&27 SUSSMANN TIME ENTRY EMAIL | | | |
| 412 | 2016-09-22 122651 FRITSCH ELIAS SUSSMANN SIMPSON | | | |
| 413 | 2016-09-22 124919 SUSSMANN JOFFE EMAIL | | | |
| 414 | 2016-09-22 SUSSMANN TIME ENTRY EMAIL | | | |
| 415 | 2016-09-23 183644 SUSSMANN LICHTBLAU EMAIL | | | |
| 416 | 2016-09-24 025906 JOFFE SUSSMANN EMAIL | | | |
| 417 | 2016-09-24 083049 SUSSMANN ELIAS EMAIL | | | |

| 418 | 2016-09-24 115223 JOFFE SUSSMANN EMAIL | | | |
|---|---|---|---|---|
| 419 | 2016-09-25 000020 SUSSMANN JOFFE EMAIL | | | |
| 420 | 2016-09-25 000824 SUSSMANN JOFFE EMAIL | | | |
| 421 | 2016-09-25 001415 JOFFE SUSSMANN EMAIL | | | |
| 422 | 2016-09-26 210021 JOFFE SUSSMANN EMAIL | | | |
| 423 | 2016-09-26&29 SUSSMANN TIME ENTRY EMAIL | | | |
| 424 | 2016-09-27 010520 SUSSMANN JOFFE EMAIL | | | |
| 425 | 2016-09-27 015555 JOFFE SUSSMANN EMAIL | | | |
| 426 | 2016-09-27 070923 SUSSMANN JOFFE EMAIL | | | |
| 427 | 2016-09-27 071826 SUSSMANN LICHTBLAU EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 428 | 2016-09-28 125405 JOFFE SUSSMANN EMAIL | | | |
| 429 | 2016-09-29 180759 JOFFE SUSSMANN EMAIL | | | |

| 430 | 2016-09-29 FUSION GPS INVOICE | | | |
|-----|-------------------------------|---|---|---|
| 431 | 2016-09-30 FUSION GPS INVOICE | | | |
| 432 | 2016-10-03 213546 JOFFE SUSSMANN EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 433 | 2016-10-04 002623 JOFFE SUSSMANN EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 434 | 2016-10-04 113000-123000 SUSSMANN APPOINTMENT | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 435 | 2016-10-04 113000-134500 SUSSMANN APPOINTMENT | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 436 | 2016-10-04 140000 SUSSMANN APPOINTMENT | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 437 | 2016-10-04 SUSSMANN TIME ENTRY EMAIL | | | |
| 438 | 2016-10-05 130500 JOFFE SUSSMANN EMAIL | | | |
| 439 | 2016-10-05 130500A JOFFE SUSSMANN EMAIL | | | |
| 440 | 2016-10-05 132439 SUSSMANN NAKASHIMA EMAIL | | | |

| 441 | 2016-10-05 133022 FRITSCH ELIAS EMAIL | | | |
|-----|-----|-----|-----|-----|
| 442 | 2016-10-05 133022A FRITSCH ELIAS EMAIL | | | |
| 443 | 2016-10-05 133233 ELIAS SUSSMANN EMAIL | | | |
| 444 | 2016-10-05 133233A ELIAS SUSSMANN EMAIL | | | |
| 445 | 2016-10-05 140040 ELIAS SUSSMANN EMAIL | | | |
| 446 | 2016-10-05 140040A ELIAS SUSSMANN EMAIL | | | |
| 447 | 2016-10-05 140452 ELIAS MOOK PODESTA CAPLIN SULLIV | | | |
| 448 | 2016-10-05 140452A ELIAS MOOK PODESTA CAPLIN SULLV | | | |
| 449 | 2016-10-05 141307 ELIAS CAPLIN EMAIL | | | |
| 450 | 2016-10-05 141307A ELIAS CAPLIN EMAIL | | | |
| 451 | 2016-10-05 141640 ELIAS BULL EMAIL | | | |

| | | | | |
|---|---|---|---|---|
| 452 | 2016-10-05 141640A ELIAS BULL EMAIL | | | |
| 453 | 2016-10-05 143653 ELIAS CAPLIN MOOK PODESTA SULLIV | | | |
| 454 | 2016-10-05 143653A ELIAS CAPLIN MOOK PODESTA SULLI | | | |
| 455 | 2016-10-05 235750 JOFFE SUSSMANN EMAIL | | | |
| 456 | 2016-10-05 SUSSMANN TIME ENTRY EMAIL | | | |
| 457 | 2016-10-06 071232 SUSSMANN JOFFE EMAIL | | | |
| 458 | 2016-10-10 105836 SUSSMANN LICHTBLAU EMAIL | | | |
| 460 | 2016-10-18 130742 FRITSCH ELIAS EMAIL | | | |
| 461 | 2016-10-18 155502 SUSSMANN LICHTBLAU EMAIL | | | |
| 462 | 2016-10-18 160411 LICHTBLAU SUSSMANN EMAIL | | | |
| 463 | 2016-10-18 194115 JOFFE SUSSMANN EMAIL | | | |

| 464 | 2016-10-22 134027 ELIAS SUSSMANN EMAIL | | | |
|-----|------------------------------------------|--|--|--|
| 465 | 2016-10-22 135623 SUSSMANN ELIAS EMAIL | | | |
| 466 | 2016-10-26 124751 SUSSMANN LICHTBLAU EMAIL | | | |
| 467 | 2016-10-26&31 SUSSMANN TIME ENTRY EMAIL | | | |
| 468 | 2016-10-27 150615 NAKASHIMA SUSSMANN EMAIL | | | |
| 469 | 2016-10-28 085758 FRITSCH ELIAS EMAIL | | | |
| 470 | 2016-10-31 093512 FRITSCH ELIAS EMAIL | | | |
| 471 | 2016-10-31 093512A FRITSCH ELIAS EMAIL | | | |
| 472 | 2016-10-31 174045 FRITSCH ELIAS EMAIL | | | |
| 473 | 2016-10-31 181539 MARTIN SUSSMANN EMAIL | | | |
| 474 | 2016-10-31 184443 SUSSMANN CORDES EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |

| 476 | 2016-11-01 090318A FRITSCH ELIAS EMAIL | | | |
|-----|----------------------------------------|-----------|-----------|----------------|
| 477 | 2016-11-01 100136 FRITSCH SUSSMANN EMAIL | | | |
| 478 | 2016-11-01 100136A FRITSCH SUSSMANN EMAIL | | | |
| 479 | 2016-11-01 110613 SUSSMANN FRITSCH EMAIL | | | |
| 480 | 2016-11-02 195041 SUSSMANN NAKASHIMA EMAIL | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |
| 482 | 2017-02-01 183152 JOFFE SUSSMANN EMAIL | | | |
| 483 | 2017-02-01 183840 SUSSMANN JOFFE EMAIL | | | |
| 484 | 2017-02-01 192939 SUSSMANN JOFFE EMAIL | | | |
| 485 | 2017-02-03 153330 SUSSMANN JOFFE EMAIL | | | |
| 486 | 2017-03-01 080401 LICHTBLAU SUSSMANN EMAIL | | | |
| 487 | 2017-03-01 111253 LICHTBLAU SUSSMANN EMAIL | | | |

| 488 | 2017-04-06 143343 VOGEL ELIAS EMAIL | | | |
|---|---|---|---|---|
| 489 | 2017-04-12 WELLS, TINA PERKINS COIE LETTER | | | |
| 490 | 2017-04-13 PERKINS COIE JOINT REPRESENTATION LETTE | | | |
| 491 | 2017-11-10 174157 GROLL ELIAS EMAIL | | | |
| 492 | 2017-05-24 CLIENT INTAKE EMAIL | | | |
| 493 | 2017-05-22 HO NICHOLS EMAIL | | | |
| 494 | 2017-05-21 SUSSMANN TIME ENTRY EMAIL | | | |
| 495 | 2016-10-31 FINE ELIAS EMAIL | **5/18/2022** | **5/18/2022** | **DEBBIE FINE** |
| 500 | RUSSIA'S ALFA GROUP OVERVIEW | | | |
| 501 | TRUMP.COM TRUMP-EMAIL.COM LIST | | | |
| 502 | 107.22.241.145 MAIL.TRUMPETSOFTRUTH.COM LIST | | | |

| 503 | 103.16.129.229 JOCHENTRUMPF.ID.AU LIST | | | |
|-----|----------------------------------------|--|--|--|
| 504 | 141.150.185.165 MAIL.TRUMP.COM LIST | | | |
| 505 | DOMAIN NAME THETRUMPNETWORK.COM LSIT | | | |
| 506 | 2016-07-20T105533.000Z MAIL1.TRUMP-EMAIL.COM 217.1 | | | |
| 507 | 2016-06-18T165441.000Z 192.187.125.10 MAILHOST01.T | | | |
| 508 | 1422AS15632 217.12.96.15 217.12.96.023 JSC ALFABANK | | | |
| 509 | WHITE PAPER #1 AUDITABLE V3 | | | |
| 510 | WHITEPAPER COMMENTS TIME SERIES ANALYSIS | | | |
| 511 | SUMMARY OF TRUMP NETWORK COMMUNICATIONS | | | |
| 512 | NETWORK ANALYSIS OF YOTA-RELATED RESOLUTION EVENTS | | | |

| | | | |
|---|---|---|---|
| 513 | OSINT ON TRUMP NETWORK COMMUNICATIONS | | | |
| 514 | 2016-05-04T104806 OANGHE 217.12.97.15 | | | |
| 515 | SOUCE.DATE SOURCE.DEST  IP SOURCE.NODE_ID YOTA.RU | | | |
| 516 | 1022016 233 20 156.154.70.29 204.68 CLIENT.YOTA.RU | | | |
| 517 | SOURCE.DATE SOURCE.DEST_IP WIMAX-CLIENT.YOTA.RU | | | |
| 518 | SOURCE.DATE SOURCE.DEST_IP CLIENT.YOTA.RU | | | |
| 519 | 2016-11-17T132300 SIPPER.RU 192.154.117.34 | | | |
| 520 | .CSV FILE WAS COLLECTED ON DEC 11 2016 | | | |
| 521 | DATA PROVIDED IS DNS QUERIES, ANSWERS, RESPONSE | | | |
| 522 | COUNTS FOR LOOKBACK OF A MONTH+ ON JAN 31 2017 | | | |

| 523 | CHRIMSON RHINO IN HOLDINGS | | | |
|---|---|---|---|---|
| 524 | FOER, FRANKLIN ARTICLE M EDITS | | | |
| 525 | FOER. FRANKLIN ARTICLE M EDITS2 | | | |
| 550 | 2017-05-31 PERKINS COIE JOFFE INVOICES | **5/25/2022** | | **KORI ARSENAULT** |
| 551 | PERKINS COIE RODNEY JOFFE PROFORMA | **5/25/2022** | | **KORI ARSENAULT** |
| 552 | PERKINS COIE HFA RESEARCH 2016 PROFORMA | **5/18/2022** | **5/18/2022** | **MARC ELIAS** |
| 552.1 | 2016-08-17 ELIAS BILLING ENTRY | | | |
| 552.2 | 2016-09-07&14 ELIAS BILLING ENTRY | | | |
| 553 | PERKINS COIE HFA GENERAL POLITICAL ADVICE PROFORMA | **5/18/2022** | **5/18/2022** | **MARC ELIAS** |
| 553.1 | 2016-07-29 SUSSMANN BILLING ENTRY | **5/18/2022** | **5/18/2022** | **MARC ELIAS** |
| 553.2 | 2016-07-31 SUSSMANN BILLING ENTRY | **5/25/2022** | **5/25/2022** | **KORI ARSENAULT** |

| 553.3 | 2016-08-12 SUSSMANN BILLING ENTRY | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |
|---|---|---|---|---|
| 553.4 | 2016-08-17 SUSSMANN BILLING ENTRY | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |
| 553.5 | 2016-08-17 ELIAS BILLING ENTRY | | | |
| 553.6 | 2016-08-19 SUSSMANN BILLING ENTRY | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |
| 553.7 | 2016-08-19 ELIAS BILLING ENTRY | | | |
| 553.8 | 2016-08-25 SUSSMANN BILLING ENTRY | | | |
| 553.9 | 2016-08-29 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.10 | 2016-08-30 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.11 | 2016-08-31 SUSSMANN & ELIAS BILLING ENTRIES | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.12 | 2016-09-04&05 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **MARC ELIAS** |
| 553.13 | 2016-09-05 SUSSMANN BILLING ENTRY | | | |
| 553.14 | 2016-09-05 SUSSMANN BILLING ENTRY2 | | | |

| 553.15 | 2016-09-05 SUSSMANN BILLING ENTRY3 | | | |
| 553.16 | 2016-09-06 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.17 | 2016-09-07&08 SUSSMANN BILLING ENTRIES | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.18 | 2016-09-12&13&15&20 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.19 | 2016-09-13 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.20 | 2016-09-13 SUSSMANN BILLING ENTRY2 | | | |
| 553.21 | 2016-09-13 SUSSMANN BILLING ENTRY3 | | | |
| 553.22 | 2016-09-14 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.23 | 2016-09-17&18 SUSSMANN BILLING ENTRY | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |
| 553.24 | 2016-09-19&28 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.25 | 2016-09-22 SUSSMANN BILLING ENTRY | | | |

| 553.26 | 2016-09-24 SUSSMANN BILLING ENTRY | | | |
|---|---|---|---|---|
| 553.27 | 2016-09-26&27 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 553.28 | 2016-10-10 SUSSMANN BILLING ENTRY | | | |
| 553.29 | 2016-10-26 SUSSMANN BILLING ENTRY | | | |
| 553.30 | 2016-10-31 SUSSMANN BILLING ENTRY | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 554 | PERKINS COIE DNC DATA BREACH PROFORMA | 5/25/2022 | 5/26/2022 | -------------- |
| 555 | PERKINS COIE TINA WELLS PRIVACY ADVICE INVOICES | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 556 | 2017-07-25 JOFFE PERKINS COIE CHECK 5121 | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 557 | 2017-07-25 JOFFE PERKINS COIE CHECK 5122 | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 558 | PERKINS COIE TINA WELLS PROFORMA | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 559 | PERKINS COIE HFA GENERAL POLITICAL ADVICE PROFORMAS | 5/18/2022 | 5/18/2022 | **MARC ELIAS** |

| 559.1 | 2016-08-11 SUSSMANN BILLING ENTRY | | | |
|---|---|---|---|---|
| 559.2 | 2016-08-13 SUSSMANN BILLING ENTRY | | | |
| 560 | PERKINS COIE NEUSTAR INVOICES | **5/25/2022** | | **KORI ARSENAULT** |
| 560.1 | 2016-09-14 SUSSMANN NEUSTAR BILLING ENTRY | **5/18/2022** | **5/18/2022** | **MARK ELIAS** |
| 561 | PERKINS COIE TINA WELLS PROFORMA2 | **5/25/2022** | | **KORI ARSENAULT** |
| 562 | PERKINS COIE HFA GENERAL POLITICAL ADVICE INVOICES | **5/18/2022** | **5/18/2022** | **MARC ELIAS** |
| 563 | PERKINS COIE HFA RESEARCH 2016 INVOICES | **5/18/2022** | **5/18/2022** | **MARC ELIAS** |
| 600 | 2016-07-31 211000 BERKOWITZ HAMBURGER SIMPSON EMAI | | | |
| 601 | 2016-08-26 010700 FRITSCH SUSSMANN EMAIL | | | |
| 602 | 2016-08-30 031500 JOFFE SEAGO SUSSMANN EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |
| 603 | 2016-08-30 115000 SEAGO JOFFE EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |

| 604 | 2016-08-30 153300 SEAGO JOFFE EMAIL | 5/18/2022 | 5/18/2022 | LAURA SEAGO |
|-----|-------------------------------------|-----------|-----------|-------------|
| 605 | 2016-08-31 211200 JOFFE SEAGO SUSSMANN EMAIL | 5/18/2022 | 5/18/2022 | LAURA SEAGO |
| 607 | 2016-09-27 165300 FRITSCH LICHTBLAU SIMPSON EMAIL | | | |
| 609 | 2016-10-05 171400 FRITSCH HAMBURGER EMAIL | | | |
| 610 | 2016-10-05 172100 FRITSCH ISIKOFF EMAIL | | | |
| 612 | 2016-10-05 172300A SEAGO FRITSCH EMAIL | 5/18/2022 | 5/18/2022 | LAURA SEAGO |
| 613 | 2016-10-05 172500 FRITSCH HOSENBALL EMAIL | | | |
| 615 | 2016-10-05 172600 FRITSCH ISIKOFF SIMPSON EMAIL | | | |
| 617 | 2016-10-05 172601 FRITSCH HAMBURGER EMAIL | | | |
| 619 | 2016-10-05 173100 FRITSCH HOSENBALL EMAIL | | | |
| 620 | 2016-10-05 173200 FRITSCH ISIKOFF EMAIL | | | |

| 621 | 2016-10-05 173600 FRITSCH MOSK SIMPSON EMAIL | | | |
|---|---|---|---|---|
| 623 | 2016-10-05 174400 FRITSCH LICHTBLAU EMAIL | | | |
| 625 | 2016-10-05 175800 FRITSCH WINER EMAIL | | | |
| 631 | 2016-10-05 183300 FRITSCH SEAGO SIMPSON EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |
| 634 | 2016-10-05 185700 SEAGO FRITSCH SIMPSON EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |
| 635 | 2016-10-05 190200 SEAGO FRITSCH SIMPSON EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |
| 637 | 2016-10-06 145900 HOSENBALL FRITSCH EMAIL | | | |
| 640 | 2016-10-07 175900 FRITSCH ISIKOFF EMAIL | | | |
| 648 | 2016-10-17 160400 FRITSCH SEAGO EMAIL | **5/18/2022** | **5/18/2022** | **LAURA SEAGO** |
| 651 | 2016-10-18 151000 FRITSCH HOSENBALL EMAIL | | | |

| 652 | 2016-10-18 160200 FRITSCH HOSENBALL EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
|-----|--------------------------------------------|-----------|-----------|--------------------|
| 665 | 2016-10-30 223700 FOER FRITSCH EMAIL | | | |
| 666 | 2016-10-30 224600 FOER FRITSCH EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 668 | 2016-10-31 123900 ISIKOFF FRITSCH EMAIL | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 670 | 2016-10-31 214200 FRITSCH HOSENBALL EMAIL | | | |
| 675 | 2016-11-01 130400 FRITSCH FOER EMAIL | | | |
| 676 | 2016-11-01 140100 FRITSCH SUSSMANN EMAIL | | | |
| 677 | 2016-11-01 144800 SEAGO FRITSCH BERKOWITZ EMAIL | 5/18/2022 | 5/18/2022 | **LAURA SEAGO** |
| 680 | 2016-11-03 153300 SEAGO FRITSCH CATAN CORCORAN | 5/18/2022 | 5/18/2022 | **LAURA SEAGO** |
| 681 | 2016-11-03 155100 FRITSCH LICHTBLAU SIMPSON | | | |
| 683 | 2021-03-22 BEAN LLC FUSION GPS PRIVILEGE LOG | | | |

| 684 | 2021-03-22SUPP BEAN LLC FUSION GPS PRIVILEGE LOG | | | |
|---|---|---|---|---|
| 685 | 2021-07-09 BEAN LLC FUSION GPS PRIVILEGE LOG | | | |
| 685.1 | 2016-08-30 FUSION PRIV LOG FRITSCH BAUMGARTNER | | | |
| 685.2 | 2016-08-31 FUSION PRIV LOG BAUMGARTNER FRITCH | | | |
| 685.3 | 2016-09-01 FUSION PRIV LOG SIMPSON FRITSCH BAUMGAR | | | |
| 686 | 2016-05-16 015500 FOER BERKOWITZ FRITSCH EMAIL | | | |
| 687 | 2016-08-30 FRITSCH BAUMGARTNER SIMPSON | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 688 | 2016-08-31 FUSION BAUMGARTNER FRITCH SIM | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 689 | 2016-09-01 SIMPSON FRITSCH BAUMGARTNER | 5/25/2022 | 5/25/2022 | KORI ARSENAULT |
| 716 | 2016-09-15 143200 DEJONG JOFFE EMAIL | 5/17/2022 | 5/17/022 | STEVE DEJONG |

| 717 | 2016-09-16 140000 JOFFE DEJONG EMAIL | 5/17/2022 | 5/17/022 | **STEVE DEJONG** |
|---|---|---|---|---|
| 718 | 2016-10-04 191700 DEJONG JOFFE EMAIL | | | |
| 719 | 2017-07-18 180500 DEJONG JOFFE EMAIL | 5/17/2022 | 5/17/022 | **STEVE DEJONG** |
| 809 | 2017-02-07 165100 EMPLOYEE 16 EMAIL | 5/20/2022 | 5/20/2022 | **MARK CHADASON** |
| 812 | 2017-02-09 142400 EMPLOYEE 1 EMAIL | 5/20/2022 | 05/20/2022 | **KEVIN P.** |
| 813 | 2017-02-09 MEMORANDUM FOR THE RECORD | | | |
| 814 | 2017-02-09 MEMORANDUM FOR THE RECORD2 | 5/20/2022 | 5/20/2022 | **KEVIN P.** |
| 817 | 2017-02-23 143000 EMPLOYEE 4 EMAIL | 5/20/2022 | 05/20/2022 | **KEVIN P.** |
| 820 | 2017-01-31 CHADASON EMAIL | | | |
| 1200 | 2016-08-15 165754 OPPLEMAN KANNER EMAIL | 5/24/2022 | 5/24/2022 | **JARED NOVICK** |
| 1300 | 602-418-6471 JOFFE RECORDS KEY | 5/25/2022 | | **KORI ARSENAULT** |

| 1301 | 602-418-6471 JOFFE CERTIFICATE OF AUTHENTICITY | **5/25/2022** | | **KORI ARSENAULT** |
|------|------------------------------------------------|---------------|---|---------------------|
| 1302 | 602-418-6471 JOFFE CALL RECORDS | **5/25/2022** | | **KORI ARSENAULT** |
| 1303 | 602-418-6471 JOFFE SUBSCRIBER INFO | **5/25/2022** | | **KORI ARSENAULT** |
| 1304 | 602-418-6471 JOFFE INTERNATIONAL CALL RECORDS | **5/25/2022** | | **KORI ARSENAULT** |
| 1305 | 602-418-6471 JOFFE IMEI REPORT | **5/25/2022** | | **KORI ARSENAULT** |
| 1306 | 602-418-6471 JOFFE IMSI REPORT | **5/25/2022** | | **KORI ARSENAULT** |
| 1307 | 602-418-6471 JOFFE WIRELINE REPORT | **5/25/2022** | | **KORI ARSENAULT** |
| 1308 | 602-418-6471 JOFFE STIR SHAKEN REPORT | **5/25/2022** | | **KORI ARSENAULT** |
| 1400 | 202-906-9998 SUSSMAN TOLL RECORDS | **5/19/2022** | **5/19/2022** | **JAMES BAKER** |
| 1401 | 202-906-9998 SUSSMAN CERTIFICATE OF AUTHENTICITY | **5/25/2022** | | **KORI ARSENAULT** |
| 1500 | BAKER TEXT MESSAGE SCREENSHOTS | **5/18/2022** | **5/18/2022** | **JAMES BAKER** |

| 1600 | DOMAIN NAMES FROM JOFFE REQUEST TO DEJONG ALFA | 5/17/2022 | 5/17/2022 | **STEVE DEJONG** |
|---|---|---|---|---|
| 1602 | SCRIPTS DEJONG RAN IN RESPONSE TO JOFFE REQUEST | 5/17/2022 | 5/17/2022 | **STEVE DEJONG** |
| 1700 | DNS AND TOR PRIMERS POWERPOINT | 5/17/2022 | 5/17/2022 | **DAVID MARTIN** |
| 1701 | MARTIN, DAVID TECHNICAL ANALYSIS REPORT | | | |
| 1702 | MARTIN, DAVID CV | | | |
| 1703 | SUSSMANN JOFFE COMBINED TOLL RECORDS | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 1704 | BILLING ENTRIES SUMMARY CHART | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 1705 | CALENDAR ENTRIES SUMMARY CHART | 5/25/2022 | 5/25/2022 | **KORI ARSENAULT** |
| 1800 | PACKET FORENSICS PHOTO | 5/24/2022 | 5/24/2022 | **JARED NOVICK** |
| 1801 | CRIMSON RHINO | | | |
| 1802 | NOVICK TASKING | | | |

| 1803 | NOVICK TASKING2 | | | |
|------|-----------------|---|---|---|
| 1900 | 2016-08-15 115700 NICHOLS PATEL EMAIL | **5/18/2022** | **5/18/2022** | **MARC ELIAS** |
| 2100 | APPLE ICLOUD SUBSCRIBER INFORMATION | | | |
| 2101 | 2016-09-18 - 2016-09-28 BAKER SUSSMANN TEXTS | | | |
| 2102 | 2016-09-18 - 2016-09-30 BAKER SUSSMANN TEXTS | | | |
| 2103 | 2016-09-18 - 2019-01-22 BAKER SUSSMANN TESTS | | | |
| 2104 | 2018-09-29 - 2020-06-15 BAKER SUSSMANN TEXTS | | | |
| 2105 | 2019-06-10 - 2020-06-15 BAKER SUSSMANN TEXTS | | | |
| 2106 | 2019-06-20 BAKER SUSSMANN TEXT | | | |
| 2107 | 2019-06-20 BAKER SUSSMANN TEXT2 | | | |
| 2108 | 2016-09-18 SUSSMANN BAKER TEXT | | | |
| 2200 | APPLE, INC. STIPULATION | | | |

| 2201 | BAKER, JAMES CONGRESSIONAL TESTIMONY STIPULATION | 5/25/2022 | 05/25/2022 | ---------- |
| 2202 | NEUSTAR, INC. | 5/25/2022 | 5/25/2022 | ------------ |
| 2203 | PHONE RECORDS STIPULATION | | | |
| 2204 | SCOTT SCHOOLS NOTES | 5/25/2022 | 5/25/2022 | ------------ |