```
                 IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,       Criminal Action No.
               Plaintiff,           1:21-CR-00582-CRC-1

                                    May 19, 2022
               vs.                  1:56 p.m.

MICHAEL A. SUSSMANN,                *AFTERNOON SESSION*
               Defendant.
```

_____

```
                  TRANSCRIPT OF JURY TRIAL
       HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                UNITED STATES DISTRICT JUDGE
```

_____

APPEARANCES:

For the United States:      ANDREW DeFILIPPIS, ESQ.
                            JONATHAN EDGAR ALGOR, IV, ESQ.
                            BRITTAIN SHAW, ESQ.
                              SPECIAL COUNSEL'S OFFICE
                              145 N Street Northeast
                              Washington, DC 20002
                              (212) 637-2231


For the Defendant:          SEAN M. BERKOWITZ, ESQ.
                            MICHAEL BOSWORTH, ESQ.
                            CATHERINE YAO, ESQ.
                            NATALIE HARDWICK RAO, ESQ.
                              LATHAM & WATKINS LLP
                              1271 Avenue of the Americas
                              New York, NY 10020
                              (212) 906-1200


Court Reporter:             Lorraine T. Herman, RPR, CCR
                            Official Court Reporter
                            U.S. Courthouse, Room 6718
                            333 Constitution Avenue, NW
                            Washington, DC 20001
                            (202) 354-3187
```

1           **P R O C E E D I N G S**

2                **MR. ALGOR:**  Your Honor, if I may just talk briefly

3     about scheduling --

4                **THE COURT:**  Sure.

5                **MR. ALGOR:**  -- kind of going forward.

6                **THE COURT:**  Yes.

7                **MR. ALGOR:**  So obviously, we understand Mr. Mook

8     has travel -- we have some family emergencies and also

9     travel related to certain witnesses.  As the trial is

10    extended, we are seeing that we want to try to get some of

11    those people in tomorrow.

12               **THE COURT:**  Okay.

13               **MR. ALGOR:**  So our proposal would be to put on --

14    assuming that Mr. Baker goes through the end of the day,

15    which I would assume, the continuation or finalizing

16    testimony regarding Mr. Baker in the morning, and then have

17    Mark Chadason and Kevin P. testify for the government

18    tomorrow with the understanding that the defense would have

19    Mr. Mook.

20               I think realistically that would involve probably

21    a full day or at least close to, but we would end it with

22    Mr. Mook's testimony.

23               **THE COURT:**  All right.  Are we going to be able to

24    get there?

25               **MR. ALGOR:**  I believe so, Your Honor.  I don't

1    want to speak for defense, but Mr. Chadason's testimony is

2    quite short.  It's obviously the agency employees so it's

3    limited to certain aspects.

4            I don't think that their -- either their directs

5    or their crosses will be too long, but I don't want to speak

6    for the defense.

7            **THE COURT:**  All right.  Well, you have me.  I hope

8    you have the jury.

9            **MR. ALGOR:**  Yes, Your Honor.

10           **THE COURT:**  I didn't -- we said that Fridays would

11   be a possibility.  I didn't commit to letting them off on

12   Fridays.  Why don't we bring them back, and I'm going to

13   raise this issue with them now just to make sure that

14   noone's got any plans tomorrow afternoon.

15           **MR. ALGOR:**  Understood, Your Honor.

16           **MR. DeFILIPPIS:**  Your Honor, we and the defense

17   conferred about the issue we have discussed with Mr. Baker.

18   We've reached an agreement on that.  We are happy to get on

19   the phone to describe it to Your Honor.

20           **THE COURT:**  That's okay.

21           **MR. DeFILIPPIS:**  Okay.  Thank you, Your Honor.

22           **THE COURT:**  I don't need to hear anything else as

23   long as you are all on the same page.

24           Step right up, Mr. Baker.

25           (Jury entered the courtroom.)

<u>**DIRECT EXAMINATION OF JAMES BAKER (CONT'D.)**</u>

**THE COURT:**  Please be seated.

Okay.  Welcome back, ladies and gentlemen.  I hope you had a nice lunch.

Before we get back started with Mr. Baker, I just want to go over a few scheduling matters.  The parties tell me that we are basically on track, but in order to stay on track, as well as to accommodate some witnesses' travel schedules, we have decided to work tomorrow.

I just wanted to make sure that that's okay with everyone.  I know we sort of left open the possibilities of convening on Fridays.  We will try to get you out a little early, if possible, but as you can probably tell, sometimes it's hard to predict how long these sections will take. So we'll do our best.

The good news is I think we're on track in terms of the schedule that we laid out at the beginning of trial. All right?

**JURORS:**  (Nodded.)

**THE COURT:**  Mr. DeFilippis.

**MR. DeFILIPPIS:**  Thank you, Your Honor.

BY MR. DeFILIPPIS:

Q.   Welcome back, Mr. Baker.

A.   Thank you.

Q.   Mr. Baker, I'm going to show you one more excerpt

1     of your Congressional testimony and that will be the last.

2          **A.**   Okay.

3          **Q.**   If I could show you what's been premarked as

4     Government's Exhibit 61.

5               Mr. Baker, your first appearance before Congress

6     was, I think, in early October.  Can you tell from the cover

7     of this page here which date your second appearance was?

8          **A.**   This looks like the second one, yes.  It was

9     Thursday, October 18th, 2018.

10         **MR. DeFILIPPIS:**  Your Honor, the government offers

11    Government's Exhibit 61, and we'll focus on one or two pages

12    of the transcript.

13         **MR. BERKOWITZ:**  No objection to the introduction

14    being consistent testimony, Your Honor.

15         **THE COURT:**  So moved.

16        (Government's Exhibit 61 was admitted.)

17         **MR. DeFILIPPIS:**  If we could turn to Page 122 of

18    the transcript.

19    **BY MR. DeFILIPPIS:**

20         **Q.**   Now, Mr. Baker, do you remember that the issue of

21    your meeting with Mr. Sussmann came up multiple times during

22    the testimony?

23         **A.**   Yes.

24         **Q.**   Including on the second day?

25         **A.**   Yes.

1    Q.   If I could -- again, I'll read the part of someone
2    named Mr. Jordan.  Who is Mr. Jordan?  Do you know?

3    A.   He is Mr. Jim Jordan, a Congressman from Ohio, I
4    believe.

5    Q.   Okay.  So why don't we start at the top where you
6    say -- near the top where you say, "Yes, sir."

7    A.   Okay.

8         "Yes, sir.  And there was some effort -- there was
9    some belief that this was being conducted in a way so as to
10   make it a covert communications channel."

11   Q.   "Okay.  And my first question would be, How'd you
12   get this?  Did you ask that question?"

13        Just pausing there, Mr. Baker.  This was talking
14   about your meeting with Mr. Sussmann?

15   A.   I believe so, yes.

16   Q.   Okay.  So go ahead.

17   A.   My response is:  "I did ask that question at a
18   high level, yes.  And he explained that he had obtained it
19   from, again, cyber experts who were -- who had -- who had
20   obtained the information.  And he said that the details of
21   it would explain themselves; that's my recollection."

22   Q.   So the "he" there, Mr. Baker, was who?

23   A.   I believe, from the context, it's a reference to
24   Mr. Sussmann.

25   Q.   Mr. Jordan then says:  "And he was representing a

1    client when he brought this information to you or just out

2    of the goodness of his heart?  Someone gave it to him and he

3    brought it to you?"

4        **A.**    In that first interaction, I don't

5        remember him specifically saying that he was

6        acting on behalf of a particular client.

7        **Q.**    Did you know at the time that he was

8        representing the DNC in the Clinton campaign?

9        **A.**    I can't remember.  I had learned that at

10       some point.  I don't, as I said, as I think I said

11       last time, I don't specifically remember when I

12       learned that -- excuse me -- so I don't know that

13       I had that in my head when he showed up in my

14       office.  I just can't remember.

15       **Q.**    Did you learn that shortly thereafter if

16       you didn't know it at the time?

17   **A.**    One second to catch up here.

18   **Q.**    Yeah, no problem.

19       **A.**    I wish I could give you a better answer.

20   I just don't remember.

21       **Q.**    I mean, I just find it unbelievable that

22       the guy representing the Clinton campaign, the

23       Democratic National Committee, shows up with

24       information that says, We got this.  And you don't

25       ask where he got?  You didn't know how he got it?

1          But he got it from some, you know, "expert".

2               **A.**   Well, if I could respond to that?

3               **Q.**   Sure.

4               **A.**   I mean, I was so uncomfortable with

5          being in the position of having too much factual

6          information conveyed to me because I'm not an

7          agent.  And so I wanted to get the information

8          into the hands of the agents as quickly as

9          possible and let them deal with it.  If they

10         wanted to go interview Sussmann and ask him all of

11         those kinds of questions, fine with me.

12         **Q.**   Okay.  Now going back to the prior, the earlier

13    part of that on Page 122, when you answered, Mr. Baker, "I

14    can't remember.  I had learned that at some point.  I don't,

15    as I think I said last time, I don't specifically remember

16    when I learned that."

17              And you were referring to Mr. Sussmann's

18    representation of the DNC and the Clinton campaign.  Do you

19    see that?

20         **A.**   Yes.

21         **Q.**   When you were expressing this uncertainty as to

22    when you learned that Mr. Sussmann represented the DNC in

23    the Clinton campaign, did you mean learned that he

24    represented them at the meeting with you or represented them

25    in other contexts?

1      **A.**     Represented them in other contexts.

2      **Q.**     So when you answered:  In that first interaction,

3    I don't remember him specifically saying he was acting on

4    behalf of a particular client.

5           Mr. Jordan then says:  Did you know at the time he

6    was representing the Clinton campaign?

7           So in other words, did any part of your testimony

8    intend to reflect that you knew at some point that

9    Mr. Sussmann was representing the DNC or the Clinton

10   campaign at his meeting with you?

11     **A.**     No.

12     **Q.**     And in this instance, did you say to Mr. Jordan or

13   volunteer to him that, in fact, Mr. Sussmann said he was not

14   representing any client?

15     **A.**     Wait.  I'm sorry.  I'm confused by the question.

16     **Q.**     I'm sorry.  In this exchange with Mr. Jordan, did

17   you at any point tell Mr. Jordan that Mr. Sussmann said, in

18   fact, that he wasn't representing any client or did you not

19   say that?

20     **A.**     I'm sorry.  Still I'm losing the thrust of your

21   question.

22     **Q.**     That's okay.  So you testified that Mr. Sussmann

23   told you affirmatively he was not there for any client.

24   Right?

25     **A.**     Yes.

1      **Q.**   In this exchange with Mr. Jordan, did you

2   volunteer that or say that?

3      **A.**   No.

4      **Q.**   And what was the reason for that?

5      **A.**   I understood the question to be coming from a

6   different angle.  Did he -- I believe that I was being

7   asked, Did he specifically say in that meeting that he was

8   representing the DNC or the Clinton campaign?

9          When I thought about it, my answer was, No, he

10   didn't specifically say that in the meeting.  That was my

11   recollection.  No, he didn't respond to that -- I'm sorry.

12   In response to that question, he didn't say that.

13      **Q.**   Okay.

14      **A.**   I didn't go on and elaborate what else he might

15   have said or anything of that nature.  I believe I was

16   trying to answer the question that I thought Mr. Jordan was

17   asking.

18      **Q.**   And then when you said, "I'm not sure when I

19   learned that he represented the DNC in the Clinton

20   campaign," I think you testified earlier you meant, learned

21   that he represented them in other contexts.

22      **A.**   In the cyber intrusion matter having to do with

23   Russia.  The cyber intrusion of the DNC having to do with

24   Russia.

25      **Q.**   Got it.  Okay.

1          Now switching topics, Mr. Baker.  Does the name

2     Rodney Joffe mean anything to you?

3          **A.**   Yes.

4          **Q.**   And how do you know, if you know, Rodney Joffe?

5          **A.**   Mr. Joffe, I believe, is associated with an

6     organization called Neustar.  It's a company named Neustar.

7          **Q.**   And how do you know that?

8          **A.**   I know that -- well, in the aftermath, I guess you

9     would say, of this investigation for sure but, to the best

10    of my recollection, I met with Mr. Sussmann and others on

11    behalf of Neustar while I was general counsel of the FBI.

12    So he had come to meet with me on behalf of that client at

13    that time.

14         **Q.**   In that regard, as best as you recall, was that

15    before or after your meeting on the Alfa-Bank issue?

16         **A.**   I think that was before the meeting on Alfa-Bank.

17         **Q.**   And was there a particular issue or set of issues

18    that Mr. Sussmann was bringing to you on behalf of

19    Mr. Joffe?

20         **A.**   Yes.

21         **Q.**   And what was that, to the best of your memory?

22         **A.**   It had to do, basically, with concerns that

23    Neustar had about a contract for telecommunications

24    services/activities that had to do with phone number

25    portability, telephone, cell phone number portability.

1    My understanding is the U.S. government -- my

2  recollection is that the U.S. government was contemplating

3  giving that contract to a foreign company; and that Neustar

4  was -- wanted to raise with the Bureau national security

5  concerns about that, about having a foreign company running

6  part of the U.S. telecommunications system, and so they came

7  to meet with us.

8    This was also -- they clearly had a business

9  interest in this, because this was a contract -- that I

10  understood and I recall, to the best of my ability -- that

11  they had at that point in time.

12    So in other words, they were losing the business

13  and it was going to a foreign company, and they wanted to

14  have the FBI intercede on their behalf with other parts of

15  the U.S. government to have this decision reversed,

16  basically.

17    **Q.**   And in that context, did Mr. Sussmann disclose to

18  you that he was coming to you on behalf of a specific

19  client?

20    **A.**   Yes.

21    **Q.**   And were you aware, in that context, specifically

22  that Mr. Joffe was part of that effort?

23    **A.**   To the best of my recollection.  We met with a

24  number of officials from Neustar and, to the best of my

25  recollection, he was there.

1  **Q.**   And was it your understanding or impression that

2  there was significant business or money on the line in that

3  -- in connection with that?

4  **A.**   Yes, yes.

5  **Q.**   And what gave you that impression?

6  **A.**   I think it was from what they said in the meetings

7  and also some separate briefings that I received on the

8  matter from my lawyers and other officials at the FBI, I

9  think.

10  **Q.**   And how aggressively or unaggressively were

11  Mr. Sussmann and his client pressing this issue?  Was it a

12  passing thing or --

13  **A.**   No, they were quite concerned about it.  They came

14  in and had at least one meeting with us.  And I wouldn't say

15  they were aggressive in the meeting or doing anything

16  improper or anything of that nature.  They were raising

17  serious concerns that we took seriously and evaluated.

18  **Q.**   At all times did you know who Mr. Sussmann was

19  there for?

20  **A.**   Yes, absolutely.  He was representing Neustar.

21  **Q.**   Mr. Baker, we talked earlier about instances in

22  which you may have been questioned or interviewed about

23  leaks of classified information.  And you mentioned one

24  particular such investigation that was going on around the

25  time you left the FBI?

1  **A.** Yes.

2  **Q.** And who was the -- if you recall, who was the

3 prosecutor on that?

4  **A.** Mr. John Durham.

5  **Q.** Okay.  And what was the ultimate outcome of that

6 investigation in terms of whether any charges or allegations

7 of wrongdoing were brought?

8  **A.** The investigation was eventually closed with no

9 further action, no charges being brought, no other action

10 being taken.

11  **Q.** Now, when the special counsel's investigation --

12 when this investigation began, did there come a time when

13 you were interviewed in connection with the investigation?

14  **A.** Yes.

15  **Q.** And, in fact, did there come multiple times?

16  **A.** Yes.

17  **Q.** And at that time, were you -- did you at least

18 initially have some -- so you obviously recognize Mr. Durham

19 as having -- from your prior interactions in the prior case?

20  **A.** Yes.

21  **Q.** In your interactions with the team on this case,

22 did you in any way change, differ, shade what you told the

23 team as a result of the prior investigation?

24  **A.** No.

25  **Q.** And why is that?

1    **A.**    Because my obligation is to tell you the truth,

2    first of all.  And, secondly, to the best of my

3    recollection, before you all started asking me questions

4    about this and related matters, matters relating to the

5    FBI's investigation of the Russia investigation, at that

6    point in time it was my understanding that both Mr. Durham

7    had closed the case with a recommendation for no further

8    action; and that, eventually and finally, the Department of

9    Justice, after many months, finally had decided to close the

10   case.

11          It had to go to the U.S. Attorney for the District

12   of Columbia, the Assistant Attorney General for National

13   Security, and the Deputy Attorney General.  But, finally,

14   the Deputy Attorney General signed off on it and the matter

15   was closed, as far as I understood.

16   **Q.**    Have you in any way tailored your telling of

17   events here, in this investigation or anywhere, towards what

18   you think people want you to say?

19   **A.**    No.

20   **Q.**    Let's return to the text exchange, Government's

21   Exhibit 1500, that you maintained with Mr. Sussmann.  Is it

22   fair to say you continued contact with Mr. Sussmann for a

23   while after you left the Bureau?

24   **A.**    Yes.

25          **MR. DeFILIPPIS:**  So if we could go to the text

1    message dated January 22nd of 2019.

2    **BY MR. DeFILIPPIS:**

3        **Q.**   Mr. Baker, at 9:05 a.m. on January 22nd,

4    Mr. Sussmann writes to you:  "Jim, we were contacted by Fox

5    saying they were running a news story and asked for

6    comments.  My firm gave them the same one from before.

7    Anyway, I'm passing this along because I wouldn't have seen

8    it if no one told me.  Nothing important and just FYI.  Can

9    we speak afternoon on unrelated topic?"

10           Mr. Baker how did you take this text message?

11   What was your reaction?

12       **A.**   It was a friendly heads up by Michael about this

13   article.

14       **Q.**   And do you have any recollection, sitting here

15   today, of what it is that you talked about?

16       **A.**   The reference to may we -- "can we speak in

17   afternoon on an unrelated topic?"

18       **Q.**   Right.

19       **A.**   In 2019, no, I don't really recall what that was

20   about sitting here today.

21       **Q.**   Okay.

22           **MR. DeFILIPPIS:**  So if we go to the next page.

23   **BY MR. DeFILIPPIS:**

24       **Q.**   Looks like you wrote back:  "Thanks.  Can we talk

25   after 3:30 p.m.?" and Mr. Sussmann says, "sure."

1     Again, no recollection of what that would have

2  been?

3     **A.**   No.

4     **Q.**   And then on January 22nd of 2019, the same date,

5  at 11:47 a.m., Mr. Sussmann sends you what appears to be a

6  screenshot of a Tweet by the former President.  How did you

7  take that?

8     **A.**   Again, a friendly heads up.  I'm quite confident I

9  had already seen this Tweet by this point in time but, yeah.

10    **Q.**   Is that because it refers to you?

11    **A.**   It refers to me and Michael, yes.  The same Tweet

12  from the former president.

13    **Q.**   Okay.  Moving along to the next page, which is a

14  January 22nd, 2019 message.

15    **A.**   Yes.

16    **Q.**   So the first message there at 4:07 p.m., there is

17  an article, the headline appears to be "Baker Testimony

18  Reveals Perkins Coie Lawyer Provided Information on

19  Alfa-Bank".

20    **A.**   Uh-huh.

21    **Q.**   Is this what you referred to earlier that when you

22  testified word got out to the public?

23    **A.**   Somehow word got out to the public in a variety of

24  different ways, and it kept getting repeated and repeated

25  and repeated over time up till this day about this and,

1    yeah.  Again, me being criticized for even having had the

2    meeting with Michael made me somehow part of a coupe plot or

3    something.

4        **Q.**   At any time, till this date, January 22nd of 2019,

5    did Mr. Sussmann ever call you or text you and say, Oh, by

6    the way, I was there for a client or anything --

7        **A.**   No.

8        **Q.**   -- in that regard?

9        **A.**   No.

10       **Q.**   Did anything make you think, you know, sort of

11   looking back or even bring your mind to the issue of the

12   fact, whether he might have done it for a client?

13       **A.**   Um...

14       **Q.**   Other than your congressional testimony?

15       **A.**   Well, I was asked about it there.  And, obviously,

16   as we talked about it earlier, I was asked about it with the

17   I.G.  But I didn't spend a lot of time thinking about that

18   aspect of things, no.

19       **Q.**   Now, at 8:11 a.m. on June 10th of 2019 -- so this

20   is several months later, right, about five months --

21       **A.**   Uh-huh.

22       **Q.**   -- Mr. Sussmann writes "Hi, Jim.  Heard you saw

23   Rodney yesterday.  I'm in town the rest of June and would

24   enjoy getting together.  Would you like to meet for lunch or

25   dinner one of these days?  If so, let me know what's best,

1    Michael."

2              The reference to Rodney there, any recollection of

3    who that is?

4        A.   I believe it was a reference to Rodney Joffe.  I

5    believe I ran into Rodney on the margins of some type of

6    event or conference or something in D.C. when I -- this was

7    the time period when I was working at the think tank.  Part

8    of my job -- at R Street.

9              Part of my job at a think tank is to go to

10   conferences.  I went to conferences.  I met people, and I

11   think I spoke briefly to him, to the best of my recollection

12   sitting here today.

13       Q.   And if that's the case, if you spoke to Mr. Joffe,

14   when you spoke to him, did you connect him in any way to the

15   September 19th, 2016 meeting with Mr. Sussmann?

16       A.   No.

17       Q.   And do you remember much, or if anything, about

18   that interaction with Mr. Joffe or was it a fleeting sort of

19   thing?

20       A.   It was a very brief hello-how-are-you exchange of

21   pleasantries.  I don't think we talked about anything

22   substantive.

23            MR. DeFILIPPIS:  All right.  If we could move on

24   to the next page.

25

1    BY MR. DeFILIPPIS:

2       Q.   Mr. Baker, there are a series of texts on this

3    page.  It looks like you make arrangements to meet; is that

4    correct?

5       A.   Yeah, we went back and forth trying to figure out

6    a time to have lunch.

7       Q.   All right.  So on the next page, it looks like you

8    are firming up plans?

9       A.   On the page I'm looking at, June 20, 2019 is in

10   the middle.  Yeah, so we are just trying to establish a date

11   and a time and a location.

12          MR. DeFILIPPIS:  All right.  Next page.

13   BY MR. DeFILIPPIS:

14      Q.   And on this page, Mr. Baker, we see texts about a

15   reservation time of 12:30.  And then finally,

16   Mr. Sussmann -- towards the bottom -- says, "be there in 2

17   minutes".

18      A.   Yes.

19      Q.   Now in July of 2019, do you remember where you

20   were working?  Was that --

21      A.   Excuse me.  I don't see the two minutes thing now

22   that I am looking at it.

23      Q.   Oh, I'm sorry.  We may be -- sorry about that.  So

24   when you say, "Proper 21.  See you there at 12:30".

25      A.   Right.

1      **MR. BERKOWITZ:**  If we then go to the next page.

2  **BY MR. DeFILIPPIS:**

3      **Q.**   Further discussion of this meeting?

4      **A.**   Of the lunch meeting?

5      **Q.**   Yes.

6      **A.**   Yes, there is just exchange back and forth about

7  the lunch meeting, yeah.

8      **Q.**   Okay.

9      **A.**   Then it says, "be there in 10 minutes, yes.

10     **Q.**   Yeah.

11     **A.**   I see now, yes.

12     **Q.**   My apologies.  I am getting ahead.

13        So did you, in fact, meet up with Mr. Sussmann in

14  July of 2019?

15     **A.**   Yes, we did.  We went to that place.  He didn't

16  like it, and so we went to a different place.  He quickly

17  found a reservation or he quickly got a table somewhere

18  else, and we went somewhere else for lunch but, yes, we had

19  lunch.

20     **Q.**   And during that lunch, any mention of your

21  September 19th, 2016 meeting, as far as you can recall?

22     **A.**   I think we probably talked about the Alfa-Bank in

23  general, the articles that continued to come out.  I think

24  he may have said something about somebody else working on

25  another article about the matter.  But we didn't -- I don't

1   think we specifically talked about the meeting on September

2   19th of 2016.

3       **Q.**   And during those discussions, any acknowledgment

4   or mention by Mr. Sussmann that he had been doing it for a

5   client?

6       **A.**   The meeting with me on September 19th, 2016?

7       **Q.**   Yes?

8       **A.**   No.

9       **Q.**   Any discussion or mention of whether he was doing

10   it for the Clinton campaign or the DNC?

11       **A.**   Not that I recall, no.

12       **Q.**   Any mention of whether he had done it for

13   Mr. Joffe or Neustar?

14       **A.**   No.

15       **MR. DeFILIPPIS:**   Then, finally, if we could go to

16   the next page.

17   **BY MR. DeFILIPPIS:**

18       **Q.**   If we look at the May 5th, 2020 text message at

19   10:28 p.m., do you mind just reading that text message from

20   Mr. Sussmann?

21       **A.**   From Michael.  "Jim, I just heard the good news.

22   Congratulations to you and especially to Twitter for getting

23   you on their team.  I've been working with them for 10 years

24   and I love the company, great issues and lots of fun

25   challenges for you and some really good people."

1    I'm sorry.  I beg your pardon.  Should I start

2    over?  I'll start with this:  "Great issues and lots of fun

3    challenges for you and some really good people.  Angela and

4    Abby on the top of that list.  Let me know if you'd like to

5    catch up sometime.  Really happy for you, Michael."

6    **Q.**   And then how do you respond?

7    **A.**   "Thanks Michael.  I look forward to working with

8    you!  If you don't mind, please keep it under your hat until

9    Friday.  I haven't told my current employer yet!  Thanks.  I

10   hope all is well with you and your family.  Take care."

11   **Q.**   All right.  And then, Mr. Baker, the final page of

12   this series of exchanges with Mr. Sussmann.

13   **A.**   Okay.  Yeah.  He starts -- from Michael it says

14   "Absolutely -- I understand it's not public.  Same to you

15   and your family."

16   Do you want me to keep going?

17   **Q.**   Sure.  Just finish it out.

18   **A.**   Okay.  Then he sends me another text that says,

19   "Jim, last Monday I sent a detailed Twitter org chart to you

20   at Jimbaker123@yahoo, and tonight I sent an updated version.

21   Is that an old or current email for you and should I send it

22   elsewhere else?  Good luck tomorrow."

23   **Q.**   Okay.  And then finally?

24   **A.**   Oh sorry, and I respond, "Hey, I'm so sorry.  I

25   had a rough week last week and I'm still digging out.

1    Thanks for thinking of me.  I appreciate it.  Let's talk

2    soon.  Best, Jim."

3        Q.   All right.  So what was going on here, generally

4    speaking?

5        A.   He was congratulating me for getting my job at

6    Twitter.

7        Q.   And what, if any, connection did Mr. Sussmann have

8    to Twitter?

9        A.   He -- it's a matter of public record that he had

10   represented Twitter on various matters.  And Perkins Coie --

11   and Perkins Coie continues to represent Twitter on various

12   matters that are under my supervision.

13       Q.   Mr. Baker, I want to go back to your September

14   19th, 2016 meeting with Mr. Sussmann and ask you, if you

15   knew that Mr. Sussmann were at that meeting for a client,

16   would that have mattered to you?

17       A.   Yes.

18       Q.   Why?

19       A.   Well, it -- multiple -- I think there's multiple

20   dimensions to this.  So one would be, with respect to the

21   logistics of the meeting, like was I going -- would I meet

22   with Michael alone?  Would I meet with him with somebody

23   else?  Would I not meet with him at all, depending on who

24   the client was?

25            It would make me think about the -- how I would

1    assess the reliability of the information that he was

2    conveying, depending -- the identity of the client might

3    impact my assessment of that.

4         It might impact how I thought about whether and

5    how we should prioritize the work on the information that he

6    gave us.  It would cause me to think deeply about that.  And

7    then it would also, I think, make me think about the extent

8    to which I needed to have my team of lawyers conduct a legal

9    review of the material that was being presented to us.

10        In other words, I was willing to meet with Michael

11   alone because I had high confidence in him and trust.  And

12   that might have -- I think I would have made a different

13   decision and a different assessment if he had said that he

14   was appearing on behalf of a client.

15   **Q.**   So let's break that down a little bit, Mr. Baker.

16   If Mr. Sussmann had texted you and said he wanted to come

17   meet you for some work he was doing on behalf of the Clinton

18   campaign, would you have taken the meeting?

19   **A.**   I don't think I would have.

20   **Q.**   Why?  Well, because the Clinton campaign -- well,

21   former Secretary of State Clinton had been under

22   investigation by the FBI with respect to her emails for a

23   long period of time.  And by that point in time, in

24   September, we had not technically closed the investigation,

25   but we had completed our work as we had announced publicly,

1   Director Comey announced publicly.

2            But there was still a team of agents that were

3   working on the matter.  The matter, to my recollection, was

4   still open and, as everybody knows, we eventually did reopen

5   the case.  So I think I would have said, I think you need to

6   meet with -- first of all, you shouldn't meet with me.  You

7   should -- if you have information you want to bring us, you

8   should meet with the case agents associated with the Hillary

9   Clinton email investigation, referred to as Midyear Exam.

10  So I think you should meet with the Midyear-Exam folks.  If

11  you're meeting on behalf of Clinton, I don't think you

12  should come to see me.

13       Q.   If you had learned or known that Mr. Sussmann was

14  coming in for a client with business interests, would you

15  have taken the meeting?

16       A.   I might have taken the meeting -- first of all, I

17  would have wanted to know what he -- who are you talking

18  about?  What does that mean?  I would have wanted to know

19  more about that.  And then, depending upon the nature of

20  that, I might have decided not to have the meeting at all or

21  I think I would have decided to have others in the meeting

22  with me, depending upon what part of the Office of General

23  Counsel, for example, might be working in the area related

24  to the company in particular.

25            If I could just back up on both of these.  Had

1     there been any reference to, We're coming in and talking to

2     you about a thing related to Russia, and if he said Russia

3     and Trump, then I certainly would have referred this to what

4     we called the Crossfire Hurricane team.

5            Crossfire Hurricane was the code name for the

6     FBI's investigation of the Trump/Russia matter.  So if I had

7     known anything of that, I would have said, No.  Wait.  You

8     need to meet with the Crossfire Hurricane team and not with

9     me.

10    **Q.**  And would it have mattered to you if you learned

11    that he was coming in -- would it have mattered to you to

12    learn that he was coming in on behalf of Rodney Joffe?

13    **A.**  Same answer, I think, as a moment ago.  By that

14    point in time -- well, if I had understood Mr. Joffe's

15    connection to Neustar, and if Mr. Joffe was coming in

16    related to Neustar, then I would have wanted to have a team

17    of my attorneys with me to make sure that we understood

18    exactly what's being presented to us, because that would

19    have changed -- with all of these scenarios, it would have

20    changed my assessment of the logistics of the meeting and

21    then how I was thinking about who was bringing this

22    information to me.

23    **Q.**  How common or uncommon is it for the general

24    counsel to receive evidence directly?  Is that something you

25    did often?

1    A.    That's not common, no.  As I mentioned earlier,

2    no.

3    Q.    When you said you might have had others join you

4    in the meeting, would it have been just lawyers or might

5    have you included non-lawyers as well?

6    A.    I might have included agents.  I mean -- again, if

7    he was coming in on behalf of a client, I think initially I

8    would have asked more questions about -- What is this all

9    about?  What's going on?  Why do you want to meet with me?

10   Who else should I bring with me?  Should I bring agents?

11   Should I bring other lawyers?  Like -- just, What is the

12   nature and scope of what it is you're talking about?

13   Q.    And when you testified that you might, I think,

14   conduct a legal review or examine legal issues, what sorts

15   of legal issues did you have in mind?

16   A.    What is this information that you're bringing me?

17   So I'm not sure that we would have done that before the

18   meeting, but at some point in time, depending upon who this

19   client was, like, there might be a whole range of legal

20   issues associated with this type of data.  And by "this type

21   of data," I mean communications-related data.

22         That kind of data is protected under a variety --

23   excuse me -- under a variety of laws in the United States

24   that, in some cases, make it a crime to engage in that type

25   of activity.  And I would have wanted to make sure that my

1    lawyers had a chance to think through that data.  Where did

2    it come from?  Under what authority was it obtained?  Is it

3    lawful for the FBI to receive this information?

4            And I think we would have done a whole legal

5    analysis of that before we would have let that information

6    come into the FBI's files, to have our investigators

7    potentially contaminated with information that might be

8    problematic in some way.  I would have raised a lot of

9    questions.

10           Look, lawyers are slow sometimes.  Right?  So that

11   takes time.  So the lawyers would have delayed the matter, I

12   think.

13      **Q.**   And, Mr. Baker, is it fair to say, though, that in

14   this case, you had no affirmative evidence or indication

15   that the data you were presented was illegally obtained or

16   anything?  You're just saying a legal issue you might think

17   about?

18      **A.**   No, my understanding -- yes -- well, let me say

19   this.  The way I thought about it was Michael was bringing

20   me this information that came from cyber experts.  So I

21   assumed, perhaps incorrectly, but I assumed at the time that

22   Michael thought it was lawful to give this to me and that

23   these cyber researchers, whoever they were, just accessed

24   this as part of what anybody could access on the internet.

25           And so therefore I really didn't have cause to

1   think that there would be substantial legal issues

2   associated with that.  You know, I am an expert on

3   surveillance law.  So I am always looking out for these

4   kinds of questions.  So, yeah, I presumed that it was

5   information that was lawfully obtained that didn't have all

6   these various legal issues associated with it.

7   **Q.**   Mr. Baker, we've talked before about the concept

8   of a formal confidential human source of the FBI?

9   **A.**   Yes.

10   **Q.**   If you were to learn or think that the person who

11   was either bringing you the information or the person they

12   were acting on behalf of was an active confidential human

13   source, would that matter in this calculus?

14   **A.**   Very much so.

15   **Q.**   Why is that?

16   **A.**   Well, because the -- the way it works is, if you

17   have a confidential human source, typically speaking, that

18   source will have what we refer to as a handler.  So an

19   agent, sometimes multiple agents, but usually an agent, an

20   FBI agent.  And that agent will have a relationship with

21   that source that is long-term in nature.

22          So it's that person's job, that handling agent, to

23   deal with the confidential human source.  And we do this in

24   part to make sure the source is being dealt with properly,

25   that we are following the rules and so on.  But also to make

1    sure that the source is protected and secure from

2    disclosure.

3            And so issues related to a CHS, confidential human

4    source, are ones that should be, in my view, dealt with by

5    the handler, the field office, that is where the handler

6    works or the headquarters component.  And I also don't

7    really want to know, if I don't have to know, the identity

8    of a confidential human source.

9            For the same reason, I don't want to be

10   responsible for that person's security, unless I absolutely

11   have to be.  I think I would have referred all of that to

12   the handler and the field office and let them deal with it,

13   and then have the information come up through that chain to

14   me and others at the FBI, if that's what was necessary.  All

15   of which, again, takes more time.

16       **Q.**   Mr. Baker, to what extent, if at all, would a

17   political affiliation or motivation affect the FBI's

18   analysis or investigation of this information?

19       **A.**   Well, as I said in the excerpt of the testimony

20   that we read, if anybody of any stripe comes to the FBI and

21   needs help or sees a threat to the country or sees crime

22   being committed, then we're going to take that information

23   and we're going to deal with it.

24            But at the same time, when you're receiving

25   information -- let me be more specific.  When the FBI is

1   receiving information, of course we look at the identity of

2   the source of the information and make an assessment of the

3   reliability or credibility of that person.

4           And so in this case, for example, if the opponent

5   in the presidential election of Donald Trump brought us

6   information related to Donald Trump, we would have looked at

7   that very, very carefully.

8           It's not to say we wouldn't have done anything,

9   but we would have looked at it differently.  We would have,

10  I think, taken more time with it.  We would have subjected

11  it to additional scrutiny.  Yeah.

12          We just -- it would have raised very serious

13  questions, certainly in my mind, about the credibility of

14  the information -- the credibility of the source, the

15  veracity of the information and heightened -- heightened in

16  my mind a substantial concern about whether we were going to

17  be played or pulled into the politics of this.

18          It also would have raised -- I mean, the whole

19  thing that we talked about earlier about the press, that

20  would have alarmed me considerably if I had known this was a

21  political candidate because, as I said earlier, we were

22  aware of and wary of being played, basically, and having the

23  fact of our investigation be "the thing" that enables the

24  press to report on something that is otherwise flawed or

25  incomplete or insufficient.  Right?

1       That the press -- in my estimation, the press

2   doesn't want to report something that's -- I'll use the term

3   "a nothing burger".  Right?  They don't want to report about

4   that.  But they might report about, as I said earlier, that

5   the FBI is investigating the "nothing burger".  And so I

6   would have been very wary about us being sucked into that

7   type of an effort with respect to a variety of the different

8   scenarios that you were talking about there.

9       **Q.**   Mr. Baker, are you familiar with the three-tiered

10  investigation, framework of an assessment, a preliminary

11  investigation and a full investigation?

12      **A.**   Yes.

13      **Q.**   To what extent, if at all, would these factors

14  we've been discussing, the identity of a client or the

15  existence of a client, affect any decisions made as to which

16  route to pursue there?

17      **A.**   What you describe -- basically, those are terms

18  that come from the Attorney General Guidelines, which are

19  the guidelines promulgated by the attorney general that

20  tells the FBI what you can and can't -- they tell the FBI

21  what you can and cannot investigate and how.  Like what

22  tools you can use depending upon the amount of factual

23  information, factual predication that you have.  So we have

24  non-predicated investigations, like an assessment, or

25  predicated investigations, like a preliminary investigation

1     or a full investigation.

2          So in order to use more of your tools, you have to

3     have more facts, and facts that are reliable, credible, that

4     provide you with a -- for a full investigation -- an

5     articulable, factual basis that reasonably indicates that

6     there's a crime involved, federal crime, or a national

7     security threat or a need to collect foreign intelligence

8     information.

9          So the greater the level of intrusion, the more

10    intrusive the tools are that you use, you need more facts to

11    justify that.  And the credibility of the information weighs

12    heavily into the Bureau's assessment of those facts.

13    **Q.**   Could things like whether somebody is coming in on

14    their own or for a client, or whether they are coming in for

15    a political or business interest, could those things affect

16    the specific decisions that have to be made under that

17    rubric?

18    **A.**   Yes.

19    **Q.**   And how?

20    **A.**   Well, it's the same thing.  Right?  Do we have --

21    for an assessment, you need a lawful purpose, meaning

22    investigating crime or investigating a national security

23    threat or trying to collect foreign intelligence.  You don't

24    necessarily have to have predication from someone else in

25    order to do that.  But for a predicated investigation,

1    again, a preliminary investigation or a full investigation,

2    you have to have some facts.

3           For a preliminary investigation, you only need

4    information or an allegation.  So that would be enough.

5    Something comes in, you just have information and you can

6    open a preliminary investigation.  But in order to use all

7    of the tools that the FBI has, all of the investigative

8    tools, you need to have a full investigation.

9           And for that, again, you need an articulable

10   factual basis that reasonably indicates that there is a

11   crime, a national security threat or you need to collect

12   foreign intelligence.  So that's the credibility of the

13   person or persons or whomever is giving it to you is highly

14   relevant to that inquiry.

15          Does that answer your question?  I'm sorry.

16      **Q.**   I think so.

17          So if something comes in for, as you said, the

18   political opponent of the subject of the allegations, would

19   that increase or decrease the likelihood that a full

20   investigation would be open or the same?

21      **A.**   It depends what the allegation is.  You know, if

22   it's a murder or something like that and there's a dead

23   body, okay, well, that's one type of assessment.  If there's

24   something like -- you know, if somebody is alleging

25   political corruption, that there had been a payoff.  Okay?

1        What's the information?  Do you have a videotape

2   of somebody exchanging money or something like that, or if

3   you are alleging something like this, some type of allegedly

4   nefarious cyber connection, the credibility is going to be

5   -- the credibility of the person providing the information

6   could be instrumental in assessing the reliability of the

7   information.

8        **Q.**   Mr. Baker, when Mr. Sussmann came in to you and

9   had the meeting in your office, did you suspect that he

10  might be working for a political client?

11       **A.**   No.

12       **Q.**   Why?

13       **A.**   Because he said he was coming there on his own to

14  help the Bureau and not on behalf of any political client --

15  not on behalf of any client.  So I knew Michael.  I trusted

16  Michael.  I believed Michael and went forward on that basis.

17       **Q.**   Thank you very much, Mr. Baker.

18              **CROSS-EXAMINATION OF JAMES BAKER**

19  **BY MR. BERKOWITZ:**

20       **Q.**   I know we've got a lot of ground to cover.  I ran

21  this morning, so I'm in good shape as well.  To get through

22  this, we're going to go as quickly as we can, but it's going

23  to take some time.

24       **A.**   I ran too, so I am all set.

25       **Q.**   All right.  Let's start eating.

1             We've never met before, have we, sir?

2        A.   That's correct.

3        Q.   And do you remember how many times you've either

4    met or been interviewed by the prosecution team?

5        A.   I do not remember.

6        Q.   If I told you it was over ten, would that surprise

7    you?

8        A.   No.

9        Q.   Okay.

10       A.   I don't know what the accurate number is so --

11       Q.   Well, let's test your memory a little bit.  Okay?

12       A.   Okay.

13       Q.   How many times in the last month have you met with

14   the prosecution team?

15       A.   In the last month, I think twice.

16       Q.   Okay.  That was May 6th.  Correct?

17       A.   I don't remember the exact dates, but I'll take

18   your word for it.

19       Q.   When was most recent?

20       A.   Two and a half weeks ago or so.

21       Q.   All right.  And you testified yesterday that this

22   gentleman over here, Mr. Sussmann, is your friend?

23       A.   Yes.

24       Q.   And you weren't here to do him any damage.  You

25   were just here to answer questions.  Right?

1     **A.**   I don't think I said the first part of it.  I

2   think I said I am here to answer the questions truthfully.

3     **Q.**   It's your investigation, you said.  I'm just here

4   to answer the questions.  Right?  It's Mr. DeFilippis'

5   investigation.  You're just here to answer the questions, is

6   what you said?

7     **A.**   I'm here to answer the questions.

8     **Q.**   Okay.  And you know that we, on behalf of

9   Mr. Sussmann, requested to meet with you, don't you, sir?

10    **A.**   I understand that -- I delegated all decisions,

11  with respect to meeting with you, to my attorney.

12    **Q.**   Okay.

13        **MR. BERKOWITZ:**  Let's put up DX-108 -- DX-808,

14  please.  I move this into evidence, Your Honor.

15        **MR. DeFILIPPIS:**  You have 809.

16        **MR. BERKOWITZ:**  809, thank you.

17        **MR. DeFILIPPIS:**  No objection.

18        **THE COURT:**  So moved.

19      (Defense Exhibit 809 was admitted.)

20  **BY MR. BERKOWITZ:**

21    **Q.**   Let me read this to you, sir:  April 20th of this

22  year, Mr. Baker, in care of Daniel Levin.  Is that your

23  lawyer?

24    **A.**   Yes.

25    **Q.**   Is he here in court today?

1    **A.**   No.

2    **Q.**   It says, "Dear Mr. Baker, we are counsel to

3    Michael Sussmann in the above-captioned matter.  We

4    understand you have met with the Special Counsel on multiple

5    occasions to discuss your recollection of the events at

6    issue in this case.  We would very much appreciate the same

7    courtesy and write to request a meeting with you at your

8    convenience.  We believe such a meeting would help

9    Mr. Sussmann as we continue to prepare his defense.  We

10   would be pleased to meet with you at any time and any

11   location that is best for you.  Sincerely, Sean Berkowitz."

12          Did your lawyer show you that letter, sir?

13   **A.**   No.

14   **Q.**   Are you aware of a request to meet with us?

15   **A.**   I delegated the decisions and the interactions

16   with respect to meeting with you to Dan and let him make

17   those decisions on my behalf.

18   **Q.**   Did you say, Hey, I'd like to meet with the

19   defense to give them an equal opportunity because Michael is

20   a friend?

21          **MR. DeFILIPPIS:**  Objection, Your Honor.  Calls for

22   speculation.

23          **THE COURT:**  Sustained.

24   BY MR. BERKOWITZ:

25   **Q.**   So you know what it's like to be under criminal

1    investigation.  Right?

2        **A.**   Yes.

3        **Q.**   You know what it's like to be under criminal

4    investigation by this man?

5        **A.**   Yes.

6        **Q.**   That's Mr. Durham?

7        **A.**   Yes.

8        **Q.**   In fact, sir, in March of 2017 Mr. Durham was

9    appointed by the Department of Justice to conduct a criminal

10   investigation of the unauthorized disclosure of classified

11   information to a reporter.  Correct?

12       **A.**   I don't remember exactly when he was appointed.

13   But that's roughly correct based on my recollection of the

14   timeframe.

15       **Q.**   And you were a subject of that investigation?

16       **A.**   I was never told that I was a subject.

17       **Q.**   Is it fair to say that your lawyer refused to let

18   you answer questions before Congress because you were under

19   investigation?

20       **A.**   He did object to certain questions -- certain

21   questions -- because I was under investigation.  That's

22   correct.

23       **Q.**   Under criminal investigation.  Right?

24       **A.**   It was a criminal investigation was my

25   understanding, yes.

1    **Q.**   And you refused to answer those questions on the

2    grounds that it might incriminate you?

3    **A.**   I refused to answer those questions on advice of

4    counsel, and it was a voluntary interview.  And so I could

5    refuse to answer any questions that I didn't want to answer.

6    **Q.**   And the investigation took place between 2017 and

7    2019.  Correct?

8    **A.**   Say that again.

9    **Q.**   The investigation took place between 2017 and

10   2019.  Correct?

11   **A.**   I think it was not closed until 2020 by the

12   Department.

13   **Q.**   And you testified that the subject matter of the

14   investigation -- without getting into classified information

15   -- was whether you had leaked information to -- classified

16   information to a reporter.  Correct?

17   **A.**   Whether I used the term, unauthorized disclosure

18   of information, yes.

19   **Q.**   If those allegations had been charged, that could

20   have ruined your career.  Right?

21   **A.**   My legal career?

22   **Q.**   It would have been a terrible thing.  Right?

23   **A.**   Being prosecuted for a crime would have been very

24   terrible, yes.

25   **Q.**   And, in fact, sir, in connection with that case,

1    you believed, you testified earlier, that you were

2    authorized by the Director to release that information.

3    Correct?

4        **A.**   Yes.

5        **Q.**   And there were at least two people who didn't have

6    the same recollection as you.  Correct?

7        **A.**   That isn't -- well, I'm going to be very careful

8    here what I say.  But two people who didn't recall that -- I

9    don't know what they remember.  I didn't speak to them

10   directly about it.  I take that back.  I did on one

11   occasion.  They didn't recall that the call that happened

12   with the reporter had either taken -- I think one witness

13   didn't remember it even took place and the other one didn't

14   remember me having been authorized to make that call.

15       **Q.**   So at least one of their recollections was

16   inconsistent with yours.  Right?

17       **A.**   Yes.  Yes.

18       **Q.**   Memories are a difficult thing, aren't they, sir?

19       **A.**   That's a difficult question to answer.  That

20   depends.

21       **Q.**   Well, even today, you testified to some things

22   that were different than what you've said in the past.

23   Correct?  Mr. DeFilippis took you through those items.

24       **A.**   The I.G. statement was certainly different from

25   what I've testified today and yesterday.

1    Q.   Saying that Mr. Sussmann had cyber security

2  clients is inconsistent.  Correct?

3    A.   It's inconsistent with what I have said today;

4  that's right.

5    Q.   So we are talking about events that are from

6  September of 2019 -- 2016.  Correct?

7    A.   2016.  Correct.

8    Q.   And although I wasn't a math major, we're well

9  over five years past that time.  Correct?

10    A.   Correct.

11    Q.   And we're going to do some exploring of memory and

12  kind of take you through -- because you've talked about this

13  on a number of occasions.  Correct?

14    A.   Yes.

15    Q.   With respect to being under investigation,

16  Mr. Baker, you were under investigation for that leak issue

17  relative to the Office of the Inspector General.  Correct?

18  There was an administrative investigation of you also with

19  the OIG.

20    A.   That's correct.

21    Q.   You testified there in December of 2021?

22    A.   I was interviewed there, yes.

23    Q.   Is that still open, sir?

24    A.   To my understanding it is closed.

25    Q.   And you, sir, were aware that Mr. Baker was -- I

1    mean, Mr. Durham was reappointed as special counsel,

2    correct, in or around 2019?

3         **A.**   For this matter?

4         **Q.**   Yes.

5         **A.**   Yes.

6         **Q.**   And when that happened, you were concerned, were

7    you not?

8         **A.**   Concerned about what?

9         **Q.**   That Mr. Durham might come and investigate you

10   more?

11        **A.**   I wasn't concerned about it.  I expected it.

12        **Q.**   All right.  You expected to be investigated

13   further by Mr. Durham.  Correct?

14        **A.**   Correct.

15        **Q.**   Let's take a look at JB-LW-04, which is a text.

16   Let's blow out this text from May 14th from you to Benjamin

17   Wittes.  And I want to --

18        **A.**   Can somebody blow it up?  I can't read it.

19        **Q.**   Yes, we will, sir.

20        **A.**   Thank you.

21        **Q.**   "It went well".  "It's about the love piece."

22        **A.**   I'm having a hard time reading this.  Is there a

23   way to blow it up?

24             **THE COURT:**  Hold on, sir.  We'll blow it up for

25   you.

1       **MR. BERKOWITZ:**  It's at Page 4 at the middle of

2  the page, Mr. Close.

3            **THE WITNESS:**  Thank you.

4  **BY MR. BERKOWITZ:**

5       **Q.**   Do you recognize that text?

6       **A.**   Okay.  I --

7            **MR. BERKOWITZ:**  Judge, I'd move this JB-LW-04 into

8  evidence as Defense Exhibit 810.

9            **MR. DeFILIPPIS:**  No objection, Your Honor.

10            **THE COURT:**  So moved.

11  **BY MR. BERKOWITZ:**

12       **Q.**   Who is Benjamin Wittes?

13       **A.**   He is the head of something called Lawfare.  He is

14  also senior fellow, I think it is, at The Brookings

15  Institution.  He's a friend of mine, former boss also.

16       **Q.**   This was May of 2019?

17       **A.**   I'm sorry.  I can't see it on the screen now.

18            Can you go down a little bit just so I can see the

19  date also?

20       **Q.**   Do you see the date?

21       **A.**   It's too small.  I'm sorry.  With my eyes, I can't

22  see it.

23            **MR. BERKOWITZ:**  The date, @@Mr. Something.

24            **THE WITNESS:**  There we go.  Okay.  Sorry.  May

25  14th, 2019.  Thank you.

1    BY MR. BERKOWITZ:

2        Q.    And you write:  "It went well.  It was about the

3    Love piece which was good.  CNN tonight was okay but didn't

4    cover that at all.  And now I get to be investigated for

5    another year or two by John Durham.  Lovely."  Correct?

6        A.    Right.

7        Q.    So you expected to be investigated further by

8    Mr. Durham.  Correct?

9        A.    Yes, I did.

10       Q.    The day after Mr. Durham was appointed, your

11   lawyer reached out to him to offer your cooperation.

12   Correct?

13       A.    I don't remember that.

14       Q.    Let's take a look at -- well, do you remember

15   going on CNN and saying that on -- you work for CNN as an

16   analyst.  Right?

17       A.    Correct.

18       Q.    Do you have media training, sir?

19       A.    A little bit, yes.

20       Q.    How to communicate?

21       A.    How to communicate on TV, yes.  It's a special

22   thing.

23       Q.    You said that you would cooperate in any way you

24   could with the Durham review team.  Correct?

25       A.    Yes.

1    **Q.**   And let's take a look, if we can, at JB-LW-06 at

2    1, which we'll mark for identification purposes as Defense

3    Exhibit 811.

4         **MR. BERKOWITZ:**  If you could blow out the Daniel

5    Levin portion.

6    **BY MR. BERKOWITZ:**

7         **Q.**   That's from Mr. Levin, that's your lawyer is at a

8    law firm of White & Case.  Correct?

9         **A.**   Yes, Mr. Levin, it's pronounced.  Yes, that's my

10   lawyer.

11        **MR. BERKOWITZ:**  Can I move this into evidence,

12   Your Honor?  I would move it into evidence as 810.

13        **THE COURT:**  Any objection?

14        **MR. DeFILIPPIS:**  No objection.

15        **THE COURT:**  So moved.

16        (Defense Exhibit 810 was admitted.)

17   **BY MR. BERKOWITZ:**

18        **Q.**   And it reads "Congratulations on your new

19   assignment.  Jim asked me to reach out and let you know that

20   he was available if you/your staff wish to interview him (he

21   just spoke to the IG today).  If so, please let me know."

22             That's what you told him to do.  Correct?

23        **A.**   Yes.

24        **Q.**   In fact, you were interviewed several times by

25   Mr. Durham and his team.  Correct?

1    **A.**   Correct.

2    **Q.**   And we'll get into that.  Now let's try and --

3          **MR. BERKOWITZ:**  You can take that down.

4    BY MR. BERKOWITZ:

5    **Q.**   -- to put into perspective, I believe you

6    testified, about what was a 30-minute meeting that you had

7    with Mr. Sussmann on September 19th of 2016?

8    **A.**   Approximately, yes.

9    **Q.**   Testified for about four -- over four hours about

10   that meeting and other things?

11   **A.**   Today?

12   **Q.**   Yes.

13   **A.**   Today, yes, I think that's right, yeah.

14   **Q.**   And you're a lawyer.  Correct?

15   **A.**   Yes, sir.

16   **Q.**   You were the general counsel at the FBI.  Correct?

17   **A.**   Yes, sir.

18   **Q.**   You were not an agent?

19   **A.**   Correct.

20   **Q.**   Not a Special Agent?

21   **A.**   Correct.

22   **Q.**   You weren't an investigator.  Correct?

23   **A.**   Correct.

24   **Q.**   It was not part of your job to manage

25   investigations.  Correct?

1    **A.**    That's not directly correct.  As I said earlier,

2    it was the job of the Office of General Counsel to conduct

3    oversight with respect to investigations but not to run

4    them.  That's right.

5    **Q.**    It wasn't part of your job to either manage or

6    conduct investigations.  That was left to others.  Right?

7    **A.**    Correct.

8    **Q.**    So in connection with this matter, if an

9    investigation was open, that would not be your day-to-day

10   responsibility.  Correct?

11   **A.**    That's correct.

12   **Q.**    It would be the responsibility of others.  Right?

13   **A.**    Correct.  Can I amend what I said just a second

14   ago?

15          Certain investigations require a lawyer to sign

16   off on them, and I have done that in the past.  So the

17   investigation could not proceed without a lawyer signing off

18   on it, and I have done that.

19   **Q.**    Okay.  Do you remember being asked in the grand

20   jury the following question and giving the following answer?

21          **MR. BERKOWITZ:**    Jim Baker 11 at 13, Line 16 to 24,

22   if we can put that up, page 13, Line 16 to 24.

23   **BY MR. BERKOWITZ:**

24   **Q.**    Were you asked this question and did you give this

25   answer?

1       **Q.**   Now in your role as general counsel of

2       the FBI, was it part of your job to manage or

3       conduct investigations or was that work that was

4       left to the others at the FBI?

5       **A.**   That was left to others at the FBI.

6       **Q.**   Were you asked that question and did you give that

7    answer?

8       **A.**   I believe so.  I haven't seen this transcript

9    before but, yes.

10      **Q.**   And you were under oath when you gave that answer.

11   Correct?

12      **A.**   Yes.

13      **Q.**   Okay.  And Mr. DeFilippis was doing the

14   questioning?

15      **A.**   I believe so, yes.

16      **Q.**   Okay.  Now, sir, you, in this case, have not done

17   any of the investigation in connection with the case.

18   Correct?

19      **A.**   Well, the reason I'm hesitating is because I was

20   the person who received the evidence in the first instance.

21      **Q.**   So let's talk about the extent of your role in

22   this situation.  We'll get into it in more detail.

23   Mr. Sussmann texted you on September 18th of 2016.  Correct?

24      **A.**   Correct.  Correct.

25      **Q.**   You take a meeting with him on September 19th of

1    2016?

2         **A.**    Correct.

3         **Q.**    You speak for, you testified today, 30 minutes?

4         **A.**    Correct.

5         **Q.**    You get some thumb drives and some papers.

6    Correct?

7         **A.**    Correct.

8         **Q.**    And you didn't review those.  Correct?

9         **A.**    I think I flipped through the papers quickly.

10        **Q.**    Did you review them at all substantively, sir?

11        **A.**    Not really, no.

12        **Q.**    Didn't evaluate them.  Correct?

13        **A.**    Correct.

14        **Q.**    In fact, you wanted to get rid of them as quickly

15   as possible.  Right?

16        **A.**    Correct.

17        **Q.**    You didn't want to have evidence, did you?

18        **A.**    That's correct.

19        **Q.**    And in fact, sir, the extent of your interaction

20   with him was short and cordial.  Right?

21        **A.**    Yes.

22        **Q.**    Okay.  You wanted to avoid becoming much of a

23   witness?

24        **A.**    Correct.

25        **Q.**    How did that work out for you?

1        **A.**   Not very well.

2        **Q.**   No.  He made some statements but you didn't want

3    to conduct either an interview or a deposition of him.

4    Correct?

5        **A.**   That's correct.

6        **Q.**   So --

7        **A.**   Excuse me.  Once I realized what the meeting was

8    about and that Michael was giving me information, that

9    changed my calculation about the interaction.  So I wanted

10   it to be over as quickly as possible and to get rid of this

11   material as quickly as possible.

12       **Q.**   Okay.  You took the information in.  You handed it

13   off to Mr. Priestap.  Correct?  Or somebody came and got it?

14       **A.**   Somebody came and got it; that's correct.

15       **Q.**   You didn't follow up on any of the follow-up

16   factual investigation.  Correct?

17       **A.**   I did not do the investigation; that's correct.

18       **Q.**   You called Mr. Sussmann back on the 21st to see if

19   he would give you the name of the reporter.  Correct?

20       **A.**   I can't remember the dates but, yes.

21       **Q.**   He then called you back and gave you the name of

22   the reporter?

23       **A.**   Yes.

24       **Q.**   After that, fair to say that you didn't talk with

25   Mr. Sussmann about the substance of the Alfa-Bank

1   allegations in 2016 or 2017.  Correct?

2        **A.**   I think that's right.  Yes.

3        **Q.**   A hundred percent sure?

4        **A.**   Pretty sure.

5        **Q.**   What's pretty sure?

6        **A.**   Meaning I -- you know, I've had multiple

7   conversations with Michael over a period of time, and I'm

8   thinking about the years that you just framed, and that was

9   when I was still at the FBI.  So I don't think that I had

10  other substantive conversations with Michael about the case

11  during that time period.

12       **Q.**   You didn't --

13       **A.**   About the Alfa-Bank allegations.

14       **Q.**   You didn't interview Mr. Sussmann?

15       **A.**   No, I did not.

16       **Q.**   You didn't issue any subpoenas or cause subpoenas

17  to be issued.  Correct?

18       **A.**   I did not, no.

19       **Q.**   Didn't ask to speak with the cyber experts.

20  Correct?

21       **A.**   That's correct.

22       **Q.**   And other than that, you talked to *The New York*

23  *Times*.  Correct?

24       **A.**   I did talk to *The New York Times* twice as I

25  described earlier.

1    **Q.**    And that wasn't to collect information.  Correct?

2    **A.**    That's correct.

3    **Q.**    So the extent of your involvement in this case was

4    taking the stuff in, talking to Mr. Priestap and handing the

5    materials off.  Correct?

6    **A.**    Well, then I had the interactions with *The New*

7    *York Times*, and I got briefings from Bill about what was

8    going on with the investigation, what the ultimate result

9    was.

10    **Q.**    You were in receive mode, but you didn't do

11    anything affirmatively?

12    **A.**    Other than this interaction with *The New York*

13    *Times*; that's correct.

14    **Q.**    And, sir, you have no personal knowledge of

15    whether Mr. Sussmann was acting on behalf of a client or not

16    acting on behalf of a client at that meeting?

17    **A.**    I have no personal knowledge about that.

18    **Q.**    So you're not here to testify about that.

19    Correct?

20    **A.**    Correct.

21    **Q.**    So now that we've cabined, if you will, where

22    we're at, which is that brief period of time, I want to take

23    you through how things have evolved at least in terms of

24    your recollection over the years.

25         First of all, you testified to this text message,

1    correct?

2         **A.**    Which text message?  There were a bunch of them.

3         **Q.**    Sure, the one on September 18th?

4         **A.**    Yes.

5         **Q.**    And that's a text message that you recovered in or

6    around March of this year.  Correct?

7         **A.**    Correct.

8         **Q.**    And Mr. DeFilippis said they asked you to get 3500

9    material, correct, that's one of the reasons that you looked

10   for it?

11        **A.**    Discovery material, yes exactly, discovery

12   material relevant to this case that we're in right now.

13        **Q.**    Did it ever occur to you, sir, in any of the

14   period of time, from when you were interviewed by Congress,

15   when you were interviewed by the I.G., when these people

16   interviewed you multiple times, to look at your phone and

17   look for any text messages?

18        **A.**    So I'm hesitating about the timeframe because

19   Michael was texting me, you know, about the Twitter job, for

20   example.  That was in 2020, and so that was when I think Mr.

21   Durham was conducting his investigation, this investigation

22   by then, based on what you said earlier.

23             So -- but I don't recall like scrolling -- as I

24   described earlier -- scrolling back up, it did not occur to

25   me.  For better or worse, it didn't occur to me.

1    Q.   And nobody from the government asked you to look

2    until March or February of this year.  Correct?

3    A.   To the best of my recollection; that's correct.

4    Q.   Okay.  Now, when Mr. Sussmann reached out to you,

5    he said that the matter was sensitive and time sensitive.

6    Correct?

7    A.   Yes.

8    Q.   And you trusted Mr. Sussmann, didn't you?

9    A.   Yes, I did.

10   Q.   Okay.  You knew him to be or you believed him to

11   be an ethical person.  Correct?

12   A.   Correct.

13   Q.   And you believed he wouldn't have brought you

14   information if you -- if he, himself, didn't believe it was

15   credible.  Correct?

16   A.   Correct.

17   Q.   And the fact that Michael was coming on his own

18   and not for a client didn't factor heavily in your decision

19   to meet with him.  Isn't that right, sir?

20   A.   I would say that it did factor into my decision to

21   meet with him, because he said he just wanted to help the

22   Bureau on something that was sensitive and time sensitive.

23   And so because Michael was a friend that I trusted

24   and had confidence in, I was more than willing to meet with

25   him if he thought he had something that he wanted to provide

1    to me that would help the Bureau.

2        **Q.**    The reason that you decided to meet with him were

3    that it was sensitive and time sensitive and you trusted

4    him.  Correct?

5        **A.**    Correct.

6        **Q.**    The fact that Mr. Sussmann stated specifically in

7    his message that he was acting on his own and not for a

8    client did not factor heavily into your decision to meet

9    with him.  Correct?

10       **A.**    I disagree with that.

11       **Q.**    All right.  Do you remember speaking with these

12   folks in March of this year -- by these folks to be, correct

13   for the record, the prosecution team, Mr. DeFilippis?

14       **A.**    In March of this year, I spoke to them, yes.

15       **Q.**    Okay.  And in March of this year, is it not true

16   that you told them you do not believe that the fact that

17   Sussmann stated specifically in his texts that he was acting

18   on his own and not for a client factored heavily into your

19   decision to meet with Michael Sussmann the very next day.

20   You told them that?

21       **A.**    Can you repeat the first part of that again?

22   Sorry.

23       **Q.**    "Baker does not believe that the fact that

24   Sussmann stated specifically in his text message that he was

25   acting on his own and not for a client factored heavily into

1    his decision to meet with Sussmann the very next day"?

2         **A.**    So, I'm sorry.  What's your question?

3         **Q.**    You told them that on March 4th of 2022.

4         **A.**    Sitting here today, I don't recall telling them

5    that.

6         **Q.**    Refresh your recollection to see the 302 of your

7    meeting, sir?

8         **A.**    Sure.  I haven't seen that 302 before.

9         **Q.**    All right.  And to orient the jury is when an

10   agent is present and take notes.  Correct?

11        **A.**    It's a report of an interview.

12        **Q.**    And when a witness is interviewed by the FBI, an

13   agent is there to take notes, if it's a fact witness, and

14   put it into a report.  Correct?

15        **A.**    Correct.

16        **Q.**    You didn't do that with Mr. Sussmann.  Right?

17        **A.**    Correct.

18        **Q.**    So let's take a look at JB-16 at 3, Paragraph 2.

19   And just for the witness, I'd ask you to read Paragraph 2 to

20   yourself, sir?

21        **A.**    Is that the one that's showing?

22        **Q.**    That's the one that's shown.  You can read the

23   whole paragraph, but I'm looking at the third line, the

24   third -- fourth and fifth lines.  Read that to yourself and

25   I ask you if it refreshes your recollection about what you

1    told the FBI that day?

2         **A.**   Sure.  Let me just read the whole paragraph, if

3    that's okay.

4         (Brief pause.)

5         Okay.  What's your question, sir?

6         **Q.**   Does it refresh your recollection that, on March

7    4th of 2022, you told the FBI and Mr. DeFilippis that you

8    didn't believe the fact that Mr. Sussmann stated

9    specifically in his text he was acting on his own and not

10   for a client factored heavily into your decision to meet

11   with Mr. Sussmann the next day?

12        **A.**   I don't recall making that statement sitting here

13   today.

14        **Q.**   And it's your testimony --

15             **MR. BERKOWITZ:**  You can take that down.

16   **BY MR. BERKOWITZ:**

17        **Q.**   It's your testimony that that's not accurate.

18   Correct?

19        **A.**   It's my testimony today that, as I think about it

20   today, that that's not accurate.

21        **Q.**   And you're aware --

22        **A.**   Can I ask you a question?  When was that 302?

23   What was the date?  What meeting or what interview was that

24   pertaining to?

25        **Q.**   There's a lot of different meetings and interviews

1048

1    here.  This one was a couple of months ago on March 4th of

2    2022 --

3         **A.**    Okay.

4         **Q.**    -- in connection with your trial preparation for

5    today.

6         **A.**    That was the date that I found the text, yes.

7         **Q.**    Okay.  Did that change your recollections at all

8    or --

9         **A.**    Well it's just it was a very -- it was a very

10   difficult day for me and it was a bit upsetting.

11        **Q.**    You didn't say, "I need some time.  Let's not

12   talk"?

13        **A.**    I agreed to talk to them but, yes.  I agreed to

14   talk to them because they wanted to know about -- I believe

15   that was the date that I found the material.  But I agreed

16   to talk to them because I -- yes, I felt stupid for not

17   having found that material before.  I did.  And there's

18   nothing else I can say about that.

19        **Q.**    And they told you, sir, did they not, that that

20   meeting was governed by 18 U.S.C. 1001.  Correct?

21        **A.**    I don't think they told me that, but I knew that.

22        **Q.**    Okay.  Well, sir, isn't it accurate that at the

23   beginning of every FBI interview that you participated in in

24   this case, you were told that the statements you made to

25   them were subject to 18 U.S.C. 1001.  Correct?

1    **A.**   I don't think that's correct.

2    **Q.**   Well, on this situation, sir, isn't that what they

3    told you on the 22nd?

4    **A.**   I don't recall.

5    **Q.**   But you understood --

6    **A.**   I know very well it's a crime to make a false

7    statement to the FBI if that's what you are getting at.

8    Whether they say it or not, I know it.

9    **Q.**   Okay.  Now, taking yourself back to September 18th

10   and 19th of 2016.

11   **A.**   Yes.

12   **Q.**   At that point, as we said, you believed

13   Mr. Sussmann to be ethical?

14   **A.**   Yes.

15   **Q.**   You believed him to be credible?

16   **A.**   Yes.

17   **Q.**   You believed him to be somebody who was honest.

18   Correct?

19   **A.**   Correct.

20   **Q.**   You'd had years of interactions with him.

21   Correct?

22   **A.**   Correct.

23   **Q.**   A couple months earlier, you and he had been

24   together on stage at an event where he interviewed you.

25   Correct?

1     **A.**   Correct.

2     **Q.**   And although you've been asked a number of

3     different questions, you are not here today to say what --

4     well, in any event, you are -- if Mr. Sussmann came to you

5     to give you a heads up about a *New York Times* article that

6     was going to come out with information about potential links

7     to Russia, you would have wanted him to do that.  Right?

8     **A.**   If that's what he had said initially you mean?

9     **Q.**   Yes.

10    **A.**   In the text, for example?

11    **Q.**   Yeah.

12    **A.**   Well I would have wanted him to come to the FBI.

13    Whether I would have met with him myself is another

14    question.  I don't think I would have under the fact

15    scenario you just laid out, because we were already

16    conducting an investigating of the Trump-Russia matter.  And

17    I would have wanted agents with me in that kind of

18    situation.

19    **Q.**   Okay.  You ordinarily would have met with

20    Mr. Sussmann on the basis of mutual trust and his claim of

21    the sensitivity of the issue.  Right?

22    **A.**   Yes.  Just based on that --

23    **Q.**   So let's turn to the meeting on September 19th of

24    20 -- 2016.  Okay?  And at that meeting --

25    **A.**   I'm sorry.  Could you repeat the date again?  I'm

1    sorry.

2         **Q.**   September 19th.

3         **A.**   September 19th, got it.

4         **Q.**   2016.

5         **A.**   Got it.

6         **Q.**   Today you've testified to a couple of things, and

7    I'm going to get a white board to help us plot it out if I

8    can.  I apologize my handwriting is not great.

9              **THE COURT:**  Ladies and gentlemen, particularly the

10   jurors in the gallery, can everyone see?

11             **JURORS:**  (Nodded head).

12   **BY MR. BERKOWITZ:**

13        **Q.**   Let's start with the elephant in the room.

14   Sitting here today, what is your testimony about what

15   Mr. Sussmann told you relative to clients?

16        **A.**   At the meeting in person on the 19th of September?

17        **Q.**   Yes.

18        **A.**   Okay.  My testimony is that he said that he was

19   not there on behalf of any particular client or words to

20   that effect.

21        **Q.**   Oh, now it's "words to that effect."  Okay.  Not

22   there on -- I'll tell you what I'm going to do --

23             **MR. DeFILIPPIS:**  Objection, Your Honor, we do have

24   a court reporter.

25             **THE COURT:**  Overruled.

1       **MR. BERKOWITZ:**  I understand.

2    BY MR. BERKOWITZ:

3       Q.   Again, I'm paraphrasing, "not there on behalf of

4    any particular client".  Correct?

5       A.   Yes, sir.

6       Q.   Is that what you're a hundred percent sure of?

7       A.   Yes, sir.

8       Q.   Okay.  Number two, did you know on the September

9    19th, 2016 meeting that Mr. Sussmann had been representing

10   Hillary For America's campaign and the DNC in connection

11   with the hack investigation.  Did you know that on September

12   19th when he met with you?

13      A.   Sitting here today, I think the answer is, yes, I

14   did know that by that point in time.

15      Q.   I've written down, "yes, DNC and HFA and hack".  I

16   want to be really clear.  You're not saying that he said

17   that in the meeting.  Correct?

18      A.   Correct.

19      Q.   And you're not saying he said he was there on

20   behalf of them?  You're just saying that in your mind you

21   knew that he had been acting as a lawyer for those two

22   entities in connection with the hack.  Correct?

23      A.   Correct.

24      Q.   Did you know that Perkins Coie at that meeting was

25   a law firm that represented HFA and the DNC?

1    **A.**   They must have because Michael worked for them, so

2    I guess the answer is yes.

3    **Q.**   Okay.

4    **A.**   But beyond the hack, I'm not sure that, at that

5    point in time, I had any knowledge that they represented --

6    that Perkins represented the DNC and HFA in any other

7    matters.

8    **Q.**   Okay.  The hack.  Right?

9    **A.**   I believe at the time that was what I understood.

10   **Q.**   How long was the meeting?

11   **A.**   Which meeting?

12   **Q.**   September 19th, 2016?

13   **A.**   About 30 minutes.

14   **Q.**   How sure are you of that?

15   **A.**   I'm going from the calendar entries and the

16   entries on that chain of custody document.

17   **Q.**   Okay.  Not from your memory?  You're looking at

18   documents?

19   **A.**   I remember it was a short meeting.  I would view a

20   30-minute meeting as a short meeting.  The documents are

21   consistent with my memory.

22   **Q.**   And he told you about cyber experts?

23   **A.**   Yes, sir.

24   **Q.**   And said that the cyber experts were the source of

25   the data and materials he was providing to you.  Correct?

1    **A.**    Yes.

2    **Q.**    And what did he say about a news organization?

3    **A.**    He said that a news organization had the same or

4    similar information and that they were preparing to publish

5    an article about it very soon.  And from the notes we looked

6    at, there was a reference to it being as soon as Friday of

7    that week, which this meeting took place on a Monday.  So it

8    was within five days.

9    **Q.**    Okay.  My handwriting is like a doctor's, but I'm

10   not one.  A news organization had the information.  Correct?

11   **A.**    Two things.  One, yes.  Two, I can't see below the

12   word below cyber experts.

13   **Q.**    Most people probably can't.  Okay.  After cyber

14   experts, I've got "news organization had information"?

15   **A.**    Yes.

16   **Q.**    Did he tell you it was *The New York Times* at that

17   meeting?

18   **A.**    No.

19   **Q.**    Okay.  And the last thing I want to ask you about,

20   at least for purposes of this, and I don't know that I will

21   be able to write it down but you will work with me on it is

22   did he identify to you any particular cyber experts at that

23   meeting?

24   **A.**    Who had worked on this material?

25   **Q.**    No.  Any names, Mr. Bellovin, Ms. [sic] Blaze?

1055

1      **A.**    Mr. Bellovin, I think it's pronounced, Mr.

2   Bellovin, Mr. Blaze and Ms. Landau.

3      **Q.**    Okay.

4      **A.**    Who were, as I understood it, not the cyber

5   experts who had generated this material.  But the cyber

6   experts were people of the caliber of those folks that I

7   just mentioned.

8      **Q.**    Okay.  Did he tell you at that meeting that

9   Mr. Bellovin, Blaze and Ms. Landau had vouched for the

10  information?

11     **A.**    I don't remember that.

12     **Q.**    So don't remember is a funny thing.  Right?  We

13  are looking back however many years.  Is that something you

14  would have recalled?

15     **A.**    I think so.

16     **Q.**    Okay.  So --

17     **A.**    Because I know Susan quite well.  So I think I

18  would have recalled that.

19     **Q.**    So is it your testimony here today that, on

20  September 19th, 2016, Mr. Sussmann told you that those

21  individuals, Bellovin, Blaze and Landau, had vouched for the

22  information he was providing you?

23     **A.**    I don't recall.  Sitting here today, I do not

24  recall him saying that those experts had vouched for this

25  material.

1   Q.   Are you saying it didn't happen?

2   A.   I'm saying, sitting here today that I do not

3   recall him saying that those folks, whose names I knew, had

4   vouched for this material.

5   Q.   And you knew Ms. Landau.  Correct?  You saw her at

6   some point after this meeting with Mr. Sussmann.  Correct?

7   A.   Yes.  I've seen Ms. Landau many times.

8   Q.   Didn't ask her about it?

9   A.   To the best of my recollection, sitting here

10  today, I don't think I've ever discussed this particular

11  matter with Susan that I can recall.

12  Q.   Now one of the reasons I'm having to write this

13  down is because you didn't take notes at the meeting.  So

14  let me ask you a question, did you take any notes at the

15  meeting, sir?

16  A.   Not to my recollection, no.

17  Q.   Pretty confident of that?

18  A.   I am very confident of that.

19  Q.   Hundred percent you didn't take notes.  Right?

20  A.   Yes.

21  Q.   And Mr. Sussmann, you don't recall him taking

22  notes, do you?

23  A.   I don't recall him taking notes?  I think he was

24  speaking most of the time.

25  Q.   You were in the headquarters of the FBI.  Right?

1     **A.**   Yes.

2     **Q.**   The big Hoover building that some of us walk by on

3   our way to Court?

4     **A.**   On Pennsylvania Avenue, yes.

5     **Q.**   It is littered with agents, is it not?

6     **A.**   There are many agents in that building, yes.

7     **Q.**   And if you had wanted to get an agent to come to

8   the meeting, you could have.  Correct?

9     **A.**   I could have probably called Bill Priestap, for

10   example, and if he was available, asked him to come to the

11   meeting; that's correct.

12     **Q.**   You were the General Counsel of the FBI.  If you

13   wanted an agent in a meeting, you could have gotten him or

14   her there.  Right?

15     **A.**   I think it's harder than you're saying, but I

16   probably, with some amount of delay, could have gotten an

17   agent up to the meeting if it was imperative.

18     **Q.**   And you testified on direct, sir, that you didn't

19   have an agent there, because you didn't know what

20   Mr. Sussmann wanted to talk about.  Right?

21     **A.**   Correct.

22     **Q.**   You thought, well, maybe he's bringing something

23   that implicates the FBI?

24     **A.**   Yes.

25     **Q.**   But once he showed up and told you what he had,

1    you didn't say, well, you know what, Michael, thanks very

2    much.  Let me get an agent, because I don't want to hold on

3    to this evidence and it might be helpful for them to talk to

4    you?  You didn't do that.  Right?

5    **A.**   I didn't do that.

6    **Q.**   You didn't even try?

7    **A.**   I didn't even try; that's correct.  In the middle

8    of the meeting, no, I did not try.

9    **Q.**   At the beginning of the meeting?

10    **A.**   At any part in the meeting.

11    **Q.**   Are you aware that nobody from the FBI ever

12    followed up to interview Mr. Sussmann?

13    **A.**   I am not aware of that.  Well, let me back up.  I

14    have heard that.  At the time we're talking about, in the

15    timeframe that we're talking about and prior to the time

16    when Bill Priestap informed me that the Bureau had concluded

17    that there was nothing to the case or to the allegations.  I

18    didn't hear about whether Michael had been interviewed at

19    all one way or the other.

20    **Q.**   It would be logical, would it not, sir, for them

21    to have interviewed him?

22    **A.**   It would have been logical, yes.

23    **Q.**   Are you aware, sir, that Mr. Sussmann's name was

24    not in the investigative file that was given to the case

25    agent that was investigating the case?

1     **A.**    I did not know that.

2     **Q.**    Would you find that unusual?

3     **A.**    The reason I'm hesitating is because, as I said

4     earlier, I thought of -- I myself thought of Michael as a

5     sensitive source at least or a confidential human source.

6     And so the extent to which particular individuals in the

7     investigation would or would not know his identity would not

8     be something that I would normally get involved with or --

9     yeah, that I would normally get involved with.

10    **Q.**    Well, now you're just speculating.  Right, sir?

11    You don't know that to be the case, do you?

12    **A.**    Know what to be the case?  Sorry.

13    **Q.**    That you would have held Mr. Sussmann's name back?

14    **A.**    I believe that I did hold his name back, at least

15    on that one occasion that we talked about earlier today.

16    **Q.**    Okay.  Well, we'll cover that as we kind of go

17    through, but let's mark that as another one.  You recall

18    sitting here today that Ms. Kelly asked you for the identity

19    of the source, and you wouldn't give it to her?

20    **A.**    Who is Ms. Kelly?

21    **Q.**    Jordan Kelly.

22    **A.**    Hmm.  And what is the --

23    **Q.**    So let's set it up.  This is another one that I

24    want to make sure everybody knows?

25    **A.**    Sure.

1       Q.   You testified or you're testifying now that, in

2   the meeting when you handed off the drives -- I'm sorry.

3   When you signed the custody, somebody asked you where you

4   got it?

5       A.   I don't -- the document we looked at earlier, the

6   chain of custody document, not on the top but the second

7   block where I signed, it says that I released it to SSA

8   Strzok.  So I interpret that to mean that I gave those

9   papers and the thumb drives that Michael gave me to Pete

10  Strzok.  And I -- yeah, so I will stop there.

11      Q.   So you just testified that you withheld the name

12  of Mr. Sussmann from somebody who asked around that time.

13  Correct?

14      A.   My recollection is that some -- that another

15  person brought -- sometime after I gave the information to

16  Pete, somebody else brought the chain of custody document to

17  me.  And I think that is the person that I did not disclose

18  Michael's identity to.

19      Q.   Do you remember if I told you it was Special

20  Agent Hellman and Jordan Kelly, would that ring a bell?

21      A.   No -- I mean, it does not.

22      Q.   There's been testimony in this case about somebody

23  presenting a form to you.  That's who asked for the identity

24  of the, where you got the information and you refused to

25  tell them.  Correct?

1    **A.**   I'll take your word for it.

2    **Q.**   No.  No.

3    **A.**   Well you said there had been testimony.

4    **Q.**   Your words are important.  Not mine.

5         So at the meeting --

6    **A.**   At the meeting.

7    **Q.**   -- where you signed the chain of custody form.  I

8    think that's Government's Exhibit 280 -- let's pull up 280

9    -- I just want to make sure we are clear on this, 282, thank

10   you.

11        **THE WITNESS:**  Yes, thank you.

12        **MR. BERKOWITZ:**  You can publish that to the jury.

13   It's in evidence.

14        (Whereupon, the exhibit was published.)

15   **BY MR. BERKOWITZ:**

16   **Q.**   This form, sir.

17   **A.**   Yes.

18   **Q.**   Somebody presented you this form in your presence.

19   Correct?

20   **A.**   At some point, yes.

21   **Q.**   It wasn't the 19th.  Correct?

22   **A.**   I don't know when it was.  It wasn't -- Pete

23   Strzok did not come with this form when he showed up to take

24   the materials.

25   **Q.**   Somebody brought you this form.  Correct?

1    **A.**   Correct.

2    **Q.**   The testimony sitting here today you don't

3  remember who it was?

4    **A.**   I don't specifically remember who it was.

5    **Q.**   You don't remember if it was one person or two or

6  three.  Right?

7    **A.**   I don't remember how many people showed up; that's

8  correct.

9    **Q.**   The first time you ever signed one of these forms.

10  Right?

11    **A.**   Yes, I think that's right.

12    **Q.**   And at that meeting or gathering of people when

13  they had you sign the form, somebody in that meeting asked

14  you, Hey, where did you get it from?  Right?

15    **A.**   I believe that to be the case.

16    **Q.**   What level of confidence do you have?

17    **A.**   Medium, I guess.  I don't know.

18    **Q.**   Did you or did you not or you just don't remember

19  withhold Mr. Sussmann's name from anybody at the FBI who

20  asked you where you got the information from?

21    **A.**   I don't remember specifically withholding it or,

22  like, making a big deal out of that.  What I think is that,

23  if I did that --

24    **Q.**   Stop.  You don't remember doing it?

25    **A.**   I remember people coming -- I remember someone

1    coming to bring me the form.  I remember signing it.  I

2    remember having some discussion with them.  I don't remember

3    some extended colloquy, you know, extended discussion about

4    the originating source of the information.

5        **Q.**    Okay.  My question -- I think it's simple but --

6    do you remember, one way or the other, whether you withheld

7    Mr. Sussmann's name from somebody at the FBI who asked you

8    to identify the source of the information?

9        **A.**    Sitting here today, right now, I have to say that

10   I don't specifically remember intentionally withholding that

11   information from FBI people who asked me, no.

12       **Q.**    All right.  So after that meeting -- well --

13           **THE COURT:**  Mr. Berkowitz, might this be a good

14   time to take our afternoon break?

15           **MR. BERKOWITZ:**  Sure, Judge.

16           **THE COURT:**  All right.  Why don't we take our

17   15-minute break, ladies and gentlemen.  No discussions about

18   the case.  No research about the case, and we will reconvene

19   at quarter until four.

20       (Jury exited the courtroom.)

21           **THE COURT:**  You can step down.

22           **DEPUTY CLERK:**  This court will now stand in

23   recess.  You may be dismissed.

24       (Recess taken.)

25           **MR. BERKOWITZ:**  Apparently, for the record, I

```
 1    didn't move in -- I moved in 810 twice, and I'd like to move
 2    in 811, Defense's Exhibit 811.
 3              MR. DeFILIPPIS:  No objection.
 4              THE COURT:  So moved.
 5         (Defense Exhibit 811 was admitted.)
 6              THE COURT:  We can bring the witness back in
 7    whenever you are ready.
 8         (Witness took the stand.)
 9              THE COURT:  Mr. Baker, feel free to take a seat
10    before the jury comes in.
11              THE WITNESS:  Thank you, sir.
12         (Jury entered the courtroom.)
13              THE COURT:  Welcome back, ladies and gentlemen.
14              Mr. Berkowitz, take us down the home stretch.
15              MR. BERKOWITZ:  I'll do my best, Judge, at least
16    for the day.
17    BY MR. BERKOWITZ:
18         Q.   At the beginning of the testimony, Mr. Baker,
19    before I showed you the letter we had sent your lawyer
20    requesting to meet with you, I said, you testified yesterday
21    you were not out to hurt Michael Sussmann.  Do you remember
22    that?
23         A.   Say that again, sir.
24              THE COURT:  Or you can move the mic, one way or
25    the other.
```

1    BY MR. BERKOWITZ:

2        Q.    When we started my cross-examination today, right

3    before I showed the letter where we requested to meet with,

4    I said, yesterday you testified that you were not out to

5    hurt Michael Sussmann.  And you said, you don't think you

6    said that.  Right?

7        A.    I don't understand your question, sir.  I'm sorry.

8        Q.    Sir, you testified yesterday that you weren't out

9    to get Michael?

10       A.    I wasn't out to get Michael, yes, sir.

11       Q.    Okay.  Now, taking us back to our time period,

12   we've left you getting the information from Mr. Sussmann on

13   the 19th, and you immediately or very close afterwards

14   called Mr. Priestap?

15       A.    Yes, sir.

16       Q.    And you had a conversation with him.  Correct?

17       A.    Yes, sir.

18       Q.    Now we've seen notes of the conversation.

19   Correct?

20       A.    Yes, sir.

21       Q.    Those refreshed your recollection.  Correct?

22       A.    Yes, sir.

23       Q.    So let's talk just briefly about where that

24   conversation took place.  What's your memory today of where

25   the conversation with Mr. Priestap took place?

1   A.   My memory today is that the conversation took

2   place on the phone.  Because when I looked at that custody

3   document, it said that I relinquished the material to Pete

4   Strock.  Focusing on that, I think that means that Pete came

5   and got the material from me.  If I had gone to see Bill in

6   person, I think I would have just left it with him and tried

7   to get rid of it as quickly as possible.  So that's how I am

8   thinking about it today.

9   Q.   Well these notes are an important part of your

10  testimony, so how high is your level of confidence as to

11  whether that conversation with Mr. Priestap was over the

12  phone or in person?

13  A.   Based on the chain of logic that I just explained

14  to you, I am highly confident that it was over the phone.

15  Q.   So you're recreating, if you will, what you

16  believe happened based on various data points.  Correct?

17  A.   My memory is of speaking to him on the phone, but

18  I'm not certain about that.  And so -- but looking at these

19  other pieces, especially the chain of custody document that

20  I just referenced, that makes me more confident that my

21  memory is correct that it was on the phone.

22  Q.   How long was the conversation with Mr. Priestap?

23  A.   I don't think it was a very long conversation.

24  Ten minutes, maybe, fifteen minutes, something like that.

25  Q.   And you didn't take notes of that conversation,

1   did you?

2       **A.**   No, I did not.

3       **Q.**   After your conversation with Mr. Priestap, he came

4   back to you and said that they'd like to get some

5   information back; is that correct?  We'd like to have you

6   reach out to Mr. Sussmann to ask him the name of the news

7   media organization.  Correct?

8       **A.**   Yes.

9       **Q.**   And he said, we need more time to evaluate the

10   data if there's a story coming out, essentially.  Correct?

11       **A.**   We need more time to evaluate the data because the

12   story will interfere with the investigation.

13       **Q.**   And you called Mr. Sussmann on September 21st.

14   Correct?

15       **A.**   I think from what we looked at earlier, that's

16   correct.

17       **Q.**   Let's take a look at Government's Exhibit 1400 at

18   Page 93, the second-to-last line, which is in evidence.  So

19   9/21?

20       **A.**   Uh-huh.

21       **Q.**   3:34 p.m.?

22       **A.**   Yes.

23       **Q.**   From your phone.  Correct?

24       **A.**   Yes.

25       **Q.**   That was the call that you made to Mr. Sussmann

1  two days after your meeting.  Correct?

2      **A.**   That looks right.

3      **Q.**   And the call lasted for 13 minutes.  Did it not?

4      **A.**   Yes.

5      **Q.**   Can you tell the jury what happened in that call?

6  What did he say to you and what did you say to him?

7      **A.**   To the best of my recollection, I asked him to

8  provide us with the identity of whatever news organization

9  it was that was planning to publish this article relatively

10 soon.

11     **Q.**   What else?

12     **A.**   I don't remember discussing other matters in

13 connection with that phone call.

14     **Q.**   What did he say to you?

15     **A.**   I believe he said he needed to check with somebody

16 -- he needed some time to -- let me back up.  He couldn't

17 answer my question on the phone; that he needed to have a

18 conversation with someone or a person or persons and that he

19 would get back to me.

20     **Q.**   Is that the extent --

21     **A.**   Very cordial call.  Very friendly call that was,

22 yeah.

23     **Q.**   Is that the extent of what you remember about the

24 13-minute call on September 21st, 2016?

25     **A.**   Sitting here today, yes, that's what I remember

1   about the call.  I am not remembering anything else about

2   that call at this moment.

3       **Q.**   Is it possible, sir, that in that call

4   Mr. Sussmann said to you, I need to check with my clients in

5   order -- to let you know whether I can give you the name of

6   the news organization?

7       **A.**   I don't remember him saying that.

8       **Q.**   One way or the other?

9       **A.**   I don't remember -- what do you mean one way or

10  the other?

11      **Q.**   When you say you don't remember him saying that,

12  sometimes you don't remember.  I don't remember whether he

13  did or he didn't or --

14      **A.**   I don't remember him saying anything about having

15  to check with clients.

16      **Q.**   What's your level of confidence on that one, sir?

17      **A.**   I think high.

18      **Q.**   How high?

19      **A.**   High.

20      **Q.**   You gave a percentage on the meeting on the 19th

21  so --

22      **A.**   Well, I wouldn't make it a hundred percent, yes;

23  that's correct.  It's below that.

24      **Q.**   Anything better than that?  I mean --

25      **A.**   Seventy-five percent to -- at least 75 percent.

1    **Q.**   So is it 25 percent chance that he mentioned

2    clients on that call?

3    **A.**   I don't think he mentioned clients on that call.

4    **Q.**   But you're not sure.  Are you?

5    **A.**   I'm very confident that, over the entire period of

6    time that we've been talking about, that he never said that

7    he had clients.

8    **Q.**   Sir, you're not sure whether he said he had to

9    check with his clients on that call?  That's all I'm asking.

10   **A.**   Well, I don't recall him ever saying that he had

11   clients in connection with that matter -- with that matter.

12   Therefore, I conclude that on this call he did not say it

13   either.  And of that I am very confident.

14   **Q.**   And that's some -- over a period of things that

15   happened a long time ago.  Right, Mr. Baker?

16   **A.**   It happened on September 21, 2016, five years ago

17   -- more than five years ago.  Sorry.

18   **Q.**   And you are arriving at the conclusion that he

19   must not have mentioned client on the call because you would

20   have remembered if he did?

21   **A.**   I recall that he never did.  Therefore, in this

22   call, I conclude he didn't do it either.

23   **Q.**   But you can't tell this jury, can you, what

24   happened for 13 minutes on that call.  Correct?  You've

25   essentially summarized a one-minute call.

1    **A.**   Yes.

2    **Q.**   Now --

3    **A.**   Excuse me.  But I believe that I had to explain to

4    him why we needed more time.  I'm sorry.  I believe I needed

5    to explain to him why we needed the identity of the reporter

6    so that we could get the extra time and so I -- I believe I

7    game him some amount of background with respect to that.

8    **Q.**   Do you know whether you did?

9    **A.**   Do I know whether I did?  No, I don't know whether

10   I did because I don't have a transcript of it nor do I have

11   notes.

12   **Q.**   And this afternoon's questioning after the break

13   has been going, it looks like, for less than 13 minutes.  So

14   13 minutes is a long time, isn't it, sir?

15   **A.**   Thirteen minutes is 13 minutes.

16   **Q.**   You then had another call with him the next day.

17   Correct?

18   **A.**   Do you have the record again?  I'm sorry.

19        **MR. BERKOWITZ:**  Yes.  Let's pull up those two

20   calls.

21   **BY MR. BERKOWITZ:**

22   **Q.**   So this is the 22nd.  There was a four-minute call

23   and one-minute call.  Do you see that?

24   **A.**   Yes, I thought we said earlier that this one,

25   based on this call and the number it went to and then the

1    texts, that this call likely went to my executive assistant,

2    so I didn't actually speak to him in this call.

3         **Q.**   By this call, let's be really clear for the jury,

4    9/22 at 10:28 for 4 minutes.  Correct?

5         **A.**   Correct.

6         **Q.**   Now you originally testified that on that call at

7    10:28 Mr. Sussmann gave you the name of Eric Lichtblau.

8    That's what you initially said.  Correct?

9         **A.**   I think that's right, yes.

10        **Q.**   Then Mr. DeFilippis said, well, wait, let me show

11   you a text at 1500 where he texted you at, I think it was

12   10:34 saying, I tried to reach you or words to that effect?

13        **A.**   Yes.

14        **Q.**   And that reminded you that that first call

15   couldn't have been when you spoke with Mr. Sussmann.

16   Correct?

17        **A.**   We eventually figured that out, yes.

18        **Q.**   So you are speculating that he must have spoken to

19   your executive assistant?

20        **A.**   Yes.

21        **Q.**   You don't know that, but that's your best belief.

22   Correct?

23        **A.**   Yes -- well, based on the text that Michael said

24   that he had called.

25        **Q.**   And then he calls you at 11:04, and you speak for

1    approximately a minute, according to the phone records.

2    Correct?

3         **A.**   I don't see the 11 -- no, the 11:04 is a different

4    number.

5         **Q.**   Okay.

6              **MR. BERKOWITZ:**  Do we have the follow-up call?

7              **THE WITNESS:**  There's another thing below that, I

8    think.

9              **MR. BERKOWITZ:**  11:05.  You're right.

10             **THE WITNESS:**  There we go.  11:05.  Yep.

11   **BY MR. BERKOWITZ:**

12        **Q.**   So that's -- you think that's the number -- that's

13   a two-minute call.  Right?

14        **A.**   Yes, sir.

15        **Q.**   And in that call, your recollection is what of

16   that two-minute call?

17        **A.**   That, I'm deducing, that this is the call in which

18   he provided me with the name of the reporter.

19        **Q.**   Eric Lichtblau.  Correct?

20        **A.**   Yes, sir.

21        **Q.**   I think you testified, Mr. Baker, that there was a

22   tremendous amount of activity relative to a Russia

23   investigation that was going on.  Correct?

24        **A.**   Yes, sir.

25        **Q.**   Something called Crossfire Hurricane?

1    A.   Yes, sir.

2    Q.   And that was the FBI code name for investigations

3  into potential links between Russia and Mr. Trump?

4    A.   Mr. Trump and his campaign.

5         Just to be clear, Crossfire Hurricane was the

6  umbrella investigation, and there were a number of sub

7  investigations under that umbrella investigation.

8    Q.   Now, I'm going to fast forward and I'm going to do

9  as much of this chronologically as I can.  I'm going to fast

10  forward to March of 2017.  So we were just in September.

11  After that call where Mr. Sussmann provided you with the

12  name of Eric Lichtblau, you didn't speak with him again

13  about this matter and Alfa-Bank in 2016 or 2017.  Correct?

14  That was the last contact?

15    A.   That's to the best of my recollection.  Yes, sir.

16    Q.   So in March of 2017, do you recall attending a

17  meeting with Acting Attorney General Dana Boenta --

18    A.   Dana Boenta.

19    Q.   Thank you.

20    A.   I attended various meetings with the Department.

21  And I know I've met with Dana.  And he eventually was my

22  successor at the Office -- he became the General Counsel at

23  the FBI, so I've met with Dana.

24    Q.   I am talking specifically, and I'll be as clear as

25  I can about a March 6th, 2017 meeting where Tricia Anderson,

1    yourself -- and we'll run through who these people are --

2    Jim Rybicki, Carl Gaddis, Andy McCabe, Bill Priestap, Mary

3    McCord, Tasha, and -- I always confuse her name -- Gauhar --

4        **A.**    Gauhar.

5        **Q.**    Gauhar, Dana Boenta and others were at debriefing

6    on the status or update of various portions of the FBI's

7    Russia investigation.  Do you remember that meeting?

8        **A.**    Only vaguely.

9        **Q.**    Okay.  Tell me what you recall about it.

10       **A.**    That at some point in time we had some briefing

11   for Dana about case-related matters.

12       **Q.**    Let's take a look at a meeting invite, which I'll

13   mark for identification as DX-559.

14           **MR. BERKOWITZ:**  You can blow that up, Mr. Cleaves.

15   I move into evidence Defense Exhibit 559.

16           **MR. ALGOR:**  No objection.

17           **THE COURT:**  So admitted.@@

18   BY MR. BERKOWITZ:

19       **Q.**    So this is March of 2017 on our chronology and it

20   says, "briefing for the ADAG".  Do you see that?

21       **A.**    Yes, sir.

22       **Q.**    Can you explain for the jury what an ADAG is?

23       **A.**    That means the Acting Deputy Attorney General.

24       **Q.**    And that is a pretty senior role.  Correct?

25       **A.**    It was the acting number two person of the

1    Department of Justice.

2        **Q.**   And at the time, the attorney general was Attorney

3    General Sessions; is that right?

4        **A.**   I don't remember when he was confirmed.

5        **Q.**   He recused himself from the investigation?

6        **A.**   He did recuse himself from the Russia

7    investigation.  Yes, sir.

8        **Q.**   So was Dana Boenta the highest-ranking person from

9    the attorney general's office that had oversight over this

10   investigation?

11       **A.**   He was not part of the attorney general's office.

12   He was part of the Deputy Attorney General's office.  But

13   for the purposes of those investigations or -- Crossfire

14   Hurricane, let's say, he would have been the highest-ranking

15   person in the Department working on that matter.

16       **Q.**   And there were senior people from the FBI there as

17   well.  Correct?

18       **A.**   Let me just look at it for a second.  Yes.

19       **Q.**   Who is Andrew McCabe?

20       **A.**   At this point in time, he was the Deputy Director

21   of the FBI, the number two guy at the FBI.

22       **Q.**   So right below --

23       **A.**   Right below Jim Comey, yes, sir.

24       **Q.**   And you see Jim Rybicki, who's that?

25       **A.**   He was the Chief of Staff to the Director of the

1    FBI.  He's Chief of Staff to Jim Comey.

2          **Q.**   And you are listed, James Baker.  Correct?

3          **A.**   Yes, sir.

4          **Q.**   OGC, Office of General Counsel, FBI?

5          **A.**   Correct.

6          **Q.**   And the meeting organizer or at least of this

7    calendar is Tashina Gauhar?

8          **A.**   Yes, sir.

9          **Q.**   Who is she?

10         **A.**   At this point in time, she was an Associate Deputy

11   Attorney General working on the staff of the Deputy Attorney

12   General.  And her portfolio was national security.

13         **Q.**   And did you know Ms. Gauhar at the time?

14         **A.**   I had known her for a long time.  I had hired her

15   into the department.

16         **Q.**   Did you respect her at the time?

17         **A.**   Yes.

18         **Q.**   Found her to be ethical?

19         **A.**   Yes.  Absolutely.

20         **Q.**   Now, you said that you had a vague recollection of

21   this meeting.  Correct?

22         **A.**   Yes, sir.

23         **Q.**   Can you tell the jury, as best you can, what your

24   vague recollection of the meeting is?

25         **A.**   That there was some briefing for Dana on a number

1   of case-related matters.

2        **Q.**   Anything else?

3        **A.**   That's about it.

4        **Q.**   And you attended.  Correct?

5        **A.**   I believe so, yes.  If I remember it, therefore I

6   attended it.  Yes, sir.

7        **Q.**   Okay.  Let me show you what we'll marked for

8   identification as DX-558.  I move into evidence Defense

9   Exhibit 558?

10          **MR. DeFILIPPIS:**  No objection, Your Honor.

11          **THE COURT:**  So moved.

12        (Defense Exhibit 558 was admitted.)

13          **MR. BERKOWITZ:**  And if we could just blow out the

14   top of that, Mr. Cleaves.

15   **BY MR. BERKOWITZ:**

16        **Q.**   It says "Brief for DAG".  Appear to say that?

17        **A.**   Yes, sir.

18        **Q.**   It says "Focus on Russians".

19        **A.**   Yes.

20        **Q.**   I'm going to move us to Page 6 of that exhibit.

21   Do you recognize Ms. Gauhar's handwriting by any chance?

22        **A.**   No.

23          **MR. BERKOWITZ:**  If you could blow out the middle

24   of the page -- above that if you will.  Yeah, from there on

25   down.

1    BY MR. BERKOWITZ:

2        Q.   I'm going to read it.  So if you think I've

3    misread it, let me know.  It says, server-late summer, FBI

4    got info.  Computer server connected to Alfa-Bank.  That is

5    a Russian bank.  It says maybe McCabe -- I'm not sure but

6    Freedman.  Russian oligarch connected to Putin.  Something

7    with bank plus server of Trump organization.

8             And then below that it says, "attorney" brought to

9    FBI on behalf of his client.  Also advised others in media

10   NYT.  Do you see that, sir?

11       A.   Yes.

12       Q.   Do you recall anybody at the meeting saying that,

13   with respect to the server allegations, an attorney had

14   brought to the FBI on behalf of his client?

15       A.   Do I recall -- say that again, sir.

16       Q.   Do you recall anybody at the meeting saying that

17   the information about Russia and Alfa-Bank had been brought

18   to the FBI by an attorney on behalf of his client?

19       A.   I don't recall that.

20       Q.   Were you shown these notes before, sir?

21       A.   No.

22       Q.   When your recollection was refreshed with

23   Mr. Priestap's notes, were you shown these notes?

24       A.   No.

25       Q.   This is the first time you are seeing these notes,

1    sir?

2         **A.**   I've seen them referenced in the public.

3         **Q.**   You've read articles about the case?

4         **A.**   About this case?

5         **Q.**   Yes.

6         **A.**   Yes.

7         **Q.**   Is your testimony today influenced at all by what

8    you've read outside of this?

9         **A.**   No, I am giving you the best testimony I possibly

10   can based on my recollection and review of the documents

11   that are in evidence.

12        **Q.**   And recollection of events that happened well over

13   five years ago.  Correct?

14        **A.**   Yes, sir.

15        **Q.**   Okay.  Do you remember, sir, anybody at this March

16   6th meeting talking about an attorney bringing information

17   about the Trump-Russia thing on behalf of his clients?

18        **A.**   I don't remember that.

19        **Q.**   Do you remember standing up and saying, No, you've

20   got it wrong.  He didn't have any clients?

21        **A.**   No, I don't remember that.

22        **Q.**   Do you have any idea what the source of that

23   information was, sir?

24        **A.**   I don't recall providing the briefing myself.  So

25   I'm not sure who -- can you -- I'm not sure.  I can't

1    remember all of the FBI attendees there.  If it was for the

2    DAG, it was probably Andy McCabe that was giving the

3    briefing, so it was probably Andy that was going through

4    this.

5         Q.   Do you remember thinking I should correct him?

6         A.   No, I don't remember that.

7         Q.   Number two guy in the FBI?

8         A.   No, I don't remember doing that or thinking that.

9         Q.   Does seeing somebody else's notes of a meeting

10   that you attended refresh your recollection about the fact

11   that Mr. Sussmann brought the information to the FBI on

12   behalf of his clients?

13        A.   To the contrary.

14        Q.   You still believe that he never told you that it

15   was on behalf of his clients.  Correct?

16        A.   That's what I believe and recall sitting here

17   today, to the best of my recollection.

18        Q.   All right.  Let's move on because that's March of

19   '17.  You are then questioned in October of 2018.  Correct?

20        A.   In the Congressional -- is that what you are

21   referring to, the Congressional testimony?

22        Q.   (Nodded head)

23        A.   Yes.

24        Q.   And Mr. DeFilippis took you through some of the

25   sworn testimony.  I'm going to do the same just to make sure

1    that we are marching through this and everybody has a sense

2    of the timing.  Okay?

3         **A.**   Certainly.

4         **Q.**   And when you gave voluntary information to

5    Congress, you understood that you were under oath?

6         **A.**   I don't think I was under oath, but I understood

7    that it's a crime to make false statements to Congress.

8         **Q.**   So you tried to be as careful as you could.

9    Correct?

10        **A.**   I tried to be as careful as I could in that

11   environment, yes, sir.

12        **Q.**   You tried to be as truthful as you could?

13        **A.**   (No response).

14        **Q.**   Tried to be as truthful as you could?

15        **A.**   Yes, sir.

16            **MR. BERKOWITZ:**  So let's take a look at the

17   testimony.  This is JB-03 and, Mr. DeFilippis, what was the

18   Government Exhibit if you recall?

19            Actually, it's Government's Exhibit 57.  If we

20   could go to Page 53.  I want to focus on when Mr. Sussmann

21   came to you.

22   **BY MR. BERKOWITZ:**

23        **Q.**   Sir, were you asked these questions and did you

24   give these answers?

25            **Q.**   Okay.  So when Mr. Sussmann came to

1    provide you evidence, you were not specifically

2    aware that he was representing the DNC or the

3    Hillary Clinton Campaign at the time?

4         **A.**   I don't recall.  I don't recall him

5    specifically saying that at that time.

6         Sir, that was the answer to the question.

7    Correct?

8    **A.**   Yes, sir.

9    **Q.**   And you didn't volunteer, not only do I not

10   specifically recall him saying that, but he affirmatively

11   told me that he wasn't there on behalf of clients.  You

12   didn't offer that information?

13   **A.**   I did not say that; that's correct.

14   **Q.**   Is that because you didn't remember it at that

15   time or you chose to hold it back?

16   **A.**   No.  No.  It's because I don't think I remembered

17   it at that time.

18   **Q.**   Because, among other things, you said you weren't

19   really prepared for questioning on that topic?

20   **A.**   That's correct.

21   **Q.**   Okay.  Next question.

22        **Q.**   Okay.  When Mr. Sussmann did provide you

23   this evidence, did you react in any way with

24   concern?  Were you alarmed?  Were you -- did you

25   believe it was inappropriate for him to come to

1    you with this information?

2         **A.**   No, I did not believe it was

3    inappropriate.  It was a citizen providing

4    information to the FBI about a matter that they

5    thought had either to do with a crime or some

6    national security threat.  And so it did not seem

7    inappropriate to me.

8         That was your answer to that question, sir, was it

9    not?

10        **A.**   Yes, sir.

11        **Q.**   And then the next question and answer, the bottom

12   of the page.

13        So I guess it's just my interpretation --

14        **MR. BERKOWITZ:**  We'll get this set up.

15        **THE WITNESS:**  There you go.

16   **BY MR. BERKOWITZ:**

17        **Q.**   I'll start reading it --

18        So I guess it is just my interpretation, but I

19   believe @@ -- this is a question -- it was somewhat implied

20   that, if he did have an association to the Democratic

21   National Committee and the Hillary Clinton Campaign, that

22   that might lead someone to believe that something improper

23   was done.

24        And I wonder if you could just explain to me, you

25   know, why your review is that it was not improper because

1    just the mere notion that someone who was a Democrat or a

2    Republican, you know, comes to you with information, should

3    that information somehow be discounted or considered less

4    credible because of, you know, partisan affiliation?

5            Do you remember that question?

6    **A.**    Basically, yes.

7    **Q.**    And you answered:

8            **A.**    Well, the FBI is responsible for

9            protecting everybody in this country.  Period,

10           full stop.  And we do that, without regard to who

11           they are or what their political background is or

12           anything else.  If they believe they have evidence

13           of a crime or believe they have been a victim of a

14           crime, we will do what we can within our lawful

15           authorities to protect them.  And so when a

16           citizen comes with evidence, we accept it.  That

17           is my just general understanding over many, many

18           years.  We, the Bureau, we, the Department of

19           Justice.  And so that is how I construed what

20           Michael was doing.  It was, he believed he had

21           evidence, again, either of a crime of a national

22           security threat, and he believed it was

23           appropriate to provide it to us.  When he did, I

24           didn't think there was anything improper about it

25           whatsoever.

1   Were you asked that question and did you give that

2 answer?

3   **A.**   Yes, sir.

4   **Q.**   Okay.  And, sir, whether Mr. Sussmann had a

5 political affiliation or interest in providing you the

6 information, if he believed that the evidence was a national

7 security threat, you would have wanted him to provide it to

8 you.  Correct?

9   **A.**   Yes.

10   **Q.**   You then testified, sir -- well, so at that time

11 -- that was October 3rd.  Correct?

12   **A.**   I lost track of the dates, but I think so.

13   **Q.**   I'll take a look at the beginning just to orient

14 people.  October 3rd of 2018.  And that was around the time

15 that you were interviewing at the law firm of Perkins Coie.

16 Correct?

17   **A.**   Roughly, yes, sir.

18   **Q.**   And as of October of 2018, you continued to find

19 Mr. Sussmann an ethical and honorable man.  Correct?

20   **A.**   Yes.

21   **Q.**   You were interested in the possibility of working

22 with him at his law firm.  Correct?

23   **A.**   Yes.  Absolutely, yes.

24   **Q.**   And he did what he could to help you with that.

25 Correct?

1  **A.** Absolutely, yes.

2  **Q.** It ended up not working out.  Right?

3  **A.** Correct.

4  **Q.** Then -- and this was -- let's be clear.  This was

5 a tough time for both you and Mr. Sussmann in terms of press

6 and other things.  Right?  You talked about the pressures

7 and things.  It was a very tense time.  Correct?

8  **A.** Yes.

9  **Q.** For both of you?

10  **A.** Yes.

11  **Q.** And you talked about the strain that it caused

12 upon you with people talking about hanging and doing that,

13 that was both for you and Mr. Sussmann.  Right?

14  **A.** I believe he was suffering the same kind of media

15 and social media torrent of negativity.  I don't know how

16 else to describe it, yes.

17  **Q.** And you had the additional burden of being under

18 investigation, a criminal investigation, at that time, by

19 Mr. Durham?

20  **A.** Well, yes.  By that -- just to be clear, by that

21 point in time, I had been told that before I left the Bureau

22 -- let's back up.  Before I left of the Bureau, I was told

23 that Mr. Durham himself had completed his investigation, had

24 written a lengthy report, had concluded that no offenses, no

25 criminal offenses had been committed, and he had submitted

1  that report to, among others, the FBI, that the report had

2  been referred to the security division of the FBI for

3  whatever further actions were appropriate, and that it also

4  had been sent, I believe, to the Department of Justice.

5      **Q.**  But at the --

6      **A.**  But just to be clear, the Department had not

7  declined the matter at that point in time.  Does that make

8  sense?

9      **Q.**  Yes.  Let me just clarify.  As of October 3rd, the

10  day we just went over and you testified, your lawyer refused

11  you -- refused to allow you to answer questions because he

12  said you were under investigation by John Durham at that

13  time.  Correct?

14      **A.**  The investigation was still open at that time.

15  That's correct.

16      **Q.**  Let's take a look at that same exhibit we were

17  looking at, Page 37, start with Mr. Jordan, all the way to

18  the bottom.

19          And your lawyer was present with you on October

20  3rd, 2018.  Correct?

21      **A.**  Yes, sir.

22      **Q.**  And he says:

23          MR. JORDAN:  Just to clarify for us,

24      [Mr. Jordan says] your counsel, advising Mr. Baker

25      not to answer that question because of -- not

1       because of it's classified, not because of any

2       classification concerns, but because there's an

3       ongoing investigation by whom?

4                   MR. LEVIN [your lawyer]:  The Justice

5       Department.

6                   MR. JORDAN:  I mean, is the Inspector

7       General looking at this or this --

8                   MR. LEVIN:  No, it's Mr. John Durham, a

9       prosecutor.

10                  MR. JORDAN:  Mr. Huber?

11                  MR. LEVIN:  Durham.  Durham.

12                  Both say it again.

13                  MR. LEVIN:  John Durham.

14          So that is what you at least knew as of October 3,

15      2018.  Correct?

16      **A.**   Yes, sir.

17      **Q.**   And having been asked in your testimony that was

18      subject to perjury on October 3rd about your interactions

19      with Mr. Sussmann --

20      **A.**   Yes, sir.

21      **Q.**   -- you were called back a little over two weeks

22      later, on October 18th on 2018.  Correct?

23      **A.**   Correct.

24      **Q.**   And at that point, there was not a surprise

25      element.  In other words, you knew, given the media and

1   other things, that there might be additional questioning

2   about your interaction with Mr. Sussmann.  Correct?

3       **A.**   Yes.

4       **Q.**   And did you go back and prepare for it in any more

5   detail, sir?

6       **A.**   I don't think so, no.

7       **Q.**   But you weren't surprised this time around.

8   Correct?

9       **A.**   Correct.

10      **Q.**   And you knew you were -- you were subject to

11  perjury in answering their questions.  Correct?

12      **A.**   I don't know about perjury but false statements.

13  I don't know what the exact crime is.  You can't make a

14  false statement to Congress.  That much I know.

15      **Q.**   You were subject to prosecution if --

16      **A.**   If I made a false statement; that's correct.

17          **MR. BERKOWITZ:**  So let's take a look at Page 122.

18  And let's start with Mr. Jordan in the middle of the page

19  and was he representing a client?

20  **BY MR. BERKOWITZ:**

21      **Q.**   I'll read the questions.  Again, this is the same

22  Mr. Jordan that we've seen before.  Correct?

23      **A.**   Yes, sir.

24              MR. JORDAN:  And was he representing a

25          client when he brought this information to you?

1    Or just out of the goodness of his heart, someone

2    gave it to him and he brought it to you?

3         MR. BAKER:   In that first interaction, I

4    don't remember him specifically saying that he was

5    acting on behalf of a particular client.

6         And that was your recollection at the time?

7    **A.**   Yes, sir.

8    **Q.**   You didn't say, No, he specifically told me he was

9    not acting on behalf of a client.  You didn't say that.

10   Correct?

11   **A.**   I did not say that.

12   **Q.**   That's because I think you said you were taking a

13   different angle on answering his question.  Were you being

14   careful here?

15   **A.**   I don't know.  I was trying to answer his question

16   to the best of my ability under these circumstances.  As I

17   said earlier, this was a -- the whole thing was terrible,

18   and I was doing the best that I could to answer the

19   questions truthfully.

20   **Q.**   And this is a pretty terrible experience as well.

21   Right?

22   **A.**   It's more orderly.

23   **Q.**   (hand to ear)

24   **A.**   This is more orderly.  It's terrible but orderly.

25   **Q.**   And you're doing the best you can.  Right, sir?

1    **A.**   Yes, sir.

2    **Q.**   But it's hard to remember events from a long time

3    ago, isn't it?

4    **A.**   It depends on what the event is.  I remember Jim

5    Comey being fired, for example.  That's a long time ago and

6    I have a clear recollection of that.  So it depends on what

7    you're talking about.

8    **Q.**   It depends on what you're talking about.  And

9    remembering whether somebody said they were acting on behalf

10   of a particular client or not is not something you focused

11   on until the special counsel started asking you about it in

12   June, isn't that right, in 2020?

13   **A.**   It's when they started to focus on it and asked me

14   very particular, well-formulated, specific questions about

15   that, honing in very deeply on that, and then provided me

16   with those notes from Mr. Priestap that we talked about

17   earlier; that's when I remembered what I have been

18   testifying about yesterday and today.

19   **Q.**   Understood.  But this -- the event of your meeting

20   with Mr. Sussmann on the 19th of September of 2016 was not

21   an event like Mr. Comey being fired.  Correct?

22   **A.**   That's correct.

23   **Q.**   It was not an event that was seared in your mind.

24   Correct?

25   **A.**   At the time that we're talking about, with respect

1    to the testimony here, that's correct, in this transcript

2    that we're talking about.

3        Q.   In this transcript, subject to prosecution when

4    you're answering the questions.  Correct?

5        A.   When I'm answering the questions to the best of my

6    ability based on what I recalled at the time, yes.

7        Q.

8              MR. JORDAN:  Did you know at the time

9         that he was representing the DNC and the Clinton

10        Campaign?

11             MR. BAKER:  I can't remember.  I had

12        learned that at some point.  I don't -- as I said

13        last time, I don't specifically remember when I

14        learned that.  So I just don't know that I had

15        that in my head when he showed up in my office.  I

16        just can't remember.

17             MR. JORDAN:  Did you learn that shortly

18        thereafter if you don't know at this time?

19             MR. BAKER:  I wish I could give you a

20        better answer.  I just don't remember.

21             And that was the state of your memory at that

22    time, you just didn't remember.  Correct?

23        A.   Yes, sir.  Yes, sir.

24        Q.   Today, you do remember that he -- that you knew at

25    that point he was representing the DNC and the HFA and the

1    hack.  Correct?

2          **A.**   Yes, sir.

3          **Q.**   Next question.

4                MR. JORDAN:  I mean I just find that

5    unbelievable that the guy representing the Clinton

6    Campaign, the Democratic National Committee shows

7    up with information that says, We got this, and

8    you don't ask where he got it.  You don't know how

9    he got it, but he got it from some, you know,

10   "expert".

11               MR. BAKER.  Well, sure.  If I could

12   respond to that?

13               MR. JORDAN:  Sure.

14               MR. BAKER:  I mean, so I was

15   uncomfortable with being in the position of having

16   too much factual information conveyed to me,

17   because I'm not an agent.  And so I wanted to get

18   this -- get the information into the hands of the

19   agents as quickly as possible and let them deal

20   with it.  If they wanted to go interview Sussmann

21   and ask him all those kind of questions, fine with

22   me.

23         Correct?

24         **A.**   Yes, sir.

25         **Q.**   And that's what you told Congress on October 18th

1    of 2018.  Correct?

2         **A.**    Yes, sir.

3         **Q.**    Now, the next day, Mr. Sussmann sends you a text.

4    Correct?

5         **A.**    I have to go back and look at the dates.  I think

6    so.

7         **Q.**    Government's Exhibit 1500, October 19th, 2018 at

8    8:39 a.m.

9         **A.**    I'm sorry.  The testimony was on the 18th.  Right?

10   Is that what we just --

11        **Q.**    You are correct and helpful.  So there was the

12   first one on the 3rd?

13        **A.**    Second on the 18th.

14        **Q.**    The 18th and the time when you're interviewing

15   with Perkins Coie.  Correct?

16        **A.**    I think so.  Roughly that time period.

17        **Q.**    So what I'm looking at is --

18        **A.**    A couple more, yeah.

19        **Q.**    So, yeah.

20             **MR. BERKOWITZ:**  So pause there.

21             **THE WITNESS:**  Yep.

22   **BY MR. BERKOWITZ:**

23        **Q.**    On October 12th he had sent you a *Wall Street*

24   *Journal* article that was critical of him and you?

25        **A.**    I don't even know if it was about me.  Honestly,

1    I'm not sure I read it at the time.

2         Q.    So Mr. Sussmann, at the time you're interviewing

3    with Perkins Coie sends you a relatively short article and

4    you don't -- did you not read it or you just don't remember,

5    either way?

6         A.    I don't remember reading it.

7         Q.    Meaning that you probably didn't?

8         A.    Correct.

9         Q.    Okay.  And then the next -- I'm sorry.  Then on

10   the 19th after your testimony -- so I think the next one --

11        A.    Uh-huh.

12        Q.    At 8:39 he sends you a piece that says.  "R.

13   Michael Sussmann is an honorable man."  And it says, "I hope

14   your day went well.  Here is John Devaney's letter to the

15   editor.  Let's talk next week about the future."  Right?

16        A.    Yes.  That's what it says, yes.

17        Q.    And you don't remember whether you read this or

18   not?

19        A.    Correct.

20        Q.    But you do know Mr. Sussmann sent it to you.

21   Correct?

22        A.    Obviously, yes.

23        Q.    And if we could look at just the last paragraph

24   that Mr. DeFilippis showed you?

25             **MR. BERKOWITZ:**  Could we blow that out?

1   BY MR. BERKOWITZ:

2       Q.   It says, "In addition, and as Perkins Coie has

3   previously publicly stated, Mr. Sussmann's meeting with the

4   FBI, General Counsel James Baker was on behalf of a client

5   with no connection to either the Clinton Campaign, the DNC

6   or any other political law group client."

7            Do you see that?

8       A.   Yes, I do.

9       Q.   And you didn't read that?

10      A.   I don't remember reading that.

11      Q.   Any idea why Mr. Sussmann would send you, to your

12  knowledge, something that you say contradicts what he told

13  you a couple of years before?

14      A.   Say that again?  Do I know why Michael sent this

15  to me?

16      Q.   To your knowledge, if Mr. Sussmann had lied to you

17  about whether he had a client, why would he send you

18  something saying he did have a client?

19      A.   I don't know.  You'd have to ask him.

20      Q.   And with respect, sir, to John Devaney --

21      A.   Uh-huh.

22      Q.   That's the managing partner of Perkins Coie.

23  Correct?

24      A.   Yes, sir.

25      Q.   And that's somebody that you had interviewed with

 1    or not?

 2         **A.**   I believe so, yes.

 3         **Q.**   Okay.

 4              **MR. BERKOWITZ:**  You can take that down.

 5    BY MR. BERKOWITZ:

 6         **Q.**   And despite interviewing with Perkins Coie, being

 7    close to Michael, you don't believe you read the article he

 8    sent you?

 9         **A.**   I don't recall, sitting here today, having read

10    that article or that letter at the time.

11         **Q.**   Now, moving forward, sir, you testified again

12    under oath in July of 2019.

13         **A.**   Is this the I.G. thing?

14         **Q.**   We will call it "the thing", but it's testimony

15    under oath.

16         **A.**   Yeah.  I just couldn't remember what the date was.

17         **Q.**   It's the I.G. testimony on July of 2019.

18         **A.**   Okay.

19         **Q.**   And if we could pull that, just that cover page

20    up.  And if we go to Page 2 of that document, it's a Ms.

21    Terzaken, Ann Marie Terzaken.  Do you remember who she was?

22         **A.**   Yes.

23         **Q.**   In the middle of the line, Page 14 to 17, 14 to 18

24    we'll make it, she says "All of the preliminaries from our

25    prior meetings still apply.  You are still a fact witness

1    appearing voluntarily, which we appreciate.  You are still

2    under oath.  Do you understand that?

3                Answer by Mr. Baker:  Yes."

4                Do you remember that?

5        A.    Yes -- well, I don't remember it, but that's what

6    the transcript says.

7        Q.    And Mr. DeFilippis took you through some

8    testimony, and I want to go over it again.  And we'll start

9    on Page 30, Line 20 through the end and then we'll continue

10   on.  And by this time, you had been questioned twice by

11   governmental agencies about this meeting.  Correct?

12       A.    Yes.

13       Q.    Okay.

14                And Ms. Terzaken says:  "Okay.  With Michael

15   Sussmann, your conversations with him before the election,

16   if you could briefly describe how the conversations came

17   about, what information he provided to you?

18                MR. BAKER:  So I'll go into the Sussmann

19           stuff.  Yeah, okay.  So he came in, he, he, all of

20           this is gone over in the transcript with the

21           Committee, so I wasn't -- I'll just try to

22           summarize briefly.  Okay?

23                My basic recollection is, in some way,

24           shape or form, Michael reached out and wanted to

25           come in and meet with me.  And so we scheduled

1    that.  So Michael came in and met with me.  And he

2    had some amount of information, physical evidence

3    printed out, and also a thumb drive or two, that

4    he said related to strange interactions that were

5    some number of people that were his clients who

6    were, he described, as I recall it, sort of cyber

7    @@(lost audio) about some strange connection

8    between some part of Donald Trump's organization

9    and Alfa-Bank, which was described as being

10   controlled by the Kremlin.  And that it appeared

11   to be the case that this was a -- it was, it, it

12   was surmised this was a back channel, what you

13   call it, a back channel of electronic

14   communications that somehow the Trump organization

15   were using this, what looked like, basically, a

16   surreptitious channel to communicate with each

17   other.  So he presented me with this information.

18   I listened to him.  I, you know, took the

19   information from him, and I think immediately

20   called up, I believe it was, Priestap and I either

21   went down to Priestap or he sent somebody to get

22   it, but I got it out of my hands like you know

23   that afternoon or that day, whatever it was.

24        And you then go on to say, "you know shortly after

25   Michael had given it to me."

1        So let's focus on "the client" word.

2            **MR. BERKOWITZ:**  We will blow it up in that

3    sentence, Mr. Cleaves.

4    **BY MR. BERKOWITZ:**

5        **Q.**   So you were summarizing your interaction with

6    Mr. Sussmann for the committee.  Correct?

7        **A.**   For the I.G.

8        **Q.**   I.G.  And you chose to use the word "number of

9    people that were his clients."  Correct?

10       **A.**   Yes, sir.

11       **Q.**   And you told the jury that that was a mistake?  I

12   think I said it was inaccurate, imprecise, wrong, mistake,

13   yes.  It is not correct.

14       **Q.**   Was it a lie?

15       **A.**   I don't think it was a lie.

16       **Q.**   Why not?

17       **A.**   Because I had no intention of deceiving the I.G.

18   in any way, shape or form.

19       **Q.**   And --

20       **A.**   And I said above -- excuse me.  I said above "I'll

21   just try to summarize it.  It's been talked about in these

22   transcripts.  Go back and look at those."  Obviously, I was

23   there and available to answer any follow-up questions that

24   they had.

25       **Q.**   You said that your use of the word "clients" was

1    shorthand.  Correct?

2        **A.**    That's how I am thinking about it today.  Yes,

3    sir.

4        **Q.**    Shorthand for what?

5        **A.**    For the cybersecurity experts.

6        **Q.**    That seems like it makes it longer because you

7    mention cybersecurity experts.  Why add the word client in

8    your answer?

9        **A.**    I think today, trying to think about how I was

10   thinking on that day, that it was just a shorthand way to

11   describe the people with whom he was connected.  I'll just

12   stop there, yeah.

13       **Q.**    And this is obviously an area of intense focus.

14   And I still -- I just -- did you believe at the time that

15   the cybersecurity experts were his clients when you said

16   that?

17       **A.**    No, I don't think so, but I was not particularly

18   focused on this client question at that point in time.  As I

19   said earlier, I was being attacked for even having had the

20   meeting in the first place.  I was being obviously

21   questioned about it in multiple settings.  I was being

22   attacked in the media, on social media, on Fox News,

23   elsewhere.

24           So that was the focus of my attention like, Wow!

25   Like why did you even meet with Michael?  Oh my God!  This

1    is all corrupt.  This is the swamp and so on and so forth,

2    all of which I thought was completely wrong and still to

3    this day think is completely wrong.  But in any event, that

4    was where my mind was focused.  It was not focused on this

5    question that we're talking about very specifically today.

6        Q.   And, sir, you realize that, if somebody had

7    determined that you were intentionally trying to deceive,

8    you could have been prosecuted for saying that.  Correct?

9        A.   And I said it under oath.  It is said at the start

10   of the transcript that you showed.

11       Q.   And is it possible that you said it because that's

12   what Mr. Sussmann had indicated to you in one of his

13   follow-up calls, sir?

14       A.   No.

15       Q.   Did you go back and correct this in any way, sir?

16       A.   I haven't seen this whole transcript, so I don't

17   know.  But I'm guessing that you all would have informed me

18   of that had that been the case.

19       Q.   So that testimony was on October -- I'm sorry --

20   July of 2019.  Correct?

21       A.   Yes.

22       Q.   And at some point after that and you were --

23   Mr. Durham was appointed in connection with this

24   investigation, correct, sometime in 2020?  We talked about

25   this earlier?

1    **A.**    When was he appointed in this investigation?  I

2    thought it was 2019.

3    **Q.**    2019.

4    **A.**    I thought you said that earlier.  Yeah, okay.

5    **Q.**    And you had volunteered to speak to him.  Correct?

6    **A.**    Yes, sir.

7    **Q.**    And just to orient everybody, in February of 2020,

8    you did have a meet -- you did meet with him?

9    **A.**    I don't remember the dates.  I know that I've met

10   with him multiple times, as you indicated earlier.

11   **Q.**    And do you remember, when you met with him in or

12   around early 2020, that you were advised along with your

13   lawyer of the background and nature of the review that

14   Mr. Durham's team was conducting at the request of Attorney

15   General Barr and also of the fact that the provisions of

16   Title 18 U.S. Code Section 1001 applied to the interview?

17   **A.**    I would have known that had they not even said it.

18   **Q.**    Do you remember in early 2020 them advising you of

19   that fact?

20   **A.**    Not particularly.

21   **Q.**    Would it refresh your recollection to see a 302 of

22   that?

23   **A.**    Not necessarily because I just know that that is

24   the case when you're always speaking to the FBI or the

25   Justice Department.

1  **Q.** I mean, it's not every day that Mr. Durham

2 interviews you.  Right?

3   **A.** No, that's correct.

4  **Q.** It's the first time you saw him after you were the

5 subject of the criminal investigation by him?

6   **A.** Again, I was never told that I was a subject.  Was

7 that the first time?  Yeah, I think that was the first time.

8  **Q.** Do you remember him explaining his new mandate to

9 you then?

10   **A.** I don't remember him explaining that, but I knew

11 what it was and we talked about it at some point.  And I

12 could tell from the questions that he was asking me about

13 the FBI and our investigation of Russia, what he was focused

14 on.

15  **Q.** At some point after that, they called you back for

16 an additional interview that focused more directly on

17 Mr. Sussmann.  Correct?

18   **A.** At some point in time, yes.

19  **Q.** June of 2020, does that sound familiar?

20   **A.** It could be.

21  **Q.** Do you remember where you were when you had that

22 interview, sir?

23   **A.** That interview?

24  **Q.** Yeah.

25   **A.** I think that was at FBI headquarters.

1    **Q.**    And you were there with your lawyer?

2    **A.**    Yes, sir.

3    **Q.**    Mr. Durham was there.  Correct?

4    **A.**    I believe so, yes.

5    **Q.**    Andrew DeFilippis was there?

6    **A.**    I think so.  I can't remember everybody who was in

7    the room, but there were a number of people in the room to

8    the best of my recollection.

9    **Q.**    Would it refresh your recollection to see a 302 of

10   who was there and where it took place?

11   **A.**    Sure, yes.

12       **MR. BERKOWITZ:**  Let's take a look at JB-07-001 to

13   refresh the witness's recollection, just that first

14   paragraph, and you can read that to yourself.

15       **THE WITNESS:**  Can I just ask a question?  These

16   are 302s?  Because they don't look like 302s to me.  I just

17   want to make that note.

18   **BY MR. BERKOWITZ:**

19   **Q.**    Well take a look at the bottom of this.  That's a

20   fair point.  I certainly don't want to misrepresent it to

21   you.

22       **MR. BERKOWITZ:**  Can you blow that out Mr. --

23       **THE WITNESS:**  Yes, that doesn't indicate that it's

24   a 302.

25

1  BY MR. BERKOWITZ:

2      Q.   What I would represent, sir, is there's various

3  classified information which you're well familiar with and

4  certain things were declassified in connection with this

5  case.  This is, I believe, the declassified version of the

6  notes that were taken.  Does that help you?  I don't want to

7  mislead you.

8      A.   I understand what you are saying, yes.

9      Q.   Okay.

10     A.   It's a substitute document, basically with the

11 text from the other document with redactions.

12     Q.   So it's a report of the interview.  It's just not

13 termed a 302, but it's essentially an FBI agent's notes of

14 what you relayed and what they communicated to you.  Does

15 that make sense?

16     A.   FBI agent's report of an interview, that's how I

17 think about a 230.  The notes are one thing.

18     Q.   Yes.

19     A.   The report of the interview is a separate thing.

20     Q.   You're correct.  These are a report of his

21 interview.

22     A.   Okay, gotcha.

23     Q.   So just read that to yourself.

24     A.   Okay.  Sorry.

25         (Brief pause.)

1          Okay.  I've read it.

2     **Q.**    Okay.  So does that refresh your recollection that

3     Mr. Durham was there, Mr. DeFilippis, FBI Agent Furhman and

4     Special Agent John Farley?

5     **A.**    Yes.

6     **Q.**    And you were informed generally of the purpose of

7     the interview and Mr. Durham was conducting an

8     investigation.  Correct?

9     **A.**    That's what it says.  I don't specifically

10    remember that.

11    **Q.**    And they remind you, as you know, even though you

12    don't need reminding, that the provisions of 18 U.S.C. 1001,

13    False Statements, applied to the interview.  Correct?

14    **A.**    That's what it says.

15    **Q.**    So let's get to the meat of some of the things.

16    Do you remember telling them at that meeting that your

17    recollection was that you did not know at the time of your

18    meeting with Mr. Sussmann that Mr. Sussmann was representing

19    the DNC in other matters, so the opposite of what you said

20    today.  You told --

21    **A.**    Yeah, I don't remember -- sorry.

22    **Q.**    Do you remember telling, in June of 2020,

23    Mr. DeFilippis and Mr. Durham that you don't remember at the

24    time you met with Mr. Sussmann that you were aware he was

25    representing the DNC in other matters?

1    **A.**   Over time, I have had a hard time placing exactly

2    when it was that I learned that information.  So I've --

3    sitting here today, based on Priestap's notes, that tells me

4    that I must have learned that before the meeting with

5    Michael on the 19th of September.

6    **Q.**   So your memory has evolved based on seeing other

7    people's notes?

8    **A.**   I know that I was in a briefing where other FBI

9    officials discussed that Michael was representing the DNC or

10   the Hillary Campaign in some fashion in connection with the

11   hack.  I specifically and clearly remember that.

12         I don't remember exactly when that was.  So from

13   looking at Mr. Priestap's notes, when there's a reference in

14   there to the -- I can't remember.  I don't have the notes in

15   front of me -- but there's a reference to that entities.  So

16   therefore that tells me, Ah-ha, I must have known it by that

17   point in time, so I probably learned it in the summer of

18   2016 before the meeting.

19   **Q.**   But at the meeting in June of 2020 with the FBI

20   and Mr. Durham and Mr. DeFilippis, your recollection was

21   that you did not remember or did not know, at the time that

22   Mr. Sussmann met with you, that he was representing the DNC

23   in other matters?

24   **A.**   If that's what the notes say.  I can't see that

25   part of the notes, but I'll take your word for it.

1      **Q.**   Do you need your recollection refreshed?

2      **A.**   I wouldn't remember it even if you showed me the

3  document.  So it's up to you if you want to show me the

4  document.

5      **Q.**   Are you denying that that's what you said?

6      **A.**   No, I'm not denying it.

7      **Q.**   Do you remember also telling Mr. DeFilippis and

8  Mr. Durham that, with respect to your meeting about

9  Alfa-Bank with Mr. Sussmann, you recalled that Mr. Sussmann

10  called you at work and said he needed to see Baker at

11  Baker's office?

12      **A.**   Yes.  I remember that I thought that it was a

13  phone call that Michael -- I remember thinking then that

14  Michael initiated all of this meeting and everything through

15  a phone call to me.

16      **Q.**   That was wrong.  Right?

17      **A.**   That was wrong.

18      **Q.**   Memories are a difficult thing.  Are they not,

19  sir?

20      **A.**   I don't know how to answer that question.

21      **Q.**   It's a hard thing to remember something from over

22  five years ago, isn't it, sir?

23      **A.**   As I said earlier, there are certain things that

24  you can remember and certain things that are difficult to

25  remember.  I'm not a neuroscientist, and I can't explain how

1    human memory works.

2        **Q.**   And you testified yesterday with some conviction

3    that you were at home when you received the text from

4    Mr. Sussmann.  Correct?

5        **A.**   Yes.

6        **Q.**   Your memory, based on the text, led you to believe

7    you must have been home.  Correct?

8        **A.**   The memory based on the text and then something

9    triggered me about the date, and so I looked and I thought

10   -- and I saw that it was a Sunday.  Then that triggered the

11   memory, Oh, yeah I remember exactly where I was standing

12   when I read that text.

13       **Q.**   Do you remember telling Mr. DeFilippis and

14   Mr. Durham at that meeting that Mr. Sussmann did not specify

15   that he was representing a client regarding the matter nor

16   did you ask if he was representing a client?  You said --

17   told them you did not know Sussmann was -- it did not seem

18   like Sussmann was representing a client.  Do you remember

19   telling them that?

20       **A.**   Yes.

21       **Q.**   Okay.  So at that point, you didn't remember that

22   he'd said he was not there on behalf of a client.  Correct?

23       **A.**   Yes.  I don't remember exactly the words you just

24   read but, yes, what you say makes sense.

25       **Q.**   It didn't come up, essentially.  You told them,

1    Essentially, it didn't come up in your meeting whether he

2    had a client or whether he did not?

3         **A.**   I don't have the notes in front of me, the

4    document that you're reading from.  So if you could show me

5    that, that might help me remember what I said.

6         **Q.**   So we'll see if we can help refresh your

7    recollection about what you said in 2020.

8              **MR. BERKOWITZ:**  That's JB-709, Paragraph 3, middle

9    of the page.  Again, just for the witness.

10             **THE WITNESS:**  The middle of this paragraph?  It's

11   a long paragraph.

12             **THE COURT:**  Why don't you highlight what you want

13   him to focus on.

14             **MR. BERKOWITZ:**  It's the one that's with respect

15   to -- yeah.  One, two, three -- representing.

16             **THE WITNESS:**  There it is.  I see.

17             Okay.  So what's your question, sir?

18   **BY MR. BERKOWITZ:**

19        **Q.**   Did you tell Mr. DeFilippis and Mr. Durham at that

20   meeting that Sussmann did not specify that he was

21   representing a client regarding a matter nor did you ask him

22   if he was representing a client?  You said it did not seem

23   like he was representing a client.  Did you tell him that?

24        **A.**   That sounds right.  Yes, sir.

25        **Q.**   You didn't tell them, No, he specifically said he

1    was not acting on behalf of a client.  Correct?

2         **A.**   Correct.

3         **Q.**   You went on to tell them at that first substantive

4    meeting with Mr. Baker and Mr. DeFilippis about this that

5    Mr. Bellovin, Mr. Blaze and Ms. Landau, that Mr. -- strike

6    that.

7              Do you recall telling Mr. DeFilippis and

8    Mr. Durham that you learned, during your meeting with

9    Mr. Sussmann, that Mr. Blaze, Mr. Bellovin and Ms. Landau

10   had vouched for the information Sussmann provided to you and

11   -- period.  Do you remember that?

12        **A.**   No, I don't remember that.

13        **Q.**   And would that be inconsistent with what you said

14   today?

15        **A.**   I don't remember the vouching thing right now.

16        **Q.**   In fact --

17        **A.**   Sitting here today, I don't remember the vouching

18   thing.

19        **Q.**   And what you said yesterday, and we tried to just

20   summarize today, was that you thought at that meeting he

21   said that Bellovin, Blaze and Landau were -- they were --

22   his cyber experts were people like that.  Correct?

23        **A.**   That's what I recall sitting here today, yes.

24        **Q.**   And would it -- and you don't remember telling

25   Mr. DeFilippis and Mr. Durham that you learned that they had

1  vouched for the information?

2      **A.**   I don't remember saying that, no.

3      **Q.**   Would it refresh your recollection to see the

4  paragraph?

5      **A.**   I don't think so because -- if you want to show it

6  to me obviously, but I just don't remember using that

7  terminology or having that terminology associated with this

8  part of my conversation with Michael.

9      **Q.**   Why don't we just pull it up so you can look at it

10  to see if there's anything more?

11      **A.**   Sure.

12          **MR. BERKOWITZ:**   Paragraph 6 at the bottom of Page

13  9 of JB-07 and the top of Page 8.

14  **BY MR. BERKOWITZ:**

15      **Q.**   And just read it to yourself.

16      **A.**   Uh-huh.

17      (Brief pause.)

18      Yes, sir, I've read it.

19      **Q.**   And does that refresh your recollection?

20      **A.**   No, it does not.

21      **Q.**   Is it inconsistent with what you said today?

22      **A.**   It's different.  I don't remember using the

23  "vouching" word.

24      **Q.**   And that wasn't your testimony yesterday.

25  Correct?

1       **A.**    That was not my testimony in this tribunal.

2       **Q.**    And Mr. DeFilippis and Mr. Durham at that meeting

3    -- just to set them, you're in the FBI headquarters in a

4    secure facility, do you remember?

5       **A.**    Yes.

6       **Q.**    Okay.  The agents are there.  Were you with the

7    FBI at this time?

8       **A.**    No.

9       **Q.**    Okay.  So you're back -- they are there and they

10   are talking to you, and they are showing you documents and

11   they are asking you questions.  Right?

12      **A.**    Yes.

13      **Q.**    And it's a stressful environment.  Right?

14      **A.**    Yes.

15      **Q.**    Okay.  And they are trying to say, Well, what

16   about this?  What about that?  They are asking you questions

17   to elicit information.  Right?

18      **A.**    Yes.

19      **Q.**    It's a little different than the smooth discussion

20   we had yesterday and today after you've been through things.

21   Right?  It's a back-and-forth about what's happened.

22   Correct?  Iterative?

23      **A.**    It was iterative and back-and-forth.  It was not

24   disorderly.  It was a professional discussion with them.

25      **Q.**    And they asked you in that meeting about that

1      chain of custody form.  Right?

2           **A.**   I don't remember when they asked me about that.

3           **Q.**   Okay.  Do you remember being asked about it?

4           **A.**   At some point, yes.

5           **Q.**   Would it refresh your recollection to see a

6      paragraph to remind you that you were shown a chain of

7      custody form?

8           **A.**   If it's in the document that we are looking at, I

9      assume that they talked to me about it then.

10          **Q.**   Let's just pull it up for you because I don't want

11     to -- I'm not looking to vouch -- no pun intended -- for

12     this.

13               **MR. BERKOWITZ:**   Page 10, Paragraph 3.

14               **THE WITNESS:**   Which part do you want me to focus

15     on?  Read the whole thing?

16     **BY MR. BERKOWITZ:**

17          **Q.**   Why don't you read the first sentence for now, and

18     then I'll ask other ones?

19          **A.**   Okay, yes.  So it appears that they asked me about

20     it that during this session.

21          **Q.**   Do you recall telling them that you cannot recall

22     not identifying Mr. Sussmann as the source of the Alfa-Bank

23     information provided to you when you were asked by

24     Ms. Kelly?

25          **A.**   I cannot recall identifying Sussmann as a source

1    -- I do not recall -- yes.  Okay.  Sorry.  What's your

2    question.

3        Q.   So sitting here today, is my question not -- do

4    you recall telling them that you certainly didn't remember

5    withholding Mr. Sussmann's name from anybody?

6        A.   I've had a hard time with this particular point

7    and I don't -- I just am not clear -- I don't clearly

8    remember, like, making a big thing out of withholding that

9    information.  And as I explained earlier, if I did, it's

10   because I was thinking of Michael as a confidential human

11   source.

12       Q.   I am not saying if you did or didn't.  You cannot

13   think of any reason why you would knowingly keep someone

14   from knowing the identity of Mr. Sussmann who gave you the

15   information.  Correct?

16       A.   Well, that's what it says, yes.

17       Q.   What's that?

18       A.   That is what it says, yes.

19       Q.   In fact, you were surprised to hear that no FBI

20   written documentation or record identified Mr. Sussmann as

21   the original source of the information provided.  Correct?

22       A.   That I was surprised about, because I had told

23   Bill about this and I think I told Pete Strzok about it and

24   the fact that nobody wrote it down anywhere.  When I heard

25   that, I don't know if it's actually true or not, but I take

1    them at their word that, yeah, I found that to be

2    surprising.

3         Q.   You then, sir, were --

4              MR. BERKOWITZ:  And I may be at a good breaking

5    point, Judge?

6              THE COURT:  How are we doing, ladies and

7    gentlemen?  Another 15 minutes or so?  Keep going.

8              MR. BERKOWITZ:  At least we have some attention.

9    We'll keep going, Judge.  Very good.

10   BY MR. BERKOWITZ:

11        Q.   And at that time, you were there with your

12   attorney.  Correct?

13        A.   Yes.

14        Q.   Did they tell you at that meeting on June 11th of

15   2020 that they had notes from Mr. Priestap?

16        A.   At some point in time they showed me the notes.  I

17   don't know if it was in this meeting or a subsequent one.

18        Q.   So let's then turn -- a week later you're back.

19   Do you remember that?

20        A.   Not really, no.

21        Q.   Why do you think they called you back a week

22   later?

23        A.   I don't know.

24        Q.   You don't remember that?

25        A.   I don't remember the exact chronology of the

1    dates.  If whatever they are is what they are.

2         **Q.**   Did Mr. DeFilippis or Mr. Durham ask you to go

3    back and think harder about certain things?

4         **A.**   I don't remember that.

5         **Q.**   Well, do you remember when you met with them on

6    June 18th of 2020?  Do you remember generally that date?

7         **A.**   I'll take your word for it.  I don't remember that

8    date specifically.

9         **Q.**   Just to orient, September of '16 is the meeting

10   with Mr. Sussmann, March of '17 are the Tasha Gauhar's notes

11   on behalf of a client.  2018 in October, we've got the two

12   Congressional testimonies.  July of 2019 we've got the I.G.

13   --

14        **A.**   Uh-huh.

15        **Q.**   -- cybersecurity clients.  June 8th of 2020 --

16   June 11th of 2020 is that first interview we just walked

17   through, and now we're on June 18th of 2020.

18        **A.**   Okay.

19        **Q.**   And at the outset of that interview, do you

20   remember your lawyer advising Mr. Durham and DeFelippis

21   that, in the interest of full disclosure, he wanted to

22   advise that you had been contacted by the Senate Judiciary

23   Committee.  Do you remember that?

24        **A.**   No, actually I don't.

25        **Q.**   Do you remember him saying that subsequent to the

1   prior interview -- meaning after the interview on the

2   11th -- sometimes these words are a little bit more

3   complicated than they need to be -- but after your interview

4   on the 11th, you had thought long and hard about the

5   discussion during the interview about whether you had

6   affirmatively concealed or withheld from other FBI employees

7   the identity of Michael Sussmann as the source who provided

8   you with the information regarding alleged back-channel

9   communications between servers of Alfa-Bank and the Trump

10  organization.

11          Do you remember being asked to think "long and

12  hard" about that?

13      **A.**   No.

14      **Q.**   Do you remember thinking long and hard about it?

15      **A.**   I've been thinking about this whole thing a lot

16  for the last several years, so it's hard for me to answer

17  that question.

18      **Q.**   Do you remember your lawyer telling them that you

19  thought long and hard about it?

20      **A.**   Not in particular, no.

21      **Q.**   And your lawyer -- do you remember your lawyer

22  saying that you could not recall any such action on your

23  part to withhold the identity of Michael Sussmann?  Do you

24  remember that conversation at the beginning of your

25  interview on the 18th?

1       **A.**   Not really, no.

2       **Q.**   And do you remember them, again -- do you remember

3    them showing you the notes during this meeting?

4       **A.**   Which notes?

5       **Q.**   Mr. Priestap's notes.

6       **A.**   I can't remember when I saw those notes for the

7    first time.

8       **Q.**   And do you remember reiterating to them that Mr.

9    Sussmann contacted you by phone and requested a meeting?  Do

10   you remember telling them that?

11      **A.**   I know I thought that for a long time.

12      **Q.**   And at that meeting, you, for the first time,

13   said, at least according to my records, that "Mr. Sussmann

14   said he was not there on behalf of any client.  And he did

15   not say he was there representing the Clinton Campaign."

16           Remember, that was the meeting where you said "not

17   there on behalf of any client"?

18      **A.**   I don't remember which particular meeting it was

19   on which particular date.  Obviously, I remember, at some

20   point in time, telling them that.

21      **Q.**   Is it fair to say that the moment that you started

22   telling them he was not there on behalf of any client was

23   when you saw Mr. Priestap's notes?

24      **A.**   It was a combination of them asking me all of

25   these very specific questions and following up on it and

1    then looking at Bill's notes that triggered my memory about

2    the conversation with Michael.

3        **Q.**    Such that today, May 18th, 19th?  I'm losing

4    track.

5        **A.**    19th I think.

6        **Q.**    -- 19th of 2022, you now remember saying, with a

7    hundred percent certainty that Mr. Sussmann told you he was

8    not there on behalf of any particular client.  Correct?

9        **A.**    Yes.  That's my memory sitting here today.

10       **Q.**    So you've added "particular" to what you told them

11   on that date.  Correct?

12       **A.**    I'd have to look at that again.  But that is my

13   memory.  That is my testimony sitting here today with

14   respect to what he said.

15       **Q.**    A hundred percent accuracy is what you said

16   yesterday?

17       **A.**    Yes, sir.

18       **Q.**    Now, you also talked at that meeting about the

19   researchers.  Correct?

20       **A.**    I'm sorry, when?

21       **Q.**    The cyber researchers, at that meeting you said

22   Mr. Sussmann advised you that cyber researchers brought the

23   information to you, but things were a bit murky in your mind

24   as to the actual origins of the information.  Do you

25   remember telling them that?

1    **A.**    I don't remember telling them that, but I remember

2    that.

3    **Q.**    You remember that being the case?

4    **A.**    I remember that that's what, in general, occurred.

5    That's my memory.

6    **Q.**    And at that meeting for the first time, you told

7    them, "After thinking about it further, you recalled being

8    briefed at some point on an unrecalled date about the

9    investigation involving the intrusion of the DNC computers

10   and possibly learning at that briefing that Sussmann, who

11   you knew from previous contacts, was representing the DNC on

12   that matter."

13           Do you remember that that was the meeting where

14   you said, "After further thought @@@audio missing --

15   Mr. Sussmann was representing the DNC at least on the hack?

16   **A.**    Again, I don't remember that it was at that

17   particular meeting, but I remember at some point

18   acknowledging that.

19   **Q.**    And that's because you believed that -- or you had

20   seen Mr. Priestap's notes at that time.  Correct?  That's

21   what triggered your recollection, is it not?

22   **A.**    Yes, yes, yes.  I'm sorry.  Yes.  I think so.

23   Again, I can't remember specifically when I saw Bill's

24   notes.  But at some point in time I did, and that's what

25   triggered my set of memories on this.

1      **Q.**   And you told them on June 18th of 2020, that you

2  believed the information Mr. Sussmann provided you was

3  credible.  Correct?

4      **A.**   I'm sorry.  That doesn't make sense to me.  Could

5  you repeat that?

6      **Q.**   You told Mr. Durham and Mr. DeFilippis on June

7  18th of 2020 that you believed the information Mr. Sussmann

8  provided you was credible for several reasons.

9      **A.**   I'm struggling with that.

10      **Q.**   Let me give you some more context.

11      **A.**   Yeah.

12      **Q.**   You said that you believed Sussmann, a former DOJ

13  prosecutor to be an ethical person.  That's true.  Correct?

14  Do you remember telling them that?

15      **A.**   Yes.

16      **Q.**   And do you remember telling them that you also

17  believed he wouldn't have brought the information to you if

18  he did not himself believe it was credible?

19      **A.**   Yes.

20      **Q.**   And do you remember telling him that the

21  researchers who found the information believed it to be

22  credible?

23      **A.**   That's what I understood, yes.

24      **Q.**   And finally, you believed it was credible enough

25  for the FBI to accept and review the information.  Correct?

1    **A.**   Yes.

2    **Q.**   And in addition, he had told you about a news

3    organization.  And when you called him to get the name of

4    the news organization, he gave you one and you spoke with a

5    reporter who said, in fact, I have been in touch with

6    Mr. Sussmann.  Right?

7    **A.**   I don't know about that last piece, but I know

8    that he -- well, I guess he must have been in touch with

9    Mr. Sussmann, yes.  That makes sense, yes.

10   **Q.**   And that further at least verified some of what

11   Mr. Sussmann was telling you.  Correct?

12   **A.**   Yes.  Yes.

13   **Q.**   Now, so -- and I will represent to you that you

14   did review the Mr. Priestap notes?

15   **A.**   At that meeting?

16   **Q.**   Yes.  And it says, having reviewed -- let me just

17   say, do you remember them giving you the Priestap notes and

18   having reviewed notes of their telephone -- telling them

19   having reviewed notes of Mr. Priestap's telephone

20   conversation about the Alfa-Bank matter whether it first

21   arose and recognizing that the notes indicate that you told

22   Priestap that Sussmann said he was not acting on behalf of a

23   client.  You said that that must be what you told to

24   Priestap.  Correct?

25   **A.**   Yes.

1    Q.   And so it's those notes that made you say, "It
2    must have been that".  Correct?
3    A.   The notes and the questions triggered the memory.
4    My memory on this point, sitting here today right now, is
5    clear.
6    Q.   And you said that -- and you looked at the DNC on
7    the notes -- and we'll get to the notes probably tomorrow.
8    And you said, When you saw DNC and Clinton, that you must
9    have told Priestap that just as you told him the other
10   things that reflected in Priestap's notes.  Correct?
11   A.   Correct as to the piece about -- that I must have
12   told Bill about the DNC and the Clinton Campaign.  And
13   that's what I am saying to you today is what helps me anchor
14   the timing that I must have learned about Michael's
15   relationship with the DNC and the Hillary Campaign prior to
16   that conversation with Bill.
17        So sometime between the hacks and that time -- at
18   my meeting with Michael -- that's when I learned about his
19   association -- his representation, more accurately put, of
20   the DNC and the HFA.
21   Q.   Did you talk to Mr. Priestap about the notes?
22   A.   I don't think I've ever talked to Bill Priestap
23   about those notes.
24   Q.   You didn't say, What did you mean when you wrote
25   this.  Correct?

1    **A.**    No, because I don't remember seeing the notes

2    until -- what was it, 2020 you are saying?  Yes, 2020,

3    @@lost audio and at that time both Bill and I left the FBI.

4    **Q.**    And your testimony today about what happened at

5    that meeting is aided in significant, if not in whole part,

6    by Mr. Priestap's notes.  Correct?

7    **A.**    It was triggered by Bill's notes.  And I have a --

8    sitting here today, I have a present recollection of what

9    Michael said in the meeting.

10   **Q.**    Based on the notes.  Correct?

11   **A.**    The notes and the very specific questioning that

12   they -- that I went through with Mr. Durham and his team.

13   They asked me repeated and very specific questions about

14   this matter.  And so that -- and probing my memory about

15   that and then looking at Bill's notes made me remember what

16   I am telling you today.

17   **Q.**    Did they threaten you, sir, with anything based on

18   the fact that you had previously told folks under oath or

19   subject to perjury that you had said inconsistent things?

20   **A.**    Mr. Durham and his team have never threatened me

21   in any way.

22   **Q.**    But you understood, sir, did you not, as a lawyer,

23   that if you had said something that someone determined was

24   false, under oath, or subject to perjury, you could be

25   prosecuted.  Correct?

1    **A.**    Yes.

2         **THE COURT:**  All right.  We're going to wrap it up

3    there, ladies and gentlemen, and dismiss you for the

4    evening.  Another long day.  Thank you for your patience.

5         No discussions about the case.  No research about

6    the case.  No social media contact or interactions about the

7    case.  All right?

8         Have a great night, and we will see you back here

9    at 9:00 o'clock in the morning.

10       (Jury exited the courtroom.)

11         **THE COURT:**  All right, sir.  You can step down.

12         **THE WITNESS:**  Thank you.

13         **MR. BERKOWITZ:**  And, Your Honor, obviously

14    Mr. Baker, as a lawyer, knows that he's not to discuss his

15    testimony.

16         **THE COURT:**  I'm sure he understands that.

17         **THE WITNESS:**  Thank you.

18         **THE COURT:**  All right.  Okay.  We'll see you in

19    the morning.

20         (Proceedings concluded at 5:13 p.m.)

21         #.

22

23

24

25

1    **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court**

4    **Reporter,** certify that the foregoing is a true and

5    correct transcript of the record of proceedings in the

6    above-entitled matter.

7

8              **Please Note:**  This hearing occurred during

9    the COVID-19 pandemic and is therefore subject to the

10   technological limitations of court reporting remotely.

11

12

13   **XXX**

14   _____          ____/s/_____
              **DATE**                      **Lorraine T. Herman**
15

16

17

18

19

20

21

22

23

24

25

**BY MR. BERKOWITZ:**
**[34]** 1024/18 1026/19 1027/23 1033/3 1033/10 1033/25 1035/5 1035/16 1036/3 1037/22 1047/15 1051/11 1052/1 1061/14 1064/16 1064/25 1071/20 1073/10 1075/17 1078/14 1078/25 1082/21 1084/15 1090/19 1095/21 1096/25 1098/4 1101/3 1106/17 1106/24 1112/17 1114/13 1116/15 1118/9
**BY MR. DeFILIPPIS: [8]** 992/21 993/18 1004/1 1004/22 1007/24 1008/12 1009/1 1010/16
**DEPUTY CLERK: [1]** 1063/21
**JURORS: [2]** 992/18 1051/10
**MR. ALGOR: [8]** 990/1 990/4 990/6 990/12 990/24 991/8 991/14 1075/15
**MR. BERKOWITZ: [39]** 993/12 1008/25 1026/12 1026/15 1032/25 1033/6 1033/22 1035/3 1035/10 1036/2 1037/20 1047/14 1051/25 1061/11 1063/14 1063/24 1064/14 1071/18 1073/5 1073/8 1075/13 1078/12 1078/22 1082/15 1084/13 1090/16 1095/19 1096/24 1098/3 1101/1 1106/11

06/23/4/12 1112/11 1112/13 1114/11 1116/12 1118/3 1118/7 1128/12
**MR. DeFILIPPIS: [18]** 991/15 991/20 992/20 993/9 993/16 1003/24 1004/21 1007/22 1008/11 1010/14 1026/14 1026/16 1027/20 1033/8 1035/13 1051/22 1064/2 1078/9
**THE COURT: [35]** 990/3 990/5 990/11 990/22 991/6 991/9 991/19 991/21 992/1 992/19 993/14 1026/17 1027/22 1032/23 1033/9 1035/12 1035/14 1051/8 1051/24 1063/12 1063/15 1063/20 1064/3 1064/5 1064/8 1064/12 1064/23 1075/16 1078/10 1112/11 1118/5 1128/1 1128/10 1128/15 1128/17
**THE WITNESS: [15]** 1033/2 1033/23 1061/10 1064/10 1073/6 1073/9 1084/14 1095/20 1106/14 1106/22 1112/9 1112/15 1116/13 1128/11 1128/16

**'**
**'16 [1]** 1119/9
**'17 [2]** 1081/19 1119/10

**/**
**/s [1]** 1129/14

**0**
**001 [1]** 1106/12
**03 [1]** 1082/17

04 [2] 1032/15 1033/7
**06 [1]** 1035/1
**07 [1]** 1114/13

**1**
**10 [3]** 1009/9 1010/23 1116/13
**1001 [4]** 1048/20 1048/25 1104/16 1108/12
**10020 [1]** 989/20
**108 [1]** 1026/13
**10:28 [3]** 1010/19 1072/4 1072/7
**10:34 [1]** 1072/12
**10th [1]** 1006/19
**11 [2]** 1037/21 1073/3
**11:04 [2]** 1072/25 1073/3
**11:05 [2]** 1073/9 1073/10
**11:47 [1]** 1005/5
**11th [4]** 1118/14 1119/16 1120/2 1120/4
**1200 [1]** 989/20
**122 [3]** 993/17 996/13 1090/17
**1271 [1]** 989/19
**12:30 [2]** 1008/15 1008/24
**12th [1]** 1095/23
**13 [7]** 1037/21 1037/22 1068/3 1070/24 1071/13 1071/14 1071/15
**13-minute [1]** 1068/24
**14 [2]** 1098/23 1098/23
**1400 [1]** 1067/17
**145 [1]** 989/14
**14th [2]** 1032/16 1033/25
**15 [1]** 1118/7
**15-minute [1]** 1063/17
**1500 [3]** 1003/21 1072/11 1095/7
**16 [3]** 1037/21 1037/22 1046/18
**17 [1]** 1098/23

18 [5] 1048/20 1048/25 1098/23 1104/16 1108/12
**18th [15]** 993/9 1038/23 1043/3 1049/9 1089/22 1094/25 1095/9 1095/13 1095/14 1119/6 1119/17 1120/25 1122/3 1124/1 1124/7
**19 [2]** 989/4 1129/9
**19th [26]** 1007/15 1009/21 1010/2 1010/6 1012/14 1036/7 1038/25 1049/10 1050/23 1051/2 1051/3 1051/16 1052/9 1052/12 1053/12 1055/20 1061/21 1065/13 1069/20 1092/20 1095/7 1096/10 1109/5 1122/3 1122/5 1122/6
**1:21-CR-00582-C RC-1 [1]** 989/3
**1:56 [1]** 989/4

**2**
**20 [3]** 1008/9 1050/24 1099/9
**20001 [1]** 989/25
**20002 [1]** 989/14
**2016 [22]** 1007/15 1009/21 1010/2 1010/6 1012/14 1031/6 1031/7 1036/7 1038/23 1039/1 1041/1 1049/10 1050/24 1051/4 1052/9 1053/12 1055/20 1068/24 1070/16 1074/13 1092/20 1109/18
**2017 [9]** 1028/8 1029/6 1029/9 1041/1 1074/10 1074/13 1074/16 1074/25 1075/19
**2018 [10]** 993/9

1083/19 1086/14 1086/18 1088/20 1089/15 1089/22 1095/1 1095/7 1119/11
**2019 [21]** 1004/1 1004/19 1005/4 1005/14 1006/4 1006/19 1008/9 1008/19 1009/14 1029/7 1029/10 1031/6 1032/2 1033/16 1033/25 1098/12 1098/17 1103/20 1104/2 1104/3 1119/12
**202 [1]** 989/25
**2020 [21]** 1010/18 1029/11 1043/20 1092/12 1103/24 1104/7 1104/12 1104/18 1105/19 1108/22 1109/19 1112/7 1118/15 1119/6 1119/15 1119/16 1119/17 1124/1 1124/7 1127/2 1127/2
**2021 [1]** 1031/21
**2022 [5]** 989/4 1046/3 1047/7 1048/2 1122/6
**20th [1]** 1026/21
**21 [3]** 1008/24 1067/13 1070/16
**212 [2]** 989/15 989/20
**21st [3]** 1040/18 1067/13 1068/24
**22 [1]** 1072/4
**2231 [1]** 989/15
**22nd [7]** 1004/1 1004/3 1005/4 1005/14 1006/4 1049/3 1071/22
**230 [1]** 1107/17
**24 [2]** 1037/21 1037/22
**25 [1]** 1070/1
**280 [2]** 1061/8 1061/8
**282 [1]** 1061/9

**3**

**30-minute [2]**
1036/6 1053/20
**302 [7]** 1046/6
1046/8 1047/22
1104/21 1106/9
1106/24 1107/13
**302s [2]** 1106/16
1106/16
**3187 [1]** 989/25
**333 [1]** 989/24
**3500 [1]** 1043/8
**354-3187 [1]**
989/25
**37 [1]** 1088/17
**3:30 [1]** 1004/25
**3:34 [1]** 1067/21
**3rd [6]** 1086/11
1086/14 1088/9
1088/20 1089/18
1095/12

**4**

**4:07 [1]** 1005/16
**4th [3]** 1046/3
1047/7 1048/1

**5**

**53 [1]** 1082/20
**558 [3]** 1078/8
1078/9 1078/12
**559 [2]** 1075/13
1075/15
**57 [1]** 1082/19
**5:13 [1]** 1128/20
**5th [1]** 1010/18

**6**

**61 [3]** 993/4
993/11 993/16
**637-2231 [1]**
989/15
**6718 [1]** 989/24
**6th [3]** 1025/16
1074/25 1080/16

**7**

**709 [1]** 1112/8
**75 [1]** 1069/25

**8**

**808 [1]** 1026/13
**809 [3]** 1026/15
1026/16 1026/19

**810 [4]** 1033/8
1035/12 1035/16
1064/1
**811 [4]** 1035/3
1064/2 1064/2
1064/5
**8:11 [1]** 1006/19
**8:39 [2]** 1095/8
1096/12
**8th [1]** 1119/15

**9**

**9/21 [1]** 1067/19
**9/22 [1]** 1072/4
**906-1200 [1]**
989/20
**93 [1]** 1067/18
**9:00 [1]** 1128/9
**9:05 [1]** 1004/3

**A**

**a.m [4]** 1004/3
1005/5 1006/19
1095/8
**Abby [1]** 1011/4
**ability [3]** 1000/10
1091/16 1093/6
**able [2]** 990/23
1054/21
**about [186]**
**above [5]** 1027/3
1078/24 1101/20
1101/20 1129/6
**above-captioned**
**[1]** 1027/3
**above-entitled [1]**
1129/6
**absolutely [6]**
1001/20 1011/14
1019/10 1077/19
1086/23 1087/1
**accept [2]**
1085/16 1124/25
**access [1]**
1017/24
**accessed [1]**
1017/23
**accommodate [1]**
992/8
**according [2]**
1073/1 1121/13
**accuracy [1]**
1122/15
**accurate [4]**

1025/16 1047/17
1047/20 1048/22
**accurately [1]**
1126/19
**acknowledging**
**[1]** 1123/18
**acknowledgment**
**[1]** 1010/3
**acting [18]** 995/6
997/3 1018/12
1042/15 1042/16
1045/7 1045/17
1045/25 1047/9
1052/21 1074/17
1075/23 1075/25
1091/5 1091/9
1092/9 1113/1
1125/22
**action [5]** 989/2
1002/9 1002/9
1003/8 1120/22
**actions [1]**
1088/3
**active [1]** 1018/12
**activities [1]**
999/24
**activity [2]**
1016/25 1073/22
**actual [1]**
1122/24
**actually [4]**
1072/2 1082/19
1117/25 1119/24
**ADAG [2]**
1075/20 1075/22
**add [1]** 1102/7
**added [1]**
1122/10
**addition [2]**
1097/2 1125/2
**additional [4]**
1020/11 1087/17
1090/1 1105/16
**administrative [1]**
1031/18
**admitted [6]**
993/16 1026/19
1035/16 1064/5
1075/17 1078/12
**advice [1]** 1029/3
**advise [1]**
1119/22
**advised [3]**
1079/9 1104/12

**advising [3]**
1088/24 1104/18
1119/20
**affect [3]** 1019/17
1021/15 1022/15
**affiliation [3]**
1019/17 1085/4
1086/5
**affirmative [1]**
1017/14
**affirmatively [4]**
997/23 1042/11
1083/10 1120/6
**after [24]** 999/15
1003/9 1003/23
1004/25 1034/10
1040/24 1054/13
1056/6 1060/15
1063/12 1067/3
1068/1 1071/12
1074/11 1096/10
1100/24 1103/22
1105/4 1105/15
1115/20 1120/1
1120/3 1123/7
1123/14
**aftermath [1]**
999/8
**afternoon [6]**
989/5 991/14
1004/9 1004/17
1063/14 1100/23
**afternoon's [1]**
1071/12
**afterwards [1]**
1065/13
**again [29]** 994/1
994/19 1005/1
1005/8 1006/1
1016/6 1019/15
1023/1 1023/9
1029/8 1045/21
1050/25 1052/3
1064/23 1071/18
1074/12 1079/15
1085/21 1089/12
1090/21 1097/14
1098/11 1099/8
1105/6 1112/9
1121/2 1122/12
1123/16 1123/23
**agencies [1]**
1099/11

**agency [1]** 991/2
**agent [20]** 996/7
1018/19 1018/19
1018/20 1018/20
1018/22 1036/18
1036/20 1046/10
1046/13 1057/7
1057/13 1057/17
1057/19 1058/2
1058/25 1060/20
1094/17 1108/3
1108/4
**Agent Hellman [1]**
1060/20
**agent's [2]**
1107/13 1107/16
**agents [11]** 996/8
1014/2 1014/8
1016/6 1016/10
1018/19 1050/17
1057/5 1057/6
1094/19 1115/6
**aggressive [1]**
1001/15
**aggressively [1]**
1001/10
**ago [11]** 1015/13
1025/20 1037/14
1048/1 1070/15
1070/16 1070/17
1080/13 1092/3
1092/5 1110/22
**agreed [3]**
1048/13 1048/13
1048/15
**agreement [1]**
991/18
**Ah [1]** 1109/16
**Ah-ha [1]** 1109/16
**ahead [2]** 994/16
1009/12
**aided [1]** 1127/5
**alarmed [2]**
1020/20 1083/24
**Alfa [14]** 999/15
999/16 1005/19
1009/22 1040/25
1041/13 1074/13
1079/4 1079/17
1100/9 1110/9
1116/22 1120/9
1125/20
**Alfa-Bank [14]**
999/15 999/16

**A**

**Alfa-Bank... [12]**
1005/19 1009/22
1040/25 1041/13
1074/13 1079/4
1079/17 1100/9
1110/9 1116/22
1120/9 1125/20
**ALGOR [1]**
989/12
**all [58]** 990/23
991/7 991/23
992/19 996/10
1001/18 1003/2
1003/3 1007/23
1008/7 1008/12
1011/10 1011/11
1012/3 1012/23
1014/6 1014/16
1014/20 1015/19
1016/8 1018/5
1019/11 1019/14
1019/16 1021/13
1023/6 1023/7
1024/24 1024/25
1025/21 1026/10
1032/12 1034/4
1039/10 1042/25
1045/11 1046/9
1048/7 1058/19
1063/12 1063/16
1070/9 1080/7
1081/1 1081/18
1088/17 1094/21
1098/24 1099/19
1103/1 1103/2
1103/17 1110/14
1121/24 1128/2
1128/7 1128/11
1128/18
**allegation [2]**
1023/4 1023/21
**allegations [7]**
1002/6 1023/18
1029/19 1041/1
1041/13 1058/17
1079/13
**alleged [1]**
1120/8
**allegedly [1]**
1024/3
**alleging [2]**
1023/24 1024/3
**allow [1]** 1088/11

**alone [2]** 1012/22
1013/11
**along [3]** 1004/7
1005/13 1104/12
**already [2]**
1005/9 1050/15
**also [18]** 990/8
1000/8 1001/7
1013/7 1018/25
1019/6 1020/18
1031/18 1033/14
1033/15 1033/19
1079/9 1088/3
1100/3 1104/15
1110/7 1122/18
1124/16
**although [2]**
1031/8 1050/2
**always [3]** 1018/3
1075/3 1104/24
**am [19]** 1008/22
1009/12 1018/2
1018/3 1024/24
1026/2 1056/18
1058/13 1066/7
1066/14 1069/1
1070/13 1074/24
1080/9 1102/2
1117/7 1117/12
1126/13 1127/16
**amend [1]**
1037/13
**AMERICA [1]**
989/2
**America's [1]**
1052/10
**Americas [1]**
989/19
**among [2]**
1083/18 1088/1
**amount [5]**
1021/22 1057/16
1071/7 1073/22
1100/2
**analysis [2]**
1017/5 1019/18
**analyst [1]**
1034/16
**anchor [1]**
1126/13
**Anderson [1]**
1074/25
**ANDREW [3]**
989/12 1076/19

**1106/5**
**Andy [3]** 1075/2
1081/2 1081/3
**Angela [1]** 1011/3
**angle [2]** 998/6
1091/13
**Ann [1]** 1098/21
**announced [2]**
1013/25 1014/1
**another [11]**
1009/25 1011/18
1034/5 1050/13
1059/17 1059/23
1060/14 1071/16
1073/7 1118/7
1128/4
**answer [37]**
995/19 998/9
998/16 1015/13
1023/15 1025/25
1026/2 1026/4
1026/5 1026/7
1028/18 1029/1
1029/3 1029/5
1029/5 1030/19
1037/20 1037/25
1038/7 1038/10
1052/13 1053/2
1068/17 1083/6
1084/8 1084/11
1086/2 1088/11
1088/25 1091/15
1091/18 1093/20
1099/3 1101/23
1102/8 1110/20
1120/16
**answered [3]**
996/13 997/2
1085/7
**answering [4]**
1090/11 1091/13
1093/4 1093/5
**answers [1]**
1082/24
**any [62]** 991/14
997/7 997/14
997/17 997/18
997/23 1002/6
1002/22 1003/16
1004/14 1006/4
1007/2 1007/14
1009/20 1010/3
1010/9 1010/12
1012/7 1015/1

1024/14 1024/15
1025/24 1027/10
1027/10 1029/5
1034/23 1035/13
1038/17 1040/15
1041/16 1043/13
1043/17 1050/4
1051/19 1052/4
1053/5 1053/6
1054/22 1054/25
1056/14 1058/10
1078/21 1080/20
1080/22 1083/23
1089/1 1090/4
1097/6 1097/11
1101/18 1101/23
1103/3 1103/15
1117/13 1120/22
1121/14 1121/17
1121/22 1122/8
1127/21
**anybody [7]**
1017/24 1019/20
1062/19 1079/12
1079/16 1080/15
1117/5
**anything [21]**
991/22 998/15
999/2 1001/15
1001/16 1006/6
1006/10 1007/17
1007/21 1015/7
1017/16 1020/8
1042/11 1069/1
1069/14 1069/24
1078/2 1085/12
1085/24 1114/10
1127/17
**Anyway [1]**
1004/7
**anywhere [2]**
1003/17 1117/24
**apologies [1]**
1009/12
**apologize [1]**
1051/8
**Apparently [1]**
1063/25
**Appear [1]**
1078/16
**appearance [2]**
993/5 993/7
**APPEARANCES**
**[1]** 989/11

**appeared [1]**
1100/10
**appearing [2]**
1013/14 1099/1
**appears [3]**
1005/5 1005/17
1116/19
**applied [2]**
1104/16 1108/13
**apply [1]** 1098/25
**appointed [5]**
1028/9 1028/12
1034/10 1103/23
1104/1
**appreciate [3]**
1012/1 1027/6
1099/1
**appropriate [2]**
1085/23 1088/3
**approximately [2]**
1036/8 1073/1
**April [1]** 1026/21
**are [77]** 990/10
990/23 991/18
991/23 992/7
1007/20 1008/2
1008/8 1008/10
1012/12 1014/17
1017/10 1018/25
1019/4 1021/9
1021/17 1021/18
1022/3 1022/10
1022/14 1024/3
1027/2 1027/14
1030/18 1031/5
1031/5 1049/7
1050/3 1050/4
1053/14 1053/20
1055/13 1056/1
1057/6 1058/11
1058/23 1061/4
1061/9 1064/7
1066/9 1070/4
1070/18 1072/18
1075/1 1077/2
1079/25 1080/11
1081/19 1081/20
1082/1 1085/11
1095/11 1098/25
1099/1 1106/16
1107/8 1107/17
1107/20 1110/5
1110/18 1110/18
1110/23 1110/24

**A**

**are... [14]** 1115/6
1115/9 1115/10
1115/10 1115/11
1115/15 1115/16
1116/8 1118/6
1119/1 1119/1
1119/10 1120/2
1127/2
**area [2]** 1014/23
1102/13
**aren't [1]** 1030/18
**arose [1]** 1125/21
**around [7]**
1001/24 1032/2
1043/6 1060/12
1086/14 1090/7
1104/12
**arrangements [1]**
1008/3
**arriving [1]**
1070/18
**article [10]**
1004/13 1005/17
1009/25 1050/5
1054/5 1068/9
1095/24 1096/3
1098/7 1098/10
**articles [2]**
1009/23 1080/3
**articulable [2]**
1022/5 1023/9
**as [112]** 990/9
991/22 991/23
992/8 992/8
992/13 993/3
994/9 995/10
995/10 996/8
996/8 996/15
996/21 999/14
999/14 1002/19
1002/23 1003/15
1003/15 1006/16
1009/21 1009/21
1013/25 1014/4
1014/9 1015/13
1016/1 1016/5
1017/24 1018/18
1019/19 1020/21
1021/4 1021/15
1023/17 1024/21
1024/22 1024/22
1027/9 1030/6
1032/1 1033/8

1034/11 1035/2
1035/12 1037/1
1038/1 1039/14
1039/15 1040/10
1040/10 1040/11
1040/11 1041/24
1043/23 1047/19
1049/12 1052/21
1053/20 1054/6
1054/6 1055/4
1059/3 1059/4
1059/16 1059/17
1066/7 1066/7
1066/10 1074/9
1074/9 1074/24
1074/24 1075/13
1076/16 1077/23
1078/8 1082/8
1082/8 1082/10
1082/10 1082/12
1082/12 1082/14
1082/14 1086/18
1088/9 1089/14
1091/16 1091/20
1093/12 1094/19
1094/19 1097/2
1100/6 1100/9
1102/18 1104/10
1108/11 1110/23
1116/22 1116/25
1117/9 1117/10
1117/20 1120/7
1122/24 1126/9
1126/11 1127/22
1128/14
**ask [21]** 994/12
994/17 995/25
996/10 1012/14
1041/19 1046/19
1046/25 1047/22
1054/19 1056/8
1056/14 1067/6
1094/8 1094/21
1097/19 1106/15
1111/16 1112/21
1116/18 1119/2
**asked [33]** 998/7
1004/5 1006/15
1006/16 1016/8
1035/19 1037/19
1037/24 1038/6
1043/8 1044/1
1050/2 1057/10
1059/18 1060/3

1060/12 1060/23
1062/13 1062/20
1063/7 1063/11
1068/7 1082/23
1086/1 1089/17
1092/13 1115/25
1116/2 1116/3
1116/19 1116/23
1120/11 1127/13
**asking [8]** 998/17
1003/3 1070/9
1092/11 1105/12
1115/11 1115/16
1121/24
**aspect [1]**
1006/18
**aspects [1]** 991/3
**assess [1]** 1013/1
**assessing [1]**
1024/6
**assessment [9]**
1013/3 1013/13
1015/20 1020/2
1021/10 1021/24
1022/12 1022/21
1023/23
**assignment [1]**
1035/19
**assistant [3]**
1003/12 1072/1
1072/19
**Associate [1]**
1077/10
**associated [6]**
999/5 1014/8
1016/20 1018/2
1018/6 1114/7
**association [2]**
1084/20 1126/19
**assume [2]**
990/15 1116/9
**assumed [2]**
1017/21 1017/21
**assuming [1]**
990/14
**attacked [2]**
1102/19 1102/22
**attended [4]**
1074/20 1078/4
1078/6 1081/10
**attendees [1]**
1081/1
**attending [1]**
1074/16

**attention [2]**
1102/24 1118/8
**attorney [22]**
1003/11 1003/12
1003/13 1003/14
1021/18 1021/19
1026/11 1074/17
1075/23 1076/2
1076/2 1076/9
1076/11 1076/12
1077/11 1077/11
1079/8 1079/13
1079/18 1080/16
1104/14 1118/12
**attorneys [1]**
1015/17
**audio [3]** 1100/7
1123/14 1127/3
**authorities [1]**
1085/15
**authority [1]**
1017/2
**authorized [2]**
1030/2 1030/14
**available [3]**
1035/20 1057/10
1101/23
**Avenue [3]**
989/19 989/24
1057/4
**avoid [1]** 1039/22
**aware [10]**
1000/21 1020/22
1027/14 1031/25
1047/21 1058/13
1058/13 1058/23
1083/2 1108/24

**B**

**back [45]** 991/12
992/3 992/5
992/23 996/12
1004/24 1006/11
1008/5 1009/6
1012/13 1014/25
1030/10 1040/18
1040/21 1043/24
1049/9 1055/13
1058/13 1059/13
1059/14 1064/6
1064/13 1065/11
1067/4 1067/5
1068/16 1068/19
1083/15 1087/22

1089/21 1090/4
1095/5 1100/12
1100/13 1101/22
1103/15 1105/15
1115/9 1115/21
1115/23 1118/18
1118/21 1119/3
1120/8 1128/8
**back-and-forth [2]**
1115/21 1115/23
**back-channel [1]**
1120/8
**background [3]**
1071/7 1085/11
1104/13
**Baker [53]** 990/14
990/16 991/17
991/24 992/1
992/5 992/23
992/25 993/5
993/20 994/13
994/22 996/13
999/1 1001/21
1004/3 1004/10
1005/17 1008/2
1008/14 1011/11
1012/13 1013/15
1017/13 1018/7
1019/16 1021/9
1024/8 1024/17
1024/18 1026/22
1027/2 1031/16
1031/25 1037/21
1045/23 1064/9
1064/18 1070/15
1073/21 1077/2
1088/24 1091/3
1093/11 1093/19
1094/11 1094/14
1097/4 1099/3
1099/18 1110/10
1113/4 1128/14
**Baker's [1]**
1110/11
**bank [16]** 999/15
999/16 1005/19
1009/22 1040/25
1041/13 1074/13
1079/4 1079/5
1079/7 1079/17
1100/9 1110/19
1116/22 1120/9
1125/20
**Barr [1]** 1104/15

**B**

**based [15]**
1028/13 1043/22
1050/22 1066/13
1066/16 1071/25
1072/23 1080/10
1093/6 1109/3
1109/6 1111/6
1111/8 1127/10
1127/17
**basic [1]** 1099/23
**basically [8]**
992/7 999/22
1000/16 1020/22
1021/17 1085/6
1100/15 1107/10
**basis [4]** 1022/5
1023/10 1024/16
1050/20
**be [80]** 990/13
990/23 991/5
991/11 992/2
993/1 994/11
998/5 1005/5
1005/17 1008/16
1008/23 1009/9
1012/20 1014/23
1016/19 1017/7
1018/1 1019/4
1019/9 1019/11
1019/25 1020/17
1020/23 1022/16
1023/4 1023/20
1024/4 1024/6
1024/10 1027/10
1027/25 1028/3
1030/7 1032/12
1034/4 1034/7
1037/9 1037/12
1040/10 1041/17
1044/10 1044/11
1045/12 1049/13
1049/15 1049/17
1052/16 1054/21
1058/3 1058/20
1059/8 1059/11
1059/12 1062/15
1063/13 1063/23
1072/3 1074/5
1074/24 1077/18
1082/8 1082/10
1082/12 1082/14
1085/3 1087/4
1087/20 1088/6

1090/1 1100/7
1105/20 1113/13
1118/1 1118/4
1120/3 1124/13
1124/21 1125/23
1127/24
**became [1]**
1074/22
**because [56]**
996/6 1000/9
1003/1 1004/7
1005/10 1013/11
1013/20 1015/18
1018/16 1020/21
1024/13 1027/19
1028/18 1028/21
1031/12 1038/19
1043/18 1044/21
1044/23 1048/14
1048/16 1050/15
1053/1 1055/17
1056/13 1057/19
1058/2 1059/3
1066/2 1067/11
1070/19 1071/10
1081/18 1083/14
1083/16 1083/18
1084/25 1085/4
1088/11 1088/25
1089/1 1089/1
1089/2 1091/12
1094/17 1101/17
1102/6 1103/11
1104/23 1106/16
1114/5 1116/10
1117/10 1117/22
1123/19 1127/1
**becoming [1]**
1039/22
**been [47]** 993/3
1001/22 1005/2
1010/4 1010/23
1013/21 1015/1
1016/4 1021/6
1021/14 1023/25
1025/4 1029/19
1029/22 1029/23
1030/14 1049/23
1050/2 1052/9
1052/21 1058/18
1058/22 1060/22
1061/3 1070/6
1071/13 1072/15
1076/14 1079/17

1085/13 1087/21
1087/25 1088/2
1088/4 1089/17
1092/17 1099/10
1101/21 1103/8
1103/18 1111/7
1115/20 1119/22
1120/15 1125/5
1125/8 1126/2
**before [26]** 989/8
992/5 993/5
999/15 999/16
1003/3 1004/6
1016/17 1017/5
1018/7 1025/1
1028/18 1038/9
1046/8 1048/17
1064/10 1064/19
1065/3 1079/20
1087/21 1087/22
1090/22 1097/13
1099/15 1109/4
1109/18
**beg [1]** 1011/1
**began [1]**
1002/12
**beginning [6]**
992/17 1048/23
1058/9 1064/18
1086/13 1120/24
**behalf [41]** 995/6
997/4 999/11
999/12 999/18
1000/14 1000/18
1013/14 1013/17
1014/11 1015/12
1016/7 1018/12
1024/14 1024/15
1026/8 1027/17
1042/15 1042/16
1051/19 1052/3
1052/20 1079/9
1079/14 1079/18
1080/17 1081/12
1081/15 1083/11
1091/5 1091/9
1092/9 1097/4
1111/22 1113/1
1119/11 1121/14
1121/17 1121/22
1122/8 1125/22
**being [31]** 993/14
994/9 996/5 998/6
1002/9 1002/10

1015/18 1018/24
1019/22 1020/22
1021/6 1029/23
1031/15 1037/19
1054/6 1087/17
1091/13 1092/5
1092/21 1094/15
1098/6 1100/9
1102/19 1102/20
1102/21 1116/3
1120/11 1123/3
1123/7
**belief [2]** 994/9
1072/21
**believe [45]**
990/25 994/4
994/15 994/23
998/6 998/15
999/5 1007/4
1007/5 1027/8
1036/5 1038/8
1038/15 1044/14
1045/16 1045/23
1047/8 1048/14
1053/9 1059/14
1062/15 1066/16
1068/15 1071/3
1071/4 1071/6
1078/5 1081/14
1081/16 1083/25
1084/2 1084/19
1084/22 1085/12
1085/13 1087/14
1088/4 1098/2
1098/7 1100/20
1102/14 1106/4
1107/5 1111/6
1124/18
**believed [17]**
1024/16 1030/1
1044/10 1044/13
1049/12 1049/15
1049/17 1085/20
1085/22 1086/6
1123/19 1124/2
1124/7 1124/12
1124/17 1124/21
1124/24
**bell [1]** 1060/20
**Bellovin [8]**
1054/25 1055/1
1055/2 1055/9
1055/21 1113/5

1173/9 1173/21
**below [7]** 1054/11
1054/12 1069/23
1073/7 1076/22
1076/23 1079/8
**Benjamin [2]**
1032/16 1033/12
**BERKOWITZ [4]**
989/17 1027/11
1063/13 1064/14
**best [26]** 992/15
999/9 999/14
999/21 1000/10
1000/23 1000/24
1003/2 1006/25
1007/11 1012/2
1027/11 1044/3
1056/9 1064/15
1068/7 1072/21
1074/15 1077/23
1080/9 1081/17
1091/16 1091/18
1091/25 1093/5
1106/8
**better [4]** 995/19
1043/25 1069/24
1093/20
**between [6]**
1029/6 1029/9
1074/3 1100/8
1120/9 1126/17
**beyond [1]**
1053/4
**big [3]** 1057/2
1062/22 1117/8
**Bill [10]** 1042/7
1057/9 1058/16
1066/5 1075/2
1117/23 1126/12
1126/16 1126/22
1127/3
**Bill Priestap [1]**
1126/22
**Bill's [4]** 1122/1
1123/23 1127/7
1127/15
**bit [7]** 1013/15
1025/11 1033/18
1034/19 1048/10
1120/2 1122/23
**Blaze [7]** 1054/25
1055/2 1055/9
1055/21 1113/5
1113/9 1113/21

**B**

block [1] 1060/7
blow [11] 1032/16
 1032/18 1032/23
 1032/24 1035/4
 1075/14 1078/13
 1078/23 1096/25
 1101/2 1106/22
board [1] 1051/7
body [1] 1023/23
Boenta [4]
 1074/17 1074/18
 1075/5 1076/8
boss [1] 1033/15
BOSWORTH [1]
 989/17
both [7] 1003/6
 1014/25 1087/5
 1087/9 1087/13
 1089/12 1127/3
bottom [5]
 1008/16 1084/11
 1088/18 1106/19
 1114/12
break [4] 1013/15
 1063/14 1063/17
 1071/12
breaking [1]
 1118/4
brief [6] 1007/20
 1042/22 1047/4
 1078/16 1107/25
 1114/17
briefed [1] 1123/8
briefing [7]
 1075/10 1075/20
 1077/25 1080/24
 1081/3 1109/8
 1123/10
briefings [2]
 1001/7 1042/7
briefly [5] 990/2
 1007/11 1065/23
 1099/16 1099/22
bring [8] 991/12
 1006/11 1014/7
 1016/10 1016/10
 1016/11 1063/1
 1064/6
bringing [7]
 999/18 1015/21
 1016/16 1017/19
 1018/11 1057/22
 1080/16

BRITTAIN [1]
 989/13
Brookings [1]
 1033/14
brought [17]
 995/1 995/3
 1002/7 1002/9
 1020/5 1044/13
 1060/15 1060/16
 1061/25 1079/8
 1079/14 1079/17
 1081/11 1090/25
 1091/2 1122/22
 1124/17
building [2]
 1057/2 1057/6
bunch [1] 1043/2
burden [1]
 1087/17
Bureau [9]
 1000/4 1003/23
 1024/14 1044/22
 1045/1 1058/16
 1085/18 1087/21
 1087/22
Bureau's [1]
 1022/12
burger [2] 1021/3
 1021/5
business [5]
 1000/8 1000/12
 1001/2 1014/14
 1022/15

**C**

cabined [1]
 1042/21
calculation [1]
 1040/9
calculus [1]
 1018/13
calendar [2]
 1053/15 1077/7
caliber [1] 1055/6
call [40] 1006/5
 1030/11 1030/14
 1067/25 1068/3
 1068/5 1068/13
 1068/21 1068/21
 1068/24 1069/1
 1069/2 1069/3
 1070/2 1070/3
 1070/9 1070/12
 1070/19 1070/22

1070/24 1070/25
 1071/16 1071/22
 1071/23 1071/25
 1072/1 1072/2
 1072/3 1072/6
 1072/14 1073/6
 1073/13 1073/15
 1073/16 1073/17
 1074/11 1098/14
 1100/13 1110/13
 1110/15
called [16] 999/6
 1015/4 1033/13
 1040/18 1040/21
 1057/9 1065/14
 1067/13 1072/24
 1073/25 1089/21
 1100/20 1105/15
 1110/10 1118/21
 1125/3
calls [4] 1027/21
 1071/20 1072/25
 1103/13
came [15] 993/21
 1000/6 1001/13
 1017/20 1024/8
 1040/13 1040/14
 1050/4 1066/4
 1067/3 1082/21
 1082/25 1099/16
 1099/19 1100/1
campaign [22]
 995/8 995/22
 996/18 996/23
 997/6 997/10
 998/8 998/20
 1010/10 1013/18
 1013/20 1052/10
 1074/4 1083/3
 1084/21 1093/10
 1094/6 1097/5
 1109/10 1121/15
 1126/12 1126/15
can [52] 992/13
 993/6 1004/8
 1004/16 1004/24
 1009/21 1021/20
 1021/21 1021/22
 1023/5 1024/22
 1032/18 1033/18
 1033/18 1035/1
 1035/11 1036/3
 1037/13 1037/22
 1045/21 1046/22

1048/18 1051/8
 1051/10 1056/11
 1061/12 1063/21
 1064/6 1064/24
 1068/5 1069/5
 1070/23 1074/9
 1074/25 1075/14
 1075/22 1077/23
 1077/23 1080/10
 1080/25 1085/14
 1091/25 1098/4
 1106/14 1106/15
 1106/22 1110/24
 1112/6 1114/9
 1128/11
can't [21] 995/9
 995/14 996/14
 1021/20 1032/18
 1033/17 1033/21
 1040/20 1054/11
 1054/13 1070/23
 1080/25 1090/13
 1093/11 1093/16
 1106/6 1109/14
 1109/24 1110/25
 1121/6 1123/23
candidate [1]
 1020/21
cannot [4]
 1021/21 1116/21
 1116/25 1117/12
captioned [1]
 1027/3
care [2] 1011/10
 1026/22
career [2]
 1029/20 1029/21
careful [4] 1030/7
 1082/8 1082/10
 1091/14
carefully [1]
 1020/7
Carl [1] 1075/2
case [39] 1002/19
 1002/21 1003/7
 1003/10 1007/13
 1014/5 1014/8
 1017/14 1020/4
 1027/6 1029/25
 1035/8 1038/16
 1038/17 1041/10
 1042/3 1043/12
 1048/24 1058/17

1058/24 1058/25
 1059/11 1059/12
 1060/22 1062/15
 1063/18 1063/18
 1075/11 1078/1
 1080/3 1080/4
 1100/11 1103/18
 1104/24 1107/5
 1123/3 1128/5
 1128/6 1128/7
case-related [2]
 1075/11 1078/1
cases [1] 1016/24
catch [2] 995/17
 1011/5
CATHERINE [1]
 989/18
cause [3] 1013/6
 1017/25 1041/16
caused [1]
 1087/11
CCR [1] 989/23
cell [1] 999/25
certain [10] 990/9
 991/3 1028/20
 1028/20 1037/15
 1066/18 1107/4
 1110/23 1110/24
 1119/3
certainly [6]
 1015/3 1020/13
 1030/24 1082/3
 1106/20 1117/4
certainty [1]
 1122/7
certify [1] 1129/4
Chadason [1]
 990/17
Chadason's [1]
 991/1
chain [9] 1019/13
 1053/16 1060/6
 1060/16 1061/7
 1066/13 1066/19
 1116/1 1116/6
challenges [2]
 1010/25 1011/3
chance [3]
 1017/1 1070/1
 1078/21
change [2]
 1002/22 1048/7
changed [3]
 1015/19 1015/20

**C**

changed... [1]
1040/9
channel [5]
994/10 1100/12
1100/13 1100/16
1120/8
charged [1]
1029/19
charges [2]
1002/6 1002/9
chart [1]   1011/19
check [4]   1068/15
1069/4 1069/15
1070/9
Chief [2]   1076/25
1077/1
chose [2]
1083/15 1101/8
CHRISTOPHER
[1]   989/8
chronologically
[1]   1074/9
chronology [2]
1075/19 1118/25
CHS [1]   1019/3
circumstances [1]
1091/16
citizen [2]   1084/3
1085/16
claim [1]   1050/20
clarify [2]   1088/9
1088/23
classification [1]
1089/2
classified [6]
1001/23 1028/10
1029/14 1029/15
1089/1 1107/3
clear [11]   1052/16
1061/9 1072/3
1074/5 1074/24
1087/4 1087/20
1088/6 1092/6
1117/7 1126/5
clearly [3]   1000/8
1109/11 1117/7
Cleaves [3]
1075/14 1078/14
1101/3
client [65]   995/1
995/6 997/4
997/14 997/18
997/23 999/12

1000/19 1001/14
1006/6 1006/12
1010/5 1012/15
1012/24 1013/2
1013/14 1014/14
1016/7 1016/19
1021/14 1021/15
1022/14 1024/10
1024/14 1024/15
1042/15 1042/16
1044/18 1045/8
1045/18 1045/25
1047/10 1051/19
1052/4 1070/19
1079/9 1079/14
1079/18 1090/19
1090/25 1091/5
1091/9 1092/10
1097/4 1097/6
1097/17 1097/19
1101/1 1102/7
1102/18 1111/15
1111/16 1111/18
1111/22 1112/2
1112/21 1112/22
1112/23 1113/1
1119/11 1121/14
1121/17 1121/22
1122/8 1125/23
clients [19]
1031/2 1051/15
1069/4 1069/15
1070/2 1070/3
1070/7 1070/9
1070/11 1080/17
1080/20 1081/12
1081/15 1083/11
1100/5 1101/9
1101/25 1102/15
1119/15
Clinton [22]
995/8 995/22
996/18 996/23
997/6 997/9 998/8
998/19 1010/10
1013/17 1013/20
1013/21 1014/9
1014/11 1083/3
1084/21 1093/9
1094/5 1097/5
1121/15 1126/8
1126/12
close [5]   990/21
1003/9 1033/2

1005/13 1008/7
closed [6]   1002/8
1003/7 1003/15
1013/24 1029/11
1031/24
CNN [3]   1034/3
1034/15 1034/15
code [3]   1015/5
1074/2 1104/16
Coie [10]   1005/18
1012/10 1012/11
1052/24 1086/15
1095/15 1096/3
1097/2 1097/22
1098/6
collect [4]   1022/7
1022/23 1023/11
1042/1
colloquy [1]
1063/3
COLUMBIA [2]
989/1 1003/12
combination [1]
1121/24
come [20]   999/12
1002/12 1002/15
1009/23 1013/16
1014/12 1017/2
1017/6 1019/13
1021/18 1032/9
1050/6 1050/12
1057/7 1057/10
1061/23 1083/25
1099/25 1111/25
1112/1
comes [6]
1019/20 1023/5
1023/17 1064/10
1085/2 1085/16
Comey [5]   1014/1
1076/23 1077/1
1092/5 1092/21
coming [15]
998/5 1000/18
1014/14 1015/1
1015/11 1015/12
1015/15 1016/7
1022/13 1022/14
1024/13 1044/17
1062/25 1063/1
1067/10
comments [1]
1004/6
commit [1]

committed [2]
1019/22 1087/25
committee [6]
995/23 1084/21
1094/6 1099/21
1101/6 1119/23
common [2]
1015/23 1016/1
communicate [3]
1034/20 1034/21
1100/16
communicated
[1]   1107/14
communications
[4]   994/10
1016/21 1100/14
1120/9
communications-
related [1]
1016/21
company [6]
999/6 1000/3
1000/5 1000/13
1010/24 1014/24
completed [2]
1013/25 1087/23
completely [2]
1103/2 1103/3
complicated [1]
1120/3
component [1]
1019/6
Computer [1]
1079/4
computers [1]
1123/9
concealed [1]
1120/6
concept [1]
1018/7
concern [2]
1020/16 1083/24
concerned [4]
1001/13 1032/6
1032/8 1032/11
concerns [4]
999/22 1000/5
1001/17 1089/2
conclude [2]
1070/12 1070/22
concluded [3]
1058/16 1087/24
1128/20

conclusion [1]
1070/18
conduct [7]
1013/8 1016/14
1028/9 1037/2
1037/6 1038/3
1040/3
conducted [1]
994/9
conducting [4]
1043/21 1050/16
1104/14 1108/7
conference [1]
1007/6
conferences [2]
1007/10 1007/10
conferred [1]
991/17
confidence [5]
1013/11 1044/24
1062/16 1066/10
1069/16
confident [7]
1005/8 1056/17
1056/18 1066/14
1066/20 1070/5
1070/13
confidential [8]
1018/8 1018/12
1018/17 1018/23
1019/3 1019/8
1059/5 1117/10
confirmed [1]
1076/4
confuse [1]
1075/3
confused [1]
997/15
congratulating [1]
1012/5
Congratulations
[2]   1010/22
1035/18
Congress [7]
993/5 1028/18
1043/14 1082/5
1082/7 1090/14
1094/25
congressional [5]
993/1 1006/14
1081/20 1081/21
1119/12
Congressman [1]
994/3

**C**

**connect [1]**
1007/14
**connected [3]**
1079/4 1079/6
1102/11
**connection [18]**
1001/3 1002/13
1012/7 1015/15
1024/4 1029/25
1037/8 1038/17
1048/4 1052/10
1052/22 1068/13
1070/11 1097/5
1100/7 1103/23
1107/4 1109/10
**considerably [1]**
1020/20
**considered [1]**
1085/3
**consistent [2]**
993/14 1053/21
**Constitution [1]**
989/24
**construed [1]**
1085/19
**CONT'D [1]** 992/1
**contact [3]**
1003/22 1074/14
1128/6
**contacted [3]**
1004/4 1119/22
1121/9
**contacts [1]**
1123/11
**contaminated [1]**
1017/7
**contemplating [1]**
1000/2
**context [4]**
994/23 1000/17
1000/21 1124/10
**contexts [3]**
996/25 997/1
998/21
**continuation [1]**
990/15
**continue [2]**
1027/9 1099/9
**continued [3]**
1003/22 1009/23
1086/18
**continues [1]**
1012/11

**contract [3]**
999/23 1000/3
1000/9
**contradicts [1]**
1097/12
**contrary [1]**
1081/13
**controlled [1]**
1100/10
**convenience [1]**
1027/8
**convening [1]**
992/12
**conversation [16]**
1065/16 1065/18
1065/24 1065/25
1066/1 1066/11
1066/22 1066/23
1066/25 1067/3
1068/18 1114/18
1120/24 1122/2
1125/20 1126/16
**conversations [4]**
1041/7 1041/10
1099/15 1099/16
**conveyed [2]**
996/6 1094/16
**conveying [1]**
1013/2
**conviction [1]**
1111/2
**COOPER [1]**
989/8
**cooperate [1]**
1034/23
**cooperation [1]**
1034/11
**cordial [2]**
1039/20 1068/21
**correct [245]**
**corrupt [1]**
1103/1
**corruption [1]**
1023/25
**could [47]** 993/3
993/17 994/1
995/19 996/2
1003/25 1007/23
1010/15 1014/25
1017/24 1022/13
1022/15 1024/6
1029/4 1029/19
1034/24 1035/4
1037/17 1050/25

1057/8 1057/9
1057/13 1057/16
1071/6 1078/13
1078/23 1082/8
1082/10 1082/12
1082/14 1082/20
1084/24 1086/24
1091/18 1093/19
1094/11 1096/23
1096/25 1098/19
1099/16 1103/8
1105/12 1105/20
1112/4 1120/22
1124/4 1127/24
**couldn't [3]**
1068/16 1072/15
1098/16
**counsel [16]**
999/11 1014/23
1015/24 1027/2
1027/4 1029/4
1032/1 1036/16
1037/2 1038/1
1057/12 1074/22
1077/4 1088/24
1092/11 1097/4
**counsel's [2]**
989/13 1002/11
**country [1]**
1019/21 1085/9
**coupe [1]** 1006/2
**couple [5]** 1048/1
1049/23 1051/6
1095/18 1097/13
**course [1]** 1020/1
**court [9]** 989/1
989/23 989/23
1026/25 1051/24
1057/3 1063/22
1129/3 1129/10
**courtesy [1]**
1027/7
**Courthouse [1]**
989/24
**courtroom [4]**
991/25 1063/20
1064/12 1128/10
**cover [5]** 993/6
1024/20 1034/4
1059/16 1098/19
**covert [1]** 994/10
**COVID [1]** 1129/9
**COVID-19 [1]**
1129/9

**CRC [1]** 989/3
**credibility [7]**
1020/3 1020/13
1020/14 1022/11
1023/12 1024/4
1024/5
**credible [9]**
1022/3 1044/15
1049/15 1085/4
1124/3 1124/8
1124/18 1124/22
1124/24
**crime [14]**
1016/24 1019/21
1022/6 1022/6
1022/22 1023/11
1029/23 1049/6
1082/7 1084/5
1085/13 1085/14
1085/21 1090/13
**criminal [9]** 989/2
1027/25 1028/3
1028/9 1028/23
1028/24 1087/18
1087/25 1105/5
**critical [1]**
1095/24
**criticized [1]**
1006/1
**cross [2]** 1024/18
1065/2
**cross-examinatio
n [2]** 1024/18
1065/2
**crosses [1]** 991/5
**Crossfire [6]**
1015/4 1015/5
1015/8 1073/25
1074/5 1076/13
**current [2]**
1011/9 1011/21
**custody [9]**
1053/16 1060/3
1060/6 1060/16
1061/7 1066/2
1066/19 1116/1
1116/7
**cyber [19]** 994/19
998/22 998/23
1017/20 1017/23
1024/4 1031/1
1041/19 1053/22
1053/24 1054/12

1054/13 1054/22
1055/4 1055/5
1100/6 1113/22
1122/21 1122/22
**cybersecurity [4]**
1102/5 1102/7
1102/15 1119/15

**D**

**D.C [1]** 1007/6
**DAG [2]** 1078/16
1081/2
**damage [1]**
1025/24
**Dan [1]** 1027/16
**Dana [8]** 1074/17
1074/18 1074/21
1074/23 1075/5
1075/11 1076/8
1077/25
**Daniel [2]**
1026/22 1035/4
**data [10]** 1016/20
1016/21 1016/21
1016/22 1017/1
1017/15 1053/25
1066/16 1067/10
1067/11
**date [19]** 993/7
1005/4 1006/4
1008/10 1033/19
1033/20 1033/23
1047/23 1048/6
1048/15 1050/25
1098/16 1111/9
1119/6 1119/8
1121/19 1122/11
1123/8 1129/14
**dated [1]** 1004/1
**dates [6]** 1025/17
1040/20 1086/12
1095/5 1104/9
1119/1
**day [22]** 990/14
990/21 993/24
1005/25 1034/10
1037/9 1037/9
1045/19 1046/1
1047/1 1047/11
1048/10 1064/16
1071/16 1088/10
1095/3 1096/14
1100/23 1102/10
1103/3 1105/1

**D**

day... [1] 1128/4
day-to-day [1]
1037/9
days [3] 1006/25
1054/8 1068/1
DC [2] 989/14
989/25
dead [1] 1023/22
deal [6] 996/9
1018/23 1019/12
1019/23 1062/22
1094/19
dealt [2] 1018/24
1019/4
Dear [1] 1027/2
debriefing [1]
1075/5
deceive [1]
1103/7
deceiving [1]
1101/17
December [1]
1031/21
decided [5] 992/9
1003/9 1014/20
1014/21 1045/2
decision [8]
1000/15 1013/13
1044/18 1044/20
1045/8 1045/19
1046/1 1047/10
decisions [5]
1021/15 1022/16
1026/10 1027/15
1027/17
declassified [2]
1107/4 1107/5
declined [1]
1088/7
decrease [1]
1023/19
deducing [1]
1073/17
deeply [2] 1013/6
1092/15
DeFelippis [1]
1119/20
Defendant [2]
989/6 989/17
defense [14]
990/18 991/1
991/6 991/16
1026/19 1027/9

1027/11 1033/8
1035/2 1035/16
1064/5 1075/15
1078/8 1078/12
Defense's [1]
1064/2
DeFILIPPIS [25]
989/12 992/20
1030/23 1038/13
1043/8 1045/13
1047/7 1072/10
1081/24 1082/17
1096/24 1099/7
1106/5 1108/3
1108/23 1109/20
1110/7 1111/13
1112/19 1113/4
1113/7 1113/25
1115/2 1119/2
1124/6
DeFilippis' [1]
1026/4
delay [1] 1057/16
delayed [1]
1017/11
delegated [2]
1026/10 1027/15
Democrat [1]
1085/1
Democratic [3]
995/23 1084/20
1094/6
denying [2]
1110/5 1110/6
department [12]
1003/8 1028/9
1029/12 1074/20
1076/1 1076/15
1077/15 1085/18
1088/4 1088/6
1089/5 1104/25
depending [6]
1012/23 1013/2
1014/19 1014/22
1016/18 1021/22
depends [5]
1023/21 1030/20
1092/4 1092/6
1092/8
deposition [1]
1040/3
Deputy [7]
1003/13 1003/14
1075/23 1076/12

1076/20 1077/10
1077/11
describe [5]
991/19 1021/17
1087/16 1099/16
1102/11
described [4]
1041/25 1043/24
1100/6 1100/9
despite [1]
1098/6
detail [2] 1038/22
1090/5
detailed [1]
1011/19
details [1] 994/20
determined [2]
1103/7 1127/23
Devaney [1]
1097/20
Devaney's [1]
1096/14
did [135] 994/12
994/17 995/7
995/15 996/23
997/5 997/7
997/12 997/16
997/18 998/1
998/6 998/7
1000/17 1001/18
1002/12 1002/15
1002/17 1002/22
1004/10 1005/6
1006/5 1006/10
1007/14 1009/13
1009/15 1012/7
1014/4 1015/25
1016/15 1017/1
1024/9 1027/12
1027/18 1028/20
1030/10 1034/9
1037/24 1038/6
1039/10 1039/17
1039/25 1040/17
1041/15 1041/18
1041/24 1043/13
1043/24 1044/9
1044/20 1045/8
1048/7 1048/17
1048/19 1052/8
1052/11 1052/14
1052/24 1054/2
1054/16 1054/22
1055/8 1056/14

1058/8 1059/1
1059/14 1060/17
1061/23 1062/14
1062/18 1062/18
1062/23 1067/1
1067/2 1068/3
1068/6 1068/6
1068/14 1069/13
1070/12 1070/20
1070/21 1071/8
1071/9 1071/10
1076/6 1077/13
1077/16 1082/23
1083/13 1083/22
1083/23 1083/24
1084/2 1084/6
1084/20 1085/23
1086/1 1086/24
1090/4 1091/11
1093/8 1093/17
1096/4 1097/18
1102/14 1102/25
1103/15 1104/8
1104/8 1108/17
1109/21 1109/21
1111/14 1111/16
1111/17 1111/17
1112/2 1112/19
1112/20 1112/21
1112/22 1112/23
1117/9 1117/12
1118/14 1119/2
1121/14 1123/24
1124/18 1125/14
1126/21 1126/24
1127/17 1127/22
didn't [74] 991/10
991/11 995/16
995/25 998/10
998/11 998/12
998/14 1006/17
1009/15 1009/25
1017/25 1018/5
1029/5 1030/5
1030/8 1030/9
1030/11 1030/13
1030/13 1034/3
1039/8 1039/12
1039/17 1040/2
1040/15 1040/24
1041/12 1041/14
1041/16 1041/19
1042/10 1043/25
1044/8 1044/14

1044/18 1046/16
1047/8 1048/11
1056/1 1056/8
1056/13 1056/19
1057/18 1057/19
1058/1 1058/4
1058/5 1058/6
1058/7 1058/18
1064/1 1066/25
1069/13 1070/22
1072/2 1074/12
1080/20 1083/9
1083/12 1083/14
1085/24 1091/8
1091/9 1093/22
1096/7 1097/9
1111/21 1111/25
1112/1 1112/25
1117/4 1117/12
1126/24
differ [1] 1002/22
different [14]
998/6 1005/24
1009/16 1013/12
1013/13 1021/7
1030/22 1030/24
1047/25 1050/3
1073/3 1091/13
1114/22 1115/19
differently [1]
1020/9
difficult [5]
1030/18 1030/19
1048/10 1110/18
1110/24
digging [1]
1011/25
dimensions [1]
1012/20
dinner [1]
1006/25
direct [2] 992/1
1057/18
directly [4]
1015/24 1030/10
1037/1 1105/16
Director [4]
1014/1 1030/2
1076/20 1076/25
directs [1] 991/4
disagree [1]
1045/10
disclose [2]
1000/17 1060/17

**D**

**disclosure [4]**
1019/2 1028/10
1029/17 1119/21
**discounted [1]**
1085/3
**discovery [2]**
1043/11 1043/11
**discuss [2]**
1027/5 1128/14
**discussed [3]**
991/17 1056/10
1109/9
**discussing [2]**
1021/14 1068/12
**discussion [7]**
1009/3 1010/9
1063/2 1063/3
1115/19 1115/24
1120/5
**discussions [3]**
1010/3 1063/17
1128/5
**dismiss [1]**
1128/3
**dismissed [1]**
1063/23
**disorderly [1]**
1115/24
**DISTRICT [4]**
989/1 989/1 989/9
1003/11
**division [1]**
1088/2
**DNC [28]** 995/8
996/18 996/22
997/9 998/8
998/19 998/23
1010/10 1052/10
1052/15 1052/25
1053/6 1083/2
1093/9 1093/25
1097/5 1108/19
1108/25 1109/9
1109/22 1123/9
1123/11 1123/15
1126/6 1126/8
1126/12 1126/15
1126/20
**do [125]** 992/15
993/20 994/2
996/18 998/22
998/23 999/4
999/7 999/22

999/24 1004/14
1007/17 1008/19
1010/19 1011/6
1011/16 1016/9
1018/23 1022/20
1022/25 1024/1
1025/3 1025/5
1025/24 1031/11
1033/5 1033/20
1034/14 1034/18
1035/22 1037/19
1040/17 1042/10
1045/11 1045/16
1046/16 1050/7
1051/22 1051/23
1055/23 1056/2
1056/22 1058/4
1058/5 1059/11
1060/19 1062/16
1063/6 1064/15
1064/21 1069/9
1070/22 1071/8
1071/9 1071/10
1071/18 1071/23
1073/6 1074/8
1074/16 1075/7
1075/20 1078/21
1079/10 1079/12
1079/15 1079/16
1080/15 1080/19
1080/22 1081/5
1081/25 1083/9
1084/5 1085/5
1085/10 1085/14
1093/24 1096/20
1097/7 1097/8
1097/14 1098/21
1099/2 1099/4
1104/11 1104/18
1105/8 1105/21
1108/16 1108/22
1110/1 1110/7
1111/13 1111/18
1113/7 1113/11
1115/4 1116/3
1116/14 1116/21
1117/1 1117/3
1118/19 1118/21
1119/5 1119/6
1119/19 1119/23
1119/25 1120/11
1120/14 1120/18
1120/21 1120/23
1121/2 1121/2

1122/24 1123/13
1124/14 1124/16
1124/20 1125/17
**doctor's [1]**
1054/9
**document [13]**
1053/16 1060/5
1060/6 1060/16
1066/3 1066/19
1098/20 1107/10
1107/11 1110/3
1110/4 1112/4
1116/8
**documentation
[1]** 1117/20
**documents [4]**
1053/18 1053/20
1080/10 1115/10
**does [14]** 999/1
1014/18 1023/15
1045/23 1047/6
1060/21 1081/9
1088/7 1105/19
1107/6 1107/14
1108/2 1114/19
1114/20
**doesn't [3]**
1021/2 1106/23
1124/4
**doing [12]**
1001/15 1010/4
1010/9 1013/17
1038/13 1062/24
1081/8 1085/20
1087/12 1091/18
1091/25 1118/6
**DOJ [1]** 1124/12
**don't [160]**
**Donald [3]** 1020/5
1020/6 1100/8
**done [9]** 1006/12
1010/12 1016/17
1017/4 1020/8
1037/16 1037/18
1038/16 1084/23
**down [14]**
1013/15 1033/18
1036/3 1047/15
1052/15 1054/21
1056/13 1063/21
1064/14 1078/25
1098/4 1100/21
1117/24 1128/11

**drive [1]** 1060/3
**drives [3]** 1039/5
1060/2 1060/9
**Durham [39]**
1002/4 1002/18
1003/6 1028/6
1028/8 1032/1
1032/9 1032/13
1034/5 1034/8
1034/10 1034/24
1035/25 1043/21
1087/19 1087/23
1088/12 1089/8
1089/11 1089/11
1089/13 1103/23
1105/1 1106/3
1108/3 1108/7
1108/23 1109/20
1110/8 1111/14
1112/19 1113/8
1113/25 1115/2
1119/2 1119/20
1124/6 1127/12
1127/20
**Durham's [1]**
1104/14
**during [9]** 993/21
1009/20 1010/3
1041/11 1113/8
1116/20 1120/5
1121/3 1129/8
**DX [4]** 1026/13
1026/13 1075/13
1078/8
**DX-108 [1]**
1026/13
**DX-558 [1]** 1078/8
**DX-559 [1]**
1075/13
**DX-808 [1]**
1026/13

**E**

**each [1]** 1100/16
**ear [1]** 1091/23
**earlier [28]**
996/12 998/20
1001/21 1005/21
1006/16 1016/1
1020/19 1020/21
1021/4 1030/1
1037/1 1041/25
1043/22 1043/24
1049/23 1059/4

1059/15 1060/5
1067/15 1071/24
1091/17 1092/17
1102/19 1103/25
1104/4 1104/10
1110/23 1117/9
**early [4]** 992/13
993/6 1104/12
1104/18
**eating [1]**
1024/25
**EDGAR [1]**
989/12
**editor [1]** 1096/15
**effect [3]** 1051/20
1051/21 1072/12
**effort [1]** 994/8
1000/22 1021/7
**either [13]** 991/4
1018/11 1025/3
1030/12 1037/5
1040/3 1070/13
1070/22 1084/5
1085/21 1096/5
1097/5 1100/20
**elaborate [1]**
998/14
**election [2]**
1020/5 1099/15
**electronic [1]**
1100/13
**element [1]**
1089/25
**elephant [1]**
1051/13
**elicit [1]** 1115/17
**else [16]** 991/22
998/14 1009/18
1009/18 1009/24
1011/22 1012/23
1016/10 1022/24
1048/18 1060/16
1068/11 1069/1
1078/2 1085/12
1087/16
**else's [1]** 1081/9
**elsewhere [2]**
1011/22 1102/23
**email [2]** 1011/21
1014/9
**emails [1]**
1013/22
**emergencies [1]**
990/8

**E**

employees [2]
991/2 1120/6
employer [1]
1011/9
enables [1]
1020/23
end [3] 990/14
990/21 1099/9
ended [1] 1087/2
engage [1]
1016/24
enjoy [1] 1006/24
enough [2]
1023/4 1124/24
entered [2]
991/25 1064/12
entire [1] 1070/5
entities [2]
1052/22 1109/15
entitled [1]
1129/6
entries [2]
1053/15 1053/16
environment [2]
1082/11 1115/13
equal [1] 1027/19
Eric [3] 1072/7
1073/19 1074/12
especially [2]
1010/22 1066/19
ESQ [7] 989/12
989/12 989/13
989/17 989/17
989/18 989/18
essentially [5]
1067/10 1070/25
1107/13 1111/25
1112/1
establish [1]
1008/10
estimation [1]
1021/1
ethical [5]
1044/11 1049/13
1077/18 1086/19
1124/13
evaluate [3]
1039/12 1067/9
1067/11
evaluated [1]
1001/17
even [12] 1006/1
1006/11 1030/13

1058/12 1058/6
1058/7 1095/25
1102/19 1102/25
1104/17 1108/11
1110/2
evening [1]
1128/4
event [8] 1007/6
1049/24 1050/4
1092/4 1092/19
1092/21 1092/23
1103/3
events [5]
1003/17 1027/5
1031/5 1080/12
1092/2
eventually [5]
1002/8 1003/8
1014/4 1072/17
1074/21
ever [7] 1006/5
1043/13 1056/10
1058/11 1062/9
1070/10 1126/22
every [2] 1048/23
1105/1
everybody [6]
1014/4 1059/24
1082/1 1085/9
1104/7 1106/6
everyone [2]
992/11 1051/10
everything [1]
1110/14
evidence [21]
1015/24 1017/14
1026/14 1033/8
1035/11 1035/12
1038/20 1039/17
1058/3 1061/13
1067/18 1075/15
1078/8 1080/11
1083/1 1083/23
1085/12 1085/16
1085/21 1086/6
1100/2
evolved [2]
1042/23 1109/6
exact [3] 1025/17
1090/13 1118/25
exactly [7]
1015/18 1028/12
1043/11 1109/1
1109/12 1111/11

mine [23]
Exam [2] 1014/9
1014/10
examination [3]
992/1 1024/18
1065/2
examine [1]
1016/14
example [6]
1014/23 1020/4
1043/20 1050/10
1057/10 1092/5
excerpt [2]
992/25 1019/19
exchange [5]
997/16 998/1
1003/20 1007/20
1009/6
exchanges [1]
1011/12
exchanging [1]
1024/2
excuse [6] 995/12
1008/21 1016/23
1040/7 1071/3
1101/20
executive [2]
1072/1 1072/19
exhibit [21] 993/4
993/11 993/16
1003/21 1026/19
1033/8 1035/3
1035/16 1061/8
1061/14 1064/2
1064/5 1067/17
1075/15 1078/9
1078/12 1078/20
1082/18 1082/19
1088/16 1095/7
existence [1]
1021/15
exited [2]
1063/20 1128/10
expected [3]
1032/11 1032/12
1034/7
experience [1]
1091/20
expert [3] 996/1
1018/2 1094/10
experts [15]
994/19 1017/20
1041/19 1053/22
1053/24 1054/12

1054/14 1054/24
1055/5 1055/6
1055/24 1102/5
1102/7 1102/15
1113/22
explain [6]
994/21 1071/3
1071/5 1075/22
1084/24 1110/25
explained [3]
994/18 1066/13
1117/9
explaining [2]
1105/8 1105/10
exploring [1]
1031/11
expressing [1]
996/21
extended [3]
990/10 1063/3
1063/3
extent [9] 1013/7
1019/16 1021/13
1038/21 1039/19
1042/3 1059/6
1068/20 1068/23
extra [1] 1071/6
eyes [1] 1033/21

**F**

facility [1] 1115/4
fact [27] 997/13
997/18 1002/15
1006/12 1009/13
1020/23 1028/8
1029/25 1035/24
1039/14 1039/19
1044/17 1045/6
1045/16 1045/23
1046/13 1047/8
1050/14 1081/10
1098/25 1104/15
1104/19 1113/16
1117/19 1117/24
1125/5 1127/18
factor [3] 1044/18
1044/20 1045/8
factored [3]
1045/18 1045/25
1047/10
factors [1]
1021/13
facts [5] 1022/3
1022/3 1022/10

1022/12 1023/2
factual [7] 996/5
1021/22 1021/23
1022/5 1023/10
1040/16 1094/16
fair [6] 1003/22
1017/13 1028/17
1040/24 1106/20
1121/21
false [7] 1049/6
1082/7 1090/12
1090/14 1090/16
1108/13 1127/24
familiar [3]
1021/9 1105/19
1107/3
family [3] 990/8
1011/10 1011/15
far [2] 1003/15
1009/21
Farley [1] 1108/4
fashion [1]
1109/10
fast [2] 1074/8
1074/9
FBI [66] 999/11
1000/14 1001/8
1001/25 1013/22
1017/3 1018/8
1018/20 1019/14
1019/20 1019/25
1021/5 1021/20
1021/20 1023/7
1036/16 1038/2
1038/4 1038/5
1041/9 1046/12
1047/1 1047/7
1048/23 1049/7
1050/12 1056/25
1057/12 1057/23
1058/11 1062/19
1063/7 1063/11
1074/2 1074/23
1076/16 1076/21
1076/21 1077/1
1077/4 1079/3
1079/9 1079/14
1079/18 1081/1
1081/7 1081/11
1084/4 1085/8
1088/1 1088/2
1097/4 1104/24
1105/13 1105/25
1107/13 1107/16

# F

**FBI... [9]** 1108/3
1109/8 1109/19
1115/3 1115/7
1117/19 1120/6
1124/25 1127/3
**FBI's [5]** 1003/5
1015/6 1017/6
1019/17 1075/6
**February [2]**
1044/2 1104/7
**federal [1]** 1022/6
**feel [1]** 1064/9
**fellow [1]** 1033/14
**felt [1]** 1048/16
**few [1]** 992/6
**field [2]** 1019/5
1019/12
**fifteen [1]**
1066/24
**fifth [1]** 1046/24
**figure [1]** 1008/5
**figured [1]**
1072/17
**file [1]** 1058/24
**files [1]** 1017/6
**final [1]** 1011/11
**finalizing [1]**
990/15
**finally [7]** 1003/8
1003/9 1003/13
1008/15 1010/15
1011/23 1124/24
**find [4]** 995/21
1059/2 1086/18
1094/4
**fine [2]** 996/11
1094/21
**finish [1]** 1011/17
**fired [2]** 1092/5
1092/21
**firm [5]** 1004/6
1035/8 1052/25
1086/15 1086/22
**firming [1]** 1008/8
**first [29]** 993/5
994/11 995/4
997/2 1003/2
1005/16 1014/6
1014/16 1026/1
1038/20 1042/25
1045/21 1062/9
1072/14 1079/25
1091/3 1095/12

1102/20 1105/4
1105/7 1105/7
1106/13 1113/3
1116/17 1119/16
1121/7 1121/12
1123/6 1125/20
**five [8]** 1006/20
1031/9 1054/8
1069/25 1070/16
1070/17 1080/13
1110/22
**flawed [1]**
1020/24
**fleeting [1]**
1007/18
**flipped [1]** 1039/9
**focus [9]** 993/11
1078/18 1082/20
1092/13 1101/1
1102/13 1102/24
1112/13 1116/14
**focused [6]**
1092/10 1102/18
1103/4 1103/4
1105/15 1105/16
**Focusing [1]**
1066/4
**folks [6]** 1014/10
1045/12 1045/12
1055/6 1056/3
1127/18
**follow [5]**
1040/15 1040/15
1073/6 1101/23
1103/13
**follow-up [4]**
1040/15 1073/6
1101/23 1103/13
**followed [1]**
1058/12
**following [4]**
1018/25 1037/20
1037/20 1121/25
**foregoing [1]**
1129/4
**foreign [6]** 1000/3
1000/5 1000/13
1022/7 1022/23
1023/12
**form [12]** 1060/23
1061/7 1061/16
1061/18 1061/23
1061/25 1062/13
1063/1 1099/24

1101/16 1116/7
1116/7
**formal [1]** 1018/8
**former [5]** 1005/6
1005/12 1013/21
1033/15 1124/12
**forms [1]** 1062/9
**formulated [1]**
1092/14
**forth [5]** 1008/5
1009/6 1103/1
1115/21 1115/23
**forward [6]** 990/5
1011/7 1024/16
1074/8 1074/10
1098/11
**found [7]** 1009/17
1048/6 1048/15
1048/17 1077/18
1118/1 1124/21
**four [4]** 1036/9
1036/9 1063/19
1071/22
**four-minute [1]**
1071/22
**fourth [1]**
1046/24
**Fox [2]** 1004/4
1102/22
**framed [1]** 1041/8
**framework [1]**
1021/10
**free [1]** 1064/9
**Freedman [1]**
1079/6
**Friday [2]** 1011/9
1054/6
**Fridays [3]**
991/10 991/12
992/12
**friend [4]** 1025/22
1027/20 1033/15
1044/23
**friendly [3]**
1004/12 1005/8
1068/21
**front [2]** 1109/15
1112/3
**full [9]** 990/21
1021/11 1022/1
1022/4 1023/1
1023/8 1023/19
1085/10 1119/21
**fun [2]** 1010/24

**funny [1]** 1055/12
**Furhman [1]**
1108/3
**further [9]** 1002/9
1003/7 1009/3
1032/13 1034/7
1088/3 1123/7
1123/14 1125/10
**future [1]** 1096/15
**FYI [1]** 1004/8

# G

**Gaddis [1]** 1075/2
**gallery [1]**
1051/10
**game [1]** 1071/7
**gathering [1]**
1062/12
**Gauhar [5]**
1075/3 1075/4
1075/5 1077/7
1077/13
**Gauhar's [2]**
1078/21 1119/10
**gave [15]** 995/2
1001/5 1004/6
1013/6 1038/10
1040/21 1060/8
1060/9 1060/15
1069/20 1072/7
1082/4 1091/2
1117/14 1125/4
**general [27]**
999/11 1003/12
1003/13 1003/14
1009/23 1014/22
1015/23 1021/18
1021/19 1031/17
1036/16 1037/2
1038/1 1057/12
1074/17 1074/22
1075/23 1076/2
1076/3 1077/4
1077/11 1077/12
1085/17 1089/7
1097/4 1104/15
1123/4
**general's [3]**
1076/9 1076/11
1076/12
**generally [3]**
1012/3 1108/6
1119/6

**generated [1]**
1055/5
**gentleman [1]**
1025/22
**gentlemen [6]**
992/3 1051/9
1063/17 1064/13
1118/7 1128/3
**get [34]** 990/10
990/24 991/18
992/5 992/12
994/12 996/7
1024/21 1034/4
1036/2 1038/22
1039/5 1039/14
1040/10 1043/8
1051/7 1057/7
1058/2 1059/8
1059/9 1062/14
1065/9 1065/10
1066/7 1067/4
1068/19 1071/6
1084/14 1094/17
1094/18 1100/21
1108/15 1125/3
1126/7
**getting [8]**
1005/24 1006/24
1009/12 1010/22
1012/5 1029/14
1049/7 1065/12
**give [13]** 995/19
1017/22 1027/19
1037/24 1038/6
1040/19 1050/5
1059/19 1069/5
1082/24 1086/1
1093/19 1124/10
**given [3]** 1058/24
1089/25 1100/25
**giving [7]** 1000/3
1023/13 1037/20
1040/8 1080/9
1081/2 1125/17
**go [28]** 992/6
994/16 996/10
998/14 1003/11
1003/25 1004/22
1007/9 1009/1
1010/15 1012/13
1024/22 1033/18
1033/24 1059/16
1073/10 1082/20
1084/15 1090/4

1142

**G**

**go... [9]** 1094/20 1095/5 1098/20 1099/8 1099/18 1100/24 1101/22 1103/15 1119/2
**God [1]** 1102/25
**goes [1]** 990/14
**going [37]** 990/5 990/23 991/12 992/25 996/12 1000/13 1001/24 1011/16 1012/3 1012/21 1016/9 1019/22 1019/23 1020/16 1024/4 1024/22 1024/22 1030/7 1031/11 1034/15 1042/8 1050/6 1051/7 1051/22 1053/15 1071/13 1073/23 1074/8 1074/8 1074/9 1078/20 1079/2 1081/3 1081/25 1118/7 1118/9 1128/2
**gone [2]** 1066/5 1099/20
**good [10]** 992/16 1010/21 1010/25 1011/3 1011/22 1024/21 1034/3 1063/13 1118/4 1118/9
**goodness [2]** 995/2 1091/1
**got [29]** 991/14 995/24 995/25 995/25 996/1 998/25 1005/22 1005/23 1009/17 1024/20 1040/13 1040/14 1042/7 1051/3 1051/5 1054/14 1060/4 1060/24 1062/20 1066/5 1079/4 1080/20 1094/7 1094/8 1094/9 1094/9 1100/22 1119/11 1119/12
**gotcha [1]** 1107/22

**gotten [2]** 1057/13 1057/16
**governed [1]** 1048/20
**government [7]** 990/17 993/10 1000/1 1000/2 1000/15 1044/1 1082/18
**Government's [8]** 993/4 993/11 993/16 1003/20 1061/8 1067/17 1082/19 1095/7
**governmental [1]** 1099/11
**grand [1]** 1037/19
**great [4]** 1010/24 1011/2 1051/8 1128/8
**greater [1]** 1022/9
**ground [1]** 1024/20
**grounds [1]** 1029/2
**group [1]** 1097/6
**guess [6]** 999/8 1053/2 1062/17 1084/13 1084/18 1125/8
**guessing [1]** 1103/17
**guidelines [2]** 1021/18 1021/19
**guy [4]** 995/22 1076/21 1081/7 1094/5

**H**

**ha [1]** 1109/16
**hack [8]** 1052/11 1052/15 1052/22 1053/4 1053/8 1094/1 1109/11 1123/15
**hacks [1]** 1126/17
**had [135]** 992/4 994/18 994/19 994/19 995/9 995/13 996/14 999/12 999/22 999/23 999/24 1000/8 1000/11 1001/14 1003/7

1003/9 1003/11 1005/9 1006/1 1009/18 1010/4 1010/12 1011/25 1012/9 1013/11 1013/13 1013/16 1013/21 1013/24 1013/25 1013/25 1014/13 1014/25 1015/6 1015/14 1016/3 1017/1 1017/14 1020/20 1023/25 1024/9 1030/12 1031/1 1036/6 1041/6 1041/9 1042/6 1044/24 1044/25 1049/20 1049/23 1050/8 1052/9 1052/21 1053/5 1054/3 1054/10 1054/14 1054/24 1055/5 1055/9 1055/21 1055/24 1056/3 1057/7 1057/25 1058/16 1058/18 1061/3 1062/13 1064/19 1065/16 1066/5 1070/7 1070/8 1070/10 1071/3 1071/16 1072/24 1075/10 1076/9 1077/14 1077/14 1077/20 1079/13 1079/17 1084/5 1085/20 1086/4 1087/17 1087/21 1087/23 1087/23 1087/24 1087/25 1087/25 1088/1 1088/4 1088/6 1093/11 1093/14 1095/23 1097/16 1097/17 1097/25 1099/10 1100/2 1100/25 1101/17 1101/24 1102/19 1103/6 1103/12 1103/18 1104/5 1104/17 1105/21 1109/1 1112/2 1113/10 1113/25

1117/22 1118/15 1119/22 1120/4 1120/5 1123/19 1125/2 1127/18 1127/19 1127/23
**half [1]** 1025/20
**hand [1]** 1091/23
**handed [2]** 1040/12 1060/2
**handing [1]** 1042/4
**handler [4]** 1018/18 1019/5 1019/5 1019/12
**handling [1]** 1018/22
**hands [3]** 996/8 1094/18 1100/22
**handwriting [3]** 1051/8 1054/9 1078/21
**hanging [1]** 1087/12
**happen [1]** 1056/1
**happened [10]** 1030/11 1032/6 1066/16 1068/5 1070/15 1070/16 1070/24 1080/12 1115/21 1127/4
**happy [2]** 991/18 1011/5
**hard [11]** 992/14 1032/22 1092/2 1109/1 1110/21 1117/6 1120/4 1120/12 1120/14 1120/16 1120/19
**harder [2]** 1057/15 1119/3
**HARDWICK [1]** 989/18
**has [6]** 990/8 1023/7 1071/13 1082/1 1097/2 1109/6
**hat [1]** 1011/8
**have [173]**
**haven't [4]** 1011/9 1038/8 1046/8 1103/16
**having [21]** 996/5

998/22 998/23 1000/5 1002/19 1006/1 1020/20 1030/14 1032/22 1048/17 1056/12 1063/2 1069/14 1089/17 1094/15 1098/9 1102/19 1114/7 1125/16 1125/18 1125/19
**he [224]**
**he'd [1]** 1111/22
**he's [4]** 1033/15 1057/22 1077/1 1128/14
**head [5]** 995/13 1033/13 1051/11 1081/22 1093/15
**headline [1]** 1005/17
**headquarters [4]** 1019/6 1056/25 1105/25 1115/3
**heads [3]** 1004/12 1005/8 1050/5
**hear [3]** 991/22 1058/18 1117/19
**heard [4]** 1006/22 1010/21 1058/14 1117/24
**hearing [1]** 1129/8
**heart [2]** 995/2 1091/1
**heavily [6]** 1022/12 1044/18 1045/8 1045/18 1045/25 1047/10
**heightened [2]** 1020/15 1020/15
**held [2]** 989/8 1059/13
**Hellman [1]** 1060/20
**hello [1]** 1007/20
**hello-how-are-yo u [1]** 1007/20
**help [10]** 1019/21 1024/14 1027/8 1044/21 1045/1 1051/7 1086/24 1107/6 1112/5 1112/6

# H

**helpful [2]** 1058/3
1095/11
**helps [1]** 1126/14
**her [11]** 1013/22
1056/5 1056/8
1057/14 1059/19
1075/3 1077/12
1077/14 1077/14
1077/16 1077/18
**here [45]** 993/7
995/17 1003/17
1004/14 1004/20
1007/12 1012/3
1025/22 1025/24
1025/25 1026/2
1026/3 1026/5
1026/7 1026/25
1030/8 1042/18
1046/4 1047/12
1048/1 1050/3
1051/14 1052/13
1055/19 1055/23
1056/2 1056/9
1059/18 1062/2
1063/9 1068/25
1081/16 1091/14
1093/1 1096/14
1098/9 1109/3
1113/17 1113/23
1117/3 1122/9
1122/13 1126/4
1127/8 1128/8
**Herman [3]**
989/23 1129/3
1129/14
**hesitating [3]**
1038/19 1043/18
1059/3
**Hey [3]** 1011/24
1027/18 1062/14
**HFA [5]** 1052/15
1052/25 1053/6
1093/25 1126/20
**Hi [1]** 1006/22
**high [6]** 994/18
1013/11 1066/10
1069/17 1069/18
1069/19
**highest [2]**
1076/8 1076/14
**highest-ranking**
**[2]** 1076/8
1076/14

**highlight [1]**
1112/12
**highly [2]**
1023/13 1066/14
**Hillary [6]** 1014/8
1052/10 1083/3
1084/21 1109/10
1126/15
**him [85]** 995/2
995/5 996/10
997/3 997/13
1007/11 1007/14
1007/14 1012/22
1012/23 1013/11
1025/24 1027/16
1034/11 1035/20
1035/22 1038/25
1039/20 1040/3
1044/10 1044/10
1044/19 1044/21
1044/25 1045/2
1045/4 1045/9
1049/15 1049/17
1049/20 1050/7
1050/12 1050/13
1055/24 1056/3
1056/21 1056/23
1057/10 1057/13
1058/21 1065/16
1066/6 1066/17
1067/6 1068/6
1068/7 1069/7
1069/11 1069/14
1070/10 1071/4
1071/5 1071/7
1071/16 1072/2
1074/12 1081/5
1083/4 1083/10
1083/25 1086/7
1086/22 1091/2
1091/4 1094/21
1095/24 1097/19
1099/15 1100/18
1100/19 1104/5
1104/8 1104/10
1104/11 1105/4
1105/5 1105/8
1105/10 1112/13
1112/21 1112/23
1119/25 1124/20
1125/3 1126/9
**himself [5]**
1044/14 1076/5
1076/6 1087/23

**hired [1]** 1077/14
**his [45]** 995/2
997/10 1001/11
1024/13 1027/9
1035/25 1043/21
1044/17 1045/7
1045/7 1045/17
1045/18 1045/24
1045/25 1046/1
1047/9 1047/9
1050/20 1059/7
1059/14 1070/9
1074/4 1079/9
1079/14 1079/18
1080/17 1081/12
1081/15 1086/22
1087/23 1091/1
1091/13 1091/15
1100/5 1101/9
1102/15 1103/12
1105/8 1107/20
1113/22 1126/18
1126/19 1127/12
1127/20 1128/14
**Hmm [1]** 1059/22
**hold [4]** 1032/24
1058/2 1059/14
1083/15
**home [3]** 1064/14
1111/3 1111/7
**honest [1]**
1049/17
**Honestly [1]**
1095/25
**honing [1]**
1092/15
**Honor [17]** 990/2
990/25 991/9
991/15 991/16
991/19 991/21
992/21 993/10
993/14 1026/14
1027/21 1033/9
1035/12 1051/23
1078/10 1128/13
**honorable [3]**
989/8 1086/19
1096/13
**Hoover [1]** 1057/2
**hope [4]** 991/7
992/3 1011/10
1096/13
**hours [1]** 1036/9

**how [39]** 992/14
995/25 999/4
999/7 1001/10
1004/10 1005/6
1007/20 1011/6
1012/25 1013/4
1013/5 1015/21
1015/23 1021/21
1022/19 1025/3
1025/13 1034/20
1034/21 1039/25
1042/23 1053/10
1053/14 1062/7
1066/7 1066/10
1066/22 1069/18
1085/19 1087/15
1094/8 1099/16
1102/2 1102/9
1107/16 1110/20
1110/25 1118/6
**How'd [1]** 994/11
**however [1]**
1055/13
**Huber [1]**
1089/10
**huh [7]** 1005/20
1006/21 1067/20
1096/11 1097/21
1114/16 1119/14
**human [9]** 1018/8
1018/12 1018/17
1018/23 1019/3
1019/8 1059/5
1111/1 1117/10
**hundred [6]**
1041/3 1052/6
1056/19 1069/22
1122/7 1122/15
**Hurricane [6]**
1015/4 1015/5
1015/8 1073/25
1074/5 1076/14
**hurt [2]** 1064/21
1065/5

# I

**I'd [5]** 1027/18
1033/7 1046/19
1064/1 1122/12
**I'll [19]** 994/1
1011/2 1021/2
1025/17 1051/22
1061/1 1064/15
1074/24 1075/12

1084/17 1086/13
1090/21 1099/18
1099/21 1101/20
1102/11 1109/25
1116/18 1119/7
**I'm [77]** 991/12
992/25 996/6
997/15 997/15
997/16 997/20
997/20 998/11
998/18 1004/7
1005/8 1006/23
1008/9 1008/23
1011/1 1011/24
1011/25 1016/17
1023/15 1024/21
1026/3 1026/7
1030/7 1032/22
1033/17 1033/21
1039/19 1041/7
1043/18 1046/2
1046/23 1050/25
1050/25 1051/7
1051/22 1052/3
1053/4 1053/15
1054/9 1056/2
1056/12 1059/3
1060/2 1065/7
1066/18 1070/5
1070/9 1071/4
1071/18 1073/17
1074/8 1074/8
1074/9 1078/20
1079/2 1079/5
1080/25 1080/25
1081/25 1093/5
1094/17 1095/9
1095/17 1096/1
1096/9 1103/17
1103/19 1110/6
1110/25 1116/11
1122/3 1122/20
1123/22 1124/4
1124/9 1128/16
**I've [18]** 1010/23
1030/25 1041/6
1052/15 1054/14
1056/7 1056/10
1074/21 1074/23
1079/2 1080/2
1104/9 1108/1
1109/2 1114/18
1117/6 1120/15
1126/22

**I**

**I.G [9]** 1006/17 1030/24 1043/15 1098/13 1098/17 1101/7 1101/8 1101/17 1119/12

**idea [2]** 1080/22 1097/11

**identification [3]** 1035/2 1075/13 1078/8

**identified [1]** 1117/20

**identify [2]** 1054/22 1063/8

**identifying [2]** 1116/22 1116/25

**identity [13]** 1013/2 1019/7 1020/1 1021/14 1059/7 1059/18 1060/18 1060/23 1068/8 1071/5 1117/14 1120/7 1120/23

**IG [1]** 1035/21

**illegally [1]** 1017/15

**immediately [2]** 1065/13 1100/19

**impact [2]** 1013/3 1013/4

**imperative [1]** 1057/17

**implicates [1]** 1057/23

**implied [1]** 1084/19

**important [3]** 1004/8 1061/4 1066/9

**imprecise [1]** 1101/12

**impression [2]** 1001/1 1001/5

**improper [4]** 1001/16 1084/22 1084/25 1085/24

**inaccurate [1]** 1101/12

**inappropriate [3]** 1083/25 1084/3 1084/7

**included [2]**

1076/5 1076/6

**Including [1]** 993/24

**incomplete [1]** 1020/25

**inconsistent [6]** 1030/16 1031/2 1031/3 1113/13 1114/21 1127/19

**incorrectly [1]** 1017/21

**increase [1]** 1023/19

**incriminate [1]** 1029/2

**indicate [2]** 1106/23 1125/21

**indicated [2]** 1103/12 1104/10

**indicates [2]** 1022/5 1023/10

**indication [1]** 1017/14

**individuals [2]** 1055/21 1059/6

**influenced [1]** 1080/7

**info [1]** 1079/4

**information [95]** 994/20 995/1 995/24 996/6 996/7 1001/23 1005/18 1013/1 1013/5 1014/7 1015/22 1016/16 1017/3 1017/5 1017/7 1017/20 1018/5 1018/11 1019/13 1019/18 1019/22 1019/25 1020/1 1020/2 1020/6 1020/14 1020/15 1021/23 1022/8 1022/11 1023/4 1023/5 1024/1 1024/5 1024/7 1028/11 1029/14 1029/15 1029/16 1029/18 1030/2 1040/8 1040/12 1042/1 1044/14 1050/6 1054/4 1054/10 1054/14 1055/10

1055/22 1060/15 1060/24 1062/20 1063/4 1063/8 1063/11 1065/12 1067/5 1079/17 1080/16 1080/23 1081/11 1082/4 1083/12 1084/1 1084/4 1085/2 1085/3 1086/6 1090/25 1094/7 1094/16 1094/18 1099/17 1100/2 1100/17 1100/19 1107/3 1109/2 1113/10 1114/1 1115/17 1116/23 1117/9 1117/15 1117/21 1120/8 1122/23 1122/24 1124/2 1124/7 1124/17 1124/21 1124/25

**informed [3]** 1058/16 1103/17 1108/6

**initially [4]** 1002/18 1016/7 1050/8 1072/8

**initiated [1]** 1110/14

**inquiry [1]** 1023/14

**Inspector [2]** 1031/17 1089/6

**instance [2]** 997/12 1038/20

**instances [1]** 1001/21

**Institution [1]** 1033/15

**instrumental [1]** 1024/6

**insufficient [1]** 1020/25

**intelligence [3]** 1022/7 1022/23 1023/12

**intend [1]** 997/8

**intended [1]** 1116/11

**intense [1]** 1102/13

**intention [1]**

1060/15 1104/17

**intentionally [2]** 1063/10 1103/7

**interaction [9]** 995/4 997/2 1007/18 1039/19 1040/9 1042/12 1090/2 1091/3 1101/5

**interactions [8]** 1002/19 1002/21 1027/15 1042/6 1049/20 1089/18 1100/4 1128/6

**intercede [1]** 1000/14

**interest [4]** 1000/9 1022/15 1086/5 1119/21

**interested [1]** 1086/21

**interests [1]** 1014/14

**interfere [1]** 1067/12

**internet [1]** 1017/24

**interpret [1]** 1060/8

**interpretation [2]** 1084/13 1084/18

**interview [27]** 996/10 1029/4 1035/20 1040/3 1041/14 1046/11 1047/23 1048/23 1058/12 1094/20 1104/16 1105/16 1105/22 1105/23 1107/12 1107/16 1107/19 1107/21 1108/7 1108/13 1119/16 1119/19 1120/1 1120/1 1120/3 1120/5 1120/25

**interviewed [13]** 1001/22 1002/13 1025/4 1031/22 1035/24 1043/14 1043/15 1043/16 1046/12 1049/24 1058/18 1058/21 1097/25

**interviewing [4]** 1086/15 1095/14 1096/2 1098/6

**interviews [2]** 1047/25 1105/2

**introduction [1]** 993/13

**intrusion [4]** 998/22 998/23 1022/9 1123/9

**intrusive [1]** 1022/10

**investigate [2]** 1021/21 1032/9

**investigated [3]** 1032/12 1034/4 1034/7

**investigating [5]** 1021/5 1022/22 1022/22 1050/16 1058/25

**investigation [76]** 999/9 1001/24 1002/6 1002/8 1002/11 1002/12 1002/13 1002/23 1003/5 1003/5 1003/17 1013/22 1013/24 1014/9 1015/6 1019/18 1020/23 1021/10 1021/11 1021/11 1021/25 1022/1 1023/1 1023/1 1023/3 1023/6 1023/8 1023/20 1026/3 1026/5 1028/1 1028/4 1028/10 1028/15 1028/19 1028/21 1028/23 1028/24 1029/6 1029/9 1029/14 1031/15 1031/16 1031/18 1037/9 1037/17 1038/17 1040/16 1040/17 1042/8 1043/21 1043/21 1052/11 1059/7 1067/12 1073/23 1074/6 1074/7 1075/7 1076/5 1076/7 1076/10

**I**

**investigation...**
**[12]** 1087/18
1087/18 1087/23
1088/12 1088/14
1089/3 1103/24
1104/1 1105/5
1105/13 1108/8
1123/9
**investigations**
**[10]** 1021/24
1021/25 1036/25
1037/3 1037/6
1037/15 1038/3
1074/2 1074/7
1076/13
**investigative [2]**
1023/7 1058/24
**investigator [1]**
1036/22
**investigators [1]**
1017/6
**invite [1]** 1075/12
**involve [1]** 990/20
**involved [3]**
1022/6 1059/8
1059/9
**involvement [1]**
1042/3
**involving [1]**
1123/9
**is [178]**
**isn't [8]** 1030/7
1044/19 1048/22
1049/2 1071/14
1092/3 1092/12
1110/22
**issue [12]** 991/13
991/17 993/20
999/15 999/17
1001/11 1006/11
1017/16 1027/6
1031/16 1041/16
1050/21
**issued [1]**
1041/17
**issues [9]** 999/17
1010/24 1011/2
1016/14 1016/15
1016/20 1018/1
1018/6 1019/3
**it [360]**
**it's [69]** 991/2
991/2 992/14

994/23 999/6
1011/14 1012/9
1018/22 1020/8
1022/20 1023/22
1024/22 1026/3
1026/4 1027/25
1028/3 1031/3
1032/21 1033/1
1033/21 1034/21
1035/9 1046/11
1046/13 1047/14
1047/17 1047/19
1048/9 1049/6
1051/21 1055/1
1057/15 1061/13
1063/5 1069/23
1082/7 1082/19
1083/16 1084/13
1089/1 1089/8
1091/22 1091/24
1092/2 1092/13
1098/14 1098/17
1098/20 1101/21
1105/1 1105/4
1106/23 1107/10
1107/12 1107/12
1107/13 1110/3
1110/21 1112/10
1112/14 1114/22
1115/13 1115/19
1115/21 1116/8
1117/9 1117/25
1120/16 1126/1
**items [1]** 1030/23
**iterative [2]**
1115/22 1115/23
**IV [1]** 989/12

**J**

**JAMES [4]** 992/1
1024/18 1077/2
1097/4
**January [5]**
1004/1 1004/3
1005/4 1005/14
1006/4
**JB [8]** 1032/15
1033/7 1035/1
1046/18 1082/17
1106/12 1112/8
1114/13
**JB-03 [1]** 1082/17
**JB-07 [1]** 1114/13
**JB-07-001 [1]**

1106/12
**JB-16 [1]** 1046/18
**JB-709 [1]** 1112/8
**JB-LW-04 [2]**
1032/15 1033/7
**JB-LW-06 [1]**
1035/1
**Jim [13]** 994/3
1004/4 1006/22
1010/21 1011/19
1012/2 1035/19
1037/21 1075/2
1076/23 1076/24
1077/1 1092/4
**Jimbaker123 [1]**
1011/20
**job [9]** 1007/8
1007/9 1012/5
1018/22 1036/24
1037/2 1037/5
1038/2 1043/19
**Joffe [11]** 999/2
999/4 999/5
999/19 1000/22
1007/4 1007/13
1007/18 1010/13
1015/12 1015/15
**Joffe's [1]**
1015/14
**John [8]** 1002/4
1034/5 1088/12
1089/8 1089/13
1096/14 1097/20
1108/4
**join [1]** 1016/3
**JONATHAN [1]**
989/12
**Jordan [24]** 994/2
994/2 994/3
994/25 997/5
997/12 997/16
997/17 998/1
998/16 1059/21
1060/20 1088/17
1088/23 1088/24
1089/6 1089/10
1090/18 1090/22
1090/24 1093/8
1093/17 1094/4
1094/13
**Journal [1]**
1095/24
**JUDGE [6]** 989/9
1033/7 1063/15

1106/19
1118/9
**Judiciary [1]**
1119/22
**July [6]** 1008/19
1009/14 1098/12
1098/17 1103/20
1119/12
**June [14]**
1006/19 1006/23
1008/9 1092/12
1105/19 1108/22
1109/19 1118/14
1119/6 1119/15
1119/16 1119/17
1124/1 1124/6
**jurors [1]** 1051/10
**jury [16]** 989/8
991/8 991/25
1037/20 1046/9
1061/12 1063/20
1064/10 1064/12
1068/5 1070/23
1072/3 1075/22
1077/23 1101/11
1128/10
**just [97]** 990/2
991/13 992/5
992/10 994/13
995/1 995/14
995/20 995/21
1004/8 1008/10
1009/6 1010/19
1010/21 1011/17
1014/25 1016/4
1016/11 1017/16
1017/23 1020/12
1023/5 1025/25
1026/3 1026/5
1033/18 1035/21
1037/13 1041/8
1044/21 1046/19
1047/2 1048/9
1050/15 1050/22
1052/20 1055/7
1059/10 1060/11
1061/9 1062/18
1065/23 1066/6
1066/13 1066/20
1074/5 1074/10
1076/18 1078/13
1081/25 1084/13
1084/18 1084/24
1085/1 1085/17

1086/13 1087/20
1088/6 1088/9
1088/10 1088/23
1091/1 1093/14
1093/16 1093/20
1093/22 1094/4
1095/10 1096/4
1096/23 1098/16
1098/19 1099/21
1101/21 1102/10
1102/11 1102/14
1104/7 1104/23
1106/13 1106/15
1106/16 1107/12
1107/23 1111/23
1112/9 1113/19
1114/6 1114/9
1114/15 1115/3
1116/10 1117/7
1119/9 1119/16
1125/16 1126/9
**Justice [7]**
1003/9 1028/9
1076/1 1085/19
1088/4 1089/4
1104/25
**justify [1]**
1022/11

**K**

**keep [5]** 1011/8
1011/16 1117/13
1118/7 1118/9
**Kelly [5]** 1059/18
1059/20 1059/21
1060/20 1116/24
**kept [1]** 1005/24
**Kevin [1]** 990/17
**kind [7]** 990/5
1016/22 1031/12
1050/17 1059/16
1087/14 1094/21
**kinds [2]** 996/15
1018/4
**knew [14]** 997/8
1012/15 1024/15
1044/10 1048/21
1052/21 1056/3
1056/5 1089/14
1089/25 1090/10
1093/24 1105/10
1123/11
**know [94]** 992/11
994/2 995/7

**K**

**know... [91]**
995/12 995/16
995/25 996/1
997/5 999/4 999/4
999/7 999/8
1001/18 1006/10
1006/25 1011/4
1014/17 1014/18
1018/2 1019/7
1019/7 1023/21
1023/24 1024/20
1025/10 1026/8
1027/25 1028/3
1030/9 1035/19
1035/21 1041/6
1043/19 1048/14
1049/6 1049/8
1052/8 1052/11
1052/14 1052/24
1054/20 1055/17
1057/19 1058/1
1059/1 1059/7
1059/11 1059/12
1061/22 1062/17
1063/3 1069/5
1071/8 1071/9
1071/9 1072/21
1074/21 1077/13
1079/3 1084/25
1085/2 1085/4
1087/15 1090/12
1090/13 1090/14
1091/15 1093/8
1093/14 1093/18
1094/8 1094/9
1095/25 1096/20
1097/14 1097/19
1100/18 1100/22
1100/24 1103/17
1104/9 1104/23
1108/11 1108/17
1109/8 1109/21
1110/20 1111/17
1117/25 1118/17
1118/23 1121/11
1125/7 1125/7

**knowing [1]**
1117/14

**knowingly [1]**
1117/13

**knowledge [5]**
1042/14 1042/17
1053/5 1097/12

**known [6]**
1014/13 1015/7
1020/20 1077/14
1104/17 1109/16

**knows [3]** 1014/4
1059/24 1128/14

**Kremlin [1]**
1100/10

**L**

**ladies [6]** 992/3
1051/9 1063/17
1064/13 1118/6
1128/3

**laid [2]** 992/17
1050/15

**Landau [8]**
1055/2 1055/9
1055/21 1056/5
1056/7 1113/5
1113/9 1113/21

**last [14]** 993/1
995/11 996/15
1011/19 1011/25
1025/13 1025/15
1054/19 1067/18
1074/14 1093/13
1096/23 1120/16
1125/7

**lasted [1]** 1068/3

**late [1]** 1079/3

**later [4]** 1006/20
1089/22 1118/18
1118/22

**LATHAM [1]**
989/19

**law [6]** 1018/3
1035/8 1052/25
1086/15 1086/22
1097/6

**Lawfare [1]**
1033/13

**lawful [4]** 1017/3
1017/22 1022/21
1085/14

**lawfully [1]**
1018/5

**laws [1]** 1016/23

**lawyer [23]**
1005/18 1026/23
1027/12 1028/17
1034/11 1035/7
1035/10 1036/14

1052/21 1064/19
1088/10 1088/19
1089/4 1104/13
1106/1 1119/20
1120/18 1120/21
1120/21 1127/22
1128/14

**lawyers [8]**
1001/8 1013/8
1016/4 1016/5
1016/11 1017/1
1017/10 1017/11

**lead [1]** 1084/22

**leak [1]** 1031/16

**leaked [1]**
1029/15

**leaks [1]** 1001/23

**learn [4]** 995/15
1015/12 1018/10
1093/17

**learned [19]**
995/9 995/12
996/14 996/16
996/22 996/23
998/19 998/20
1014/13 1015/10
1093/12 1093/14
1109/2 1109/4
1109/17 1113/8
1113/25 1126/14
1126/18

**learning [1]**
1123/10

**least [17]** 990/21
1001/14 1002/17
1030/5 1030/15
1042/23 1054/20
1059/5 1059/14
1064/15 1069/25
1077/6 1089/14
1118/8 1121/13
1123/15 1125/10

**led [1]** 1111/6

**left [11]** 992/11
1001/25 1003/23
1037/6 1038/4
1038/5 1065/12
1066/6 1087/21
1087/22 1127/3

**legal [10]** 1013/8
1016/14 1016/14
1016/15 1016/19
1017/4 1017/16

1029/21

**lengthy [1]**
1087/24

**less [2]** 1071/13
1085/3

**let [26]** 996/9
1006/25 1011/4
1017/5 1017/18
1019/12 1019/25
1026/21 1027/16
1028/17 1035/19
1035/21 1047/2
1056/14 1058/2
1058/13 1068/16
1069/5 1072/10
1076/18 1078/7
1079/3 1088/9
1094/19 1124/10
1125/16

**let's [38]** 1003/20
1012/1 1013/15
1024/25 1025/11
1026/13 1032/15
1032/16 1034/14
1035/1 1036/2
1038/21 1046/18
1048/11 1050/23
1051/13 1059/17
1059/23 1061/8
1065/23 1067/17
1071/19 1072/3
1075/12 1076/14
1081/18 1082/16
1087/4 1087/22
1088/16 1090/17
1090/18 1096/15
1101/1 1106/12
1108/15 1116/10
1118/18

**letter [5]** 1027/12
1064/19 1065/3
1096/14 1098/10

**letting [1]** 991/11

**level [5]** 994/18
1022/9 1062/16
1066/10 1069/16

**Levin [8]** 1026/22
1035/5 1035/7
1035/9 1089/4
1089/8 1089/11
1089/13

**Lichtblau [3]**
1072/7 1073/19

**lie [2]** 1101/14
1101/15

**lied [1]** 1097/16

**like [40]** 993/8
1004/18 1006/24
1008/3 1008/7
1009/16 1011/4
1012/21 1016/11
1016/19 1021/21
1021/24 1021/25
1022/13 1023/22
1023/24 1024/2
1024/3 1027/18
1027/25 1028/3
1043/23 1054/9
1062/22 1064/1
1066/24 1067/4
1067/5 1071/13
1092/21 1100/15
1100/22 1102/6
1102/24 1102/25
1106/16 1111/18
1112/23 1113/22
1117/8

**likelihood [1]**
1023/19

**likely [1]** 1072/1

**limitations [1]**
1129/10

**limited [1]** 991/3

**line [7]** 1001/2
1037/21 1037/22
1046/23 1067/18
1098/23 1099/9

**lines [1]** 1046/24

**links [2]** 1050/6
1074/3

**list [1]** 1011/4

**listed [1]** 1077/2

**listened [1]**
1100/18

**littered [1]** 1057/5

**little [8]** 992/12
1013/15 1025/11
1033/18 1034/19
1089/21 1115/19
1120/2

**LLP [1]** 989/19

**location [2]**
1008/11 1027/11

**logic [1]** 1066/13

**logical [2]**
1058/20 1058/22

# L

**logistics [2]**
1012/21 1015/20
**long [20]**   991/5
991/23 992/14
1013/23 1018/21
1053/10 1066/22
1066/23 1070/15
1071/14 1077/14
1092/2 1092/5
1112/11 1120/4
1120/11 1120/14
1120/19 1121/11
1128/4
**long-term [1]**
1018/21
**longer [1]**   1102/6
**look [26]**   1010/18
1011/7 1017/10
1020/1 1032/15
1034/14 1035/1
1043/16 1043/17
1044/1 1046/18
1067/17 1075/12
1076/18 1082/16
1086/13 1088/16
1090/17 1095/5
1096/23 1101/22
1106/12 1106/16
1106/19 1114/9
1122/12
**looked [10]**
1020/6 1020/9
1043/9 1054/5
1060/5 1066/2
1067/15 1100/15
1111/9 1126/6
**looking [16]**
1006/11 1008/9
1008/22 1018/3
1046/23 1053/17
1055/13 1066/18
1088/17 1089/7
1095/17 1109/13
1116/8 1116/11
1122/1 1127/15
**looks [6]**   993/8
1004/24 1008/3
1008/7 1068/2
1071/13
**Lorraine [3]**
989/23 1129/3
1129/14
**losing [3]**   997/20

**lost [3]**   1086/12
1100/7 1127/3
**lot [5]**   1006/17
1017/8 1024/20
1047/25 1120/15
**lots [2]**   1010/24
1011/2
**love [3]**   1010/24
1032/21 1034/3
**Lovely [1]**   1034/5
**luck [1]**   1011/22
**lunch [8]**   992/4
1006/24 1008/6
1009/4 1009/7
1009/18 1009/19
1009/20
**LW [3]**   1032/15
1033/7 1035/1

# M

**made [10]**   1006/2
1013/12 1021/15
1022/16 1040/2
1048/24 1067/25
1090/16 1126/1
1127/15
**maintained [1]**
1003/21
**major [1]**   1031/8
**make [27]**   991/13
992/10 994/10
1006/10 1008/3
1012/25 1013/7
1015/17 1016/24
1016/25 1018/24
1018/25 1020/2
1027/16 1030/14
1049/6 1059/24
1061/9 1069/22
1081/25 1082/7
1088/7 1090/13
1098/24 1106/17
1107/15 1124/4
**makes [4]**
1066/20 1102/6
1111/24 1125/9
**making [3]**
1047/12 1062/22
1117/8
**man [3]**   1028/4
1086/19 1096/13
**manage [3]**
1036/24 1037/5

**managing [1]**
1097/22
**mandate [1]**
1105/8
**many [9]**   1003/9
1025/3 1025/13
1055/13 1056/7
1057/6 1062/7
1085/17 1085/17
**March [16]**
1028/8 1043/6
1044/2 1045/12
1045/14 1045/15
1046/3 1047/6
1048/1 1074/10
1074/16 1074/25
1075/19 1080/15
1081/18 1119/10
**marching [1]**
1082/1
**margins [1]**
1007/5
**Marie [1]**  1098/21
**mark [4]**   990/17
1035/2 1059/17
1075/19
**marked [1]**
1078/7
**Mary [1]**   1075/2
**material [13]**
1013/9 1040/11
1043/9 1043/11
1043/12 1048/15
1048/17 1054/24
1055/5 1055/25
1056/4 1066/3
1066/5
**materials [3]**
1042/5 1053/25
1061/24
**math [1]**   1031/8
**matter [29]**
998/22 1001/8
1003/14 1009/25
1012/9 1014/3
1014/3 1015/6
1017/11 1018/13
1027/3 1029/13
1032/3 1037/8
1044/5 1050/16
1056/11 1070/11
1070/11 1074/13
1076/15 1084/4

1112/21 1123/12
1125/20 1127/14
1129/6
**mattered [3]**
1012/16 1015/10
1015/11
**matters [12]**
992/6 1003/4
1003/4 1012/10
1012/12 1053/7
1068/12 1075/11
1078/1 1108/19
1108/25 1109/23
**may [14]**   989/4
990/2 1001/22
1004/16 1008/23
1009/24 1010/18
1025/16 1032/16
1033/16 1033/24
1063/23 1118/4
1122/3
**maybe [3]**
1057/22 1066/24
1079/5
**McCabe [4]**
1075/2 1076/19
1079/5 1081/2
**McCord [1]**
1075/3
**me [116]**   991/7
992/7 995/12
996/6 996/11
999/12 1003/3
1004/8 1005/11
1006/1 1006/2
1006/25 1008/21
1010/6 1011/4
1011/16 1011/18
1012/1 1012/5
1012/25 1013/6
1013/7 1014/6
1014/12 1014/22
1015/9 1015/17
1015/22 1016/9
1016/10 1016/16
1016/23 1017/18
1017/20 1017/22
1019/14 1019/25
1020/20 1026/21
1030/14 1035/19
1035/21 1040/7
1040/8 1043/19
1043/25 1043/25

1048/7 1047/2
1048/10 1048/21
1050/17 1054/21
1056/14 1058/2
1058/13 1058/16
1060/9 1060/17
1063/1 1063/11
1066/5 1066/20
1068/16 1068/19
1071/3 1072/10
1073/18 1075/9
1076/18 1078/7
1079/3 1083/11
1084/7 1084/24
1088/9 1091/8
1092/13 1092/15
1094/16 1094/22
1095/25 1097/15
1099/25 1100/1
1100/17 1100/25
1101/20 1103/17
1105/12 1106/16
1109/3 1109/15
1109/16 1110/2
1110/3 1110/15
1111/9 1112/3
1112/4 1112/5
1114/6 1116/2
1116/9 1116/14
1116/19 1118/16
1120/16 1121/24
1124/4 1124/10
1125/16 1126/13
1127/13 1127/15
1127/20
**mean [19]**   995/21
996/4 996/23
999/2 1014/18
1016/6 1016/21
1020/18 1032/1
1050/8 1060/8
1060/21 1069/9
1069/24 1089/6
1094/4 1094/14
1105/1 1126/24
**meaning [4]**
1022/21 1041/6
1096/7 1120/1
**means [2]**   1066/4
1075/23
**meant [1]**   998/20
**meat [1]**   1108/15
**media [9]**
1034/18 1067/7

**M**

**media... [7]**
1079/9 1087/14
1087/15 1089/25
1102/22 1102/22
1128/6
**Medium [1]**
1062/17
**meet [34]** 999/12
1000/7 1006/24
1008/3 1009/13
1012/21 1012/22
1012/23 1013/10
1013/17 1014/6
1014/6 1014/8
1014/10 1015/8
1016/9 1026/9
1027/10 1027/14
1027/18 1044/19
1044/21 1044/24
1045/2 1045/8
1045/19 1046/1
1047/10 1064/20
1065/3 1099/25
1102/25 1104/8
1104/8
**meeting [123]**
993/21 994/14
996/24 997/10
998/7 998/10
999/15 999/16
1001/14 1001/15
1006/2 1007/15
1009/3 1009/4
1009/7 1009/21
1010/1 1010/6
1012/14 1012/15
1012/21 1013/18
1014/11 1014/15
1014/16 1014/20
1014/21 1015/20
1016/4 1016/18
1024/9 1026/11
1027/7 1027/8
1027/16 1036/6
1036/10 1038/25
1040/7 1042/16
1046/7 1047/23
1048/20 1050/23
1050/24 1051/16
1052/9 1052/17
1052/24 1053/10
1053/11 1053/19
1053/20 1053/20

1054/7 1054/1
1054/23 1055/8
1056/6 1056/13
1056/15 1057/8
1057/11 1057/13
1057/17 1058/8
1058/9 1058/10
1060/2 1061/5
1061/6 1062/12
1062/13 1063/12
1068/1 1069/20
1074/17 1074/25
1075/7 1075/12
1077/6 1077/21
1077/24 1079/12
1079/16 1080/16
1081/9 1092/19
1097/3 1099/11
1102/20 1108/16
1108/18 1109/4
1109/18 1109/19
1110/8 1110/14
1111/14 1112/1
1112/20 1113/4
1113/8 1113/20
1115/2 1115/25
1118/14 1118/17
1119/9 1121/3
1121/9 1121/12
1121/16 1121/18
1122/18 1122/21
1123/6 1123/13
1123/17 1125/15
1126/18 1127/5
1127/9
**meetings [4]**
1001/6 1047/25
1074/20 1098/25
**memories [3]**
1030/18 1110/18
1123/25
**memory [22]**
999/21 1025/11
1031/11 1053/17
1053/21 1065/24
1066/1 1066/17
1066/21 1093/21
1109/6 1111/1
1111/6 1111/8
1111/11 1122/1
1122/9 1122/13
1123/5 1126/3
1126/4 1127/14
**mention [5]**

1010/9 1010/12
1102/7
**mentioned [6]**
1001/23 1016/1
1055/7 1070/1
1070/3 1070/19
**mere [1]** 1085/1
**message [11]**
1004/1 1004/10
1005/14 1005/16
1010/18 1010/19
1042/25 1043/2
1043/5 1045/7
1045/24
**messages [1]**
1043/17
**met [18]** 999/10
1000/23 1007/10
1025/1 1025/4
1025/13 1027/4
1050/13 1050/19
1052/12 1074/21
1074/23 1100/1
1104/9 1104/11
1108/24 1109/22
1119/5
**mic [1]** 1064/24
**MICHAEL [56]**
989/5 989/17
1004/12 1005/11
1006/2 1007/1
1010/21 1011/5
1011/7 1011/13
1012/22 1013/10
1017/19 1017/22
1024/15 1024/16
1024/16 1027/3
1027/19 1040/8
1041/7 1041/10
1043/19 1044/17
1044/23 1045/19
1053/1 1058/1
1058/18 1059/4
1060/9 1064/21
1065/5 1065/9
1065/10 1072/23
1085/20 1096/13
1097/14 1098/7
1099/14 1099/24
1100/1 1100/25
1102/25 1109/5
1109/9 1110/13
1110/14 1114/8

1120/23 1122/2
1126/18 1127/9
**Michael's [2]**
1060/18 1126/14
**middle [8]**
1008/10 1033/1
1058/7 1078/23
1090/18 1098/23
1112/8 1112/10
**Midyear [2]**
1014/9 1014/10
**Midyear-Exam [1]**
1014/10
**might [24]** 998/14
1006/12 1013/2
1013/4 1013/12
1014/16 1014/20
1014/23 1016/3
1016/4 1016/6
1016/13 1016/19
1017/7 1017/16
1021/4 1024/10
1029/2 1032/9
1058/3 1063/13
1084/22 1090/1
1112/5
**mind [10]**
1006/11 1010/19
1011/8 1016/15
1020/13 1020/16
1052/20 1092/23
1103/4 1122/23
**mine [2]** 1033/15
1061/4
**minute [10]**
1036/6 1053/20
1063/17 1068/24
1070/25 1071/22
1071/23 1073/1
1073/13 1073/16
**minutes [15]**
1008/17 1008/21
1009/9 1039/3
1053/13 1066/24
1066/24 1068/3
1070/24 1071/13
1071/14 1071/15
1071/15 1072/4
1118/7
**mislead [1]**
1107/7
**misread [1]**
1079/3

**misrepresent [1]**
1106/20
**missing [1]**
1123/14
**mistake [2]**
1101/11 1101/12
**mode [1]** 1042/10
**moment [3]**
1015/13 1069/2
1121/21
**Monday [2]**
1011/19 1054/7
**money [2]** 1001/2
1024/2
**month [2]**
1025/13 1025/15
**months [5]**
1003/9 1006/20
1006/20 1048/1
1049/23
**Mook [2]** 990/7
990/19
**Mook's [1]** 990/22
**more [27]** 992/25
1014/19 1016/8
1019/15 1019/25
1020/10 1022/2
1022/3 1022/9
1022/10 1032/10
1038/22 1044/24
1066/20 1067/9
1067/11 1070/17
1071/4 1090/4
1091/22 1091/24
1095/18 1105/16
1114/10 1120/2
1124/10 1126/19
**morning [4]**
990/16 1024/21
1128/9 1128/19
**most [3]** 1025/19
1054/13 1056/24
**motivation [1]**
1019/17
**move [12]**
1007/23 1026/14
1033/7 1035/11
1035/12 1064/1
1064/1 1064/24
1075/15 1078/8
1078/20 1081/18
**moved [7]** 993/15
1026/18 1033/10
1035/15 1064/1

**M**

**moved... [2]**
1064/4 1078/11
**moving [2]**
1005/13 1098/11
**Mr [37]** 991/17
992/25 994/22
996/13 997/17
1006/5 1010/20
1014/13 1043/20
1055/1 1064/18
1074/11 1088/23
1089/4 1089/6
1089/8 1089/8
1089/10 1089/10
1089/11 1089/13
1090/24 1091/3
1093/8 1093/11
1093/17 1093/19
1094/4 1094/11
1094/13 1094/14
1099/18 1106/22
1113/5 1113/9
1121/8 1122/7
**Mr. [262]**
**Mr. Baker [34]**
990/14 990/16
991/24 992/5
992/23 993/5
993/20 994/13
999/1 1001/21
1004/3 1004/10
1008/2 1008/14
1011/11 1012/13
1013/15 1017/13
1018/7 1019/16
1021/9 1024/8
1024/17 1026/22
1027/2 1031/16
1031/25 1064/9
1070/15 1073/21
1088/24 1099/3
1113/4 1128/14
**Mr. Bellovin [4]**
1054/25 1055/1
1055/9 1113/5
**Mr. Berkowitz [2]**
1063/13 1064/14
**Mr. Blaze [3]**
1055/2 1113/5
1113/9
**Mr. Chadason's**
**[1]** 991/1
**Mr. Cleaves [3]**

1101/3
**Mr. Close [1]**
1033/2
**Mr. Comey [1]**
1092/21
**Mr. DeFilippis**
**[23]** 992/20
1030/23 1038/13
1043/8 1045/13
1047/7 1072/10
1081/24 1082/17
1096/24 1099/7
1108/3 1108/23
1109/20 1110/7
1111/13 1112/19
1113/4 1113/7
1113/25 1115/2
1119/2 1124/6
**Mr. DeFilippis' [1]**
1026/4
**Mr. Durham [30]**
1002/18 1003/6
1028/6 1028/8
1032/1 1032/9
1032/13 1034/8
1034/10 1035/25
1087/19 1087/23
1103/23 1105/1
1106/3 1108/3
1108/7 1108/23
1109/20 1110/8
1111/14 1112/19
1113/8 1113/25
1115/2 1119/2
1119/20 1124/6
1127/12 1127/20
**Mr. Durham's [1]**
1104/14
**Mr. Jim [1]** 994/3
**Mr. Joffe [7]**
999/5 999/19
1000/22 1007/13
1007/18 1010/13
1015/15
**Mr. Joffe's [1]**
1015/14
**Mr. John [1]**
1002/4
**Mr. Jordan [12]**
994/2 994/2
994/25 997/5
997/12 997/16
998/1 998/16

1090/18 1090/22
**Mr. Levin [2]**
1035/7 1035/9
**Mr. Mook [2]**
990/7 990/19
**Mr. Mook's [1]**
990/22
**Mr. Priestap [11]**
1040/13 1042/4
1065/14 1065/25
1066/11 1066/22
1067/3 1092/16
1118/15 1125/14
1126/21
**Mr. Priestap's [7]**
1079/23 1109/13
1121/5 1121/23
1123/20 1125/19
1127/6
**Mr. Something [1]**
1033/23
**Mr. Sussmann**
**[103]** 993/21
994/14 994/24
996/22 997/9
997/13 997/17
997/22 999/10
999/18 1000/17
1001/11 1001/18
1003/21 1003/22
1004/4 1004/25
1005/5 1006/22
1007/15 1008/16
1009/13 1010/4
1011/12 1012/7
1012/14 1012/15
1013/16 1024/8
1025/22 1026/9
1027/9 1031/1
1036/7 1038/23
1040/18 1040/25
1041/14 1042/15
1044/4 1044/8
1045/6 1046/16
1047/8 1047/11
1049/13 1050/4
1050/20 1051/15
1052/9 1055/20
1056/6 1056/21
1057/20 1058/12
1060/12 1065/12
1067/6 1067/13
1067/25 1069/4

1081/11 1082/20
1082/25 1083/22
1086/4 1086/19
1087/5 1087/13
1089/19 1090/2
1092/20 1095/3
1096/2 1096/20
1097/11 1097/16
1101/6 1103/12
1105/17 1108/18
1108/18 1108/24
1109/22 1110/9
1110/9 1111/4
1111/14 1113/9
1116/22 1117/14
1117/20 1119/10
1121/13 1122/22
1123/15 1124/2
1125/9 1125/11
**Mr. Sussmann's**
**[7]** 996/17
1058/23 1059/13
1062/19 1063/7
1097/3 1117/5
**Mr. Trump [2]**
1074/3 1074/4
**Ms [2]** 1054/25
1098/20
**Ms. [12]** 1055/2
1055/9 1056/5
1056/7 1059/18
1059/20 1077/13
1078/21 1099/14
1113/5 1113/9
1116/24
**Ms. Gauhar [1]**
1077/13
**Ms. Gauhar's [1]**
1078/21
**Ms. Kelly [3]**
1059/18 1059/20
1116/24
**Ms. Landau [6]**
1055/2 1055/9
1056/5 1056/7
1113/5 1113/9
**Ms. Terzaken [1]**
1099/14
**much [10]** 996/5
1007/17 1018/14
1024/17 1027/6
1039/22 1058/2

1074/9 1090/14
1094/16
**multiple [10]**
993/21 1002/15
1012/19 1012/19
1018/19 1027/4
1041/6 1043/16
1102/21 1104/10
**murder [1]**
1023/22
**murky [1]**
1122/23
**must [12]** 1053/1
1070/19 1072/18
1109/4 1109/16
1111/7 1125/8
1125/23 1126/2
1126/8 1126/11
1126/14
**mutual [1]**
1050/20
**my [95]** 994/11
994/17 994/21
995/13 995/13
998/9 998/10
999/10 1000/1
1000/1 1000/10
1000/23 1000/24
1001/8 1003/1
1003/2 1003/6
1004/6 1007/8
1007/9 1007/11
1009/12 1011/9
1012/5 1012/12
1013/3 1013/8
1014/3 1015/17
1015/20 1016/25
1017/18 1019/4
1020/13 1020/16
1021/1 1026/11
1027/17 1028/13
1028/24 1029/21
1031/24 1033/21
1035/9 1040/9
1044/3 1044/20
1047/19 1051/8
1051/18 1053/21
1054/9 1056/9
1056/16 1060/14
1063/5 1064/15
1065/2 1066/1
1066/17 1066/20
1068/7 1068/17
1069/4 1072/1

**M**

**my... [30]** 1074/15
1074/21 1080/10
1081/17 1084/13
1084/18 1085/17
1091/16 1093/5
1093/15 1093/15
1099/23 1100/22
1102/24 1102/25
1103/4 1106/8
1114/8 1115/1
1117/3 1121/13
1122/1 1122/9
1122/12 1122/13
1123/5 1123/25
1126/4 1126/18
1127/14
**myself [3]**
1050/13 1059/4
1080/24

**N**

**name [19]** 999/1
1015/5 1040/19
1040/21 1058/23
1059/13 1059/14
1060/11 1062/19
1063/7 1067/6
1069/5 1072/7
1073/18 1074/2
1074/12 1075/3
1117/5 1125/3
**named [2]** 994/2
999/6
**names [2]**
1054/25 1056/3
**NATALIE [1]**
989/18
**national [12]**
995/23 1000/4
1003/12 1022/6
1022/22 1023/11
1077/12 1084/6
1084/21 1085/21
1086/6 1094/6
**nature [6]** 998/15
1001/16 1014/19
1016/12 1018/21
1104/13
**near [1]** 994/6
**necessarily [2]**
1022/24 1104/23
**necessary [1]**
1019/14

**need [17]** 991/22
1014/5 1015/8
1022/7 1022/10
1022/21 1023/3
1023/8 1023/9
1023/11 1048/11
1067/9 1067/11
1069/4 1108/12
1110/1 1120/3
**needed [8]**
1013/8 1068/15
1068/16 1068/17
1071/4 1071/4
1071/5 1110/10
**needs [1]**
1019/21
**nefarious [1]**
1024/4
**negativity [1]**
1087/15
**neuroscientist [1]**
1110/25
**Neustar [10]**
999/6 999/6
999/11 999/23
1000/3 1000/24
1001/20 1010/13
1015/15 1015/16
**never [7]** 1025/1
1028/16 1070/6
1070/21 1081/14
1105/6 1127/20
**new [9]** 989/20
1035/18 1041/22
1041/24 1042/6
1042/12 1050/5
1054/16 1105/8
**news [13]** 992/16
1004/5 1010/21
1054/2 1054/3
1054/10 1054/14
1067/6 1068/8
1069/6 1102/22
1125/2 1125/4
**next [18]** 1004/22
1005/13 1007/24
1008/7 1008/12
1009/1 1010/16
1045/19 1046/1
1047/11 1071/16
1083/21 1084/11
1094/3 1095/3
1096/9 1096/10
1096/15

**nice [1]** 992/4
**night [1]** 1128/8
**no [98]** 989/2
993/13 995/18
997/11 998/3
998/9 998/11
1001/13 1002/8
1002/9 1002/9
1002/24 1003/7
1003/19 1004/8
1004/19 1005/1
1005/3 1006/7
1006/9 1006/18
1007/16 1010/8
1010/11 1010/14
1015/7 1016/1
1016/2 1017/14
1017/18 1024/11
1025/8 1026/17
1027/1 1027/13
1033/9 1035/14
1039/11 1040/2
1041/15 1041/18
1042/14 1042/17
1054/18 1054/25
1056/16 1058/8
1060/21 1061/2
1061/2 1063/11
1063/17 1063/18
1064/3 1067/2
1071/9 1073/3
1075/16 1078/10
1078/22 1079/21
1079/24 1080/9
1080/19 1080/21
1081/6 1081/8
1082/13 1083/16
1083/16 1084/2
1087/24 1087/24
1089/8 1090/6
1091/8 1097/5
1101/17 1102/17
1103/14 1105/3
1110/6 1112/25
1113/12 1114/2
1114/20 1115/8
1116/11 1117/19
1118/20 1119/24
1120/13 1120/20
1121/1 1127/1
1128/5 1128/5
1128/6
**nobody [3]**
1044/1 1058/11

**Nodded [3]**
992/19 1051/11
1081/22
**non [2]** 1016/5
1021/24
**non-lawyers [1]**
1016/5
**non-predicated
[1]** 1021/24
**noone's [1]**
991/14
**normally [2]**
1059/8 1059/9
**Northeast [1]**
989/14
**not [165]**
**note [2]** 1106/17
1129/8
**notes [57]**
1046/10 1046/13
1054/5 1056/13
1056/14 1056/19
1056/22 1056/23
1065/18 1066/9
1066/25 1071/11
1079/20 1079/23
1079/23 1079/25
1081/9 1092/16
1107/6 1107/13
1107/17 1109/3
1109/7 1109/13
1109/14 1109/24
1109/25 1112/3
1118/15 1118/16
1119/10 1121/3
1121/4 1121/5
1121/6 1121/23
1122/1 1123/20
1123/24 1125/14
1125/17 1125/18
1125/19 1125/21
1126/1 1126/3
1126/7 1126/7
1126/10 1126/21
1126/23 1127/1
1127/6 1127/7
1127/10 1127/11
1127/15
**nothing [5]**
1004/8 1021/3
1021/5 1048/18
1058/17
**notion [1]** 1085/1

**Now [39]** 991/13
993/20 996/12
999/1 1002/11
1006/19 1008/19
1008/21 1009/11
1033/17 1034/4
1036/2 1038/1
1038/16 1042/21
1043/12 1044/4
1049/9 1051/21
1056/12 1059/10
1060/1 1063/9
1063/22 1065/11
1065/18 1071/2
1072/6 1074/8
1077/20 1095/3
1098/11 1113/15
1116/17 1119/17
1122/6 1122/18
1125/13 1126/4
**number [18]**
999/24 999/25
1000/24 1025/10
1031/13 1050/2
1052/8 1071/25
1073/4 1073/12
1074/6 1075/25
1076/21 1077/25
1081/7 1100/5
1101/8 1106/7
**NW [1]** 989/24
**NY [1]** 989/20
**NYT [1]** 1079/10

**O**

**o'clock [1]** 1128/9
**oath [9]** 1038/10
1082/5 1082/6
1098/12 1098/15
1099/2 1103/9
1127/18 1127/24
**object [1]**
1028/20
**objection [10]**
993/13 1026/17
1027/21 1033/9
1035/13 1035/14
1051/23 1064/3
1075/16 1078/10
**obligation [1]**
1003/1
**obtained [5]**
994/18 994/20
1017/2 1017/15

# O

**obtained...** [1]
1018/5
**obviously** [11]
990/7 991/2
1002/18 1006/15
1096/22 1101/22
1102/13 1102/20
1114/6 1121/19
1128/13
**occasion** [2]
1030/11 1059/15
**occasions** [2]
1027/5 1031/13
**occur** [3]  1043/13
1043/24 1043/25
**occurred** [2]
1123/4 1129/8
**October** [16]
993/6 993/9
1081/19 1086/11
1086/14 1086/18
1088/9 1088/19
1089/14 1089/18
1089/22 1094/25
1095/7 1095/23
1103/19 1119/11
**off** [7]  991/11
1003/14 1037/16
1037/17 1040/13
1042/5 1060/2
**offenses** [2]
1087/24 1087/25
**offer** [2]  1034/11
1083/12
**offers** [1]  993/10
**office** [15]  989/13
995/14 1014/22
1019/5 1019/12
1024/9 1031/17
1037/2 1074/22
1076/9 1076/11
1076/12 1077/4
1093/15 1110/11
**Official** [2]  989/23
1129/3
**officials** [3]
1000/24 1001/8
1109/9
**often** [1]  1015/25
**OGC** [1]  1077/4
**Oh** [6]  1006/5
1008/23 1011/24
1051/21 1102/25

**Ohio** [1]  994/3
**OIG** [1]  1031/19
**okay** [95]  990/12
991/20 991/21
992/3 992/10
993/2 994/5 994/7
994/11 994/16
996/12 997/22
998/13 998/25
1002/5 1004/21
1005/13 1009/8
1011/13 1011/18
1011/23 1023/23
1023/25 1025/9
1025/11 1025/12
1025/16 1026/8
1026/12 1033/6
1033/24 1034/3
1037/19 1038/13
1038/16 1039/22
1040/12 1044/4
1044/10 1045/15
1047/3 1047/5
1048/3 1048/7
1048/22 1049/9
1050/19 1050/24
1051/18 1051/21
1052/8 1053/3
1053/8 1053/17
1054/9 1054/13
1054/19 1055/3
1055/8 1055/16
1059/16 1063/5
1065/11 1073/5
1075/5 1078/7
1080/15 1082/2
1082/25 1083/21
1083/22 1086/4
1096/9 1098/3
1098/18 1099/13
1099/14 1099/19
1099/22 1104/4
1107/9 1107/22
1107/24 1108/1
1108/2 1111/21
1112/17 1115/6
1115/9 1115/15
1116/3 1116/19
1117/1 1119/18
1128/18
**old** [1]  1011/21
**oligarch** [1]
1079/6

**once** [2]  1040/7
1057/25
**one** [45]  992/25
993/8 993/11
995/17 1001/14
1001/23 1004/6
1004/8 1006/25
1012/20 1023/23
1030/10 1030/12
1030/13 1030/15
1043/3 1043/9
1046/21 1046/22
1048/1 1054/10
1054/11 1056/12
1058/19 1059/15
1059/17 1059/23
1062/5 1062/9
1063/6 1064/24
1069/8 1069/9
1069/16 1070/25
1071/23 1071/24
1095/12 1096/10
1103/12 1107/17
1112/14 1112/15
1118/17 1125/4
**one-minute** [2]
1070/25 1071/23
**ones** [2]  1019/4
1116/18
**ongoing** [1]
1089/3
**only** [3]  1023/3
1075/8 1083/9
**open** [7]  992/11
1014/4 1023/6
1023/20 1031/23
1037/9 1088/14
**opponent** [2]
1020/4 1023/18
**opportunity** [1]
1027/19
**opposite** [1]
1108/19
**order** [5]  992/7
1022/2 1022/25
1023/6 1069/5
**orderly** [3]
1091/22 1091/24
1091/24
**ordinarily** [1]
1050/19
**org** [1]  1011/19
**organization** [14]
999/6 1054/2

**once** [2]
1054/14 1067/7
1068/8 1069/6
1079/7 1100/8
1100/14 1120/10
1125/3 1125/4
**organizer** [1]
1077/6
**orient** [4]  1046/9
1086/13 1104/7
1119/9
**original** [1]
1117/21
**originally** [1]
1072/6
**originating** [1]
1063/4
**origins** [1]
1122/24
**other** [39]  996/25
997/1 997/7
998/21 1000/12
1000/14 1001/8
1002/9 1006/14
1013/10 1016/11
1030/13 1036/10
1041/10 1041/22
1042/12 1053/6
1058/19 1063/6
1064/25 1066/19
1068/12 1069/8
1069/10 1083/18
1087/6 1089/25
1090/1 1097/6
1100/17 1107/11
1108/19 1108/25
1109/6 1109/8
1109/23 1116/18
1120/6 1126/9
**others** [11]
999/10 1014/21
1016/3 1019/14
1037/6 1037/12
1038/4 1038/5
1075/5 1079/9
1088/1
**otherwise** [1]
1020/24
**our** [13]  990/13
992/15 1013/25
1017/6 1020/23
1057/3 1063/14
1063/16 1065/11
1075/19 1085/14

**out** [37]  992/12
992/17 995/1
1005/22 1005/23
1008/5 1009/23
1011/17 1011/25
1018/3 1032/16
1034/11 1035/4
1035/19 1039/25
1044/4 1050/6
1050/15 1051/7
1062/22 1064/21
1065/4 1065/8
1065/10 1067/6
1067/10 1072/17
1078/13 1078/23
1087/2 1091/1
1096/25 1099/24
1100/3 1100/22
1106/22 1117/8
**outcome** [1]
1002/5
**outset** [1]
1119/19
**outside** [1]
1080/8
**over** [23]  992/6
1005/25 1011/2
1025/6 1025/22
1031/9 1036/9
1040/10 1041/7
1042/24 1066/11
1066/14 1070/5
1070/14 1076/9
1080/12 1085/17
1088/10 1089/21
1099/8 1099/20
1109/1 1110/21
**Overruled** [1]
1051/25
**oversight** [2]
1037/3 1076/9
**own** [7]  1022/14
1024/13 1044/17
1045/7 1045/18
1045/25 1047/9

# P

**p.m** [6]  989/4
1004/25 1005/16
1010/19 1067/21
1128/20
**page** [34]  991/23
993/7 993/17

**page... [31]**
996/13 1004/22
1005/13 1007/24
1008/3 1008/7
1008/9 1008/12
1008/14 1009/1
1010/16 1011/11
1033/1 1033/2
1037/22 1067/18
1078/20 1078/24
1082/20 1084/12
1088/17 1090/17
1090/18 1098/19
1098/20 1098/23
1099/9 1112/9
1114/12 1114/13
1116/13
**pages [1]** 993/11
**pandemic [1]**
1129/9
**papers [3]** 1039/5
1039/9 1060/9
**paragraph [13]**
1046/18 1046/19
1046/23 1047/2
1096/23 1106/14
1112/8 1112/10
1112/11 1114/4
1114/12 1116/6
1116/13
**paraphrasing [1]**
1052/3
**pardon [1]** 1011/1
**part [26]** 994/1
996/13 997/7
1000/6 1000/22
1006/2 1007/7
1007/9 1014/22
1017/24 1018/24
1026/1 1036/24
1037/5 1038/2
1045/21 1058/10
1066/9 1076/11
1076/12 1100/8
1109/25 1114/8
1116/14 1120/23
1127/5
**participated [1]**
1048/23
**particular [20]**
995/6 997/4
999/17 1001/24
1014/24 1051/19

1056/10 1059/6
1091/5 1092/10
1092/14 1117/6
1120/20 1121/18
1121/19 1122/8
1122/10 1123/17
**particularly [3]**
1051/9 1102/17
1104/20
**parties [1]** 992/6
**partisan [1]**
1085/4
**partner [1]**
1097/22
**parts [1]** 1000/14
**passing [2]**
1001/12 1004/7
**past [3]** 1030/22
1031/9 1037/16
**patience [1]**
1128/4
**pause [4]** 1047/4
1095/20 1107/25
1114/17
**pausing [1]**
994/13
**payoff [1]**
1023/25
**Pennsylvania [1]**
1057/4
**people [23]**
990/11 1003/18
1007/10 1010/25
1011/3 1030/5
1030/8 1043/15
1054/13 1055/6
1062/7 1062/12
1062/25 1063/11
1075/1 1076/16
1086/14 1087/12
1100/5 1101/9
1102/11 1106/7
1113/22
**people's [1]**
1109/7
**percent [9]**
1041/3 1052/6
1056/19 1069/22
1069/25 1069/25
1070/1 1122/7
1122/15
**percentage [1]**
1069/20

**perhaps [1]**
1017/21
**period [12]**
1007/7 1013/23
1041/7 1041/11
1042/22 1043/14
1065/11 1070/5
1070/14 1085/9
1095/16 1113/11
**perjury [5]**
1089/18 1090/11
1090/12 1127/19
1127/24
**Perkins [11]**
1005/18 1012/10
1012/11 1052/24
1053/6 1086/15
1095/15 1096/3
1097/2 1097/22
1098/6
**person [18]**
1018/10 1018/11
1020/3 1023/13
1024/5 1038/20
1044/11 1051/16
1060/15 1060/17
1062/5 1066/6
1066/12 1068/18
1075/25 1076/8
1076/15 1124/13
**person's [2]**
1018/22 1019/10
**personal [2]**
1042/14 1042/17
**persons [2]**
1023/13 1068/18
**perspective [1]**
1036/5
**pertaining [1]**
1047/24
**Pete [6]** 1060/9
1060/16 1061/22
1066/3 1066/4
1117/23
**phone [16]**
991/19 999/24
999/25 1043/16
1066/2 1066/12
1066/14 1066/17
1066/21 1067/23
1068/13 1068/17
1073/1 1110/13
1110/15 1121/9
**physical [1]**

**piece [5]** 1032/21
1034/3 1096/12
1125/7 1126/11
**pieces [1]**
1066/19
**place [11]**
1009/15 1009/16
1029/6 1029/9
1030/13 1054/7
1065/24 1065/25
1066/2 1102/20
1106/10
**placing [1]**
1109/1
**Plaintiff [1]** 989/3
**planning [1]**
1068/9
**plans [2]** 991/14
1008/8
**played [2]**
1020/17 1020/22
**pleasantries [1]**
1007/21
**please [5]** 992/2
1011/8 1026/14
1035/21 1129/8
**pleased [1]**
1027/10
**plot [2]** 1006/2
1051/7
**plus [1]** 1079/7
**point [40]** 995/10
996/14 997/8
997/17 1000/11
1003/6 1005/9
1013/23 1015/14
1016/18 1049/12
1052/14 1053/5
1056/6 1061/20
1075/10 1076/20
1077/10 1087/21
1088/7 1089/24
1093/12 1093/25
1102/18 1103/22
1105/11 1105/15
1105/18 1106/20
1109/17 1111/21
1116/4 1117/6
1118/5 1118/16
1121/20 1123/8
1123/17 1123/24
1126/4
**points [1]**

**political [10]**
1019/17 1020/21
1022/15 1023/18
1023/25 1024/10
1024/14 1085/11
1086/5 1097/6
**politics [1]**
1020/17
**portability [2]**
999/25 999/25
**portfolio [1]**
1077/12
**portion [1]**
1035/5
**portions [1]**
1075/6
**position [2]** 996/5
1094/15
**possibilities [1]**
992/11
**possibility [2]**
991/11 1086/21
**possible [9]**
992/13 996/9
1039/15 1040/10
1040/11 1066/7
1069/3 1094/19
1103/11
**possibly [2]**
1080/9 1123/10
**potential [2]**
1050/6 1074/3
**potentially [1]**
1017/7
**predicated [3]**
1021/24 1021/25
1022/25
**predication [2]**
1021/23 1022/24
**predict [1]** 992/14
**preliminaries [1]**
1098/24
**preliminary [5]**
1021/10 1021/25
1023/1 1023/3
1023/6
**premarked [1]**
993/3
**preparation [1]**
1048/4
**prepare [2]**
1027/9 1090/4
**prepared [1]**

# P

**prepared... [1]**
1083/19
**preparing [1]**
1054/4
**presence [1]**
1061/18
**present [3]**
1046/10 1088/19
1127/8
**presented [5]**
1013/9 1015/18
1017/15 1061/18
1100/17
**presenting [1]**
1060/23
**president [2]**
1005/6 1005/12
**presidential [1]**
1020/5
**press [2]** 1020/19
1020/24 1021/1
1021/1 1087/5
**pressing [1]**
1001/11
**pressures [1]**
1087/6
**presumed [1]**
1018/4
**pretty [5]** 1041/4
1041/5 1056/17
1075/24 1091/20
**previous [1]**
1123/11
**previously [2]**
1097/3 1127/18
**Priestap [21]**
1040/13 1042/4
1057/9 1058/16
1065/14 1065/25
1066/11 1066/22
1067/3 1075/2
1092/16 1100/20
1100/21 1118/15
1125/14 1125/17
1125/22 1125/24
1126/9 1126/21
1126/22
**Priestap's [9]**
1079/23 1109/3
1109/13 1121/5
1121/23 1123/20
1125/19 1126/10
1127/6

**printed [1]** 1100/3
**prior [8]** 996/12
1002/19 1002/19
1002/23 1058/15
1098/25 1120/1
1126/15
**prioritize [1]**
1013/5
**probably [11]**
990/20 992/13
1009/22 1054/13
1057/9 1057/16
1081/2 1081/3
1096/7 1109/17
1126/7
**probing [1]**
1127/14
**problem [1]**
995/18
**problematic [1]**
1017/8
**proceed [1]**
1037/17
**proceedings [2]**
1128/20 1129/5
**professional [1]**
1115/24
**promulgated [1]**
1021/19
**pronounced [2]**
1035/9 1055/1
**Proper [1]**
1008/24
**properly [1]**
1018/24
**proposal [1]**
990/13
**prosecuted [3]**
1029/23 1103/8
1127/25
**prosecution [5]**
1025/4 1025/14
1045/13 1090/15
1093/3
**prosecutor [3]**
1002/3 1089/9
1124/13
**protect [1]**
1085/15
**protected [2]**
1016/22 1019/1
**protecting [1]**
1085/9
**provide [7]**

1068/8 1083/1
1083/22 1085/23
1086/7
**provided [11]**
1005/18 1073/18
1074/11 1092/15
1099/17 1113/10
1116/23 1117/21
1120/7 1124/2
1124/8
**providing [6]**
1024/5 1053/25
1055/22 1080/24
1084/3 1086/5
**provisions [2]**
1104/15 1108/12
**public [5]**
1005/22 1005/23
1011/14 1012/9
1080/2
**publicly [3]**
1013/25 1014/1
1097/3
**publish [3]**
1054/4 1061/12
1068/9
**published [1]**
1061/14
**pull [5]** 1061/8
1071/19 1098/19
1114/9 1116/10
**pulled [1]**
1020/17
**pun [1]** 1116/11
**purpose [2]**
1022/21 1108/6
**purposes [3]**
1035/2 1054/20
1076/13
**pursue [1]**
1021/16
**put [6]** 990/13
1026/13 1036/5
1037/22 1046/14
1126/19
**Putin [1]** 1079/6

# Q

**quarter [1]**
1063/19
**question [40]**
994/11 994/12
994/17 997/15

998/12 998/16
1023/15 1030/19
1037/20 1037/24
1038/6 1046/2
1047/5 1047/22
1050/14 1056/14
1063/5 1065/7
1068/17 1083/6
1083/21 1084/8
1084/11 1084/19
1085/5 1086/1
1088/25 1091/13
1091/15 1094/3
1102/18 1103/5
1106/15 1110/20
1112/17 1117/2
1117/3 1120/17
**questioned [4]**
1001/22 1081/19
1099/10 1102/21
**questioning [5]**
1038/14 1071/12
1083/19 1090/1
1127/11
**questions [34]**
996/11 1003/3
1016/8 1017/9
1018/4 1020/13
1025/25 1026/2
1026/4 1026/5
1026/7 1028/18
1028/20 1028/21
1029/1 1029/3
1029/5 1050/3
1082/23 1088/11
1090/11 1090/21
1091/19 1092/14
1093/4 1093/5
1094/21 1101/23
1105/12 1115/11
1115/16 1121/25
1126/3 1127/13
**quickly [10]** 996/8
1009/16 1009/17
1024/22 1039/9
1039/14 1040/10
1040/11 1066/7
1094/19
**quite [4]** 991/2
1001/13 1005/8
1055/17

# R

**raise [2]** 991/13
1000/4
**raised [3]** 1017/8
1020/12 1020/18
**raising [1]**
1001/16
**ran [3]** 1007/5
1024/20 1024/24
**range [1]** 1016/19
**ranking [2]**
1076/8 1076/14
**RAO [1]** 989/18
**reach [3]** 1035/19
1067/6 1072/12
**reached [4]**
991/18 1034/11
1044/4 1099/24
**react [1]** 1083/23
**reaction [1]**
1004/11
**read [27]** 994/1
1019/20 1026/21
1032/18 1046/19
1046/22 1046/24
1047/2 1079/2
1080/3 1080/8
1090/21 1096/1
1096/4 1096/17
1097/9 1098/7
1098/9 1106/14
1107/23 1108/1
1111/12 1111/24
1114/15 1114/18
1116/15 1116/17
**reading [6]**
1010/19 1032/22
1084/17 1096/6
1097/10 1112/4
**reads [1]** 1035/18
**ready [1]** 1064/7
**realistically [1]**
990/20
**realize [1]** 1103/6
**realized [1]**
1040/7
**really [12]**
1004/19 1010/25
1011/3 1011/5
1017/25 1019/7
1039/11 1052/16
1072/3 1083/19
1118/20 1121/1
**reappointed [1]**

**R**

**reappointed... [1]** 1032/1
**reason [6]** 998/4 1019/9 1038/19 1045/2 1059/3 1117/13
**reasonably [2]** 1022/5 1023/10
**reasons [3]** 1043/9 1056/12 1124/8
**recall [43]** 999/14 1000/10 1002/2 1004/19 1009/21 1010/11 1030/8 1030/11 1043/23 1046/4 1047/12 1049/4 1055/23 1055/24 1056/3 1056/11 1056/21 1056/23 1059/17 1070/10 1070/21 1074/16 1075/9 1079/12 1079/15 1079/16 1079/19 1080/24 1081/16 1082/18 1083/4 1083/4 1083/10 1098/9 1100/6 1113/7 1113/23 1116/21 1116/21 1116/25 1117/1 1117/4 1120/22
**recalled [5]** 1055/14 1055/18 1093/6 1110/9 1123/7
**receive [3]** 1015/24 1017/3 1042/10
**received [3]** 1001/7 1038/20 1111/3
**receiving [2]** 1019/24 1020/1
**recent [1]** 1025/19
**recess [2]** 1063/23 1063/24
**recognize [3]** 1002/18 1033/5 1078/21
**recognizing [1]**

**recollection [51]** 994/21 998/11 999/10 1000/2 1000/23 1000/25 1003/3 1004/14 1005/1 1007/2 1007/11 1014/3 1027/5 1028/13 1030/6 1042/24 1044/3 1046/6 1046/25 1047/6 1056/9 1056/16 1060/14 1065/21 1068/7 1073/15 1074/15 1077/20 1077/24 1079/22 1080/10 1080/12 1081/10 1081/17 1091/6 1092/6 1099/23 1104/21 1106/8 1106/9 1106/13 1108/2 1108/17 1109/20 1110/1 1112/7 1114/3 1114/19 1116/5 1123/21 1127/8
**recollections [2]** 1030/15 1048/7
**recommendation [1]** 1003/7
**reconvene [1]** 1063/18
**record [6]** 1012/9 1045/13 1063/25 1071/18 1117/20 1129/5
**records [2]** 1073/1 1121/13
**recovered [1]** 1043/5
**recreating [1]** 1066/15
**recuse [1]** 1076/6
**recused [1]** 1076/5
**redactions [1]** 1107/11
**refer [1]** 1018/18
**reference [8]** 994/23 1004/16 1007/2 1007/4 1015/1 1054/6

**referenced [2]** 1066/20 1080/2
**referred [5]** 1005/21 1014/9 1015/3 1019/11 1088/2
**referring [2]** 996/17 1081/21
**refers [2]** 1005/10 1005/11
**reflect [1]** 997/8
**reflected [1]** 1126/10
**refresh [11]** 1046/6 1047/6 1081/10 1104/21 1106/9 1106/13 1108/2 1112/6 1114/3 1114/19 1116/5
**refreshed [3]** 1065/21 1079/22 1110/1
**refreshes [1]** 1046/25
**refuse [1]** 1029/5
**refused [6]** 1028/17 1029/1 1029/3 1060/24 1088/10 1088/11
**regard [3]** 999/14 1006/8 1085/10
**regarding [4]** 990/16 1111/15 1112/21 1120/8
**reiterating [1]** 1121/8
**related [11]** 990/9 1003/4 1014/23 1015/2 1015/16 1016/21 1019/3 1020/6 1075/11 1078/1 1100/4
**relating [1]** 1003/4
**relationship [2]** 1018/20 1126/15
**relative [3]** 1031/17 1051/15 1073/22
**relatively [2]** 1068/9 1096/3
**relayed [1]**

**release [1]** 1030/2
**released [1]** 1060/7
**relevant [2]** 1023/14 1043/12
**reliability [3]** 1013/1 1020/3 1024/6
**reliable [1]** 1022/3
**relinquished [1]** 1066/3
**remember [162]**
**remembered [3]** 1070/20 1083/16 1092/17
**remembering [2]** 1069/1 1092/9
**remind [2]** 1108/11 1116/6
**reminded [1]** 1072/14
**reminding [1]** 1108/12
**remotely [1]** 1129/10
**reopen [1]** 1014/4
**repeat [3]** 1045/21 1050/25 1124/5
**repeated [4]** 1005/24 1005/24 1005/25 1127/13
**report [13]** 1020/24 1021/2 1021/3 1021/4 1046/11 1046/14 1087/24 1088/1 1088/1 1107/12 1107/16 1107/19 1107/20
**reporter [12]** 989/23 989/23 1028/11 1029/16 1030/12 1040/19 1040/22 1051/24 1071/5 1073/18 1125/5 1129/4
**reporting [1]** 1129/10
**represent [3]** 1012/11 1107/2 1125/13

**representation [2]** 996/18 1126/19
**represented [10]** 996/22 996/24 996/24 997/1 998/19 998/21 1012/10 1052/25 1053/5 1053/6
**representing [30]** 994/25 995/8 995/22 997/6 997/9 997/14 997/18 998/8 1001/20 1052/9 1083/2 1090/19 1090/24 1093/9 1093/25 1094/5 1108/18 1108/25 1109/9 1109/22 1111/15 1111/16 1111/18 1112/15 1112/21 1112/22 1112/23 1121/15 1123/11 1123/15
**Republican [1]** 1085/2
**request [3]** 1027/7 1027/14 1104/14
**requested [3]** 1026/9 1065/3 1121/9
**requesting [1]** 1064/20
**require [1]** 1037/15
**research [2]** 1063/18 1128/5
**researchers [5]** 1017/23 1122/19 1122/21 1122/22 1124/21
**reservation [2]** 1008/15 1009/17
**respect [15]** 1012/20 1013/22 1021/7 1026/11 1027/16 1031/15 1037/3 1071/7 1077/16 1079/13 1092/25 1097/20 1110/8 1112/14 1122/14
**respond [5]** 996/2

**R**

**respond... [4]**
998/11 1011/6
1011/24 1094/12
**response [3]**
994/17 998/12
1082/13
**responsibility [2]**
1037/10 1037/12
**responsible [2]**
1019/10 1085/8
**rest [1]** 1006/23
**result [2]** 1002/23
1042/8
**return [1]**
1003/20
**Reveals [1]**
1005/18
**reversed [1]**
1000/15
**review [10]**
1013/9 1016/14
1034/24 1039/8
1039/10 1080/10
1084/25 1104/13
1124/25 1125/14
**reviewed [3]**
1125/16 1125/18
1125/19
**rid [3]** 1039/14
1040/10 1066/7
**right [93]** 990/23
991/7 991/24
992/18 997/24
1004/18 1006/20
1007/23 1008/7
1008/12 1008/25
1011/11 1012/3
1017/10 1020/25
1021/3 1022/20
1024/25 1025/21
1025/25 1026/4
1028/1 1028/23
1029/20 1029/22
1030/16 1031/4
1032/12 1034/6
1034/16 1036/13
1037/4 1037/6
1037/12 1039/15
1039/20 1041/2
1043/12 1044/19
1045/11 1046/9
1046/16 1050/7
1050/21 1053/8

1056/21 1056/19
1056/25 1057/14
1057/20 1058/4
1059/10 1062/6
1062/10 1062/11
1062/14 1063/9
1063/12 1063/16
1065/2 1065/6
1068/2 1070/15
1072/9 1073/9
1073/13 1076/3
1076/22 1076/23
1081/18 1087/2
1087/6 1087/13
1091/21 1091/25
1092/12 1095/9
1096/15 1105/2
1110/16 1112/24
1113/15 1115/11
1115/13 1115/17
1115/21 1116/1
1125/6 1126/4
1128/2 1128/7
1128/11 1128/18
**ring [1]** 1060/20
**Rodney [7]** 999/2
999/4 1006/23
1007/2 1007/4
1007/5 1015/12
**role [3]** 1038/1
1038/21 1075/24
**room [4]** 989/24
1051/13 1106/7
1106/7
**rough [1]** 1011/25
**roughly [3]**
1028/13 1086/17
1095/16
**route [1]** 1021/16
**RPR [1]** 989/23
**rubric [1]** 1022/17
**ruined [1]**
1029/20
**rules [1]** 1018/25
**run [2]** 1037/3
1075/1
**running [2]**
1000/5 1004/5
**Russia [15]**
998/23 998/24
1003/5 1015/2
1015/2 1015/6
1050/7 1050/16
1073/22 1074/3

1075/7 1076/6
1079/17 1080/17
1105/13
**Russian [2]**
1079/5 1079/6
**Russians [1]**
1078/18
**Rybicki [2]**
1075/2 1076/24

**S**

**said [108]** 991/10
994/20 995/10
995/10 996/15
997/13 997/17
998/15 998/18
1001/6 1009/24
1013/13 1013/16
1014/5 1015/2
1015/7 1016/3
1019/19 1020/21
1021/4 1023/17
1024/13 1026/1
1026/2 1026/3
1026/6 1030/22
1031/3 1034/23
1037/1 1037/13
1043/8 1043/22
1044/5 1044/21
1049/12 1050/8
1051/18 1052/16
1052/19 1053/24
1054/3 1059/3
1061/3 1064/20
1065/4 1065/5
1065/6 1066/3
1067/4 1067/9
1068/15 1069/4
1070/6 1070/8
1071/24 1072/8
1072/10 1072/23
1077/20 1083/18
1088/12 1091/12
1091/17 1092/9
1093/12 1100/4
1101/12 1101/20
1101/20 1101/25
1102/15 1102/19
1103/9 1103/9
1103/11 1104/4
1104/17 1108/19
1110/5 1110/10
1110/23 1111/16
1111/22 1112/5

1112/25 1113/13
1113/19 1113/21
1114/21 1121/13
1121/14 1121/16
1122/14 1122/15
1122/21 1123/14
1124/12 1125/5
1125/22 1125/23
1126/6 1126/8
1127/9 1127/19
1127/23
**same [17]** 991/23
1004/6 1005/4
1005/11 1011/14
1015/13 1019/9
1019/24 1022/20
1023/20 1027/6
1030/6 1054/3
1081/25 1087/14
1088/16 1090/21
**saw [8]** 1006/22
1056/5 1105/4
1111/10 1121/6
1121/23 1123/23
1126/8
**say [55]** 994/6
994/6 997/12
997/19 998/2
998/7 998/10
998/12 999/9
1001/14 1003/18
1003/22 1006/5
1008/24 1017/13
1017/18 1020/8
1027/18 1028/17
1029/8 1030/8
1040/24 1044/20
1048/11 1048/18
1049/8 1050/3
1054/2 1058/1
1063/9 1064/23
1068/6 1068/6
1068/14 1069/11
1070/12 1076/14
1078/16 1079/15
1083/13 1089/12
1091/8 1091/9
1091/11 1097/12
1097/14 1100/24
1109/24 1111/24
1115/15 1121/15
1121/21 1125/17
1126/1 1126/24

**saying [35]** 995/5
997/3 1004/5
1017/16 1031/1
1034/15 1052/16
1052/19 1052/20
1055/24 1056/1
1056/2 1056/3
1057/15 1069/7
1069/11 1069/14
1070/10 1072/12
1079/12 1079/16
1080/19 1083/5
1083/10 1091/4
1097/18 1103/8
1107/8 1114/2
1117/12 1119/25
1120/22 1122/6
1126/13 1127/2
**says [31]** 994/25
995/24 997/5
1004/25 1008/16
1009/9 1011/13
1011/18 1027/2
1060/7 1075/20
1078/16 1078/18
1079/3 1079/5
1079/8 1088/22
1088/24 1094/7
1096/12 1096/13
1096/16 1097/2
1098/24 1099/6
1099/14 1108/9
1108/14 1117/16
1117/18 1125/16
**scenario [1]**
1050/15
**scenarios [2]**
1015/19 1021/8
**schedule [1]**
992/17
**scheduled [1]**
1099/25
**schedules [1]**
992/9
**scheduling [2]**
990/3 992/6
**scope [1]**
1016/12
**screen [1]**
1033/17
**screenshot [1]**
1005/6
**scrolling [2]**
1043/23 1043/24

**scrutiny [1]** 1020/11

**SEAN [2]** 989/17 1027/11

**seared [1]** 1092/23

**seat [1]** 1064/9

**seated [1]** 992/2

**second [9]** 993/7 993/8 993/24 995/17 1037/13 1060/6 1067/18 1076/18 1095/13

**second-to-last [1]** 1067/18

**secondly [1]** 1003/2

**Secretary [1]** 1013/21

**Section [1]** 1104/16

**sections [1]** 992/14

**secure [2]** 1019/1 1115/4

**security [12]** 1000/4 1003/13 1019/10 1022/7 1022/22 1023/11 1031/1 1077/12 1084/6 1085/22 1086/7 1088/2

**see [32]** 996/19 1008/14 1008/21 1008/24 1009/11 1014/12 1033/17 1033/18 1033/20 1033/22 1040/18 1046/6 1051/10 1054/11 1066/5 1071/23 1073/3 1075/20 1076/24 1079/10 1097/7 1104/21 1106/9 1109/24 1110/10 1112/6 1112/16 1114/3 1114/10 1116/5 1128/8 1128/18

**seeing [5]** 990/10 1079/25 1081/9 1109/6 1127/1

**seem [3]** 1084/6

**seems [1]** 1102/6

**seen [10]** 1004/7 1005/9 1038/8 1046/8 1056/7 1065/18 1080/2 1090/22 1103/16 1123/20

**sees [2]** 1019/21 1019/21

**Senate [1]** 1119/22

**send [3]** 1011/21 1097/11 1097/17

**sends [5]** 1005/5 1011/18 1095/3 1096/3 1096/12

**senior [3]** 1033/14 1075/24 1076/16

**sense [6]** 1082/1 1088/8 1107/15 1111/24 1124/4 1125/9

**sensitive [7]** 1044/5 1044/5 1044/22 1044/22 1045/3 1045/3 1059/5

**sensitivity [1]** 1050/21

**sent [9]** 1011/19 1011/20 1064/19 1088/4 1095/23 1096/20 1097/14 1098/8 1100/21

**sentence [2]** 1101/3 1116/17

**separate [2]** 1001/7 1107/19

**September [27]** 1007/15 1009/21 1010/1 1010/6 1012/13 1013/24 1031/6 1036/7 1038/23 1038/25 1043/3 1049/9 1050/23 1051/2 1051/3 1051/16 1052/8 1052/11 1053/12 1055/20 1067/13 1068/24 1070/16 1074/10 1092/20 1109/5

**series [2]** 1008/2 1011/12

**serious [2]** 1001/17 1020/12

**seriously [1]** 1001/17

**server [4]** 1079/3 1079/4 1079/7 1079/13

**server-late [1]** 1079/3

**servers [1]** 1120/9

**services [1]** 999/24

**services/activities [1]** 999/24

**session [2]** 989/5 1116/20

**Sessions [1]** 1076/3

**set [6]** 999/17 1024/24 1059/23 1084/14 1115/3 1123/25

**settings [1]** 1102/21

**Seventy [1]** 1069/25

**Seventy-five [1]** 1069/25

**several [4]** 1006/20 1035/24 1120/16 1124/8

**shade [1]** 1002/22

**shape [3]** 1024/21 1099/24 1101/18

**SHAW [1]** 989/13

**she [4]** 1077/9 1077/10 1098/21 1098/24

**short [5]** 991/2 1039/20 1053/19 1053/20 1096/3

**shorthand [3]** 1102/1 1102/4 1102/10

**shortly [3]** 995/15 1093/17 1100/24

**should [13]** 1011/1 1011/21

1014/8 1014/10 1014/12 1016/10 1016/10 1016/11 1019/4 1081/5 1085/2

**shouldn't [1]** 1014/6

**show [8]** 992/25 993/3 1027/12 1072/10 1078/7 1110/3 1112/4 1114/5

**showed [11]** 995/13 1057/25 1061/23 1062/7 1064/19 1065/3 1093/15 1096/24 1103/10 1110/2 1118/16

**showing [3]** 1046/21 1115/10 1121/3

**shown [4]** 1046/22 1079/20 1079/23 1116/6

**shows [2]** 995/23 1094/6

**sic [1]** 1054/25

**sign [2]** 1037/15 1062/13

**signed [5]** 1003/14 1060/3 1060/7 1061/7 1062/9

**significant [2]** 1001/2 1127/5

**signing [2]** 1037/17 1063/1

**similar [1]** 1054/4

**simple [1]** 1063/5

**Sincerely [1]** 1027/11

**sir [116]** 994/6 994/8 1025/1 1026/9 1026/21 1027/12 1028/8 1029/25 1030/18 1031/23 1031/25 1032/19 1032/24 1034/18 1036/15 1036/17 1038/16 1039/10 1039/19 1042/14 1043/13

1043/15 1044/7 1044/19 1046/7 1046/20 1047/5 1048/19 1048/22 1049/2 1052/5 1052/7 1053/23 1056/15 1057/18 1058/20 1058/23 1059/10 1061/16 1064/11 1064/23 1065/7 1065/8 1065/10 1065/15 1065/17 1065/20 1065/22 1069/3 1069/16 1070/8 1071/14 1073/14 1073/20 1073/24 1074/1 1074/15 1075/21 1076/7 1076/23 1077/3 1077/8 1077/22 1078/6 1078/17 1079/10 1079/15 1079/20 1080/1 1080/14 1080/15 1080/23 1082/11 1082/15 1082/23 1083/6 1083/8 1084/8 1084/10 1086/3 1086/4 1086/10 1086/17 1088/21 1089/16 1089/20 1090/5 1090/23 1091/7 1091/25 1092/1 1093/23 1093/23 1094/2 1094/24 1095/2 1097/20 1097/24 1098/11 1101/10 1102/3 1103/6 1103/13 1103/15 1104/6 1105/22 1106/2 1107/2 1110/19 1110/22 1112/17 1112/24 1114/18 1118/3 1122/17 1127/17 1127/22 1128/11

**sitting [24]** 1004/14 1004/20 1007/12 1046/4 1047/12 1051/14 1052/13 1055/23 1056/2 1056/9

**sitting... [14]**
1059/18 1062/2
1063/9 1068/25
1081/16 1098/9
1109/3 1113/17
1113/23 1117/3
1122/9 1122/13
1126/4 1127/8
**situation [3]**
1038/22 1049/2
1050/18
**slow [1]** 1017/10
**small [1]** 1033/21
**smooth [1]**
1115/19
**so [207]**
**social [3]** 1087/15
1102/22 1128/6
**some [67]** 990/8
990/10 992/8
994/8 994/9
995/10 996/1
996/14 997/8
1001/7 1002/18
1007/5 1010/25
1011/3 1013/17
1016/18 1016/24
1017/8 1023/2
1024/3 1024/23
1030/21 1031/11
1039/5 1039/5
1040/2 1048/11
1056/6 1057/2
1057/16 1060/14
1061/20 1063/2
1063/3 1067/4
1068/16 1070/14
1071/7 1075/10
1075/10 1077/25
1081/24 1084/5
1093/12 1094/9
1099/7 1099/23
1100/2 1100/5
1100/7 1100/8
1103/22 1105/11
1105/15 1105/18
1108/15 1109/10
1111/2 1116/4
1118/8 1118/16
1121/19 1123/8
1123/17 1123/24
1124/10 1125/10
**somebody [23]**

1009/24 1012/22
1022/13 1023/24
1024/2 1032/18
1040/13 1040/14
1049/17 1060/3
1060/12 1060/16
1060/22 1061/18
1061/25 1062/13
1063/7 1068/15
1081/9 1092/9
1097/25 1100/21
1103/6
**somehow [4]**
1005/23 1006/2
1085/3 1100/14
**someone [10]**
994/1 995/2
1022/24 1062/25
1068/18 1084/22
1085/1 1091/1
1117/13 1127/23
**something [29]**
1006/3 1007/6
1009/24 1015/24
1020/24 1021/2
1023/5 1023/17
1023/22 1023/24
1024/2 1024/3
1033/13 1033/23
1044/22 1044/25
1055/13 1057/22
1059/8 1066/24
1073/25 1079/6
1084/22 1092/10
1097/12 1097/18
1110/21 1111/8
1127/23
**sometime [4]**
1011/5 1060/15
1103/24 1126/17
**sometimes [5]**
992/13 1017/10
1018/19 1069/12
1120/2
**somewhat [1]**
1084/19
**somewhere [2]**
1009/17 1009/18
**soon [4]** 1012/2
1054/5 1054/6
1068/10
**sorry [32]** 997/15
997/16 997/20
998/11 1008/23

1008/23 1011/11
1011/24 1011/24
1023/15 1033/17
1033/21 1033/24
1045/22 1046/2
1050/25 1051/1
1059/12 1060/2
1065/7 1070/17
1071/4 1071/18
1095/9 1096/9
1103/19 1107/24
1108/21 1117/1
1122/20 1123/22
1124/4
**sort [4]** 992/11
1006/10 1007/18
1100/6
**sorts [1]** 1016/14
**sound [1]**
1105/19
**sounds [1]**
1112/24
**source [24]**
1018/8 1018/13
1018/17 1018/18
1018/21 1018/23
1018/24 1019/1
1019/4 1019/8
1020/2 1020/14
1053/24 1059/5
1059/5 1059/19
1063/4 1063/8
1080/22 1116/22
1116/25 1117/11
1117/21 1120/7
**speak [11]** 991/1
991/5 1004/9
1004/16 1030/9
1039/3 1041/19
1072/2 1072/25
1074/12 1104/5
**speaking [6]**
1012/4 1018/17
1045/11 1056/24
1066/17 1104/24
**special [9]** 989/13
1002/11 1027/4
1032/1 1034/21
1036/20 1060/19
1092/11 1108/4
**specific [7]**
1000/18 1019/25
1022/16 1092/14
1121/25 1127/11

**specifically [28]**
995/5 995/11
996/15 997/3
998/7 998/10
1000/21 1010/1
1045/6 1045/17
1045/24 1047/9
1062/4 1062/21
1063/10 1074/24
1083/1 1083/5
1083/10 1091/4
1091/8 1093/13
1103/5 1108/9
1109/11 1112/25
1119/8 1123/23
**specify [2]**
1111/14 1112/20
**speculating [2]**
1059/10 1072/18
**speculation [1]**
1027/22
**spend [1]**
1006/17
**spoke [7]**
1007/11 1007/13
1007/14 1035/21
1045/14 1072/15
1125/4
**spoken [1]**
1072/18
**SSA [1]** 1060/7
**staff [4]** 1035/20
1076/25 1077/1
1077/11
**stage [1]** 1049/24
**stand [2]** 1063/22
1064/8
**standing [2]**
1080/19 1111/11
**start [10]** 994/5
1011/1 1011/2
1024/25 1051/13
1084/17 1088/17
1090/18 1099/8
1103/9
**started [6]** 992/5
1003/3 1065/2
1092/11 1092/13
1121/21
**starts [1]** 1011/19
**state [2]** 1013/21
1093/21
**stated [5]** 1045/6

1045/17 1045/24
1047/8 1097/3
**statement [5]**
1030/24 1047/12
1049/7 1090/14
1090/16
**statements [5]**
1040/2 1048/24
1082/7 1090/12
1108/13
**STATES [5]** 989/1
989/2 989/9
989/12 1016/23
**status [1]** 1075/6
**stay [1]** 992/7
**step [3]** 991/24
1063/21 1128/11
**still [13]** 997/20
1011/25 1014/2
1014/4 1031/23
1041/9 1081/14
1088/14 1098/25
1098/25 1099/1
1102/14 1103/2
**stop [4]** 1060/10
1062/24 1085/10
1102/12
**story [3]** 1004/5
1067/10 1067/12
**strain [1]** 1087/11
**strange [2]**
1100/4 1100/7
**Street [3]** 989/14
1007/8 1095/23
**stressful [1]**
1115/13
**stretch [1]**
1064/14
**strike [1]** 1113/5
**stripe [1]** 1019/20
**Strock [1]** 1066/4
**struggling [1]**
1124/9
**Strzok [4]** 1060/8
1060/10 1061/23
1117/23
**stuff [2]** 1042/4
1099/19
**stupid [1]**
1048/16
**sub [1]** 1074/6
**subject [14]**
1023/18 1028/15
1028/16 1029/13

## S

**subject... [10]**
1048/25 1089/18
1090/10 1090/15
1093/3 1105/5
1105/6 1127/19
1127/24 1129/9
**subjected [1]**
1020/10
**submitted [1]**
1087/25
**subpoenas [2]**
1041/16 1041/16
**subsequent [2]**
1118/17 1119/25
**substance [1]**
1040/25
**substantial [2]**
1018/1 1020/16
**substantive [3]**
1007/22 1041/10
1113/3
**substantively [1]**
1039/10
**substitute [1]**
1107/10
**successor [1]**
1074/22
**such [4]** 1001/24
1027/8 1120/22
1122/3
**sucked [1]**
1021/6
**suffering [1]**
1087/14
**summarize [3]**
1099/22 1101/21
1113/20
**summarized [1]**
1070/25
**summarizing [1]**
1101/5
**summer [2]**
1079/3 1109/17
**Sunday [1]**
1111/10
**supervision [1]**
1012/12
**sure [38]** 990/4
991/13 992/10
996/3 998/18
999/9 1004/25
1011/17 1015/17
1016/17 1016/25

1018/24 1019/20
1041/3 1041/4
1041/5 1043/3
1046/8 1047/2
1052/6 1053/4
1053/14 1059/24
1059/25 1061/9
1063/15 1070/4
1070/8 1079/5
1080/25 1080/25
1081/25 1094/11
1094/13 1096/1
1106/11 1114/11
1128/16
**surmised [1]**
1100/12
**surprise [2]**
1025/6 1089/24
**surprised [3]**
1090/7 1117/19
1117/22
**surprising [1]**
1118/2
**surreptitious [1]**
1100/16
**surveillance [1]**
1018/3
**Susan [2]**
1055/17 1056/11
**suspect [1]**
1024/9
**SUSSMANN [132]**
989/5 993/21
994/14 994/24
996/10 996/22
997/9 997/13
997/17 997/22
999/10 999/18
1000/17 1001/11
1001/18 1003/21
1003/22 1004/4
1004/25 1005/5
1006/5 1006/22
1007/15 1008/16
1009/13 1010/4
1010/20 1011/12
1012/7 1012/14
1012/15 1013/16
1014/13 1024/8
1025/22 1026/9
1027/3 1027/9
1031/1 1036/7
1038/23 1040/18
1040/25 1041/14

1042/15 1044/4
1044/8 1045/6
1045/17 1045/19
1045/24 1046/1
1046/16 1047/8
1047/11 1049/13
1050/4 1050/20
1051/15 1052/9
1055/20 1056/6
1056/21 1057/20
1058/12 1060/12
1064/21 1065/5
1065/12 1067/6
1067/13 1067/25
1069/4 1072/7
1072/15 1074/11
1081/11 1082/20
1082/25 1083/22
1086/4 1086/19
1087/5 1087/13
1089/19 1090/2
1092/20 1094/20
1095/3 1096/2
1096/13 1096/20
1097/11 1097/16
1099/15 1099/18
1101/6 1103/12
1105/17 1108/18
1108/18 1108/24
1109/22 1110/9
1110/9 1111/4
1111/14 1111/17
1111/18 1112/20
1113/9 1113/10
1116/22 1116/25
1117/14 1117/20
1119/10 1120/7
1120/23 1121/9
1121/13 1122/7
1122/22 1123/10
1123/15 1124/2
1124/7 1124/12
1125/6 1125/9
1125/11 1125/22
**Sussmann's [7]**
996/17 1058/23
1059/13 1062/19
1063/7 1097/3
1117/5
**Sustained [1]**
1027/23
**swamp [1]** 1103/1
**switching [1]**
999/1

**sworn [1]**
1081/25
**system [1]** 1000/6

## T

**table [1]** 1009/17
**tailored [1]**
1003/16
**take [41]** 992/14
1004/10 1005/7
1011/10 1019/22
1024/23 1025/17
1030/10 1031/12
1032/15 1034/14
1035/1 1036/3
1038/25 1042/22
1046/10 1046/13
1046/18 1047/15
1056/13 1056/14
1056/19 1061/1
1061/23 1063/14
1063/16 1064/9
1064/14 1066/25
1067/17 1075/12
1082/16 1086/13
1088/16 1090/17
1098/4 1106/12
1106/19 1109/25
1117/25 1119/7
**taken [8]** 1002/10
1013/18 1014/15
1014/16 1020/10
1030/12 1063/24
1107/6
**takes [1]** 1017/11
1019/15
**taking [6]** 1042/4
1049/9 1056/21
1056/23 1065/11
1091/12
**talk [15]** 990/2
1004/24 1012/1
1038/21 1040/24
1041/24 1048/12
1048/13 1048/14
1048/16 1057/20
1058/3 1065/23
1096/15 1126/21
**talked [20]**
1001/21 1004/15
1006/16 1007/21
1009/22 1010/1
1018/7 1020/19
1031/12 1041/22

1039/15 1087/6
1087/11 1092/16
1101/21 1103/24
1105/11 1116/9
1122/18 1126/22
**talking [19]**
994/13 1014/17
1015/1 1016/12
1021/8 1031/5
1042/4 1058/14
1058/15 1070/6
1074/24 1080/16
1087/12 1092/7
1092/8 1092/16
1093/2 1103/5
1115/10
**tank [2]** 1007/7
1007/9
**Tasha [2]** 1075/3
1119/10
**Tashina [1]**
1077/7
**team [16]** 1002/21
1002/23 1010/23
1013/8 1014/2
1015/4 1015/8
1015/16 1025/4
1025/14 1034/24
1035/25 1045/13
1104/14 1127/12
1127/20
**technically [1]**
1013/24
**technological [1]**
1129/10
**telecommunicatio
ns [2]** 999/23
1000/6
**telephone [3]**
999/25 1125/18
1125/19
**tell [20]** 992/6
992/13 993/6
997/17 1003/1
1021/20 1051/22
1054/16 1055/8
1060/25 1068/5
1070/23 1075/9
1077/23 1105/12
1112/19 1112/23
1112/25 1113/3
1118/14
**telling [23]**
1003/16 1046/4

**T**

**telling... [21]**
1108/16 1108/22
1110/7 1111/13
1111/19 1113/7
1113/24 1116/21
1117/4 1120/18
1121/10 1121/20
1121/22 1122/25
1123/1 1124/14
1124/16 1124/20
1125/11 1125/18
1127/16

**tells [3]** 1021/20
1109/3 1109/16

**ten [2]** 1025/6
1066/24

**tense [1]** 1087/7

**term [3]** 1018/21
1021/2 1029/17

**termed [1]**
1107/13

**terminology [2]**
1114/7 1114/7

**terms [5]** 992/16
1002/6 1021/17
1042/23 1087/5

**terrible [5]**
1029/22 1029/24
1091/17 1091/20
1091/24

**Terzaken [3]**
1098/21 1098/21
1099/14

**test [1]** 1025/11

**testified [27]**
997/22 998/20
1005/22 1016/13
1025/21 1029/13
1030/1 1030/21
1030/25 1031/21
1036/6 1036/9
1039/3 1042/25
1051/6 1057/18
1060/1 1060/11
1064/20 1065/4
1065/8 1072/6
1073/21 1086/10
1088/10 1098/11
1111/2

**testify [2]** 990/17
1042/18

**testifying [2]**
1060/1 1092/18

**testimonies [1]**
1119/12

**testimony [39]**
990/16 990/22
991/1 993/1
993/14 993/22
997/7 1005/17
1006/14 1019/19
1047/14 1047/17
1047/19 1051/14
1051/18 1055/19
1060/22 1061/3
1062/2 1064/18
1066/10 1080/7
1080/9 1081/21
1081/25 1082/17
1089/17 1093/1
1095/9 1096/10
1098/14 1098/17
1099/8 1103/19
1114/24 1115/1
1122/13 1127/4
1128/15

**text [26]** 1003/20
1003/25 1004/10
1006/5 1010/18
1010/19 1011/18
1032/15 1032/16
1033/5 1042/25
1043/2 1043/5
1043/17 1045/24
1047/9 1048/6
1050/10 1072/11
1072/23 1095/3
1107/11 1111/3
1111/6 1111/8
1111/12

**texted [3]**
1013/16 1038/23
1072/11

**texting [1]**
1043/19

**texts [4]** 1008/2
1008/14 1045/17
1072/1

**than [11]** 1006/14
1030/22 1041/22
1042/12 1044/24
1057/15 1069/24
1070/17 1071/13
1115/19 1120/3

**thank [15]** 991/21
992/21 992/24
1024/17 1026/16

1032/20 1035/3
1033/25 1061/9
1061/11 1064/11
1074/19 1128/4
1128/12 1128/17

**thanks [5]**
1004/24 1011/7
1011/9 1012/1
1058/1

**that [954]**

**that's [104]**
991/20 992/10
994/21 997/22
1007/13 1016/1
1019/14 1021/2
1023/12 1023/23
1025/2 1028/6
1028/13 1028/21
1030/19 1031/4
1031/20 1035/7
1035/7 1035/9
1035/22 1036/13
1037/1 1037/4
1037/11 1039/18
1040/5 1040/14
1040/17 1041/2
1041/21 1042/2
1042/13 1043/5
1043/9 1044/3
1046/21 1046/22
1046/22 1047/3
1047/17 1047/20
1049/1 1049/7
1050/8 1057/11
1058/7 1060/23
1061/8 1062/7
1062/11 1066/7
1067/15 1068/25
1069/23 1070/9
1070/14 1072/8
1072/9 1072/21
1073/12 1073/12
1073/12 1074/15
1078/3 1081/16
1081/18 1083/13
1083/20 1088/15
1090/16 1091/12
1092/5 1092/17
1092/22 1093/1
1094/25 1096/16
1097/22 1097/25
1099/5 1102/2
1103/11 1105/3
1106/19 1107/16

1108/9 1109/14
1109/24 1110/5
1112/8 1112/14
1113/23 1117/16
1122/9 1123/4
1123/5 1123/19
1123/20 1123/24
1124/13 1124/23
1126/13 1126/18

**their [11]** 991/4
991/4 991/5
1000/14 1010/23
1022/14 1030/15
1085/11 1090/11
1118/1 1125/18

**them [67]** 991/11
991/12 991/13
996/9 996/24
996/24 997/1
998/21 1004/6
1010/23 1019/12
1027/19 1030/9
1037/4 1037/16
1039/10 1039/12
1039/14 1043/2
1045/14 1045/16
1045/20 1046/3
1046/4 1048/13
1048/14 1048/16
1048/25 1052/20
1053/1 1058/3
1058/20 1060/25
1063/2 1080/2
1085/15 1094/19
1104/18 1108/16
1111/17 1111/19
1111/25 1112/25
1113/3 1115/3
1115/24 1116/21
1117/4 1118/1
1119/5 1120/18
1121/2 1121/3
1121/8 1121/10
1121/20 1121/22
1121/24 1122/10
1122/25 1123/1
1123/7 1124/1
1124/14 1124/16
1125/17 1125/18

**themselves [1]**
994/1

**then [47]** 990/16
994/25 997/5
998/18 1005/4

1008/15 1009/1
1009/9 1010/15
1011/6 1011/11
1011/18 1011/23
1013/7 1014/19
1015/3 1015/16
1015/21 1019/13
1019/22 1040/21
1042/6 1043/22
1071/16 1071/25
1072/10 1072/25
1079/8 1081/19
1084/11 1086/10
1087/4 1092/15
1096/9 1096/9
1099/9 1100/24
1105/9 1110/13
1111/8 1111/10
1116/9 1116/18
1118/3 1118/18
1122/1 1127/15

**there [87]** 990/24
994/8 994/8
994/13 994/22
997/23 999/17
1000/25 1001/2
1001/19 1002/12
1002/15 1005/16
1005/16 1006/6
1006/15 1007/2
1008/2 1008/16
1008/24 1009/6
1009/9 1014/2
1015/1 1016/19
1018/1 1021/8
1021/16 1023/10
1023/25 1024/13
1030/5 1031/18
1031/21 1031/22
1032/22 1033/24
1043/2 1046/13
1051/19 1051/22
1052/3 1052/19
1054/6 1057/6
1057/14 1057/19
1058/17 1060/10
1061/3 1071/22
1073/10 1073/21
1074/6 1076/16
1076/16 1077/25
1078/24 1081/1
1083/11 1084/15
1085/24 1089/24
1090/1 1095/11

# T

**there... [22]**
1095/20 1101/23
1102/12 1106/1
1106/3 1106/5
1106/7 1106/10
1108/3 1109/14
1110/23 1111/22
1112/16 1115/6
1115/9 1118/11
1121/14 1121/15
1121/17 1121/22
1122/8 1128/3

**there's [14]**
1012/19 1022/6
1023/22 1023/23
1047/25 1048/17
1060/22 1067/10
1073/7 1089/2
1107/2 1109/13
1109/15 1114/10

**thereafter [2]**
995/15 1093/18

**therefore [6]**
1017/25 1070/12
1070/21 1078/5
1109/16 1129/9

**these [26]** 992/14
1006/25 1014/25
1015/19 1017/23
1018/3 1018/6
1021/13 1043/15
1045/11 1045/12
1062/9 1066/9
1066/18 1075/1
1079/20 1079/23
1079/25 1082/23
1082/24 1091/16
1101/21 1106/15
1107/20 1120/2
1121/25

**they [69]** 996/9
1000/6 1000/8
1000/11 1000/12
1000/13 1001/6
1001/13 1001/13
1001/15 1001/16
1004/5 1017/23
1018/11 1021/3
1021/4 1021/20
1022/14 1030/9
1030/11 1030/18
1043/8 1048/14
1048/19 1048/19

1048/23 1049/2
1049/8 1053/1
1053/5 1054/4
1062/13 1084/4
1085/11 1085/12
1085/11 1085/13
1085/12 1085/13
1092/9 1092/13
1094/20 1101/24
1104/17 1105/15
1106/16 1107/14
1108/11 1110/18
1113/21 1113/25
1115/9 1115/9
1115/10 1115/11
1115/15 1115/16
1115/25 1116/2
1116/9 1116/19
1118/14 1118/15
1118/16 1118/21
1119/1 1119/1
1120/3 1127/12
1127/13 1127/17

**they'd [1]** 1067/4

**thing [26]**
1001/12 1007/19
1008/21 1015/2
1020/19 1020/23
1022/20 1029/22
1030/18 1034/22
1054/19 1055/12
1073/7 1080/17
1091/17 1098/13
1098/14 1107/17
1107/19 1110/18
1110/21 1113/15
1113/18 1116/15
1117/8 1120/15

**things [22]**
1006/18 1022/13
1022/15 1030/21
1036/10 1042/23
1051/6 1054/11
1070/14 1083/18
1087/6 1087/7
1090/1 1107/4
1108/15 1110/23
1110/24 1115/20
1119/3 1122/23
1126/10 1127/19

**think [112]**
990/20 991/4
992/16 993/6
995/10 996/15
998/20 999/16

1001/6 1001/9
1001/7 1007/9
1007/11 1007/21
1009/22 1009/23
1010/1 1012/19
1012/25 1013/6
1013/7 1013/7
1013/12 1013/19
1014/5 1014/5
1014/10 1014/11
1014/21 1015/13
1016/7 1016/13
1017/1 1017/4
1017/12 1017/16
1018/1 1018/10
1019/11 1020/10
1023/16 1025/15
1026/1 1026/2
1029/11 1030/12
1033/14 1036/13
1039/9 1041/2
1041/9 1043/20
1047/19 1048/21
1049/1 1050/14
1052/13 1055/1
1055/15 1055/17
1056/10 1056/23
1057/15 1060/17
1061/8 1062/11
1062/22 1063/5
1065/5 1066/4
1066/6 1066/23
1067/15 1069/17
1070/3 1072/9
1072/11 1073/8
1073/12 1073/21
1079/2 1082/6
1083/16 1085/24
1086/12 1090/6
1091/12 1095/5
1095/16 1096/10
1100/19 1101/12
1101/15 1102/9
1102/9 1102/17
1103/3 1105/7
1105/25 1106/6
1107/17 1114/5
1117/13 1117/23
1118/21 1119/3
1120/11 1122/5
1123/22 1126/22

**thinking [14]**
1006/17 1012/1

1016/21 1049/8
1066/8 1081/5
1081/8 1102/2
1102/10 1110/13
1117/10 1120/14
1120/15 1123/7

**third [2]** 1046/23
1046/24

**Thirteen [1]**
1071/15

**this [205]**

**those [27]** 990/11
996/11 1010/3
1021/17 1022/12
1022/15 1027/17
1029/1 1029/3
1029/19 1030/23
1039/8 1052/21
1055/6 1055/20
1055/24 1056/3
1060/8 1065/21
1071/19 1076/13
1092/16 1094/21
1101/22 1121/6
1126/1 1126/23

**though [2]**
1017/13 1108/11

**thought [21]**
998/9 998/16
1013/4 1017/19
1017/22 1044/25
1057/22 1059/4
1059/4 1071/24
1084/5 1103/2
1104/2 1104/4
1110/12 1111/9
1113/20 1120/4
1120/19 1121/11
1123/14

**threat [7]** 1019/21
1022/7 1022/23
1023/11 1084/6
1085/22 1086/7

**threaten [1]**
1127/17

**threatened [1]**
1127/20

**three [3]** 1021/9
1062/6 1112/15

**three-tiered [1]**
1021/9

**through [19]**
990/14 1017/1
1019/13 1024/21

1039/9 1042/23
1059/17 1075/1
1081/3 1081/24
1082/1 1099/7
1099/9 1110/14
1115/20 1119/17
1127/12

**thrust [1]** 997/20

**thumb [3]** 1039/5
1060/9 1100/3

**Thursday [1]**
993/9

**tiered [1]** 1021/9

**till [2]** 1005/25
1006/4

**time [120]** 995/7
995/11 995/16
996/15 997/5
999/13 1000/11
1001/25 1002/12
1002/17 1003/6
1005/9 1005/25
1006/4 1006/17
1007/7 1008/6
1008/11 1008/15
1013/23 1013/23
1015/14 1016/18
1017/11 1017/21
1019/15 1019/24
1020/10 1024/23
1027/10 1031/9
1032/22 1041/7
1041/11 1042/22
1043/14 1044/5
1044/22 1045/3
1048/11 1052/14
1053/5 1053/9
1056/24 1058/14
1058/15 1060/12
1062/9 1063/14
1065/11 1067/9
1067/11 1068/16
1070/6 1070/15
1071/4 1071/6
1071/14 1075/10
1076/2 1076/20
1077/10 1077/13
1077/14 1077/16
1079/25 1083/3
1083/5 1083/15
1083/17 1086/10
1086/14 1087/5
1087/7 1087/18

**T**

**time... [45]**
1087/21 1088/7
1088/13 1088/16
1090/7 1091/6
1092/2 1092/5
1092/25 1093/6
1093/8 1093/13
1093/18 1093/22
1095/14 1095/16
1096/1 1096/2
1098/10 1099/10
1102/14 1102/18
1105/4 1105/7
1105/7 1105/18
1108/17 1108/24
1109/1 1109/1
1109/17 1109/21
1115/7 1117/6
1118/11 1118/16
1121/7 1121/11
1121/12 1121/20
1123/6 1123/20
1123/24 1126/17
1127/3

**timeframe [3]**
1028/14 1043/18
1058/15

**times [15]** 993/21
1001/18 1002/15
1025/3 1025/13
1035/24 1041/23
1041/24 1042/7
1042/13 1043/12
1050/5 1054/16
1056/7 1104/10

**timing [2]** 1082/2
1126/14

**Title [1]** 1104/16

**today [58]**
1004/15 1004/20
1007/12 1026/25
1030/21 1030/25
1031/3 1035/21
1036/11 1036/13
1039/3 1046/4
1047/13 1047/19
1047/20 1048/5
1050/3 1051/6
1051/14 1052/13
1055/19 1055/23
1056/2 1056/10
1059/15 1059/18
1062/2 1063/9

1065/2 1065/24
1066/1 1066/8
1068/25 1080/7
1081/17 1092/18
1093/24 1098/9
1102/2 1102/9
1103/5 1108/20
1109/3 1113/14
1113/17 1113/20
1113/23 1114/21
1115/20 1117/3
1122/3 1122/9
1122/13 1126/4
1126/13 1127/4
1127/8 1127/16

**together [2]**
1006/24 1049/24

**told [47]** 997/23
1002/22 1004/8
1011/9 1025/6
1028/16 1035/22
1045/16 1045/20
1046/3 1047/1
1047/7 1048/19
1048/21 1048/24
1049/3 1051/15
1053/22 1055/20
1057/25 1060/19
1081/14 1083/11
1087/21 1087/22
1091/8 1094/25
1097/12 1101/11
1105/6 1108/20
1111/17 1111/25
1117/22 1117/23
1122/7 1122/10
1123/6 1124/1
1124/6 1125/2
1125/21 1125/23
1126/9 1126/9
1126/12 1127/18

**tomorrow [6]**
990/11 990/18
991/14 992/9
1011/22 1126/7

**tonight [2]**
1011/20 1034/3

**too [5]** 991/5
996/5 1024/24
1033/21 1094/16

**took [15]** 1001/17
1029/6 1029/9
1030/13 1030/23
1040/12 1054/7

1064/8 1065/24
1065/25 1066/1
1081/24 1099/7
1100/18 1106/10

**tools [5]** 1021/22
1022/2 1022/10
1023/7 1023/8

**top [6]** 994/5
994/6 1011/4
1060/6 1078/14
1114/13

**topic [3]** 1004/9
1004/17 1083/19

**topics [1]** 999/1

**torrent [1]**
1087/15

**touch [2]** 1125/5
1125/8

**tough [1]** 1087/5

**towards [2]**
1003/17 1008/16

**town [1]** 1006/23

**track [5]** 992/7
992/8 992/16
1086/12 1122/4

**training [1]**
1034/18

**transcript [12]**
989/8 993/12
993/18 1038/8
1071/10 1093/1
1093/3 1099/6
1099/20 1103/10
1103/16 1129/5

**transcripts [1]**
1101/22

**travel [3]** 990/8
990/9 992/8

**tremendous [1]**
1073/22

**trial [4]** 989/8
990/9 992/17
1048/4

**tribunal [1]**
1115/1

**Tricia [1]** 1074/25

**tried [7]** 1066/6
1072/12 1082/8
1082/10 1082/12
1082/14 1113/19

**triggered [7]**
1111/9 1111/10
1122/1 1123/21
1123/25 1126/3

**true [4]** 1045/15
1117/25 1124/13
1129/4

**Trump [11]**
1015/3 1015/6
1020/5 1020/6
1050/16 1074/3
1074/4 1079/7
1080/17 1100/14
1120/9

**Trump's [1]**
1100/8

**Trump-Russia [2]**
1050/16 1080/17

**Trump/Russia [1]**
1015/6

**trust [2]** 1013/11
1050/20

**trusted [4]**
1024/15 1044/8
1044/23 1045/3

**truth [1]** 1003/1

**truthful [2]**
1082/12 1082/14

**truthfully [2]**
1026/2 1091/19

**try [8]** 990/10
992/12 1036/2
1058/6 1058/7
1058/8 1099/21
1101/21

**trying [8]** 998/16
1008/5 1008/10
1022/23 1091/15
1102/9 1103/7
1115/15

**turn [3]** 993/17
1050/23 1118/18

**TV [1]** 1034/21

**Tweet [3]** 1005/6
1005/9 1005/11

**twice [4]** 1025/15
1041/24 1064/1
1099/10

**Twitter [7]**
1010/22 1011/19
1012/6 1012/8
1012/10 1012/11
1043/19

**two [22]** 993/11
1008/21 1025/20
1030/5 1030/8
1034/5 1052/8

1052/21 1054/11
1054/11 1062/5
1068/1 1071/19
1073/13 1073/16
1075/25 1076/21
1081/7 1089/21
1100/3 1112/15
1119/11

**two-minute [2]**
1073/13 1073/16

**type [7]** 1007/5
1016/20 1016/20
1016/24 1021/7
1023/23 1024/3

**typically [1]**
1018/17

**U**

**U.S [7]** 989/24
1000/1 1000/2
1000/6 1000/15
1003/11 1104/16

**U.S.C [3]** 1048/20
1048/25 1108/12

**Uh [7]** 1005/20
1006/21 1067/20
1096/11 1097/21
1114/16 1119/14

**Uh-huh [7]**
1005/20 1006/21
1067/20 1096/11
1097/21 1114/16
1119/14

**ultimate [2]**
1002/5 1042/8

**Um [1]** 1006/13

**umbrella [2]**
1074/6 1074/7

**unaggressively**
**[1]** 1001/10

**unauthorized [2]**
1028/10 1029/17

**unbelievable [2]**
995/21 1094/5

**uncertainty [1]**
996/21

**uncomfortable [2]**
996/4 1094/15

**uncommon [1]**
1015/23

**under [28]** 1011/8
1012/12 1013/21
1016/22 1016/23
1017/2 1022/16

**U**

**under... [21]**
1027/25 1028/3
1028/18 1028/21
1028/23 1031/15
1031/16 1038/10
1050/14 1074/7
1082/5 1082/6
1087/17 1088/12
1091/16 1098/12
1098/15 1099/2
1103/9 1127/18
1127/24
**understand [8]**
990/7 1011/14
1026/10 1027/4
1052/1 1065/7
1099/2 1107/8
**understanding [8]**
990/18 1000/1
1001/1 1003/6
1017/18 1028/25
1031/24 1085/17
**understands [1]**
1128/16
**understood [14]**
991/15 998/5
1000/10 1003/15
1015/14 1015/17
1049/5 1053/9
1055/4 1082/5
1082/6 1092/19
1124/23 1127/22
**UNITED [5]** 989/1
989/2 989/9
989/12 1016/23
**unless [1]**
1019/10
**unrecalled [1]**
1123/8
**unrelated [2]**
1004/9 1004/17
**until [6]** 1011/8
1029/11 1044/2
1063/19 1092/11
1127/2
**unusual [1]**
1059/2
**up [52]** 991/24
993/21 995/13
995/17 995/23
1004/12 1005/8
1005/25 1008/8
1009/13 1011/5

1016/19 1019/13
1026/13 1032/18
1032/23 1032/24
1037/22 1040/15
1040/15 1043/24
1050/5 1057/17
1057/25 1058/12
1058/13 1059/23
1061/8 1061/23
1062/7 1068/16
1071/19 1073/6
1075/14 1080/19
1084/14 1087/2
1087/22 1093/15
1094/7 1098/20
1100/20 1101/2
1101/23 1103/13
1110/3 1111/25
1112/1 1114/9
1116/10 1121/25
1128/2
**update [1]** 1075/6
**updated [1]**
1011/20
**upon [5]** 1014/19
1014/22 1016/18
1021/22 1087/12
**upsetting [1]**
1048/10
**us [17]** 1000/7
1001/14 1013/6
1013/9 1014/7
1015/18 1020/5
1021/6 1027/14
1051/7 1057/2
1064/14 1065/11
1068/8 1078/20
1085/23 1088/23
**use [7]** 1021/2
1021/22 1022/2
1022/10 1023/6
1101/8 1101/25
**used [1]** 1029/17
**using [3]** 1100/15
1114/6 1114/22
**usually [1]**
1018/19

**V**

**vague [2]** 1077/20
1077/24
**vaguely [1]**
1075/8
**variety [4]**

1005/23 1016/22
1016/23 1021/7
**various [7]**
1012/10 1012/11
1018/6 1066/16
1074/20 1075/6
1107/2
**veracity [1]**
1020/15
**verified [1]**
1125/10
**version [2]**
1011/20 1107/5
**very [33]** 1007/20
1018/14 1020/7
1020/7 1020/12
1021/6 1024/17
1027/6 1029/23
1030/7 1040/1
1045/19 1046/1
1048/9 1048/9
1049/6 1054/5
1056/18 1058/1
1065/13 1066/23
1068/21 1068/21
1070/5 1070/13
1087/7 1092/14
1092/15 1103/5
1118/9 1121/25
1127/11 1127/13
**victim [1]** 1085/13
**videotape [1]**
1024/1
**view [2]** 1019/4
1053/19
**voluntarily [1]**
1099/1
**voluntary [2]**
1029/4 1082/4
**volunteer [3]**
997/13 998/2
1083/9
**volunteered [1]**
1104/5
**vouch [1]**
1116/11
**vouched [6]**
1055/9 1055/21
1055/24 1056/4
1113/10 1114/1
**vouching [3]**
1113/15 1113/17
1114/23

**W**

**wait [3]** 997/15
1015/7 1072/10
**walk [1]** 1057/2
**walked [1]**
1119/16
**Wall [1]** 1095/23
**want [33]** 990/10
991/1 991/5 992/6
1003/18 1011/16
1012/13 1014/7
1016/9 1019/7
1019/9 1021/2
1021/3 1029/5
1032/17 1039/17
1040/2 1042/22
1052/16 1054/19
1058/2 1059/24
1061/9 1082/20
1099/8 1106/17
1106/20 1107/6
1110/3 1112/12
1114/5 1116/10
1116/14
**wanted [27]**
992/10 996/7
996/10 1000/4
1000/13 1013/16
1014/17 1014/18
1015/16 1016/25
1039/14 1039/22
1040/9 1044/21
1044/25 1048/14
1050/7 1050/12
1050/17 1057/7
1057/13 1057/20
1086/7 1094/17
1094/20 1099/24
1119/21
**wary [2]** 1020/22
1021/6
**was [382]**
**Washington [2]**
989/14 989/25
**wasn't [11]**
997/18 1031/8
1032/11 1037/5
1042/1 1061/21
1061/22 1065/10
1083/11 1099/21
1114/24
**WATKINS [1]**
989/19
**way [24]** 994/9

1002/22 1003/16
1006/6 1007/14
1017/8 1017/19
1018/16 1032/23
1034/23 1057/3
1058/19 1063/6
1064/24 1069/8
1069/9 1083/23
1088/17 1096/5
1099/23 1101/18
1102/10 1103/15
1127/21
**ways [1]** 1005/24
**we [148]**
**We'd [1]** 1067/5
**we'll [17]** 992/15
993/11 1032/24
1035/2 1036/2
1038/22 1059/16
1075/1 1078/7
1084/14 1098/24
1099/8 1099/9
1112/6 1118/9
1126/7 1128/18
**we're [16]** 992/16
1015/1 1019/22
1019/23 1024/22
1031/8 1031/11
1042/22 1043/12
1058/14 1058/15
1092/25 1093/2
1103/5 1119/17
1128/2
**we've [12]** 991/18
1018/7 1021/14
1024/20 1025/1
1042/21 1065/12
1065/18 1070/6
1090/22 1119/11
1119/12
**week [6]** 1011/25
1011/25 1054/7
1096/15 1118/18
1118/21
**weeks [2]**
1025/20 1089/21
**weighs [1]**
1022/11
**Welcome [3]**
992/3 992/23
1064/13
**well [62]** 991/7
992/8 996/2 999/8
1006/15 1011/10

**W**

**well... [56]**
1012/19 1013/20
1013/20 1015/14
1016/5 1017/18
1018/16 1019/19
1022/20 1023/23
1024/21 1025/11
1030/7 1030/21
1031/8 1032/21
1034/2 1034/14
1038/19 1040/1
1042/6 1048/9
1048/22 1049/2
1049/6 1050/4
1050/12 1055/17
1057/22 1058/1
1058/13 1059/10
1059/16 1061/3
1063/12 1066/9
1069/22 1070/10
1072/10 1072/23
1076/17 1080/17
1085/8 1086/10
1087/20 1091/20
1092/14 1094/11
1096/14 1099/5
1106/19 1107/3
1115/15 1117/16
1119/5 1125/8

**well-formulated
[1]** 1092/14

**went [15]** 1007/10
1008/5 1009/15
1009/16 1009/18
1024/16 1032/21
1034/2 1071/25
1072/1 1088/10
1096/14 1100/21
1113/3 1127/12

**were [109]** 994/19
996/17 996/21
1000/12 1000/21
1001/10 1001/13
1001/15 1001/16
1002/7 1002/13
1002/17 1004/4
1004/5 1008/20
1012/15 1014/2
1017/15 1017/23
1018/10 1018/12
1020/16 1020/21
1021/8 1025/25
1028/15 1028/18

1030/1 1030/5
1030/22 1031/16
1031/25 1032/6
1032/6 1035/24
1036/16 1036/18
1037/24 1038/6
1038/10 1042/10
1043/2 1043/14
1043/15 1045/2
1048/24 1048/25
1050/15 1053/24
1054/4 1055/4
1055/6 1056/25
1057/12 1064/21
1065/4 1074/6
1074/10 1075/5
1076/16 1079/20
1079/23 1082/5
1082/23 1083/1
1083/24 1083/24
1086/1 1086/15
1086/21 1088/3
1088/12 1088/16
1089/21 1090/10
1090/10 1090/15
1091/12 1091/13
1092/9 1100/4
1100/5 1100/6
1100/15 1101/5
1101/9 1102/15
1103/7 1103/22
1104/12 1105/4
1105/21 1106/1
1106/7 1107/4
1107/6 1108/6
1108/24 1111/3
1113/21 1113/21
1113/22 1115/6
1116/6 1116/23
1117/19 1118/3
1118/11 1122/23

**weren't [5]**
1025/24 1036/22
1065/8 1083/18
1090/7

**what [159]**

**what's [14]** 993/3
1006/25 1015/18
1016/9 1024/1
1041/5 1046/2
1047/5 1065/24
1069/16 1112/17
1115/21 1117/1
1117/17

**whatever [4]**
1068/8 1088/3
1100/23 1119/1

**whatsoever [1]**
1085/25

**when [86]** 995/1
995/11 995/13
996/13 996/16
996/21 996/22
997/2 998/9
998/18 998/18
1002/11 1002/12
1002/12 1005/21
1007/6 1007/7
1007/14 1008/24
1016/3 1016/13
1019/24 1019/25
1024/8 1025/19
1028/12 1032/6
1038/10 1041/9
1043/14 1043/15
1043/15 1043/20
1044/4 1046/9
1046/12 1047/22
1052/12 1058/16
1060/2 1060/3
1061/22 1061/23
1062/12 1065/2
1066/2 1069/11
1072/15 1076/4
1079/22 1082/4
1082/20 1082/25
1083/22 1085/15
1085/23 1090/25
1092/13 1092/17
1093/3 1093/5
1093/13 1093/15
1095/14 1102/15
1104/1 1104/11
1104/24 1105/21
1109/2 1109/12
1109/13 1111/3
1111/12 1116/2
1116/23 1117/24
1119/5 1121/6
1121/23 1122/20
1123/23 1125/3
1126/8 1126/18
1126/24

**whenever [1]**
1064/7

**where [28]** 994/5
994/6 995/25
1008/19 1017/1

1049/24 1060/3
1060/7 1060/24
1061/7 1062/14
1062/20 1065/3
1065/23 1065/24
1072/11 1074/11
1074/25 1094/8
1103/4 1105/21
1106/10 1109/8
1111/11 1121/16
1123/13

**Whereupon [1]**
1061/14

**whether [30]**
1002/6 1006/12
1010/9 1010/12
1013/4 1020/16
1022/13 1022/14
1029/15 1029/17
1042/15 1049/8
1050/13 1058/18
1063/6 1066/11
1069/5 1069/12
1070/8 1071/8
1071/9 1071/9
1086/4 1092/9
1096/17 1097/17
1112/1 1112/2
1120/5 1125/20

**which [27]** 990/15
993/7 1001/22
1005/13 1013/8
1019/15 1021/15
1021/18 1032/15
1034/3 1035/2
1042/22 1043/2
1053/11 1054/7
1059/6 1067/18
1073/17 1075/12
1099/1 1100/9
1103/2 1107/3
1116/14 1121/4
1121/18 1121/19

**while [2]** 999/11
1003/23

**white [2]** 1035/8
1051/7

**who [46]** 994/2
994/19 994/19
994/19 994/22
1001/18 1002/2
1002/2 1007/3
1012/23 1014/17

1015/21 1016/10
1016/18 1018/10
1030/5 1030/8
1033/12 1038/20
1049/17 1054/24
1055/4 1055/5
1059/20 1060/12
1060/23 1062/3
1062/4 1062/19
1063/7 1063/11
1075/1 1076/19
1077/9 1080/25
1085/1 1085/10
1098/21 1100/5
1106/6 1106/10
1117/14 1120/7
1123/10 1124/21
1125/5

**who's [1]** 1076/24

**whoever [1]**
1017/23

**whole [10]**
1016/19 1017/4
1020/18 1046/23
1047/2 1091/17
1103/16 1116/15
1120/15 1127/5

**whom [2]** 1089/3
1102/11

**whomever [1]**
1023/13

**whose [1]** 1056/3

**why [23]** 991/12
994/5 1002/25
1012/18 1013/20
1016/9 1018/15
1024/12 1063/16
1071/4 1071/5
1084/25 1097/11
1097/14 1097/17
1101/16 1102/7
1102/25 1112/12
1114/9 1116/17
1117/13 1118/21

**will [21]** 991/5
992/12 992/14
993/1 1018/18
1018/20 1032/19
1042/21 1054/20
1054/21 1060/10
1063/18 1063/22
1066/15 1067/12
1078/24 1085/14
1098/14 1101/2

1164

**W**

will... **[2]** 1125/13
1128/8
**willing [2]**
1013/10 1044/24
**wish [3]** 995/19
1035/20 1093/19
**withheld [3]**
1060/11 1063/6
1120/6
**withhold [2]**
1062/19 1120/23
**withholding [4]**
1062/21 1063/10
1117/5 1117/8
**within [2]** 1054/12
1085/14
**without [3]**
1029/14 1037/17
1085/10
**witness [9]**
1030/12 1039/23
1046/12 1046/13
1046/19 1064/6
1064/8 1098/25
1112/9
**witness's [1]**
1106/13
**witnesses [1]**
990/9
**witnesses' [1]**
992/8
**Wittes [2]**
1032/17 1033/12
**wonder [1]**
1084/24
**word [13]**
1005/22 1005/23
1025/18 1054/12
1061/1 1101/1
1101/8 1101/25
1102/7 1109/25
1114/23 1118/1
1119/7
**words [10]** 997/7
1000/12 1013/10
1051/19 1051/21
1061/4 1072/12
1089/25 1111/23
1120/2
**work [9]** 992/9
1013/5 1013/17
1013/25 1034/15
1038/3 1039/25

**worked [2]**
1053/1 1054/24
**working [12]**
1007/7 1008/20
1009/24 1010/23
1011/7 1014/3
1014/23 1024/10
1076/15 1077/11
1086/21 1087/2
**works [3]**
1018/16 1019/6
1111/1
**worse [1]**
1043/25
**would [110]**
990/13 990/15
990/18 990/20
990/21 991/10
994/11 994/21
999/9 1005/1
1006/23 1006/24
1012/16 1012/20
1012/21 1012/22
1012/23 1012/25
1012/25 1013/6
1013/7 1013/12
1013/18 1013/19
1014/5 1014/14
1014/17 1014/18
1014/21 1015/3
1015/7 1015/10
1015/11 1015/16
1015/18 1015/19
1016/4 1016/8
1016/17 1016/25
1017/4 1017/5
1017/8 1017/11
1018/1 1018/13
1019/11 1019/16
1020/6 1020/9
1020/9 1020/10
1020/12 1020/18
1020/20 1021/6
1021/13 1023/4
1023/18 1023/20
1025/6 1027/6
1027/8 1027/10
1029/22 1029/23
1034/23 1035/12
1037/9 1037/12
1040/19 1044/20
1045/1 1050/7
1050/12 1050/13

1054/23 1050/10
1050/14 1050/17
1055/14 1055/18
1058/20 1058/20
1058/22 1059/2
1059/7 1059/7
1059/7 1059/8
1059/9 1059/13
1060/20 1066/6
1068/19 1070/14
1076/14 1086/7
1097/11 1097/17
1103/17 1104/17
1104/21 1106/9
1107/2 1113/13
1114/3 1114/3
1116/5 1117/13
**wouldn't [8]**
1001/14 1004/7
1020/8 1044/13
1059/19 1069/22
1110/2 1124/17
**Wow [1]** 1102/24
**wrap [1]** 1128/2
**write [4]** 1027/7
1034/2 1054/21
1056/12
**writes [2]** 1004/4
1006/22
**written [3]**
1052/15 1087/24
1117/20
**wrong [6]**
1080/20 1101/12
1103/2 1103/3
1110/16 1110/17
**wrongdoing [1]**
1002/7
**wrote [3]** 1004/24
1117/24 1126/24

**X**

**XXX [1]** 1129/13

**Y**

**yahoo [1]**
1011/20
**YAO [1]** 989/18
**yeah [29]** 995/18
1005/9 1006/1
1008/5 1008/10
1009/7 1009/10
1011/13 1018/4
1020/11 1036/13

1060/10 1068/22
1078/24 1095/18
1095/19 1098/16
1099/19 1102/12
1104/4 1105/7
1105/24 1108/21
1111/11 1112/15
1118/1 1124/11
**year [7]** 1026/22
1034/5 1043/6
1044/2 1045/12
1045/14 1045/15
**years [13]**
1010/23 1031/9
1041/8 1042/24
1049/20 1055/13
1070/16 1070/17
1080/13 1085/18
1097/13 1110/22
1120/16
**Yep [2]** 1073/10
1095/21
**yes [237]**
**yesterday [12]**
1006/23 1025/21
1030/25 1064/20
1065/4 1065/8
1092/18 1111/2
1113/19 1114/24
1115/20 1122/16
**yet [1]** 1011/9
**York [7]** 989/20
1041/22 1041/24
1042/7 1042/12
1050/5 1054/16
**you [921]**
**you'd [3]** 1011/4
1049/20 1097/19
**you're [34]**
1014/11 1016/12
1016/16 1017/16
1019/24 1026/5
1036/14 1042/18
1047/21 1052/6
1052/16 1052/19
1052/20 1053/17
1057/15 1059/10
1060/1 1066/15
1070/4 1070/8
1073/9 1091/25
1092/7 1092/8
1093/4 1095/14
1096/2 1104/24

1107/3 1107/20
1112/4 1115/3
1115/9 1118/18
**you've [11]**
1025/3 1030/22
1031/12 1050/2
1051/6 1070/24
1080/3 1080/8
1080/19 1115/20
1122/10
**you/your [1]**
1035/20
**your [161]**
**yours [1]** 1030/16
**yourself [7]**
1046/20 1046/24
1049/9 1075/1
1106/14 1107/23
1114/15