IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,      Criminal Action No.
           Plaintiff,      1:21-CR-00582-CRC-1

                      May 23, 2022
         vs.           1:51 p.m.

MICHAEL A. SUSSMANN,        **\*AFTERNOON SESSION\***
            Defendant.

_____

TRANSCRIPT OF JURY TRIAL
HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:    ANDREW DeFILIPPIS, ESQ.
                      MICHAEL KEILTY, ESQ.
                      JONATHAN EDGAR ALGOR, IV, ESQ.
                      BRITTAIN SHAW, ESQ.
                        SPECIAL COUNSEL'S OFFICE
                        145 N Street Northeast
                        Washington, DC 20002
                        (212) 637-2231

For the Defendant:        SEAN M. BERKOWITZ, ESQ.
                      MICHAEL BOSWORTH, ESQ.
                      CATHERINE YAO, ESQ.
                      NATALIE HARDWICK RAO, ESQ.
                        LATHAM & WATKINS LLP
                        1271 Avenue of the Americas
                        New York, NY 10020
                        (212) 906-1200

Court Reporter:           Lorraine T. Herman, RPR, CCR
                      Official Court Reporter
                      U.S. Courthouse, Room 6718
                      333 Constitution Avenue, NW
                      Washington, DC 20001
                      (202) 354-3187

1

<u>**I N D E X**</u>

2

<u>**WITNESS**</u>                                                      <u>**PAGE**</u>

3

RYAN GAYNOR

4

    **Continued** Direct Examination by Mr. Bosworth    1593
    Redirect Examination by Mr. DeFilippis            1635

5

6

ALLISON SANDS

7

    Direct Examination by Ms. Shaw                    1640
    Cross Examination by Mr. Bosworth                 1684
8
    Redirect Examination by Ms. Shaw                  1733

9

10

11

<u>**E X H I B I T S**</u>

12

<u>**EXHIBIT**</u>                                                      <u>**PAGE**</u>

13
Defense No. 543      Admitted into Evidence        1627
Government No. 206    Admitted into Evidence        1647
14
Government No. 207    Admitted into Evidence        1648
Government No. 209    Admitted into Evidence        1650
15
Government No. 210    Admitted into Evidence        1652
Government No. 211    Admitted into Evidence        1653
16
Government No. 212    Admitted into Evidence        1653
Government No. 213    Admitted into Evidence        1654
17
Government No. 214    Admitted into Evidence        1654
Government No. 216    Admitted into Evidence        1655
18
Government's No. 217  Admitted into Evidence        1655
Government No. 233    Admitted into Evidence        1669
19
Government No. 200    Admitted into Evidence        1669
Government's No. 1    Admitted into Evidence        1674
20
Defense No. 518       Admitted into Evidence        1691
Defense No. 515       Admitted into Evidence        1693
21
Defense No. 537       Admitted into Evidence        1712
Defense No. 545       Admitted into Evidence        1716
22
Defense No. 539       Admitted into Evidence        1718
Defense No. 538       Admitted into Evidence        1719
23
Defense No. 532       Admitted into Evidence        1723
Defense No. 533       Admitted into Evidence        1724
24
Defense No. 534       Admitted into Evidence        1727

25

1    **P R O C E E D I N G S**

2         **THE COURT:**  All right.  Have a seat, everybody.

3         Go ahead and get the witness.

4    (Witness resumed stand.)

5    (Jury entered the courtroom.)

6         **THE COURT:**  All right.  Have a seat everybody,

7    please proceed, Mr. Bosworth.

8              Thank you, Your Honor.

9    **DIRECT EXAMINATION OF RYAN GAYNOR (CONT'D.)**

10        **MR. BOSWORTH:**  Good afternoon, Mr. Gaynor.  Let me

11   just quickly hit where we were and where we're going to go.

12        We talked a bit about how you came to be involved

13   in the investigation.  You testified -- we went over this --

14   that Mr. Moffa, at some point shortly after you joined the

15   investigation, told you that Mr. Sussmann was a DNC

16   attorney.  Right?

17   **A.**   Yes.

18   **Q.**   And then we went through what you've said about

19   that over time and that, until two weeks ago, you hadn't

20   said one way or the other whether your impression was, you

21   know, that Mr. Sussmann was representing the DNC on this

22   matter.  Right?

23   **A.**   My impression wasn't on record, yes.

24   **Q.**   Okay.  So two weeks ago you said, for the first

25   time, that although Mr. Moffit told you Mr. Sussmann was a

1594

1    DNC attorney, your impression was that he was not acting as

2    a DNC attorney on this Alfa-Bank matter.  Right?

3        **A.**    My impression was that he had brought this in

4    himself as a citizen but he was also a DNC attorney,

5    therefore associated with the Democratic Party.

6        **Q.**    And the first time that you said that and that's

7    recorded is as of two weeks ago or so.  Correct?

8        **A.**    Or so, yes.

9        **Q.**    And that's a recollection that you say you had as

10   of, you know, almost six years ago when you met with

11   Mr. Moffa.  Right?

12       **A.**    The meeting was almost six years ago.

13       **Q.**    And you did not pass along to the agents

14   conducting the investigation what you knew about

15   Mr. Sussmann.  Correct?

16       **A.**    The information that Mr. Moffa had given me, I

17   didn't pass on because I didn't pass along the identity of

18   the individual.  It was a close hold.

19       **Q.**    So you did not pass along to the agents

20   investigating the Alfa-Bank matter the identity of the

21   person who provided the information to the FBI.  Right?

22       **A.**    That's correct.

23       **Q.**    You didn't tell them the information was presented

24   by Mr. Sussmann.  Correct?

25       **A.**    That is correct.

1    **Q.**   You didn't tell them that Mr. Sussmann was a DNC

2    attorney.  Correct?

3    **A.**   That is correct.

4    **Q.**   You knew that but you didn't tell them.  Right?

5    **A.**   That is correct.

6    **Q.**   Now I'm going to ask you some questions about why

7    you did or didn't share that information.  And I want to ask

8    you about some other folks that popped up during the

9    investigation, and then we'll see where we are.

10        When you first met with the government, you

11   explained that, in your view, the resolution of whether or

12   not there was a secret communications channel between

13   Alfa-Bank and the Trump Organization turned on the data

14   itself.  Right?

15   **A.**   That's correct.  I believed in a politically

16   charged environment that the ones and zeros would answer the

17   question of whether or not there was a national security

18   threat posed by this allegation.

19   **Q.**   Meaning you could look at the data that

20   Mr. Sussmann provided to the FBI and reach a conclusion

21   about whether it did or didn't show the existence of this

22   alleged communications channel.  Right?

23   **A.**   So the information provided by Mr. Sussmann,

24   according to the investigative team, still required

25   additional logs to show whether or not there were

1    communications that we could get, for instance, from Central

2    Dynamics.

3        Q.   Okay.  So a combination of information that

4    Mr. Sussmann provided, plus information data that you could

5    obtain using FBI, you know, investigative tools, that would

6    give you what you need to figure out is there anything to

7    this or not.  Right?

8        A.   Correct.  That would determine whether or not

9    there was a covert communication system.  And then the issue

10   was, if there was one, then what would be the next part.

11       Q.   Okay.  And because you felt that the resolution of

12   this issue -- whether it was or wasn't a communications

13   channel turned on data, your view was you didn't need to

14   over interview in the investigation.  Correct?

15       A.   There's a reference to over interview in the

16   document, and that's actually not reflective of what was

17   said in the meeting.  It was supposed to be overt interview.

18   It's quoted as over, but overt interview is actually what I

19   was referring to, and this goes back to the issue of policy.

20       Q.   Okay.  And we'll get there.

21            Regardless, the case, in your view, should be

22   investigated in a data-driven way.  Correct?

23       A.   I believe so, yes.

24       Q.   Okay.  You had also said, when you first spoke

25   with the government, that your primary concern was assessing

1    that information, that data, not where the information

2    itself came from; is that right?

3         **A.**    So the investigation was opened to determine

4    whether or not there was a national security threat.  And

5    the national security threat was the covert communication

6    system.  So the primary purpose of that investigation was to

7    determine whether or not there was a covert communication

8    system.

9         **Q.**    Okay.  So you were not initially concerned about

10   where the information came from.  You were more concerned

11   with assessing whether the information did or didn't show

12   the existence of a communications channel.  Right?

13        **A.**    Yes.

14        **Q.**    Okay.

15             And when it comes to the question of interviewing

16   the source of the information, or at least, you know, who

17   presented it to the FBI, where it came from, your view -- at

18   least as you initially expressed it -- was that the FBI had

19   to analyze the data, figure out what it had in its

20   possession before interviewing the source.  Right?

21        **A.**    Yes.

22        **Q.**    Okay.  And you felt that no interview of

23   Mr. Sussmann or anybody else that provided the information

24   should be conducted until the FBI gathered as much data as

25   possible.

1    **A.**   It was my view that, prior to examining the data,

2    that an interview would be premature.

3    **Q.**   So no interview until after you've analyzed the

4    data to see, as you said, whether it does or doesn't show

5    the existence of a communications channel?

6    **A.**   Yes.

7    **Q.**   Okay.  And you testified about this close hold,

8    which we'll get to, that you said, you know, there was a

9    directive not to share the identity of the source -- you

10   know, here Mr. Sussmann at least -- with the agents.  Right?

11   That's what the close hold was.  Right?  That your testimony

12   was leadership determined that you shouldn't share

13   Mr. Sussmann's name with the agents.  Right?

14   **A.**   They had made a determination not to share the

15   identity of Mr. Sussmann with the field.  And they had

16   initiated the case prior to my arrival, yes.

17   **Q.**   But that's not what you originally told the

18   government.  Correct?

19   **A.**   Correct.

20   **Q.**   Okay.  When you originally met with the government

21   in October of 2020, you said, There was no deliberate

22   direction from anyone at headquarters for you to withhold

23   that information from the agents.  Correct?

24   **A.**   That's correct.  Without reviewing my notes, I did

25   not recall that there was a close hold.  And not recalling

1  there was a close hold, I wasn't going to fabricate

2  something that I didn't remember at the time.

3      Q.   So your testimony is that, as of October of 2020,

4  you hadn't reviewed all of your notes.  Right?

5      A.   Correct.

6      Q.   And that what you remembered, as of that point in

7  time, is that there wasn't any sort of deliberate

8  instruction from FBI bosses for you not to share

9  Mr. Sussmann's name with agents.  Right?

10     A.   Correct.  During the interview, I assumed that I

11  must have made the call not to share it based on my

12  inability to remember a close hold.

13     Q.   And just to put it in perspective, how many other

14  cases that you've worked on did you receive a directive from

15  FBI leadership to maintain a close hold of the identity of a

16  source?

17     A.   So that specific fact pattern, I don't remember a

18  specific case like that.  But I will say that there are

19  several investigations that I have worked that had close

20  holds similar in nature.

21     Q.   And just so I understand, when you say that you

22  worked other investigations with a close hold similar in

23  nature, what do you mean?  Like, what was similar?

24     A.   I had worked an initiative, for instance, where

25  there was specific information that I could not share with

1    the field for a significant period of time.  And they knew

2    that I knew but I couldn't tell them.

3        **Q.**    Uh-huh.

4        **A.**    And that was just one example.  But this is

5    repeated throughout counterintelligence investigations.

6        **Q.**    And in your experience when there is an

7    instruction to keep something close hold, is that reflected

8    anywhere in the investigative file?

9        **A.**    No.

10       **Q.**    No?

11       **A.**    No.

12       **Q.**    Okay.  So when you were meeting with the

13   government in October of 2020, you said that there wasn't an

14   instruction by bosses not to share Mr. Sussmann's name.

15   Right?

16       **A.**    Yes.

17       **Q.**    And you said that, when agents asked you for the

18   source's identity, that you didn't share the information

19   with the agents.  Right?

20       **A.**    Yeah.  I said that it was clear from the email

21   that I knew and I wasn't hiding from them that I knew but

22   that I didn't share it with them.

23       **Q.**    You said you didn't even remember talking to your

24   bosses about that request.  Right?

25       **A.**    That's correct.

1601

1     Q.    And you said that, if you had briefed your bosses,
2     you believe they would have agreed with you not to share the
3     source's -- you know, Mr. Sussmann's name with the agents.
4     Right?
5     A.    I said that, had I briefed my bosses about the
6     data-only approach, I believe they would have agreed with me
7     and that that information, while highly biasing, might not
8     be necessary to solve the investigation -- resolve the
9     national security threat.
10    Q.    And when you were interviewed in October of 2020,
11    you told the government the reason that you didn't want to
12    share Mr. Sussmann's name with the agents is that, if the
13    agents had known there was possible political motivation
14    here, that might have colored the way they conducted the
15    investigation.  Do you remember saying that?
16    A.    I do.
17    Q.    And you speculated, you said that the
18    investigators might have been biased if they had interviewed
19    Mr. Sussmann before the agents obtained the relevant data
20    and analyzed it.  Right?
21    A.    If we could refer to the document on that
22    particular statement, I don't recall making that exact
23    statement.
24    Q.    Okay.
25        MR. BOSWORTH:  If we could just show the witness

1   RGO1 at Page 5, Paragraph 3.

2                **THE WITNESS:**  I concur with what's written on this

3   piece of paper.

4   **BY MR. BOSWORTH:**

5       **Q.**   Okay.  So you remember telling the government that

6   you believed that the agents in Chicago would have been

7   biased by Mr. Sussmann's perception of the issue -- the

8   source's perception of the issue if they had interviewed him

9   before they got all of the data and analyzed it?

10      **A.**   Yes.

11      **Q.**   Okay.  And that's because, at the time, you

12  believed the DNC was the source of the information itself.

13  Right?

14      **A.**   That's because, at the time, I believed that he

15  was a DNC attorney associated with the Democratic Party and

16  it would be potentially highly-biasing information.

17      **Q.**   And you told the government, if you had provided

18  the identity of the DNC as the source of the information,

19  they would have known there was possible political

20  motivation.  Right?

21      **A.**   I recall that exact statement.  And the issue with

22  that was I didn't remember the name, Michael Sussmann.  So I

23  was making a reference to Michael Sussmann there.

24      **Q.**   Okay.  And you said that, if presented with the

25  same information -- this is in October of 2020 -- that you

1    would make the same recommendation all over again; that the

2    source shouldn't be interviewed, you shouldn't pass along

3    the source's name to the agents.  Right?

4        **A.**    Is that -- are you referencing the same section

5    that we just read?

6        **Q.**    If you look at RG01 at Page 5, Paragraph 4.

7        **A.**    Yeah.  I would still have advised him based on

8    what's said here.  Yes, I would have advised them to conduct

9    the review of the material before they interview the source.

10       **Q.**    And then you went on to say that, while it was

11   possible that you recommended that the agents not be

12   permitted to interview the source, that you have no memory

13   of giving that direction?

14       **A.**    Yes.  And this is a conflation of two different

15   issues.  So there's a CHS, which is a confidential human

16   source, and then there is the source of the allegation,

17   which is Mr. Sussmann.  And the two are conflated within

18   this sentence.

19       **Q.**    Okay.  Well, did you tell the government that you

20   have no memory of giving a direction to the Chicago agents

21   that they couldn't interview the source of the information

22   provided to the FBI?

23       **A.**    I apologize.  Can you say that one more time?

24       **Q.**    Did you tell the government that you couldn't

25   remember telling the Chicago agents that they couldn't

1    interview the source of the information given to the FBI?

2         **A.**   Yes.

3         **Q.**   Let's break it down to make sure you are clear on

4    it.

5         **A.**   Yeah.

6         **Q.**   The Chicago agents asked to interview the source.

7    Right?

8         **A.**   Yes.

9         **Q.**   And you said it was possible that you had told

10   them that they couldn't interview the source?

11        **A.**   Okay.  Yes.

12        **Q.**   Is that right?

13        **A.**   Yes.

14        **Q.**   Okay.  So you said it was possible that you had

15   told them they couldn't interview the source, and you said

16   you had no memory of that one way or the other?

17        **A.**   I do believe this is a conflation of several

18   things that went on in that interview.

19             I'm not sure exactly how that occurred, but I

20   don't believe that that's the straight line that occurred in

21   the interview.

22        **Q.**   Oh, okay.  When we discussed this earlier, FBI

23   agents are trained to take accurate notes.  Right?

24        **A.**   Yes.

25        **Q.**   I presume you would say you take accurate and

1    truthful notes?

2         **A.**   We do to the best of our ability, yes.

3         **Q.**   Any reason to doubt whether agents taking notes of

4    your interviews were taking true and accurate notes?

5         **A.**   I wouldn't doubt that they were attempting to take

6    true and accurate notes.  I would say that there was a lot

7    of conflation of issues and terminology within this

8    interview, and this is an area where I think it's reflected.

9         **Q.**   Okay.  Well, at or around the time you were

10   talking about passing along the source's name or not, you

11   took a break in the meeting.  Do you remember taking breaks

12   during the meeting?

13        **A.**   I do.

14        **Q.**   And do you remember when you broke at that point

15   that the government told your attorney that your own status

16   in the investigation had changed.  Do you remember hearing

17   that?

18        **A.**   So I didn't hear that, but when my attorney came

19   back in, he advised me that my status was in jeopardy.

20        **Q.**   Okay.  So if you could explain to the jury how

21   this works, there are witnesses to investigations.  Correct?

22        **A.**   Yes.

23        **Q.**   When you interview someone and you tell them that

24   they are just a witness in an investigation, what does that

25   mean?

1606

1      **A.**   So a witness in an investigation means exactly

2    what it sounds like.  It's an individual who's providing

3    information that helps an investigation forward.

4      **Q.**   And that's somebody --

5      **A.**   I'm sorry.

6      **Q.**   Please.

7      **A.**   Or could also hinder an investigation if the

8    information shows that the allegation isn't true.  It can go

9    either way as a witness.

10     **Q.**   So when someone is told they're a witness, that

11   means that the government doesn't think they did anything

12   wrong.  Correct?

13     **A.**   In general, I would say that is correct.  There

14   are definitely exceptions.

15     **Q.**   Okay.  What are the exceptions?

16     **A.**   There are times where people are treated as

17   witnesses, even though, for instance, the government knows

18   that they have done something wrong and other circumstances.

19   But again, I would say in general, I think that is a fair

20   statement.

21     **Q.**   Okay.

22     **A.**   That a witness is not someone that has done

23   anything wrong.

24     **Q.**   So when you went in to meet with the government in

25   October of 2020, did you think you were a witness?

1    **A.**   Yes.

2    **Q.**   Did you think you had done anything wrong?

3    **A.**   No.

4    **Q.**   Okay.  So you weren't one of those exceptions in

5    your mind?

6    **A.**   No.

7    **Q.**   Okay.  How about a subject?  What's a subject of

8    an investigation?

9    **A.**   So a subject of an investigation is someone who

10   has been determined to potentially have done some wrongdoing

11   or to be a threat to U.S. national security and is treated

12   as such.

13   **Q.**   Okay.  And when you say that someone is thought to

14   have done something wrong, when someone is told they are a

15   subject, that means they could be potentially charged with

16   federal crimes.  Correct?

17   **A.**   It does.

18   **Q.**   And just to complete it, we've got witnesses,

19   people who didn't do something wrong, subjects who, you

20   know, may be charged with crimes and then targets.  What's a

21   target just so we can clarify?

22   **A.**   So the line within the Bureau doesn't necessarily

23   exist between target and subject.  I think it's a legal DOJ

24   main definition.  I believe target would be an individual

25   who is specifically of interest to the government and may

1608

1    have committed criminal activity for which they could be

2    prosecuted, but I'm not a main DOJ individual.  I'm FBI.

3        **Q.**   Okay.  But if you do have a target or someone who

4    was imminently going to be charged, that's what

5    differentiates them from a subject who just may face

6    criminal charges?

7        **A.**   Yes.

8        **Q.**   So you went to meet with the special counsel's

9    team during this interview.  You went in thinking you are a

10   witness.  Right?

11       **A.**   Correct.

12       **Q.**   And then you tell them about your interactions

13   with the agents in Chicago.  Right?

14       **A.**   Yes.

15       **Q.**   And then you are told that your status has changed

16   and you are now a subject.  Right?

17       **A.**   Yes.

18       **Q.**   And that meant that you faced potential criminal

19   charges based on the information you were providing to the

20   government.  Correct?

21       **A.**   Yes.

22       **Q.**   And what was your reaction to hearing that you had

23   now changed from being a witness, who the government didn't

24   think did anything wrong, to a subject who now faces

25   potentially criminal charges?

1       **A.**   Yeah.   There were two thoughts.   The first one was

2   that I felt like I had woefully ill prepared for the

3   meeting, because I didn't know what the meeting was honestly

4   going to be about with this investigation.

5           The second thought was that I was in significant

6   peril, and it was very concerning as a DOJ employee to be

7   told that now the Department of Justice is interested in

8   looking at you as a subject instead of a witness.

9       **Q.**   Had you ever been told in any matter before that

10  you were the subject of a criminal investigation?

11      **A.**   No.

12      **Q.**   So this is the first time ever that prosecutors

13  and agents told you you faced potential criminal charges?

14      **A.**   Yes.

15      **Q.**   And you heard that after you talked about whether

16  you shared Mr. Sussmann's name -- although you didn't

17  remember his name -- with the Chicago agents.   Right?

18      **A.**   So I was told that after I had confirmed that I

19  knew that the identity of the person that provided the

20  allegation was Mr. Sussmann.

21      **Q.**   Okay.   And then -- so that's October 30, 2020.

22  Right?

23      **A.**   Correct.

24      **Q.**   That's when you are told you've moved from being a

25  witness to, based on the answers you gave, being the subject

1610

1    of an investigation who now potentially faces criminal

2    charges?

3         **A.**   Yes.

4         **Q.**   So then at the next meeting, you come back.

5    Right?  You come back six weeks later or so, December 15th,

6    2020?

7         **A.**   Yes.

8         **Q.**   Okay.  And now you are no longer saying that you

9    decided not to share the agents' names based on your concern

10   about tainting their -- you know, the way that they would

11   evaluate the data.  Now you tell the government there was a

12   close hold on this information.  Right?

13        **A.**   So I came back, and I did notify them that I had

14   found the to-do sheet and it indicated there was a close

15   hold, yes.

16        **Q.**   Okay.  And when you told the government there was

17   a close hold, were you told that your status changed back to

18   being a witness?

19        **A.**   At the conclusion of the interview, once I had

20   gone over all of the material that I brought and walked

21   through what I had reconstructed and what I could recollect

22   after doing so, I was informed that my status had changed,

23   yes.

24        **Q.**   Changed back to being a witness?

25        **A.**   To a witness, yes.

1611

1     Q.   So you go into meeting one being told you are a
2     witness, telling them you decided not to share the agents'
3     names among other things.  Then you are told you are a
4     subject facing criminal charges, potentially.  You come
5     back.  You tell them about a close hold, and you go back to
6     being a witness; is that right?

7     A.   Yeah.  And for full clarity, I believe it was
8     intimated to me based on the way the interview went on the
9     second go-around that my status as a witness had been
10    restored.  But it wasn't, I think, until the third interview
11    when I was actually told that I was a witness.

12    Q.   So based on the feedback you were perceiving, your
13    answers seemed to put you back into no-criminal-charges
14    land?

15    A.   I believe that the facts of the investigation that
16    I had found reestablished my credibility as a witness.

17    Q.   Okay.  Let's talk about your credibility.  So you
18    told them now -- different from what you had said in October
19    -- now in December, you say there was a close hold on
20    Mr. Sussmann's identity.  Right?

21    A.   Yes.

22    Q.   And you said that you remembered this close hold
23    based on your review of documents.  Right?

24    A.   Yes.

25    Q.   Okay.  And the particular document that you

1   focused on, that you said jogged your memory was a to-do

2   list.  And I think we showed it before but didn't really

3   talk about it.  But that's right.  Right?  You saw a to-do

4   list.  You prepped for the meeting and then that reminded

5   you, in your own mind, there was a close hold.  Correct?

6       **A.**   Yes.

7           **MR. BOSWORTH:**   Let's put up Government's Exhibit

8   279.

9   **BY MR. BOSWORTH:**

10      **Q.**   So this is the document that you say jogged your

11  memory that there was a close hold.  Right?

12      **A.**   Yes.

13      **Q.**   This document doesn't say "close hold" anywhere,

14  does it?

15      **A.**   Yes.

16      **Q.**   Okay.  Where does it say "close hold"?

17      **A.**   "Holding" the second from the bottom.

18      **Q.**   It says "holding" --

19      **A.**   "Help."

20      **Q.**   "Help hinder"?

21      **A.**   Yes.

22      **Q.**   It doesn't say "close hold" though.  Right?

23      **A.**   Correct.

24      **Q.**   So you said that, based on seeing the word

25  "holding" next to CH -- and I think you testified CH meant

1    Chicago?

2         A.   So I don't know if I've testified to that today

3    but, yes, in my notes there were several places where I used

4    "CH" instead of "CG".  So "CG" is actually the Bureau's

5    abbreviation for Chicago.  But in this particular case and

6    on my briefing sheet, you'll see that I used "CH" to

7    represent Chicago.

8         Q.   So "CH" on your notes when you are writing "CH,"

9    that doesn't mean "close hold" just to be clear?

10        A.   It does not mean close hold.

11        Q.   That's just your abbreviation for Chicago?

12        A.   It's my abbreviation for Chicago.

13        Q.   And it's your testimony that, when you saw the

14   reference to Chicago and the word "holding," that you

15   remembered there was a close hold in this case.  Right?

16   That plus another piece?

17        A.   Correct.  There's another piece on this sheet.

18        Q.   So the other piece is the top entry where it says

19   "FBI Chicago interview author ask Joe."  Right?

20        A.   Yes.

21        Q.   And "FBI Chicago" means FBI Chicago.  There's a

22   reference to "interview author".  What did you mean to

23   record by writing "interview author"?

24        A.   So the investigative team wanted to interview the

25   person that had wrote the white paper.  I didn't know who

1614

1    wrote the white paper.  So I was trying to find out if the

2    Bureau knew who the author of the white paper was.  It turns

3    out that we did not at the time.  But this is a note to

4    myself to ask Joe, which is Supervisory Special Agent Joe

5    Pientka, if he knew anything about the origination of the

6    allegation.

7        Q.   Okay.  So the combination of seeing "interview

8    author of white paper ask Joe" plus "holding help hinder"

9    triggered in your mind that there was a close hold.  Right?

10       A.   Yes.

11       Q.   Okay.  You also testified that you were given the

12   close hold by Mr. Moffa.  Do you remember that testimony?

13       A.   I do.

14       Q.   And you testified --

15           MR. BOSWORTH:  You can take that down.

16   BY MR. BOSWORTH:

17       Q.   -- that you believe you met with Mr. Moffa alone

18   on September 26th -- that was your best recollection -- and

19   that he told you about the close hold.  Right?

20       A.   So I testified that I met with Mr. Moffa on

21   Monday.  I don't know if there were other people in the

22   room.  I don't remember.  But he did tell me about the close

23   hold, yes.

24       Q.   Okay.  But that's not what you said before.

25   Right?

1    A.    Which "before"?

2    Q.    You previously said that this close hold, that you

3    are now saying happened, was something communicated to you

4    by either Mr. Moffa or Pete Strzok.  Do you remember saying

5    that?

6    A.    I do.  In the to-do list item, the first one at

7    the top was what made me recall the fact that it was Moffa.

8    Q.    Well, when you met with the government on December

9    15th, 2020, you had already reviewed this to-do list.

10   Correct?

11   A.    Yes.

12   Q.    You had looked at this reference to "holding" that

13   usually means close hold.  Right?

14   A.    Yes.

15   Q.    You had looked at the "interview author ask Joe"

16   piece?

17   A.    Yes.

18   Q.    Right?  So you had looked at all of that as early

19   as December of 2020.  Right?

20   A.    That's correct.

21   Q.    Okay.  But in February of 2021, several months

22   later, you said that either Mr. Strzok or Mr. Moffa told you

23   about the close hold.  Correct?

24   A.    That is an incorrect citation inside of the 302.

25   I do know what you are referring to and I know what was said

1    in the room and the confusion related to it.

2        Q.    So it's your testimony there's another inaccuracy

3    in FBI agent notes?

4        A.    So that particular statement was about additional

5    meetings that I had where, in one meeting, Mr. Strzok was

6    speaking about close hold while I and Mr. Moffa were

7    present.  That was what was meant by that statement by me,

8    but it wasn't recorded to reflect that.

9        Q.    Can I direct your attention to RG-LW-07 at Page 2?

10   These are handwritten notes from someone at the meeting?

11       A.    Yep.

12       Q.    This isn't the report.  And does this refresh your

13   recollection about whether you told the prosecutors and the

14   agents that either Mr. Moffa or Mr. Strzok told you first

15   thing about the close hold.  Do you see that?

16       A.    Yeah.  It's a misunderstanding between the

17   individual in the room with me and me.

18       Q.    Okay.  So they just got it wrong?

19       A.    This is inacc -- this is not accurate, no.

20       Q.    Uh-huh.  What would have been accurate?

21       A.    So I was told by Mr. Moffa about the close hold

22   but, during a later meeting with Pete Strzok present,

23   Mr. Strzok spoke about this close hold, which is what

24   indicated to me that all parties knew about it.

25       Q.    Uh-huh.

1       Would it surprise you that there's not a single

2   document in this case that makes any other reference to a

3   close hold?

4       **A.**   No.

5       **Q.**   Would it surprise you there's not a single witness

6   who remembers there being a close hold?

7       **A.**   Yes.

8       **Q.**   But it's your testimony there was a close hold?

9       **A.**   Yes.

10       **Q.**   Based on these two scraps of your to-do list?

11       **A.**   Yes.

12       **Q.**   Now, when you talked about the rationale for a

13   close hold, why there was one and whether it helped or

14   hindered the investigation, you said that your view was it

15   didn't hinder the investigation to have this supposed close

16   hold.  Right?

17       **A.**   Yes.

18       **Q.**   Okay.  And the reason why -- according to you --

19   that it wouldn't have affected the investigation is because

20   you couldn't go to the Democratic National Committee or you

21   couldn't go to Mr. Sussmann because that would be to go

22   overt.  Right?

23       **A.**   Overt, yes.

24       **Q.**   Sorry if I mumbled.

25       Right.  And to go overt, I think we covered this

1618

1     before, is to sort of out the FBI's investigation, talk

2     about it with someone who, you know, could go public with

3     it.  Right?

4          **A.**   Yes.

5          **Q.**   Okay.  So someone who's got an interest, say, in

6     publicizing the existence of an investigation, you know, is

7     someone you wouldn't want to talk to.  Right?  That would be

8     going overt?

9          **A.**   If you're not engaged in either some kind of

10    covert, confidential relationship or a non-disclosure

11    agreement or some other protected measure, yes, in general.

12         **Q.**   Uh-huh.  You testified about the reasons why you'd

13    want to keep it covert, you wouldn't want to do anything

14    that could affect the election so close to the election.

15    Right?

16         **A.**   Yes.

17         **Q.**   The FBI, as part of the Alfa-Bank investigation,

18    talked to a number of different individuals outside of the

19    FBI to acquire information, to get you information so that

20    you could investigate the allegations.  Right?

21         **A.**   Yes.

22         **Q.**   Okay.  You spoke to people at Central Dynamics?

23         **A.**   Yes, and I believe the investigative team

24    documented in the email that I saw that they had done it in

25    a manner to attempt to avoid it outing the allegation.

1    **Q.**   And what's that matter?

2    **A.**   I'm sorry?

3    **Q.**   And how is that that they could conduct an

4    interview with a third party in a way that the third party

5    wouldn't tell other people about it?

6    **A.**   They described it in a manner that they had

7    obfuscated what their direct interest was.

8    **Q.**   So from the Central Dynamics' perspective, they

9    didn't know what you were looking at?

10   **A.**   That is what I had in the email chain, yes.

11   **Q.**   But you testified that the FBI interviewed

12   Mandiant as part of the investigation.  Correct?

13   **A.**   Yes.  My understanding there is that was a private

14   liaison relationship that occurred.

15   **Q.**   Mandiant -- just to be clear -- Alfa-Bank itself

16   hired Mandiant to analyze whether there was a secret

17   communications channel.  Correct?

18   **A.**   Yes.

19   **Q.**   So Alfa-Bank paid Mandiant to look into whether

20   there was a secret communications channel.  Right?

21   **A.**   Yes.

22   **Q.**   And Alfa-Bank obviously had a relationship with

23   Mandiant that was put at issue by hiring Mandiant.  Right?

24   **A.**   Yes.

25   **Q.**   Okay.  So the FBI went to Alfa-Bank's paid

1    consultant and asked them for their view on the allegation.

2    Correct?

3         A.    I believe the FBI had a prior relationship with

4    one of the employees, and they utilized that in the field.

5    Plus, I don't think the Bureau would violate policy on a

6    sensitive investigative matter when the Chief Division

7    Counsel of the office is involved.  So I would assume that

8    they did that in a manner that they did not feel would be

9    alerting or go to the media.

10        Q.    Mr. Gaynor, the FBI in this investigation went to

11   Alfa-Bank's paid consultant and asked them for their views

12   of the allegations.  Correct?

13        A.    Yes.

14        Q.    And Alfa-Bank's paid consultant could have told

15   Alfa-Bank.  Correct?

16        A.    Yes.

17        Q.    And could have told the press for all you know.

18   Correct?

19        A.    Yes.  And I don't know how Chicago mitigated that.

20        Q.    And is it your testimony that going to Alfa-Bank,

21   the Russian bank that is the focus of this investigation,

22   and asking their paid consultant for their views on the

23   matter wasn't going to overt?

24        A.    Again, I don't know how Chicago mitigated that

25   issue.

1621

1    **Q.**    Now, we talked about the requests from agents to

2    interview the source.  And you testified on direct

3    examination that the agents asked you repeatedly whether

4    they could interview the source who provided the information

5    to the FBI.  Right?

6    **A.**    So the first request was whether or not we knew

7    who the author was that could be interviewed.  Then the

8    second request was whether they could interview the source

9    of all of these allegations.

10    **Q.**    So is it your testimony that they got one request

11    to interview the source who provided the allegations or that

12    you got multiple requests?

13    **A.**    At least two.

14    **Q.**    Okay.  So you got multiple requests to interview

15    the source, and you didn't allow them to interview the

16    source.  Correct?

17    **A.**    The leadership made that decision and I followed

18    it.

19    **Q.**    When you got the request to interview the source,

20    did you ask the leadership whether that was still their

21    view?

22    **A.**    So on the email chain I CC'd the section chief.

23    **Q.**    Let me ask you again:  Did you ask the leadership

24    whether it was okay for you to pass along the name of the

25    source to the Chicago agents?

1      **A.**    I was told that it wasn't.

2      **Q.**    Okay.  And is there an email in which someone told

3   you it wasn't?

4      **A.**    No.

5      **Q.**    So your testimony is that you copied someone who

6   happens to work at headquarters and that was checking with

7   them to see if you could share the name of the agents -- the

8   name of the source with the agents?

9      **A.**    No.  So my testimony -- my statement is that I

10  believed this was a data driven investigation and I had

11  briefed it as such.  The DAD and others were aware and

12  received briefings on it, and they knew of the fact that we

13  weren't going and doing an interview.

14     **Q.**    Did you ever have a conversation with anybody at

15  headquarters about whether to provide the names of the

16  source to the Chicago agents?

17     **A.**    Yes.  There was a conversation about the close

18  hold, as I mentioned, although it wasn't correctly, I guess,

19  documented between Pete Strzok, myself and Mr. Moffa at some

20  point during that time period.

21     **Q.**    Okay.  But you said Mr. Moffa told you about a

22  close hold on September 26th.  Right?

23     **A.**    That's correct.

24     **Q.**    Okay.  And when is this meeting with Pete Strzok

25  that you say took place?

1623

1      **A.**    That was the thing.  I don't have the timeframe

2   for when that meeting occurred.

3      **Q.**    And you were asked on October 3rd, the agents and

4   their supervisor asked to interview the source.  Right?

5      **A.**    Yes.

6      **Q.**    Okay.  Did you have a conversation with Pete

7   Strzok at that point?

8      **A.**    No.

9      **Q.**    Did you have a conversation with Mr. Moffa at that

10  point?

11     **A.**    No.

12     **Q.**    Was there anyone involved in -- at the leadership

13  level that you say was part of this close hold directive?

14     **A.**    Yes.

15     **Q.**    Who else?

16     **A.**    So the Assistant Director Pete Strzok.  It must

17  have come down from our General Counsel, Mr. Baker, so our

18  National Security law branch was aware of it as well as

19  Section Chief Moffa and others that I interacted with at

20  headquarters.

21     **Q.**    So your testimony today is that the FBI General

22  Counsel is the source of the close hold or was involved in

23  it?

24     **A.**    So my testimony -- what I remember -- is that I

25  was told that it came from up above, which would be above

1624

1    DAD, Pete Strzok.

2        **Q.**   Okay.  And there was a close hold on the identity

3    of the source.  Right, according to you?

4        **A.**   Yes.

5        **Q.**   Was there a close hold on telling the agents that

6    there was potential political bias in the background of

7    these allegations?

8        **A.**   The close hold, to the best of my recollection,

9    was simply on the identity of the individual that provided

10   it.

11       **Q.**   So you didn't, for example, tell the agents, Be

12   careful because there's some politics involved here?

13       **A.**   Oh, there was definitely discussion about the

14   concerns related to political affiliations, not specific to

15   Mr. Sussmann.

16       **Q.**   But my question is, Did you tell the agents that

17   the source had some kind of political affiliation?

18       **A.**   No.

19       **Q.**   And the close hold didn't prevent you from sharing

20   that.  Correct?

21       **A.**   I think to an extent it did.

22       **Q.**   Okay.  So before you just said the close hold went

23   to the identity.  So what about the close hold in your view

24   prevented you from telling the agents there was a political

25   affiliation here?

1625

1        **A.**   So I don't recall if I was told the purpose or

2    reasoning behind the close hold, but I am relatively sure

3    that it must have included something related to bias or some

4    other component of the spectrum of issues that close holds

5    can come from.  And as such, I have to assume that providing

6    information about the individual would have been in some

7    ways the same issue in the close hold as providing

8    information specific to the name.

9        **Q.**   Okay.  So you didn't share the identity of

10   Mr. Sussmann with the agents.  Correct?

11       **A.**   Yes.

12       **Q.**   And you didn't even tell them that there was some

13   potential political affiliation?

14       **A.**   Correct.

15       **Q.**   So the agents conducted the investigation

16   unaffected by knowledge that the person who provided the

17   information was a DNC lawyer.  Correct?

18       **A.**   The team did not know that.

19       **Q.**   And they didn't have the benefit of a steer from

20   you that there might be some politics involved.  Right?

21       **A.**   They did not.

22       **Q.**   Now, the close hold you said related to the

23   identity of the person who gave the information to the

24   government.  Right?

25       **A.**   Yes.

1626

1    Q.    Okay.  It didn't, for example, prevent you or

2    anyone else from sharing the identities of the people who

3    gave the data or analysis to Mr. Sussmann.  Right?

4    A.    Correct.

5    Q.    Early on in the investigation you testified

6    earlier you became aware of the name David Dagon.  Correct?

7    A.    Yes.

8    Q.    And he's a Georgia Tech professor, you said?

9    A.    Yes.

10    Q.    Someone who's a computer scientist of some kind or

11    another?

12    A.    Yes.

13    Q.    And you knew that Mr. Dagon was the author of one

14    of the white papers that Mr. Sussmann provided to the FBI.

15    Correct?

16    A.    So Chicago field office informed me that he was

17    one of the potential authors of the paper based on the CHS

18    reporting.

19    Q.    Okay.  And they --

20         MR. BOSWORTH:  Let's just pull up Defense Exhibit

21    543.

22    BY MR. BOSWORTH:

23    Q.    This is an email from Dan Wierzbicki to you, Mr.

24    Gaynor.  Correct?

25    A.    Yes.

1    **MR. BOSWORTH:**  I move to admit it.

2    **MR. DeFILIPPIS:**  No objection.

3    **THE COURT:**  So moved.

4    (Defense Exhibit 543 was admitted.)

5    **MR. BOSWORTH:**  Let's publish it for the jury.

6    And if we could blow up the header and then the

7    second paragraph.

8  **BY MR. BOSWORTH:**

9    **Q.**  So someone sends an email to Mr. Wierzbicki -- and

10   just to remind everybody, he's one of the supervisors in

11   Chicago overseeing the investigation.  Right?

12   **A.**  I'm sorry, sir?  I was reading.

13   **Q.**  Mr. Wierzbicki is one of the supervisors of the

14   Chicago agents.  Correct?

15   **A.**  Yes.

16   **Q.**  Okay.  So someone sends him an email with some

17   reporting, and it says in the second paragraph that a CHS

18   that the Chicago agents were dealing with said that, FBI's

19   Tom Grasso may arrange a call for investigators with the

20   author of the white paper, David Dagon of Georgia Tech.  Do

21   you see that?

22   **A.**  Yes.

23   **Q.**  So that's an email to the Chicago supervisor

24   saying David Dagon is the author one of the white papers,

25   although the CHS doesn't believe Dagon gathered the data

1628

1    himself?

2         **A.**    Yes.

3         **Q.**    And then Mr. Wierzbicki sends it to you.  Right?

4              **MR. BOSWORTH:**  If we can pull up the top of that

5    email chain.

6    **BY MR. BOSWORTH:**

7         **Q.**    So you knew, as of October 6th, that the -- at

8    least according to a CHS, that David Dagon was the author of

9    the white paper.  Right?

10        **A.**    Yes.

11        **Q.**    And you never interviewed David Dagon.  Correct?

12        **A.**    The field never interviewed David Dagon; that is

13   correct, that I know of.

14        **Q.**    So the Chicago agents didn't interview him?

15        **A.**    Correct.

16        **Q.**    And you never told them to interview him?

17        **A.**    Correct.

18        **Q.**    If the Chicago agents had interviewed him, they

19   could have asked him, Where did you get this data.  Correct?

20        **A.**    Yes.

21        **Q.**    They could have said, Why are you doing this.

22   Right?

23        **A.**    Yes.

24        **Q.**    They could have said, Do you know who gave this

25   information to the FBI.  Correct?

1    A.    Yes.

2    Q.    But they didn't get the answers to any of those

3    questions because no one ever talked to them.   Right?

4    A.    Correct.

5    Q.    And the reason that you say no one talked to him

6    is because, as of that point, October 6th, you had already

7    concluded that there was nothing to these allegations.

8    Right?

9    A.    As of October 5th, evening of October 5th, we had

10   come to a pretty solid conclusion that these allegations did

11   not have merit and there wasn't a national security threat.

12   Q.    Are you aware that the agents first interviewed

13   Alfa-Bank's paid consultant, Mandiant, merely two weeks

14   later on October 19th?

15   A.    So I'm aware that we had information from Mandiant

16   as of October 5th that they had looked at this allegation

17   and found that it didn't have merit.

18         And then I'm also aware that there was an

19   interview that was conducted later, October 19th or so, when

20   I was made aware of it, yes.

21   Q.    Are you aware there was an interview with Listrak

22   on October 19th?

23   A.    I was not aware at the time, no.

24   Q.    So there were at least two, possibly more,

25   investigative steps that the agents took after October 5th

1    or 6th.  Correct?

2         **A.**   Yes.

3         **Q.**   And one of those steps wasn't interviewing the

4    author of the white paper.  Correct?

5         **A.**   Yes.

6         **Q.**   Now, you also said, you know again, that one

7    reason you wouldn't want to interview Mr. Dagon is because

8    that would be going overt.  Right?

9         **A.**   Yes.

10        **Q.**   And as discussed, there were any number of

11   interviews, Listrak, Mandiant that we just talked about

12   earlier, there were instances of the FBI going to people and

13   talking to them about the case.  Right?

14        **A.**   So to be clear on that though, with Listrak, for

15   instance, there's a national security letter with a

16   non-disclosure agreement that was in place.  As I mentioned

17   with Mandiant, my understanding -- and maybe it isn't

18   accurate, but what I understood from Chicago was that we had

19   a liaison relationship with Mandiant that we could ask these

20   question without it going overt.

21        **Q.**   Right, and you didn't push on that to figure out

22   is it true that Alfa-Bank's paid consultant isn't going to

23   tell people about this?

24        **A.**   I did not push on that, no.

25        **Q.**   So nobody interviewed Dagon?

1    **A.**    No, not to my knowledge.

2    **Q.**    Okay.  So on October 5th, there was also -- sorry,

3    let's skip ahead.

4           Also in October, information was published online

5    about these allegations.  Correct?

6    **A.**    Yes.

7    **Q.**    By someone calling themselves Tea Leaves or

8    something like that?

9    **A.**    Yeah, I hadn't noted the Tea Leaves until today,

10   but yes.

11   **Q.**    But someone anonymously posted information about

12   the Alfa-Bank allegations, including some of the same kinds

13   of data that were among the data that Mr. Sussmann provided

14   to the FBI.  Right?

15   **A.**    Yes.

16   **Q.**    And no one at the FBI tried to reach out to that

17   person, did they?

18   **A.**    To the anonymous person that had posted it to the

19   internet?

20   **Q.**    Uh-huh.

21   **A.**    Not to my knowledge.  Although my question to the

22   field at the time was whether or not, for instance, that

23   particular piece of information was originating from our own

24   CHS.

25   **Q.**    And just to be clear, no one reached out to try to

1    figure out who this person was that was posting this

2    information.  Right?

3        **A.**   No.

4        **Q.**   And are you aware that, if they had done so, they

5    would have discovered that the person posting was another

6    cyber expert named April Lorenzen?

7        **A.**   I am not.

8        **Q.**   And there is something else you didn't do.  Do you

9    recall -- there was a reference to Tom Grasso a little

10   earlier in the context of David Dagon being the author of

11   the white paper.  Do you remember who Tom Grasso is?

12       **A.**   I do.

13       **Q.**   Who is he?

14       **A.**   He is a Supervisory Special Agent in our cyber

15   division.

16       **Q.**   It's fair to say he's a pretty well-known cyber

17   authority within the FBI?

18       **A.**   Truthfully, I didn't work within the cyber

19   division, so I don't know his reputation.  I only know of

20   him from this one instance where I had brief run-in via

21   Chicago.

22       **Q.**   And he reached out to you all, collectively, to

23   share that he had information someone had passed along to

24   him with IP addresses of a person of interest at Alfa-Bank.

25   Do you remember that?

1    **A.**   I do remember that.

2    **Q.**   And do you know whether anyone ever asked who that

3    person was that passed along the IP addresses?

4    **A.**   So I asked the field if they would go back and

5    find out who the source of this information was.  I am not

6    aware and don't recall whether or not the field got back to

7    me on whether they learned the identity of the individual

8    that was providing the information.

9    **Q.**   So you didn't know that the individual providing

10   the information directly to Tom Grasso was Rodney Joffe?

11   **A.**   No.

12   **Q.**   And you didn't know because either the Chicago

13   agents never tried to interview him or, if they did, they

14   never told you.  Right?

15   **A.**   Correct.

16   **Q.**   In fact, over the course of the investigation, the

17   agents made no effort to try to determine who the cyber

18   experts were that gathered the data and provided them --

19   provided it to Mr. Sussmann.  Correct?

20   **A.**   Correct.  I would say their effort was focused on

21   determining whether or not there was a covert communication

22   system.

23   **Q.**   Right.  Because the focus was on what the data

24   showed, not who gave it to you.  Correct?

25   **A.**   I would say the focus is definitely on whether or

1    not there was a covert communication system.  That was the

2    threat.

3        **Q.**   I just wanted to go back.  I am reminded of one

4    small point I wanted to ask you about.  We had talked

5    earlier about the report that you said contained an

6    inaccuracy because you talked about -- the report said that

7    you didn't want an over interview.  You said that was wrong

8    because you actually had said overt interview.  Right?

9        **A.**   That's correct.

10       **Q.**   Were you aware that "over interview" in the report

11   is in quotes?

12       **A.**   I am aware.  I will say we were also wearing masks

13   because of COVID, and I think he just misheard.

14       **Q.**   Okay.  So your -- so there -- the agents conflated

15   what you said.  That was what you first said about this.

16   Right?

17       **A.**   No.  The "over interview" is just a misquote.  It

18   was overt.  It's not a conflation.  It's simply they

19   misheard me.

20       **Q.**   They misheard you because everyone was wearing

21   masks?

22       **A.**   That's one possible reason for mishearing me.

23       **Q.**   Any others?

24       **A.**   (No response).

25       **Q.**   Agent Gaynor, you understood during the

1    investigation that Mr. Sussmann was the source of the data.

2    Correct?

3         **A.**    Yes.

4         **Q.**    And you were told he was a DNC attorney.  Correct?

5         **A.**    Yes.

6         **Q.**    You were told he was a lawyer for the Democratic

7    Party.  Correct?

8         **A.**    Yes.

9         **Q.**    And you didn't communicate that to the case

10   agents.  Correct?

11        **A.**    Correct.

12        **Q.**    Mr. Sussmann didn't conceal that fact.  Right?

13        **A.**    He didn't conceal that he gave it to us?

14        **Q.**    He didn't conceal that he was a DNC attorney, did

15   he?

16        **A.**    I would assume not.

17        **Q.**    The reason that the agents didn't learn of this

18   fact is because you never shared it with them?

19        **A.**    Yes.

20             **MR. BOSWORTH:**  No further questions.

21                   **REDIRECT EXAMINATION OF RYAN GAYNOR**

22             **MR. DeFILIPPIS:**  Not very long, Your Honor.

23   **BY MR. DeFILIPPIS:**

24        **Q.**    Special Agent Gaynor, you described this as a

25   data-driven exercise to a large extent.  Is that accurate?

1    **A.**   The determination of the allegation is a data

2   driven exercise to a certain extent.

3    **Q.**   In your experience, when an exercise involves data

4   or is data driven, is it still relevant to know the origins

5   of that data?  Can that help shift or guide the

6   investigation?

7    **A.**   It can.

8    **Q.**   In what ways?

9    **A.**   As I mentioned earlier in my original direct

10   testimony, the first issue is it can determine what level of

11   investigation you open.  So it can affect the investigation

12   right from the beginning.  You might not need to do a full

13   investigation or dedicate the resources.

14        The second way is, upon reviewing that bias, if

15   the information is considered to be invalid from the get-go,

16   you could avoid again an investigation.

17    **Q.**   Now, we spoke a little bit about the role of

18   confidential human sources, and you said you might have done

19   a number of different things if you knew that the person

20   Mr. Sussmann was representing, if there was one, was a

21   confidential human source.  Do you recall that?

22    **A.**   I do.

23    **Q.**   So I think you testified that you might reach out.

24   If you knew someone behind an allegation was a confidential

25   human source, you might reach out to that person's handler?

1    A.   You would almost have to, even if it was strictly

2    from a standpoint of ensuring that what you were about to do

3    investigatively wasn't going to expose them to harm.

4         The second piece of that of course would be it

5    goes to the veracity of a human being.  So if you have a CHS

6    and they are reporting on things to the FBI but they're

7    withholding information deliberately, then maybe you can't

8    trust things that they have said in the past.

9    Q.   And are those considerations in play even -- in

10   other words, might you do those things even if it is still

11   just largely a data-driven exercise?

12   A.   Both of those would need to occur regardless, yes.

13   Q.   And why is that?

14   A.   Again, the safety of the CHS and the veracity of

15   the CHS.

16   Q.   And did you -- and when you spoke about you might

17   reach out to the handler of that CHS, in other words, might

18   you do that even if you're still looking at the data?

19   A.   Yes.

20   Q.   Now, you spoke -- we spoke about various streams

21   of information that were coming into the FBI.  So you were

22   asked on cross-examination about that.  Right?

23   A.   I was.

24   Q.   There was an anonymous website?

25   A.   Yes.

1638

1    **Q.**   There was someone at Georgia Tech, Mr. Dagon?

2    **A.**   Mr. Dagon, yes.

3    **Q.**   And there was then a particular confidential human

4    source of the FBI.  Right?

5    **A.**   That's correct.

6    **Q.**   At any time, in receiving those various streams of

7    data, did you have any indication or discuss with your

8    colleagues that there might be a political campaign funding

9    those activities?

10   **A.**   I don't recall having that conversation, no.

11   **Q.**   And would that have been something you'd want to

12   know from your vantage point at headquarters?

13   **A.**   Yes.

14   **Q.**   And did you have any sense, in looking at those

15   various streams of activity, that any of the people involved

16   in that might have ongoing contracts with the FBI?

17   **A.**   No.

18   **Q.**   And is that something you might have wanted to

19   know?

20   **A.**   Yes.

21   **Q.**   Why is that?

22   **A.**   There's ethical obligations related to ongoing

23   contracts, as well as other litigatory issues.  In addition,

24   it might be a potential motivation for certain activity, and

25   we would have to rule out that bias.

1639

1    Q.   Now, you heard reference to Mr. Joffe and whether

2    Mr. Joffe reached out to Mr. Grasso.  Did you hear something

3    to that?

4    A.   I heard a reference to Mr. Joffe.  I was not aware

5    of his name.

6    Q.   And do you know whether or not, for example,

7    Mr. Joffe was working with anyone tied to a political

8    campaign?

9    A.   I do not.

10   Q.   In fact, did you know of a person named

11   Rodney Joffe at the time of all of this?

12   A.   I did not.

13   Q.   Despite what you said about this being a

14   data-driven exercise -- you said it was a data-driven

15   exercise?

16   A.   I believed that the data would provide a

17   resolution for the allegation unless it turned out that the

18   allegation had merit and then other activity would have to

19   occur.

20   Q.   If you were to learn that the source of this

21   information or the provider -- the person who gave it to

22   Mr. Sussmann was a confidential human source who had

23   multiple contracts with the FBI and was working with the

24   Clinton campaign, would you have volunteered for this

25   project?

1        **A.**    I would not have volunteered for this project.

2        **Q.**    Thank you, Mr. Gaynor.

3            **THE COURT:**  All right, sir.  Thank you very much

4    for your testimony.  You are dismissed.  Please don't

5    discuss your testimony with anyone, except with your counsel

6    until the case is over.  All right?  Have a good day.

7        (Witness stepped down.)

8            **THE COURT:**  Let's proceed with the government's

9    next witness.

10            If you can move that.  Give her a hand,

11    Mr. Bosworth.

12        (Witness present.)

13            **THE COURT:**  Good afternoon, ma'am.

14            **THE WITNESS:**  Good afternoon.

15            **THE COURT:**  Feel free to remove your mask, remain

16    standing and raise your right hand.

17            **THE WITNESS:**  Okay.

18            **DEPUTY CLERK:**  Do you solemnly affirm and truly

19    declare that the testimony you are about to give will be the

20    truth, the whole truth and nothing but the truth and this

21    you do under the pain and penalties of perjury?

22            **THE WITNESS:**  Yes.

23            **THE COURT:**  Please be seated.

24    **BY MS. SHAW:**

25        **Q.**    Good afternoon.

1      **A.**    Good afternoon.

2      **Q.**    Could you please state and spell your name for the

3  Court Reporter?

4      **A.**    Allison Sands, A-L-L-I-S-O-N, last name Sands,

5  S-A-N-D-S.

6      **Q.**    Ms. Sands, where do you currently work?

7      **A.**    At Roku.

8      **Q.**    Is that R-O-K-U?

9      **A.**    R-O-K-U.

10      **Q.**    What kind of a business is Roku?

11      **A.**    It is a tech steaming company.

12      **Q.**    What's your current title there?

13      **A.**    I am the Senior Manager of Global Strategy and

14  Plans.

15      **Q.**    Did you previously work for the FBI?

16      **A.**    Yes.

17      **Q.**    And when was that?

18      **A.**    January 2016 through August 2019.

19      **Q.**    And what position did you hold at the FBI?

20      **A.**    Special Agent.

21      **Q.**    And were you assigned to a particular squad?

22      **A.**    Yes.  I was assigned to CY1.

23      **Q.**    And what is CY1?

24      **A.**    It is a hybrid counterintelligence and cyber

25  squad.

1642

1    **Q.**    Where was that located?

2    **A.**    In the Chicago field office.

3    **Q.**    Now, you mentioned that you joined the Bureau in

4    January of 2016.  Was there some sort of training period

5    that you went through when you joined the Bureau?

6    **A.**    Yes, we do a 22-week training, new agent training

7    program.

8    **Q.**    So a little over four months?

9    **A.**    Correct.

10    **Q.**    And then after that training, are you a

11    full-fledged agent or are there some restrictions on what

12    you can -- or some different term that they might call you?

13    **A.**    You're a Special Agent but you're on probation.

14    So we are probationary agents.

15    **Q.**    And as being a probationary agent, do you also

16    have someone assigned to you to be either a mentor or a

17    go-to?

18    **A.**    Yes, we have training agents.

19    **Q.**    And did you have a training agent?

20    **A.**    Yes.

21    **Q.**    And in September of 2016, who was your training

22    agent?

23    **A.**    Curtis Heide.

24    **Q.**    Now, prior to joining this squad or being placed

25    on the squad, did you have any particular training or

1643

1    expertise in cyber?

2        **A.**    I had a certification in cybersecurity leadership,

3    but that's all.

4        **Q.**    Now, I want to turn your attention to September of

5    2016.  Did there come a time when you learned of allegations

6    about a secret channel of communication between Trump

7    Organization and Alfa-Bank?

8        **A.**    Yes.

9        **Q.**    And what role, if any, did you take on or were you

10   assigned in the FBI's investigation of that matter?

11       **A.**    I was the lead case agent investigating that

12   allegation.

13       **Q.**    All right.  And you just told us you were a

14   probationary agent, does that preclude you from being a lead

15   agent?

16       **A.**    No.

17       **Q.**    Did you work on the case with anyone else?

18       **A.**    Yes, with my training agent, Curtis Heide.

19       **Q.**    And when you say "lead agent" if you can just tell

20   the jury sort of what kind of duties that might entail, how

21   that might be different from just the case agent?

22       **A.**    Uh-huh.  So we'll often work cases in teams, but

23   as the leading agent, you are responsible for doing all of

24   the paperwork, making sure that when records or information

25   is received, that it is being processed correctly and that

1   you're just taking investigative steps that might be being

2   given to you by, say, your supervisor or your training agent

3   or other people on your team.

4       **Q.**   And just for the court reporter, I know sometimes

5   we have a tendency to talk fast, if we can both try to slow

6   down, I'm sure that would be helpful.

7       **A.**   Sorry.

8       **Q.**   So if you could, just explain to the jury to the

9   best of your recollection the general allegation as you

10  understood it about the secret communication channel?

11      **A.**   So the allegation was that there was a covert

12  communication channel from a Trump email domain to a Russian

13  bank called Alfa-Bank based in Moscow transiting through a

14  TOR node at Spectrum Health.

15      **Q.**   And you mentioned TOR node.  Could you tell the

16  jury what a TOR node is?

17      **A.**   Yeah, TOR node, it is just a spot where people --

18  on the dark web that people can use to hide the source of

19  their true identity, the source of the internet traffic.

20      **Q.**   Okay.  Now, do you recall how you first came to

21  learn of these allegations?  Was it with someone within your

22  squad or somewhere else?

23      **A.**   So my training agent sent me an email with a white

24  paper PDF attachment and said, We are going to open a case

25  on this allegation.  Let's discuss further.

1    **Q.**   And did he direct you -- and was this Mr.Heide or

2    Agent Heide?

3    **A.**   Yes.

4    **Q.**   And did he direct you what kind of investigation

5    to open?

6    **A.**   Yes.  He said initially that we were going to open

7    a new cyber investigation.

8            **MS. SHAW:**  If I could have Government's Exhibit

9    200.  I believe it's already in evidence.  If you could just

10   blow it up a little bit.

11   **BY MS. SHAW:**

12   **Q.**   Ms. Sands, do you recognize what this is?

13   **A.**   Yes, I do.

14   **Q.**   What is this?

15   **A.**   This is the opening electronic communication that

16   I wrote to open the initial case.

17           **MS. SHAW:**  If we could go to Page 2, please.  If

18   you could highlight the first sort of portion of the first

19   paragraph, that would be great.

20   **BY MS. SHAW:**

21   **Q.**   And, Ms. Sands, if you could just read for us the

22   first two sentences of that, please?

23   **A.**   "On or about September 19, 2016, FBI received a

24   referral of information from the U.S. Department of Justice

25   detailing an usually configured email server in Pennsylvania

1646

1    belonging to the Trump Organization.  In that referral, the

2    Department of Justice provided the FBI with a white paper

3    that was produced by an anonymous third party."

4         **Q.**   Okay.  So let's unpack that a little bit.  You

5    indicated here in the EC that it was -- "a referral of

6    information from the U.S. Department of Justice"?

7         **A.**   Yes.

8         **Q.**   Was that your understanding at the time?

9         **A.**   Yes.

10         **Q.**   And throughout the course of your investigation,

11   did you come to learn that the information had come to

12   somebody at the FBI originally?

13         **A.**   Yes.

14         **Q.**   And who was that, if you can recall?

15         **A.**   A James Baker.

16         **Q.**   In terms of the anonymous third party, which you

17   reference in the next sentence, did you ever come to learn

18   who the anonymous third party was?

19         **A.**   No.

20         **Q.**   All right.

21              I'm going to show you what's been marked as

22   Government's Exhibit 206.

23              **MS. SHAW:**  If you could just blow that up a little

24   bit towards the bottom so she sees --

25

1647

1    BY MS. SHAW:

2         **Q.**   Do you recognize what Government's 206 is?

3         **A.**   Yes.

4         **Q.**   What is that?

5         **A.**   It is the EC documenting what information was on

6    the thumb drives that were provided.

7         **Q.**   Okay.  So I'm --

8              **MS. SHAW:**  I would move this into evidence, Your

9    Honor.

10             **MR. BOSWORTH:**  No objection.

11             **THE COURT:**  So moved.

12        (Government Exhibit 206 was admitted.)

13             **MS. SHAW:**  So if we could go back to that list

14   that you just highlighted.  All right.

15   BY MS. SHAW:

16        **Q.**   So under the area that says "Enclosures, Number

17   1", it says "Alfa Group overview 9.1.16.,"  Do you see that?

18        **A.**   Yes.

19        **Q.**   Do you know what that refers to?

20        **A.**   Yes, it was an introduction or an overview of the

21   Alfa Group, which is the parent organization of the

22   Alfa-Bank that was dated September 1st, 2016.

23             **MS. SHAW:**  And if I could have Government's

24   Exhibit 207, please.

25

1    BY MS. SHAW:

2        **Q.**   Do you recognize what Government's 207 is?

3        **A.**   Yes, this is the document I just mentioned.

4        **Q.**   The document on Alfa-Bank?

5        **A.**   On Alfa Group, correct.

6            **MS. SHAW:**   I would offer Government's Exhibit 207.

7            **MR. BOSWORTH:**   No objection.

8            **THE COURT:**   So moved.

9        (Government Exhibit 207 was admitted.)

10           **MS. SHAW:**   And, Ms. Arsenault, if you could move

11   to Page 2 please.  And the area under "US influence," if you

12   could blow that up.

13   BY MS. SHAW:

14       **Q.**   And Agent Sands, if you could just read the first

15   sentence of the paragraph that is underneath "US influence".

16       **A.**   "Alfa's leading American political adviser is

17   former diplomat, Richard Burt, who has confirmed that he

18   contributed material to an April 27 foreign-policy speech by

19   Donald Trump but denies acting as a Trump campaign adviser."

20       **Q.**   Okay.  Thank you.

21           **MS. SHAW:**   Could we go back to Government's

22   Exhibit 206, please?  Moving down the list --

23   BY MS. SHAW:

24       **Q.**   The second item, what is that?

25       **A.**   It is data that was provided as alleged evidence

1    of these DNS lookup tables.

2         Q.   After number 2, is that the title that was given

3    to the file or is that something you assigned?

4         A.   I believe that's something we assigned.

5         Q.   Okay.

6              MS. SHAW:  And if I could have Government's

7    Exhibit 208, please.  If you'd just blow that up a little

8    bit.  Thank you.

9    BY MS. SHAW:

10        Q.   And, Ms. Sands, do you recognize what that is?

11        A.   Yes, these are the DNS lookups that I just

12   described.

13             MS. SHAW:  All right.  I would move Government's

14   Exhibit 208 into evidence.

15             MR. BOSWORTH:  It may be --

16             THE COURT:  I think it's probably in.

17             MS. SHAW:  All right.

18   BY MS. SHAW:

19        Q.   And then referring back to -- before we leave that

20   one, just generally for the jury, describe what we're

21   looking at.  I know we may not know what the columns are but

22   is this a DNS log?

23        A.   Yeah, these are just domain and IP address pairs

24   and then a date timestamp.

25             MS. SHAW:  And back to Government's Exhibit 206.

1    BY MS. SHAW:

2        Q.   The third item, what is that?

3        A.   This is additional data for DNS lookups.

4            MS. SHAW:   And if I could have Government's

5    Exhibit 209, please.

6    BY MS. SHAW:

7        Q.   Do you recognize Government's Exhibit 209?

8        A.   Yes.

9            MS. SHAW:   I would offer Government's Exhibit 209,

10   Your Honor.

11           MR. BOSWORTH:   No objection.

12           THE COURT:   So moved.

13       (Government Exhibit 209 was admitted.)

14   BY MS. SHAW:

15       Q.   What is this?

16       A.   This is another file that was provided on the

17   thumb drive that is domain and IP address pairs and date and

18   timestamps.

19       Q.   And do you recall sort of the volume of these logs

20   you received in terms of like -- I don't know, whether it

21   was -- what the right term is, whether it's gigabytes or

22   pages?

23       A.   There weren't as many that were provided on the

24   thumb drive, just what is listed here.  There weren't

25   additional others.

1       **Q.**    Okay.

2              **MS. SHAW:**   If we can go back to Government's

3       Exhibit 206, please.

4       **BY MS. SHAW:**

5       **Q.**    So for numbers 4, 5, 6, 7 and 8, do you see those

6       entries?

7       **A.**    Yes.

8       **Q.**    And do you see the descriptions?

9       **A.**    Yes.

10      **Q.**    How would -- would that be additional data that

11      was provided?

12      **A.**    Yes.   That's all data that was provided on the

13      thumb drive.

14      **Q.**    And then Number 9 indicates -- what does that

15      indicate?

16      **A.**    So a WHOIS search is a lookup in a publicly

17      accessible database that tells you what IP address is

18      associated with what domain and vice versa.  So this was a

19      screenshot showing that there was a domain in question.  The

20      one that was in the white paper is owned by the Trump

21      Organization.

22      **Q.**    And then number 10, what is that?

23      **A.**    This is the white paper that I first received when

24      I opened the case that walks through in details the

25      allegations of the covert communication channel.

1    **MS. SHAW:**  And if we could just move to the

2    beginning of the next page, I think there's one more entry.

3    **BY MS. SHAW:**

4        **Q.**   And then entry number 11?

5        **A.**   This was a technical analysis of the white paper,

6    digging into some of the data that was provided, but it was

7    also provided on the thumb drive with the white paper.

8        **Q.**   Okay.

9        **MS. SHAW:**  So if I could have Government's Exhibit

10   210, please.  I'm going to try to move this really fast.

11   **BY MS. SHAW:**

12       **Q.**   So is this one of the items we just discussed, the

13   "WHOIS"?

14       **A.**   Yes.

15       **MS. SHAW:**  I would move Government's Exhibit 210

16   into evidence.

17       **MR. DeFILIPPIS:**  No objection.

18       **THE COURT:**  So moved.

19       (Government Exhibit 210 was admitted.)

20       **MS. SHAW:**  And if I could have Government's 211,

21   please.

22   **BY MS. SHAW:**

23       **Q.**   Do you see Government's 211?

24       **A.**   Yes.

25       **Q.**   And what is that?

1    **A.**   This is the white paper comments that I mentioned,

2    which is the analysis of the white paper.

3         **MS. SHAW:**  We would move in Government's 211.

4         **MR. BOSWORTH:**  No objection.

5         **THE COURT:**  211 is in.

6    (Government Exhibit 211 was admitted.)

7    **BY MS. SHAW:**

8         **Q.**   Just for the jury, could you note the date of this

9    white paper comments?

10        **A.**   September 19th, 2016.

11        **Q.**   Thank you.

12        **MS. SHAW:**  If I could have Government's Exhibit

13   212, please.

14   **BY MS. SHAW:**

15        **Q.**   And again here, Ms. Sands, is this one of the

16   items we just looked at?

17        **A.**   Yes, this is some of the data that was on the

18   thumb drive.

19        **MS. SHAW:**  Move in Government's 212.

20        **MR. BOSWORTH:**  No objection.

21        **THE COURT:**  So moved.

22   (Government Exhibit 212 was admitted.)

23        **MS. SHAW:**  May I have Government's 213?

24   **BY MS. SHAW:**

25        **Q.**   And again, Ms. Sands, is this -- what are we

1    looking at here?

2         **A.**    This is also data that was provided on the thumb

3    drive, specifically domain IP pairs.

4              **MS. SHAW:**  I would offer Government's 213, Your

5    Honor.

6              **MR. BOSWORTH:**  No objection.

7              **THE COURT:**  So moved.

8         (Government Exhibit 213 was admitted.)

9              **MS. SHAW:**  If I could have Government's 214.

10   **BY MS. SHAW:**

11        **Q.**    And Ms. Sands, again, here what are we looking at?

12        **A.**    These are more domain and IP pairs provided on the

13   thumb drive.

14        **Q.**    All right.

15             **MS. SHAW:**  I would move in Government's 214.

16             **MR. BOSWORTH:**  No objection.

17             **THE COURT:**  So moved.

18        (Government Exhibit 214 was admitted.)

19             **MS. SHAW:**  If I could have Government's Exhibit

20   215.

21   **BY MS. SHAW:**

22        **Q.**    And what are we looking at here, Ms. Sands?

23        **A.**    The same, additional data provided on the thumb

24   drive, domain and IP pairs.

25             **MS. SHAW:**  I would move in Government's Exhibit

1   216.

2           **MR. BOSWORTH:**  No objection.

3           **THE COURT:**  So moved.

4       (Government Exhibit 216 was admitted.)

5   **BY MS. SHAW:**

6       **Q.**   And, finally, showing you Government's Exhibit

7   217.

8       **A.**   This is the actual white paper that details the

9   allegations of the covert communication channel.

10      **Q.**   Okay.  Great.

11          **MS. SHAW:**  Could I have Government's Exhibit 250,

12  please?  I believe 217 is in?

13          **DEPUTY CLERK:**  (Nodded head)

14          **MS. SHAW:**  If not, I would offer it, Your Honor.

15          **MR. BOSWORTH:**  No objection.

16          **THE COURT:**  So moved.

17      (Government's Exhibit 217 was admitted.)

18  **BY MS. SHAW:**

19      **Q.**   So you told us that you were the lead agent on

20  these allegations.  I wanted to walk through some of the

21  steps you and the team took once these allegations came in.

22  We've seen the EC, opening it.  But if you could sort of

23  tell us what was one of the first things that you did upon

24  getting this assignment?

25      **A.**   One of the first things I did was reach out to

1   some more experienced agents in the cyber division to get

2   sort of their initial take on the white paper itself.

3       **Q.**   Do you recall who you reached out to?

4       **A.**   Scott Hellman, who was my primary point of

5   contact.

6       **Q.**   Did you reach out to Scott Hellman at the

7   direction of someone else?

8       **A.**   Yes, either Agent Heide or my supervisor.

9       **Q.**   And in terms of the technical material, the data

10  we just saw on the white thumb drive, who did you give that

11  to?

12      **A.**   We had a computer scientist on our squad who

13  assisted with these cyber investigations.  His name is Kyle

14  Steer.

15      **Q.**   With respect to Agent Hellman, what, if anything,

16  did you learn from Agent Hellman?

17      **A.**   He had also seen the white paper, I think before I

18  had, and had done a very quick assessment and said that the

19  data that was provided and the assessment of the data was

20  either inaccurate or incomplete and that, from a sort of

21  initial look, it didn't seem as if this activity was

22  occurring.

23      **Q.**   Did you have a sense from Agent Hellman why --

24  whether that was a matter that his section was going to keep

25  or, if not, transfer to you guys?

1    **A.**    I believe that it was being investigated by the

2    Chicago division, and we're the ones that opened up the

3    initial investigation and wrote the initial opening EC.

4        **Q.**    Was it opened as a cyber investigation or

5    something else?

6        **A.**    It was opened as a counterintelligence contact

7    case.

8        **Q.**    Did you have an understanding of why it wasn't

9    opened as a cyber investigation?

10       **A.**    Yes.

11       **Q.**    Generally speaking, what would you --

12       **A.**    For it to be a cyber investigation, there would

13   have to be some sort of criminal element involved in the

14   actual technical piece of it.  If there was, say, this

15   covert communication channel, that's not illegal.

16           So the thing that made that interesting was that

17   the allegation was that it was between a then presidential

18   candidate and a Russian bank.  So the threat was more of a

19   counterintelligence nature not so much of a cyber crime.

20       **Q.**    Got it.

21           In addition to those things, did you do any

22   open-source research of your own?

23       **A.**    Yes.  So when we received the white paper, a very

24   early step was to do my own open-source research to see who

25   the domains were registered to, who the IP addresses

1    belonged to, and all of that is publicly-available

2    information.  So there is a lot of different tools that

3    anyone has access to, like central ops or domain tools, that

4    you can type in any IP address or any domain, and it will

5    tell you who owns it and who it is registered to.

6         **Q.**    Did you consult one of these sites?

7         **A.**    Yes.

8         **Q.**    Which one, if you can remember?

9         **A.**    I can't recall exactly.  They're all the same.

10        **Q.**    Is WHOIS one of these sites?

11        **A.**    Yeah, WHOIS is the name of the actual information

12   that's provided through one of these online providers.

13        **Q.**    What, if anything, did you learn from this

14   open-source research about the various components that you

15   were looking at?

16        **A.**    Yeah, that the email domain in question was on a

17   server in Pennsylvania from a company called ISP, internet

18   service provider called Listrak.  It was registered to a

19   company called Central Dynamics based out of Boca Raton,

20   Florida, and that the domain was being leased from GoDaddy.

21        **Q.**    And what did you do upon getting that information?

22        **A.**    So then we wanted to request information from each

23   one of those various companies.  So we set leads to conduct

24   interviews at Listrak, as well as Cenden, and then did a

25   more formal request for information from each of those.

1   **Q.**   And did you ever receive information from them?

2   **A.**   Yes.

3   **Q.**   And what was done with that once that came in?

4   **A.**   It was analyzed by our computer scientists,

5   primarily.

6   **Q.**   And what, if anything, did you learn -- did your

7   team learn about -- from those materials, the logs that came

8   in?

9   **A.**   So I'll start with GoDaddy.  We learned that it

10  was an actual domain and that the WHOIS registration was

11  correct, that it was being registered by Central Dynamics.

12  We learned from Central Dynamics that they were a company

13  that provides email marketing and email hosting for the

14  hospitality industry.

15          That they had been working with the Trump

16  Organization for years or the Trump Organization was one of

17  their clients, and they had several Trump-related domains as

18  part of their services that they provided to the

19  Organization.  But that the particular domain in question

20  that was mentioned in the white paper, that one was dormant.

21  It was largely dormant for the lifespan of its life, was

22  currently inactive and that it was entirely a "from" email

23  address.  So it only sent outbound messages.

24  **Q.**   In terms of Central Dynamics, can you describe for

25  the jury what kind of company that is?

1    **A.**   Yes.  They provide email marketing services for

2  the hospitality industry.

3    **Q.**   Is that sometimes what we refer to as spam?

4    **A.**   Sure.  Yeah.  It depends on what side you're on of

5  the email I guess, but yes.  Companies, hotels, restaurants,

6  et cetera, will pay these companies to send out thousands of

7  emails to their previous or potential clients to, you know,

8  spam your inbox, I guess.

9    **Q.**   Now, earlier you mentioned TOR, the TOR exit node.

10  Did you do any work regarding that?

11    **A.**   So we reached out to Spectrum Health as well, and

12  they were cooperative.  They gave us access to their logs

13  and their records as well.  We did not see any unusual

14  activity from Spectrum Health, but we also had one of our

15  other computer scientists look into whether their IP address

16  that was presented in the white paper but also all of their

17  IP addresses that they owned had ever been a TOR node, and

18  we found that they had not.

19    **Q.**   And for the jury's purposes, how do you know

20  whether something's ever been a TOR node?

21    **A.**   There's publicly available sources.  This one, in

22  particular, was called TORproject.org.  You can type in any

23  IP address, and it will tell you if it's part of a TOR

24  network or not.

25    **Q.**   Now during the course of the investigation, did

1   you ever learn whether Alfa-Bank had investigated these

2   allegations?

3       **A.**   Yes.

4       **Q.**   And how did you learn that?

5       **A.**   Alfa-Bank had contracted a U.S. law firm called

6   Kirkland and Ellis, and their attorney reached out to me and

7   let me know that they were investigating it separately on

8   the Alfa-Bank side; and that they had contracted a U.S.

9   cybersecurity company to do a forensic investigation of

10  their servers.

11      **Q.**   And what was that company?

12      **A.**   Mandiant.

13      **Q.**   And have you heard of Mandiant before?

14      **A.**   Yes.

15      **Q.**   Are they well-recognized?

16      **A.**   They are very well -- a big cybersecurity company.

17      **Q.**   All right.

18           What, if any, conclusions did you learn about

19  Mandiant's investigation?

20      **A.**   That their investigators traveled to Moscow and

21  did a forensic analysis of the Alfa-Bank servers and did not

22  find any evidence to support, not only like a covert

23  communication but any direct communication between the

24  Alfa-Bank servers and the Trump -- any Trump emails.

25      **Q.**   Okay.  Now, do you recall being contacted by

1    Special Agent Tom Grasso during the investigation?

2        **A.**   Yes.

3        **Q.**   Do you recall how he contacted you, whether it was

4    by phone or email?

5        **A.**   By email and Link.

6        **Q.**   And what, if any, information did he give you?

7        **A.**   He provided two additional IP addresses.

8        **Q.**   And how did he tell you that he came upon these IP

9    addresses?

10       **A.**   He said it was from an anonymous source.

11       **Q.**   And what, if anything, did you do with these new

12   IP addresses?

13       **A.**   The same sort of open-source research that I did

14   with the other IP addresses we had.  So run them through the

15   publicly-available registration databases to discover who

16   they belonged to.

17            One of the IP addresses belonged to Alfa-Bank, so

18   it was publicly registered to Alfa-Bank.  And the other one

19   belonged to an individual.  It looked like, from the

20   registration information, a home internet address in Moscow.

21       **Q.**   And in terms of that individual, did you run it to

22   ground and find anything of significance?

23       **A.**   Nothing that impacted our investigation.

24       **Q.**   All right.  At some point in the investigation,

25   did you learn that there was --

1    **THE COURT:**  Ms. Shaw, might this be a good time

2  for a break?

3    **MS. SHAW:**  Sure.

4    **THE COURT:**  Why don't we take our afternoon break,

5  ladies and gentlemen, 15 minutes.  So we'll reconvene at

6  3:35.  No discussions about the case.  No research about the

7  case.

8    (Jury exited the courtroom.)

9    (Witness stepped down.)

10    **THE COURT:**  Okay.

11    (Recess.)

12    **THE COURT:**  All right.  Have a seat, everybody.

13  Well, our jury is about to come in.

14    (Jury entered the courtroom.)

15    **THE COURT:**  All right.  Welcome back, everybody.

16  Please be seated.  Ms. Shaw, please proceed.

17    **MS. SHAW:**  Thank you, Your Honor.

18  **BY MR. DeFILIPPIS:**

19    **Q.**   Ms. Sands, I just wanted to back up a little bit

20  and talk about the domain or server Cenden for a second.  Do

21  you recall the name of the supposed secret server that was

22  at issue here?

23    **A.**   The email domain?

24    **Q.**   Yes.

25    **A.**   It was mail1.trump-email.com.

1664

1     Q.   Did you know whether that was owned by the Trump

2  Organization or by Cenden?

3     A.   It was registered to Cenden and the Trump

4  Organization was a client of Cenden.

5     Q.   You said it was, I think, in send mode only?

6     A.   Correct.

7     Q.   Am I remembering that correctly?  What does that

8  mean?

9     A.   Meaning it was configured to only send emails.  So

10  when you reply to sort of a spam marketing email, you can't

11  reply.  There's nobody on the other end.  It's like that.

12          Then we confirmed with Listrak, the ISP, that the

13  mail transfer agent was configured to the outbound only.

14     Q.   So no communication could go in?

15     A.   Correct.

16     Q.   Okay.

17          So at some point during the investigation, did you

18  learn that there was a confidential human source that

19  approached the Bureau about these allegations?

20     A.   Yes.

21     Q.   How did you come to learn of that, if you can

22  recall?

23     A.   His handling agent, who was another FBI agent in a

24  different field office, reached out to us saying that he had

25  a confidential source that might have information about the

1       case.

2          Q.    And did you ever interview this confidential

3       source?

4          A.    The initial interview was conducted by the

5       handling agent.  We had some follow-up questions that we

6       were able to speak on the phone with the source but not in

7       person, no.

8          Q.    What information did you learn from this source,

9       if you can recall?

10         A.    He also had access to the white paper that we had

11      as well.  It was circulating among some academic circles and

12      he did an initial assessment of allegations as well and said

13      that his conclusions could only be as strong as how good the

14      data is and that the data itself seems incomplete or

15      inaccurate.  His key takeaway was that it's plausible but

16      depending on the quality of the data.

17         Q.    What, if anything, did he tell you -- and by "you"

18      I mean the Bureau or his handling agent, about someone that

19      might have been an author of one of the white papers?

20         A.    He stated that another FBI agent, Tom Grasso, was

21      maybe going to set up a meeting with one of the -- I can't

22      recall exactly, but that Tom Grasso either knew somebody or

23      was going to set up a meeting with somebody that might have

24      been an author of the paper but likely wasn't the source of

25      the data.

1    **Q.**   And do you remember the name of that person?

2    **A.**   Yes.

3    **Q.**   And what was that person's name?

4    **A.**   David Dagon.

5    **Q.**   All right.  And did you ever interview Mr. Dagon?

6    **A.**   I did not, no.

7    **Q.**   Do you know if anyone interviewed Mr. Dagon?

8    **A.**   I don't know if anyone else did.  I know that I

9    did not.

10   **Q.**   Do you recall if, when you learned the name David

11   Dagon, where you had been in your technical analysis of the

12   data?

13   **A.**   So we had just started receiving some of the log

14   data back, so we were focused primarily on looking at the

15   technical analysis.

16   **Q.**   Now did there also come a time when you learned

17   that these allegations had been posted online?

18   **A.**   Yes.

19   **Q.**   And what did you do with that information?

20   **A.**   We knew that they had been posted online from the

21   confidential source.  We also knew from -- I believe -- I

22   don't recall exactly, but I believe that there were a few

23   cybersecurity researchers and academics who were talking

24   about it.  It was posted on one website from the Indiana --

25   the University of Indiana, I believe.

1    **Q.**   And during this whole time, were you still

2    interested in learning who the source of the data would have

3    been?

4    **A.**   Yes.  During this time, I know we had asked

5    numerous times.  I did, my training agent, Agent Heide did,

6    our supervisor did, and we elevated it to headquarters

7    saying we'd really like to interview who the source of this

8    information is, because a lot of it was the data that we had

9    was incomplete.  So the thought obviously being that, if we

10   could get complete and better data, it would save us a lot

11   of time looking through all of the logs that we were

12   receiving.

13   **Q.**   I'll go back to the data in just a second.  But in

14   terms of a directive from headquarters about the source or

15   what you should be focusing your energies on, were you

16   directed one way or the other?

17   **A.**   Yes.  We were told that headquarters is working on

18   it or -- when we said that we were interested in

19   interviewing the -- when I say "the source", I mean the

20   author of the white paper or the source of the data -- I

21   don't know if that's different people or not -- but wherever

22   it came from and that they were working on it, they were

23   aware and that we should, at the division level, focus on

24   the technical analysis.

25   **Q.**   Okay.  And ultimately, did you reach any different

1668

1    conclusion than what you initially told us about the

2    allegations?

3         **A.**   No.

4         **Q.**   And ultimately, then, what was the conclusion from

5    your investigation about this secret server?

6         **A.**   That there was no evidence on -- from all of the

7    U.S. companies we had spoken to, of the logs that we had

8    looked at, as well as the Mandiant report from the Alfa-Bank

9    servers, there was no evidence that this covert

10   communication channel existed.

11        **Q.**   Okay.  Did there come a time when you closed the

12   investigation?

13        **A.**   Yes.

14        **Q.**   And was it your decision to close it or were you

15   directed to close it?

16        **A.**   I was directed to close it.

17            **MS. SHAW:**  If I could have Government's Exhibit

18   233.

19   **BY MS. SHAW:**

20        **Q.**   Do you see Government's 233?

21        **A.**   Yes.

22        **Q.**   What is that?

23        **A.**   It is the EC to close the case.

24            **MS. SHAW:**  I move in Government's Exhibit 233.

25            **MR. BOSWORTH:**  No objection.

1        **THE COURT:**  So moved.

2        (Government Exhibit 233 was admitted.)

3        **MS. SHAW:**  Oh, and also, Your Honor, I was advised

4   that Government's 200, which was the opening EC, may not be

5   in.  So I would offer that.

6        **THE COURT:**  200 is in, if it isn't already.

7        (Government Exhibit 200 was admitted.)

8        **MS. SHAW:**  Thank you, Your Honor.

9        If you could go to the first paragraph,

10  Ms. Arsenault.  Thank you.

11  **BY MS. SHAW:**

12       **Q.**  Ms. Sands, if you could just read the first

13  sentence for us?

14       **A.**  "Chicago opened captioned preliminary

15  investigation on alleged covert communications between

16  Russian based Alfa-Bank and email domain affiliated with the

17  Trump Organization."

18       **Q.**  Do you see where it says "preliminary

19  investigation" there?

20       **A.**  Yes.

21       **Q.**  Why is that?

22       **A.**  That's just a mistake.

23       **Q.**  And then moving on to the second sentence, on or

24  about September 19 --

25       **A.**  "On or about September 19, 2016, FBI received a

1    white paper that was produced by an anonymous third party

2    from the U.S. Department of Justice."

3        Q.    And was that still the extent of your

4    understanding of where these materials came from at this

5    point?

6        A.    By January, I knew through when we requested the

7    evidence transfer and through the chain of custody that it

8    came at least from the FBI from James Baker.  But on

9    September 19th, when we received the white paper, that's

10   when we knew that it was -- I thought that it was produced

11   by an anonymous third party given to us by the U.S.

12   Department of Justice.

13       Q.    And if we can just look at the date of the closing

14   EC.  Do you see a January date?

15       A.    Uh-huh, January 18th, 2017.

16       Q.    Okay.  Now you mentioned some thumb drives earlier

17   in your testimony.  Did you ever come to possess those thumb

18   drives?

19       A.    Yes.

20       Q.    And about when was that?

21       A.    We initially received them very early in the

22   investigation, oh, late September/early October.

23       Q.    And was there some sort of issue with the thumb

24   drives when you went to close the case?

25       A.    Yes.

1    **Q.**   Tell us about that.

2    **A.**   So when we received the thumb drives, we

3    serialized them as a 1B, which is digital evidence.  And

4    when you close a case, you have to -- or the FBI has to

5    return anything that it has taken in the course of the

6    investigation to its rightful owner.

7          So these are normally things like, if the FBI is

8    doing an investigation and they collect a laptop computer,

9    when the investigation is closed, they return the laptop to

10   the rightful owner.  Well, in this case, we didn't know who

11   the owner of the thumb drives was, because it wasn't --

12   James Baker wasn't the owner.  He was like a middleman or

13   something.  He had given them to us, but we didn't know who

14   the thumb drives belonged to.

15         So since we couldn't return them, we had to try to

16   destroy them.  To do that, you initiate an abandonment

17   hearing, which is basically like -- saying that, you know,

18   it is impossible for us to return this information -- or

19   return this physical thing to its rightful owner.  So

20   therefore, we are going to move to have it destroyed.

21   **Q.**   And did you eventually come up with a different

22   solution than this abandonment procedure?

23   **A.**   Yes.  We -- in fact, I didn't -- I don't think

24   that we started this abandonment procedure until maybe May.

25   It came up that it was just pending and pending and pending.

1    And the reason why was because of this sort of leftover

2    evidence.  It was difficult and required a lot of

3    bureaucratic steps to do an abandonment hearing and

4    proceedings.

5             So my supervisor recommended that we could

6    reserialize the thumb drives as a 1A file instead, which is

7    another characterization of anything that you want to have

8    in your case file, in your formal case file, but that isn't

9    necessarily evidence.

10            So that could be things like notes that were

11   provided or notes that you take in an interview or if you

12   request telephone records, you request financial data, you

13   request bank records.  Those kind of things you want in, but

14   they aren't, like them themselves are evidence, are normally

15   serialized as 1A files.

16            And since in this case, the actual thumb drive

17   hardware was irrelevant.  What was on it was a copy of data.

18   So it would have been the same thing if somebody would have

19   handed me a folder full of papers.  So we just reserialized

20   them as a 1a.

21        **MS. SHAW:**  If I could have Government's Exhibit

22   282.  I believe it's already in evidence.

23   **BY MS. SHAW:**

24        **Q.**   Ms. Sands, do you recognize Government's Exhibit

25   282?

1    **A.**   Yes.

2    **Q.**   What is that?

3    **A.**   This is a chain of custody form.

4    **Q.**   Do you see your name or signature on that?

5    **A.**   Yes.

6    **Q.**   And the date?

7    **A.**   July 24th, 2017.

8    **Q.**   Does this refer to the thumb drives we've been

9    discussing?

10   **A.**   Yes.

11        **MS. SHAW:**  I'm going to be needing the ELMO.

12   **BY MS. SHAW:**

13   **Q.**   Ms. Sands, I'm showing you what's been marked for

14   identification as Government's Exhibit 1.  Do you recognize

15   that?

16   **A.**   Yes.

17   **Q.**   What is that?

18   **A.**   This is the 1a envelope.

19   **Q.**   Do you know what this envelope contains?

20   **A.**   Yes, it contains the thumb drives.  So I basically

21   took them out of evidence and put it into this envelope.

22        **MS. SHAW:**  Your Honor, I move Government's Exhibit

23   1 into evidence.

24        **MR. BOSWORTH:**  No objection.

25        **THE COURT:**  So moved.

1674

1       (Government's Exhibit 1 was admitted.)

2   **BY MS. SHAW:**

3       Q.   Now, Ms. Sands, do you recall how many thumb

4   drives there were?

5       A.   Yes, there's two.

6       Q.   Do you recall if they had any particular colors?

7       A.   One is blue and one is red.

8       Q.   I'm not sure if the contrast is going to come up.

9   Do you see -- is that better?

10      A.   Uh-huh.

11      Q.   Okay.  Great.

12           What are these, Ms. Sands?

13      A.   Those are the thumb drives that I was referring

14  to.

15      Q.   And do you see a blue and a red one?

16      A.   One blue, one red with the markings that we had

17  listed on the evidence log.

18      Q.   Okay.  And can you read the writing on the thumb

19  drive?

20      A.   Sure.  It's PNY 16 gigabyte.

21      Q.   Do both of those reflect that?

22      A.   Yes, they both have that written on it.

23      Q.   So in terms of the investigation, you've now

24  closed it.  But as a lead agent, were you -- over the course

25  of the investigation, was it your responsibility to keep

1   headquarters apprised of what was going on?

2        **A.**   Yes.

3        **Q.**   And about how often did that happen?

4        **A.**   At least every day and sometimes twice a day.

5        **Q.**   All right.  And was that your first case having to

6   do that?

7        **A.**   Yes.  My first and only.

8        **Q.**   And other than you and Agent Heide, about how many

9   other people were on your immediate team?

10        **A.**   So --

11        **Q.**   If you can recall?

12        **A.**   -- we had a couple computer scientists working

13   with us.  We had a few other agents who were on our squad in

14   Chicago who were more advanced cyber agents than me that

15   would support and help with interviews or analysis, and

16   then, of course, the team of folks at headquarters as well.

17        **Q.**   And in terms of FBI field offices, did you engage

18   with any field offices on this matter?

19        **A.**   Oh, yes.  So we worked with the Philadelphia, I

20   think, field office to do the interviews of Listrak.  We

21   worked with the Miami office to do our interviews with

22   Central Dynamics.  And then just I think those are the only

23   two that I can recall right now.

24        **Q.**   So in terms of -- we talked about the source of

25   the data, and you've talked about some of the technical

1    things that you went through.  In terms of knowing who the

2    source of the data was, at the beginning, when you received

3    it -- you and your computer analysts, if you can explain for

4    the jury how that would have helped you in terms of the

5    initial steps you were taking?

6        **A.**    Yeah.  So the logical first step in any -- once

7    you get a lead right from anywhere, so leads come in all of

8    the time.  Sometimes they come in from academia.  Sometimes

9    they come in from researchers.  Sometimes they come in from

10   other agents.  Sometimes they come in from your confidential

11   sources.  Sometimes they come in from complaint duty, which

12   is anyone can walk anything in from the street.

13          So your first thing that we would do in any case

14   is assess the credibility of the information that was being

15   provided to us.  So I would view, say, a technical analysis

16   that maybe I didn't understand at first blush, because it's

17   very detailed, it's very technical, differently from, say, a

18   cybersecurity researcher than I would from, you know,

19   somebody that walked in on complaint duty to the FBI office

20   alleging some sort of conspiracy.

21          You would assess the credibility of the

22   information differently.  It also would have been a logical

23   first step, which is why we asked to interview the source of

24   the white paper several times, because from the very

25   beginning, it was obvious that the data that was being

1    provided was incomplete at the very least.

2              It was text files, which is not a real DNS log.

3    It was, you know, screenshots of things.  It wasn't like an

4    actual data set that you would normally want in a cyber

5    investigation and so --

6    **Q.**   Let me just stop you there.

7    **A.**   Sorry.

8    **Q.**   If I am understanding you because -- you said it

9    was an incomplete data set.

10   **A.**   Uh-huh.

11   **Q.**   So my understanding in order to sort of test the

12   allegations or verify them, you needed a much larger data

13   set?

14   **A.**   Right.

15   **Q.**   Than was provided?

16   **A.**   Right.  Exactly.  So it was for screenshots of

17   very specific domain IP pairs, but it wasn't, you know, an

18   entire DNS log or an entire log file that would have

19   provided the information of interest in everything else.  So

20   it was -- it came to us prefiltered.

21   **Q.**   Okay.  So was your role to try to recreate the

22   data -- were you attempting to recreate the result or learn

23   how they achieved the result by gathering more data?

24   **A.**   Yeah.  Exactly.  So the white paper and the thumb

25   drives provided some snapshot of data.  And to create the

1   whole picture from scratch, we -- that's why we reached out

2   to GoDaddy, and the ISP, and the company that owned the

3   domain, basically pulling the data from every possible

4   location so that we could reconstruct what was happening

5   from scratch, which is, like, the equivalent of basically

6   saying like, you know, we know that there's a puzzle, and we

7   have to recreate this puzzle, but we don't have the box to

8   look at.  We have to, like, do it from scratch.

9       Q.   And do you have a recollection of about how much

10  data you had to gather in order to do this?

11      A.   Since it was pertaining to an email domain as well

12  as five IP addresses, it was significant.  So, I think, from

13  -- from Listrak we sorted through about 135,000 records.

14  From Central Dynamics, it was closer to 500,000 records.  A

15  similar large amount from GoDaddy as well.

16      Q.   And when this case came in, were you working on

17  other matters?

18      A.   Yes.

19      Q.   About how many?

20      A.   About five or six cases.

21      Q.   And were you able to continue working on those

22  matters once this came in?

23      A.   No.

24      Q.   Why was that?

25      A.   Well, I mean, I was a new agent given a case that

1    had headquarters' interest, that required twice-a-day,

2    sometimes, headquarters' updates.  So this takes your full

3    attention.  As well as, you know, the allegations were

4    sensitive in that it was -- one of the parties involved was

5    a presidential candidate.  This came in end of September.

6    So this is right before the presidential election.  So there

7    is the sense of urgency.

8         Also, we knew that the press had -- academic

9    circles.  It wasn't a secret.  So somebody didn't hand us

10   this white paper addressed to us.  We felt -- I felt we were

11   in a race to determine if the allegations were true before

12   it came out in the media.

13   **Q.**   How would you describe your -- did your working

14   days go longer?  Was this kind of a round-the-clock

15   situation?  Give us a sense of how hard you and others on

16   your team might have been working?

17   **A.**   Well, we had an 8 a.m. briefing every day to

18   headquarters.  So I would usually come in a few hours

19   beforehand to prepare for that.  And then we -- I would send

20   a wrapup email usually every night or whatever.  And I would

21   say -- it was usually, like, 6 a.m. to probably 6 p.m. every

22   day.

23   **Q.**   Okay.  Now, Ms. Sands, if you had known that the

24   source of the allegations was someone who brought them to

25   the Bureau on behalf of a political client, as a

1  probationary agent, how would that have changed what you did

2  in terms of opening the EC?

3      **A.**   It would have -- if I had known who the source of

4  the information was, period, it would have helped me assess

5  the credibility of the information and what direction to go

6  in, and it would have given me that very important first

7  step of let me now speak to the person who provided this

8  information and ask a million follow-up questions.

9          So it would have been helpful.  However, you know,

10  if my supervisor and my training agent says, this is the

11  data and open the case, I would have opened the case

12  regardless.

13     **Q.**   Now, if you had known that one of the white papers

14  was worked on and drafted by those working with the Clinton

15  campaign, would that have affected your assessment of the

16  credibility of the allegations?

17     **A.**   Yes.  Just like any time anyone brings the FBI

18  information, you want to assess what -- if they have

19  motives, what their suitability is, why they're bringing

20  this information forward, how close their access is to the

21  original source of the information.  That's what we would do

22  for anybody who brought any information in.

23     **Q.**   So similar question, if you had known that the

24  material was brought to the Bureau by a confidential human

25  source of the Bureau but not through the handler, would that

1    have affected your assessment of the materials?

2         **A.**    I would absolutely want to speak to the handler to

3    provide follow-up questions to the source.  It would be very

4    unusual for a confidential source to bypass their handler

5    and go to somebody else in the Bureau.

6         **Q.**    And if you had known that the source of the

7    information and data had been brought in by someone with

8    business contracts with the Bureau, would that also have

9    been something that would have affected your assessment of

10   this data?

11        **A.**    Yes.  Because it speaks to credibility and motive.

12        **Q.**    Now, I think you've spoken with our office

13   previously in probably November of 2019.  And at that time,

14   you were asked about the steps, the technical steps that you

15   and your team went through?

16        **A.**    Uh-huh.

17        **Q.**    Do you recall generally speaking with our office?

18        **A.**    Yes.

19        **Q.**    At that time, you said that you might not have

20   done anything -- you wouldn't have done anything differently

21   in terms of the technical steps.  Can you elaborate on that

22   a little bit?

23        **A.**    Yeah.  So given the information that I had, if I

24   was presented with that same puzzle again, I think that we

25   took the right steps.  We were able to form a very complete

1    picture.  We were very highly confident in our assessment,

2    so we did it really quickly.

3            So I think, in terms of how our investigation

4    progressed, I wouldn't do anything different.  In hindsight,

5    of course, I would have changed the typos in the ECs I see

6    now that are kind of embarrassing.  But for the most part,

7    like our big steps, I wouldn't have done anything different

8    given the information and the way that I had it.

9    **Q.**    Would having had more complete information made

10   that first step easier for you or more efficient, I guess is

11   a better word?

12   **A.**    Well, yes -- well, it depends I guess where it

13   actually came from.

14           So the fact that it came from the Department of

15   Justice, which is all I knew at the time, gave the

16   information a lot more credibility and weight and sense of

17   urgency than if that same paper had been walked in to me on

18   complaint duty.  Then I would have been able to look at it,

19   look at the person who brought it, make a judgment call, do

20   a credibility assessment.

21           I don't know that -- just on a very first glance,

22   we look at it and we're like, this doesn't seem quite right.

23   Right?  So I don't know -- it's hard to speculate -- but a

24   lot of people bring conspiracy theories and things to the

25   Bureau all of the time.

1    If somebody that didn't have a lot of expertise or

2  a lot of supporting data or some very clear motive for

3  bringing the information in brought in a paper like that

4  that had incomplete data, had like very strong assessments

5  that were sort of built right into the top, I don't know

6  that we would have opened a full field investigation in the

7  first place.

8    That's something I would have brought to my

9  training agent.  I would have brought to my supervisor,

10  maybe to the same people at cyber -- at the cyber division

11  and said, What do you make of this?  What do you think of

12  this?  And they probably would have said, This doesn't look

13  legit, and that might have been it.

14    The fact that it came to me through the Department

15  of Justice, like, there was none of that step.  It was, once

16  I received it, we were opening a full case.  There was no

17  opportunity for us to even do a sort of sanity check on does

18  it make sense for us to do this in the first place.  It was

19  more I'm a new agent who is being told to do this by

20  headquarters.  That doesn't happen all that often so you

21  just do it.

22  **Q.**    Would it be fair to say, as a probationary agent,

23  it wasn't up to you as to the choice to direct FBI resources

24  towards this investigation?

25  **A.**    That's correct.

1684

1    **Q.**   And where was that choice made as far as you knew?

2    **A.**   With -- probably at this -- because of

3    headquarters' interest, I would say headquarters, at least

4    my supervisor.  But I believe that, given how many

5    headquarters people were involved, I believe he was probably

6    being directed as well.

7             **MS. SHAW:**  I have nothing further, Your Honor.

8             **THE COURT:**  Thank you.

9             <u>**CROSS EXAMINATION OF ALLISON SANDS**</u>

10   **BY MR. BOSWORTH:**

11   **Q.**   Good afternoon, Ms. Sands.

12   **A.**   Good afternoon.

13   **Q.**   We've never met before.  Correct?

14   **A.**   Correct.

15   **Q.**   In fact, we asked to meet with you and you said,

16   No.  Correct?

17   **A.**   That is not correct.

18   **Q.**   Did you have any knowledge that we reached out to

19   your attorney to ask to meet with you?

20   **A.**   I received a forwarded PDF copy of the subpoena

21   from your team, but I did not receive any request to meet

22   with me.

23   **Q.**   So your attorney didn't pass that along?

24   **A.**   No.

25   **Q.**   How many times did you meet with the government

1685

1      before appearing today?

2          **A.**   Four or five.

3          **Q.**   Four or five.  And what are the dates of those

4      meetings?

5          **A.**   I do not recall the specific dates.

6          **Q.**   We have notes of an interview you gave on November

7      21st, 2019.  Does that sound about right?

8          **A.**   Yes.

9          **Q.**   And we have notes of May 6th, 2022, a couple weeks

10     ago.  Does that sound right?

11         **A.**   Okay.  Yeah.

12         **Q.**   So for the additional meetings that we don't have

13     notes for, any estimate of when those occurred?

14         **A.**   So the most recent one was yesterday.

15         **Q.**   Oh.

16         **A.**   Morning.

17         **Q.**   Okay.

18         **A.**   And then one when I arrived last week on

19     Wednesday, and then I don't recall any others.  I think

20     there might have been one or two on the phone.

21         **Q.**   Okay.  So for those additional meetings, do you

22     have any idea whether the government was taking notes of

23     what you said?

24         **A.**   I don't know.

25         **Q.**   You were an FBI agent for a few years.  Correct?

1    **A.**    Uh-huh.

2    **Q.**    When agents meet with witnesses, they typically

3    take notes of those meetings.  Correct?

4    **A.**    I have never actually interviewed a witness.

5    **Q.**    You've never interviewed a witness?

6    **A.**    No.

7    **Q.**    Did you get training on interviewing witnesses?

8    **A.**    Yeah, at Quantico.  So, yeah, I suppose it would

9    make sense that they would take notes, but I have never seen

10   them take notes or never signed anything or reviewed any

11   notes.

12   **Q.**    I'm over here.  So do you know whether agents

13   actually took notes or not at the meetings for which we

14   don't have notes?

15   **A.**    No, I'm saying I don't know for sure if they do.

16   **Q.**    You don't know.  And, Ms. Sands, you were the case

17   agent on this investigation.  Correct?

18   **A.**    Uh-huh.

19   **Q.**    During the course of that investigation, you never

20   interviewed Mr. Sussmann.  Correct?

21   **A.**    No.

22   **Q.**    In fact, you didn't even know that Mr. Sussmann

23   was the one who provided information to Mr. Baker.  Correct?

24   **A.**    Correct.

25   **Q.**    And you didn't know that Mr. Sussmann was an

1687

1    attorney for the Democratic National Committee.  Correct?

2        A.   Correct.

3        Q.   And you didn't know that Mr. Sussmann represented

4    the Clinton campaign.  Correct?

5        A.   Correct.

6        Q.   Those were things that Mr. Baker knew.  Right?

7        A.   I don't know what Mr. Baker knew.

8        Q.   But you didn't know them?

9        A.   No.

10       Q.   Because nobody at the FBI told you?

11       A.   Correct.

12       Q.   They didn't tell you the source of the

13   information.  Correct?

14       A.   Correct.

15       Q.   And what they did tell you was the information

16   came from the U.S. Department of Justice.  Correct?

17       A.   Correct.

18       Q.   And that was false.

19       A.   I still don't know 100 percent at all who the

20   source of any of that data was.  All I know is that it came

21   from someone at DOJ.  And then, as we went further in the

22   investigation and we requested the evidence and I got the

23   chain of custody, I knew that it came from James Baker.

24       Q.   Okay.  So sitting here today, you still think it's

25   possible the U.S. Department of Justice gave the FBI

1    information about links between the Alfa-Bank and the Trump

2    Organization?

3         **A.**    No, not now because I'm here now.  But at the

4    time, it wasn't until I had been, was recontacted about this

5    case that I had even thought about this issue.

6         **Q.**    I should have been clear.  So at the time that you

7    were involved in the investigation, you believed that the

8    U.S. Department of Justice was the source of the

9    information?

10        **A.**    Initially.  And then I thought it was an anonymous

11   third party that gave the thumb drives to James Baker.

12        **Q.**    Okay.

13             How long were you a Special Agent with the FBI?

14        **A.**    How -- what did you say?

15        **Q.**    How long were you a Special Agent?

16        **A.**    About three and a half years.

17        **Q.**    And how long were you an agent when you became

18   involved with the Alfa-Bank investigation?

19        **A.**    About three months, three and a half months.

20        **Q.**    Okay.  And you testified on direct examination

21   about your decisionmaking on opening the investigation.

22   Right?

23        **A.**    Uh-huh.

24        **Q.**    Prior to the Alfa-Bank matter, how many cases had

25   you opened at the FBI?

1689

1      A.    I can't recall but not many.  If not zero than

2   maybe one or two.  Not many.

3      Q.    And you mentioned that your training agent, Curtis

4   Heide, was involved in this?

5      A.    Yes.

6      Q.    You and Mr. Heide worked closely together on the

7   investigation?

8      A.    Yes.

9      Q.    You discussed significant investigative steps with

10  one another?

11     A.    Yes.

12     Q.    Important information about the case was

13  information you shared with each other.  Correct?

14     A.    Yes.

15     Q.    But fair to say, as the case agent, not the

16  training agent, you did most of the day-to-day work running

17  the case?

18     A.    Correct.

19     Q.    One of the first steps that you took was to draft

20  the electronic communication opening the investigation.

21  Right?

22     A.    Uh-huh.

23     Q.    And you opened the investigation, I think you

24  said, as a full investigation?

25     A.    Yes.

1          **MR. BOSWORTH:**  Let's pull up Government's Exhibit

2    200.

3    **BY MR. BOSWORTH:**

4          **Q.**   And this was the electronic communication that

5    opened the investigation?

6          **A.**   Yes.

7          **Q.**   What was the date again?

8          **A.**   September 23, 2016.

9          **Q.**   Just to be clear, you didn't make the decision to

10   open a full investigation, did you?

11         **A.**   No.

12         **Q.**   You were told to do that?

13         **A.**   Yes.

14         **Q.**   And who told you to do that?

15         **A.**   My training agent, Agent Heide.

16         **Q.**   And Mr. Heide told you to open a full

17   investigation after receiving direction from headquarters.

18   Correct?

19         **A.**   I don't know that part.

20         **Q.**   Okay.

21         **MR. BOSWORTH:**  I'd like to pull up Defense Exhibit

22   518.

23   **BY MR. BOSWORTH:**

24         **Q.**   I don't believe this is in evidence.  This is just

25   for you.  This is an email from Curtis Heide to a number of

1    folks, including you, on September 21st, 2016.  Right?

2        A.   Um --

3        Q.   We can blow that up if that's easier.

4        A.   Thank you.

5             Yes.

6        Q.   Okay.

7             **MR. BOSWORTH:**  We move to admit Defense Exhibit

8    518.

9             **THE COURT:**  Any objection?

10            **MS. SHAW:**  No objection.

11            **THE COURT:**  So moved.

12        (Defense Exhibit 518 was admitted.)

13            **MR. BOSWORTH:**  As we discussed -- if we could

14   publish it for the jury.

15   **BY MR. BOSWORTH:**

16       Q.   So this is September 21st.  Right?

17       A.   Uh-huh.

18       Q.   Mr. Heide, first name Curtis, emailed Nate Batty

19   and Josh Hubiak and copied a bunch of folks, including

20   Daniel Wierzbicki.  Who was that?

21       A.   That was our supervisor.

22       Q.   You're on there too.  Right?

23       A.   Yes.

24       Q.   And he says, Okay.  Excellent.  Thanks, Nate.  Per

25   a few conversations with CD today, CG will be opening a 105H

1    case to address the CI concerns in this report.  Right?

2        **A.**    Uh-huh.

3        **Q.**    What he was saying there is that after speaking

4    with CD -- what's CD?

5        **A.**    That's the counterintelligence division.

6        **Q.**    Okay.  "CG --"  What's CG?

7        **A.**    That's the Chicago field office.

8        **Q.**    "-- will be opening a counterintelligence case."

9        **A.**    Correct.

10       **Q.**    And he said that the decision came after these

11   conversations with headquarters.  Correct?

12       **A.**    Yep.

13       **Q.**    And Mr. Heide was also in contact with someone

14   named Joseph Pientka.  Do you remember him?

15       **A.**    He was somebody at headquarters or -- honestly,

16   no.  I recognize that name, but I've never met him.

17       **Q.**    But someone --

18       **A.**    Somebody --

19       **Q.**    -- outside Chicago?

20       **A.**    -- outside Chicago.

21           **MR. BOSWORTH:**  If we could just pull up Defense

22   Exhibit 515.

23   **BY MR. BOSWORTH:**

24       **Q.**    These are messages that Mr. Pientka and Mr. Heide

25   exchanged on September 21st.  It looks like about a half

1   hour before this email.  Do you recognize these Link

2   messages or do you recognize these as Link messages?

3         **A.**   Yes, I know these are Link messages.

4         **MR. BOSWORTH:**  We would move Defense Exhibit 515

5   into evidence.

6         **MS. SHAW:**  No objection.

7         **THE COURT:**  So moved hit.

8         (Defense Exhibit 515 was admitted.)

9         **MR. BOSWORTH:**  Let's publish that.

10  **BY MR. BOSWORTH:**

11        **Q.**   So at 4:25, so 16:25, Mr. Pientka says to

12  Mr. Heide, "People on 7th floor to include Director are

13  fired up about the server", the Alfa-Bank server.

14        Did you know what the 7th floor of FBI

15  headquarters referred to?

16        **A.**   Yeah.  Like all of the bosses.

17        **Q.**   And Pientka says to Mr. Heide, "Did you open a

18  case, reach out and put tools on?"  Then he says, "If not, I

19  will call Dan" -- presumably Wierzbicki?

20        **A.**   Uh-huh.

21        **Q.**   Your supervisor?

22        **A.**   Presumably, sure.

23        **Q.**   "As Mr. Priestap says it's not an option, we must

24  do it."

25        Did you know who Mr. Priestap was at the time?

1    A.    No.

2    Q.    Would it surprise you to learn he was another FBI

3    headquarters official?

4    A.    No.

5    Q.    And Mr. Heide in response says "Roger.  We are

6    opening a CI case today."

7          So in these messages, it seems Mr. Heide, your

8    training agent, learned that headquarters is interested in

9    this.  Someone from headquarters named Mr. Priestap says,

10   It's not an option.  We have to open a case.  And Mr. Hiede

11   says, We are opening a case today.  Right?

12   A.    (Nodded head).

13   Q.    If you could answer --

14   A.    Correct, yes.

15   Q.    Thank you.  So fair to say that the decision to

16   open this investigation came after discussions with FBI

17   leadership?

18   A.    Yes.

19   Q.    And the FBI is a pretty --

20        MR. BOSWORTH:  We can take that down.

21   BY MR. BOSWORTH:

22   Q.    The FBI is a pretty hierarchical place?

23   A.    Yes.

24   Q.    So if someone up the chain says you have to do

25   something, I think you testified about this on direct, you

1   have to do it?

2        **A.**   Right.

3        **Q.**   So if headquarters says, You have to open a case,

4   you have to open an investigation, that's what you're going

5   to do?

6        **A.**   Correct.

7        **Q.**   And you knew that the allegations that you were

8   going to be investigating concerned potential links between

9   Alfa-Bank and the Trump Organization.  Right?

10       **A.**   Yes.

11       **Q.**   So after receiving the directive, I guess, from

12  Mr. Heide to open the case, you set about to draft the

13  electronic communication, which is just the bureaucratic

14  document to open the matter?

15       **A.**   Yes.

16       **Q.**   Lots of bureaucracy at the FBI too?

17       **A.**   Correct.

18            **MR. BOSWORTH:**  So if we can pull Defense Exhibit

19  525 back up -- or Government's Exhibit 200.  Either one.

20  **BY MR. BOSWORTH:**

21       **Q.**   And when you opened the matter --

22            **MR. BOSWORTH:**  If we can just go to Page 2 and

23  blow up the first paragraph, please, Mr. Cleaves.

24  **BY MR. BOSWORTH:**

25       **Q.**   When you opened the investigation, you wrote, "On

1    or about Monday, September 19, 2016, FBI received a referral

2    of information from the U.S. Department of Justice,

3    detailing an unusually configured email server in

4    Pennsylvania belonging to the Trump Organization."  Do you

5    see that?

6         **A.**   Uh-huh.

7         **Q.**   "In that referral, the Department of Justice

8    provided the FBI with a white paper that was produced by an

9    anonymous third party."

10            When you opened the investigation at the direction

11   of headquarters, you believed that the U.S. Department of

12   Justice referred this matter to the FBI.  Right?

13        **A.**   Yes.

14        **Q.**   And you testified on direct that mattered to you.

15   Correct?

16        **A.**   Yes.

17        **Q.**   The fact that it came from DOJ, you said, gave

18   this a lot more credibility.  Correct?

19        **A.**   Correct.

20        **Q.**   It gave it more of a sense of weight?

21        **A.**   Yes.

22        **Q.**   It gave it more of a sense of urgency?

23        **A.**   Correct.

24        **Q.**   And it was false.  Correct?

25            You now know that this matter was not referred --

1    let me fill it in.  Just to put a question to you.  You now

2    know that the Alfa-Bank allegations were not referred by the

3    U.S. Department of Justice to the FBI.  Correct?

4        **A.**   Yes.

5        **Q.**   Do you remember who told you that this information

6    came from the U.S. Department of Justice?

7        **A.**   Agent Heide, I believe.

8        **Q.**   So Agent Heide told you?

9        **A.**   Yes, this is what I believed at the time.  This

10   was my full information that somebody in the Department of

11   Justice had an anonymous -- an anonymous third party had

12   provided this through the Department of Justice to the FBI.

13   I didn't know, at this time, even that it was James Baker.

14   I just knew it was something in headquarters land that had

15   made it to me as a PDF with -- in an email.

16       **Q.**   And when you filled out or drafted this electronic

17   communication, you then had to send it up the chain.  Right?

18       **A.**   Yes.

19       **Q.**   An investigation only gets opened if multiple

20   levels of people approve it?

21       **A.**   Correct.

22       **MR. BOSWORTH:**   If we can just go back to Page 1

23   and just blow up the top of the first page.

24   **BY MR. BOSWORTH:**

25       **Q.**   There are a bunch of people CC'd there?

1    **A.**   Correct.

2    **Q.**   Do you know who Jonathan Moffa is?

3    **A.**   No.

4    **Q.**   Do you know who Joe Pientka is?  We spoke a little

5    bit about this.  He was the guy in the Link messages.

6    **A.**   These are all headquarters people.

7    **Q.**   Okay.  Headquarters people.

8         And there's also a section that says "Approved

9    By," that includes SSA, Supervisory Special Agent Daniel

10   Wierzbicki, your boss?

11   **A.**   Yes.

12   **Q.**   So all of these people saw this too?

13   **A.**   Correct.

14   **Q.**   And you said --

15        **MR. BOSWORTH:**  You can take that down.

16   **BY MR. BOSWORTH:**

17   **Q.**   -- that you were told this information came from

18   the Department of Justice.  You put it in this electronic

19   communication.  Right?

20   **A.**   Yes.

21   **Q.**   Everyone approved this opening of the

22   investigation based in part on what you were saying about

23   the background.  Correct?

24   **A.**   Yes.

25   **Q.**   And you've said that the fact that the -- that you

1    believed this information came from the Department of

2    Justice affected how you did your job?

3         **A.**    Yes.

4         **Q.**    Right?  But it was not true that it came from the

5    Department of Justice?

6         **A.**    Not just the information but the tasking, which is

7    an important distinction, I think, because you know the

8    tasking to open this case had come from the higher levels of

9    the FBI.

10        **Q.**    Do you think that Mr. Heide lied to you in telling

11   you that the information came from the Department of

12   Justice?

13        **A.**    No.

14        **Q.**    Do you think that someone lied to him

15   intentionally?

16        **A.**    No.

17        **Q.**    Have you heard of a criminal investigation into

18   why the source was wrong and why people weren't honest about

19   where the information came from?

20        **A.**    No.

21        **Q.**    You haven't been interviewed in that kind of

22   investigation?

23        **A.**    No.

24        **Q.**    You didn't prep five or six times for that trial?

25        **A.**    No.

1   **Q.**   So let's talk a little bit about the investigation

2   that you did do.  The investigation was based on a series of

3   documents as well as computer data.  Right?

4   **A.**   Uh-huh.

5   **Q.**   Okay.  Let's just appreciate your patience on

6   this.  I just want to go one by one so that we can show

7   these documents to the jury who hasn't seen all of them or

8   at least not every page.

9       So let's start with Government's Exhibit 207.

10   **MR. BOSWORTH:**   If we can just blow up the top.

11   **BY MR. BOSWORTH:**

12   **Q.**   Ms. Sands, I know it's been a while but do you

13   recognize this document?

14   **A.**   Yes.

15   **Q.**   Okay.  This is a document that provided

16   information about Alfa Group.  Right?

17   **A.**   Right.  That was co-located on the thumb drive

18   with the white paper I received.

19   **Q.**   Okay.  So in terms of documents, you've got this

20   sort of backgrounder on Alfa plus two white papers or white

21   paper and white paper comments?

22   **A.**   Correct.

23   **Q.**   Plus data?

24   **A.**   Plus data.

25   **Q.**   And we'll get to those.

1    **A.**   Okay.

2    **Q.**   So for this one, if we could just page through for

3    a minute so you can see.  You see there are footnotes on the

4    document?

5    **A.**   Yes.

6    **Q.**   And obviously you reviewed this document in

7    connection with the investigation?

8    **A.**   Yes.

9    **Q.**   Okay.  Fair to say that all the information that's

10   contained in this Alfa Group document is publicly available

11   open source information?

12   **A.**   I believe so, yes.

13   **Q.**   Okay.  Essentially information you could find by

14   Googling.  Correct?

15   **A.**   Correct.

16   **Q.**   That's document one.

17       **MR. BOSWORTH:**  Let's go to document two,

18   Government Exhibit 217.  If we can just blow up the top.

19   **BY MR. BOSWORTH:**

20   **Q.**   This is titled "Whitepaper-auditable V3".  Do you

21   recognize this document?

22   **A.**   Yes.

23       **MR. BOSWORTH:**  If you can just pull that out.

24   **BY MR. BOSWORTH:**

25   **Q.**   This is the document that sets forth a description

1    of the allegations that you investigated.

2        **A.**    Correct.

3        **Q.**    Right?

4              **MR. BOSWORTH:**   So if we can pull back for a

5    minute, Mr. Cleaves.

6    **BY MR. BOSWORTH:**

7        **Q.**    In this discussion section, there's information

8    about DNS data and domains and a bunch of technical-seeming

9    allegations?

10       **A.**    Correct.

11       **Q.**    On the next page, if we can flip to it, there's a

12   couple more technical observations and then some kind of

13   screenshot for GoDaddy WHOIS lookup?

14       **A.**    Yes.

15       **Q.**    And the next page is more analysis of DNS lookups

16   and which IP addresses are associated with what?

17       **A.**    Yes.

18       **Q.**    And then another page with more technical

19   analysis?

20       **A.**    Correct.

21       **Q.**    And then last, just -- a couple more technical

22   pieces plus the conclusion?

23       **A.**    Correct.

24       **Q.**    And then I think some charts.  Right?  That's what

25   you remember the white paper to be, I assume?

1    **A.**   Yes.

2    **Q.**   And the second document, other than that

3    backgrounder, the last in our series of three, is the

4    comments document.

5        **MR. BOSWORTH:**  If we can just pull up Government's

6    Exhibit 211?

7    **BY MR. BOSWORTH:**

8    **Q.**   In this document --

9        **MR. BOSWORTH:**  Yeah, we can blow up the top.

10   **BY MR. BOSWORTH:**

11   **Q.**   -- is a pretty technically detailed piece.  Is

12   that fair to say?

13   **A.**   Yes.

14   **Q.**   And it says, in fact, in Paragraph 2, this

15   document attempts to use alternative data sources to verify

16   the conclusions of the white paper we just looked at.

17   Right?

18   **A.**   Correct.

19       **MR. BOSWORTH:**  If we can just quickly page through

20   just to give a sense.

21   **BY MR. BOSWORTH:**

22   **Q.**   These are pretty highly technical observations and

23   analysis.  Is that fair to say?

24   **A.**   Yes.

25   **Q.**   And that's what we talk about -- or that's what I

1   assume you mean when you talk about the documents that came

2   in, the Alfa background paper that is public, you know,

3   reported information, the white paper and these white paper

4   comments.  Right?

5       **A.**   Correct.

6       **Q.**   Okay.  And then along with those documents you got

7   a bunch of data.  You talked about that?

8       **A.**   Correct.

9       **Q.**   And so that's the collection of stuff you that set

10  out to investigate?

11      **A.**   Yes.

12      **Q.**   The items that you believed came from the

13  Department of Justice?

14      **A.**   Yes.

15      **Q.**   And at the time that you started your

16  investigation, you looped in some experts or people you

17  thought could be helpful from the cyber division.  Right?

18      **A.**   Yes.

19      **Q.**   And they pretty quickly worked up an analysis.

20  Right?

21      **A.**   They formed some initial thoughts.

22      **Q.**   And their initial thoughts were, number one, there

23  wasn't a cyber equity in this.  Right?

24      **A.**   Yes.

25      **Q.**   Meaning, there wasn't the kind of computer hack

1    that they investigate?

2         **A.**    Correct.

3         **Q.**    And then they offered, as you said, some initial

4    thoughts on the analysis and data that's described in there?

5         **A.**    Yes.

6         **Q.**    And you got that before the week was over.  Right?

7         **A.**    I believe so.  It was one of my first steps.

8         **Q.**    Okay.

9              **MR. BOSWORTH:**   And if we can show Defense Exhibit

10   514.  If we can blow up the top.

11   **BY MR. BOSWORTH:**

12        **Q.**    This is an email from Nate Batty.  Is he one of

13   the cyber people you --

14        **A.**    Yes.

15        **Q.**    -- relied on?  Who is the other, by the way?

16        **A.**    Scott Hellman.

17        **Q.**    Okay.  And here, if you look at the subject in the

18   attachment, it's an analysis of Trump's server.  Right?

19        **A.**    Yes.

20        **Q.**    So you had that by September 21st?

21        **A.**    Yes.

22        **Q.**    And you knew, by the time that you opened the

23   counterintelligence investigation on Friday the 23rd, that

24   cyber division didn't think too much about this.  Right?

25        **A.**    I'm trying to recall.  I don't know that I'm --

1    that I received this.  I'm not on this email.  Maybe you

2    have additional forwards to me.  But I do know through --

3    notionally, that it seemed unlikely that the activity that

4    was alleged was occurring.

5         **Q.**    Okay.  And Mr. Heide received this.  Right?

6         **A.**    Yes.

7         **Q.**    And you worked closely with Mr. Heide?

8         **A.**    Yes.

9         **Q.**    And you talked about significant investigative

10   steps?

11        **A.**    Uh-huh.

12        **Q.**    Presumably getting analysis from the cyber

13   division at your request to do something.  He would tell you

14   that?

15        **A.**    I'm just telling you I don't remember this

16   specific paper.

17        **Q.**    Understood.  And so the counterintelligence

18   division opened a full investigation, notwithstanding what

19   the cyber division's assessment was.  Correct?

20        **A.**    Right.

21        **Q.**    And you talked a little bit about the steps that

22   you took in this case, the interviews you conducted and the

23   requests for data, that sort of thing?

24        **A.**    Yes.

25        **Q.**    And you talked about sort of the different levels

1    of investigation, you might not have done a full, there's a

2    preliminary investigation.  Isn't it true that every single

3    investigative step that you took in this full investigation

4    was something that you could have taken in a preliminary

5    investigation?

6         **A.**   I do not recall if -- I do not recall the specific

7    investigative steps that are allowed under a preliminary and

8    under a full investigation.

9         **Q.**   Did you get a search warrant?

10        **A.**   No.

11        **Q.**   Did you go to the FISA court?

12        **A.**   No.

13        **Q.**   Did you get a wiretap?

14        **A.**   No.

15        **Q.**   And in fact, in a preliminary investigation, all

16   lawful methods may be used except for a search warrant, a

17   Foreign Intelligence Surveillance Act order or a Title VII

18   FISA request.  Right?  Does that sound right?

19        **A.**   Yes, thank you.

20        **Q.**   And that there are very detailed guidelines that

21   the FBI has in place for when you can do what?

22        **A.**   Yes.

23        **Q.**   And what kind of stuff you need to open when?

24        **A.**   Yes.

25        **Q.**   And for a preliminary investigation, for example,

1   you just need information or an allegation indicating the

2   existence of an activity constituting a federal crime or a

3   threat to national security.  Right?

4       **A.**   Yes.

5       **Q.**   Now, you described on direct examination how you

6   learned more information about the data that gave you a

7   better sense of what you didn't think there was in fact a

8   secret communication channel.  Right?

9       **A.**   Yes.

10      **Q.**   Do you remember those questions?

11      **A.**   Yes.

12      **Q.**   And one of the things you said, for example, after

13  reaching out, I believe it was Listrak -- and correct me if

14  that's not right -- you learned that it was only a one-way

15  email server.  Right?

16      **A.**   Yes.

17      **Q.**   That's information you got because you're the FBI

18  and you went to Listrak to ask.  Right?

19      **A.**   Correct.

20      **Q.**   That's not something that a private citizen would

21  know, is it?

22      **A.**   Meaning that it's not Googlable, but it's

23  certainly not classified.  Anyone who was at Listrak could

24  look at their -- it's a very standard mail transfer agent.

25  Like most marketing materials are configured to only go in

1    one direction.

2         **Q.**   But you would have to ask Listrak and they would

3    have to tell you.  Correct?

4         **A.**   Yes.

5         **Q.**   When you ask questions as the FBI, you tend to get

6    more answers than I would, let's say?

7         **A.**   It depends, but yes, in this case.

8         **Q.**   Okay.  Now, you talked about Mr. Baker in some

9    sense being the middleman in that he got this information

10   and passed it along to the rest of you.  Right?

11        **A.**   Yes.

12        **Q.**   The information that was in the white paper also

13   came from somewhere.  Right?

14        **A.**   Yes.

15        **Q.**   And so it was presented to the FBI, but there was

16   some sort of middleman in between too.  Is that fair to say?

17        **A.**   Correct.

18        **Q.**   And you've said that to figure this out, right, to

19   figure where the data came from, motivations behind it, that

20   sort of thing, you would have wanted to interview whoever it

21   was that provided this information to the FBI.  Right?

22        **A.**   Yes.

23        **Q.**   It would have been important for you to talk to

24   the source, figure out where they got the information from?

25        **A.**   It would have been helpful.

1   Q.   Okay.  Why would it have been helpful?

2   A.   Because we could have asked follow-up questions,

3   such as, What is the source of the data?  Can we see the

4   entire data set?  When was it collected?  What was the data

5   before and after?  Can we have the full logs?  All of the

6   things that we would have potentially not had to collect

7   independently from the actual ISP and the domain

8   registration company.

9   Q.   Right.  Because it would, in some sense, make your

10  life easier if you could ask, say, the people who wrote the

11  white paper where they got the data from and what data they

12  looked at.  Right?

13  A.   Yes.

14  Q.   And you reached out to headquarters to get

15  permission to speak to whoever it was that provided this

16  information to the FBI.  Right?

17  A.   I know that Curtis -- through Curtis asked, Can we

18  -- We would like to interview the source of this white

19  paper.  I remember my supervisor saying, Yes, we would like

20  to interview this person.  And then receiving guidance that,

21  Yes, headquarters, we understand.  We are working on it.

22  Please focus on the information that you are getting from

23  the logs.

24  Q.   Okay.  But so -- some combination of either you or

25  Mr. Heide or Mr. Wierzbicki asked headquarters, Hey, can we

1    get to the source?  Right?

2         **A.**   Yes.

3         **Q.**   And what did they say?

4         **A.**   They said, focus on -- we are working on it.

5    Focus on what data you can glean from the logs.

6         **Q.**   For example --

7         **MR. BOSWORTH:**  Let's pull up Defense Exhibit 537.

8    **BY MR. BOSWORTH:**

9         **Q.**   So at the bottom of this chain, right, Mr. Heide

10   sent an email to Ryan Gaynor and you.  Do you remember who

11   Ryan Gaynor is?

12        **A.**   He's somebody in the counterintelligence division.

13        **Q.**   And Mr. Heide says, from the body of the email,

14   this is on October 3rd, "We really want to interview the

15   'source' of all of this information.  Any way we can track

16   down who this guy is and how we're getting this

17   information?"

18             Do you see where he said that?

19        **A.**   Yes.

20        **MR. BOSWORTH:**  If you scroll up, Mr. Cleaves.

21   **BY MR. BOSWORTH:**

22        **Q.**   Mr. Wierzbicki then weighs in --

23        **MR. BOSWORTH:**  Your Honor, I think this is the

24   Defense Exhibit analog of a Government Exhibit in evidence

25   just so that there is no issue.  We move Defense Exhibit 537

1    in?

2        **A.**    So moved.

3        (Defense Exhibit 537 was admitted.)

4        **MR. BOSWORTH:**   Is this published for everyone?

5    **BY MR. BOSWORTH:**

6        **Q.**    So Mr. Heide says, Hey, we want to interview the

7    source.

8        And then Mr. Wierzbicki says, I agree with Curtis.

9    And interview with the source of info would be the logical

10   step in this, as well as any investigation.   Right?

11       **A.**    Yes.

12       **Q.**    I think you are copied on that as well?

13       **A.**    Correct.

14       **Q.**    And then Mr. Gaynor ultimately writes back.

15       **MR. BOSWORTH:**   If we could just blow up his email.

16   **BY MR. BOSWORTH:**

17       **Q.**    This is Mr. Gaynor to Mr. Wierzbicki, Mr. Heide

18   and yourself.  And he says, "Got it and being discussed at

19   headquarters.  Before we make any decisions, we'll need to

20   see what we can learn from the logs," et cetera.

21       **A.**    Yes.

22       **Q.**    At any time did he tell you it's okay for you to

23   interview the source?

24       **A.**    Who is he?

25       **Q.**    Mr. Gaynor?

1    **A.**   No.

2    **Q.**   At any time did you hear from headquarters that

3    you would be permitted to interview the source?

4    **A.**   No.

5    **Q.**   Did you ever hear back from this request, one way

6    or the other, beyond Mr. Gaynor's email?

7    **A.**   No.

8    **Q.**   Did you ever hear that there was a close hold and

9    someone was not allowed to share information with you about

10   the source?

11   **A.**   No.

12   **Q.**   Never anything like that?

13   **A.**   No.

14   **Q.**   And I think you mentioned that there may have been

15   other requests that either you or Mr. Heide or

16   Mr. Wierzbicki made to interview the source?

17   **A.**   Yes.

18   **Q.**   Because it was important for you to interview the

19   source?

20   **A.**   Yes.

21   **Q.**   Now, you also said that you wanted to interview

22   the source of the white paper.  Right?  Did you want to know

23   who wrote the white paper?

24   **A.**   Yes.

25   **Q.**   And why is that?

1    **A.**   Because that would have potentially led us to the

2    source of the data, which was ultimately the gold mine that

3    we were looking for.

4    **Q.**   And just, if you could, say a little bit more

5    about why it was so important for you to get to the source

6    of the data, just so I understand and the jury understands.

7    **A.**   Because, as you saw, maybe in that white paper and

8    then the white paper comments, it was all very technical.

9    It was sort of pulling out snapshots and screenshots of

10   things and text files and saying, based on, you know, these

11   screenshots and these text files here's what we conclude.

12         So we were left to do our analysis based on the

13   information that was provided in sort of that assessment or

14   to try and recreate it from scratch.  So I would have -- and

15   by me, I mean as well as some more experienced cyber people

16   and my computer scientist had some follow-up questions about

17   the nature of the other pieces.

18         When was this collected and by whom?  How was it

19   transmitted?  The same way we would for any information that

20   we would provide, even if we got it from an academic or a

21   confidential source, we'd always want to know, you know, did

22   somebody pass this to you?  Were you the person that

23   corrected it?  How did you get it?  To assess if it was sort

24   of worth chasing down from scratch and pulling all those

25   records from the companies.

1    **Q.**   Because that's the ultimate question, right, is

2    where did this data come from?  How can we analyze it?  Tell

3    us where you got it so we're not doubling over our work.

4    These are important questions for you to answer.  Right?

5    **A.**   The ultimate question is, is this allegation true.

6    And to recreate it, we either need to find the original

7    source and have someone explain it to us exactly how he or

8    she got it, when, why, or we need to create it from scratch.

9         So the question wasn't so much, you know, the

10   ultimate question wasn't, what is the source of the data,

11   because we could recreate that.  The question was, is this

12   allegation true?  And we had to figure that out pretty

13   quick.

14   **Q.**   Got it.

15        Now, at some point during your investigation, you

16   learned or got information suggesting who the author of the

17   white paper was.

18   **A.**   Uh-huh.

19   **Q.**   Do you remember that?

20   **A.**   Yes.

21   **Q.**   Okay.

22   **MR. BOSWORTH:**  If we could just bring up Defense

23   Exhibit 545 just for the witness.  This is an email chain --

24   and if we could just blow up the top so that the witness can

25   see --

1    BY MR. BOSWORTH:

2        **Q.**    -- between you and someone named Christopher

3    Trifiletti?

4        **A.**    Yes.

5        **Q.**    Do you remember who he is?

6        **A.**    Yes. ████████████████████████████████

7    ████████

8        **Q.**    And David Vos?

9        **A.**    He was a cyber agent on my squad.

10           **MR. BOSWORTH:**  We would move Defense Exhibit 545

11   into evidence.

12           **MS. SHAW:**  No objection.

13           **THE COURT:**  So moved.

14       (Defense Exhibit 545 was admitted.)

15           **MR. BOSWORTH:**  Lower down in the chain and let's

16   publish it for the jury.

17   BY MR. BOSWORTH:

18       **Q.**    It's an email from Agent Trifiletti to you and to

19   Agent Vos?

20       **A.**    Correct.

21       **Q.**    If you see, it describes CHS reporting of some CHS

22   in the FBI.  If you look at the second paragraph under

23   source reporting, it says, "CHS was told they were collected

24   lawfully.  CHS's understanding is that FBI's Tom Grasso may

25   arrange a call for investigators with the author of the

1    white paper, David Dagon of Georgia Tech.  However, CHS

2    believes Dagon likely did not gather it himself."

3              So here, you're getting reporting that suggests

4    that you know who the author of the white paper is.  How

5    come you didn't reach out to interview him?

6        **A.**   So a couple things here.  This is, one, CHS, who

7    was not my CHS, saying that this person might be involved.

8    Through the rest of his reporting, his findings and his

9    assessment were different than what we were finding.  So

10   this was not somebody that -- I didn't know who this person

11   was either.  Right?  This person's credibility or knowledge,

12   but what I recall about this specific thing was that he

13   mentioned another FBI agent who was the contact of this

14   person.

15             And I recall that I reached out to Tom Grasso

16   saying we should talk to David Dagon.  This was after we had

17   been told to sort of focus on the logs.  So I know that I

18   took the step of reaching out to Tom Grasso.  Then we had a

19   phone call -- I can't recall exactly what was said.  I don't

20   remember that.  I don't know.  But I know that my step was

21   to bring this up to Agent Grasso, and it sort of died off of

22   my investigative leads.

23       **Q.**   All right.

24           **MR. BOSWORTH:**   In fact, if we could just pull up

25   Defense Exhibit 539.  And if we can focus on 1858 and 1900.

1    BY MR. BOSWORTH:

2        **Q.**    Ms. Sands, do you recognize these to be Link

3    messages?

4        **A.**    Yes.

5            **MR. BOSWORTH:**  We move Defense Exhibit 539 into

6    evidence.

7            **MS. SHAW:**  No objection.

8            **THE COURT:**  So moved.

9        (Defense Exhibit 539 was admitted.)

10    BY MR. BOSWORTH:

11        **Q.**    So this is just a snippet of messaging between you

12    and Agent Grasso about David Dagon and talking to him.  And

13    he says, he told Dagon that we'd be able to protect his

14    identity.  You asked Agent Grasso, does Dagon have a

15    clearance.  So you spoke to Agent Grasso about this?

16        **A.**    Yes.

17        **Q.**    But decided not to interview Mr. Dagon?

18        **A.**    Yes.

19        **Q.**    Had you reached out to Mr. Dagon, though, you

20    could have asked him some of the questions that you were

21    talking about earlier, you know, Where did you get this

22    data, which would have saved you some of the work of

23    recreating it.  Right?

24        **A.**    Yes.  Reaching out to him is a logical

25    investigative step that it looks like I was intending to

1    take and then opted not to take for some reason.  And my

2    memory of that was that I was told either specifically not

3    to or to focus on the logs.  And that came -- that

4    conversation was the day after we had reached out asking

5    headquarters for the source again.

6              So I don't recall exactly why not.  I know it was

7    a logical investigative step that I was planning on taking

8    and then decided ultimately not to do.

9              **MR. BOSWORTH:**  Let's pull up Defense Exhibit 538.

10   I don't think this is in evidence either.

11   **BY MR. BOSWORTH:**

12        **Q.**   Ms. Sands, this is an email from you to a bunch of

13   folks?

14        **A.**   Uh-huh.

15        **Q.**   Mr. Gaynor, Mr. Pientka and others copying

16   Mr. Wierzbicki and Mr. Heide on Wednesday, October 5th,

17   2016.

18             **MR. BOSWORTH:**  We move Defense Exhibit 538 into

19   evidence.

20             **MS. SHAW:**  No objection.

21             **THE COURT:**  So moved.

22        (Defense Exhibit 538 was admitted.)

23   **BY MR. BOSWORTH:**

24        **Q.**   So in this email, if we go to Page 2, after

25   discussing the CHS, there's a bullet, and I would just ask

1  you to read this bullet for the jury.

2      **A.**   "The aforementioned CHS, as well as David Dagon,

3  are expected to directly contradict FBI assessments and will

4  report that there is credible evidence of covert

5  communications between Trump email servers Alfa-Bank.  Their

6  assessments do not change ours but pose a challenge in

7  refuting their claims using only open source information."

8      **Q.**   So you believed that the CHS, the confidential

9  human source and the FBI believed there was credible

10 evidence of communication between the Trump email server and

11 Alfa-Bank.  Right?

12     **A.**   Yes.

13     **Q.**   And the CHS wasn't alone.  Mr. Dagon also believed

14 there was credible evidence of covert communications between

15 Trump and Alfa-Bank.  Right?

16     **A.**   Yes.

17     **Q.**   Did you have any reason to doubt the sincerity of

18 their belief?

19     **A.**   No.  I think what I'm saying here is we have

20 information that is not publicly available.  So I would have

21 a -- we would have a hard time refuting their claims given

22 just purely open source information.

23     **Q.**   Got it.

24          So your take on the situation -- and tell me if

25 this is wrong -- is they may genuinely believe in this

1    evidence, but they don't know what we do because we have

2    access to evidence that they don't.  Right?

3         **A.**   Not knowing either the CHS or David Dagon, yes, I

4    would assume that their statements to the FBI were sincere.

5         **Q.**   So no reason to doubt their sincerity or the

6    genuineness of their belief that the evidence does show

7    communication between Trump and Alfa-Bank, it's just they

8    don't have the evidence that you have to assess it.  Right?

9         **A.**   They have the same snippet of filtered information

10   that we had in the white paper.  Given just that information

11   with no contextual information, sure, it's possible that

12   they believed that to be accurate and true.

13        **Q.**   And you have no idea, sitting here today, what

14   they may have told Mr. Sussmann about the accuracy of the

15   data.  Correct?

16        **A.**   No.

17        **Q.**   To the extent they had any communications, either

18   of them or any of the other cyber experts, you have no idea

19   what they said to Mr. Sussmann about why the data was good.

20   Correct?

21        **A.**   That's correct.

22        **Q.**   Now, I'd like to go back to Agent Grasso --

23        **MR. BOSWORTH:**  Your Honor, how much more than time

24   do I have --

25        **THE COURT:**  How long do you have?

1    **MR. BOSWORTH:**  20, 30 minutes.

2    **THE COURT:**  How are we doing, ladies and

3    gentlemen?  Are you okay?

4    **JURORS:**  (Nodded heads.)

5    **THE COURT:**  Keep going.

6    **MR. BOSWORTH:**  That's incentive to speed up.

7    Thank you, Your Honor.

8    **BY MR. BOSWORTH:**

9    Q.   Okay.  Going back to Agent Grasso.  What did you

10   know about Agent Grasso?

11   A.   That he was a headquarters agent more senior than

12   me.  I don't recall if I knew sort of what -- I think he was

13   on the cyber -- in the cyber division.

14   Q.   Did you know him to be a respected cyber figure in

15   the FBI?

16   A.   Yes.

17   Q.   And he reached out -- obviously, you spoke with

18   him about Mr. Dagon.  Right?

19   A.   Uh-huh.

20   Q.   And he also at some point had an exchange with

21   you, do you remember, where he had gotten some IP addresses

22   of a person of interest in the Alfa-Bank matter.  Do you

23   remember that?

24   A.   Yes.

25   Q.   Okay.  And he had reached out to Mr. Wierzbicki.

1    Wierzbicki sent it to you.  You said to him --

2          MR. BOSWORTH:  If we can pull up Defense Exhibit

3    532, and this is top of the page.  It's an email between you

4    and Mr. Grasso on October 3rd.  We move this into evidence.

5          MS. SHAW:  No objection.

6          THE COURT:  So moved.

7       (Defense Exhibit 532 was admitted.)

8    BY MR. BOSWORTH:

9       Q.   So Mr. Grasso had reached out saying, We've got

10   these IP addresses.  Sends it to Wierzbicki.  Wierzbicki

11   sends it to you saying, "I hope this makes sense to you."

12   Apparently, it didn't.  You send to Grasso in an email that

13   said, "I'm a case agent on this case.  Dan Wierzbicki

14   forwarded your email.  I'm a little confused.  What do you

15   mean by 'person of interest?'  The source of the white paper

16   or something else?"  Right?  That was what you wrote to him?

17      A.   Yes.

18      Q.   Okay.  And then -- this is on October 3rd, 2016.

19   The next day -- it looks like a separate email chain.

20         MR. BOSWORTH:  If we can just pull up Defense

21   Exhibit 533.

22   BY MR. BOSWORTH:

23      Q.   Mr. Grasso wrote back to you and you responded.

24         MR. BOSWORTH:  I would just move this into

25   evidence as well, Defense Exhibit 533.

1    **THE COURT:**  So moved.

2    (Defense Exhibit 533 was admitted.)

3    **BY MR. BOSWORTH:**

4    **Q.**   Mr. Grasso says to you, "No, I have a private

5    sector SME who can help give context to the data we

6    discussed."

7        What did you understand him to mean when he said

8    an "SME"?

9    **A.**   A subject matter expert, so somebody in

10   cybersecurity in the private sector who I assumed also had

11   access to that same white paper who could give us some

12   additional information.

13   **Q.**   And you were -- and did you ever reach out to

14   speak with this subject matter expert?

15   **A.**   I believe this is that same confidential human

16   source from ███████████ that said Tom Grasso can connect you

17   with -- can create an appointment with David Dagon.

18   **Q.**   Okay --

19   **A.**   The subject matter expert is also a confidential

20   human source.

21   **Q.**   Whoever the subject matter expert may have been,

22   you didn't speak to him.  Correct?

23   **A.**   No, because we would speak to that subject matter

24   expert through his handling agent.

25   **Q.**   Okay.

1          You were asked questions about how it would have

2    affected your view if you knew that one of the sources of

3    the information was a confidential human source.  Do you

4    remember those questions?

5     **A.**    Uh-huh.  Yeah.

6     **Q.**    How would it have affected your view on the

7    credibility of the data if you knew that one of the sources

8    was one of the world's leading cyber experts and, in fact,

9    one of the world's leading DNS experts?  Would that have

10   changed your take on this?

11    **A.**    Yes, initially.  I think I would have -- I mean --

12   that's tough because, you know, I had cyber agents who were

13   more experienced in both the FBI and in cyber than me

14   saying, This doesn't look quite right.

15         So if I knew that a cyber, preeminent cyber person

16   had said, Yes, this is likely true, it would make me then

17   have to question which one of these people is not right.  Is

18   it our FBI cyber experts or is it this cyber expert?  I

19   don't know how I would have really made that distinction.

20    **Q.**    But you probably would have asked more questions

21   at least to find out more about it?

22    **A.**    Of course, yeah.

23    **Q.**    And find out why it is that a cyber expert

24   believes this stuff.  Right?

25    **A.**    I probably would have connected our cyber agents

1    with that cyber expert and have them tell me their

2    conclusions.

3        **Q.**    Got it.

4            You were asked some questions about how it would

5    have influenced your view if you knew that the FBI had

6    received this information from a political source.  Do you

7    remember those questions?

8        **A.**    Yes.

9        **Q.**    And you testified that it would be relevant.  You

10   would have wanted to know?

11       **A.**    Yes.

12       **Q.**    When you met with the special counsel for the

13   first time in November of 2019, you were asked a question

14   along those lines too.  Correct?

15       **A.**    Yes.

16       **Q.**    And in that meeting, you were told, you have to

17   answer truthfully, which you knew as an agent, obviously?

18       **A.**    Yes.

19       **Q.**    And you said at that time that, if you had known

20   that the FBI received the allegations from a political

21   source, you wouldn't have changed the investigative steps

22   you took to evaluate the allegations.  Right?

23       **A.**    Yes.

24       **Q.**    That's what you said then?

25       **A.**    Yes.

1    **Q.**   And, in fact, you said, It would not have affected

2    any of the investigative steps that you took, but you noted

3    -- as you've said today -- you'd still want to speak to the

4    source and you'd still want to speak to the author of the

5    white paper.  Right?

6    **A.**   Yes.

7    **Q.**   Now, you -- this was, you know, one of, if not the

8    very first case that you opened.  You were taking this

9    seriously.

10   **A.**   Yes.

11   **Q.**   Okay.  Did everyone around you seem to take it as

12   seriously as you?

13   **A.**   I think so, yes.

14   **Q.**   I want to just show you Defense Exhibit 534.  It's

15   a series of Link messages between you and Agent Hellman.

16   **A.**   Uh-huh.

17        **MR. BOSWORTH:**  If it's not in evidence, we move it

18   into evidence and apologies for not knowing.

19        **THE COURT:**  I don't believe this is in.

20        **MR. BOSWORTH:**  Okay.

21        **MS. SHAW:**  No objection.

22        **THE COURT:**  So moved.

23        (Defense Exhibit 534 was admitted.)

24        **MR. BOSWORTH:**  I would like to publish this -- the

25   series of messages at Page 2, last line of Page 2, really,

1    to the top of Page 3.

2    **BY MR. BOSWORTH:**

3        **Q.**   So on October 4th, 2016, you're describing --

4            **MR. BOSWORTH:**   And if we can just pull up the

5    beginning of Page 3, the next couple.

6            You had said to Special Agent Hellman you think

7    that --

8            **THE COURT:**   Just to orient the jury, we've heard

9    from Special Agent Hellman.  Correct?

10           **MR. BOSWORTH:**   Correct, Your Honor.

11   **BY MR. BOSWORTH:**

12       **Q.**   And Special Agent Hellman is one of the cyber

13   division agents?

14       **A.**   Yes.

15       **Q.**   He's one of the people that did an initial

16   analysis and shared initial thoughts on the data you had

17   said?

18       **A.**   Yes.

19       **Q.**   And you said to him -- this is on October 4th,

20   "You're getting close.  You think that the data you have is

21   going to be enough to close this one down."  Right?

22           And Special Agent Hellman says, "I hope so.  What

23   a waste of time."  Right?

24       **A.**   Yes.

25       **Q.**   He says at the end, on October 4th, "Any chance

1    you get to work something like this that truly has zero

2    repercussions if you mess it up, take those opportunities."

3         What do you think he meant?

4    **A.**   I can't speak to what he meant.  I can tell you

5    that he, from the very beginning, didn't think that the

6    evidence would show that the allegation was true, that the

7    communication channel was true.  But that, to me, I still --

8    this is only just the 4th of October, that there was still a

9    ton of work for me.

10         So I think, from his point of view -- I can't

11   really -- I am speculating.  He took a look at it and was

12   like this isn't going to be that hard to show that these

13   allegations aren't true from the technical analysis.

14         But I remember thinking, like, you know, this is

15   not a waste -- especially as a new agent.  This was my most

16   important thing.  You see some of my emails that I am

17   sending are at 11 p.m. and 6 a.m.  Like, it wasn't a waste

18   of my time or it wasn't like a flippant fun exercise to me.

19   **Q.**   Right.  But he reached an initial conclusion that

20   there was nothing to it.  Right?

21   **A.**   I suppose.

22   **Q.**   And even though there were other experts out

23   there, David Dagon, for example, the CHS, who believed there

24   might be something to it, there were some people who said,

25   Nope.  Not worth it.  This is nothing.  Right?

1       **A.**   Yes.  But he's also talking -- he's a cyber agent.

2   So I believe he's speaking about the actual technical

3   plausibility of this communication channel.  Again, I don't

4   know, but I don't think he was speaking to what the actual

5   case was, which was a counterintelligence contact case.

6   Is-there-a-relationship-here kind of thing.

7       **Q.**   Because no matter what the cyber division had

8   concluded on September 21st, the counterintelligence

9   division still opened an investigation because this matter

10  raised serious questions about threats to our country.

11  Right?

12      **A.**   I don't think that they had concluded anything.

13  They took an initial -- some initial thoughts looking at

14  what we knew to be an incomplete data set.  So, you know, a

15  very experienced cyber agent that's an expert on DNS tables

16  might look at that differently.  I knew still I had to

17  rebuild from scratch and prove that this allegation wasn't

18  true.

19          So I don't want to imply that there was a

20  conclusion at the very beginning that there was nothing

21  here.  I hope that, if that was the case, we wouldn't have

22  gone through this several-month exercise of pulling all of

23  that data and doing all of that work.

24      **Q.**   Right.  That wasn't your conclusion?

25      **A.**   Right.

1   **Q.**   And to the extent that you didn't know who the

2   source of this was, do you have any idea why that was?

3   **A.**   What do you mean, why?

4   **Q.**   Well, you were asked questions, If you knew the

5   source of this information was an attorney who had political

6   clients, how would that affect your view.  Do you remember

7   those questions?

8   **A.**   Yes.

9   **Q.**   You didn't know those facts.  Right?

10  **A.**   Correct.

11  **Q.**   And that's not because of anything Mr. Sussmann

12  did.  Right?

13  **A.**   Correct.

14  **Q.**   He didn't conceal that from you.  Correct?

15  **A.**   Correct.

16  **Q.**   The FBI did?

17  **A.**   I don't know who knew the information.  I don't

18  think that it was concealed to me from -- by my training

19  agent or by my supervisor.  I don't know who had that

20  information.

21          I know that I asked for it several times and I

22  never received it.

23  **Q.**   Never once?

24  **A.**   No.

25          **MR. BOSWORTH:**   Thank you.

1       (Bench conference.)

2               **THE COURT:**  How long do you think you have?

3               **MS. SHAW:**  Probably about 15 to 20 minutes I would

4       think.

5               **THE COURT:**  Okay.  I'm going to ask them if --

6       Agent Sands is out of town?

7               **MS. SHAW:**  She is, yeah.

8               **THE COURT:**  All right.

9               **MS. SHAW:**  She is on the west coast, so I don't

10      know that she would have been leaving tonight anyway.  I

11      don't think she was.

12              **THE COURT:**  Okay.  Let's see if we can get her

13      off.  Let me ask them.  Okay?

14          (Bench conference concluded.)

15              **THE COURT:**  Ladies and gentlemen, I'm told that

16      Ms. Sands' redirect will be about 15 or 20 minutes.  Are we

17      okay staying for 15 or 20 minutes so we can get her off the

18      stand today?

19              **JURORS:**  (Nodded heads.)

20              **THE COURT:**  Great.  The floor is yours.

21              **MS. SHAW:**  I will try to get under that if

22      possible.

23              **THE COURT:**  It's up to you.  We don't want to rush

24      you.  Fortunately, we have a very patient jury.

25              **MS. SHAW:**  We do.  We do.

1      <u>**REDIRECT EXAMINATION OF ALLISON SANDS**</u>

2    **BY MS. SHAW:**

3        **Q.**   Ms. Sands, you were asked about the reference in

4    the EC to the Department of Justice?

5        **A.**   Yes.

6        **Q.**   Was it your understanding when you opened this

7    case that the Office of General Counsel was the Department

8    of Justice?

9        **A.**   Yes.  Well, you know -- I don't know.  I don't

10   recall.  My understanding was that somebody at DOJ had

11   gotten a -- an anonymous third party had contacted somebody

12   at DOJ.

13           Now, looking back, do I think the entire FBI is

14   part of the DOJ?  Yes.  I can't recall in 2016 like what

15   that distinction was.  I don't believe that it was some

16   intentional distinction or I would have written that down.

17   I would never be intentionally vague in an EC if I didn't --

18   if I wrote it that way, it's because I wasn't sure or I

19   didn't know or I didn't think to clarify.

20       **Q.**   Understood.

21           So Mr. Bosworth had showed you the two white

22   papers?

23       **A.**   Yes.

24       **Q.**   Do you recall that?

25       **A.**   Yes.

1    **Q.**   And there was the one white paper that was the
2    technical analysis, so to speak, not the commentary.  If you
3    had known that every word in that paper was paid for by the
4    Hillary Clinton campaign, would you have offered your --
5    would it have altered your view of it?
6    **A.**   Yes.
7    **Q.**   And with respect to the second white paper, if you
8    knew it was drafted by an attorney who charged his time
9    drafting it to the Hillary Clinton campaign, would that
10   affect your view of it?
11   **A.**   Yes.
12   **Q.**   Now, Mr. Bosworth asked you about Mr. Dagon, David
13   Dagon.  Were you aware that Mr. Sussmann directed Mr. Dagon
14   to speak with the press, and that, in doing so, he was
15   working for the Clinton campaign?
16   **A.**   No.
17   **Q.**   Were you aware that Rodney Joffe specifically told
18   Agent Grasso not to identify him to the FBI by name and not
19   to tell others who he was?
20   **A.**   No.
21   **Q.**   And in terms of Mr. Bosworth's comments about the
22   Department of Justice and, you know, they're lying to you or
23   something to that effect, you weren't in James Baker's
24   office on September 19th, 2016 when the defendant walked in
25   and lied saying that he was not there on behalf of any

1    client, were you?

2                    **MR. BOSWORTH:**  Objection.

3                    **THE COURT:**  Sustained.

4                    **MS. SHAW:**  I don't have anything further, Your

5    Honor.

6                    **THE COURT:**  Okay.

7                    **THE COURT:**  Ms. Sands, you are free to go.  Thank

8    you very much for your testimony.  Please don't discuss your

9    testimony with anyone until the end of the case.  Okay?

10                   **THE WITNESS:**  Okay.

11                   **THE COURT:**  Have a good trip back.

12                   (Witness stepped down.)

13                   **THE COURT:**  Okay, folks.  You know the drill.  No

14   discussions about the case.  No research about the case.

15   Have a great evening and we'll see you back at 9 a.m.

16   tomorrow morning.

17            (Jury exited the courtroom.)

18                   **THE COURT:**  Okay.  Have a seat.

19            So on the sealed motion we spoke about earlier, I

20   reviewed the cases that the defense submitted.  It sounds

21   like the allegations do not go to the witness's

22   truthfulness.  And so 608(b) is really off the table.  But

23   rather the defense is offering the -- wants to use the

24   investigation to impeach on bias for the reasons

25   Mr. Berkowitz argued.  Is that fair?

1    **MR. BERKOWITZ:**  It's absolutely fair.  We don't

2    know enough to know whether they go to truthfulness.  But

3    our point is the latter.  You're correct.

4    **THE COURT:**  So with that, the situation seems

5    pretty on point with the *Parker* case from the Fourth Circuit

6    where the investigation was being conducted by the SEC and

7    not by whatever U.S. attorneys office was prosecuting that

8    case.

9    So it seems to me to be *Brady* and therefore

10   admissible impeachment evidence, unless there is some other

11   403 ground that we haven't discussed that you want to talk

12   about under the HUSA?

13   **MR. ALGOR:**  Just briefly, Your Honor.

14   I don't think that -- when you look at it, it's a

15   non-adjudicated matter.  It hasn't been completed.  So I --

16   I don't think it matches the same -- the same fact pattern.

17   **THE COURT:**  *Parker* was an unadjudicated SEC

18   investigation.  There had been no finding there.

19   **MR. ALGOR:**  Understood, Your Honor.

20   **THE COURT:**  It's the pendency of the

21   investigation.  It's the fact that it has not been

22   adjudicated and is not complete that provides the basis for

23   an argument that the witness is biased in this proceeding,

24   so as not to -- so as to curry favor with the government

25   that's investigating it.

1    MR. ALGOR:  Again, Your Honor, I think the

2    distinction there is also between the FBI and, here, the

3    special counsel.  So if it's an allegation of bias towards

4    the special counsel, I think that's distinct from the FBI's

5    investigation.

6         So the way they used that in front of Mr. Baker

7    was directed towards the special counsel --

8    THE COURT:  I understand that.  There's a

9    distinction.

10   MR. ALGOR:  Clear distinction.

11   THE COURT:  There's a distinction between how they

12   came up with Mr. Baker.  I don't think there's a distinction

13   between how it came up in the case that the defense has

14   cited to the Court.

15        So unless there's -- you know, I don't know what

16   the allegation is.  I don't know how far counsel wants to

17   get into it.  You can't use extrinsic evidence.  You can

18   reference it.  But unless I hear another 403 argument, I

19   think it's in.  Okay?

20   MR. ALGOR:  Understood, Your Honor.

21   THE COURT:  Anything else?

22   MR. BERKOWITZ:  One witness matter, Your Honor.

23   THE COURT:  Yeah.

24   MR. BERKOWITZ:  One of the defense's witness, Tash

25   Gauhar, is leaving on Thursday until June something or

1    other, and so we obviously hope that we'll be in the defense

2    case on Wednesday.  We don't know.

3              To the extent that we're not, she's probably a

4    15-minute witness.  And we would ask to be able to get her

5    on and off.  She's the author of the notes from March 6th,

6    2017.

7              Just to be candid, I expect she won't remember

8    much about them other than she wrote them, and she's

9    accurate when she writes them.  So she's not a long witness

10   but an important one for us.

11             THE COURT:  So she leaves Friday, so she's

12   available all day Thursday?

13             MR. BERKOWITZ:  She leaves Thursday.  She's

14   available all day Wednesday.

15             THE COURT:  Well, if -- all right.  Where is the

16   government in its case?  Who do we have tomorrow?

17             MR. ALGOR:  I can update you with the current

18   list.  So we have five more witnesses.

19             THE COURT:  Uh-huh.

20             MR. ALGOR:  So it's, Agent Heide would be next,

21   Trisha Anderson, Jared Novick.

22             THE COURT:  Hold on.  Slow down.

23             MR. ALGOR:  Sorry, Tom McMahon and then our

24   summary witness.

25             THE COURT:  So that's likely to exhaust tomorrow.

1    **MR. ALGOR:**  Yes, Your Honor.  I think -- I mean I

2    keep having to move this, but I think we would have -- our

3    hope would be that we'd start our summary witness tomorrow

4    which would take us into Wednesday.  But obviously, I can't

5    -- I don't know how long the cross-examinations will take.

6              **THE COURT:**  And what time does Ms. Gauhar leave on

7    Wednesday?

8              **MR. BERKOWITZ:**  I'm sorry if I was unclear.  She

9    leaves Thursday.  She should be available all day Wednesday.

10             **THE COURT:**  Okay.  So it sounds like we will

11   likely get to the defense case.

12             **MR. BERKOWITZ:**  I tell you what.  Why don't we

13   revisit this tomorrow?

14             **THE COURT:**  We'll revisit it tomorrow.

15             **MR. BERKOWITZ:**  No need to decide an issue that's

16   not before you.  I wanted to raise it --

17             **THE COURT:**  I don't like deciding things I don't

18   have to.  Mr. Bosworth.

19        (Bench conference.)

20             **MR. BOSWORTH:**  Your Honor, our understanding is

21   that the location of that other confidential human source is

22   classified.

23             **THE COURT:**  I was going to raise that.  There was

24   -- Madam Court Reporter, there was a reference to a city

25   connected to a confidential human source in the last

1740

1    witness's testimony.  If we could redact that reference,

2    please.  Is that right?

3              **MR. BOSWORTH:**  Yes, Your Honor.

4              **THE COURT:**  All right.  Good.

5         (Bench conference concluded.)

6              **THE COURT:**  All right.  We can sort of take stock

7    of some scheduling issues tomorrow.  I have some obligations

8    Friday afternoon.  So that could affect whether we get --

9    depending on your case, Mr. Berkowitz, it could affect

10   whether we get to jury instructions this week or first thing

11   next week.

12             All right.  See you at 9 a.m. tomorrow morning.

13             (Proceedings concluded at 5:12 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                       **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court Reporter,** do

4     hereby certify that the above and foregoing is a true and

5     accurate transcript of my stenographic notes and is a

6     complete transcript of the proceedings in the above-entitled

7     matter to the best of my ability.

8

9

10

11     ____May 24, 2022_____          ___/s/_____
                **DATE**                    **Lorraine T. Herman**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. BOSWORTH: [41]** 1602/3 1612/8 1614/15 1626/21 1627/7 1628/5 1684/9 1690/2 1690/22 1691/14 1692/22 1693/9 1694/20 1695/19 1695/23 1697/23 1698/15 1700/10 1701/18 1701/23 1702/5 1703/6 1703/9 1703/20 1705/10 1711/7 1711/20 1712/4 1712/15 1715/25 1716/16 1717/25 1718/9 1719/10 1719/22 1722/7 1723/7 1723/21 1724/2 1728/1 1728/10
**BY MR. DeFILIPPIS: [2]** 1635/22 1663/17
**BY MS. SHAW: [30]** 1640/23 1645/10 1645/19 1646/24 1647/14 1647/24 1648/12 1648/22 1649/8 1649/17 1649/25 1650/5 1650/13 1651/3 1652/2 1652/10 1652/21 1653/6 1653/13 1653/23 1654/9 1654/20 1655/4 1655/17 1668/18 1669/10 1672/22 1673/11 1674/1 1733/1
**DEPUTY CLERK: [2]** 1640/17 1655/12
**JURORS: [2]** 1722/3 1732/18
**MR. ALGOR: [9]** 1736/12 1736/18 1736/25 1737/9 1737/19 1738/16 1738/19 1738/22 1738/25
**MR. BERKOWITZ: [7]** 1735/25 1737/21 1737/23 1738/12 1739/7 1739/11 1739/14
**MR. BOSWORTH: [68]** 1593/9 1601/24 1612/6 1614/14 1626/19 1626/25 1627/4 1628/3 1635/19 1647/9 1648/6 1649/14 1650/10 1653/3 1653/19 1654/5 1654/15 1655/1 1655/14 1668/24 1673/23 1689/25 1690/20 1691/6 1691/12 1692/20 1693/3 1693/8 1694/19 1695/17 1695/21 1697/21 1698/14 1700/9 1701/16 1701/22 1702/3 1703/4 1703/8 1703/18 1705/8 1711/6 1711/19 1711/22 1712/3 1712/14 1715/21 1716/9 1716/14 1717/23 1718/4 1719/8 1719/17 1721/22 1721/25 1722/5 1723/1 1723/19 1723/23 1727/16 1727/19 1727/23 1728/3 1728/9 1731/24 1735/1 1739/19 1740/2
**MR. DeFILIPPIS: [3]** 1627/1 1635/21 1652/16
**MS. SHAW: [54]** 1645/7 1645/16 1646/22 1647/7 1647/12 1647/22 1648/5 1648/9 1648/20 1649/5 1649/12 1649/16 1649/24 1650/3 1650/8 1651/1 1651/25 1652/8 1652/14 1652/19 1653/2 1653/11 1653/18 1653/22 1654/3 1654/8 1654/14 1654/18 1654/24 1655/10 1655/13 1663/2 1663/16 1668/16 1668/23 1669/2 1669/7 1672/20 1673/10 1673/21 1684/6 1691/9 1693/5 1716/11 1718/6 1719/19 1723/4 1727/20 1732/2 1732/6 1732/8 1732/20 1732/24 1735/3
**THE COURT: [74]** 1593/1 1593/5 1627/2 1640/2 1640/7 1640/12 1640/14 1640/22 1647/10 1648/7 1649/15 1650/11 1652/17 1653/4 1653/20 1654/6 1654/16 1655/2 1655/15 1662/25 1663/3 1663/9 1663/11 1663/14 1668/25 1669/5 1673/24 1684/7 1691/8 1691/10 1693/6 1716/12 1718/7 1719/20 1721/24 1722/1 1722/4 1723/5 1723/25 1727/18 1727/21 1728/7 1732/1 1732/4 1732/7 1732/11 1732/14 1732/19 1732/22 1735/2 1735/5 1735/6 1735/10 1735/12 1735/17 1736/3 1736/16 1736/19 1737/7 1737/10 1737/20 1737/22 1738/10 1738/14 1738/18 1738/21 1738/24 1739/5 1739/9 1739/13 1739/16 1739/22 1740/3 1740/5
**THE WITNESS: [5]** 1602/1 1640/13 1640/16 1640/21 1735/9

**'**

**'person [1]** 1723/15
**'source' [1]** 1711/15

**/**

**/s [1]** 1741/11

**0**

**07 [1]** 1616/9

**1**

**10 [1]** 1651/22
**100 [1]** 1687/19
**10020 [1]** 1591/19
**105H [1]** 1691/25
**11 [2]** 1652/4 1729/17
**1200 [1]** 1591/20
**1271 [1]** 1591/19
**135,000 [1]** 1678/13
**145 [1]** 1591/14
**15 [4]** 1663/5 1732/3 1732/16 1732/17
**15-minute [1]** 1738/4
**15th [2]** 1610/5 1615/9
**16 [1]** 1674/20
**16:25 [1]** 1693/11
**1858 [1]** 1717/25
**18th [1]** 1670/15
**19 [4]** 1645/23 1669/24 1669/25 1696/1
**1900 [1]** 1717/25
**19th [6]** 1629/14 1629/19 1629/22 1653/10 1670/9 1734/24
**1:21-CR-00582-CRC-1 [1]** 1591/3
**1:51 [1]** 1591/4
**1A [4]** 1672/6 1672/15 1672/20 1673/18
**1B [1]** 1671/3
**1st [1]** 1647/22

**2**

**20 [4]** 1722/1 1732/3 1732/16 1732/17
**200 [6]** 1645/9 1669/4 1669/6 1669/7 1690/2 1695/19
**20001 [1]** 1591/23
**20002 [1]** 1591/14
**2016 [16]** 1641/18 1642/4 1642/21 1643/5 1645/23 1647/22 1653/10 1669/25 1690/8 1691/1 1696/1 1719/17 1723/18 1728/3 1733/14 1734/24
**2017 [3]** 1670/15 1673/7 1738/6
**2019 [4]** 1641/18 1681/13 1685/7 1726/13
**202 [1]** 1591/24
**2020 [10]** 1598/21 1599/3 1600/13 1601/10 1602/25 1606/25 1609/21 1610/6 1615/9 1615/19
**2021 [1]** 1615/21
**2022 [3]** 1591/4 1685/9 1741/11
**206 [6]** 1646/22 1647/2 1647/12 1648/22 1649/25 1651/3
**207 [5]** 1647/24 1648/2 1648/6 1648/9 1700/9
**208 [2]** 1649/7 1649/14
**209 [4]** 1650/5 1650/7 1650/9 1650/13
**210 [3]** 1652/10

**2**

**210... [2]** 1652/15
1652/19
**211 [6]** 1652/20
1652/23 1653/3
1653/5 1653/6
1703/6
**212 [5]** 1591/15
1591/20 1653/13
1653/19 1653/22
**213 [3]** 1653/23
1654/4 1654/8
**214 [3]** 1654/9
1654/15 1654/18
**215 [1]** 1654/20
**216 [2]** 1655/1
1655/4
**217 [4]** 1655/7
1655/12 1655/17
1701/18
**21st [6]** 1685/7
1691/1 1691/16
1692/25 1705/20
1730/8
**22-week [1]**
1642/6
**2231 [1]** 1591/15
**23 [2]** 1591/4
1690/8
**233 [4]** 1668/18
1668/20 1668/24
1669/2
**23rd [1]** 1705/23
**24 [1]** 1741/11
**24th [1]** 1673/7
**250 [1]** 1655/11
**26th [2]** 1614/18
1622/22
**27 [1]** 1648/18
**279 [1]** 1612/8
**282 [2]** 1672/22
1672/25

**3**

**30 [2]** 1609/21
1722/1
**302 [1]** 1615/24
**3187 [1]** 1591/24
**333 [1]** 1591/23
**354-3187 [1]**
1591/24
**3:35 [1]** 1663/6
**3rd [4]** 1623/3
1711/14 1723/4

**4**

**403 [2]** 1736/11
1737/18
**4:25 [1]** 1693/11
**4th [4]** 1728/3
1728/19 1728/25
1729/8

**5**

**500,000 [1]**
1678/14
**514 [1]** 1705/10
**515 [3]** 1692/22
1693/4 1693/8
**518 [3]** 1690/22
1691/8 1691/12
**525 [1]** 1695/19
**532 [2]** 1723/3
1723/7
**533 [3]** 1723/21
1723/25 1724/2
**534 [2]** 1727/14
1727/23
**537 [3]** 1711/7
1711/25 1712/3
**538 [3]** 1719/9
1719/18 1719/22
**539 [3]** 1717/25
1718/5 1718/9
**543 [2]** 1626/21
1627/4
**545 [3]** 1715/23
1716/10 1716/14
**5:12 [1]** 1740/13
**5th [6]** 1629/9
1629/9 1629/16
1629/25 1631/2
1719/16

**6**

**608 [1]** 1735/22
**637-2231 [1]**
1591/15
**6718 [1]** 1591/22
**6th [5]** 1628/7
1629/6 1630/1
1685/9 1738/5

**7**

**7th [2]** 1693/12
1693/14

**9**

**9.1.16 [1]** 1647/17
**906-1200 [1]**
1591/20

**A**

**A-L-L-I-S-O-N [1]**
1641/4
**a.m [5]** 1679/17
1679/21 1729/17
1735/15 1740/12
**abandonment [4]**
1671/16 1671/22
1671/24 1672/3
**abbreviation [3]**
1613/5 1613/11
1613/12
**ability [2]** 1605/2
1741/7
**able [6]** 1665/6
1678/21 1681/25
1682/18 1718/13
1738/4
**about [141]**
1593/12 1593/18
1594/14 1595/8
1595/8 1595/21
1597/9 1598/7
1600/24 1601/5
1605/10 1607/7
1608/12 1609/4
1609/15 1610/10
1611/5 1611/17
1612/3 1614/5
1614/19 1614/22
1615/23 1616/4
1616/6 1616/13
1616/15 1616/21
1616/23 1616/24
1617/12 1618/2
1618/12 1619/5
1621/1 1622/15
1622/17 1622/21
1624/13 1624/23
1625/6 1630/11
1630/13 1630/23
1631/5 1631/11
1634/4 1634/5
1634/6 1634/15
1636/17 1637/2
1637/16 1637/20
1637/22 1639/13
1640/19 1643/6
1644/10 1645/23
1658/14 1659/1
1659/15 1660/23
1661/18 1663/6
1663/6 1663/13
1663/20 1664/19
1664/25 1665/18
1666/24 1667/14
1668/1 1668/5
1669/24 1669/25
1670/20 1671/1
1675/3 1675/8
1675/24 1675/25
1678/9 1678/13
1678/19 1678/20
1681/14 1685/7
1688/1 1688/4
1688/5 1688/16
1688/19 1688/21
1689/12 1692/25
1693/13 1694/25
1695/12 1696/1
1698/5 1698/22
1699/18 1700/1
1700/16 1702/8
1703/25 1704/1
1704/7 1705/24
1706/9 1706/21
1706/25 1708/6
1709/8 1713/9
1714/5 1714/16
1717/12 1718/12
1718/15 1718/21
1721/14 1721/19
1722/10 1722/18
1725/1 1725/21
1726/4 1730/2
1730/10 1732/3
1732/16 1733/3
1734/12 1734/21
1735/14 1735/14
1735/19 1736/12
1738/8
**above [4]** 1623/25
1623/25 1741/4
1741/6
**above-entitled [1]**
1741/6
**absolutely [2]**
1681/2 1736/1
**academia [1]**
1676/8
**academic [3]**
1665/11 1679/8
1714/20
**academics [1]**
**access [6]** 1658/3
1660/12 1665/10
1680/20 1721/2
1724/11
**accessible [1]**
1651/17
**according [4]**
1595/24 1617/18
1624/3 1628/8
**accuracy [1]**
1721/14
**accurate [11]**
1604/23 1604/25
1605/4 1605/6
1616/19 1616/20
1630/18 1635/25
1721/12 1738/9
1741/5
**achieved [1]**
1677/23
**acquire [1]**
1618/19
**Act [1]** 1707/17
**acting [2]** 1594/1
1648/19
**Action [1]** 1591/2
**activities [1]**
1638/9
**activity [8]** 1608/1
1638/15 1638/24
1639/18 1656/21
1660/14 1706/3
1708/2
**actual [9]** 1655/8
1657/14 1658/11
1659/10 1672/16
1677/4 1710/7
1730/2 1730/4
**actually [8]**
1596/16 1596/18
1611/11 1613/4
1634/8 1682/13
1686/4 1686/13
**addition [2]**
1638/23 1657/21
**additional [11]**
1595/25 1616/4
1650/3 1650/25
1651/10 1654/23
1662/7 1685/12
1685/21 1706/2
1724/12
**address [9]**

**A**

**address... [9]**
1649/23 1650/17
1651/17 1658/4
1659/23 1660/15
1660/23 1662/20
1692/1
**addressed [1]**
1679/10
**addresses [13]**
1632/24 1633/3
1657/25 1660/17
1662/7 1662/9
1662/12 1662/14
1662/17 1678/12
1702/16 1722/21
1723/10
**adjudicated [2]**
1736/15 1736/22
**admissible [1]**
1736/10
**admit [2]** 1627/1
1691/7
**admitted [46]**
1592/13 1592/13
1592/14 1592/14
1592/15 1592/15
1592/16 1592/16
1592/17 1592/17
1592/18 1592/18
1592/19 1592/19
1592/20 1592/20
1592/21 1592/21
1592/22 1592/22
1592/23 1592/23
1592/24 1627/4
1647/12 1648/9
1650/13 1652/19
1653/6 1653/22
1654/8 1654/18
1655/4 1655/17
1669/2 1669/7
1674/1 1691/12
1693/8 1712/3
1716/14 1718/9
1719/22 1723/7
1724/2 1727/23
**advanced [1]**
1675/14
**advised [4]**
1603/7 1603/8
1605/19 1669/3
**adviser [2]**
1648/16 1648/19

**affect [6]** 1618/14
1636/11 1731/6
1734/10 1740/8
1740/9
**affected [8]**
1617/19 1680/15
1681/1 1681/9
1699/2 1725/2
1725/6 1727/1
**affiliated [1]**
1669/16
**affiliation [3]**
1624/17 1624/25
1625/13
**affiliations [1]**
1624/14
**affirm [1]** 1640/18
**aforementioned**
**[1]** 1720/2
**after [18]** 1593/14
1598/3 1609/15
1609/18 1610/22
1629/25 1642/10
1649/2 1690/17
1692/3 1692/10
1694/16 1695/11
1708/12 1710/5
1717/16 1719/4
1719/24
**afternoon [10]**
1591/5 1593/10
1640/13 1640/14
1640/25 1641/1
1663/4 1684/11
1684/12 1740/8
**again [15]** 1603/1
1606/19 1620/24
1621/23 1630/6
1636/16 1637/14
1653/15 1653/25
1654/11 1681/24
1690/7 1719/5
1730/3 1737/1
**agent [87]** 1614/4
1616/3 1632/14
1634/25 1635/24
1641/20 1642/6
1642/11 1642/13
1642/15 1642/19
1642/22 1643/11
1643/14 1643/15
1643/18 1643/19
1643/21 1643/23
1644/2 1644/23

1636/11 1731/6
1655/19 1656/8
1656/15 1656/16
1656/23 1662/1
1664/13 1664/23
1664/23 1665/5
1665/18 1665/20
1667/5 1667/5
1674/24 1675/8
1678/25 1680/1
1680/10 1683/9
1683/19 1683/22
1685/25 1686/17
1688/13 1688/15
1688/17 1689/3
1689/15 1689/16
1690/15 1690/15
1694/8 1697/7
1697/8 1698/9
1708/24 1716/9
1716/18 1716/19
1717/13 1717/21
1718/12 1718/14
1718/15 1721/22
1722/9 1722/10
1722/11 1723/13
1724/24 1726/17
1727/15 1728/6
1728/9 1728/12
1728/22 1729/15
1730/1 1730/15
1731/19 1732/6
1734/18 1738/20
**Agent Grasso [2]**
1718/14 1718/15
**Agent Hellman [6]**
1656/16 1656/23
1728/6 1728/9
1728/12 1728/22
**agents [59]**
1594/13 1594/19
1598/10 1598/13
1598/23 1599/9
1600/17 1600/19
1601/3 1601/12
1601/13 1601/19
1602/6 1603/3
1603/11 1603/20
1603/25 1604/6
1604/23 1605/3
1608/13 1609/13
1609/17 1616/14
1621/1 1621/3
1621/25 1622/7

1623/3 1624/5
1624/11 1624/16
1624/24 1625/10
1625/15 1627/14
1627/18 1628/14
1628/18 1629/12
1629/25 1633/13
1633/17 1634/14
1635/10 1635/17
1642/14 1642/18
1656/1 1675/13
1675/14 1676/10
1686/2 1686/12
1725/12 1725/25
1728/13
**agents' [2]**
1610/9 1611/2
**ago [6]** 1593/19
1593/24 1594/7
1594/10 1594/12
1685/10
**agree [1]** 1712/8
**agreed [2]** 1601/2
1601/6
**agreement [2]**
1618/11 1630/16
**ahead [2]** 1593/3
1631/3
**alerting [1]**
1620/9
**Alfa [47]** 1594/2
1594/20 1595/13
1618/17 1619/15
1619/19 1619/22
1619/25 1620/11
1620/14 1620/15
1620/20 1629/13
1630/22 1631/12
1632/24 1643/7
1644/13 1647/17
1647/21 1647/22
1648/4 1648/5
1661/1 1661/5
1661/8 1661/21
1661/24 1662/17
1662/18 1668/8
1669/16 1688/1
1688/18 1688/24
1693/13 1695/9
1697/2 1700/16
1700/20 1701/10
1704/2 1720/5
1720/11 1720/15

1721/7 1722/22
**Alfa's [1]** 1648/16
**Alfa-Bank [35]**
1594/2 1594/20
1595/13 1618/17
1619/15 1619/19
1619/22 1620/15
1620/20 1631/12
1632/24 1643/7
1644/13 1647/22
1648/4 1661/1
1661/5 1661/8
1661/21 1661/24
1662/17 1662/18
1668/8 1669/16
1688/1 1688/18
1688/24 1693/13
1695/9 1697/2
1720/5 1720/11
1720/15 1721/7
1722/22
**Alfa-Bank's [5]**
1619/25 1620/11
1620/14 1629/13
1630/22
**ALGOR [1]**
1591/12
**all [61]** 1593/2
1593/6 1599/4
1602/9 1603/1
1610/20 1615/18
1616/24 1620/17
1621/9 1632/22
1639/11 1640/3
1640/6 1643/3
1643/13 1643/23
1646/20 1647/14
1649/13 1649/17
1651/12 1654/14
1658/1 1658/9
1660/16 1661/17
1662/24 1663/12
1663/15 1666/5
1667/11 1668/6
1675/5 1676/7
1682/15 1682/25
1683/20 1687/19
1687/20 1693/16
1698/6 1698/12
1700/7 1701/9
1707/15 1710/5
1711/15 1714/8
1714/24 1717/23
1730/22 1730/23

# A

**all... [8]** 1732/8
1738/12 1738/14
1738/15 1739/9
1740/4 1740/6
1740/12
**allegation [24]**
1595/18 1603/16
1606/8 1609/20
1614/6 1618/25
1620/1 1629/16
1636/1 1636/24
1639/17 1639/18
1643/12 1644/9
1644/11 1644/25
1657/17 1708/1
1715/5 1715/12
1729/6 1730/17
1737/3 1737/16
**allegations [33]**
1618/20 1620/12
1621/9 1621/11
1624/7 1629/7
1629/10 1631/5
1631/12 1643/5
1644/21 1651/25
1655/9 1655/20
1655/21 1661/2
1664/19 1665/12
1666/17 1668/2
1677/12 1679/3
1679/11 1679/24
1680/16 1695/7
1697/2 1702/1
1702/9 1726/20
1726/22 1729/13
1735/21
**alleged [4]**
1595/22 1648/25
1669/15 1706/4
**alleging [1]**
1676/20
**Allison [3]** 1641/4
1684/9 1733/1
**allow [1]** 1621/15
**allowed [2]**
1707/7 1713/9
**almost [3]**
1594/10 1594/12
1637/1
**alone [2]** 1614/17
1720/13
**along [12]**
1594/13 1594/17

1594/19 1603/2
1605/10 1621/24
1632/23 1633/3
1684/23 1704/6
1709/10 1726/14
**already [5]**
1615/9 1629/6
1645/9 1669/6
1672/22
**also [32]** 1594/4
1596/24 1606/7
1614/11 1629/18
1630/6 1631/2
1631/4 1634/12
1642/15 1652/7
1654/2 1656/17
1660/14 1660/16
1665/10 1666/16
1666/21 1669/3
1676/22 1679/8
1681/8 1692/13
1698/8 1709/12
1713/21 1720/13
1722/20 1724/10
1724/19 1730/1
1737/2
**altered [1]** 1734/5
**alternative [1]**
1703/15
**although [5]**
1593/25 1609/16
1622/18 1627/25
1631/21
**always [1]**
1714/21
**am [10]** 1625/2
1632/7 1633/5
1634/3 1634/12
1641/13 1664/7
1677/8 1729/11
1729/16
**AMERICA [1]**
1591/2
**American [1]**
1648/16
**Americas [1]**
1591/19
**among [3]** 1611/3
1631/13 1665/11
**amount [1]**
1678/15
**analog [1]**
1711/24
**analysis [20]**

1626/3 1652/5
1653/2 1661/21
1666/11 1666/15
1667/24 1675/15
1676/15 1702/15
1702/19 1703/23
1704/19 1705/4
1705/18 1706/12
1714/12 1728/16
1729/13 1734/2
**analysts [1]**
1676/3
**analyze [3]**
1597/19 1619/16
1715/2
**analyzed [4]**
1598/3 1601/20
1602/9 1659/4
**Anderson [1]**
1738/21
**ANDREW [1]**
1591/11
**anonymous [13]**
1631/18 1637/24
1646/3 1646/16
1646/18 1662/10
1670/1 1670/11
1688/10 1696/9
1697/11 1697/11
1733/11
**anonymously [1]**
1631/11
**another [14]**
1613/16 1613/17
1616/2 1626/11
1632/5 1650/16
1664/23 1665/20
1672/7 1689/10
1694/2 1702/18
1717/13 1737/18
**answer [4]**
1595/16 1694/13
1715/4 1726/17
**answers [4]**
1609/25 1611/13
1629/2 1709/6
**any [52]** 1599/7
1605/3 1609/9
1617/2 1629/2
1630/10 1634/23
1638/6 1638/7
1638/14 1638/15
1642/25 1643/9
1657/21 1658/4

1660/13 1660/22
1661/18 1661/22
1661/23 1661/24
1662/6 1667/25
1674/6 1675/18
1676/6 1676/13
1680/17 1680/22
1684/18 1684/21
1685/13 1685/19
1685/22 1686/10
1687/20 1691/9
1711/15 1712/10
1712/19 1712/22
1713/2 1714/19
1720/17 1721/17
1721/19 1727/2
1728/25 1731/2
1734/25
**anybody [3]**
1597/23 1622/14
1680/22
**anyone [14]**
1598/22 1623/12
1626/2 1633/2
1639/7 1640/5
1643/17 1658/3
1666/7 1666/8
1676/12 1680/17
1708/23 1735/9
**anything [26]**
1596/6 1606/11
1606/23 1607/2
1608/24 1614/5
1618/13 1656/15
1658/13 1659/6
1662/11 1662/22
1665/17 1671/5
1672/7 1676/12
1681/20 1681/20
1682/4 1682/7
1686/10 1713/12
1730/12 1731/11
1735/4 1737/21
**anyway [1]**
1732/10
**anywhere [3]**
1600/8 1612/13
1676/7
**apologies [1]**
1727/18
**apologize [1]**
1603/23
**Apparently [1]**

**APPEARANCES
[1]** 1591/11
**appearing [1]**
1685/1
**appointment [1]**
1724/17
**appreciate [1]**
1700/5
**apprised [1]**
1675/1
**approach [1]**
1601/6
**approached [1]**
1664/19
**approve [1]**
1697/20
**approved [2]**
1698/8 1698/21
**April [2]** 1632/6
1648/18
**are [80]** 1595/9
1599/18 1603/4
1603/17 1604/3
1604/23 1605/21
1605/24 1606/14
1606/15 1606/16
1606/16 1607/14
1608/9 1608/15
1608/16 1609/24
1610/8 1611/1
1611/3 1611/3
1613/8 1615/3
1615/25 1616/10
1628/21 1629/12
1629/21 1632/4
1637/6 1637/6
1640/4 1640/19
1642/10 1642/11
1642/14 1643/23
1644/24 1649/11
1649/21 1649/23
1653/25 1654/11
1654/12 1654/22
1661/15 1661/16
1671/7 1671/20
1672/14 1672/14
1674/12 1674/13
1675/22 1682/6
1685/3 1692/24
1693/3 1693/12
1694/5 1694/11
1697/25 1698/6
1701/3 1702/16

**A**

**are... [15]**
1703/22 1707/7
1707/20 1708/25
1710/21 1710/22
1711/4 1712/12
1715/4 1720/3
1722/2 1722/3
1729/17 1732/16
1735/7
**area [3]** 1605/8
1647/16 1648/11
**aren't [2]** 1672/14
1729/13
**argued [1]**
1735/25
**argument [2]**
1736/23 1737/18
**around [3]** 1605/9
1611/9 1727/11
**arrange [2]**
1627/19 1716/25
**arrival [1]**
1598/16
**arrived [1]**
1685/18
**Arsenault [2]**
1648/10 1669/10
**as [108]** 1594/1
1594/4 1594/7
1594/9 1596/18
1597/18 1597/24
1597/24 1598/4
1599/3 1599/6
1602/18 1606/9
1606/16 1607/12
1609/6 1609/8
1611/9 1611/16
1615/18 1615/19
1618/17 1619/12
1622/11 1622/18
1623/18 1623/18
1625/5 1625/7
1628/7 1629/6
1629/9 1629/16
1630/10 1630/16
1635/24 1636/9
1638/23 1638/23
1642/15 1643/23
1644/9 1646/21
1648/19 1648/25
1650/23 1656/21
1657/4 1657/6
1657/9 1658/24

1658/24 1659/10
1660/3 1660/11
1660/13 1665/11
1665/12 1665/13
1665/13 1668/8
1665/13 1668/8
1668/8 1671/3
1672/6 1672/15
1672/20 1673/14
1674/24 1675/16
1678/11 1678/12
1678/15 1679/3
1679/3 1679/25
1683/22 1683/23
1684/1 1684/1
1684/6 1687/21
1689/15 1689/24
1691/13 1693/2
1693/23 1697/15
1700/3 1700/3
1705/3 1709/5
1710/3 1712/10
1712/10 1712/12
1714/7 1714/15
1714/15 1720/2
1720/2 1723/25
1726/17 1727/3
1727/11 1727/12
1729/15 1736/24
1736/24
**ask [21]** 1595/6
1595/7 1613/19
1614/4 1614/8
1615/15 1621/20
1621/23 1621/23
1630/19 1634/4
1680/8 1684/19
1708/18 1709/2
1709/5 1710/10
1719/25 1732/5
1732/13 1738/4
**asked [28]**
1600/17 1604/6
1620/1 1620/11
1621/3 1623/3
1623/4 1628/19
1633/2 1633/4
1637/22 1667/4
1676/23 1681/14
1684/15 1710/2
1710/17 1710/25
1718/14 1718/20
1725/1 1725/20
1726/4 1726/13
1731/4 1731/21

1733/3 1734/12
**asking [2]**
1620/22 1719/4
**assess [6]**
1676/14 1676/21
1680/4 1680/18
1714/23 1721/8
**assessing [2]**
1596/25 1597/11
**assessment [11]**
1656/18 1656/19
1665/12 1680/15
1681/1 1681/9
1682/1 1682/20
1706/19 1714/13
1717/9
**assessments [3]**
1683/4 1720/3
1720/6
**assigned [6]**
1641/21 1641/22
1642/16 1643/10
1649/3 1649/4
**assignment [1]**
1655/24
**Assistant [1]**
1623/16
**assisted [1]**
1656/13
**associated [4]**
1594/5 1602/15
1651/18 1702/16
**assume [6]**
1620/7 1625/5
1635/16 1702/25
1704/1 1721/4
**assumed [2]**
1599/10 1724/10
**attachment [2]**
1644/24 1705/18
**attempt [1]**
1618/25
**attempting [2]**
1605/5 1677/22
**attempts [1]**
1703/15
**attention [3]**
1616/9 1643/4
1679/3
**attorney [16]**
1593/16 1594/1
1594/2 1594/4
1595/2 1602/15
1605/15 1605/18

1661/6 1684/19
1684/23 1687/1
1731/5 1734/8
**attorneys [1]**
1736/7
**auditable [1]**
1701/20
**August [1]**
1641/18
**author [21]**
1613/19 1613/22
1613/23 1614/2
1614/8 1615/15
1621/7 1626/13
1627/20 1627/24
1628/8 1630/4
1632/10 1665/19
1665/24 1667/20
1715/16 1716/25
1717/4 1727/4
1738/5
**authority [1]**
1632/17
**authors [1]**
1626/17
**available [8]**
1658/1 1660/21
1662/15 1701/10
1720/20 1738/12
1738/14 1739/9
**Avenue [2]**
1591/19 1591/23
**avoid [2]** 1618/25
1636/16
**aware [17]**
1622/11 1623/18
1626/6 1629/12
1629/15 1629/18
1629/20 1629/21
1629/23 1632/4
1633/6 1634/10
1634/12 1639/4
1667/23 1734/13
1734/17

**B**

**back [33]** 1596/19
1605/19 1610/4
1610/5 1610/13
1610/17 1610/24
1611/5 1611/5
1611/13 1633/4
1633/6 1634/3

1647/13 1648/21
1649/19 1649/25
1651/2 1663/15
1663/19 1666/14
1667/13 1695/19
1697/22 1702/4
1712/14 1713/5
1721/22 1722/9
1723/23 1733/13
1735/11 1735/15
**background [3]**
1624/6 1698/23
1704/2
**backgrounder [2]**
1700/20 1703/3
**Baker [13]**
1623/17 1646/15
1670/8 1671/12
1686/23 1687/6
1687/7 1687/23
1688/11 1697/13
1709/8 1737/6
1737/12
**Baker's [1]**
1734/23
**bank [39]** 1594/2
1594/20 1595/13
1618/17 1619/15
1619/19 1619/22
1620/15 1620/20
1620/21 1631/12
1632/24 1643/7
1644/13 1644/13
1647/22 1648/4
1657/18 1661/1
1661/5 1661/8
1661/21 1661/24
1662/17 1662/18
1668/8 1669/16
1672/13 1688/1
1688/18 1688/24
1693/13 1695/9
1697/2 1720/5
1720/11 1720/15
1721/7 1722/22
**Bank's [5]**
1619/25 1620/11
1620/14 1629/13
1630/22
**based [18]**
1599/11 1603/7
1608/19 1609/25
1610/9 1611/8
1611/12 1611/23

**based... [10]** 1612/24 1617/10 1626/17 1644/13 1658/19 1669/16 1698/22 1700/2 1714/10 1714/12

**basically [4]** 1671/17 1673/20 1678/3 1678/5

**basis [1]** 1736/22

**Batty [2]** 1691/14 1705/12

**be [82]** 1593/12 1596/10 1596/17 1596/21 1597/24 1598/2 1601/8 1602/16 1603/2 1603/11 1607/11 1607/15 1607/20 1607/24 1608/1 1608/4 1609/4 1609/6 1613/9 1617/21 1618/7 1619/15 1620/8 1621/7 1623/25 1624/11 1625/20 1630/8 1630/14 1631/25 1636/15 1637/4 1638/8 1638/24 1640/19 1640/23 1642/16 1643/21 1644/1 1644/6 1645/19 1649/15 1651/10 1657/12 1657/13 1663/1 1663/16 1665/13 1667/15 1669/4 1672/10 1673/11 1681/3 1683/22 1690/9 1691/25 1692/8 1695/8 1702/25 1704/17 1707/16 1712/9 1713/3 1717/7 1718/2 1718/13 1721/12 1722/14 1726/9 1728/21 1729/12 1729/24 1730/14 1732/16 1733/17 1736/9 1738/1 1738/4 1738/7 1738/20 1739/3

**became [2]** 1626/6 1688/17

**because [44]** 1594/17 1596/11 1602/11 1602/14 1609/3 1617/19 1617/21 1624/12 1629/3 1629/6 1630/7 1633/12 1633/23 1634/6 1634/8 1634/13 1634/20 1635/18 1667/8 1671/11 1672/1 1676/16 1676/24 1677/8 1681/11 1684/2 1687/10 1688/3 1699/7 1708/17 1710/2 1710/9 1713/18 1714/1 1715/11 1721/1 1724/23 1725/12 1730/7 1730/9 1731/11 1733/18

**been [44]** 1601/18 1602/6 1607/10 1609/9 1611/9 1616/20 1625/6 1638/11 1646/21 1659/15 1660/17 1660/20 1665/19 1665/24 1666/11 1666/17 1666/20 1667/3 1672/18 1673/8 1673/13 1676/22 1679/16 1680/9 1681/7 1681/9 1682/17 1682/18 1683/13 1685/20 1688/4 1688/6 1699/21 1700/12 1709/23 1709/25 1710/1 1713/14 1717/17 1724/21 1732/10 1736/15 1736/18 1736/21

**before [23]** 1591/8 1597/20 1601/19 1602/9 1603/9 1609/9 1612/2 1614/24

1615/4 1618/4 1624/22 1649/19 1656/17 1661/13 1679/6 1679/11 1684/13 1685/1 1693/1 1705/6 1710/5 1712/19 1739/16

**beforehand [1]** 1679/19

**beginning [7]** 1636/12 1652/2 1676/2 1676/25 1728/5 1729/5 1730/20

**behalf [2]** 1679/25 1734/25

**behind [3]** 1625/2 1636/24 1709/19

**being [28]** 1608/23 1609/24 1609/25 1610/18 1610/24 1611/1 1611/6 1617/6 1632/10 1637/5 1639/13 1642/15 1642/24 1643/14 1643/25 1644/1 1657/1 1658/20 1659/11 1661/25 1667/9 1676/14 1676/25 1683/19 1684/6 1709/9 1712/18 1736/6

**belief [2]** 1720/18 1721/6

**believe [32]** 1596/23 1601/2 1601/6 1604/17 1604/20 1607/24 1611/7 1611/15 1614/17 1618/23 1620/3 1627/25 1645/9 1649/4 1655/12 1657/1 1666/21 1666/22 1666/25 1672/22 1684/4 1684/5 1690/24 1697/7 1701/12 1705/7 1708/13 1720/25 1724/15 1727/19 1730/2 1733/15

**believed [16]**

1602/12 1602/14 1622/10 1639/16 1688/7 1696/11 1697/9 1699/1 1704/12 1720/8 1720/9 1720/13 1721/12 1729/23

**believes [2]** 1717/2 1725/24

**belonged [5]** 1658/1 1662/16 1662/17 1662/19 1671/14

**belonging [2]** 1646/1 1696/4

**Bench [4]** 1732/1 1732/14 1739/19 1740/5

**benefit [1]** 1625/19

**BERKOWITZ [3]** 1591/16 1735/25 1740/9

**best [5]** 1605/2 1614/18 1624/8 1644/9 1741/7

**better [4]** 1667/10 1674/9 1682/11 1708/7

**between [22]** 1595/12 1607/23 1616/16 1622/19 1643/6 1657/17 1661/23 1669/15 1688/1 1695/8 1709/16 1716/2 1718/11 1720/5 1720/10 1720/14 1721/7 1723/3 1727/15 1737/2 1737/11 1737/13

**beyond [1]** 1713/6

**bias [6]** 1624/6 1625/3 1636/14 1638/25 1735/24 1737/3

**biased [3]** 1601/18 1602/7 1736/23

**biasing [2]** 1601/7 1602/16

**big [2]** 1661/16

**bit [12]** 1593/12 1636/17 1645/10 1646/4 1646/24 1649/8 1663/19 1681/22 1698/5 1700/1 1706/21 1714/4

**blow [14]** 1627/6 1645/10 1646/23 1648/12 1649/7 1691/3 1695/23 1697/23 1700/10 1701/19 1703/9 1705/10 1712/15 1715/24

**blue [3]** 1674/7 1674/15 1674/16

**blush [1]** 1676/16

**Boca [1]** 1658/19

**body [1]** 1711/13

**boss [1]** 1698/10

**bosses [6]** 1599/8 1600/14 1600/24 1601/1 1601/5 1693/16

**BOSWORTH [8]** 1591/17 1592/4 1592/7 1593/7 1640/11 1733/21 1734/12 1739/18

**Bosworth's [1]** 1734/21

**both [5]** 1637/12 1644/5 1674/21 1674/22 1725/13

**bottom [3]** 1612/17 1646/24 1711/9

**box [1]** 1678/7

**Brady [1]** 1736/9

**branch [1]** 1623/18

**break [4]** 1604/3 1605/11 1663/2 1663/4

**breaks [1]** 1605/11

**brief [1]** 1632/20

**briefed [3]** 1601/1 1601/5 1622/11

**briefing [2]** 1613/6 1679/17

**briefings [1]**

1748

**B**

briefings... [1]
1622/12
briefly [1]
1736/13
bring [3]  1682/24
1715/22 1717/21
bringing [2]
1680/19 1683/3
brings [1]
1680/17
BRITTAIN [1]
1591/13
broke [1]  1605/14
brought [10]
1594/3 1610/20
1679/24 1680/22
1680/24 1681/7
1682/19 1683/3
1683/8 1683/9
built [1]  1683/5
bullet [2]  1719/25
1720/1
bunch [5]
1691/19 1697/25
1702/8 1704/7
1719/12
Bureau [13]
1607/22 1614/2
1620/5 1642/3
1642/5 1664/19
1665/18 1679/25
1680/24 1680/25
1681/5 1681/8
1682/25
Bureau's [1]
1613/4
bureaucracy [1]
1695/16
bureaucratic [2]
1672/3 1695/13
Burt [1]  1648/17
business [2]
1641/10 1681/8
bypass [1]  1681/4

**C**

call [7]  1599/11
1627/19 1642/12
1682/19 1693/19
1716/25 1717/19
called [6]  1644/13
1658/17 1658/18
1658/19 1660/22

calling [1]  1631/7
came [43]
1593/12 1597/2
1597/10 1597/17
1605/18 1610/13
1623/25 1644/20
1655/21 1659/3
1659/7 1662/8
1667/22 1670/4
1670/8 1671/25
1677/20 1678/16
1678/22 1679/5
1679/12 1682/13
1682/14 1683/14
1687/16 1687/20
1687/23 1692/10
1694/16 1696/17
1697/6 1698/17
1699/1 1699/4
1699/11 1699/19
1704/1 1704/12
1709/13 1709/19
1719/3 1737/12
1737/13
campaign [9]
1638/8 1639/8
1639/24 1648/19
1680/15 1687/4
1734/4 1734/9
1734/15
can [72]  1603/23
1606/8 1607/21
1614/15 1616/9
1625/5 1628/4
1636/5 1636/7
1636/10 1636/11
1640/10 1642/12
1643/19 1644/5
1644/18 1646/14
1651/2 1658/4
1658/8 1659/24
1660/22 1664/21
1665/9 1670/13
1674/18 1675/11
1675/23 1676/3
1676/12 1681/21
1691/3 1694/20
1695/18 1695/22
1697/22 1698/15
1700/6 1700/10
1701/3 1701/18
1701/23 1702/4
1702/11 1703/5

1705/5 1705/8
1705/9 1705/10
1707/21 1710/3
1710/5 1710/17
1710/25 1711/5
1711/15 1712/20
1715/2 1715/24
1717/25 1723/2
1723/20 1724/5
1724/16 1724/17
1728/4 1729/4
1732/12 1732/17
1737/17 1738/17
1740/6
can't [11]  1637/7
1658/9 1664/10
1665/21 1689/1
1717/19 1729/4
1729/10 1733/14
1737/17 1739/4
candid [1]  1738/7
candidate [2]
1657/18 1679/5
captioned [1]
1669/14
careful [1]
1624/12
case [66]  1596/21
1598/16 1599/18
1613/5 1613/15
1617/2 1630/13
1635/9 1640/6
1643/11 1643/17
1643/21 1644/24
1645/16 1651/24
1657/7 1663/6
1663/7 1665/1
1668/23 1670/24
1671/4 1671/10
1672/8 1672/8
1672/16 1675/5
1676/13 1678/16
1678/25 1680/11
1680/11 1683/16
1686/16 1688/5
1689/12 1689/15
1689/17 1692/1
1692/8 1693/18
1694/6 1694/10
1694/11 1695/3
1695/12 1699/8
1706/22 1709/7
1723/13 1723/13
1727/8 1730/5

1733/7 1735/9
1735/14 1735/14
1736/5 1736/8
1737/13 1738/2
1738/16 1739/11
1740/9
cases [5]  1599/14
1643/22 1678/20
1688/24 1735/20
CATHERINE [1]
1591/17
CC'd [2]  1621/22
1697/25
CCR [1]  1591/21
CD [3]  1691/25
1692/4 1692/4
Cenden [5]
1658/24 1663/20
1664/2 1664/3
1664/4
central [10]
1596/1 1618/22
1619/8 1658/3
1658/19 1659/11
1659/12 1659/24
1675/22 1678/14
certain [2]  1636/2
1638/24
certainly [1]
1708/23
certification [1]
1643/2
certify [1]  1741/4
cetera [2]  1660/6
1712/20
CG [5]  1613/4
1613/4 1691/25
1692/6 1692/6
CH [6]  1612/25
1612/25 1613/4
1613/6 1613/8
1613/8
chain [12]
1619/10 1621/22
1628/5 1670/7
1673/3 1687/23
1694/24 1697/17
1711/9 1715/23
1716/15 1723/19
challenge [1]
1720/6
chance [1]
1728/25

change [1]
1720/6
changed [10]
1605/16 1608/15
1608/23 1610/17
1610/22 1610/24
1680/1 1682/5
1725/10 1726/21
channel [17]
1595/12 1595/22
1596/13 1597/12
1598/5 1619/17
1619/20 1643/6
1644/10 1644/12
1651/25 1655/9
1657/15 1668/10
1708/8 1729/7
1730/3
characterization
[1]  1672/7
charged [5]
1595/16 1607/15
1607/20 1608/4
1734/8
charges [7]
1608/6 1608/19
1608/25 1609/13
1610/2 1611/4
1611/13
charts [1]
1702/24
chasing [1]
1714/24
check [1]  1683/17
checking [1]
1622/6
Chicago [36]
1602/6 1603/20
1603/25 1604/6
1608/13 1609/17
1613/1 1613/5
1613/7 1613/11
1613/12 1613/14
1613/19 1613/21
1613/21 1620/19
1620/24 1621/25
1622/16 1626/16
1627/11 1627/14
1627/18 1627/23
1628/14 1628/18
1630/18 1632/21
1633/12 1642/2
1657/2 1669/14
1675/14 1692/7

# C

**Chicago... [2]**
1692/19 1692/20
**chief [3]** 1620/6
1621/22 1623/19
**choice [2]**
1683/23 1684/1
**CHRISTOPHER
[2]** 1591/8 1716/2
**CHS [22]** 1603/15
1626/17 1627/17
1627/25 1628/8
1631/24 1637/5
1637/14 1637/15
1637/17 1716/21
1716/21 1716/23
1717/1 1717/6
1717/7 1719/25
1720/2 1720/8
1720/13 1721/3
1729/23
**CHS's [1]**
1716/24
**CI [2]** 1692/1
1694/6
**circles [2]**
1665/11 1679/9
**Circuit [1]** 1736/5
**circulating [1]**
1665/11
**circumstances [1]**
1606/18
**citation [1]**
1615/24
**cited [1]** 1737/14
**citizen [2]** 1594/4
1708/20
**city [1]** 1739/24
**claims [2]** 1720/7
1720/21
**clarify [2]**
1607/21 1733/19
**clarity [1]** 1611/7
**classified [2]**
1708/23 1739/22
**clear [10]** 1600/20
1604/3 1613/9
1619/15 1630/14
1631/25 1683/2
1688/6 1690/9
1737/10
**clearance [1]**
1718/15
**Cleaves [3]**

1699/23 1702/6
1711/20
**client [3]** 1664/4
1679/25 1735/1
**clients [3]**
1659/17 1660/7
1731/6
**Clinton [6]**
1639/24 1680/14
1687/4 1734/4
1734/9 1734/15
**clock [1]** 1679/14
**close [65]**
1594/18 1598/7
1598/11 1598/25
1599/1 1599/12
1599/15 1599/19
1599/22 1600/7
1610/12 1610/14
1610/17 1611/5
1611/19 1611/22
1612/5 1612/11
1612/13 1612/16
1612/22 1613/9
1613/10 1613/15
1614/9 1614/12
1614/19 1614/22
1615/2 1615/13
1615/23 1616/6
1616/15 1616/21
1616/23 1617/3
1617/6 1617/8
1617/13 1617/15
1618/14 1622/17
1622/22 1623/13
1623/22 1624/2
1624/5 1624/8
1624/19 1624/22
1624/23 1625/2
1625/4 1625/7
1625/22 1668/14
1668/15 1668/16
1668/23 1670/24
1671/4 1680/20
1713/8 1728/20
1728/21
**closed [3]**
1668/11 1671/9
1674/24
**closely [2]** 1689/6
1706/7
**closer [1]**
1678/14
**closing [1]**

**co [1]** 1700/17
**co-located [1]**
1700/17
**coast [1]** 1732/9
**colleagues [1]**
1638/8
**collect [2]** 1671/8
1710/6
**collected [3]**
1710/4 1714/18
1716/23
**collection [1]**
1704/9
**collectively [1]**
1632/22
**colored [1]**
1601/14
**colors [1]** 1674/6
**COLUMBIA [1]**
1591/1
**columns [1]**
1649/21
**combination [3]**
1596/3 1614/7
1710/24
**come [27]** 1610/4
1610/5 1611/4
1623/17 1625/5
1629/10 1643/5
1646/11 1646/11
1646/17 1663/13
1664/21 1666/16
1668/11 1670/17
1671/21 1674/8
1676/7 1676/8
1676/9 1676/9
1676/10 1676/11
1679/18 1699/8
1715/2 1717/5
**comes [1]**
1597/15
**coming [1]**
1637/21
**commentary [1]**
1734/2
**comments [7]**
1653/1 1653/9
1700/21 1703/4
1704/4 1714/8
1734/21
**committed [1]**
1608/1
**Committee [2]**

**communicate [1]**
1635/9
**communicated
[1]** 1615/3
**communication
[26]** 1596/9
1597/5 1597/7
1633/21 1634/1
1643/6 1644/10
1644/12 1645/15
1651/25 1655/9
1657/15 1661/23
1661/23 1664/14
1668/10 1689/20
1690/4 1695/13
1697/17 1698/19
1708/8 1720/10
1721/7 1729/7
1730/3
**communications
[12]** 1595/12
1595/22 1596/1
1596/12 1597/12
1598/5 1619/17
1619/20 1669/15
1720/5 1720/14
1721/17
**companies [5]**
1658/23 1660/5
1660/6 1668/7
1714/25
**company [10]**
1641/11 1658/17
1658/19 1659/12
1659/25 1661/9
1661/11 1661/16
1678/2 1710/8
**complaint [3]**
1676/11 1676/19
1682/18
**complete [6]**
1607/18 1667/10
1681/25 1682/9
1736/22 1741/6
**completed [1]**
1736/15
**component [1]**
1625/4
**components [1]**
1658/14
**computer [10]**
1626/10 1656/12
1659/4 1660/15

1671/8 1675/12
1676/3 1700/3
1704/25 1714/16
**conceal [4]**
1635/12 1635/13
1635/14 1731/14
**concealed [1]**
1731/18
**concern [2]**
1596/25 1610/9
**concerned [3]**
1597/9 1597/10
1695/8
**concerning [1]**
1609/6
**concerns [2]**
1624/14 1692/1
**conclude [1]**
1714/11
**concluded [6]**
1629/7 1730/8
1730/12 1732/14
1740/5 1740/13
**conclusion [9]**
1595/20 1610/19
1629/10 1668/1
1668/4 1702/22
1729/19 1730/20
1730/24
**conclusions [4]**
1661/18 1665/13
1703/16 1726/2
**concur [1]** 1602/2
**conduct [3]**
1603/8 1619/3
1658/23
**conducted [7]**
1597/24 1601/14
1625/15 1629/19
1665/4 1706/22
1736/6
**conducting [1]**
1594/14
**conference [4]**
1732/1 1732/14
1739/19 1740/5
**confident [1]**
1682/1
**confidential [21]**
1603/15 1618/10
1636/18 1636/21
1636/24 1638/3
1639/22 1664/18
1664/25 1665/2

**C**

**confidential... [11]**
1666/21 1676/10
1680/24 1681/4
1714/21 1720/8
1724/15 1724/19
1725/3 1739/21
1739/25
**configured [5]**
1645/25 1664/9
1664/13 1696/3
1708/25
**confirmed [3]**
1609/18 1648/17
1664/12
**conflated [2]**
1603/17 1634/14
**conflation [4]**
1603/14 1604/17
1605/7 1634/18
**confused [1]**
1723/14
**confusion [1]**
1616/1
**connect [1]**
1724/16
**connected [2]**
1725/25 1739/25
**connection [1]**
1701/7
**considerations
[1]** 1637/9
**considered [1]**
1636/15
**conspiracy [2]**
1676/20 1682/24
**constituting [1]**
1708/2
**Constitution [1]**
1591/23
**consult [1]**
1658/6
**consultant [6]**
1620/1 1620/11
1620/14 1620/22
1629/13 1630/22
**CONT'D [1]**
1593/9
**contact [5]**
1656/5 1657/6
1692/13 1717/13
1730/5
**contacted [3]**
1661/25 1662/3

**contained [2]**
1634/5 1701/10
**contains [2]**
1673/19 1673/20
**context [2]**
1632/10 1724/5
**contextual [1]**
1721/11
**continue [1]**
1678/21
**Continued [1]**
1592/4
**contracted [2]**
1661/5 1661/8
**contracts [4]**
1638/16 1638/23
1639/23 1681/8
**contradict [1]**
1720/3
**contrast [1]**
1674/8
**contributed [1]**
1648/18
**conversation [6]**
1622/14 1622/17
1623/6 1623/9
1638/10 1719/4
**conversations [2]**
1691/25 1692/11
**COOPER [1]**
1591/8
**cooperative [1]**
1660/12
**copied [3]** 1622/5
1691/19 1712/12
**copy [2]** 1672/17
1684/20
**copying [1]**
1719/15
**correct [143]**
1594/7 1594/15
1594/22 1594/24
1594/25 1595/2
1595/3 1595/5
1595/15 1596/8
1596/14 1596/22
1598/18 1598/19
1598/23 1598/24
1599/5 1599/10
1600/25 1605/21
1606/12 1606/13
1607/16 1608/11
1608/20 1609/23

1612/5 1612/23
1613/17 1615/10
1615/20 1615/23
1619/12 1619/17
1620/2 1620/12
1620/15 1620/18
1621/16 1622/23
1624/20 1625/10
1625/14 1625/17
1626/4 1626/6
1626/15 1626/24
1627/14 1628/11
1628/13 1628/15
1628/17 1628/19
1628/25 1629/4
1630/1 1630/4
1631/5 1633/15
1633/19 1633/20
1633/24 1634/9
1635/2 1635/4
1635/7 1635/10
1635/11 1638/5
1642/9 1648/5
1659/11 1664/6
1664/15 1683/25
1684/13 1684/14
1684/16 1684/17
1685/25 1686/3
1686/17 1686/20
1686/23 1686/24
1687/1 1687/2
1687/4 1687/5
1687/11 1687/13
1687/14 1687/16
1687/17 1689/13
1689/18 1690/18
1692/9 1692/11
1694/14 1695/6
1695/17 1696/15
1696/18 1696/19
1696/23 1696/24
1697/3 1697/21
1698/1 1698/13
1698/23 1700/22
1701/14 1701/15
1702/2 1702/10
1702/20 1702/23
1703/18 1704/5
1704/8 1705/2
1706/19 1708/13
1708/19 1709/3
1709/17 1712/13
1716/20 1721/15
1721/20 1721/21

1712/16 1712/17
1724/22 1726/14
1728/9 1728/10
1731/10 1731/13
1731/14 1731/15
1736/3
**corrected [1]**
1714/23
**correctly [3]**
1622/18 1643/25
1664/7
**could [84]**
1595/19 1596/1
1596/4 1599/25
1601/21 1601/25
1605/20 1606/7
1607/15 1608/1
1610/21 1618/2
1618/14 1618/20
1619/3 1620/14
1620/17 1621/4
1621/7 1621/8
1622/7 1627/6
1628/19 1628/21
1628/24 1630/19
1636/16 1641/2
1644/8 1644/15
1645/8 1645/9
1645/17 1645/18
1645/21 1646/23
1647/13 1647/23
1648/10 1648/12
1648/14 1648/21
1649/6 1650/4
1652/1 1652/9
1652/20 1653/8
1653/12 1654/9
1654/19 1655/11
1655/22 1664/14
1665/13 1667/10
1668/17 1669/9
1669/12 1672/5
1672/10 1672/21
1678/4 1691/13
1692/21 1694/13
1701/2 1701/13
1704/17 1707/4
1708/23 1710/2
1710/10 1712/15
1714/4 1715/11
1715/22 1715/24
1717/24 1718/20
1724/11 1740/1
1740/8 1740/9
**couldn't [9]**

1600/2 1603/21
1603/24 1603/25
1604/10 1604/15
1617/20 1617/21
1671/15
**counsel [10]**
1620/7 1623/17
1623/22 1640/5
1726/12 1733/7
1737/3 1737/4
1737/7 1737/16
**counsel's [2]**
1591/13 1608/8
**counterintelligen
ce [11]** 1600/5
1641/24 1657/6
1657/19 1692/5
1692/8 1705/23
1706/17 1711/12
1730/5 1730/8
**country [1]**
1730/10
**couple [6]**
1675/12 1685/9
1702/12 1702/21
1717/6 1728/5
**course [10]**
1633/16 1637/4
1646/10 1660/25
1671/5 1674/24
1675/16 1682/5
1686/19 1725/22
**court [9]** 1591/1
1591/21 1591/22
1641/3 1644/4
1707/11 1737/14
1739/24 1741/3
**Courthouse [1]**
1591/22
**courtroom [4]**
1593/5 1663/8
1663/14 1735/17
**covered [1]**
1617/25
**covert [16]**
1596/9 1597/5
1597/7 1618/10
1618/13 1633/21
1634/1 1644/11
1651/25 1655/9
1657/15 1661/22
1668/9 1669/15
1720/4 1720/14
**COVID [1]**

**C**

COVID... [1]
1634/13
CR [1] 1591/3
CRC [1] 1591/3
create [3]
1677/25 1715/8
1724/17
credibility [12]
1611/16 1611/17
1676/14 1676/21
1680/5 1680/16
1681/11 1682/16
1682/20 1696/18
1717/11 1725/7
credible [3]
1720/4 1720/9
1720/14
crime [2] 1657/19
1708/2
crimes [2]
1607/16 1607/20
criminal [12]
1591/2 1608/1
1608/6 1608/18
1608/25 1609/10
1609/13 1610/1
1611/4 1611/13
1657/13 1699/17
cross [4] 1592/7
1637/22 1684/9
1739/5
cross-examinatio
n [1] 1637/22
cross-examinatio
ns [1] 1739/5
current [2]
1641/12 1738/17
currently [2]
1641/6 1659/22
curry [1] 1736/24
Curtis [8]
1642/23 1643/18
1689/3 1690/25
1691/18 1710/17
1710/17 1712/8
custody [3]
1670/7 1673/3
1687/23
CY1 [2] 1641/22
1641/23
cyber [44] 1632/6
1632/14 1632/16
1632/18 1633/17

1645/7 1656/1
1656/13 1657/4
1657/9 1657/12
1657/19 1675/14
1677/4 1683/10
1683/10 1704/17
1704/23 1705/13
1705/24 1706/12
1706/19 1714/15
1716/9 1721/18
1722/13 1722/13
1722/14 1725/8
1725/12 1725/13
1725/15 1725/15
1725/18 1725/18
1725/23 1725/25
1726/1 1728/12
1730/1 1730/7
1730/15
cybersecurity [6]
1643/2 1661/9
1661/16 1666/23
1676/18 1724/10

**D**

DAD [2] 1622/11
1624/1
Dagon [34]
1626/6 1626/13
1627/20 1627/24
1627/25 1628/8
1628/11 1628/12
1630/7 1630/25
1632/10 1638/1
1638/2 1666/4
1666/5 1666/7
1666/11 1717/1
1717/2 1717/16
1718/12 1718/13
1718/14 1718/17
1718/19 1720/2
1720/13 1721/3
1722/18 1724/17
1729/23 1734/12
1734/13 1734/13
Dan [3] 1626/23
1693/19 1723/13
Daniel [2]
1691/20 1698/9
dark [1] 1644/18
data [104]
1595/13 1595/19
1596/4 1596/13

1596/22 1597/1
1597/19 1597/24
1598/1 1598/4
1601/6 1601/19
1602/9 1610/11
1622/10 1626/3
1627/25 1628/19
1631/13 1631/13
1633/18 1633/23
1635/1 1635/25
1636/1 1636/3
1636/4 1636/5
1637/11 1637/18
1638/7 1639/14
1639/14 1639/16
1648/25 1650/3
1651/10 1651/12
1652/6 1653/17
1654/2 1654/23
1656/9 1656/14
1656/19 1665/14
1665/14 1665/16
1665/25 1666/12
1666/14 1667/2
1667/8 1667/10
1667/13 1667/20
1672/12 1672/17
1675/25 1676/2
1676/25 1677/4
1677/9 1677/12
1677/22 1677/23
1677/25 1678/3
1678/10 1680/11
1681/7 1681/10
1683/2 1683/4
1687/20 1700/3
1700/23 1700/24
1702/8 1703/15
1704/7 1705/4
1706/23 1708/6
1709/19 1710/3
1710/4 1710/4
1710/11 1710/11
1711/5 1714/2
1714/6 1715/2
1715/10 1718/22
1721/15 1721/19
1724/5 1725/7
1728/16 1728/20
1730/14 1730/23
**data-driven [5]**
1596/22 1635/25
1637/11 1639/14
1639/14

data-only [1]
1601/6
database [1]
1651/17
databases [1]
1662/15
date [8] 1649/24
1650/17 1653/8
1670/13 1670/24
1673/6 1690/7
1741/11
dated [1] 1647/22
dates [2] 1685/3
1685/5
David [18] 1626/6
1627/20 1627/24
1628/8 1628/11
1628/12 1632/10
1666/4 1666/10
1716/8 1717/1
1717/16 1718/12
1720/2 1721/3
1724/17 1729/23
1734/12
day [13] 1640/6
1675/4 1675/4
1679/1 1679/17
1679/22 1689/16
1689/16 1719/4
1723/19 1738/12
1738/14 1739/16
day-to-day [1]
1689/16
days [1] 1679/14
DC [2] 1591/14
1591/23
dealing [1]
1627/18
December [4]
1610/5 1611/19
1615/8 1615/19
decide [1]
1739/15
decided [4]
1610/9 1611/2
1718/17 1719/8
deciding [1]
1739/17
decision [5]
1621/17 1668/14
1690/9 1692/10
1694/15
decisionmaking
[1] 1688/21

decisions [1]
1712/19
declare [1]
1640/19
dedicate [1]
1636/13
defendant [3]
1591/6 1591/16
1734/24
defense [35]
1626/20 1627/4
1690/21 1691/7
1691/12 1692/21
1693/4 1693/8
1695/18 1705/9
1711/7 1711/24
1711/25 1712/3
1715/22 1716/10
1716/14 1717/25
1718/5 1718/9
1719/9 1719/18
1719/22 1723/2
1723/7 1723/20
1723/25 1724/2
1727/14 1727/23
1735/20 1735/23
1737/13 1738/1
1739/11
defense's [1]
1737/24
DeFILIPPIS [2]
1591/11 1592/4
definitely [3]
1606/14 1624/13
1633/25
definition [1]
1607/24
deliberate [2]
1598/21 1599/7
deliberately [1]
1637/7
Democratic [5]
1594/5 1602/15
1617/20 1635/6
1687/1
denies [1]
1648/19
Department [26]
1609/7 1645/24
1646/2 1646/6
1670/2 1670/12
1682/14 1683/14
1687/16 1687/25
1688/8 1696/2

1752

**D**

**Department... [14]**
1696/7 1696/11
1697/3 1697/6
1697/10 1697/12
1698/18 1699/1
1699/5 1699/11
1704/13 1733/4
1733/7 1734/22
**depending [2]**
1665/16 1740/9
**depends [3]**
1660/4 1682/12
1709/7
**describe [3]**
1649/20 1659/24
1679/13
**described [5]**
1619/6 1635/24
1649/12 1705/4
1708/5
**describes [1]**
1716/21
**describing [1]**
1728/3
**description [1]**
1701/25
**descriptions [1]**
1651/8
**Despite [1]**
1639/13
**destroy [1]**
1671/16
**destroyed [1]**
1671/20
**detailed [3]**
1676/17 1703/11
1707/20
**detailing [2]**
1645/25 1696/3
**details [2]**
1651/24 1655/8
**determination [2]**
1598/14 1636/1
**determine [6]**
1596/8 1597/3
1597/7 1633/17
1636/10 1679/11
**determined [2]**
1598/12 1607/10
**determining [1]**
1633/21
**did [140]** 1594/13
1594/19 1595/7

1598/24 1599/14
1603/19 1603/24
1606/11 1606/25
1607/2 1608/24
1610/13 1613/22
1614/3 1614/22
1620/8 1620/8
1621/20 1621/23
1622/14 1623/6
1623/9 1624/16
1624/21 1625/18
1625/21 1628/19
1629/10 1630/24
1631/17 1633/13
1635/14 1637/16
1638/7 1638/14
1639/2 1639/10
1639/12 1641/15
1641/19 1642/19
1642/25 1643/5
1643/9 1643/17
1645/1 1645/4
1646/11 1646/17
1655/23 1655/25
1656/6 1656/10
1656/16 1656/23
1657/8 1657/21
1658/6 1658/13
1658/21 1658/24
1659/1 1659/6
1659/6 1660/10
1660/13 1660/25
1661/4 1661/18
1661/21 1661/21
1662/6 1662/8
1662/11 1662/13
1662/21 1662/25
1664/1 1664/17
1664/21 1665/2
1665/8 1665/12
1665/17 1666/5
1666/6 1666/8
1666/9 1666/16
1666/19 1667/5
1667/5 1667/6
1667/25 1668/11
1670/17 1671/21
1675/3 1675/17
1679/13 1680/1
1682/2 1684/18
1684/21 1684/25
1686/7 1687/15
1688/14 1689/16

1693/17 1693/25
1699/2 1700/2
1707/9 1707/11
1707/13 1711/3
1712/22 1713/2
1713/5 1713/8
1713/22 1714/21
1714/23 1715/2
1717/2 1718/21
1720/17 1722/9
1722/14 1724/7
1724/13 1727/11
1728/15 1731/12
1731/16
**didn't [74]**
1594/17 1594/17
1594/23 1595/1
1595/4 1595/7
1595/21 1596/13
1597/11 1599/2
1600/18 1600/22
1600/23 1601/11
1602/22 1605/18
1607/19 1608/23
1609/3 1609/16
1612/2 1613/25
1617/15 1619/9
1621/15 1624/11
1624/19 1625/9
1625/12 1625/19
1626/1 1628/14
1629/2 1629/17
1630/21 1632/8
1632/18 1633/9
1633/12 1634/7
1635/9 1635/12
1635/13 1635/14
1635/17 1656/21
1671/10 1671/13
1671/23 1676/16
1679/9 1683/1
1684/23 1686/22
1686/25 1687/3
1687/8 1687/12
1690/9 1697/13
1699/24 1705/24
1708/7 1717/5
1717/10 1723/12
1724/22 1729/5
1731/1 1731/9
1731/14 1733/17
1733/19 1733/19
**died [1]** 1717/21

**different [15]**
1603/14 1611/18
1618/18 1636/19
1642/12 1643/21
1658/2 1664/24
1667/21 1667/25
1671/21 1682/4
1682/7 1706/25
1717/9
**differentiates [1]**
1608/5
**differently [4]**
1676/17 1676/22
1681/20 1730/16
**difficult [1]**
1672/2
**digging [1]**
1652/6
**digital [1]** 1671/3
**diplomat [1]**
1648/17
**direct [15]** 1592/4
1592/7 1593/9
1616/9 1619/7
1621/2 1636/9
1645/1 1645/4
1661/23 1683/23
1688/20 1694/25
1696/14 1708/5
**directed [6]**
1667/16 1668/15
1668/16 1684/6
1734/13 1737/7
**direction [8]**
1598/22 1603/13
1603/20 1656/7
1680/5 1690/17
1696/10 1709/1
**directive [5]**
1598/9 1599/14
1623/13 1667/14
1695/11
**directly [2]**
1633/10 1720/3
**Director [2]**
1623/16 1693/12
**disclosure [2]**
1618/10 1630/16
**discover [1]**
1662/15
**discovered [1]**
1632/5
**discuss [4]**
1638/7 1640/5

**discussed [8]**
1604/22 1630/10
1652/12 1689/9
1691/13 1712/18
1724/6 1736/11
**discussing [2]**
1673/9 1719/25
**discussion [2]**
1624/13 1702/7
**discussions [3]**
1663/6 1694/16
1735/14
**dismissed [1]**
1640/4
**distinct [1]**
1737/4
**distinction [9]**
1699/7 1725/19
1733/15 1733/16
1737/2 1737/9
1737/10 1737/11
1737/12
**DISTRICT [3]**
1591/1 1591/1
1591/9
**division [17]**
1620/6 1632/15
1632/19 1656/1
1657/2 1667/23
1683/10 1692/5
1704/17 1705/24
1706/13 1706/18
1711/12 1722/13
1728/13 1730/7
1730/9
**division's [1]**
1706/19
**DNC [12]** 1593/15
1593/21 1594/1
1594/2 1594/4
1595/1 1602/12
1602/15 1602/18
1625/17 1635/4
1635/14
**DNS [10]** 1649/1
1649/11 1649/22
1650/3 1677/2
1677/18 1702/8
1702/15 1725/9
1730/15
**do [161]**
**document [22]**
1596/16 1601/21

**D**

**document... [20]** 1611/25 1612/10 1612/13 1617/2 1648/3 1648/4 1695/14 1700/13 1700/15 1701/4 1701/6 1701/10 1701/16 1701/17 1701/21 1701/25 1703/2 1703/4 1703/8 1703/15
**documented [2]** 1618/24 1622/19
**documenting [1]** 1647/5
**documents [6]** 1611/23 1700/3 1700/7 1700/19 1704/1 1704/6
**does [18]** 1598/4 1605/24 1607/17 1612/14 1612/16 1613/10 1616/12 1643/14 1651/14 1664/7 1673/8 1683/17 1685/7 1685/10 1707/18 1718/14 1721/6 1739/6
**doesn't [11]** 1598/4 1606/11 1607/22 1612/13 1612/22 1613/9 1627/25 1682/22 1683/12 1683/20 1725/14
**doing [8]** 1610/22 1622/13 1628/21 1643/23 1671/8 1722/2 1730/23 1734/14
**DOJ [8]** 1607/23 1608/2 1609/6 1687/21 1696/17 1733/10 1733/12 1733/14
**domain [21]** 1644/12 1649/23 1650/17 1651/18 1651/19 1654/3 1654/12 1654/24 1658/3 1658/4 1658/16 1658/20

1659/10 1659/19 1663/20 1663/23 1669/16 1677/17 1678/3 1678/11 1710/7
**domains [3]** 1657/25 1659/17 1702/8
**don't [73]** 1599/17 1601/22 1604/20 1613/2 1614/21 1614/22 1620/5 1620/19 1620/24 1623/1 1625/1 1632/19 1633/6 1638/10 1640/4 1650/20 1663/4 1666/8 1666/22 1667/21 1671/23 1678/7 1682/21 1682/23 1683/5 1685/12 1685/19 1685/24 1686/14 1686/15 1686/16 1687/7 1687/19 1690/19 1690/24 1705/25 1706/15 1717/19 1717/20 1719/6 1719/10 1721/1 1721/2 1721/8 1722/12 1725/19 1727/19 1730/3 1730/4 1730/12 1730/19 1731/17 1731/17 1731/19 1732/9 1732/11 1732/23 1733/9 1733/9 1733/15 1735/4 1735/8 1736/1 1736/14 1736/16 1737/12 1737/15 1737/16 1738/2 1739/5 1739/12 1739/17 1739/17
**Donald [1]** 1648/19
**done [14]** 1606/18 1606/22 1607/2 1607/10 1607/14 1618/24 1632/4 1636/18 1656/18 1659/3

1681/20 1681/20 1682/7 1707/1
**dormant [2]** 1659/20 1659/21
**doubling [1]** 1715/3
**doubt [4]** 1605/3 1605/5 1720/17 1721/5
**down [16]** 1604/3 1614/15 1623/17 1640/7 1644/6 1648/22 1663/9 1694/20 1698/15 1711/16 1714/24 1716/15 1728/21 1733/16 1735/12 1738/22
**draft [2]** 1689/19 1695/12
**drafted [3]** 1680/14 1697/16 1734/8
**drafting [1]** 1734/9
**drill [1]** 1735/13
**drive [12]** 1650/17 1650/24 1651/13 1652/7 1653/18 1654/3 1654/13 1654/24 1656/10 1672/16 1674/19 1700/17
**driven [8]** 1596/22 1622/10 1635/25 1636/2 1636/4 1637/11 1639/14 1639/14
**drives [14]** 1647/6 1670/16 1670/18 1670/24 1671/2 1671/11 1671/14 1672/6 1673/8 1673/20 1674/4 1674/13 1677/25 1688/11
**during [13]** 1595/8 1599/10 1605/12 1608/9 1616/22 1622/20 1634/25 1660/25 1662/1 1664/17 1667/1 1667/4 1686/19 1715/15

**duties [1]** 1643/20
**duty [3]** 1676/11 1676/19 1682/18
**Dynamics [8]** 1596/2 1618/22 1658/19 1659/11 1659/12 1659/24 1675/22 1678/14
**Dynamics' [1]** 1619/8

**E**

**each [3]** 1658/22 1658/25 1689/13
**earlier [10]** 1604/22 1626/6 1630/12 1632/10 1634/5 1636/9 1660/9 1670/16 1718/21 1735/19
**early [5]** 1615/18 1626/5 1657/24 1670/21 1670/22
**easier [3]** 1682/10 1691/3 1710/10
**EC [10]** 1646/5 1647/5 1655/22 1657/3 1668/23 1669/4 1670/14 1680/2 1733/4 1733/17
**ECs [1]** 1682/5
**EDGAR [1]** 1591/12
**effect [1]** 1734/23
**efficient [1]** 1682/10
**effort [2]** 1633/17 1633/20
**either [19]** 1606/9 1615/4 1615/22 1616/14 1618/9 1633/12 1642/16 1656/8 1656/20 1665/22 1695/19 1710/24 1713/15 1715/6 1717/11 1719/2 1719/10 1721/3 1721/17
**elaborate [1]** 1681/21
**election [3]** 1618/14 1618/14

1643/20
**electronic [6]** 1645/15 1689/20 1690/4 1695/13 1697/16 1698/18
**element [1]** 1657/13
**elevated [1]** 1667/6
**Ellis [1]** 1661/6
**ELMO [1]** 1673/11
**else [13]** 1597/23 1623/15 1626/2 1632/8 1643/17 1644/22 1656/7 1657/5 1666/8 1677/19 1681/5 1723/16 1737/21
**email [47]** 1600/20 1618/24 1619/10 1621/22 1622/2 1626/23 1627/9 1627/16 1627/23 1628/5 1644/12 1644/23 1645/25 1658/16 1659/13 1659/13 1659/22 1660/1 1660/5 1662/4 1662/5 1663/23 1664/10 1669/16 1678/11 1679/20 1690/25 1693/1 1696/3 1697/15 1705/12 1706/1 1708/15 1711/10 1711/13 1712/15 1713/6 1715/23 1716/18 1719/12 1719/24 1720/5 1720/10 1723/3 1723/12 1723/14 1723/19
**email.com [1]** 1663/25
**emailed [1]** 1691/18
**emails [4]** 1660/7 1661/24 1664/9 1729/16
**embarrassing [1]** 1682/6
**employee [1]**

**E**

**employee... [1]** 1609/6
**employees [1]** 1620/4
**Enclosures [1]** 1647/16
**end [4]** 1664/11 1679/5 1728/25 1735/9
**energies [1]** 1667/15
**engage [1]** 1675/17
**engaged [1]** 1618/9
**enough [2]** 1728/21 1736/2
**ensuring [1]** 1637/2
**entail [1]** 1643/20
**entered [2]** 1593/5 1663/14
**entire [4]** 1677/18 1677/18 1710/4 1733/13
**entirely [1]** 1659/22
**entitled [1]** 1741/6
**entries [1]** 1651/6
**entry [3]** 1613/18 1652/2 1652/4
**envelope [3]** 1673/18 1673/19 1673/21
**environment [1]** 1595/16
**equity [1]** 1704/23
**equivalent [1]** 1678/5
**ES [1]** 1591/12
**especially [1]** 1729/15
**ESQ [7]** 1591/11 1591/12 1591/13 1591/16 1591/17 1591/17 1591/18
**Essentially [1]** 1701/13
**estimate [1]** 1685/13
**et [2]** 1660/6

**et cetera [1]** 1712/20
**ethical [1]** 1638/22
**evaluate [2]** 1610/11 1726/22
**even [13]** 1600/23 1606/17 1625/12 1637/1 1637/9 1637/10 1637/18 1683/17 1686/22 1688/5 1697/13 1714/20 1729/22
**evening [2]** 1629/9 1735/15
**eventually [1]** 1671/21
**ever [16]** 1609/9 1609/12 1622/14 1629/3 1633/2 1646/17 1659/1 1660/17 1660/20 1661/1 1665/2 1666/5 1670/17 1713/5 1713/8 1724/13
**every [8]** 1675/4 1678/3 1679/17 1679/20 1679/21 1700/8 1707/2 1734/3
**everybody [5]** 1593/2 1593/6 1627/10 1663/12 1663/15
**everyone [4]** 1634/20 1698/21 1712/4 1727/11
**everything [1]** 1677/19
**evidence [62]** 1592/13 1592/13 1592/14 1592/14 1592/15 1592/15 1592/16 1592/16 1592/17 1592/17 1592/18 1592/18 1592/19 1592/19 1592/20 1592/20 1592/21 1592/21 1592/22 1592/22 1592/23 1592/23 1592/24 1645/9

1647/8 1648/25 1649/14 1652/16 1661/22 1668/6 1668/9 1670/7 1671/3 1672/2 1672/9 1672/14 1672/22 1673/21 1673/23 1674/17 1687/22 1690/24 1693/5 1711/24 1716/11 1718/6 1719/10 1719/19 1720/4 1720/10 1720/14 1721/1 1721/2 1721/6 1721/8 1723/4 1723/25 1727/17 1727/18 1729/6 1736/10 1737/17
**exact [2]** 1601/22 1602/21
**exactly [10]** 1604/19 1606/1 1658/9 1665/22 1666/22 1677/16 1677/24 1715/7 1717/19 1719/6
**examination [13]** 1592/4 1592/4 1592/7 1592/7 1592/8 1593/9 1621/3 1635/21 1637/22 1684/9 1688/20 1708/5 1733/1
**examinations [1]** 1739/5
**examining [1]** 1598/1
**example [8]** 1600/4 1624/11 1626/1 1639/6 1707/25 1708/12 1711/6 1729/23
**Excellent [1]** 1691/24
**except [2]** 1640/5 1707/16
**exceptions [3]** 1606/14 1606/15 1607/4
**exchange [1]** 1722/20
**exchanged [1]**

**exercise [8]** 1635/25 1636/2 1636/3 1637/11 1639/14 1639/15 1729/18 1730/22
**exhaust [1]** 1738/25
**EXHIBIT [76]** 1592/12 1612/7 1626/20 1627/4 1645/8 1646/22 1647/12 1647/24 1648/6 1648/9 1648/22 1649/7 1649/14 1649/25 1650/5 1650/7 1650/9 1650/13 1651/3 1652/9 1652/15 1652/19 1653/6 1653/12 1653/22 1654/8 1654/18 1654/19 1654/25 1655/4 1655/6 1655/11 1655/17 1668/17 1668/24 1669/2 1669/7 1672/21 1672/24 1673/14 1673/22 1674/1 1690/1 1690/21 1691/7 1691/12 1692/22 1693/4 1693/8 1695/18 1695/19 1700/9 1701/18 1703/6 1705/9 1711/7 1711/24 1711/24 1711/25 1712/3 1715/23 1716/10 1716/14 1717/25 1718/5 1718/9 1719/9 1719/18 1719/22 1723/2 1723/7 1723/21 1723/25 1724/2 1727/14 1727/23
**exist [1]** 1607/23
**existed [1]** 1668/10
**existence [5]** 1595/21 1597/12 1598/5 1618/6 1708/2

**exit [1]** 1660/9
**exited [2]** 1663/8 1735/17
**expect [1]** 1738/7
**expected [1]** 1720/3
**experience [2]** 1600/6 1636/3
**experienced [4]** 1656/1 1714/15 1725/13 1730/15
**expert [10]** 1632/6 1724/9 1724/14 1724/19 1724/21 1724/24 1725/18 1725/23 1726/1 1730/15
**expertise [2]** 1643/1 1683/1
**experts [7]** 1633/18 1704/16 1721/18 1725/8 1725/9 1725/18 1729/22
**explain [4]** 1605/20 1644/8 1676/3 1715/7
**explained [1]** 1595/11
**expose [1]** 1637/3
**expressed [1]** 1597/18
**extent [7]** 1624/21 1635/25 1636/2 1670/3 1721/17 1731/1 1738/3
**extrinsic [1]** 1737/17

**F**

**fabricate [1]** 1599/1
**face [1]** 1608/5
**faced [2]** 1608/18 1609/13
**faces [2]** 1608/24 1610/1
**facing [1]** 1611/4
**fact [22]** 1599/17 1615/7 1622/12 1633/16 1635/12 1635/18 1639/10

# F

**fact... [15]**
1671/23 1682/14
1683/14 1684/15
1686/22 1696/17
1698/25 1703/14
1707/15 1708/7
1717/24 1725/8
1727/1 1736/16
1736/21
**facts [2]** 1611/15
1731/9
**fair [11]** 1606/19
1632/16 1683/22
1689/15 1694/15
1701/9 1703/12
1703/23 1709/16
1735/25 1736/1
**false [2]** 1687/18
1696/24
**far [2]** 1684/1
1737/16
**fast [2]** 1644/5
1652/10
**favor [1]** 1736/24
**FBI [87]** 1594/21
1595/20 1596/5
1597/17 1597/18
1597/24 1599/8
1599/15 1603/22
1604/1 1604/22
1608/2 1613/19
1613/21 1613/21
1616/3 1618/17
1618/19 1619/11
1619/25 1620/3
1620/10 1621/5
1623/21 1626/14
1628/25 1630/12
1631/14 1631/16
1632/17 1637/6
1637/21 1638/4
1638/16 1639/23
1641/15 1641/19
1645/23 1646/2
1646/12 1664/23
1665/20 1669/25
1670/8 1671/4
1671/7 1675/17
1676/19 1680/17
1683/23 1685/25
1687/10 1687/25
1688/13 1688/25
1693/14 1694/2
1694/16 1694/19
1694/22 1695/16
1696/1 1696/8
1696/12 1697/3
1697/12 1699/9
1707/21 1708/17
1709/5 1709/15
1709/21 1710/16
1716/22 1717/13
1720/3 1720/9
1721/4 1722/15
1725/13 1725/18
1726/5 1726/20
1731/16 1733/13
1734/18 1737/2
**FBI's [5]** 1618/1
1627/18 1643/10
1716/24 1737/4
**February [1]**
1615/21
**federal [2]**
1607/16 1708/2
**feedback [1]**
1611/12
**feel [2]** 1620/6
1640/15
**felt [5]** 1596/11
1597/22 1609/2
1679/10 1679/10
**few [5]** 1666/22
1675/13 1679/18
1685/25 1691/25
**field [15]** 1598/15
1600/1 1620/4
1626/16 1628/12
1631/22 1633/4
1633/6 1642/2
1664/24 1675/17
1675/18 1675/20
1683/6 1692/7
**figure [9]** 1596/6
1597/19 1630/21
1632/1 1709/18
1709/19 1709/24
1715/12 1722/14
**file [7]** 1600/8
1649/3 1650/16
1672/6 1672/8
1672/8 1677/18
**files [4]** 1672/15
1677/2 1714/10
1714/11
**fill [1]** 1697/1
**filled [1]** 1697/16
**filtered [1]** 1721/10
**finally [1]** 1655/6
**financial [1]**
1672/12
**find [8]** 1614/1
1633/5 1661/22
1662/22 1701/13
1715/6 1725/21
1725/23
**finding [2]** 1717/9
1736/18
**findings [1]**
1717/8
**fired [1]** 1693/13
**firm [1]** 1661/5
**first [41]** 1593/24
1594/6 1595/10
1596/24 1609/1
1609/12 1615/6
1616/14 1621/6
1629/12 1634/15
1636/10 1644/20
1645/18 1645/18
1645/22 1648/14
1651/23 1655/23
1655/25 1669/9
1669/12 1675/5
1675/7 1676/6
1676/13 1676/16
1676/23 1680/6
1682/10 1682/21
1683/7 1683/18
1689/19 1691/18
1695/23 1697/23
1705/7 1726/13
1727/8 1740/10
**FISA [2]** 1707/11
1707/18
**five [6]** 1678/12
1678/20 1685/2
1685/3 1699/24
1738/18
**fledged [1]**
1642/11
**flip [1]** 1702/11
**flippant [1]**
1729/18
**floor [3]** 1693/12
1693/14 1732/20
**Florida [1]**
1658/20
**focus [10]**
1620/21 1633/23
1633/25 1667/23
**focused [3]**
1612/1 1633/20
1666/14
**focusing [1]**
1667/15
**folder [1]** 1672/19
**folks [6]** 1595/8
1675/16 1691/1
1691/19 1719/13
1735/13
**follow [5]** 1665/5
1680/8 1681/3
1710/2 1714/16
**follow-up [5]**
1665/5 1680/8
1681/3 1710/2
1714/16
**followed [1]**
1621/17
**footnotes [1]**
1701/3
**foregoing [1]**
1741/4
**foreign [2]**
1648/18 1707/17
**foreign-policy [1]**
1648/18
**forensic [2]**
1661/9 1661/21
**form [2]** 1673/3
1681/25
**formal [2]**
1658/25 1672/8
**formed [1]**
1704/21
**former [1]**
1648/17
**forth [1]** 1701/25
**Fortunately [1]**
1732/24
**forward [2]**
1606/3 1680/20
**forwarded [2]**
1684/20 1723/14
**forwards [1]**
1706/2
**found [4]** 1610/14
1611/16 1629/17
1660/18
**four [3]** 1642/8
1685/2 1685/3
**Fourth [1]** 1736/5
**free [2]** 1640/15
1735/7
**Friday [3]**
1705/23 1738/11
1740/8
**front [1]** 1737/6
**full [16]** 1611/7
1636/12 1642/11
1672/19 1679/2
1683/6 1683/16
1689/24 1690/10
1690/16 1697/10
1706/18 1707/1
1707/3 1707/8
1710/5
**full-fledged [1]**
1642/11
**fun [1]** 1729/18
**funding [1]**
1638/8
**further [5]**
1635/20 1644/25
1684/7 1687/21
1735/4

# G

**gather [2]**
1678/10 1717/2
**gathered [3]**
1597/24 1627/25
1633/18
**gathering [1]**
1677/23
**Gauhar [2]**
1737/25 1739/6
**gave [16]** 1609/25
1625/23 1626/3
1628/24 1633/24
1635/13 1639/21
1660/12 1682/15
1685/6 1687/25
1688/11 1696/17
1696/20 1696/22
1708/6
**GAYNOR [14]**
1593/9 1593/10
1620/10 1626/24
1634/25 1635/21
1635/24 1640/2
1711/10 1711/11
1712/14 1712/17
1712/25 1719/15
**Gaynor's [1]**

## G

**Gaynor's... [1]**
1713/6
**general [7]**
1606/13 1606/19
1618/11 1623/17
1623/21 1644/9
1733/7
**generally [3]**
1649/20 1657/11
1681/17
**gentlemen [3]**
1663/5 1722/3
1732/15
**genuinely [1]**
1720/25
**genuineness [1]**
1721/6
**Georgia [4]**
1626/8 1627/20
1638/1 1717/1
**get [30]** 1593/3
1596/1 1596/20
1598/8 1618/19
1628/19 1629/2
1636/15 1656/1
1667/10 1676/7
1686/7 1700/25
1707/9 1707/13
1709/5 1710/14
1711/1 1714/5
1714/23 1718/21
1729/1 1732/12
1732/17 1732/21
1737/17 1738/4
1739/11 1740/8
1740/10
**get-go [1]**
1636/15
**gets [1]** 1697/19
**getting [7]**
1655/24 1658/21
1706/12 1710/22
1711/16 1717/3
1728/20
**gigabyte [1]**
1674/20
**gigabytes [1]**
1650/21
**give [9]** 1596/6
1640/10 1640/19
1656/10 1662/6
1679/15 1703/20
1724/5 1724/11

**given [14]**
1594/16 1604/1
1614/11 1644/2
1649/2 1670/11
1671/13 1678/25
1680/6 1681/23
1682/8 1684/4
1720/21 1721/10
**giving [2]**
1603/13 1603/20
**glance [1]**
1682/21
**glean [1]** 1711/5
**Global [1]**
1641/13
**go [37]** 1593/3
1593/11 1606/8
1611/1 1611/5
1611/9 1617/20
1617/21 1617/21
1617/25 1618/2
1620/9 1633/4
1634/3 1636/15
1642/17 1645/17
1647/13 1648/21
1651/2 1664/14
1667/13 1669/9
1679/14 1680/5
1681/5 1695/22
1697/22 1700/6
1701/17 1707/11
1708/25 1719/24
1721/22 1735/7
1735/21 1736/2
**go-around [1]**
1611/9
**go-to [1]** 1642/17
**GoDaddy [5]**
1658/20 1659/9
1678/2 1678/15
1702/13
**goes [2]** 1596/19
1637/5
**going [33]**
1593/11 1595/6
1599/1 1608/4
1609/4 1618/8
1620/20 1620/23
1622/13 1630/8
1630/12 1630/20
1630/22 1637/3
1644/24 1645/6
1646/21 1652/10
1656/24 1665/21

**given** [14]
1685/23 1671/20
1673/11 1674/8
1675/1 1695/4
1695/8 1722/5
1722/9 1728/21
1729/12 1732/5
1739/23
**gold [1]** 1714/2
**gone [2]** 1610/20
1730/22
**good [13]**
1593/10 1640/6
1640/13 1640/14
1640/25 1641/1
1663/1 1665/13
1684/11 1684/12
1721/19 1735/11
1740/4
**Googlable [1]**
1708/22
**Googling [1]**
1701/14
**got [27]** 1602/9
1607/18 1616/18
1618/5 1621/10
1621/12 1621/14
1621/19 1633/6
1657/20 1687/22
1700/19 1704/6
1705/6 1708/17
1709/9 1709/24
1710/11 1712/18
1714/20 1715/3
1715/8 1715/14
1715/16 1720/23
1723/9 1726/3
**gotten [2]**
1722/21 1733/11
**government [38]**
1595/10 1596/25
1598/18 1598/20
1600/13 1601/11
1602/5 1602/17
1603/19 1603/24
1605/15 1606/11
1606/17 1606/24
1607/25 1608/20
1608/23 1610/11
1610/16 1615/8
1625/24 1647/12
1648/9 1650/13
1652/19 1653/6
1653/22 1654/8
1654/18 1655/4

1684/25 1685/22
1701/18 1711/24
1736/24 1738/16
**government's**
**[45]** 1612/7
1640/8 1645/8
1646/22 1647/2
1647/23 1648/2
1648/6 1648/21
1649/6 1649/13
1649/25 1650/4
1650/7 1650/9
1651/2 1652/9
1652/15 1652/20
1652/23 1653/3
1653/12 1653/19
1653/23 1654/4
1654/9 1654/15
1654/19 1654/25
1655/6 1655/11
1655/17 1668/17
1668/20 1668/24
1669/4 1672/21
1672/24 1673/14
1673/22 1674/1
1690/1 1695/19
1700/9 1703/5
**Grasso [25]**
1627/19 1632/9
1632/11 1633/10
1639/2 1662/1
1665/20 1665/22
1716/24 1717/15
1717/18 1717/21
1718/12 1718/14
1718/15 1721/22
1722/9 1722/10
1723/4 1723/9
1723/12 1723/23
1724/4 1724/16
1734/18
**great [5]** 1645/9
1655/10 1674/11
1732/20 1735/15
**ground [2]**
1662/22 1736/11
**Group [5]**
1647/17 1647/21
1648/5 1700/16
1701/10
**guess [6]**
1622/18 1660/5
1660/8 1682/10

**guidance [1]**
1710/20
**guide [1]** 1636/5
**guidelines [1]**
1707/20
**guy [2]** 1698/5
1711/16
**guys [1]** 1656/25

## H

**hack [1]** 1704/25
**had [148]** 1594/3
1594/9 1594/16
1596/24 1597/18
1597/19 1598/14
1598/15 1599/19
1599/24 1601/1
1601/5 1601/13
1601/18 1602/8
1602/17 1604/9
1604/14 1604/16
1605/16 1607/2
1608/22 1609/2
1609/9 1609/18
1610/13 1610/19
1610/21 1610/22
1611/9 1611/16
1611/18 1613/25
1615/9 1615/12
1615/15 1615/18
1616/5 1618/24
1619/6 1619/10
1619/22 1620/3
1622/10 1624/17
1628/18 1629/6
1629/9 1629/15
1629/16 1630/18
1631/18 1632/4
1632/20 1632/23
1632/23 1634/4
1634/8 1639/18
1639/22 1643/2
1646/11 1656/12
1656/17 1656/18
1656/18 1659/15
1659/17 1660/14
1660/17 1660/18
1661/1 1661/5
1661/8 1662/14
1664/24 1665/5
1665/10 1665/10
1666/11 1666/13
1666/17 1666/20

**had... [65]** 1667/4
1667/8 1668/7
1668/7 1671/13
1671/15 1674/6
1674/16 1675/12
1675/13 1678/10
1679/1 1679/8
1679/17 1679/23
1680/3 1680/13
1680/23 1681/6
1681/7 1681/23
1682/8 1682/9
1682/17 1683/4
1683/4 1688/4
1688/5 1688/24
1697/11 1697/11
1697/14 1697/17
1699/8 1705/20
1710/6 1714/16
1715/12 1717/16
1717/18 1718/19
1719/4 1721/10
1721/17 1722/20
1722/21 1722/25
1723/9 1724/10
1725/12 1725/16
1726/5 1726/19
1728/6 1728/16
1730/7 1730/12
1730/16 1731/5
1731/19 1733/10
1733/11 1733/21
1734/3 1736/18
**hadn't [3]**
1593/19 1599/4
1631/9
**half [3]** 1688/16
1688/19 1692/25
**hand [3]** 1640/10
1640/16 1679/9
**handed [1]**
1672/19
**handler [5]**
1636/25 1637/17
1680/25 1681/2
1681/4
**handling [4]**
1664/23 1665/5
1665/18 1724/24
**handwritten [1]**
1616/10
**happen [2]**
1675/3 1683/20

**happened [1]**
1615/3
**happening [1]**
1678/4
**happens [1]**
1622/6
**hard [4]** 1679/15
1682/23 1720/21
1729/12
**hardware [1]**
1672/17
**HARDWICK [1]**
1591/18
**harm [1]** 1637/3
**has [11]** 1606/22
1607/10 1608/15
1648/17 1658/3
1671/4 1671/5
1707/21 1729/1
1736/21 1737/13
**hasn't [2]** 1700/7
1736/15
**have [199]**
**haven't [2]**
1699/21 1736/11
**having [4]**
1638/10 1675/5
1682/9 1739/2
**he [78]** 1594/1
1594/3 1594/4
1602/14 1605/19
1614/5 1614/19
1614/22 1626/16
1632/13 1632/14
1632/22 1632/23
1634/13 1635/4
1635/6 1635/13
1635/13 1635/14
1635/14 1635/15
1645/1 1645/4
1645/6 1648/17
1656/17 1662/3
1662/6 1662/7
1662/8 1662/8
1662/10 1664/24
1665/10 1665/12
1665/17 1665/20
1671/12 1671/13
1684/5 1691/24
1692/3 1692/10
1692/15 1693/18
1694/2 1698/5
1705/12 1706/13
1709/9 1711/18

1712/16 1712/22
1712/24 1715/7
1716/5 1716/9
1717/12 1718/13
1718/13 1722/11
1722/12 1722/17
1722/20 1722/21
1722/25 1724/7
1728/25 1729/3
1729/4 1729/5
1729/11 1729/19
1730/4 1731/14
1734/14 1734/19
1734/25
**he's [8]** 1626/8
1627/10 1632/16
1711/12 1728/15
1730/1 1730/1
1730/2
**head [2]** 1655/13
1694/12
**header [1]** 1627/6
**headquarters [33]**
1598/22 1622/6
1622/15 1623/20
1638/12 1667/6
1667/14 1667/17
1675/1 1675/16
1679/18 1683/20
1684/3 1684/5
1690/17 1692/11
1692/15 1693/15
1694/3 1694/8
1694/9 1695/3
1696/11 1697/14
1698/6 1698/7
1710/14 1710/21
1710/25 1712/19
1713/2 1719/5
1722/11
**headquarters' [3]**
1679/1 1679/2
1684/3
**heads [2]** 1722/4
1732/19
**Health [3]**
1644/14 1660/11
1660/14
**hear [6]** 1605/18
1639/2 1713/2
1713/5 1713/8
1737/18
**heard [6]** 1609/15
1639/1 1639/4

1712/18 1722/2
1728/8
**hearing [4]**
1605/16 1608/22
1671/17 1672/3
**Heide [32]**
1642/23 1643/18
1645/2 1656/8
1667/5 1675/8
1689/4 1689/6
1690/15 1690/16
1690/25 1691/18
1692/13 1692/24
1693/12 1693/17
1694/5 1694/7
1695/12 1697/7
1697/8 1699/10
1706/5 1706/7
1710/25 1711/9
1711/13 1712/6
1712/17 1713/15
1719/16 1738/20
**HELD [1]** 1591/8
**Hellman [11]**
1656/4 1656/6
1656/15 1656/16
1656/23 1705/16
1727/15 1728/6
1728/9 1728/12
1728/22
**help [6]** 1612/19
1612/20 1614/8
1636/5 1675/15
1724/5
**helped [3]**
1617/13 1676/4
1680/4
**helpful [5]** 1644/6
1680/9 1704/17
1709/25 1710/1
**helps [1]** 1606/3
**her [4]** 1640/10
1732/12 1732/17
1738/4
**here [23]** 1598/10
1601/14 1603/8
1624/12 1624/25
1646/5 1650/24
1653/15 1654/1
1654/11 1654/22
1663/22 1686/12
1687/24 1688/3
1705/17 1717/3
1717/6 1720/19

1720/19 1730/6
1730/21 1737/2
**here's [1]**
1714/11
**hereby [1]** 1741/4
**Herman [3]**
1591/21 1741/3
1741/11
**Hey [2]** 1710/25
1712/6
**hide [1]** 1644/18
**hiding [1]**
1600/21
**Hiede [1]** 1694/10
**hierarchical [1]**
1694/22
**higher [1]** 1699/8
**highlight [1]**
1645/18
**highlighted [1]**
1647/14
**highly [4]** 1601/7
1602/16 1682/1
1703/22
**highly-biasing [1]**
1602/16
**Hillary [2]** 1734/4
1734/9
**him [26]** 1602/8
1603/7 1627/16
1628/14 1628/16
1628/18 1628/19
1629/5 1632/20
1632/24 1633/13
1692/14 1692/16
1699/14 1717/5
1718/12 1718/20
1718/24 1722/14
1722/18 1723/1
1723/16 1724/7
1724/22 1728/19
1734/18
**himself [3]**
1594/4 1628/1
1717/2
**hinder [4]** 1606/7
1612/20 1614/8
1617/15
**hindered [1]**
1617/14
**hindsight [1]**
1682/4
**hired [1]** 1619/16
**hiring [1]** 1619/23

**H**

**his [17]** 1609/17 1632/19 1639/5 1656/13 1656/24 1664/23 1665/13 1665/15 1665/18 1712/15 1717/8 1717/8 1717/8 1718/13 1724/24 1729/10 1734/8
**hit [2]** 1593/11 1693/7
**hold [55]** 1594/18 1598/7 1598/11 1598/25 1599/1 1599/12 1599/15 1599/22 1600/7 1610/12 1610/15 1610/17 1611/5 1611/19 1611/22 1612/5 1612/11 1612/13 1612/16 1612/22 1613/9 1613/10 1613/15 1614/9 1614/12 1614/19 1614/23 1615/2 1615/13 1615/23 1616/6 1616/15 1616/21 1616/23 1617/3 1617/6 1617/8 1617/13 1617/16 1622/18 1622/22 1623/13 1623/22 1624/2 1624/5 1624/8 1624/19 1624/22 1624/23 1625/2 1625/7 1625/22 1641/19 1713/8 1738/22
**holding [6]** 1612/17 1612/18 1612/25 1613/14 1614/8 1615/12
**holds [2]** 1599/20 1625/4
**home [1]** 1662/20
**honest [1]** 1699/18
**honestly [2]** 1609/3 1692/15
**Honor [24]** 1593/8 1635/22 1647/9 1650/10

1663/5 1665/14 1663/17 1669/3 1669/8 1673/22 1684/7 1711/23 1721/23 1722/7 1728/10 1735/5 1736/13 1736/19 1737/1 1737/20 1737/22 1739/1 1739/20 1740/3
**HONORABLE [1]** 1591/8
**hope [5]** 1723/11 1728/22 1730/21 1738/1 1739/3
**hospitality [2]** 1659/14 1660/2
**hosting [1]** 1659/13
**hotels [1]** 1660/5
**hour [1]** 1693/1
**hours [1]** 1679/18
**how [57]** 1593/12 1599/13 1604/19 1605/20 1607/7 1619/3 1620/19 1620/24 1643/20 1644/20 1651/10 1660/19 1661/4 1662/3 1662/8 1664/21 1665/13 1674/3 1675/3 1675/8 1676/4 1677/23 1678/9 1678/19 1679/13 1679/15 1680/1 1680/20 1682/3 1684/4 1684/25 1688/13 1688/14 1688/15 1688/17 1688/24 1699/2 1708/5 1711/16 1714/18 1714/23 1715/2 1715/7 1717/4 1721/23 1721/25 1722/2 1725/1 1725/6 1725/19 1726/4 1731/6 1732/2 1737/11 1737/13 1737/16 1739/5
**However [2]** 1680/9 1717/1
**Hubiak [1]**

**huh [26]** 1600/3 1616/20 1616/25 1618/12 1631/20 1643/22 1670/15 1674/10 1677/10 1681/16 1686/1 1686/18 1688/23 1689/22 1691/17 1692/2 1693/20 1696/6 1700/4 1706/11 1715/18 1719/14 1722/19 1725/5 1727/16 1738/19
**human [15]** 1603/15 1636/18 1636/21 1636/25 1637/5 1638/3 1639/22 1664/18 1680/24 1720/9 1724/15 1724/20 1725/3 1739/21 1739/25
**HUSA [1]** 1736/12
**hybrid [1]** 1641/24

**I**

**I'd [2]** 1690/21 1721/22
**I'll [2]** 1659/9 1667/13
**I'm [30]** 1595/6 1604/19 1606/5 1608/2 1608/2 1619/2 1627/12 1629/15 1629/18 1644/6 1646/21 1647/7 1652/10 1673/11 1673/13 1674/8 1683/19 1686/12 1686/15 1688/3 1705/25 1705/25 1706/1 1706/15 1720/19 1723/13 1723/14 1732/5 1732/15 1739/8
**I've [2]** 1613/2 1692/16
**idea [4]** 1685/22 1721/13 1721/18 1731/2

**identification [1]** 1673/14
**identify [1]** 1734/18
**identities [1]** 1626/2
**identity [17]** 1594/17 1594/20 1598/9 1598/15 1599/15 1600/18 1602/18 1609/19 1611/20 1624/2 1624/9 1624/23 1625/9 1625/23 1633/7 1644/19 1718/14
**ill [1]** 1609/2
**illegal [1]** 1657/15
**immediate [1]** 1675/9
**imminently [1]** 1608/4
**impacted [1]** 1662/23
**impeach [1]** 1735/24
**impeachment [1]** 1736/10
**imply [1]** 1730/19
**important [9]** 1680/6 1689/12 1699/7 1709/23 1713/18 1714/5 1715/4 1729/16 1738/10
**impossible [1]** 1671/18
**impression [4]** 1593/20 1593/23 1594/1 1594/3
**inability [1]** 1599/12
**inacc [1]** 1616/19
**inaccuracy [2]** 1616/2 1634/6
**inaccurate [2]** 1656/20 1665/15
**inactive [1]** 1659/22
**inbox [1]** 1660/8
**incentive [1]** 1722/6
**include [1]** 1693/12

**included [1]** 1625/3
**includes [1]** 1698/9
**including [3]** 1631/12 1691/1 1691/19
**incomplete [7]** 1656/20 1665/14 1667/9 1677/1 1677/9 1683/4 1730/14
**incorrect [1]** 1615/24
**independently [1]** 1710/7
**Indiana [2]** 1666/24 1666/25
**indicate [1]** 1651/15
**indicated [3]** 1610/14 1616/24 1646/5
**indicates [1]** 1651/14
**indicating [1]** 1708/1
**indication [1]** 1638/7
**individual [11]** 1594/18 1606/2 1607/24 1608/2 1616/17 1624/9 1625/6 1633/7 1633/9 1662/19 1662/21
**individuals [1]** 1618/18
**industry [2]** 1659/14 1660/2
**influence [2]** 1648/11 1648/15
**influenced [1]** 1726/5
**info [1]** 1712/9
**information [130]** 1594/16 1594/21 1594/23 1595/7 1595/23 1596/3 1596/4 1597/1 1597/1 1597/10 1597/11 1597/16 1597/23 1598/23 1599/25 1600/18

**I**

**information...**
**[114]** 1601/7
1602/12 1602/16
1602/18 1602/25
1603/21 1604/1
1606/3 1606/8
1608/19 1610/12
1618/19 1618/19
1621/4 1625/6
1625/8 1625/17
1625/23 1628/25
1629/15 1631/4
1631/11 1631/23
1632/2 1632/23
1633/5 1633/8
1633/10 1636/15
1637/7 1637/21
1639/21 1643/24
1645/24 1646/6
1646/11 1647/5
1658/2 1658/11
1658/21 1658/22
1658/25 1659/1
1662/6 1662/20
1664/25 1665/8
1666/19 1667/8
1671/18 1676/14
1676/22 1677/19
1680/4 1680/5
1680/8 1680/18
1680/20 1680/21
1680/22 1681/7
1681/23 1682/8
1682/9 1682/16
1683/3 1686/23
1687/13 1687/15
1688/1 1688/9
1689/12 1689/13
1696/2 1697/5
1697/10 1698/17
1699/1 1699/6
1699/11 1699/19
1700/16 1701/9
1701/11 1701/13
1702/7 1704/3
1708/1 1708/6
1708/17 1709/9
1709/12 1709/21
1709/24 1710/16
1710/22 1711/15
1711/17 1713/9
1714/13 1714/19
1715/16 1720/7

1720/20 1720/22
1721/9 1721/10
1721/11 1724/12
1725/3 1726/6
1731/5 1731/17
1731/20
**informed [2]**
1610/22 1626/16
**initial [16]**
1645/16 1656/2
1656/21 1657/3
1657/3 1665/4
1665/12 1676/5
1704/21 1704/22
1705/3 1728/15
1728/16 1729/19
1730/13 1730/13
**initially [7]**
1597/9 1597/18
1645/6 1668/1
1670/21 1688/10
1725/11
**initiate [1]**
1671/16
**initiated [1]**
1598/16
**initiative [1]**
1599/24
**inside [1]**
1615/24
**instance [6]**
1596/1 1599/24
1606/17 1630/15
1631/22 1632/20
**instances [1]**
1630/12
**instead [3]**
1609/8 1613/4
1672/6
**instruction [3]**
1599/8 1600/7
1600/14
**instructions [1]**
1740/10
**Intelligence [1]**
1707/17
**intending [1]**
1718/25
**intentional [1]**
1733/16
**intentionally [2]**
1699/15 1733/17
**interacted [1]**
1623/19

**interactions [1]**
1608/12
**interest [9]**
1607/25 1618/5
1619/7 1632/24
1677/19 1679/1
1684/3 1722/22
1723/15
**interested [4]**
1609/7 1667/2
1667/18 1694/8
**interesting [1]**
1657/16
**internet [4]**
1631/19 1644/19
1658/17 1662/20
**interview [69]**
1596/14 1596/15
1596/17 1596/18
1597/22 1598/2
1598/3 1599/10
1603/9 1603/12
1603/21 1604/1
1604/6 1604/10
1604/15 1604/18
1604/21 1605/8
1605/23 1608/9
1610/19 1611/8
1611/10 1613/19
1613/22 1613/23
1613/24 1614/7
1615/15 1619/4
1621/2 1621/4
1621/8 1621/11
1621/14 1621/15
1621/19 1622/13
1623/4 1628/14
1628/16 1629/19
1629/21 1630/7
1633/13 1634/7
1634/8 1634/10
1634/17 1665/2
1665/4 1666/5
1667/7 1672/11
1676/23 1685/6
1709/20 1710/18
1710/20 1711/14
1712/6 1712/9
1712/23 1713/3
1713/16 1713/18
1713/21 1717/5
1718/17
**interviewed [16]**
1601/10 1601/18

1619/11 1621/7
1628/11 1628/12
1628/18 1629/12
1630/25 1666/7
1686/4 1686/5
1686/20 1699/21
**interviewing [5]**
1597/15 1597/20
1630/3 1667/19
1686/7
**interviews [7]**
1605/4 1630/11
1658/24 1675/15
1675/20 1675/21
1706/22
**intimated [1]**
1611/8
**introduction [1]**
1647/20
**invalid [1]**
1636/15
**investigate [3]**
1618/20 1704/10
1705/1
**investigated [4]**
1596/22 1657/1
1661/1 1702/1
**investigating [5]**
1594/20 1643/11
1661/7 1695/8
1736/25
**investigation**
**[111]** 1593/13
1593/15 1594/14
1595/9 1596/14
1597/3 1597/6
1601/8 1601/15
1605/16 1605/24
1606/1 1606/3
1606/7 1607/8
1607/9 1609/4
1609/10 1610/1
1611/15 1617/14
1617/15 1617/19
1618/1 1618/6
1618/17 1619/12
1620/10 1620/21
1622/10 1625/15
1626/5 1627/11
1633/16 1635/1
1636/6 1636/11
1636/11 1636/13
1636/16 1643/10

1645/4 1645/7
1646/10 1657/3
1657/4 1657/9
1657/12 1660/25
1661/9 1661/19
1662/1 1662/23
1662/24 1664/17
1668/5 1668/12
1669/15 1669/19
1670/22 1671/6
1671/8 1671/9
1674/23 1674/25
1677/5 1682/3
1683/6 1683/24
1686/17 1686/19
1687/22 1688/7
1688/18 1688/21
1689/7 1689/20
1689/23 1689/24
1690/5 1690/10
1690/17 1694/16
1695/4 1695/25
1696/10 1697/19
1698/22 1699/17
1699/22 1700/1
1700/2 1701/7
1704/16 1705/23
1706/18 1707/1
1707/2 1707/3
1707/5 1707/8
1707/15 1707/25
1712/10 1715/15
1730/9 1735/24
1736/6 1736/18
1736/21 1737/5
**investigations [5]**
1599/19 1599/22
1600/5 1605/21
1656/13
**investigative [17]**
1595/24 1596/5
1600/8 1613/24
1618/23 1620/6
1629/25 1644/1
1689/9 1706/9
1707/3 1707/7
1717/22 1718/25
1719/7 1726/21
1727/2
**investigatively [1]**
1637/3
**investigators [4]**
1601/18 1627/19
1661/20 1716/25

**I**

involved [14]
1593/12 1620/7
1623/12 1623/22
1624/12 1625/20
1638/15 1657/13
1679/4 1684/5
1688/7 1688/18
1689/4 1717/7
involves [1]
1636/3
IP [23] 1632/24
1633/3 1649/23
1650/17 1651/17
1654/3 1654/12
1654/24 1657/25
1658/4 1660/15
1660/17 1660/23
1662/7 1662/8
1662/12 1662/14
1662/17 1677/17
1678/12 1702/16
1722/21 1723/10
irrelevant [1]
1672/17
is [277]
Is-there-a-relation
ship-here [1]
1730/6
isn't [8] 1606/8
1616/12 1630/17
1630/22 1669/6
1672/8 1707/2
1729/12
ISP [4] 1658/17
1664/12 1678/2
1710/7
issue [15] 1596/9
1596/12 1596/19
1602/7 1602/8
1602/21 1619/23
1620/25 1625/7
1636/10 1663/22
1670/23 1688/5
1711/25 1739/15
issues [5]
1603/15 1605/7
1625/4 1638/23
1740/7
it [348]
it's [47] 1596/18
1605/8 1606/2
1607/23 1613/12
1613/13 1616/2

1616/16 1617/8
1632/16 1634/18
1634/18 1645/9
1649/16 1650/21
1660/23 1664/11
1665/15 1672/22
1674/20 1676/16
1676/17 1682/23
1687/24 1693/23
1694/10 1700/12
1705/18 1708/22
1708/22 1708/24
1712/22 1716/18
1721/7 1721/11
1723/3 1727/14
1727/17 1732/23
1733/18 1736/1
1736/14 1736/20
1736/21 1737/3
1737/19 1738/20
item [3] 1615/6
1648/24 1650/2
items [3] 1652/12
1653/16 1704/12
its [5] 1597/19
1659/21 1671/6
1671/19 1738/16
itself [6] 1595/14
1597/2 1602/12
1619/15 1656/2
1665/14
IV [1] 1591/12

**J**

James [7]
1646/15 1670/8
1671/12 1687/23
1688/11 1697/13
1734/23
January [5]
1641/18 1642/4
1670/6 1670/14
1670/15
Jared [1] 1738/21
jeopardy [1]
1605/19
job [1] 1699/2
Joe [6] 1613/19
1614/4 1614/4
1614/8 1615/15
1698/4
Joffe [7] 1633/10
1639/1 1639/2
1639/4 1639/7

1630/10 1734/17 1740/10
jogged [2] 1612/1
1612/10
joined [3]
1593/14 1642/3
1642/5
joining [1]
1642/24
JONATHAN [2]
1591/12 1698/2
Joseph [1]
1692/14
Josh [1] 1691/19
Josh Hubiak [1]
1691/19
JUDGE [1]
1591/9
judgment [1]
1682/19
July [1] 1673/7
June [1] 1737/25
jury [23] 1591/8
1593/5 1605/20
1627/5 1643/20
1644/8 1644/16
1649/20 1653/8
1659/25 1663/8
1663/13 1663/14
1676/4 1691/14
1700/7 1714/6
1716/16 1720/1
1728/8 1732/24
1735/17 1740/10
jury's [1] 1660/19
just [103] 1593/11
1599/13 1599/21
1600/4 1601/25
1603/5 1605/24
1607/18 1607/21
1608/5 1613/9
1613/11 1616/18
1619/15 1624/22
1626/20 1627/10
1630/11 1631/25
1634/3 1634/13
1634/17 1637/11
1643/13 1643/19
1643/21 1644/1
1644/4 1644/8
1644/17 1645/9
1645/21 1646/23
1647/14 1648/3
1648/14 1649/7
1649/11 1649/20

1652/1 1652/12
1653/8 1653/16
1656/10 1663/19
1666/13 1667/13
1669/12 1669/22
1670/13 1671/25
1672/19 1675/22
1677/6 1680/17
1682/21 1683/21
1690/9 1690/24
1692/21 1695/13
1695/22 1697/1
1697/14 1697/22
1697/23 1699/6
1700/5 1700/6
1700/10 1701/2
1701/18 1701/23
1702/21 1703/5
1703/16 1703/19
1703/20 1706/15
1708/1 1711/25
1712/15 1714/4
1714/6 1715/22
1715/23 1715/24
1717/24 1718/11
1719/25 1720/22
1721/7 1721/10
1723/20 1723/24
1727/14 1728/4
1728/8 1729/8
1736/13 1738/7
Justice [26]
1609/7 1645/24
1646/2 1646/6
1670/2 1670/12
1682/15 1683/15
1687/16 1687/25
1688/8 1696/2
1696/7 1696/12
1697/3 1697/6
1697/11 1697/12
1698/18 1699/2
1699/5 1699/12
1704/13 1733/4
1733/8 1734/22

**K**

keep [6] 1600/7
1618/13 1656/24
1674/25 1722/5
1739/2
KEILTY [1]
1591/12

key [1] 1665/15
kind [15] 1618/9
1624/17 1626/10
1641/10 1643/20
1645/4 1659/25
1672/13 1679/14
1682/6 1699/21
1702/12 1704/25
1707/23 1730/6
kinds [1] 1631/12
Kirkland [1]
1661/6
knew [41]
1594/14 1595/4
1600/1 1600/2
1600/21 1600/21
1609/19 1614/2
1614/5 1616/24
1621/6 1622/12
1626/13 1628/7
1636/19 1636/24
1665/22 1666/20
1666/21 1670/6
1670/10 1679/8
1682/15 1684/1
1687/6 1687/7
1687/23 1695/7
1697/14 1705/22
1722/12 1725/2
1725/7 1725/15
1726/5 1726/17
1730/14 1730/16
1731/4 1731/17
1734/8
know [130]
1593/21 1594/10
1596/5 1597/16
1598/8 1598/10
1601/3 1607/20
1609/3 1610/10
1613/2 1613/25
1614/21 1615/25
1615/25 1618/2
1618/6 1619/9
1620/17 1620/19
1620/24 1625/18
1628/13 1628/24
1630/6 1632/19
1632/19 1633/2
1633/9 1633/12
1636/4 1638/12
1638/19 1639/6
1639/10 1644/4
1647/19 1649/21

# K

**know... [92]**
1649/21 1650/20
1660/7 1660/19
1661/7 1664/1
1666/7 1666/8
1666/8 1667/4
1667/21 1671/10
1671/13 1671/17
1673/19 1676/18
1677/3 1677/17
1678/6 1678/6
1679/3 1680/9
1682/21 1682/23
1683/5 1685/24
1686/12 1686/15
1686/16 1686/22
1686/25 1687/3
1687/7 1687/8
1687/19 1687/20
1690/19 1693/3
1693/14 1693/25
1696/25 1697/2
1697/13 1698/2
1698/4 1699/7
1700/12 1704/2
1705/25 1706/2
1708/21 1710/17
1713/22 1714/10
1714/21 1714/21
1715/9 1717/4
1717/10 1717/17
1717/20 1717/20
1718/21 1719/6
1721/1 1722/10
1722/14 1725/12
1725/19 1726/10
1727/7 1729/14
1730/4 1730/14
1731/1 1731/9
1731/17 1731/19
1731/21 1732/10
1733/9 1733/9
1733/19 1734/22
1735/13 1736/2
1736/2 1737/15
1737/15 1737/16
1738/2 1739/5

**knowing [3]**
1676/1 1721/3
1727/18

**knowledge [5]**
1625/16 1631/1
1631/21 1684/18

**known [10]**
1601/13 1602/19
1632/16 1679/23
1680/3 1680/13
1680/23 1681/6
1726/19 1734/3

**knows [1]**
1606/17

**Kyle [1]** 1656/13

# L

**ladies [3]** 1663/5
1722/2 1732/15
**land [2]** 1611/14
1697/14
**laptop [2]** 1671/8
1671/9
**large [2]** 1635/25
1678/15
**largely [2]**
1637/11 1659/21
**larger [1]** 1677/12
**last [6]** 1641/4
1685/18 1702/21
1703/3 1727/25
1739/25
**late [1]** 1670/22
**later [5]** 1610/5
1615/22 1616/22
1629/14 1629/19
**LATHAM [1]**
1591/18
**latter [1]** 1736/3
**law [2]** 1623/18
1661/5
**lawful [1]** 1707/16
**lawfully [1]**
1716/24
**lawyer [2]**
1625/17 1635/6
**lead [6]** 1643/11
1643/14 1643/19
1655/19 1674/24
1676/7
**leadership [8]**
1598/12 1599/15
1621/17 1621/20
1621/23 1623/12
1643/2 1694/17
**leading [4]**
1643/23 1648/16
1725/8 1725/9
**leads [3]** 1658/23

**learn [19]**
1635/17 1639/20
1644/21 1646/11
1646/17 1656/16
1658/13 1659/6
1659/7 1661/1
1661/4 1661/18
1662/25 1664/18
1664/21 1665/8
1677/22 1694/2
1712/20
**learned [10]**
1633/7 1643/5
1659/9 1659/12
1666/10 1666/16
1694/8 1708/6
1708/14 1715/16
**learning [1]**
1667/2
**leased [1]**
1658/20
**least [12]** 1597/16
1597/18 1598/10
1621/13 1628/8
1629/24 1670/8
1675/4 1677/1
1684/3 1700/8
1725/21
**leave [2]** 1649/19
1739/6
**leaves [5]** 1631/7
1631/9 1738/11
1738/13 1739/9
**leaving [2]**
1732/10 1737/25
**led [1]** 1714/1
**left [1]** 1714/12
**leftover [1]**
1672/1
**legal [1]** 1607/23
**legit [1]** 1683/13
**let [7]** 1593/10
1621/23 1661/7
1677/6 1680/7
1697/1 1732/13
**let's [20]** 1604/3
1611/17 1612/7
1626/20 1627/5
1631/3 1640/8
1644/25 1646/4
1690/1 1693/9
1700/1 1700/5
1700/9 1701/17

1676/7 1717/22
1716/15 1719/9
1732/12
**letter [1]** 1630/15
**level [3]** 1623/13
1636/10 1667/23
**levels [3]** 1697/20
1699/8 1706/25
**liaison [2]**
1619/14 1630/19
**lied [3]** 1699/10
1699/14 1734/25
**life [2]** 1659/21
1710/10
**lifespan [1]**
1659/21
**like [47]** 1599/18
1599/23 1606/2
1609/2 1631/8
1650/20 1658/3
1661/22 1662/19
1664/11 1667/7
1671/7 1671/12
1671/17 1672/10
1672/14 1677/3
1678/5 1678/6
1678/8 1679/22
1680/17 1682/7
1682/22 1683/3
1683/4 1683/15
1690/21 1692/25
1693/16 1708/25
1710/18 1710/19
1713/12 1718/25
1721/22 1723/19
1727/24 1729/1
1729/12 1729/14
1729/17 1729/18
1733/14 1735/21
1739/10 1739/17
**likely [5]** 1665/24
1717/2 1725/16
1738/25 1739/11
**line [3]** 1604/20
1607/22 1727/25
**lines [1]** 1726/14
**Link [7]** 1662/5
1693/1 1693/2
1693/3 1698/5
1718/2 1727/15
**links [2]** 1688/1
1695/8
**list [8]** 1612/2
1612/4 1615/6

1615/9 1617/10
1647/13 1648/22
1738/18
**listed [2]** 1650/24
1674/17
**Listrak [12]**
1629/21 1630/11
1630/14 1658/18
1658/24 1664/12
1675/20 1678/13
1708/13 1708/18
1708/23 1709/2
**litigatory [1]**
1638/23
**little [14]** 1632/9
1636/17 1642/8
1645/10 1646/4
1646/23 1649/7
1663/19 1681/22
1698/4 1700/1
1706/21 1714/4
1723/14
**LLP [1]** 1591/18
**located [2]**
1642/1 1700/17
**location [2]**
1678/4 1739/21
**log [6]** 1649/22
1666/13 1674/17
1677/2 1677/18
1677/18
**logical [5]** 1676/6
1676/22 1712/9
1718/24 1719/7
**logs [12]** 1595/25
1650/19 1659/7
1660/12 1667/11
1668/7 1710/5
1710/23 1711/5
1712/20 1717/17
1719/3
**long [8]** 1635/22
1688/13 1688/15
1688/17 1721/25
1732/2 1738/9
1739/5
**longer [2]** 1610/8
1679/14
**look [18]** 1595/19
1603/6 1619/19
1656/21 1660/15
1670/13 1678/8
1682/18 1682/19
1682/22 1683/12

**L**

look... [7]
1705/17 1708/24
1716/22 1725/14
1729/11 1730/16
1736/14
looked [9]
1615/12 1615/15
1615/18 1629/16
1653/16 1662/19
1668/8 1703/16
1710/12
looking [14]
1609/8 1619/9
1637/18 1638/14
1649/21 1654/1
1654/11 1654/22
1658/15 1666/14
1667/11 1714/3
1730/13 1733/13
looks [3] 1692/25
1718/25 1723/19
lookup [3] 1649/1
1651/16 1702/13
lookups [3]
1649/11 1650/3
1702/15
looped [1]
1704/16
Lorenzen [1]
1632/6
Lorraine [3]
1591/21 1741/3
1741/11
lot [10] 1605/6
1658/2 1667/8
1667/10 1672/2
1682/16 1682/24
1683/1 1683/2
1696/18
Lots [1] 1695/16
Lower [1]
1716/15
LW [1] 1616/9
lying [1] 1734/22

**M**

ma'am [1]
1640/13
Madam [1]
1739/24
made [12]
1598/14 1599/11
1615/7 1621/17

1629/20 1633/4
1657/16 1682/9
1684/1 1697/15
1713/16 1725/19
mail [2] 1664/13
1708/24
mail1.trump [1]
1663/25
mail1.trump-emai
l.com [1] 1663/25
main [2] 1607/24
1608/2
maintain [1]
1599/15
make [10] 1603/1
1604/3 1682/19
1683/11 1683/18
1686/9 1690/9
1710/9 1712/19
1725/16
makes [2] 1617/2
1723/11
making [3]
1601/22 1602/23
1643/24
Manager [1]
1641/13
Mandiant [14]
1619/12 1619/15
1619/16 1619/19
1619/23 1619/23
1629/13 1629/15
1630/11 1630/17
1630/19 1661/12
1661/13 1668/8
Mandiant's [1]
1661/19
manner [3]
1618/25 1619/6
1620/8
many [10]
1599/13 1650/23
1674/3 1675/8
1678/19 1684/4
1684/25 1688/24
1689/1 1689/2
March [1] 1738/5
marked [2]
1646/21 1673/13
marketing [4]
1659/13 1660/1
1664/10 1708/25
markings [1]
1674/16

mask [1] 1640/11
masks [2]
1634/12 1634/21
matches [1]
1736/16
material [5]
1603/9 1610/20
1648/18 1656/9
1680/24
materials [4]
1659/7 1670/4
1681/1 1708/25
matter [26]
1593/22 1594/2
1594/20 1609/9
1619/1 1620/6
1620/23 1643/10
1656/24 1675/18
1688/24 1695/14
1695/21 1696/12
1696/25 1722/22
1724/9 1724/14
1724/19 1724/21
1724/23 1730/7
1730/9 1736/15
1737/22 1741/7
mattered [1]
1696/14
matters [2]
1678/17 1678/22
may [18] 1591/4
1607/20 1607/25
1608/5 1627/19
1649/15 1649/21
1653/23 1669/4
1671/24 1685/9
1707/16 1713/14
1716/24 1720/25
1721/14 1724/21
1741/11
maybe [9]
1630/17 1637/7
1665/21 1671/24
1676/16 1683/10
1689/2 1706/1
1714/7
McMahon [1]
1738/23
me [44] 1593/10
1594/16 1601/6
1605/19 1611/8
1614/22 1615/7
1616/7 1616/17
1616/17 1616/24

1633/7 1634/19
1634/22 1644/23
1661/6 1661/7
1672/19 1675/14
1677/6 1680/4
1680/6 1680/7
1682/17 1683/14
1684/22 1697/1
1697/15 1706/2
1708/13 1714/15
1720/24 1722/12
1725/13 1725/16
1726/1 1729/7
1729/9 1729/18
1731/18 1732/13
1736/9
mean [16]
1599/23 1605/25
1613/9 1613/10
1613/22 1664/8
1665/18 1667/19
1678/25 1704/1
1714/15 1723/15
1724/7 1725/11
1731/3 1739/1
Meaning [4]
1595/19 1664/9
1704/25 1708/22
means [5] 1606/1
1606/11 1607/15
1613/21 1615/13
meant [5]
1608/18 1612/25
1616/7 1729/3
1729/4
measure [1]
1618/11
media [2] 1620/9
1679/12
meet [7] 1606/24
1608/8 1684/15
1684/19 1684/21
1684/25 1686/2
meeting [18]
1594/12 1596/17
1600/12 1605/11
1605/12 1609/3
1609/3 1610/4
1611/1 1612/4
1616/5 1616/10
1616/22 1622/24
1623/2 1665/21
1665/23 1726/16

meetings [6]
1616/5 1685/4
1685/12 1685/21
1686/3 1686/13
memory [6]
1603/12 1603/20
1604/16 1612/1
1612/11 1719/2
mentioned [13]
1622/18 1630/16
1636/9 1642/3
1644/15 1648/3
1653/1 1659/20
1660/9 1670/16
1689/3 1713/14
1717/13
mentor [1]
1642/16
merely [1]
1629/13
merit [3] 1629/11
1629/17 1639/18
mess [1] 1729/2
messages [10]
1659/23 1692/24
1693/2 1693/2
1693/3 1694/7
1698/5 1718/3
1727/15 1727/25
messaging [1]
1718/11
met [9] 1594/10
1595/10 1598/20
1614/17 1614/20
1615/8 1684/13
1692/16 1726/12
methods [1]
1707/16
Miami [1] 1675/21
MICHAEL [5]
1591/5 1591/12
1591/17 1602/22
1602/23
middleman [3]
1671/12 1709/9
1709/16
might [31] 1601/7
1601/14 1601/18
1625/20 1636/12
1636/18 1636/23
1636/25 1637/10
1637/16 1637/17
1638/8 1638/16
1638/18 1638/24

**M**

**might... [16]**
1642/12 1643/20
1643/21 1644/1
1663/1 1664/25
1665/19 1665/23
1679/16 1681/19
1683/13 1685/20
1707/1 1717/7
1729/24 1730/16
**million [1]** 1680/8
**mind [3]** 1607/5
1612/5 1614/9
**mine [1]** 1714/2
**minute [3]** 1701/3
1702/5 1738/4
**minutes [5]**
1663/5 1722/1
1732/3 1732/16
1732/17
**misheard [3]**
1634/13 1634/19
1634/20
**mishearing [1]**
1634/22
**misquote [1]**
1634/17
**mistake [1]**
1669/22
**misunderstanding [1]** 1616/16
**mitigated [2]**
1620/19 1620/24
**mode [1]** 1664/5
**Moffa [17]**
1593/14 1594/11
1594/16 1614/12
1614/17 1614/20
1615/4 1615/7
1615/22 1616/6
1616/14 1616/21
1622/19 1622/21
1623/9 1623/19
1698/2
**Moffit [1]** 1593/25
**Monday [2]**
1614/21 1696/1
**month [1]**
1730/22
**months [4]**
1615/21 1642/8
1688/19 1688/19
**more [31]**
1597/10 1603/23

1629/24 1652/2
1654/12 1656/1
1657/18 1658/25
1675/14 1677/23
1682/9 1682/10
1682/16 1683/19
1696/18 1696/20
1696/22 1702/12
1702/15 1702/18
1702/21 1708/6
1709/6 1714/4
1714/15 1721/23
1722/11 1725/13
1725/20 1725/21
1738/18
**morning [3]**
1685/16 1735/16
1740/12
**Moscow [3]**
1644/13 1661/20
1662/20
**most [5]** 1682/6
1685/14 1689/16
1708/25 1729/15
**motion [1]**
1735/19
**motivation [3]**
1601/13 1602/20
1638/24
**motivations [1]**
1709/19
**motive [2]**
1681/11 1683/2
**motives [1]**
1680/19
**move [25]** 1627/1
1640/10 1647/8
1648/10 1649/13
1652/1 1652/10
1652/15 1653/3
1653/19 1654/15
1654/25 1668/24
1671/20 1673/22
1691/7 1693/4
1711/25 1716/10
1718/5 1719/18
1723/4 1723/24
1727/17 1739/2
**moved [22]**
1609/24 1627/3
1647/11 1648/8
1650/12 1652/18
1653/21 1654/7
1654/17 1655/3

1655/16 1665/11
1673/25 1691/11
1693/7 1712/2
1716/13 1718/8
1719/21 1723/6
1724/1 1727/22
**moving [2]**
1648/22 1669/23
**Mr [11]** 1592/4
1592/4 1592/7
1593/10 1626/23
1635/1 1706/5
1706/7 1711/9
1718/17 1719/16
**Mr. [138]** 1593/7
1593/14 1593/15
1593/21 1593/25
1593/25 1594/11
1594/15 1594/16
1594/24 1595/1
1595/20 1595/23
1596/4 1597/23
1598/10 1598/13
1598/15 1599/9
1600/14 1601/3
1601/12 1601/19
1602/7 1603/17
1609/16 1609/20
1611/20 1614/12
1614/17 1614/20
1615/4 1615/22
1615/22 1616/5
1616/6 1616/14
1616/14 1616/21
1616/23 1617/21
1620/10 1622/19
1622/21 1623/9
1623/17 1624/15
1625/10 1626/3
1626/13 1626/14
1627/9 1627/13
1628/3 1630/7
1631/13 1633/19
1635/12 1636/20
1638/1 1638/2
1639/1 1639/2
1639/2 1639/4
1639/7 1639/22
1640/2 1640/11
1666/5 1666/7
1686/20 1686/22
1686/23 1686/25
1687/3 1687/6
1687/7 1689/6

1692/13 1692/24
1692/24 1693/11
1693/12 1693/17
1693/23 1693/25
1694/5 1694/7
1694/9 1694/10
1695/12 1695/23
1699/10 1702/5
1709/8 1710/25
1710/25 1711/13
1711/20 1711/22
1712/6 1712/8
1712/14 1712/17
1712/17 1712/17
1712/25 1713/6
1713/15 1713/16
1718/19 1719/15
1719/15 1719/16
1720/13 1721/14
1721/19 1722/18
1722/25 1723/4
1723/9 1723/23
1724/4 1731/11
1733/21 1734/12
1734/12 1734/13
1734/13 1734/21
1735/25 1737/6
1737/12 1739/18
1740/9
**Mr. Baker [7]**
1623/17 1686/23
1687/6 1687/7
1709/8 1737/6
1737/12
**Mr. Berkowitz [2]**
1735/25 1740/9
**Mr. Bosworth [5]**
1593/7 1640/11
1733/21 1734/12
1739/18
**Mr. Bosworth's
[1]** 1734/21
**Mr. Cleaves [3]**
1695/23 1702/5
1711/20
**Mr. Dagon [11]**
1626/13 1630/7
1638/1 1638/2
1666/5 1666/7
1718/19 1720/13
1722/18 1734/12
1734/13
**Mr. Gaynor [6]**

1620/10 1640/2
1712/14 1712/17
1712/25 1719/15
**Mr. Gaynor's [1]**
1713/6
**Mr. Grasso [5]**
1639/2 1723/4
1723/9 1723/23
1724/4
**Mr. Heide [16]**
1689/6 1690/16
1691/18 1692/13
1692/24 1693/12
1693/17 1694/5
1694/7 1695/12
1699/10 1710/25
1711/13 1712/6
1712/17 1713/15
**Mr. Hiede [1]**
1694/10
**Mr. Joffe [4]**
1639/1 1639/2
1639/4 1639/7
**Mr. Moffa [14]**
1593/14 1594/11
1594/16 1614/12
1614/17 1614/20
1615/4 1615/22
1616/6 1616/14
1616/21 1622/19
1622/21 1623/9
**Mr. Moffit [1]**
1593/25
**Mr. Pientka [3]**
1692/24 1693/11
1719/15
**Mr. Priestap [3]**
1693/23 1693/25
1694/9
**Mr. Strzok [4]**
1615/22 1616/5
1616/14 1616/23
**Mr. Sussmann
[33]** 1593/15
1593/21 1593/25
1594/15 1594/24
1595/1 1595/20
1595/23 1596/4
1597/23 1598/10
1598/15 1601/19
1603/17 1609/20
1617/21 1624/15
1625/10 1626/3
1626/14 1631/13

**M**

**Mr. Sussmann...
[12]** 1633/19
1635/12 1636/20
1639/22 1686/20
1686/22 1686/25
1687/3 1721/14
1721/19 1731/11
1734/13
**Mr. Sussmann's
[8]** 1598/13
1599/9 1600/14
1601/3 1601/12
1602/7 1609/16
1611/20
**Mr. Wierzbicki
[10]** 1627/9
1627/13 1628/3
1710/25 1711/22
1712/8 1712/17
1713/16 1719/16
1722/25
**Mr.Heide [1]**
1645/1
**Ms [2]** 1592/7
1592/8
**Ms. [28]** 1641/6
1645/12 1645/21
1648/10 1649/10
1653/15 1653/25
1654/11 1654/22
1663/1 1663/16
1663/19 1669/10
1669/12 1672/24
1673/13 1674/3
1674/12 1679/23
1684/11 1686/16
1700/12 1718/2
1719/12 1732/16
1733/3 1735/7
1739/6
**Ms. Arsenault [2]**
1648/10 1669/10
**Ms. Gauhar [1]**
1739/6
**Ms. Sands [22]**
1641/6 1645/12
1645/21 1649/10
1653/15 1653/25
1654/11 1654/22
1663/19 1669/12
1672/24 1673/13
1674/3 1674/12
1679/23 1684/11

1686/16 1700/12
1718/2 1719/12
1733/3 1735/7
**Ms. Sands' [1]**
1732/16
**Ms. Shaw [2]**
1663/1 1663/16
**much [10]**
1597/24 1640/3
1657/19 1677/12
1678/9 1705/24
1715/9 1721/23
1735/8 1738/8
**multiple [4]**
1621/12 1621/14
1639/23 1697/19
**mumbled [1]**
1617/24
**must [4]** 1599/11
1623/16 1625/3
1693/23
**my [58]** 1593/23
1594/3 1598/1
1598/16 1598/24
1599/11 1601/5
1605/18 1605/19
1610/22 1611/9
1611/16 1613/3
1613/6 1613/12
1619/13 1622/9
1622/9 1623/24
1624/8 1624/16
1630/17 1631/1
1631/21 1631/21
1636/9 1643/18
1644/23 1656/4
1656/8 1657/24
1667/5 1672/5
1675/7 1677/11
1680/10 1680/10
1683/8 1683/9
1684/4 1690/15
1697/10 1705/7
1710/19 1714/16
1716/9 1717/7
1717/20 1717/22
1719/1 1729/15
1729/16 1729/18
1731/18 1731/19
1733/10 1741/5
1741/7
**myself [2]** 1614/4
1622/19

**N**

**name [28]**
1598/13 1599/9
1600/14 1601/3
1601/12 1602/22
1603/3 1605/10
1609/16 1609/17
1621/24 1622/7
1622/8 1625/8
1626/6 1639/5
1641/2 1641/4
1656/13 1658/11
1663/21 1666/1
1666/3 1666/10
1673/4 1691/18
1692/16 1734/18
**named [5]** 1632/6
1639/10 1692/14
1694/9 1716/2
**names [3]** 1610/9
1611/3 1622/15
**NATALIE [1]**
1591/18
**Nate [3]** 1691/18
1691/24 1705/12
**national [11]**
1595/17 1597/4
1597/5 1601/9
1607/11 1617/20
1623/18 1629/11
1630/15 1687/1
1708/3
**nature [4]**
1599/20 1599/23
1657/19 1714/17
**necessarily [2]**
1607/22 1672/9
**necessary [1]**
1601/8
**need [10]** 1596/6
1596/13 1636/12
1637/12 1707/23
1708/1 1712/19
1715/6 1715/8
1739/15
**needed [1]**
1677/12
**needing [1]**
1673/11
**network [1]**
1660/24
**never [17]**
1628/11 1628/12
1628/16 1633/13

1633/14 1635/18
1684/13 1686/4
1686/5 1686/9
1686/10 1686/19
1692/16 1713/12
1731/22 1731/23
1733/17
**new [7]** 1591/19
1642/6 1645/7
1662/11 1678/25
1683/19 1729/15
**next [12]** 1596/10
1610/4 1612/25
1640/9 1646/17
1652/2 1702/11
1702/15 1723/19
1728/5 1738/20
1740/11
**night [1]** 1679/20
**no [111]** 1591/2
1597/22 1598/3
1598/21 1600/9
1600/10 1600/11
1603/12 1603/20
1604/16 1607/3
1607/6 1609/11
1610/8 1611/13
1616/19 1617/4
1622/4 1622/9
1623/8 1623/11
1624/18 1627/2
1629/3 1629/5
1629/23 1630/24
1631/1 1631/16
1631/25 1632/3
1633/11 1633/17
1634/17 1634/24
1635/20 1638/10
1638/17 1643/16
1646/19 1647/10
1648/7 1650/11
1652/17 1653/4
1653/20 1654/6
1654/16 1655/2
1655/15 1663/6
1663/6 1664/14
1665/7 1666/6
1668/3 1668/6
1668/9 1668/25
1673/24 1678/23
1683/16 1684/16
1684/24 1686/6
1686/15 1686/21
1687/9 1688/3

1690/11 1691/10
1692/16 1693/6
1694/1 1694/4
1698/3 1699/13
1699/16 1699/20
1699/23 1699/25
1707/10 1707/12
1707/14 1711/25
1713/1 1713/4
1713/7 1713/11
1713/13 1716/12
1718/7 1719/20
1720/19 1721/5
1721/11 1721/13
1721/16 1721/18
1723/5 1724/4
1724/23 1727/21
1730/7 1731/24
1734/16 1734/20
1735/13 1735/14
1736/18 1739/15
**no-criminal-charg
es [1]** 1611/13
**nobody [3]**
1630/25 1664/11
1687/10
**Nodded [4]**
1655/13 1694/12
1722/4 1732/19
**node [7]** 1644/14
1644/15 1644/16
1644/17 1660/9
1660/17 1660/20
**non [3]** 1618/10
1630/16 1736/15
**non-adjudicated
[1]** 1736/15
**non-disclosure
[2]** 1618/10
1630/16
**none [1]** 1683/15
**Nope [1]** 1729/25
**normally [3]**
1671/7 1672/14
1677/4
**Northeast [1]**
1591/14
**not [142]** 1594/1
1594/13 1594/19
1595/12 1595/17
1595/25 1596/7
1596/8 1596/16
1597/1 1597/4
1597/7 1597/9

# N

**not... [129]**
1598/9 1598/14
1598/17 1598/25
1598/25 1599/8
1599/11 1599/25
1600/14 1601/2
1601/7 1603/11
1604/19 1605/10
1606/22 1608/2
1610/9 1611/2
1613/10 1614/3
1614/24 1616/19
1617/1 1617/5
1618/9 1620/8
1621/6 1624/14
1625/18 1625/21
1629/11 1629/23
1630/24 1631/1
1631/21 1631/22
1632/7 1633/5
1633/6 1633/21
1633/24 1634/1
1634/18 1635/16
1635/22 1636/12
1639/4 1639/6
1639/9 1639/12
1640/1 1649/21
1655/14 1656/25
1657/15 1657/19
1660/13 1660/18
1660/24 1661/21
1661/22 1665/6
1666/6 1666/9
1667/21 1669/4
1674/8 1677/2
1680/25 1681/19
1684/17 1684/21
1685/5 1686/13
1688/3 1689/1
1689/1 1689/2
1689/15 1693/18
1693/23 1694/10
1696/25 1697/2
1699/4 1699/6
1700/8 1706/1
1707/1 1707/6
1707/6 1708/14
1708/20 1708/22
1708/23 1710/6
1713/9 1715/3
1717/2 1717/7
1717/10 1718/17
1719/1 1719/2
1719/6 1719/8
1720/6 1720/20
1721/3 1725/17
1727/1 1727/7
1727/17 1727/18
1729/15 1729/25
1731/11 1734/2
1734/18 1734/18
1734/23 1735/21
1736/7 1736/21
1736/22 1736/24
1738/3 1738/9
1739/16
**note [2]** 1614/3
1653/8
**noted [2]** 1631/9
1727/2
**notes [25]**
1598/24 1599/4
1604/23 1605/1
1605/3 1605/4
1605/6 1613/3
1613/8 1616/3
1616/10 1672/10
1672/11 1685/6
1685/9 1685/13
1685/22 1686/3
1686/9 1686/10
1686/11 1686/13
1686/14 1738/5
1741/5
**nothing [7]**
1629/7 1640/20
1662/23 1684/7
1729/20 1729/25
1730/20
**notify [1]** 1610/13
**notionally [1]**
1706/3
**notwithstanding
[1]** 1706/18
**November [3]**
1681/13 1685/6
1726/13
**Novick [1]**
1738/21
**now [47]** 1595/6
1608/16 1608/23
1608/24 1609/7
1610/1 1610/8
1610/11 1611/18
1611/19 1615/3
1617/12 1621/1
1625/22 1630/6
1636/17 1637/20
1639/1 1642/3
1642/24 1643/4
1644/20 1660/9
1660/25 1661/25
1666/16 1670/16
1674/3 1674/23
1675/23 1679/23
1680/7 1680/13
1681/12 1682/6
1688/3 1688/3
1696/25 1697/1
1708/5 1709/8
1713/21 1715/15
1721/22 1727/7
1733/13 1734/12
**number [10]**
1618/18 1630/10
1636/19 1647/16
1649/2 1651/14
1651/22 1652/4
1690/25 1704/22
**numbers [1]**
1651/5
**numerous [1]**
1667/5
**NW [1]** 1591/23
**NY [1]** 1591/19

# O

**obfuscated [1]**
1619/7
**objection [22]**
1627/2 1647/10
1648/7 1650/11
1652/17 1653/4
1653/20 1654/6
1654/16 1655/2
1655/15 1668/25
1673/24 1691/9
1691/10 1693/6
1716/12 1718/7
1719/20 1723/5
1727/21 1735/2
**obligations [2]**
1638/22 1740/7
**observations [2]**
1702/12 1703/22
**obtain [1]** 1596/5
**obtained [1]**
1601/19
**obvious [1]**
1676/25
**obviously [7]**
1701/6 1722/17
1726/17 1738/1
1739/4
**occur [2]** 1637/12
1639/19
**occurred [5]**
1604/19 1604/20
1619/14 1623/2
1685/13
**occurring [2]**
1656/22 1706/4
**October [29]**
1598/21 1599/3
1600/13 1601/10
1602/25 1606/25
1609/21 1611/18
1623/3 1628/7
1629/6 1629/9
1629/9 1629/14
1629/16 1629/19
1629/22 1629/25
1631/2 1631/4
1670/22 1711/14
1719/16 1723/4
1723/18 1728/3
1728/19 1728/25
1729/8
**off [5]** 1717/21
1732/13 1732/17
1735/22 1738/5
**offer [5]** 1648/6
1650/9 1654/4
1655/14 1669/5
**offered [2]** 1705/3
1734/4
**offering [1]**
1735/23
**office [14]**
1591/13 1620/7
1626/16 1642/2
1664/24 1675/20
1675/21 1676/19
1681/12 1681/17
1692/7 1733/7
1734/24 1736/7
**offices [2]**
1675/17 1675/18
**official [3]**
1591/22 1694/3
1741/3
**often [3]** 1643/22
1675/3 1683/20
**oh [6]** 1604/22
1637/9 1667/9
1624/13 1669/3
1670/22 1675/19
1685/15
**okay [120]**
1593/24 1596/3
1596/11 1596/20
1596/24 1597/9
1597/14 1597/22
1598/7 1598/20
1600/12 1601/24
1602/5 1602/11
1602/24 1603/19
1604/11 1604/14
1604/22 1605/9
1605/20 1606/15
1606/21 1607/4
1607/7 1607/13
1608/3 1609/21
1610/8 1610/16
1611/17 1611/25
1612/16 1614/7
1614/11 1614/24
1615/21 1616/18
1617/18 1618/5
1618/22 1619/25
1621/14 1621/24
1622/2 1622/21
1622/24 1623/6
1624/2 1624/22
1625/9 1626/1
1626/19 1627/16
1631/2 1634/14
1640/17 1644/20
1646/4 1647/7
1648/20 1649/5
1651/1 1652/8
1655/10 1661/25
1663/10 1664/16
1667/25 1668/11
1670/16 1674/11
1674/18 1677/21
1679/23 1685/11
1685/17 1685/21
1687/24 1688/12
1688/20 1690/20
1691/6 1691/24
1692/6 1698/7
1700/5 1700/15
1700/19 1701/1
1701/9 1701/13
1704/6 1705/8
1705/17 1706/5
1709/8 1710/1
1710/24 1712/22

## O

**okay... [20]**
1715/21 1722/3
1722/9 1722/25
1723/18 1724/18
1724/25 1727/11
1727/20 1732/5
1732/12 1732/13
1732/17 1735/6
1735/9 1735/10
1735/13 1735/18
1737/19 1739/10
**once [7]** 1610/19
1655/21 1659/3
1676/6 1678/22
1683/15 1731/23
**one [90]** 1593/20
1596/10 1600/4
1603/23 1604/16
1607/4 1609/1
1611/1 1615/6
1616/5 1617/13
1620/4 1621/10
1626/13 1626/17
1627/10 1627/13
1627/24 1629/3
1629/5 1630/3
1630/6 1631/16
1631/25 1632/20
1634/3 1634/22
1636/20 1649/20
1651/20 1652/2
1652/12 1653/15
1655/23 1655/25
1658/6 1658/8
1658/10 1658/12
1658/23 1659/16
1659/20 1660/14
1660/21 1662/17
1662/18 1665/19
1665/21 1666/24
1667/16 1674/7
1674/7 1674/15
1674/16 1674/16
1679/4 1680/13
1685/14 1685/18
1685/20 1686/23
1689/2 1689/10
1689/19 1695/19
1700/6 1700/6
1701/2 1701/16
1704/22 1705/7
1705/12 1708/12
1708/14 1709/1

1725/1 1725/6
1725/2 1725/7
1725/8 1725/9
1725/17 1727/7
1728/12 1728/15
1728/21 1734/1
1737/22 1737/24
1738/10
**one-way [1]**
1708/14
**ones [2]** 1595/16
1657/2
**ongoing [2]**
1638/16 1638/22
**online [4]** 1631/4
1658/12 1666/17
1666/20
**only [15]** 1601/6
1632/19 1659/23
1661/22 1664/5
1664/9 1664/13
1665/13 1675/7
1675/22 1697/19
1708/14 1708/25
1720/7 1729/8
**open [24]**
1636/11 1644/24
1645/5 1645/6
1645/16 1657/22
1657/24 1658/14
1662/13 1680/11
1690/10 1690/16
1693/17 1694/10
1694/16 1695/3
1695/4 1695/12
1695/14 1699/8
1701/11 1707/23
1720/7 1720/22
**open-source [4]**
1657/22 1657/24
1658/14 1662/13
**opened [21]**
1597/3 1651/24
1657/2 1657/4
1657/6 1657/9
1669/14 1680/11
1683/6 1688/25
1689/23 1690/5
1695/21 1695/25
1696/10 1697/19
1705/22 1706/18
1727/8 1730/9
1733/6
**opening [13]**

1657/3 1669/4
1680/2 1683/16
1688/21 1689/20
1691/25 1692/8
1694/6 1694/11
1698/21
**opportunities [1]**
1729/2
**opportunity [1]**
1683/17
**ops [1]** 1658/3
**opted [1]** 1719/1
**option [2]**
1693/23 1694/10
**order [3]** 1677/11
1678/10 1707/17
**organization [14]**
1595/13 1643/7
1646/1 1647/21
1651/21 1659/16
1659/16 1659/19
1664/2 1664/4
1669/17 1688/2
1695/9 1696/4
**orient [1]** 1728/8
**original [3]**
1636/9 1680/21
1715/6
**originally [3]**
1598/17 1598/20
1646/12
**originating [1]**
1631/23
**origination [1]**
1614/5
**origins [1]** 1636/4
**other [40]**
1593/20 1595/8
1599/13 1599/22
1604/16 1606/18
1611/3 1613/18
1614/21 1617/2
1618/11 1619/5
1625/4 1637/10
1637/17 1638/23
1639/18 1644/3
1660/15 1662/14
1662/18 1664/11
1667/16 1675/8
1675/9 1675/13
1676/10 1678/17
1689/13 1703/2
1705/15 1713/6

1721/18 1729/22
1736/10 1738/1
1738/8 1739/21
**others [8]**
1622/11 1623/19
1634/23 1650/25
1679/15 1685/19
1719/15 1734/19
**our [31]** 1605/2
1623/17 1623/17
1631/23 1632/14
1656/12 1659/4
1660/14 1662/23
1663/4 1663/13
1667/6 1675/13
1675/21 1681/12
1681/17 1682/1
1682/3 1682/7
1691/21 1703/3
1714/12 1715/3
1725/18 1725/25
1730/10 1736/3
1738/23 1739/2
1739/3 1739/20
**ours [1]** 1720/6
**out [53]** 1596/6
1597/19 1614/1
1614/3 1618/1
1630/21 1631/16
1631/25 1632/1
1632/22 1633/5
1636/23 1636/25
1637/17 1638/25
1639/2 1639/17
1655/25 1656/3
1656/6 1658/19
1660/6 1660/11
1661/6 1664/24
1673/21 1678/1
1679/12 1684/18
1693/18 1697/16
1701/23 1704/10
1708/13 1709/18
1709/24 1710/14
1714/9 1715/12
1717/5 1717/15
1717/18 1718/19
1718/24 1719/4
1722/17 1722/25
1723/9 1724/13
1725/21 1725/23
1729/22 1732/6
**outbound [2]**

1664/13
**outing [1]**
1618/25
**outside [3]**
1618/18 1692/19
1692/20
**over [17]** 1593/13
1593/19 1596/14
1596/15 1596/18
1603/1 1610/20
1633/16 1634/7
1634/10 1634/17
1640/6 1642/8
1674/24 1686/12
1705/6 1715/3
**overseeing [1]**
1627/11
**overt [11]**
1596/17 1596/18
1617/22 1617/23
1617/25 1618/8
1620/23 1630/8
1630/20 1634/8
1634/18
**overview [2]**
1647/17 1647/20
**own [5]** 1605/15
1612/5 1631/23
1657/22 1657/24
**owned [4]**
1651/20 1660/17
1664/1 1678/2
**owner [5]** 1671/6
1671/10 1671/11
1671/12 1671/19
**owns [1]** 1658/5

## P

**p.m [4]** 1591/4
1679/21 1729/17
1740/13
**page [23]** 1592/2
1592/12 1602/1
1603/6 1616/9
1645/17 1648/11
1652/2 1695/22
1697/22 1697/23
1700/8 1701/2
1702/11 1702/15
1702/18 1703/19
1719/24 1723/3
1727/25 1727/25
1728/1 1728/5
**pages [1]**

**P**

pages... [1]
1650/22
paid [8] 1619/19
1619/25 1620/11
1620/14 1620/22
1629/13 1630/22
1734/3
pain [1] 1640/21
pairs [6] 1649/23
1650/17 1654/3
1654/12 1654/24
1677/17
paper [62] 1602/3
1613/25 1614/1
1614/2 1614/8
1626/17 1627/20
1628/9 1630/4
1632/11 1644/24
1646/2 1651/20
1651/23 1652/5
1652/7 1653/1
1653/2 1653/9
1655/8 1656/2
1656/17 1657/23
1659/20 1660/16
1665/10 1665/24
1667/20 1670/1
1670/9 1676/24
1677/24 1679/10
1682/17 1683/3
1696/8 1700/18
1700/21 1700/21
1702/25 1703/16
1704/2 1704/3
1704/3 1706/16
1709/12 1710/11
1710/19 1713/22
1713/23 1714/7
1714/8 1715/17
1717/1 1717/4
1721/10 1723/15
1724/11 1727/5
1734/1 1734/3
1734/7
papers [7]
1626/14 1627/24
1665/19 1672/19
1680/13 1700/20
1733/22
paperwork [1]
1643/24
paragraph [10]
1602/1 1603/6

1627/17 1627/17
1645/19 1648/15
1669/9 1695/23
1703/14 1716/22
parent [1]
1647/21
Parker [2] 1736/5
1736/17
part [10] 1596/10
1618/17 1619/12
1623/13 1659/18
1660/23 1682/6
1690/19 1698/22
1733/14
particular [11]
1601/22 1611/25
1613/5 1616/4
1631/23 1638/3
1641/21 1642/25
1659/19 1660/22
1674/6
parties [2]
1616/24 1679/4
party [14] 1594/5
1602/15 1619/4
1619/4 1635/7
1646/3 1646/16
1646/18 1670/1
1670/11 1688/11
1696/9 1697/11
1733/11
pass [8] 1594/13
1594/17 1594/17
1594/19 1603/2
1621/24 1684/23
1714/22
passed [3]
1632/23 1633/3
1709/10
passing [1]
1605/10
past [1] 1637/8
patience [1]
1700/5
patient [1]
1732/24
pattern [2]
1599/17 1736/16
pay [1] 1660/6
PDF [3] 1644/24
1684/20 1697/15
penalties [1]
1640/21
pendency [1]

1736/20
pending [3]
1671/25 1671/25
1671/25
Pennsylvania [3]
1645/25 1658/17
1696/4
people [31]
1606/16 1607/19
1614/21 1618/22
1619/5 1626/2
1630/12 1630/23
1638/15 1644/3
1644/17 1644/18
1667/21 1675/9
1682/24 1683/10
1684/5 1693/12
1697/20 1697/25
1698/6 1698/7
1698/12 1699/18
1704/16 1705/13
1710/10 1714/15
1725/17 1728/15
1729/24
Per [1] 1691/24
perceiving [1]
1611/12
percent [1]
1687/19
perception [2]
1602/7 1602/8
peril [1] 1609/6
period [4] 1600/1
1622/20 1642/4
1680/4
perjury [1]
1640/21
permission [1]
1710/15
permitted [2]
1603/12 1713/3
person [25]
1594/21 1609/19
1613/25 1625/16
1625/23 1631/17
1631/18 1632/1
1632/5 1632/24
1633/3 1636/19
1639/10 1639/21
1665/7 1666/1
1680/7 1682/19
1710/20 1714/22
1717/7 1717/10
1717/14 1722/22

person's [3]
1636/25 1666/3
1717/11
perspective [2]
1599/13 1619/8
pertaining [1]
1678/11
Pete [7] 1615/4
1616/22 1622/19
1622/24 1623/6
1623/16 1624/1
Philadelphia [1]
1675/19
phone [4] 1662/4
1665/6 1685/20
1717/19
physical [1]
1671/19
picture [2] 1678/1
1682/1
piece [9] 1602/3
1613/16 1613/17
1613/18 1615/16
1631/23 1637/4
1657/14 1703/11
pieces [2]
1702/22 1714/17
Pientka [7]
1614/5 1692/14
1692/24 1693/11
1693/17 1698/4
1719/15
place [6] 1622/25
1630/16 1683/7
1683/18 1694/22
1707/21
placed [1]
1642/24
places [1] 1613/3
Plaintiff [1]
1591/3
planning [1]
1719/7
Plans [1] 1641/14
plausibility [1]
1730/3
plausible [1]
1665/15
play [1] 1637/9
please [23]
1593/1 1606/6
1640/4 1640/23
1641/2 1645/17

1645/22 1647/24
1648/11 1648/22
1649/7 1650/5
1651/3 1652/10
1652/21 1653/13
1655/12 1663/16
1663/16 1695/23
1710/22 1735/8
1740/2
plus [8] 1596/4
1613/16 1614/8
1620/5 1700/20
1700/23 1700/24
1702/22
PNY [1] 1674/20
point [18]
1593/14 1599/6
1605/14 1622/20
1623/7 1623/10
1629/6 1634/4
1638/12 1656/4
1662/24 1664/17
1670/5 1715/15
1722/20 1729/10
1736/3 1736/5
policy [3] 1596/19
1620/5 1648/18
political [14]
1601/13 1602/19
1624/6 1624/14
1624/17 1624/24
1625/13 1638/8
1639/7 1648/16
1679/25 1726/16
1726/20 1731/5
politically [1]
1595/15
politics [2]
1624/12 1625/20
popped [1]
1595/8
portion [1]
1645/18
pose [1] 1720/6
posed [1]
1595/18
position [1]
1641/19
possess [1]
1670/17
possession [1]
1597/20
possible [11]
1597/25 1601/13

**P**

**possible... [9]**
1602/19 1603/11
1604/9 1604/14
1634/22 1678/3
1687/25 1721/11
1732/22
**possibly [1]**
1629/24
**posted [5]**
1631/11 1631/18
1666/17 1666/20
1666/24
**posting [2]**
1632/1 1632/5
**potential [8]**
1608/18 1609/13
1624/6 1625/13
1626/17 1638/24
1660/7 1695/8
**potentially [8]**
1602/16 1607/10
1607/15 1608/25
1610/1 1611/4
1710/6 1714/1
**preclude [1]**
1643/14
**preeminent [1]**
1725/15
**prefiltered [1]**
1677/20
**preliminary [7]**
1669/14 1669/18
1707/2 1707/4
1707/7 1707/15
1707/25
**premature [1]**
1598/2
**prep [1]** 1699/24
**prepare [1]**
1679/19
**prepared [1]**
1609/2
**prepped [1]**
1612/4
**present [3]**
1616/7 1616/22
1640/12
**presented [6]**
1594/23 1597/17
1602/24 1660/16
1681/24 1709/15
**presidential [3]**
1657/17 1679/5

**press [3]** 1620/17
1679/8 1734/14
**presumably [3]**
1693/19 1693/22
1706/12
**presume [1]**
1604/25
**pretty [9]** 1629/10
1632/16 1694/19
1694/22 1703/11
1703/22 1704/19
1715/12 1736/5
**prevent [2]**
1624/19 1626/1
**prevented [1]**
1624/24
**previous [1]**
1660/7
**previously [3]**
1615/2 1641/15
1681/13
**Priestap [3]**
1693/23 1693/25
1694/9
**primarily [2]**
1659/5 1666/14
**primary [3]**
1596/25 1597/6
1656/4
**prior [5]** 1598/1
1598/16 1620/3
1642/24 1688/24
**private [4]**
1619/13 1708/20
1724/4 1724/10
**probably [10]**
1649/16 1679/21
1681/13 1683/12
1684/2 1684/5
1725/20 1725/25
1732/3 1738/3
**probation [1]**
1642/13
**probationary [5]**
1642/14 1642/15
1643/14 1680/1
1683/22
**procedure [2]**
1671/22 1671/24
**proceed [3]**
1593/7 1640/8
1663/16
**proceeding [1]**

**proceedings [3]**
1672/4 1740/13
1741/6
**processed [1]**
1643/25
**produced [4]**
1646/3 1670/1
1670/10 1696/8
**professor [1]**
1626/8
**program [1]**
1642/7
**progressed [1]**
1682/4
**project [2]**
1639/25 1640/1
**prosecuted [1]**
1608/2
**prosecuting [1]**
1736/7
**prosecutors [2]**
1609/12 1616/13
**protect [1]**
1718/13
**protected [1]**
1618/11
**prove [1]** 1730/17
**provide [5]**
1622/15 1639/16
1660/1 1681/3
1714/20
**provided [46]**
1594/21 1595/20
1595/23 1596/4
1597/23 1602/17
1603/22 1609/19
1621/4 1621/11
1624/9 1625/16
1626/14 1631/13
1633/18 1633/19
1646/2 1647/6
1648/25 1650/16
1650/23 1651/11
1651/12 1652/6
1652/7 1654/2
1654/12 1654/23
1656/19 1658/12
1659/18 1662/7
1672/11 1676/15
1677/1 1677/15
1677/19 1677/25
1680/7 1686/23
1696/8 1697/12

**proceedings [3]**
1710/15 1714/13
**provider [2]**
1639/21 1658/18
**providers [1]**
1658/12
**provides [2]**
1659/13 1736/22
**providing [6]**
1606/2 1608/19
1625/5 1625/7
1633/8 1633/9
**public [2]** 1618/2
1704/2
**publicizing [1]**
1618/6
**publicly [7]**
1651/16 1658/1
1660/21 1662/15
1662/18 1701/10
1720/20
**publicly-available
[2]** 1658/1
1662/15
**publish [5]**
1627/5 1691/14
1693/9 1716/16
1727/24
**published [2]**
1631/4 1712/4
**pull [15]** 1626/20
1628/4 1690/1
1690/21 1692/21
1695/18 1701/23
1702/4 1703/5
1711/7 1717/24
1719/9 1723/2
1723/20 1728/4
**pulling [4]** 1678/3
1714/9 1714/24
1730/22
**purely [1]**
1720/22
**purpose [2]**
1597/6 1625/1
**purposes [1]**
1660/19
**push [2]** 1630/21
1630/24
**put [8]** 1599/13
1611/13 1612/7
1619/23 1673/21
1693/18 1697/1
1698/18

**puzzle [3]** 1678/6
1678/7 1681/24

**Q**

**quality [1]**
1665/16
**Quantico [1]**
1686/8
**question [17]**
1595/17 1597/15
1624/16 1630/20
1631/21 1651/19
1658/16 1659/19
1680/23 1697/1
1715/1 1715/5
1715/9 1715/10
1715/11 1725/17
1726/13
**questions [20]**
1595/6 1629/3
1635/20 1665/5
1680/8 1681/3
1708/10 1709/5
1710/2 1714/16
1715/4 1718/20
1725/1 1725/4
1725/20 1726/4
1726/7 1730/10
1731/4 1731/7
**quick [2]** 1656/18
1715/13
**quickly [4]**
1593/11 1682/2
1703/19 1704/19
**quite [2]** 1682/22
1725/14
**quoted [1]**
1596/18
**quotes [1]**
1634/11

**R**

**R-O-K-U [2]**
1641/8 1641/9
**race [1]** 1679/11
**raise [3]** 1640/16
1739/16 1739/23
**raised [1]**
1730/10
**RAO [1]** 1591/18
**rather [1]** 1735/23
**rationale [1]**
1617/12
**Raton [1]** 1658/19

**R**

**reach [11]**
1595/20 1631/16
1636/23 1636/25
1637/17 1655/25
1656/6 1667/25
1693/18 1717/5
1724/13
**reached [17]**
1631/25 1632/22
1639/2 1656/3
1660/11 1661/6
1664/24 1678/1
1684/18 1710/14
1717/15 1718/19
1719/4 1722/17
1722/25 1723/9
1729/19
**reaching [3]**
1708/13 1717/18
1718/24
**reaction [1]**
1608/22
**read [6]** 1603/5
1645/21 1648/14
1669/12 1674/18
1720/1
**reading [1]**
1627/12
**real [1]** 1677/2
**really [9]** 1612/2
1652/10 1667/7
1682/2 1711/14
1725/19 1727/25
1729/11 1735/22
**reason [11]**
1601/11 1605/3
1617/18 1629/5
1630/7 1634/22
1635/17 1672/1
1719/1 1720/17
1721/5
**reasoning [1]**
1625/2
**reasons [2]**
1618/12 1735/24
**rebuild [1]**
1730/17
**recall [41]**
1598/25 1601/22
1602/21 1615/7
1625/1 1632/9
1633/6 1636/21
1638/10 1644/20

1646/14 1650/10
1656/3 1658/9
1661/25 1662/3
1663/21 1664/22
1665/9 1665/22
1666/10 1666/22
1674/3 1674/6
1675/11 1675/23
1681/17 1685/5
1685/19 1689/1
1705/25 1707/6
1707/6 1717/12
1717/15 1717/19
1719/6 1722/12
1733/10 1733/14
1733/24
**recalling [1]**
1598/25
**receive [3]**
1599/14 1659/1
1684/21
**received [20]**
1622/12 1643/25
1645/23 1650/20
1651/23 1657/23
1669/25 1670/9
1670/21 1671/2
1676/2 1683/16
1684/20 1696/1
1700/18 1706/1
1706/5 1726/6
1726/20 1731/22
**receiving [6]**
1638/6 1666/13
1667/12 1690/17
1695/11 1710/20
**recent [1]**
1685/14
**Recess [1]**
1663/11
**recognize [13]**
1645/12 1647/2
1648/2 1649/10
1650/7 1672/24
1673/14 1692/16
1693/1 1693/2
1700/13 1701/21
1718/2
**recognized [1]**
1661/15
**recollect [1]**
1610/21
**recollection [6]**
1594/9 1614/18

1616/13 1624/8
1644/9 1678/9
**recommendation
[1]** 1603/1
**recommended [2]**
1603/11 1672/5
**reconstruct [1]**
1678/4
**reconstructed [1]**
1610/21
**recontacted [1]**
1688/4
**reconvene [1]**
1663/5
**record [2]**
1593/23 1613/23
**recorded [2]**
1594/7 1616/8
**records [7]**
1643/24 1660/13
1672/12 1672/13
1678/13 1678/14
1714/25
**recreate [6]**
1677/21 1677/22
1678/7 1714/14
1715/6 1715/11
**recreating [1]**
1718/23
**red [3]** 1674/7
1674/15 1674/16
**redact [1]** 1740/1
**redirect [5]**
1592/4 1592/8
1635/21 1732/16
1733/1
**reestablished [1]**
1611/16
**refer [3]** 1601/21
1660/3 1673/8
**reference [14]**
1596/15 1602/23
1613/14 1613/22
1615/12 1617/2
1632/9 1639/1
1639/4 1646/17
1733/3 1737/18
1739/24 1740/1
**referencing [1]**
1603/4
**referral [5]**
1645/24 1646/1
1646/5 1696/1
1696/7

1693/15 1696/12
1696/25 1697/2
**referring [4]**
1596/19 1615/25
1649/19 1674/13
**refers [1]** 1647/19
**reflect [2]** 1616/8
1674/21
**reflected [2]**
1600/7 1605/8
**reflective [1]**
1596/16
**refresh [1]**
1616/12
**refuting [2]**
1720/7 1720/21
**regarding [1]**
1660/10
**regardless [3]**
1596/21 1637/12
1680/12
**registered [6]**
1657/25 1658/5
1658/18 1659/11
1662/18 1664/3
**registration [4]**
1659/10 1662/15
1662/20 1710/8
**related [6]** 1616/1
1624/14 1625/3
1625/22 1638/22
1659/17
**relationship [6]**
1618/10 1619/14
1619/22 1620/3
1630/19 1730/6
**relatively [1]**
1625/2
**relevant [3]**
1601/19 1636/4
1726/9
**relied [1]** 1705/15
**remain [1]**
1640/15
**remember [38]**
1599/2 1599/12
1599/19 1600/23
1601/15 1602/5
1602/22 1603/25
1605/11 1605/14
1605/16 1609/17
1614/12 1614/22
1615/4 1623/24

1632/11 1632/25
1633/1 1658/8
1666/1 1692/14
1697/5 1702/25
1706/15 1708/10
1710/19 1711/10
1715/19 1716/5
1717/20 1722/21
1722/23 1725/4
1726/7 1729/14
1731/6 1738/7
**remembered [3]**
1599/6 1611/22
1613/15
**remembering [1]**
1664/7
**remembers [1]**
1617/6
**remind [1]**
1627/10
**reminded [2]**
1612/4 1634/3
**remove [1]**
1640/15
**repeated [1]**
1600/5
**repeatedly [1]**
1621/3
**repercussions [1]**
1729/2
**reply [2]** 1664/10
1664/11
**report [7]**
1616/12 1634/5
1634/6 1634/10
1668/8 1692/1
1720/4
**reported [1]**
1704/3
**reporter [6]**
1591/21 1591/22
1641/3 1644/4
1739/24 1741/3
**reporting [7]**
1626/18 1627/17
1637/6 1716/21
1716/23 1717/3
1717/8
**represent [1]**
1613/7
**represented [1]**
1687/3
**representing [2]**
1593/21 1636/20

1770

**R**

reputation [1]
1632/19
request [14]
1600/24 1621/6
1621/8 1621/10
1621/19 1658/22
1658/25 1672/12
1672/12 1672/13
1684/21 1706/13
1707/18 1713/5
requested [2]
1670/6 1687/22
requests [5]
1621/1 1621/12
1621/14 1706/23
1713/15
required [3]
1595/24 1672/2
1679/1
research [6]
1657/22 1657/24
1658/14 1662/13
1663/6 1735/14
researcher [1]
1676/18
researchers [2]
1666/23 1676/9
reserialize [1]
1672/6
reserialized [1]
1672/19
resolution [3]
1595/11 1596/11
1639/17
resolve [1]
1601/8
resources [2]
1636/13 1683/23
respect [2]
1656/15 1734/7
respected [1]
1722/14
responded [1]
1723/23
response [2]
1634/24 1694/5
responsibility [1]
1674/25
responsible [1]
1643/23
rest [2]   1709/10
1717/8
restaurants [1]

1686/5
restored [1]
1611/10
restrictions [1]
1642/11
result [2]   1677/22
1677/23
resumed [1]
1593/4
return [5]   1671/5
1671/9 1671/15
1671/18 1671/19
review [2]   1603/9
1611/23
reviewed [5]
1599/4 1615/9
1686/10 1701/6
1735/20
reviewing [2]
1598/24 1636/14
revisit [2]
1739/13 1739/14
RG [1]   1616/9
RG-LW-07 [1]
1616/9
RG01 [1]   1603/6
RGO1 [1]   1602/1
Richard [1]
1648/17
right [193]
rightful [3]
1671/6 1671/10
1671/19
Rodney [3]
1633/10 1639/11
1734/17
Rodney Joffe [2]
1633/10 1639/11
Roger [1]   1694/5
Roku [2]   1641/7
1641/10
role [3]   1636/17
1643/9 1677/21
room [4]   1591/22
1614/22 1616/1
1616/17
round [1]   1679/14
round-the-clock
[1]   1679/14
RPR [1]   1591/21
rule [1]   1638/25
run [3]   1632/20
1662/14 1662/21
run-in [1]   1632/20

running [1]
1689/16
rush [1]   1732/23
Russian [4]
1620/21 1644/12
1657/18 1669/16
RYAN [4]   1593/9
1635/21 1711/10
1711/11

**S**

S-A-N-D-S [1]
1641/5
safety [1]   1637/14
said [87]   1593/18
1593/20 1593/24
1594/6 1596/17
1596/24 1598/4
1598/8 1598/21
1600/13 1600/17
1600/20 1600/23
1601/1 1601/5
1601/17 1602/24
1603/8 1604/9
1604/14 1604/15
1611/18 1611/22
1612/1 1612/24
1614/24 1615/2
1615/22 1615/25
1617/14 1622/21
1624/22 1625/22
1626/8 1627/18
1628/21 1628/24
1630/6 1634/5
1634/6 1634/7
1634/8 1634/15
1634/15 1636/18
1637/8 1639/13
1639/14 1644/24
1645/6 1656/18
1662/10 1664/5
1665/12 1667/18
1677/8 1681/19
1683/11 1683/12
1684/15 1685/23
1689/24 1692/10
1696/17 1698/14
1698/25 1705/3
1708/12 1709/18
1711/4 1711/18
1713/21 1717/19
1721/19 1723/1
1723/13 1724/7
1724/16 1725/16

1726/19 1726/24
1727/1 1727/3
1728/6 1728/17
1728/19 1729/24
same [18]
1602/25 1603/1
1603/4 1625/7
1631/12 1654/23
1658/9 1662/13
1672/18 1681/24
1682/17 1683/10
1714/19 1721/9
1724/11 1724/15
1736/16 1736/16
Sands [28]
1641/4 1641/4
1641/6 1645/12
1645/21 1648/14
1649/10 1653/15
1653/25 1654/11
1654/22 1663/19
1669/12 1672/24
1673/13 1674/3
1674/12 1679/23
1684/9 1684/11
1686/16 1700/12
1718/2 1719/12
1732/6 1733/1
1733/3 1735/7
Sands' [1]
1732/16
sanity [1]   1683/17
save [1]   1667/10
saved [1]   1718/22
saw [6]   1612/3
1613/13 1618/24
1656/10 1698/12
1714/7
say [43]   1594/9
1599/18 1599/21
1603/10 1603/23
1604/25 1605/6
1606/13 1606/19
1607/13 1611/19
1612/10 1612/13
1612/16 1612/22
1618/5 1622/25
1623/13 1629/5
1632/16 1633/20
1633/25 1634/12
1643/19 1644/2
1657/14 1667/19
1676/15 1676/17
1679/21 1683/22

1684/3 1688/14
1689/15 1694/15
1701/9 1703/12
1703/23 1709/6
1709/16 1710/10
1711/3 1714/4
saying [21]
1601/15 1610/8
1615/3 1615/4
1627/24 1664/24
1667/7 1671/17
1678/6 1686/15
1692/3 1698/22
1710/19 1714/10
1717/7 1717/16
1720/19 1723/9
1723/11 1725/14
1734/25
says [28]   1612/18
1613/18 1627/17
1647/16 1647/17
1669/18 1680/10
1691/24 1693/11
1693/17 1693/18
1693/23 1694/5
1694/9 1694/11
1694/24 1695/3
1698/8 1703/14
1711/13 1712/6
1712/8 1712/18
1716/23 1718/13
1724/4 1728/22
1728/25
scheduling [1]
1740/7
scientist [3]
1626/10 1656/12
1714/16
scientists [3]
1659/4 1660/15
1675/12
Scott [3]   1656/4
1656/6 1705/16
Scott Hellman [3]
1656/4 1656/6
1705/16
scraps [1]
1617/10
scratch [7]
1678/1 1678/5
1678/8 1714/14
1714/24 1715/8
1730/17
screenshot [2]

**S**

screenshot... [2] 1651/19 1702/13
screenshots [4] 1677/3 1677/16 1714/9 1714/11
scroll [1] 1711/20
sealed [1] 1735/19
SEAN [1] 1591/16
search [3] 1651/16 1707/9 1707/16
seat [4] 1593/2 1593/6 1663/12 1735/18
seated [2] 1640/23 1663/16
SEC [2] 1736/6 1736/17
second [15] 1609/5 1611/9 1612/17 1621/8 1627/7 1627/17 1636/14 1637/4 1648/24 1663/20 1667/13 1669/23 1703/2 1716/22 1734/7
secret [9] 1595/12 1619/16 1619/20 1643/6 1644/10 1663/21 1668/5 1679/9 1708/8
section [6] 1603/4 1621/22 1623/19 1656/24 1698/8 1702/7
sector [2] 1724/5 1724/10
security [9] 1595/17 1597/4 1597/5 1601/9 1607/11 1623/18 1629/11 1630/15 1708/3
see [31] 1595/9 1598/4 1613/6 1616/15 1622/7 1627/21 1647/17 1651/5 1651/8 1652/23 1657/24 1660/13 1668/20 1669/19 1670/10 1673/4 1674/9 1674/15 1682/5 1696/5 1701/3 1701/3 1710/3 1711/18 1712/20 1715/25 1716/21 1729/16 1732/12 1735/15 1740/12
seeing [2] 1612/24 1614/7
seem [3] 1656/21 1682/22 1727/11
seemed [2] 1611/13 1706/3
seeming [1] 1702/8
seems [4] 1665/14 1694/7 1736/4 1736/9
seen [4] 1655/22 1656/17 1686/9 1700/7
sees [1] 1646/24
send [6] 1660/6 1664/5 1664/9 1679/19 1697/17 1723/12
sending [1] 1729/17
sends [5] 1627/9 1627/16 1628/3 1723/10 1723/11
senior [2] 1641/13 1722/11
sense [14] 1638/14 1656/23 1679/7 1679/15 1682/16 1683/18 1686/9 1696/20 1696/22 1703/20 1708/7 1709/9 1710/9 1723/11
sensitive [2] 1620/6 1679/4
sent [4] 1644/23 1659/23 1711/10 1723/1
sentence [5] 1603/18 1646/17 1648/15 1669/13 1669/23
sentences [1] 1645/22
separate [1] 1723/19
separately [1] 1661/7
September [20] 1614/18 1622/22 1642/21 1643/4 1645/23 1647/22 1653/10 1669/24 1669/25 1670/9 1670/22 1679/5 1690/8 1691/1 1691/16 1692/25 1696/1 1705/20 1730/8 1734/24
September/early [1] 1670/22
serialized [2] 1671/3 1672/15
series [4] 1700/2 1703/3 1727/15 1727/25
serious [1] 1730/10
seriously [2] 1727/9 1727/12
server [11] 1645/25 1658/17 1663/20 1663/21 1668/5 1693/13 1693/13 1696/3 1705/18 1708/15 1720/10
servers [5] 1661/10 1661/21 1661/24 1668/9 1720/5
service [1] 1658/18
services [2] 1659/18 1660/1
SESSION [1] 1591/5
set [10] 1658/23 1665/21 1665/23 1677/4 1677/9 1677/13 1695/12 1704/9 1710/4 1730/14
sets [1] 1701/25
several [8] 1599/19 1604/17 1613/3 1615/21 1659/17 1676/24 1730/22
several-month [1] 1730/22
share [18] 1595/7 1598/9 1598/12 1598/14 1599/8 1599/11 1599/25 1600/14 1600/18 1600/22 1601/2 1601/12 1610/9 1611/2 1622/7 1625/9 1632/23 1713/9
shared [4] 1609/16 1635/18 1689/13 1728/16
sharing [2] 1624/19 1626/2
SHAW [5] 1591/13 1592/7 1592/8 1663/1 1663/16
she [13] 1646/24 1715/8 1732/7 1732/9 1732/10 1732/11 1738/7 1738/8 1738/9 1738/11 1738/13 1739/8 1739/9
she's [6] 1738/3 1738/5 1738/8 1738/9 1738/11 1738/13
sheet [3] 1610/14 1613/6 1613/17
shift [1] 1636/5
shortly [1] 1593/14
should [7] 1596/21 1597/24 1667/15 1667/23 1688/6 1717/16 1739/9
shouldn't [3] 1598/12 1603/2 1603/2
show [12] 1595/21 1595/25 1597/11 1598/4 1601/25 1646/21 1700/6 1705/9 1721/6 1727/14 1729/6 1729/12
showed [3] 1730/12 1633/24 1733/21
showing [3] 1651/19 1655/6 1673/13
shows [1] 1606/8
side [2] 1660/4 1661/8
signature [1] 1673/4
signed [1] 1686/10
significance [1] 1662/22
significant [5] 1600/1 1609/5 1678/12 1689/9 1706/9
similar [5] 1599/20 1599/22 1599/23 1678/15 1680/23
simply [2] 1624/9 1634/18
since [3] 1671/15 1672/16 1678/11
sincere [1] 1721/4
sincerity [2] 1720/17 1721/5
single [3] 1617/1 1617/5 1707/2
sir [2] 1627/12 1640/3
sites [2] 1658/6 1658/10
sitting [2] 1687/24 1721/13
situation [3] 1679/15 1720/24 1736/4
six [5] 1594/10 1594/12 1610/5 1678/20 1699/24
skip [1] 1631/3
slow [2] 1644/5 1738/22
small [1] 1634/4
SME [2] 1724/5 1724/8
snapshot [1] 1677/25
snapshots [1] 1714/9

1772

**S**

snippet [2]
  1718/11 1721/9
so [285]
solemnly [1]
  1640/18
solid [1]  1629/10
solution [1]
  1671/22
solve [1]  1601/8
some [62]
  1593/14 1595/6
  1595/8 1607/10
  1618/9 1618/11
  1622/19 1624/12
  1624/17 1625/3
  1625/6 1625/12
  1625/20 1626/10
  1627/16 1631/10
  1642/4 1642/11
  1642/12 1652/6
  1653/17 1655/20
  1656/1 1657/13
  1662/24 1664/17
  1665/5 1665/11
  1666/13 1670/16
  1670/23 1675/25
  1676/20 1677/25
  1683/2 1702/12
  1702/24 1704/16
  1704/21 1705/3
  1709/8 1709/16
  1710/9 1710/24
  1714/15 1714/16
  1715/15 1716/21
  1718/20 1718/22
  1719/1 1722/20
  1722/21 1724/11
  1726/4 1729/16
  1729/24 1730/13
  1733/15 1736/10
  1740/7 1740/7
somebody [18]
  1606/4 1646/12
  1665/22 1665/23
  1672/18 1676/19
  1679/9 1681/5
  1683/1 1692/15
  1692/18 1697/10
  1711/12 1714/22
  1717/10 1724/9
  1733/10 1733/11
someone [36]
  1605/23 1606/10

1606/22 1607/9
1607/13 1607/14
1608/3 1616/10
1618/2 1618/5
1618/7 1622/2
1622/5 1626/10
1627/9 1627/16
1631/7 1631/11
1632/23 1636/24
1638/1 1642/16
1644/21 1656/7
1665/18 1679/24
1681/7 1687/21
1692/13 1692/17
1694/9 1694/24
1699/14 1713/9
1715/7 1716/2
something [28]
  1599/2 1600/7
  1606/18 1607/14
  1607/19 1615/3
  1625/3 1631/8
  1632/8 1638/11
  1638/18 1639/2
  1649/3 1649/4
  1657/5 1671/13
  1681/9 1683/8
  1694/25 1697/14
  1706/13 1707/4
  1708/20 1723/16
  1729/1 1729/24
  1734/23 1737/25
something's [1]
  1660/20
sometimes [9]
  1644/4 1660/3
  1675/4 1676/8
  1676/8 1676/9
  1676/10 1676/11
  1679/2
somewhere [2]
  1644/22 1709/13
sorry [9]  1606/5
  1617/24 1619/2
  1627/12 1631/2
  1644/7 1677/7
  1738/23 1739/8
sort [30]  1599/7
  1618/1 1642/4
  1643/20 1645/18
  1650/19 1655/22
  1656/2 1656/20
  1657/13 1662/13
  1664/10 1670/23

1672/4 1676/20
1677/11 1683/5
1683/17 1700/20
1706/23 1706/25
1709/16 1709/20
1714/9 1714/13
1714/23 1717/17
1717/21 1722/12
1740/6
sorted [1]
  1678/13
sound [3]  1685/7
  1685/10 1707/18
sounds [3]
  1606/2 1735/20
  1739/10
source [104]
  1597/16 1597/20
  1598/9 1599/16
  1602/12 1602/18
  1603/2 1603/9
  1603/12 1603/16
  1603/16 1603/21
  1604/1 1604/6
  1604/10 1604/15
  1621/2 1621/4
  1621/8 1621/11
  1621/15 1621/16
  1621/19 1621/25
  1622/8 1622/16
  1623/4 1623/22
  1624/3 1624/17
  1633/5 1635/1
  1636/21 1636/25
  1638/4 1639/20
  1639/22 1644/18
  1644/19 1657/22
  1657/24 1658/14
  1662/10 1662/13
  1664/18 1664/25
  1665/3 1665/6
  1665/8 1665/24
  1666/21 1667/2
  1667/7 1667/14
  1667/19 1667/20
  1675/24 1676/2
  1676/23 1679/24
  1680/3 1680/21
  1680/25 1681/3
  1681/4 1681/6
  1687/12 1687/20
  1688/8 1699/18
  1701/11 1709/24
  1710/3 1710/18

1712/9 1712/23
1713/3 1713/10
1713/16 1713/19
1713/22 1714/2
1714/5 1714/21
1715/7 1715/10
1716/23 1719/5
1720/7 1720/9
1720/22 1723/15
1724/16 1724/20
1725/3 1726/6
1726/21 1727/4
1731/2 1731/5
1739/21 1739/25
source's [5]
  1600/19 1601/3
  1602/8 1603/3
  1605/10
sources [6]
  1636/18 1660/21
  1676/11 1703/15
  1725/2 1725/7
spam [3]  1660/3
  1660/8 1664/10
speak [12]  1665/6
  1680/7 1681/2
  1710/15 1724/14
  1724/22 1724/23
  1727/3 1727/4
  1729/4 1734/2
  1734/14
speaking [6]
  1616/6 1657/11
  1681/17 1692/3
  1730/2 1730/4
speaks [1]
  1681/11
special [19]
  1591/13 1608/8
  1614/4 1632/14
  1635/24 1641/20
  1642/13 1662/1
  1688/13 1688/15
  1698/9 1726/12
  1728/6 1728/9
  1728/12 1728/22
  1737/3 1737/4
  1737/7
specific [10]
  1599/17 1599/18
  1599/25 1624/14
  1625/8 1677/17
  1685/5 1706/16

1707/6 1717/12
specifically [4]
  1607/25 1654/3
  1719/2 1734/17
spectrum [4]
  1625/4 1644/14
  1660/11 1660/14
speculate [1]
  1682/23
speculated [1]
  1601/17
speculating [1]
  1729/11
speech [1]
  1648/18
speed [1]  1722/6
spell [1]  1641/2
spoke [11]
  1596/24 1616/23
  1618/22 1636/17
  1637/16 1637/20
  1637/20 1698/4
  1718/15 1722/17
  1735/19
spoken [2]
  1668/7 1681/12
spot [1]  1644/17
squad [8]
  1641/21 1641/25
  1642/24 1642/25
  1644/22 1656/12
  1675/13 1716/9
SSA [1]  1698/9
stand [2]  1593/4
  1732/18
standard [1]
  1708/24
standing [1]
  1640/16
standpoint [1]
  1637/2
start [3]  1659/9
  1700/9 1739/3
started [3]
  1666/13 1671/24
  1704/15
state [1]  1641/2
stated [1]
  1665/20
statement [7]
  1601/22 1601/23
  1602/21 1606/20
  1616/4 1616/7
  1622/9

statements [1]
1721/4
STATES [4]
1591/1 1591/2
1591/9 1591/11
status [6]
1605/15 1605/19
1608/15 1610/17
1610/22 1611/9
staying [1]
1732/17
steaming [1]
1641/11
steer [2]   1625/19
1656/14
stenographic [1]
1741/5
step [12]   1657/24
1676/6 1676/23
1680/7 1682/10
1683/15 1707/3
1712/10 1717/18
1717/20 1718/25
1719/7
stepped [3]
1640/7 1663/9
1735/12
steps [19]
1629/25 1630/3
1644/1 1655/21
1672/3 1676/5
1681/14 1681/14
1681/21 1681/25
1682/7 1689/9
1689/19 1705/7
1706/10 1706/21
1707/7 1726/21
1727/2
still [16]   1595/24
1603/7 1621/20
1636/4 1637/10
1637/18 1667/1
1670/3 1687/19
1687/24 1727/3
1727/4 1729/7
1729/8 1730/9
1730/16
stock [1]   1740/6
stop [1]   1677/6
straight [1]
1604/20
Strategy [1]
1641/13

Streams [3]
1637/20 1638/6
1638/15
street [2]   1591/14
1676/12
strictly [1]   1637/1
strong [2]
1665/13 1683/4
Strzok [11]
1615/4 1615/22
1616/5 1616/14
1616/22 1616/23
1622/19 1622/24
1623/7 1623/16
1624/1
stuff [3]   1704/9
1707/23 1725/24
subject [18]
1607/7 1607/7
1607/9 1607/15
1607/23 1608/5
1608/16 1608/24
1609/8 1609/10
1609/25 1611/4
1705/17 1724/9
1724/14 1724/19
1724/21 1724/23
subjects [1]
1607/19
submitted [1]
1735/20
subpoena [1]
1684/20
such [4]   1607/12
1622/11 1625/5
1710/3
suggesting [1]
1715/16
suggests [1]
1717/3
suitability [1]
1680/19
summary [2]
1738/24 1739/3
supervisor [13]
1623/4 1627/23
1644/2 1656/8
1667/6 1672/5
1680/10 1683/9
1684/4 1691/21
1693/21 1710/19
1731/19
supervisors [2]
1627/10 1627/13

Supervisory [3]
1614/4 1632/14
1698/9
support [2]
1661/22 1675/15
supporting [1]
1683/2
suppose [2]
1686/8 1729/21
supposed [3]
1596/17 1617/15
1663/21
sure [13]   1604/3
1604/19 1625/2
1643/24 1644/6
1660/4 1663/3
1674/8 1674/20
1686/15 1693/22
1721/11 1733/18
surprise [3]
1617/1 1617/5
1694/2
Surveillance [1]
1707/17
SUSSMANN [37]
1591/5 1593/15
1593/21 1593/25
1594/15 1594/24
1595/1 1595/20
1595/23 1596/4
1597/23 1598/10
1598/15 1601/19
1602/22 1602/23
1603/17 1609/20
1617/21 1624/15
1625/10 1626/3
1626/14 1631/13
1633/19 1635/1
1635/12 1636/20
1639/22 1686/20
1686/22 1686/25
1687/3 1721/14
1721/19 1731/11
1734/13
Sussmann's [8]
1598/13 1599/9
1600/14 1601/3
1601/12 1602/7
1609/16 1611/20
Sustained [1]
1735/3
system [5]   1596/9
1597/6 1597/8
1633/22 1634/1

table [1]   1735/22
tables [2]   1649/1
1730/15
tainting [1]
1610/10
take [22]   1604/23
1604/25 1605/5
1614/15 1643/9
1656/2 1663/4
1672/11 1686/3
1686/9 1686/10
1694/20 1698/15
1719/1 1719/1
1720/24 1725/10
1727/11 1729/2
1739/4 1739/5
1740/6
takeaway [1]
1665/15
taken [2]   1671/5
1707/4
takes [1]   1679/2
taking [8]   1605/3
1605/4 1605/11
1644/1 1676/5
1685/22 1719/7
1727/8
talk [12]   1611/17
1612/3 1618/1
1618/7 1644/5
1663/20 1700/1
1703/25 1704/1
1709/23 1717/16
1736/11
talked [17]
1593/12 1609/15
1617/12 1618/18
1621/1 1629/3
1629/5 1630/11
1634/4 1634/6
1675/24 1675/25
1704/7 1706/9
1706/21 1706/25
1709/8
talking [7]
1600/23 1605/10
1630/13 1666/23
1718/12 1718/21
1730/1
target [4]   1607/21
1607/23 1607/24
1608/3
targets [1]

Tash [1]   1737/24
tasking [2]
1699/6 1699/8
Tea [2]   1631/7
1631/9
team [13]   1595/24
1608/9 1613/24
1618/23 1625/18
1644/3 1655/21
1659/7 1675/9
1675/16 1679/16
1681/15 1684/21
teams [1]   1643/22
tech [5]   1626/8
1627/20 1638/1
1641/11 1717/1
technical [20]
1652/5 1656/9
1657/14 1666/11
1666/15 1667/24
1675/25 1676/15
1676/17 1681/14
1681/21 1702/8
1702/12 1702/18
1702/21 1703/22
1714/8 1729/13
1730/2 1734/2
technical-seemin
g [1]   1702/8
technically [1]
1703/11
telephone [1]
1672/12
tell [35]   1594/23
1595/1 1595/4
1600/2 1603/19
1603/24 1605/23
1608/12 1610/11
1611/5 1614/22
1619/9 1624/11
1624/16 1625/12
1630/23 1643/19
1644/15 1655/23
1658/5 1660/23
1662/8 1665/17
1671/1 1687/12
1687/15 1706/13
1709/3 1712/22
1715/2 1720/24
1726/1 1729/4
1734/19 1739/12
telling [7]   1602/5
1603/25 1611/2

**T**

**telling... [4]**
1624/5 1624/24
1699/10 1706/15
**tells [1]** 1651/17
**tend [1]** 1709/5
**tendency [1]**
1644/5
**term [2]** 1642/12
1650/21
**terminology [1]**
1605/7
**terms [16]**
1646/16 1650/20
1656/9 1659/24
1662/21 1667/14
1674/23 1675/17
1675/24 1676/1
1676/4 1680/2
1681/21 1682/3
1700/19 1734/21
**test [1]** 1677/11
**testified [16]**
1593/13 1598/7
1612/25 1613/2
1614/11 1614/14
1614/20 1618/12
1619/11 1621/2
1626/5 1636/23
1688/20 1694/25
1696/14 1726/9
**testimony [20]**
1598/11 1599/3
1613/13 1614/12
1616/2 1617/8
1620/20 1621/10
1622/5 1622/9
1623/21 1623/24
1636/10 1640/4
1640/5 1640/19
1670/17 1735/8
1735/9 1740/1
**text [3]** 1677/2
1714/10 1714/11
**than [15]** 1668/1
1671/22 1675/8
1675/14 1676/18
1677/15 1682/17
1689/1 1703/2
1709/6 1717/9
1721/23 1722/11
1725/13 1738/8
**thank [16]** 1593/8
1640/2 1640/3

1648/20 1649/8
1653/11 1663/17
1669/8 1669/10
1684/8 1691/4
1694/15 1707/19
1722/7 1731/25
1735/7
**Thanks [1]**
1691/24
**that [859]**
**that's [62]** 1594/6
1594/9 1594/22
1595/15 1596/16
1598/11 1598/17
1598/24 1600/25
1602/11 1602/14
1604/20 1606/4
1608/4 1609/21
1609/24 1612/3
1613/11 1614/24
1615/20 1622/23
1627/23 1634/9
1634/22 1638/5
1643/3 1649/4
1651/12 1657/15
1658/12 1667/21
1669/22 1670/9
1678/1 1680/21
1683/8 1683/25
1691/3 1692/5
1692/7 1695/4
1701/9 1701/16
1702/24 1703/25
1703/25 1704/9
1705/4 1708/14
1708/17 1708/20
1715/1 1721/21
1722/6 1725/12
1726/24 1730/15
1731/11 1736/25
1737/4 1738/25
1739/15
**their [34]** 1610/10
1619/7 1620/1
1620/11 1620/22
1620/22 1621/20
1623/4 1633/20
1644/19 1656/2
1659/17 1659/18
1660/7 1660/12
1660/13 1660/15
1660/16 1661/6
1661/10 1661/20
1680/19 1680/20

1681/4 1704/22
1708/24 1720/5
1720/7 1720/18
1720/21 1721/4
1721/5 1721/6
1726/1
**them [49]**
1594/23 1595/1
1595/4 1600/2
1600/21 1600/22
1603/8 1604/10
1604/15 1605/23
1608/5 1608/12
1610/13 1611/2
1611/5 1611/18
1620/1 1620/11
1621/15 1622/7
1625/12 1628/16
1629/3 1630/13
1633/18 1635/18
1637/3 1659/1
1662/14 1670/21
1671/3 1671/13
1671/15 1671/16
1672/14 1672/20
1673/21 1677/12
1679/24 1686/10
1687/8 1700/7
1721/18 1726/1
1732/5 1732/13
1738/8 1738/8
1738/9
**themselves [2]**
1631/7 1672/14
**then [60]** 1593/18
1595/9 1596/9
1596/10 1603/10
1603/16 1607/20
1608/12 1608/15
1609/21 1610/4
1611/3 1612/4
1621/7 1627/6
1628/3 1629/18
1637/7 1638/3
1639/18 1642/10
1649/19 1649/24
1651/14 1651/22
1652/4 1657/17
1658/22 1658/24
1664/12 1668/4
1669/23 1675/16
1675/22 1679/19
1682/18 1685/18
1685/19 1687/21

1688/10 1693/18
1697/17 1702/12
1702/18 1702/21
1702/24 1704/6
1705/3 1710/20
1711/22 1712/8
1712/14 1714/8
1717/18 1719/1
1719/8 1723/18
1725/16 1726/24
1738/23
**theories [1]**
1682/24
**there [131]**
1595/12 1595/17
1595/25 1596/6
1596/9 1596/10
1596/20 1597/4
1597/7 1598/8
1598/21 1598/25
1599/1 1599/7
1599/18 1599/25
1600/6 1600/13
1601/13 1602/19
1602/23 1603/16
1605/6 1605/21
1606/13 1606/16
1609/1 1610/11
1610/14 1610/16
1611/19 1612/5
1612/11 1613/3
1613/15 1614/9
1614/21 1617/6
1617/8 1617/13
1619/13 1619/16
1619/20 1622/2
1622/17 1623/12
1624/2 1624/5
1624/6 1624/13
1624/24 1625/12
1625/20 1629/7
1629/11 1629/18
1629/21 1629/24
1630/10 1630/12
1631/2 1632/8
1632/9 1633/21
1634/1 1634/14
1636/20 1637/24
1638/1 1638/3
1638/8 1641/12
1642/4 1642/11
1643/5 1644/11
1650/23 1650/24
1651/19 1657/12

1657/14 1658/2
1662/25 1664/18
1666/16 1666/22
1668/6 1668/9
1668/11 1669/19
1670/23 1674/4
1677/6 1679/6
1683/15 1683/16
1685/20 1691/22
1692/3 1697/25
1697/25 1701/3
1704/22 1704/25
1705/4 1707/20
1708/7 1709/15
1711/25 1713/8
1713/14 1720/4
1720/9 1720/14
1729/8 1729/20
1729/22 1729/23
1729/23 1729/24
1730/6 1730/19
1730/20 1734/1
1734/25 1736/10
1736/18 1736/18
1737/2 1739/23
1739/24
**there's [24]**
1596/15 1603/15
1613/17 1613/21
1616/2 1617/1
1617/5 1624/12
1630/15 1638/22
1652/2 1660/21
1664/11 1674/5
1678/6 1698/8
1702/7 1702/11
1707/1 1719/25
1737/8 1737/11
1737/12 1737/15
**therefore [3]**
1594/5 1671/20
1736/9
**these [47]**
1616/10 1617/10
1621/9 1624/7
1629/7 1629/10
1630/19 1631/5
1644/21 1649/1
1649/11 1649/23
1650/19 1654/12
1655/20 1655/21
1656/13 1658/6
1658/10 1658/12
1660/6 1661/1

**T**

**these... [25]**
1662/8 1662/11
1664/19 1666/17
1670/4 1671/7
1674/12 1692/10
1692/24 1693/1
1693/2 1693/3
1694/7 1698/6
1698/12 1700/7
1703/22 1704/3
1714/10 1714/11
1715/4 1718/2
1723/10 1725/17
1729/12

**they [116]**
1598/14 1598/15
1600/1 1601/2
1601/6 1601/14
1601/18 1602/8
1602/9 1602/19
1603/9 1603/21
1603/25 1604/10
1604/15 1605/5
1605/24 1606/11
1606/18 1607/14
1607/15 1608/1
1610/10 1616/18
1618/24 1619/3
1619/6 1619/6
1619/8 1620/4
1620/8 1620/8
1621/4 1621/8
1621/10 1622/12
1625/19 1625/21
1626/19 1628/18
1628/21 1628/24
1629/2 1629/16
1631/17 1632/4
1632/4 1633/4
1633/7 1633/13
1633/13 1634/18
1634/20 1637/6
1637/8 1642/12
1659/12 1659/15
1659/17 1659/18
1660/1 1660/12
1660/12 1660/17
1660/18 1661/7
1661/8 1661/15
1661/16 1662/16
1666/20 1667/22
1667/22 1671/8
1671/9 1672/14

1674/22
1676/8 1676/9
1676/9 1676/10
1676/11 1677/23
1680/18 1683/12
1686/2 1686/9
1686/15 1687/12
1687/15 1704/19
1704/21 1705/1
1705/3 1709/2
1709/24 1710/11
1710/11 1711/3
1711/4 1716/23
1720/25 1721/1
1721/2 1721/7
1721/9 1721/12
1721/14 1721/17
1721/19 1730/12
1730/13 1736/2
1737/6 1737/11

**they're [5]**
1606/10 1637/6
1658/9 1680/19
1734/22

**thing [12]**
1616/15 1623/1
1657/16 1671/19
1672/18 1676/13
1706/23 1709/20
1717/12 1729/16
1730/6 1740/10

**things [21]**
1604/18 1611/3
1636/19 1637/6
1637/8 1637/10
1655/23 1655/25
1657/21 1671/7
1672/10 1672/13
1676/1 1677/3
1682/24 1687/6
1708/12 1710/6
1714/10 1717/6
1739/17

**think [66]** 1605/8
1606/11 1606/19
1606/25 1607/2
1607/23 1608/24
1611/10 1612/2
1612/25 1617/25
1620/5 1624/21
1634/13 1636/23
1649/16 1652/2
1656/17 1664/5
1671/23 1675/20

1675/22 1678/12
1681/12 1681/24
1682/3 1683/11
1685/19 1687/24
1689/23 1694/25
1699/7 1699/10
1699/14 1702/24
1705/24 1708/7
1711/23 1712/12
1713/14 1719/10
1720/19 1722/12
1725/11 1727/13
1728/6 1728/20
1729/3 1729/5
1729/10 1730/4
1730/12 1731/18
1732/2 1732/4
1732/11 1733/13
1733/19 1736/14
1736/16 1737/1
1737/4 1737/12
1737/19 1739/1
1739/2

**thinking [2]**
1608/9 1729/14

**third [13]** 1611/10
1619/4 1619/4
1646/3 1646/16
1646/18 1650/2
1670/1 1670/11
1688/11 1696/9
1697/11 1733/11

**this [268]**
**those [36]** 1607/4
1629/2 1630/3
1637/9 1637/10
1637/12 1638/6
1638/9 1638/14
1651/5 1657/21
1658/23 1658/25
1659/7 1670/17
1672/13 1674/13
1674/21 1675/22
1678/21 1680/14
1685/3 1685/13
1685/21 1686/3
1687/6 1700/25
1704/6 1708/10
1714/24 1725/4
1726/7 1726/14
1729/2 1731/7
1731/9

**though [5]**
1606/17 1612/22

1676/14 1738/10
1729/22
**thought [7]**
1607/13 1609/5
1667/9 1670/10
1688/5 1688/10
1704/17
**thoughts [6]**
1609/1 1704/21
1704/22 1705/4
1728/16 1730/13
**thousands [1]**
1660/6
**threat [9]** 1595/18
1597/4 1597/5
1601/9 1607/11
1629/11 1634/2
1657/18 1708/3
**threats [1]**
1730/10
**three [4]** 1688/16
1688/19 1688/19
1703/3
**through [25]**
1593/18 1610/21
1641/18 1642/5
1644/13 1651/24
1655/20 1658/12
1662/14 1667/11
1670/6 1670/7
1676/1 1678/13
1680/25 1681/15
1683/14 1697/12
1701/2 1703/19
1706/2 1710/17
1717/8 1724/24
1730/22
**throughout [2]**
1600/5 1646/10
**thumb [26]**
1647/6 1650/17
1650/24 1651/13
1652/7 1653/18
1654/2 1654/13
1654/23 1656/10
1670/16 1670/17
1670/23 1671/2
1671/11 1671/14
1672/6 1672/16
1673/8 1673/20
1674/3 1674/13
1674/18 1677/24
1688/11 1700/17
**Thursday [4]**

1738/13 1739/9
**tied [1]** 1639/7
**time [48]** 1593/19
1593/25 1594/6
1599/2 1599/7
1600/1 1602/11
1602/14 1603/23
1605/9 1609/12
1614/3 1622/20
1629/23 1631/22
1638/6 1639/11
1643/5 1646/8
1663/1 1666/16
1667/1 1667/4
1667/11 1668/11
1676/8 1680/17
1681/13 1681/19
1682/15 1682/25
1688/4 1688/6
1693/25 1697/9
1697/13 1704/15
1705/22 1712/22
1713/2 1720/21
1721/23 1726/13
1726/19 1728/23
1729/18 1734/8
1739/6
**timeframe [1]**
1623/1
**times [6]** 1606/16
1667/5 1676/24
1684/25 1699/24
1731/21
**timestamp [1]**
1649/24
**timestamps [1]**
1650/18
**title [3]** 1641/12
1649/2 1707/17
**titled [1]** 1701/20
**to-do [6]** 1610/14
1612/1 1612/3
1615/6 1615/9
1617/10
**today [11]** 1613/2
1623/21 1631/9
1685/1 1687/24
1691/25 1694/6
1694/11 1721/13
1727/3 1732/18
**together [1]**
1689/6
**told [58]** 1593/15

**T**

told... [57]
1593/25 1598/17
1601/11 1602/17
1604/9 1604/15
1605/15 1606/10
1607/14 1608/15
1609/7 1609/9
1609/13 1609/18
1609/24 1610/16
1610/17 1611/1
1611/3 1611/11
1611/18 1614/19
1615/22 1616/13
1616/14 1616/21
1620/14 1620/17
1622/1 1622/2
1622/21 1623/25
1625/1 1628/16
1633/14 1635/4
1635/6 1643/13
1655/19 1667/17
1668/1 1683/19
1687/10 1690/12
1690/14 1690/16
1697/5 1697/8
1698/17 1716/23
1717/17 1718/13
1719/2 1721/14
1726/16 1732/15
1734/17
Tom [12] 1627/19
1632/9 1632/11
1633/10 1662/1
1665/20 1665/22
1716/24 1717/15
1717/18 1724/16
1738/23
Tom Grasso [1]
1716/24
tomorrow [8]
1735/16 1738/16
1738/25 1739/3
1739/13 1739/14
1740/7 1740/12
ton [1] 1729/9
tonight [1]
1732/10
too [6] 1691/22
1695/16 1698/12
1705/24 1709/16
1726/14
took [15] 1605/11
1622/25 1629/25

1655/24 1673/23
1681/25 1686/13
1689/19 1706/22
1707/3 1717/18
1726/22 1727/2
1729/11 1730/13
tools [4] 1596/5
1658/2 1658/3
1693/18
top [12] 1613/18
1615/7 1628/4
1683/5 1697/23
1700/10 1701/18
1703/9 1705/10
1715/24 1723/3
1728/1
TOR [9] 1644/14
1644/15 1644/16
1644/17 1660/9
1660/9 1660/17
1660/20 1660/23
TORproject.org
[1] 1660/22
tough [1] 1725/12
towards [4]
1646/24 1683/24
1737/3 1737/7
town [1] 1732/6
track [1] 1711/15
traffic [1] 1644/19
trained [1]
1604/23
training [20]
1642/4 1642/6
1642/6 1642/10
1642/18 1642/19
1642/21 1642/25
1643/18 1644/2
1644/23 1667/5
1680/10 1683/9
1686/7 1689/3
1689/16 1690/15
1694/8 1731/18
transcript [3]
1591/8 1741/5
1741/6
transfer [4]
1656/25 1664/13
1670/7 1708/24
transiting [1]
1644/13
transmitted [1]
1714/19
traveled [1]

1681/20
treated [2]
1606/16 1607/11
trial [2] 1591/8
1699/24
tried [2] 1631/16
1633/13
Trifiletti [2]
1716/3 1716/18
triggered [1]
1614/9
trip [1] 1735/11
Trisha [1]
1738/21
true [17] 1605/4
1605/6 1606/8
1630/22 1644/19
1679/11 1699/4
1707/2 1715/5
1715/12 1721/12
1725/16 1729/6
1729/7 1729/13
1730/18 1741/4
truly [2] 1640/18
1729/1
Trump [22]
1595/13 1643/6
1644/12 1646/1
1648/19 1648/19
1651/20 1659/15
1659/16 1659/17
1661/24 1661/24
1664/1 1664/3
1669/17 1688/1
1695/9 1696/4
1720/5 1720/10
1720/15 1721/7
Trump's [1]
1705/18
Trump-related [1]
1659/17
trust [1] 1637/8
truth [3] 1640/20
1640/20 1640/20
truthful [1]
1605/1
truthfully [2]
1632/18 1726/17
truthfulness [2]
1735/22 1736/2
try [8] 1631/25
1633/17 1644/5
1652/10 1671/15
1677/21 1714/14

trying [2] 1614/1
1705/25
turn [1] 1643/4
turned [3]
1595/13 1596/13
1639/17
turns [1] 1614/2
twice [2] 1675/4
1679/1
twice-a-day [1]
1679/1
two [19] 1593/19
1593/24 1594/7
1603/14 1603/17
1609/1 1617/10
1621/13 1629/13
1629/24 1645/22
1662/7 1674/5
1675/23 1685/20
1689/2 1700/20
1701/17 1733/21
type [2] 1658/4
1660/22
typically [1]
1686/2
typos [1] 1682/5

**U**

U.S [17] 1591/22
1607/11 1645/24
1646/6 1661/5
1661/8 1668/7
1670/2 1670/11
1687/16 1687/25
1688/8 1696/2
1696/11 1697/3
1697/6 1736/7
Uh [26] 1600/3
1616/20 1616/25
1618/12 1631/20
1643/22 1670/15
1674/10 1677/10
1681/16 1686/1
1686/18 1688/23
1689/22 1691/17
1692/3 1693/20
1696/6 1700/4
1706/11 1715/18
1719/14 1722/19
1725/5 1727/16
1738/19
Uh-huh [26]
1600/3 1616/20

1616/25 1618/12
1631/20 1643/22
1670/15 1674/10
1677/10 1681/16
1686/1 1686/18
1688/23 1689/22
1691/17 1692/2
1693/20 1696/6
1700/4 1706/11
1715/18 1719/14
1722/19 1725/5
1727/16 1738/19
ultimate [3]
1715/1 1715/5
1715/10
ultimately [5]
1667/25 1668/4
1712/14 1714/2
1719/8
Um [1] 1691/2
unadjudicated [1]
1736/17
unaffected [1]
1625/16
unclear [1]
1739/8
under [8] 1640/21
1647/16 1648/11
1707/7 1707/8
1716/22 1732/21
1736/12
underneath [1]
1648/15
understand [6]
1599/21 1676/16
1710/21 1714/6
1724/7 1737/8
understanding
[11] 1619/13
1630/17 1646/8
1657/8 1670/4
1677/8 1677/11
1716/24 1733/6
1733/10 1739/20
understands [1]
1714/6
understood [7]
1630/18 1634/25
1644/10 1706/17
1733/20 1736/19
1737/20
UNITED [4]
1591/1 1591/2
1591/9 1591/11

**U**

**University [1]**
1666/25

**unless [4]**
1639/17 1736/10
1737/15 1737/18

**unlikely [1]**
1706/3

**unpack [1]**
1646/4

**until [10]** 1593/19
1597/24 1598/3
1611/10 1631/9
1640/6 1671/24
1688/4 1735/9
1737/25

**unusual [2]**
1660/13 1681/4

**unusually [1]**
1696/3

**up [55]** 1595/8
1612/7 1623/25
1626/20 1627/6
1628/4 1645/10
1646/23 1648/12
1649/7 1657/2
1663/19 1665/5
1665/21 1665/23
1671/21 1671/25
1674/8 1680/8
1681/3 1683/23
1690/1 1690/21
1691/3 1692/21
1693/13 1694/24
1695/19 1695/23
1697/17 1697/23
1700/10 1701/18
1703/5 1703/9
1704/19 1705/10
1710/2 1711/7
1711/20 1712/15
1714/16 1715/22
1715/24 1717/21
1717/24 1719/9
1722/6 1723/2
1723/20 1728/4
1729/2 1732/23
1737/12 1737/13

**update [1]**
1738/17

**updates [1]**
1679/2

**upon [4]** 1636/14
1655/23 1658/21

**urgency [3]**
1679/7 1682/17
1696/22

**us [30]** 1635/13
1643/13 1645/21
1648/11 1648/15
1655/19 1655/23
1660/12 1664/24
1667/10 1668/1
1669/13 1670/11
1671/1 1671/13
1671/18 1675/13
1676/15 1677/20
1679/9 1679/10
1679/15 1683/17
1683/18 1714/1
1715/3 1715/7
1724/11 1738/10
1739/4

**use [4]** 1644/18
1703/15 1735/23
1737/17

**used [4]** 1613/3
1613/6 1707/16
1737/6

**using [2]** 1596/5
1720/7

**usually [5]**
1615/13 1645/25
1679/18 1679/20
1679/21

**utilized [1]**
1620/4

**V**

**V3 [1]** 1701/20

**vague [1]** 1733/17

**vantage [1]**
1638/12

**various [5]**
1637/20 1638/6
1638/15 1658/14
1658/23

**veracity [2]**
1637/5 1637/14

**verify [2]** 1677/12
1703/15

**versa [1]** 1651/18

**very [28]** 1609/6
1635/22 1640/3
1656/18 1657/23
1661/16 1670/21
1676/17 1676/17

1676/24 1677/11
1677/17 1680/6
1681/3 1681/25
1682/1 1682/21
1683/2 1683/4
1707/20 1708/24
1714/8 1727/8
1729/5 1730/15
1730/20 1732/24
1735/8

**via [1]** 1632/20

**vice [1]** 1651/18

**view [17]** 1595/11
1596/13 1596/21
1597/17 1598/1
1617/14 1620/1
1621/21 1624/23
1676/15 1725/2
1725/6 1726/5
1729/10 1731/6
1734/5 1734/10

**views [2]** 1620/11
1620/22

**VII [1]** 1707/17

**violate [1]** 1620/5

**volume [1]**
1650/19

**volunteered [2]**
1639/24 1640/1

**Vos [2]** 1716/8
1716/19

**W**

**walk [2]** 1655/20
1676/12

**walked [4]**
1610/20 1676/19
1682/17 1734/24

**walks [1]** 1651/24

**want [25]** 1595/7
1601/11 1618/7
1618/13 1618/13
1630/7 1634/7
1638/11 1643/4
1672/7 1672/13
1677/4 1680/18
1681/2 1700/6
1711/14 1712/6
1713/22 1714/21
1727/3 1727/4
1727/14 1730/19
1732/23 1736/11

**wanted [11]**
1613/24 1634/3

1655/20 1658/22
1663/19 1709/20
1713/21 1726/10
1739/16

**wants [2]** 1735/23
1737/16

**warrant [2]**
1707/9 1707/16

**was [463]**

**Washington [2]**
1591/14 1591/23

**wasn't [34]**
1593/23 1596/12
1599/1 1599/7
1600/13 1600/21
1611/10 1616/8
1620/23 1622/1
1622/3 1622/18
1629/11 1630/3
1637/3 1657/8
1665/24 1671/11
1671/12 1677/3
1677/17 1679/9
1683/23 1688/4
1704/23 1704/25
1715/9 1715/10
1720/13 1729/17
1729/18 1730/17
1730/24 1733/18

**waste [3]** 1728/23
1729/15 1729/17

**WATKINS [1]**
1591/18

**way [18]** 1593/20
1596/22 1601/14
1604/16 1606/9
1610/10 1611/8
1619/4 1636/14
1667/16 1682/8
1705/15 1708/14
1711/15 1713/5
1714/19 1733/18
1737/6

**ways [2]** 1625/7
1636/8

**we [244]**

**we'd [4]** 1667/7
1714/21 1718/13
1739/3

**we'll [10]** 1595/9
1596/20 1598/8
1643/22 1663/5
1700/25 1712/19

1735/15 1738/1
1739/14

**we're [7]** 1593/11
1649/20 1657/2
1682/22 1711/16
1715/3 1738/3

**we've [6]** 1607/18
1655/22 1673/8
1684/13 1723/9
1728/8

**wearing [2]**
1634/12 1634/20

**web [1]** 1644/18

**website [2]**
1637/24 1666/24

**Wednesday [7]**
1685/19 1719/16
1738/2 1738/14
1739/4 1739/7
1739/9

**week [5]** 1642/6
1685/18 1705/6
1740/10 1740/11

**weeks [6]**
1593/19 1593/24
1594/7 1610/5
1629/13 1685/9

**weighs [1]**
1711/22

**weight [2]**
1682/16 1696/20

**Welcome [1]**
1663/15

**well [34]** 1603/19
1605/9 1615/8
1623/18 1632/16
1638/23 1658/24
1660/11 1660/13
1661/15 1661/16
1663/13 1665/11
1665/12 1668/8
1671/10 1675/16
1678/11 1678/15
1678/25 1679/3
1679/17 1682/12
1682/12 1684/6
1700/3 1712/10
1712/12 1714/15
1720/2 1723/25
1731/4 1733/9
1738/15

**well-known [1]**
1632/16

**well-recognized
[1]** 1661/15

# W

**went [17]** 1593/13
1593/18 1603/10
1604/18 1606/24
1608/8 1608/9
1611/8 1619/25
1620/10 1624/22
1642/5 1670/24
1676/1 1681/15
1687/21 1708/18

**were [114]**
1593/11 1595/25
1597/9 1597/10
1600/12 1601/10
1605/4 1605/5
1605/9 1606/25
1608/19 1609/1
1609/10 1610/17
1611/12 1613/3
1614/11 1614/21
1616/6 1619/9
1622/11 1623/3
1627/18 1629/24
1630/10 1630/12
1631/13 1633/18
1634/10 1634/12
1635/4 1635/6
1637/2 1637/21
1637/21 1639/20
1641/21 1643/9
1643/13 1645/6
1647/6 1650/23
1655/19 1657/25
1658/15 1659/12
1660/12 1661/7
1665/6 1666/14
1666/22 1666/23
1667/1 1667/11
1667/15 1667/17
1667/18 1667/22
1667/22 1668/14
1672/10 1674/4
1674/24 1675/9
1675/13 1675/14
1676/5 1677/22
1678/16 1678/21
1679/3 1679/10
1679/11 1681/14
1681/25 1682/1
1683/5 1683/16
1684/5 1685/25
1686/16 1687/6
1688/7 1688/13
1688/15 1688/17

1697/2 1698/17
1698/22 1704/22
1714/3 1714/12
1714/22 1716/23
1717/9 1717/9
1718/20 1721/4
1724/13 1725/1
1725/12 1726/4
1726/13 1726/16
1727/8 1729/22
1729/24 1731/4
1733/3 1734/13
1734/17 1735/1

**weren't [6]**
1607/4 1622/13
1650/23 1650/24
1699/18 1734/23

**west [1]** 1732/9

**what [161]**

**what's [10]**
1602/2 1603/8
1607/7 1607/20
1619/1 1641/12
1646/21 1673/13
1692/4 1692/6

**whatever [2]**
1679/20 1736/7

**when [76]**
1594/10 1595/10
1596/24 1597/15
1598/20 1599/21
1600/6 1600/12
1600/17 1601/10
1604/22 1605/14
1605/18 1605/23
1606/10 1606/24
1607/13 1607/14
1609/24 1610/16
1611/11 1613/8
1613/13 1615/8
1617/12 1620/6
1621/19 1622/24
1623/2 1629/19
1636/3 1637/16
1641/17 1642/5
1643/5 1643/19
1643/24 1651/23
1657/23 1664/10
1666/10 1666/16
1667/18 1667/19
1668/11 1670/6
1670/9 1670/10
1670/20 1670/24

1671/2 1671/4
1671/9 1676/2
1678/16 1685/13
1685/18 1686/2
1688/17 1695/21
1695/25 1696/10
1697/16 1704/1
1707/21 1707/23
1709/5 1710/4
1714/18 1715/8
1724/7 1726/12
1733/6 1734/24
1736/14 1738/9

**where [34]**
1593/11 1593/11
1595/9 1597/1
1597/10 1597/17
1599/24 1605/8
1606/16 1612/16
1613/3 1613/18
1616/5 1628/19
1632/20 1641/6
1642/1 1644/17
1666/11 1669/18
1670/4 1682/12
1684/1 1699/19
1709/19 1709/24
1710/11 1711/18
1715/2 1715/3
1718/21 1722/21
1736/6 1738/15

**wherever [1]**
1667/21

**whether [44]**
1593/20 1595/11
1595/17 1595/21
1595/25 1596/8
1596/12 1597/4
1597/7 1597/11
1598/4 1605/3
1609/15 1616/13
1617/13 1619/16
1619/19 1621/3
1621/6 1621/8
1621/20 1621/24
1622/15 1631/22
1632/2 1633/6
1633/7 1633/21
1633/25 1639/1
1639/6 1650/20
1650/21 1656/24
1660/15 1660/20
1661/1 1662/3
1664/1 1685/22

1740/8 1740/10

**which [32]** 1598/8
1603/15 1603/17
1608/1 1614/4
1615/1 1616/23
1622/2 1623/25
1646/16 1647/21
1653/2 1658/8
1669/4 1671/3
1671/17 1672/6
1676/11 1676/23
1677/2 1678/5
1682/15 1686/13
1695/13 1699/6
1702/16 1714/2
1718/22 1725/17
1726/17 1730/5
1739/4

**while [4]** 1601/7
1603/10 1616/6
1700/12

**white [61]**
1613/25 1614/1
1614/2 1614/8
1626/14 1627/20
1627/24 1628/9
1630/4 1632/11
1644/23 1646/2
1651/20 1651/23
1652/5 1652/7
1653/1 1653/2
1653/9 1655/8
1656/2 1656/10
1656/17 1657/23
1659/20 1660/16
1665/10 1665/19
1667/20 1670/1
1670/9 1676/24
1677/24 1679/10
1680/13 1696/8
1700/18 1700/20
1700/20 1700/21
1702/25 1703/16
1704/3 1704/3
1709/12 1710/11
1710/18 1713/22
1713/23 1714/7
1714/8 1715/17
1717/1 1717/4
1721/10 1723/15
1724/11 1727/5
1733/21 1734/1
1734/7

**Whitepaper [1]**
1701/20

**Whitepaper-audit
able [1]** 1701/20

**who [96]** 1594/21
1597/16 1607/9
1607/19 1607/19
1607/25 1608/3
1608/5 1608/23
1608/24 1610/1
1613/25 1614/7
1617/6 1618/2
1621/4 1621/7
1621/11 1622/5
1623/15 1625/16
1625/23 1626/2
1628/24 1632/1
1632/11 1632/13
1633/2 1633/5
1633/17 1633/24
1639/21 1639/22
1642/21 1646/14
1646/18 1648/17
1656/3 1656/4
1656/10 1656/12
1657/24 1657/25
1658/5 1658/5
1662/15 1664/23
1666/23 1667/2
1667/7 1671/10
1671/13 1675/13
1675/14 1676/1
1679/24 1680/3
1680/7 1680/22
1682/19 1683/19
1686/23 1687/19
1690/14 1691/20
1693/25 1697/5
1698/2 1698/4
1700/7 1705/15
1708/23 1710/10
1711/10 1711/16
1712/24 1713/23
1715/16 1716/5
1717/4 1717/6
1717/10 1717/13
1724/5 1724/10
1724/11 1725/12
1729/23 1729/24
1731/1 1731/5
1731/17 1731/19
1734/8 1734/19
1738/16

**who's [3]** 1606/2

**W**

**who's... [2]**
1618/5 1626/10
**whoever [3]**
1709/20 1710/15
1724/21
**WHOIS [6]**
1651/16 1652/13
1658/10 1658/11
1659/10 1702/13
**whole [3]** 1640/20
1667/1 1678/1
**whom [1]**
1714/18
**why [28]** 1595/6
1617/13 1617/18
1618/12 1628/21
1637/13 1638/21
1656/23 1657/8
1663/4 1669/21
1672/1 1676/23
1678/1 1678/24
1680/19 1699/18
1699/18 1710/1
1713/25 1714/5
1715/8 1719/6
1721/19 1725/23
1731/2 1731/3
1739/12
**Wierzbicki [18]**
1626/23 1627/9
1627/13 1628/3
1691/20 1693/19
1698/10 1710/25
1711/22 1712/8
1712/17 1713/16
1719/16 1722/25
1723/1 1723/10
1723/10 1723/13
**will [14]** 1599/18
1634/12 1640/19
1658/4 1660/6
1660/23 1691/25
1692/8 1693/19
1720/3 1732/16
1732/21 1739/5
1739/10
**wiretap [1]**
1707/13
**withhold [1]**
1598/22
**withholding [1]**
1637/7
**within [6]**

1603/11 1605/7
1607/22 1632/17
1632/18 1644/21
**without [2]**
1598/24 1630/20
**witness [39]**
1592/2 1593/3
1593/4 1601/25
1605/24 1606/1
1606/9 1606/10
1606/22 1606/25
1608/10 1608/23
1609/8 1609/25
1610/18 1610/24
1610/25 1611/2
1611/6 1611/9
1611/11 1611/16
1617/5 1640/7
1640/9 1640/12
1663/9 1686/4
1686/5 1715/23
1715/24 1735/12
1736/23 1737/22
1737/24 1738/4
1738/9 1738/24
1739/3
**witness's [2]**
1735/21 1740/1
**witnesses [6]**
1605/21 1606/17
1607/18 1686/2
1686/7 1738/18
**woefully [1]**
1609/2
**won't [1]** 1738/7
**word [4]** 1612/24
1613/14 1682/11
1734/3
**words [2]**
1637/10 1637/17
**work [13]** 1622/6
1632/18 1641/6
1641/15 1643/17
1643/22 1660/10
1689/16 1715/3
1718/22 1729/1
1729/9 1730/23
**worked [10]**
1599/14 1599/19
1599/22 1599/24
1675/19 1675/21
1680/14 1689/6
1704/19 1706/7
**working [14]**

1639/7 1639/23
1659/15 1667/17
1667/22 1675/12
1678/16 1678/21
1679/13 1679/16
1680/14 1710/21
1711/4 1734/15
**works [1]**
1605/21
**world's [2]**
1725/8 1725/9
**worth [2]** 1714/24
1729/25
**would [158]**
**wouldn't [11]**
1605/5 1617/19
1618/7 1618/13
1619/5 1630/7
1681/20 1682/4
1682/7 1726/21
1730/21
**wrapup [1]**
1679/20
**writes [2]**
1712/14 1738/9
**writing [3]** 1613/8
1613/23 1674/18
**written [3]** 1602/2
1674/22 1733/16
**wrong [11]**
1606/12 1606/18
1606/23 1607/2
1607/14 1607/19
1608/24 1616/18
1634/7 1699/18
1720/25
**wrongdoing [1]**
1607/10
**wrote [11]**
1613/25 1614/1
1645/16 1657/3
1695/25 1710/10
1713/23 1723/16
1723/23 1733/18
1738/8

**Y**

**YAO [1]** 1591/17
**yeah [24]** 1600/20
1603/7 1604/5
1609/1 1611/7
1616/16 1631/9
1644/17 1649/23
1658/11 1658/16

1677/24 1681/23
1685/11 1686/8
1686/6 1693/16
1703/9 1725/5
1725/22 1732/7
1737/23
**years [5]** 1594/10
1594/12 1659/16
1685/25 1688/16
**Yep [2]** 1616/11
1692/12
**yes [265]**
**yesterday [1]**
1685/14
**York [1]** 1591/19
**you [890]**
**you'd [5]** 1618/12
1638/11 1649/7
1727/3 1727/4
**you'll [1]** 1613/6
**you're [13]**
1618/9 1637/18
1642/13 1642/13
1644/1 1660/4
1691/22 1695/4
1708/17 1717/3
1728/3 1728/20
1736/3
**you've [12]**
1593/18 1598/3
1599/14 1609/24
1674/23 1675/25
1681/12 1686/5
1698/25 1700/19
1709/18 1727/3
**your [144]** 1593/8
1593/20 1594/1
1595/11 1596/13
1596/21 1596/25
1597/17 1598/11
1599/3 1599/4
1600/6 1600/23
1601/1 1605/4
1605/15 1605/15
1607/5 1608/12
1608/15 1608/22
1610/9 1610/17
1611/12 1611/17
1611/23 1612/1
1612/5 1612/10
1613/8 1613/11
1613/13 1614/9
1614/18 1616/2

1616/9 1616/12
1617/8 1617/10
1617/14 1620/20
1621/10 1622/5
1623/21 1624/23
1634/14 1635/22
1636/3 1638/7
1638/12 1640/4
1640/5 1640/5
1640/15 1640/16
1641/2 1641/12
1642/21 1643/4
1644/2 1644/2
1644/3 1644/9
1644/21 1646/8
1646/10 1647/8
1650/10 1654/4
1655/14 1657/22
1659/6 1660/8
1663/17 1666/11
1667/15 1668/5
1668/14 1669/3
1669/8 1670/3
1670/17 1672/8
1672/8 1673/4
1673/22 1674/25
1675/5 1675/9
1676/3 1676/10
1676/13 1677/21
1679/2 1679/13
1679/13 1679/16
1680/15 1681/1
1681/9 1681/15
1684/7 1684/19
1684/21 1684/23
1688/21 1689/3
1693/21 1694/7
1698/10 1699/2
1700/5 1704/15
1706/13 1710/9
1711/23 1715/15
1720/24 1721/23
1722/7 1723/14
1725/2 1725/6
1725/10 1726/5
1728/10 1730/24
1731/6 1733/6
1734/4 1734/5
1734/10 1735/4
1735/8 1735/8
1736/13 1736/19
1737/1 1737/20
1737/22 1739/1
1739/20 1740/3

**Y**

**your... [1]**  1740/9
**yours [1]**  1732/20
**yourself [1]**
 1712/18

**Z**

**zero [2]**  1689/1
 1729/1
**zeros [1]**  1595/16