```
 1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
         - - - - - - - - - - - - - - - x
 3       THE UNITED STATES OF AMERICA,
                                            Criminal Action No.
 4                     Plaintiff,           1:21-cr-00582-CRC-1
                                            Wednesday, May 25, 2022
 5       vs.                                9:12 a.m.

 6       MICHAEL A. SUSSMANN,               *MORNING SESSION*

 7                     Defendant.
         - - - - - - - - - - - - - - - x
 8

 9       _____

10                        TRANSCRIPT OF JURY TRIAL
              HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                      UNITED STATES DISTRICT JUDGE
         _____
12
         APPEARANCES:
13
         For the United States:      ANDREW DeFILIPPIS, ESQ.
14                                    JONATHAN EDGAR ALGOR, IV, ESQ.
                                      MICHAEL T. KEILTY, ESQ.
15                                    BRITTAIN SHAW, ESQ.
                                      SPECIAL COUNSEL'S OFFICE
16                                    145 N Street Northeast
                                      Washington, DC 20002
                                      (212) 637-2231
17
         For the Defendant:          SEAN M. BERKOWITZ, ESQ.
18                                    MICHAEL BOSWORTH, ESQ.
                                      CATHERINE YAO, ESQ.
19                                    NATALIE HARDWICK RAO, ESQ.
                                      LATHAM & WATKINS LLP
20                                    1271 Avenue of the Americas
                                      New York, NY 10020
21                                    (212) 906-1200

22       Court Reporter:             Lisa A. Moreira, RDR, CRR
                                      Official Court Reporter
23                                    U.S. Courthouse, Room 6718
                                      333 Constitution Avenue, NW
24                                    Washington, DC  20001
                                      (202) 354-3187
25
```

```
1                          I N D E X

2
        WITNESS                                        PAGE
3
        KORI ARSENAULT
4            (By Mr. Keilty)................................ 2068
             (By Mr. Bosworth).............................. 2094
5            (By Mr. Keilty)................................ 2105

6       TASHINA GAUHAR
             (By Mr. Bosworth).............................. 2119
7            (By Mr. Keilty)................................ 2131
             (By Mr. Bosworth).............................. 2134
8
        MARY McCORD
9            (By Mr. Bosworth).............................. 2135
             (By Mr. Keilty)................................ 2144
10           (By Mr. Bosworth).............................. 2148

11      THOMAS X. GRASSO
             (By Mr. Berkowitz)............................. 2151
12           (By Mr. DeFilippis)............................ 2164
             (By Mr. Berkowitz)............................. 2175
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  Your Honor, we're back on

3     the record for Criminal Case 21-582, *United States of*

4     *America vs. Michael Sussmann*.

5              MR. KEILTY:  Good morning, Your Honor; for the

6     government, Michael Keilty, Andrew DeFilippis, Brittain

7     Shaw, and Jonathan Algor.

8              THE COURT:  Okay.  Good morning, everybody.

9              MR. BERKOWITZ:  Good morning, Your Honor; Sean

10    Berkowitz, Mike Bosworth, Natalie Rao, and Catherine Yao on

11    behalf of Mr. Sussmann, who is present in court.

12             THE COURT:  Okay.  Good morning, everybody.

13             All right.  I just want to return briefly to the

14    discussion we had at the end of the day yesterday.

15             You know, we've been here for two weeks.  I have

16    tried my best to let you folks try your cases as you see fit

17    without undue intervention from the Court, as is my usual

18    practice.  But I obviously have set some evidentiary

19    guardrails in the case that I expect both sides to follow,

20    and I think you've done that for the most part.

21             Yesterday, however, I thought it was pretty

22    clear -- that I was pretty clear that in Mr. Novick's

23    testimony the government was not to suggest a link between

24    the defendant and -- on the one hand, and Mr. Joffe and the

25    researchers' data collection efforts on the other hand, or

 1    their views about the data.  I didn't think there was an

 2    evidentiary foundation for that.

 3            I thought that the jury would only be able to

 4    speculate about any such connection, and I thought that any

 5    knowledge Mr. Novick had about that was necessarily hearsay

 6    from Mr. Joffe, who obviously is not here to testify.  And I

 7    thought, at least, the final question in the redirect that

 8    was asked yesterday, nevertheless, attempted to establish

 9    such a link.

10            You know, I know that questions get asked

11    rhetorically or argumentatively that are likely to draw an

12    objection, and I will give lawyers some slack on that, but I

13    expect both sides to comply with my evidentiary rulings.

14            There's a lot of evidence in this case.  There's a

15    lot for the jury to digest.  They will have plenty of

16    validly admitted evidence to pore over, and from here on

17    out, including in arguments, I expect both sides to comply

18    with both the letter and the spirit of the Court's

19    evidentiary rulings.  So let's keep it clean from here,

20    okay?

21            MR. KEILTY:  Yes, Your Honor.

22            MR. BERKOWITZ:  Thank you very much for that, Your

23    Honor.  I have one other request related to it.

24            And I don't mean to go to the well, but there was

25    an additional line of questioning yesterday related to

1    Government Exhibit 132 with Agent Heide.  I'm happy to

2    provide a copy of it, if you would like.

3              THE COURT:  Just remind me what it is.

4              MR. BERKOWITZ:  It's the document they sought to

5    admit between Rodney Joffe, David Dagon, and Manos

6    Antonakakis, "Is this a plausible explanation?"

7              THE COURT:  Yes, I know that one.

8              Actually, pass it up.

9              MR. BERKOWITZ:  Your Honor, I went back and read

10   the basis for your admitting the document, which was that it

11   was not hearsay because there was a statement, "can you

12   review," and a question, "is this a plausible explanation?"

13             I think we all contemplated at the time that both

14   Mr. Dagon and Mr. Antonakakis were on the witness list and

15   might testify.

16             You did allow it in.  We didn't object on the

17   basis that you had previously ruled on it.

18             The manner in which it was used with the witness,

19   I think, didn't comply with the spirit of the Court's

20   ruling.  There were questions asked related to "if you had

21   spoken with Mr. Dagon, and you were aware of this

22   communication" words to the effect of "would that have been

23   concerning?"

24             And the witness -- and I'm not suggesting that it

25   was elicited intentionally, but the witness said "it would

1          concern me because it appears as if it's fabricated."

2                  That's been reported in the press, even though you

3          struck it from the record at our request.

4                  Our remedy request, Your Honor, in light of that,

5          and in light of the lack of probative value of that document

6          with no connection to Mr. Sussmann, would be to strike the

7          question and answering related to that document, to strike

8          that document from the record, and not allow the prosecution

9          team to use it with any defense witnesses, as well as not to

10         use it in argument because it would have been stricken from

11         the record.

12                 We think the probative value of that document at

13         this stage is minimal, and I expect that if it is published

14         to the jury and used in any way, the jurors will associate

15         it with the fabrication comment.  And you worked real

16         hard -- and we have all worked really hard -- to keep out

17         the accuracy of the data.  And the prejudicial nature of the

18         document and the testimony associated with it is something

19         that we think, while it can't be remedied, and the bell can

20         never be unrung, they should not be reminded and put before

21         them.

22                 MR. DeFILIPPIS:  Thank you, Your Honor.

23                 The government would not oppose the defense's

24         motion to strike the answer containing the speculation that

25         it might have been fabricated.

1           We do believe strongly, though, Your Honor, that,

2   number one, Your Honor's ruling on the motion in limine was

3   clear that the document could come in.

4           Your Honor indicated yesterday you were surprised,

5   or perhaps it wasn't the way in which Your Honor anticipated

6   it to come in.  The government did, however, clear with the

7   Court that it was going to do that.

8           And the way in which it came up was in the context

9   of materiality issues that the defense raised by asking the

10  witness, you know, "Would you have interviewed Mr. Dagon?

11  Wouldn't that have been relevant to you?  Wouldn't that have

12  been important to the investigation?"

13          And so it was in that proper context that the

14  government showed the agent the document.  We did not -- we

15  have never shown him that document and did not anticipate

16  that he was going to speculate that it could be fabricated.

17          So we think the appropriate remedy here, Your

18  Honor, is to cut off the response, the speculation, but not

19  the document itself, which is highly probative not only

20  because of the timing of it.  It was -- the document was

21  sent on a day when the defendant was billing -- entered a

22  billing entry that he, the defendant, was drafting a white

23  paper.

24          And so, Your Honor, we think that for all the

25  reasons your order set out on the parties' motions in

1     limine, the remedy here is not to find that the document is

2     not probative; it's to strike the testimony that could be,

3     in the Court's view, prejudicial and that the government

4     concedes could be struck.

5               THE COURT:  All right.  Let me think about it.

6               MR. DeFILIPPIS:  Thank you.

7               THE COURT:  All right.

8               MR. KEILTY:  One last thing, Your Honor, just with

9     respect to the final question to Mr. Novick yesterday.

10              I think Your Honor's aware that the government

11    obviously did not intend for that -- to elicit that answer.

12    Instead, it intended to elicit an answer regarding

13    Mr. Novick's thoughts about whether this was involved with a

14    political entity or political campaign.  We didn't have the

15    opportunity or the benefit of conferring with Mr. Novick

16    prior to Your Honor's ruling.

17              So we apologize for that, but we just wanted to

18    put on the record some of the reasons why.

19              THE COURT:  Well, you could have asked, "Without

20    telling me who it came from, what was your understanding of

21    the general nature of the source?"  Right?

22              MR. KEILTY:  Understood, Your Honor.

23              THE COURT:  Okay.

24              All right.  Have we come to ground on the summary

25    witness testimony?

1          MR. KEILTY:  Your Honor, I believe we have.

2          THE COURT:  Okay.

3          MR. KEILTY:  The parties were talking last night

4    for quite a while back and forth, and I think we have an

5    understanding of the parameters of the summary witness.

6    We've created a number of three summary witness charts that

7    she'll introduce, and then we'll introduce a number of

8    documents.  We're planning on only publishing a handful to

9    the jury.

10         THE COURT:  Okay.

11         All right.  And, Counsel, if we could have a quick

12   bench conference.

13              (The following is a conference held at the

14               bench outside the hearing of the gallery)

15         THE COURT:  Okay.  So the Court received an ex

16   parte email from the defense, I believe, either early this

17   morning or last night, seeking clarification on a witness

18   disclosure issue, and the Court has a couple of questions

19   about how to proceed before providing the clarification that

20   I think the defense has sought.  And just so that everything

21   is transparent, I would like to have a very brief ex parte

22   conference with defense counsel.

23         Obviously nothing about the substance of the case

24   will be discussed other than the Court asking questions if

25   it were to be able to respond to the request or the

1    clarification that the defense has sought.  I want to put

2    that on the record to make sure that, you know, everything

3    is clear about what the Court intends to do.

4            Is there any concern from the government about the

5    Court doing that, simply asking questions in order to better

6    respond to the defense's request for clarification?

7            MR. DeFILIPPIS:  I don't think so, Your Honor.  Is

8    it possible to say at this stage which witness it pertains

9    to, or would the Court prefer not --

10           THE COURT:  I would prefer not to say that.

11           Any concern with that approach, Mr. Berkowitz?

12   Mr. Bosworth?

13           MR. BERKOWITZ:  No, Your Honor.

14           THE COURT:  Okay.  Very well.  Just so as not to

15   interrupt the proceedings, we'll probably do that at the

16   next break, okay?

17               (This is the end of the bench conference)

18           MR. KEILTY:  One last thing from me, Your Honor.

19   The parties would plan on reading into the record a

20   stipulation to begin today.

21           THE COURT:  Good.  I was going to ask that.  How

22   are we going to do that?  Are you just going to -- counsel

23   is going to read it?

24           MR. KEILTY:  Yes, Your Honor.

25           THE COURT:  Okay.

```
 1                    All right.  Are we ready?

 2                    MR. KEILTY:  We are ready, Your Honor.

 3                    And just to note that I know Your Honor received

 4         the government's motion this morning, two motions this

 5         morning, and the parties have agreed on both those issues.

 6                    THE COURT:  I'm not quite -- I don't follow you.

 7                    MR. KEILTY:  We filed --

 8                    THE COURT:  Just remind me what they were.

 9                    MR. KEILTY:  Yes.  We filed a motion about --

10         there was an issue with the transcript concerning

11         redactions.  We've come to agreement on that.

12                    THE COURT:  Okay.  Good.

13                    MR. KEILTY:  And the second issue, Your Honor --

14                    THE COURT:  The HSPCI testimony?

15                    MR. KEILTY:  Yes, that's correct.

16                    And the second issue was that the Court take

17         judicial notice that the FBI is a branch of the -- sorry, is

18         part of the Executive Branch.

19                    THE COURT:  Would that be one of the stipulations?

20                    MR. KEILTY:  We can put that into a stipulation.

21                    THE COURT:  Why don't you put it into a

22         stipulation.

23                    MR. KEILTY:  Yes, Your Honor.

24                    THE COURT:  All right.  Lauren, we're ready?

25                    (Jury enters courtroom)
```

1          THE COURT:  All right.  Welcome back, ladies and

2    gentlemen.  I hope you had a nice late afternoon and

3    evening.

4          We are ready to get started again with the

5    government's next witness.

6          MR. KEILTY:  Your Honor, the parties would request

7    that a stipulation be read into the record.

8          THE COURT:  Very well.

9          Before you get there, ladies and gentlemen, the

10   parties or, I believe, Mr. Keilty is about to read what is

11   called a stipulation.  And a stipulation is simply an

12   agreement among both sides or between both sides to certain

13   facts.  Those facts will be submitted into evidence, and you

14   must accept those facts as being true because they have been

15   stipulated to by both sides.

16         And you will have a copy of -- I believe there may

17   be more than one -- each of the stipulations that the

18   parties have entered back with you in the jury room.  Okay?

19         Proceed.

20         MR. KEILTY:  Thank you, Your Honor.

21         It is hereby stipulated and agreed by and between

22   the undersigned parties that:

23         1.  In 2016, Neustar, Incorporated ("Neustar") was

24   an information service and technology company based in

25   Sterling, Virginia.  At that time Neustar provided a variety

1    of Internet analytics and offered internal and external

2    Domain Name System ("DNS") services to its customers.

3              2.   Perkins Coie LLP ("Perkins Coie") represented

4    Neustar beginning in August 2009 on a wide range of matters.

5              3.   During the relevant time period, Michael

6    Sussmann was the principal Perkins Coie lawyer representing

7    Neustar.

8              4.   During the relevant time period, Rodney Joffe

9    was a senior executive at Neustar.  The majority of legal

10   services Mr. Sussmann provided to Neustar pertained to

11   Mr. Joffe's area of responsibility.

12             5.   Perkins Coie billed $693,323.49 in legal fees

13   to Neustar in 2014, $1,197,254.04 in 2015, $1,476,851.84 in

14   2016, and $2,155,216.65 in 2017.

15             This stipulation marked as Government Exhibit 2202

16   is admissible into evidence at trial.  It's dated

17   Washington, D.C., May 17, 2022, and it's signed by the

18   parties.

19             And, Your Honor, the government would move

20   Exhibit 2202 into evidence.

21             MR. BOSWORTH:  No objection.

22             THE COURT:  So moved.

23             MR. KEILTY:  Your Honor, the government calls

24   Ms. Kori Arsenault to the stand.

25             THE COURT:  Okay.

```
 1                 Good morning, ma'am.

 2                 THE WITNESS:  Good morning, Your Honor.

 3                 THE COURT:  You know the drill.

 4                 THE WITNESS:  I do.

 5                 (Witness sworn)

 6                       KORI ARSENAULT, Sworn

 7                       DIRECT EXAMINATION

 8      BY MR. KEILTY:

 9      Q.  Good morning.

10      A.  Good morning, Mr. Keilty.

11      Q.  Can you please state and spell your name for the record.

12      A.  Kori Arsenault; K-O-R-I, A-R-S-E-N-A-U-L-T.

13      Q.  And, Ms. Arsenault, I know you know this, but if you

14      could just make sure you keep your pace slow for the court

15      reporter.

16      A.  Yes.

17      Q.  Ms. Arsenault, are you employed?

18      A.  Yes, I am.

19      Q.  And how are you employed?

20      A.  I'm a paralegal with the Department of Justice.

21      Q.  And approximately how long have you been a paralegal

22      for?

23      A.  Approximately seven years.

24      Q.  Are you currently assigned to a particular section in

25      the Department of Justice?
```

1    A.  Yes.

2    Q.  And which section is that?

3    A.  The Special Counsel's Office.

4    Q.  And how long have you been working with the Special

5    Counsel's Office?

6    A.  Since August of 2019.

7    Q.  Okay.  And prior to your work with the Special Counsel's

8    Office, were you employed?

9    A.  Yes.

10   Q.  And where were you employed?

11   A.  I was a paralegal for the United States Attorney's

12   Office in the District of Connecticut.

13   Q.  Okay.  And how long did you do that for?

14   A.  Approximately seven years.

15   Q.  And prior to that, were you employed, Ms. Arsenault?

16   A.  Yes.

17   Q.  As what?

18   A.  I was a Chinook helicopter crew chief for the

19   Connecticut National Guard.

20   Q.  And can you briefly, just briefly, describe your

21   educational background.

22   A.  I have a bachelor's degree in criminology and a law

23   degree.

24   Q.  Okay.  And going back to your work with the Special

25   Counsel, Ms. Arsenault, what are some of your duties and

1   responsibilities?

2   A.  I organize records that we obtain from different

3   agencies, from different producing parties, into databases.

4   I organize witness preparation folders for the attorneys

5   when they're getting ready to interview people.  I also

6   prepare discovery for the defense, which include those

7   witness preparation interview reports, notes, things of that

8   nature.

9   Q.  Great.  Thanks.

10          In your work with the Special Counsel, are you

11  aware of whether the government has issued subpoenas in this

12  matter?

13  A.  They have.

14  Q.  And were those grand jury subpoenas?

15  A.  Grand jury subpoenas and trial subpoenas.

16  Q.  And are you familiar with some of the entities that the

17  government has subpoenaed in this matter?

18  A.  Yes.

19  Q.  And what are some of those entities?

20  A.  Perkins Coie, Fusion GPS, AT&T, Verizon, FBI, among

21  others.

22  Q.  Ms. Arsenault, in your role as a paralegal, have you

23  been asked to collect and organize these subpoena returns?

24  A.  Yes.

25  Q.  And generally, what type of documents are contained in

1     the subpoena returns received by the Special Counsel?

2     A.   They're mostly emails, but there's also billing records,

3     phone records, calendar entries, things of that nature.

4     Q.   Great.   Thanks.

5              MR. KEILTY:   Your Honor, may I approach the

6     witness?

7              THE COURT:   You may.

8     Q.   Ms. Arsenault, I've handed you a set of documents

9     consisting of exhibits currently in evidence, and they have

10    been marked as Government Exhibits 550 through 563.  Also

11    contained in that set of voluminous documents are exhibits

12    that have been marked for identification as Government's

13    Exhibit 553.2, 553.9, 553.10, 553.11, 553.12, 553.16,

14    553.17, 553.18, 553.22, 553.24, 553.27, and finally 553.30.

15    A.   Yes.

16    Q.   Ms. Arsenault, what are those documents in front of you?

17    A.   These are billing records obtained from Perkins Coie.

18    Q.   And are those -- to the best of your knowledge, are

19    those true and accurate documents --

20    A.   Yes.

21    Q.   -- obtained from Perkins Coie?

22    A.   They are.

23              MR. KEILTY:   Your Honor, at this time the

24    government would move in Government's Exhibit 553.2, 553.9,

25    553.10, 553.11, 553.12, 553.16, 553.17, 553.18, 553.22,

```
 1    553.24, 553.27, and 553.30 into evidence.
 2              MR. BOSWORTH:  No objection.
 3              THE COURT:  So moved.
 4              And, I'm sorry, Mr. Keilty, are these -- you may
 5    get to it, but are these the records that support the
 6    numbers in the stipulation that you just read?
 7              MR. KEILTY:  Those are some of the records, yes,
 8    Your Honor.
 9    BY MR. KEILTY:
10    Q.  Ms. Arsenault, how many documents are there in front of
11    you approximately?
12    A.  Approximately 20, consisting of hundreds of pages.
13    Q.  Okay.  So is it correct to say that they're fairly
14    voluminous?
15    A.  Yes.
16    Q.  All right.  I'm going to show you what's been marked for
17    identification as Government Exhibit 1704, which will show
18    up on your screen.
19              Can you take a look at that.
20    A.  Yes.
21    Q.  What is Government Exhibit 1704?
22    A.  It's a summary chart prepared to reflect various billing
23    entries contained in these records.
24    Q.  Okay.  Does Government Exhibit 1704 fairly and
25    accurately summarize some of the billing records contained
```

1    in Government's Exhibits 550 through 563?

2    A.  It does.

3    Q.  As well as Government's Exhibit 553.2, 553.9, 553.10,

4    553.11, 553.12, 553.16, 553.17, 553.18, 553.22, 553.24,

5    553.27, and 553.30?

6    A.  Yes.

7         MR. KEILTY:  Your Honor, at this time the

8    government would move Government's Exhibit 1704 into

9    evidence as a summary chart.

10        MR. BOSWORTH:  No objection.

11        THE COURT:  So moved.

12        MR. KEILTY:  And I'll ask Mr. Algor to zoom in a

13   little bit with some small writing there.  Bear with us.

14   Mr. Algor is not an expert at this.

15        Great.

16   BY MR. KEILTY:

17   Q.  Now, Ms. Arsenault, in order for the jury to understand

18   your summary chart, I'm going to ask Mr. Algor to pull up

19   Government Exhibit 553.2, which is currently in evidence.

20        Okay.  Ms. Arsenault, what is Government Exhibit

21   553.2?

22   A.  This is one of the billing records contained in these

23   voluminous records.

24   Q.  Okay.  So can you briefly describe for the jury some of

25   the types of information that you pulled from this billing

1    record which ultimately ended up in your summary chart?

2    A.   Sure.

3         I pulled the client, which in this case is Hillary

4    For America; the matter for that client, which is general

5    political advice; the time keeper, which, in this case, is

6    M. Sussmann; the date of the billing entry, which in this

7    case is 7/31/16; the time billed, which in this case is

8    0.40; and the description, which is "Communications with M.

9    Elias regarding server issue."

10        MR. KEILTY:   Okay.  And, Mr. Algor, could you go

11   back to Government Exhibit 1704, the summary chart, please.

12   Q.   Ms. Arsenault, who asked you to prepare this chart?

13   A.   The Special Counsel team.

14   Q.   Is it fair to say some of the lawyers asked you to

15   prepare this?

16   A.   Yes.

17   Q.   And how did you generally prepare this chart?

18   A.   The Special Counsel team asked me to look for records

19   for relevant dates in the investigation.

20   Q.   Okay.  And to be clear, did you select the relevant

21   dates in this summary chart?

22   A.   I did not.

23   Q.   Who did?

24   A.   The Special Counsel team.

25   Q.   Okay.  Great.

```
1              And turning to the actual summary chart -- if
2    Mr. Algor could blow up the column headers -- can you just
3    walk the jury through some of these column headers.
4    A.  The column to the far left reflects the government
5    exhibit numbers for each entry.
6              The next column is the date of each billing
7    record.
8              The next column is the client assigned for each
9    billing entry.
10             The next column is the matter assigned to each
11   billing entry.
12             The next column is the time keeper for each
13   billing entry.
14             The next column are the hours billed.
15             And the last column is the description of the
16   billing entry.
17   Q.  Okay.  Great.  Thank you.
18             And I think you mentioned in the far left column
19   is the exhibit number; is that correct?
20   A.  That is correct.
21   Q.  So all of these exhibits are currently in evidence.  Is
22   that your understanding?
23   A.  That is my understanding.
24   Q.  So, Ms. Arsenault, I just want to look at a couple of
25   entries on your summary chart.  Is that okay?
```

```
1    A.  Yes.

2    Q.  Is there a billing entry for July 31st of 2016?

3    A.  I believe so, yes.

4         MR. KEILTY:  Mr. Algor, can you blow up July 31st.

5    A.  Yes, there is.

6    Q.  And, Ms. Arsenault, can you walk the jury through from

7    left to right what's contained in that row?

8    A.  The billing entry for 7/31/2016 can be found at

9    Government Exhibit 553.2.  It is billed to the client

10   Hillary For America under the matter General Political

11   Advice.  The billing entry is by time keeper M. Sussmann.

12   The hours are 0.40.  And the description is "Communications

13   with M. Elias regarding server issue."

14   Q.  Okay.  Thanks.

15        Ms. Arsenault, is there an additional billing

16   entry for the date of September 6, 2016?

17   A.  There is.

18        MR. KEILTY:  Okay.  Mr. Algor, can you blow that

19   up for us.

20   Q.  And, Ms. Arsenault, can you walk the jury through this

21   row?

22   A.  The billing entry for 9/6/2016 can be found at

23   Government Exhibit 553.16.  It is billed to the client

24   Hillary For America under matter General Political Advice.

25   The time keeper listed is M. Sussmann.  The hours billed are
```

```
1    4.40.  And the description for the billing entry is "Meeting

2    with consultant, M. Elias; revisions to white paper; meeting

3    with expert; meeting with expert and reporter; follow-up

4    meeting with reporter; and conversations with M. Elias."

5    Q.  Thank you.  And we're just going to go through two more.

6              Ms. Arsenault, is there a billing entry for

7    September 14, 2016, in your chart?

8    A.  There is.

9              MR. KEILTY:  Mr. Algor, can you please blow that

10   out.

11   Q.  And, Ms. Arsenault, can you walk the jury through this

12   particular row.

13   A.  The billing entry for September 14, 2016, can be found

14   at Government Exhibit 553.22.  It is billed to the client

15   Hillary For America under the matter General Political

16   Advice.  The time keeper listed is M. Sussmann for 6.60

17   hours.  And the description is "Multiple meetings regarding

18   confidential project; draft white paper; further meetings

19   and telephone conferences; and meetings with M. Elias."

20   Q.  Thank you.  And finally, is there a billing entry for

21   September 19, 2016?

22   A.  Yes.

23              MR. KEILTY:  And, Mr. Algor, could you please blow

24   that up.

25   Q.  Could you walk the jury through this final row.
```

1    A.  The billing entry for September 19, 2016, can be found

2    at Government Exhibit 553.24.  It is billed to the client

3    Hillary For America under General Political Advice.  The

4    time keeper listed is M. Sussmann for 3.30 hours.  And the

5    description is "Work and communications regarding

6    confidential project."

7    Q.  Okay.  Great.  Thank you.

8         MR. KEILTY:  You can take down that exhibit,

9    Mr. Algor.

10   Q.  Ms. Arsenault, I can take that binder from you.

11        MR. KEILTY:  Your Honor, may I approach the

12   witness again?

13        THE COURT:  You may.

14   Q.  Ms. Arsenault, I'm showing you a set of documents that

15   have been marked by the government for identification as

16   Government Exhibits 307, 312, 319, 327, 331, 356, 367, 368,

17   371, 372, 379, 382, 434, 435, and 436.

18        Ms. Arsenault, what are these particular

19   documents?

20   A.  These are calendar entries we received from Perkins

21   Coie.

22   Q.  Did we receive -- did the government receive these

23   records through a subpoena, grand jury subpoena?

24   A.  Yes.

25   Q.  And these are true and accurate copies of those records?

1    A.  They are.

2              MR. KEILTY:  Your Honor, the government would move

3    Exhibits 307, 312, 319, 327, 331, 356, 367, 368, 371, 372,

4    379, 382, 434, 435, and 436 into evidence.

5              MR. BOSWORTH:  No objection.

6              THE COURT:  So moved.

7    Q.  Ms. Arsenault, I'm now going to show you what's been

8    marked for identification as Government's Exhibit 1705.  Can

9    you take a look at that?

10   A.  Yes.

11   Q.  What is Government Exhibit 1705?

12   A.  Government Exhibit 1705 is a summary chart prepared

13   reflecting the data contained in these calendar entries.

14   Q.  And does Government Exhibit 1705 fairly and accurately

15   summarize the records contained in the Government's Exhibit

16   307, 312, 319, 327, 331, 356, 367, 368, 371, 372, 379, 382,

17   434, 435, and 436?

18   A.  It does.

19             MR. KEILTY:  Your Honor, the government would move

20   1705 into evidence.

21             MR. BOSWORTH:  No objection.

22             THE COURT:  So moved.

23   Q.  Ms. Arsenault, I'm going to ask you a similar set of

24   questions as the previous chart.

25             How did you prepare this particular chart?

1    A.  The Special Counsel team gave me dates to look for

2    relevant records in these records.

3    Q.  So the Special Counsel team asked you to look for

4    relevant calendar entries; is that correct?

5    A.  Yes.

6    Q.  And to be clear, you did not select these yourself?

7    A.  I did not.

8            MR. KEILTY:  Now, for the jury -- to help the jury

9    understand this chart, I'm going to ask Mr. Algor to pull up

10   Government Exhibit 307, which is in evidence.

11   Q.  Ms. Arsenault, what is this?

12   A.  This is one of the calendar entries produced by Perkins

13   Coie.

14   Q.  Okay.  And can you tell the jury what types of

15   information that you took from this calendar entry that

16   would eventually be put into your summary chart?

17   A.  From these calendar entries I took from the "From" data,

18   which in this case is Leslie Bull on behalf of Marc Elias.

19           I took the "Sent" data, which in this case is

20   7/29/2016 at 3:40:45 p.m.

21           I took the "To" data, which in this case includes

22   Unknown, Michael Sussmann, and Leigh Nichols.

23           I took the "Subject" line, which is "Marc/Michael/

24   Fusion team" in this case.  The location, which is "Marc's

25   office."  The start and end times, which is, in this case,

1    7/29/2016 at 4:30 p.m. to 5:00 p.m.  And any notes included,

2    which in this case would be categories, Clinton.

3    Q.  Okay.  And what about required attendees?

4    A.  I believe that's on the chart.  In this case it's Marc

5    Elias, Michael Sussmann, and Leigh Nichols.

6    Q.  Okay.  Great.  And turning back to Government Exhibit

7    1705, please.

8            Okay.  So can you just explain -- briefly explain

9    the columns, the header columns, that are in this chart.

10   A.  On the far left the exhibit column reflects the

11   government exhibits where each of these entries can be

12   found.  The next column is the date column for each entry.

13   The next column are time entries.  The next column is the

14   "From" data.  The next column is "To" data, if any.  The

15   next column is the subject.  The next column are notes, if

16   any.  And the last column is location, if there were any.

17   Q.  Okay.  And just to be clear, on the far left, the

18   exhibit, those exhibits are currently in evidence; is that

19   correct?

20   A.  Yes.

21   Q.  Can we just leave this up for a second for the jury to

22   take a look.

23            (Pause)

24   Q.  Okay.  Ms. Arsenault, I'll grab those documents from

25   you.

```
 1                    MR. KEILTY:  Mr. Algor, you can take that down.

 2                    Your Honor, may I approach again?

 3                    THE COURT:  You may.

 4      Q.  Ms. Arsenault, I've handed you a set of documents

 5      consisting of Government's Exhibits 1300 to 1308 and

 6      Exhibits 1400 to 1401, which are -- both sets of documents

 7      are in evidence.

 8                    What does Government Exhibits 1300 to 1308 consist

 9      of?

10      A.  1300 to 1308 are phone records obtained from AT&T for

11      subscriber Rodney Joffe.

12      Q.  Okay.  And are these cellular telephone records?

13      A.  They are.

14      Q.  And what is Government Exhibit 1400 to 1401?

15      A.  These are billing records from Verizon for subscriber

16      Michael Sussmann.

17      Q.  And, again, are these -- these relate to cellular

18      telephone records?

19      A.  They are.

20      Q.  About how many pages of records are there,

21      Ms. Arsenault, approximately?

22      A.  Approximately hundreds.

23      Q.  Fairly voluminous?

24      A.  Yes.

25      Q.  I'm showing you what's been marked for identification as
```

1    Government Exhibit 1703 for identification.

2              Do you recognize Government Exhibit 1703?

3    A.  I do.

4    Q.  And what is it?

5    A.  This is a summary chart for the phone records I've just

6    described from Verizon and AT&T.

7    Q.  Does Government Exhibit 1703 fairly and accurately

8    summarize some of those exhibits contained in government

9    Exhibits 1300 to 1308?

10   A.  It does.

11   Q.  And Government Exhibits 1400 to 1401?

12   A.  It does.

13             MR. KEILTY:  Your Honor, the government would move

14   Government Exhibit 1703 into evidence.

15             MR. BOSWORTH:  No objection.

16             THE COURT:  So moved.

17   Q.  Ms. Arsenault, how did you prepare Government Exhibit

18   1703?

19   A.  The Special Counsel team identified relevant dates to

20   the investigation, and I went looking for relevant records

21   for those dates.

22   Q.  Okay.  And so fair to say that you did not pick these

23   dates; is that correct?

24   A.  That's correct.

25   Q.  Okay.  And are you aware of how Mr. Joffe's number was

1    attributed to him?

2    A.  I believe it was via a subpoena for that information.

3    Q.  Okay.  And what about Mr. Sussmann's phone number?

4    A.  I believe it was the same.

5    Q.  Okay.  And setting aside Mr. Sussmann and Mr. Joffe, are

6    you aware of how members of the Special Counsel team were

7    able to attribute other numbers to particular individuals?

8    A.  Investigators assigned to the Special Counsel team

9    searched the records that we produced in discovery to

10   defense counsel for any of these numbers and any person that

11   could be attributed to those numbers.

12   Q.  Okay.  And turning to Government Exhibit 1703, can you

13   just briefly go through the headers, the column headers

14   contained in that exhibit?

15   A.  On the far left, the target column is the -- reflect the

16   telephone numbers where the entry comes from.  So, for

17   example, the first one for 998 is the target name Michael

18   Sussmann.  That entry comes from Sussmann's billing records.

19          The next column is the date and time in Eastern

20   Standard Time.

21          The next column is the duration of the phone call.

22   And if there's a text, it would not reflect any time.

23          The direction is either incoming or outgoing.

24          The call routing will include additional

25   information to include if it's a text message or the origin

 1     city.
 2              The next column is the number dialed, so the other
 3     phone on that -- on the entry.
 4              And then the dialed number column includes the
 5     name of the person to who the phone number could be
 6     attributed to.
 7     Q.   Okay.  And to be clear, the dialed number column, those
 8     are names that the Special Counsel's -- the government has
 9     matched up with a particular phone number that was in that
10     record.  Is that correct?
11     A.   That's correct.
12     Q.   So the records that we have that are in front of you
13     don't actually say, for example, "Ellen Nakashima,
14     *Washington Post*"; is that right?
15     A.   That's correct.
16     Q.   And with respect to the target number on the far left,
17     the jury will notice that there are some redactions there.
18     There are Xs instead of numbers; is that correct?
19     A.   Yes.
20     Q.   Do you know why that is?
21     A.   I've applied those redactions to protect the identities
22     of the various people on this chart at the request of both
23     parties.
24     Q.   Now, Ms. Arsenault, I just want to look quickly at a few
25     dates.

```
 1              MR. KEILTY:  Mr. Algor, if you could blow up
 2    September 19, 2016.
 3    Q.  Ms. Arsenault, on September 19, 2016, does there appear
 4    to be phone calls between an individual named Rodney Joffe
 5    and David Dagon?
 6    A.  Yes.
 7    Q.  And does there appear to be a phone call or phone calls
 8    between Michael Sussmann and Ellen Nakashima?
 9    A.  Yes, at 12:03.
10    Q.  And, finally, do there appear to be phone calls between
11    Michael Sussmann and an individual named Eric Lichtblau?
12    A.  Yes, at 21:07.
13    Q.  Okay.  If we could take a look at the date of September
14    21st, please.
15              Ms. Arsenault, on September 21st does there
16    appear to be phone calls between Rodney Joffe and Michael
17    Sussmann?
18    A.  Yes, at 18:38.
19    Q.  Okay.  And does there appear to be a phone call between
20    a Michael Sussmann and a James Baker?
21    A.  Yes, at 15:34.
22    Q.  And, finally, turning to September 22nd.
23              MR. KEILTY:  Mr. Algor, if you can blow up those
24    calls.
25    Q.  Ms. Arsenault, does there appear to be a series of phone
```

1  calls between Michael Sussmann and Eric Lichtblau?

2  A.  Yes.

3  Q.  And what about phone calls between Mr. Sussmann and Jim

4  Baker, James Baker?

5  A.  Yes, at 11:05.

6           MR. KEILTY:  Okay.  You can pull that down,

7  Mr. Algor.  Thanks.

8  Q.  Okay.  Ms. Arsenault, the government has marked for

9  identification a series of exhibits, Exhibit 53, 57, 284,

10  300, 318, 328, 332, 333, 336, 342, 348, 349, 350, 352, 353,

11  357, 358, 362, 363, 364, 380, 384, 389, 390, 401, 402, 427,

12  432, 433, 474, 480, 553.19, 652, 666, 668, 687, 688, and

13  finally 689.

14           Ms. Arsenault, have you reviewed all of those

15  records?

16  A.  I have.

17  Q.  And what, generally, do those records contain?

18  A.  They are records obtained from Perkins Coie and Fusion

19  GPS.

20  Q.  And are those true and accurate records obtained by

21  Perkins -- obtained from those entities?

22  A.  Yes.

23  Q.  I'm sorry, did you say what types of documents they

24  contained?

25  A.  They're mostly emails.  They also contain calendar

```
1    entries, billing records, and -- I believe that's it.

2    Q.  Okay.

3              MR. KEILTY:  Your Honor, the government would move

4    Exhibits 53, 56, 284, 300, 318, 328, 332, 333, 336, 342,

5    348, 349, 350, 352, 353, 357, 358, 362, 363, 364, 380, 384,

6    389, 390, 401, 402, 427, 432, 433, 474, 480, 553.19, 652,

7    666, 668, 687, 688, and finally 689.

8              MR. BOSWORTH:  No objection.

9              THE COURT:  So moved.

10             And ladies and gentlemen, all of these exhibits

11   will be back in the jury room, but the purpose of this

12   testimony, as I understand it, is the exhibits are support

13   for the summary exhibits Ms. Arsenault has been testifying

14   to.  You're certainly free to look at any of the underlying

15   exhibits, but the purpose, as I understand it, is to keep

16   you from having to do that.

17             Is that fair, Mr. Keilty?

18             MR. KEILTY:  Your Honor, a large number of

19   these support the billings, some of these summary charts.

20   There are additional exhibits that we're moving in through

21   Ms. Arsenault not -- we're only going to publish a few of

22   them.

23             THE COURT:  And the government may refer to

24   certain of the exhibits admitted independently from the

25   summary charts as well, so keep an eye out for that.
```

1    BY MR. KEILTY:

2    Q.  Okay.  I just want to publish -- there is a long list of

3    documents in evidence now, Ms. Arsenault.  I just want to

4    publish a few of them for the jury.

5           MR. KEILTY:  Can we publish Government Exhibit

6    300, Mr. Algor.

7    Q.  And, Ms. Arsenault, generally what is this document?

8    A.  This is a legal representation letter.

9    Q.  Between who?

10   A.  Mr. Rodney Joffe and Perkins Coie.

11   Q.  And who signed this letter?

12   A.  Michael Sussmann.

13          MR. KEILTY:  And take that down, please.

14          And Government Exhibit 402, Mr. Algor.

15   Q.  And, Ms. Arsenault, generally what is this?

16   A.  This is an email between Michael Sussmann and Leigh

17   Nichols.

18          MR. KEILTY:  Okay.  Mr. Algor, please publish 474.

19   Q.  And what is this, Ms. Arsenault?

20   A.  This is an email between Michael Sussmann and Nancy

21   Cordes at CBS News.

22          MR. KEILTY:  Okay.  And 668, please.

23   Q.  What is this, Ms. Arsenault?

24   A.  This is an email between Michael Isikoff and Peter

25   Fritsch at Fusion GPS.

1          MR. KEILTY:  Okay.  687, please, Mr. Algor.

2     Q.  Ms. Arsenault, what generally is this?

3     A.  This is an email from Peter Fritsch at Fusion GPS to Ed

4     Baumgartner and Glenn Simpson at Fusion GPS.

5          MR. KEILTY:  Okay.  And 668, Mr. Algor.

6          (Pause)

7          Finally -- sorry, we can pull this one down --

8     652, Mr. Algor.  And if you can start at the bottom, please,

9     and blow up the bottom part.

10    Q.  Starting at the bottom, Ms. Arsenault, what are we

11    looking at?

12    A.  This is an email from Peter Fritsch at Fusion GPS to

13    Mark Hosenball at Reuters.

14          MR. KEILTY:  And we can let the jury read up here.

15          (Pause)

16          Okay.  Mr. Algor, if you can go to the next

17    section.

18          (Pause)

19          Okay.  And finally, just blow up the top section,

20    please.

21          (Pause)

22          Okay.  Thank you.

23          Next, can we please take a look at Government

24    Exhibit 380, Mr. Algor.

25          Can you blow that up, please.

1    BY MR. KEILTY:

2    Q.  Ms. Arsenault, what, generally, is this document?

3    A.  This is an expense report we received from Perkins Coie.

4    Q.  And can you walk the jury through the information in

5    this document.

6    A.  Sure.  In the top left corner, the report name is

7    "Purchase of flash drives" on September 13, 2016.  The

8    expense owner is Michael Sussmann.  The submission date is

9    September 22nd in 2016.

10            If you go all the way down to the allocation

11   summary, the allocations charged is 116514.0001,

12   confidential, for $58.56.

13   Q.  Ms. Arsenault, in your review of records, have you seen

14   that number under the allocations charged, the 116514.0001

15   number before?

16   A.  I have.

17   Q.  Is that related to a certain client?

18   A.  Yes.

19   Q.  What client is that?

20   A.  It's Hillary For America.

21            MR. KEILTY:  Okay.  Mr. Algor, can we next look at

22   Government Exhibit 553.19 -- I'm sorry, can you leave it

23   there.

24            (Pause)

25            Can you go down to the next document in 380.

```
 1                  (Pause)
 2                  Okay.  And could you go down to the next document,
 3       please, in the same exhibit.  Could you blow this up,
 4       please.
 5       Q.  Ms. Arsenault, what is this particular document?
 6       A.  This is the receipt for the expenses reflected in the
 7       previous two pages of the expense report.
 8       Q.  And was this receipt contained in the records the
 9       government obtained from Perkins Coie?
10       A.  It was.
11                  MR. KEILTY:  And if you go about halfway down the
12       document, Mr. -- sorry, the receipt.  Could you blow up the
13       section where it says "PNY 2 Pack," Mr. Algor.
14                  Thank you.
15       Q.  Ms. Arsenault, I think you might have said this, but
16       where is this receipt from?
17       A.  Staples.
18       Q.  And what does the blown-out part say?
19       A.  "PNY 2 pack 16GB," as in gigabyte.  And then there's a
20       UPC code.  And the cost was $12.99.
21                  MR. KEILTY:  Okay.  And moving out of that, can
22       you just blow up the address of the Staples.
23       Q.  Okay.  And what's the address?
24       A.  1250 H Street N.W., Suite 100, Washington, D.C., 20005.
25                  MR. KEILTY:  Okay.  And can we please pull up
```

1   Government Exhibit 553.19 in evidence.

2   Q.  Ms. Arsenault, what are we looking at in Government

3   Exhibit 553.19?

4   A.  This is a disbursement report from the billing records

5   from Perkins Coie.

6   Q.  Okay.  And can you walk the jury through this -- the

7   blown-out part of this report.

8   A.  The client assigned for this disbursement is Hillary For

9   America.  The matter is General Political Advice under

10  116514.0001.  And the description is "Sussmann, Michael A. -

11  M. Sussmann, purchase of new, single use flash drives for

12  secure sharing of files, 9/13/2016."

13  Q.  Okay.  And finally, Ms. Arsenault, I'm going to show you

14  what's been marked for identification as Government Exhibit

15  63, which will show up on your screen.

16          Ms. Arsenault, what is Government's Exhibit 63?

17  A.  It's a Google map displaying the directions between the

18  office for Perkins Coie to the address listed on the Staples

19  receipt.

20  Q.  And did you create Government Exhibit 63?

21  A.  I did.

22  Q.  And how did you create Government Exhibit 63?

23  A.  I went on Google and I typed in both addresses, and I

24  printed the result.

25          MR. KEILTY:  Your Honor, the government would move

1     Exhibit 63 into evidence.

2                MR. BOSWORTH:  No objection.

3                THE COURT:  So moved.

4                MR. KEILTY:  Mr. Algor, can you blow that up.

5     Q.  Okay.  And, Ms. Arsenault, on this map Perkins Coie is

6     listed, is that correct, with the red dot?

7     A.  Yes.

8     Q.  And then there's a series of blue dots, which apparently

9     lead to a blue bubble; is that correct?

10    A.  Yes.

11    Q.  And what is that blue bubble?  What address is that?

12    A.  The blue bubble represents the address listed on the

13    Staples receipt, which is 1250 H Street N.W., Washington,

14    D.C., 20005.

15               MR. KEILTY:  Thank you, Your Honor.  No further

16    questions.

17                         CROSS-EXAMINATION

18    BY MR. BOSWORTH:

19    Q.  Good morning, Ms. Arsenault.

20    A.  Good morning, Mr. Bosworth.

21    Q.  We've emailed each other before in a professional

22    capacity?

23    A.  Yes, sir.

24    Q.  That's pretty much the extent of our interactions?

25    A.  Yes, sir.

1    Q.  Okay.  I just have a couple of questions for you today.

2              MR. BOSWORTH:  First, if we could just pull up

3    Government Exhibit 1704.  That's the billing chart.

4              And, Mr. Cleaves, if you could just highlight the

5    September 19th entry.

6    Q.  So, Ms. Arsenault, you testified on direct that this is

7    a chart of different billing entries from various billing

8    records that the government got from Perkins Coie.  Right?

9    A.  Yes.

10   Q.  And you went through and highlighted some of them.  One

11   of them is a billing entry by Mr. Sussmann for September 19,

12   2016, correct?

13   A.  Yes.

14   Q.  Okay.  And that, you testified, was an entry for

15   September 19, 2016, that's billed to Hillary For America,

16   the Clinton Campaign, right?

17   A.  Yes.

18   Q.  Could you just read the description for the entry on

19   that day.

20   A.  Sure.  "Work and communications regarding confidential

21   project."

22   Q.  There's no reference to the FBI in that entry, is there?

23   A.  There is not.

24   Q.  And there's no reference to a meeting in that entry?

25   A.  There is not.

1    Q.  Okay.  And if we scroll out, on 1704 alone, some of the

2    entries that you highlight do make references to meetings,

3    right?

4    A.  Yes, sir.

5    Q.  Okay.  And there are other billing records you've

6    reviewed -- there are a lot of billing records in this case.

7          There are other billing records that you've

8    reviewed that include entries filled out by Mr. Sussmann or

9    were reflected for Mr. Sussmann that specifically say

10   meeting with FBI, correct?

11   A.  I believe that's correct.

12         MR. BOSWORTH:  Okay.  So if we could, for example,

13   just show you Defense Exhibit 33 at Page 2.

14   Q.  Let me just -- and, Ms. Arsenault, if you need a portion

15   of this blown up so you can see it better.

16   A.  If we could do the top.

17   Q.  So if you could see on the front page, this is one of

18   the pro formas -- the documents before the bill goes out --

19   for Mr. Sussmann's bills for Rodney Joffe.

20         Do you see that?

21   A.  I do.

22         MR. BOSWORTH:  We'd offer Defense Exhibit 33.

23         MR. KEILTY:  No objection.

24         THE COURT:  So moved.

25         MR. BOSWORTH:  And let's publish that for the

1    jury.

2    Q.  So you can see there right up in the top left it says

3    "Rodney Joffe."  This is a bill for Rodney Joffe.

4             And this, by the way, is for work that

5    Mr. Sussmann billed for Rodney Joffe in what time period?

6    A.  In April of 2015.

7    Q.  2015, not 2016.  Right?

8    A.  Correct.

9    Q.  Okay.  And then April 2015, can you read the entry for

10   April 20, 2015, what it says that Mr. Sussmann did for

11   Rodney Joffe on April 20, 2015?

12   A.  Sure.  "Prep meeting with R. Joffe; meeting with FBI SSA

13   [sic] Howell, "K. Dieffenbach, R. Joffe, pre and post

14   discussions with R. Joffe."

15   Q.  Okay.  So this is an example, isn't it, of a bill if

16   Mr. Sussmann meets with FBI he wrote "meeting with FBI,"

17   correct?

18   A.  Yes.

19   Q.  Okay.  That's not what's written on the entry for

20   September 19, 2016, correct?

21   A.  Correct.

22   Q.  No reference to a meeting with the FBI on September 19,

23   2016, in the billing entry?

24   A.  For the 19th, yes.

25   Q.  Right.  Billing entries for the dates before, billing

1    entries for that day, billing entries after; no reference to

2    a meeting with FBI like you see here.  Right?

3    A.  Correct.

4          MR. BOSWORTH:  Okay.  We can take that one down.

5    Q.  You also testified about an expense report that

6    Mr. Sussmann submitted for some flash drives at various

7    dates in September for Hillary For America.

8    A.  Yes.

9    Q.  And you showed a map.  I don't have a map to show you,

10   but I do want to show you another expense report.

11         MR. BOSWORTH:  Can we pull up for the witness

12   Defense Exhibit 436.  And if we could just blow up the top

13   portion for Ms. Arsenault.

14   Q.  This is just another expense report that was part of the

15   billing records that Perkins Coie, the law firm, sent to the

16   government, right?  You've seen this document before?

17   A.  Can you just scroll up so I can see the base number?

18   Q.  Yes, of course.

19         MR. BOSWORTH:  Mr. Cleaves, can you just scroll

20   down.

21   A.  Okay.  Yes.

22         MR. BOSWORTH:  Okay.  We'd offer Defense Exhibit

23   436.

24         MR. KEILTY:  No objection.

25         THE COURT:  So moved.

1          MR. BOSWORTH:  Okay.  So let's blow up the top

2     portion.

3     Q.  Ms. Arsenault, can you read the report name?

4     A.  The report name is "Meeting/FBI 9/19/2016."

5     Q.  So this is -- and who is the expense owner?

6     A.  Michael Sussmann.

7     Q.  So this is an expense report for Michael Sussmann for a

8     meeting/FBI on September 19, 2016, right?

9     A.  Yes.

10    Q.  Was this expense report a report for something that

11    Mr. Sussmann billed to Hillary For America for a meeting

12    with the FBI on September 19, 2016?

13    A.  I believe this expense report was charged to the firm

14    generally.

15    Q.  Okay.  And if you look next to firm charged, right,

16    that's where on the other bills you saw Hillary For America?

17    A.  Yes.

18    Q.  Here the entity that's charged is "business development/

19    client travel," right?

20    A.  Yes.

21    Q.  Okay.  It's not billed to Hillary For America.

22    A.  Yes.

23    Q.  So this expense for a meeting with the FBI on September

24    19, 2016, is not billed to any client whatsoever, correct?

25    A.  It does say "Meeting/FBI."

1    Q.  Okay.  So the expense report -- and we'll go to the next

2    page.

3            But for "Meeting/FBI September 19, 2016" -- that's

4    the report name -- it's not billed to any client whatsoever.

5    A.  Correct.

6    Q.  It's billed to the law firm itself.

7    A.  Yes.

8    Q.  No client.

9    A.  Correct.

10           MR. BOSWORTH:  Let's go to Page 2 of this exhibit.

11   And if we could just blow up 1, 2, 3.

12   Q.  And this, by the way, is an expense report for tax use

13   that Mr. Sussmann took from various places on September 19,

14   2016, right?

15   A.  Correct.

16   Q.  Okay.  Maybe we could have done a map to show the

17   various travel, but we didn't.  So let's start with the

18   first one.

19           So this is on what date, that first entry?

20   A.  9/19/2016.

21   Q.  Okay.  And what does it say the business purpose is?

22   A.  "Taxi (from office to lunch)," and the type is, I think,

23   "attend meeting at FBI."

24   Q.  Okay.  So -- and how much is this taxi for?

25   A.  $10.

1    Q.  And it's billed to whom?

2    A.  The firm.

3    Q.  Okay.  So it's a taxi from office to lunch to attend

4    meeting at FBI, not billed to any client.  It's billed to

5    the law firm.  Correct?

6    A.  I think -- I wouldn't agree with "to attend meeting at

7    FBI."  It's for office to lunch.

8    Q.  Okay.  Fair.

9           So just going with the words that are on the page,

10   so "taxi from office to lunch, attend meeting at FBI," that

11   taxi for "attend meeting at FBI" after going "from office to

12   lunch" is billed to the firm, not to a client.  Right?

13   A.  I just -- I would agree with the taxi from office to

14   lunch.  I don't -- I don't see the "office to lunch" going

15   into "attend meeting at FBI."  I think the charge is just

16   for the taxi from office to lunch.

17   Q.  Okay.  But you see the words "attend meeting at FBI" up

18   there?

19   A.  Yes, those words are there.

20   Q.  Okay.  And there's another taxi.  That's the second one

21   that's listed.  And can you read the business purpose right

22   there?

23   A.  "Taxi (from FBI to office)."

24   Q.  Okay.  And what are the words that follow "taxi (from

25   FBI to office)"?

1    A.  "Attend meeting at FBI."

2    Q.  And how much -- and what date is this?

3    A.  9/19/2016.

4    Q.  All right.  So this is all for September 19, 2016,

5    right?

6    A.  Yes.

7    Q.  Okay.  And so for this one, how much is this charge?

8    A.  $8.

9    Q.  Okay.  And that $8 taxi from FBI to office is billed to

10   whom?

11   A.  The firm.

12   Q.  Not to a client?

13   A.  Correct.

14   Q.  Not to Hillary For America?

15   A.  Correct.

16   Q.  Not to Rodney Joffe?

17   A.  Correct.

18   Q.  Just the law firm?

19   A.  Yes.

20   Q.  No client?

21   A.  Yes.

22   Q.  And then there's a third taxi that's listed.  It looks

23   like we have "office to lunch," and we have "FBI to office."

24   This sort of completes the travel loop.  This is for a taxi

25   from lunch to FBI, attend meeting at FBI, right?

1    A.  It's for the taxi from lunch to the FBI, yes.

2    Q.  And also September 19th, right?  These are all for

3    September 19, 2016?

4    A.  Yes.

5    Q.  And how much is this one?

6    A.  $10.

7    Q.  And who is that one billed to?

8    A.  The firm.

9    Q.  Right.  Again, not to any client?

10   A.  Correct.

11   Q.  Not to Hillary For America?

12   A.  No.

13   Q.  Not to Rodney Joffe?

14   A.  No.

15   Q.  Billed to the law firm?

16   A.  Yes.

17         MR. BOSWORTH:  Okay.  We can take that one down.

18   Q.  And then just a couple more questions just on Government

19   Exhibit 1703.  That's the phone chart.

20         MR. BOSWORTH:  Mr. Cleaves, if we could just pull

21   that one up.

22   Q.  And if we could go to an entry on the next page, I think

23   on September 21, '16, at 15:34, so that's -- I have to do

24   math -- 3:34 in the afternoon; is that right?

25         MR. BOSWORTH:  And if we could just blow up that

1    second entry on the chart there, Mr. Cleaves.

2    Q.   Okay.  So this is one of the entries on your phone

3    chart, Ms. Arsenault?

4    A.   Yes.

5    Q.   And this is a call from who to who, or who to whom?

6    A.   It's incoming to Michael Sussmann, so it would be from

7    James Baker to Michael Sussmann.

8    Q.   Okay.  On September 21st?

9    A.   On September 21st.

10   Q.   What's the length of the call?  I think that's one of

11   the columns here.

12   A.   It's approximately 13 minutes.

13   Q.   Okay.  So that reflects that this is a 13-minute phone

14   call between Mr. Sussmann and Mr. Baker on September 21,

15   2016, right?

16   A.   Yes.

17   Q.   Okay.  And just to state the obvious, when you look at

18   phone records and you see calls of any length, looking at

19   those records you have no idea what was said on that phone

20   call, right?

21   A.   That's correct.

22            MR. BOSWORTH:  No further questions.

23            MR. KEILTY:  Briefly, Your Honor.

24            THE COURT:  Uh-huh.

25            MR. KEILTY:  Mr. Algor, if you could pull up

1    Government Exhibit 402, which I believe is in evidence.

2                REDIRECT EXAMINATION

3    BY MR. KEILTY:

4    Q.  Ms. Arsenault, what is this?

5    A.  This is an email from Michael Sussmann to Leigh Nichols

6    documenting his time for Monday, September 19th.

7    Q.  Okay.  And what does it say?

8    A.  "HFA.  Work on written materials; other work and

9    multiple telephone conferences regarding confidential

10    project;" for 4.5 hours.

11    Q.  Okay.  So it's fair to say Mr. Sussmann sent this email

12    on September 20th; is that correct?

13    A.  Yes, the day after.

14    Q.  And it goes without saying that's the day after

15    September 19th; is that correct?

16    A.  It is.

17          MR. KEILTY:  Could you go to Exhibit 401, which I

18    believe is in evidence, Mr. Algor.

19    Q.  What is this, Ms. Arsenault?

20    A.  This is an email from Michael Sussmann to Leigh Nichols

21    on November 6, 2016, for his time on Monday, September 19th.

22    Q.  Does this appear to be -- and what does the email say?

23    A.  "HFA.  Work and comms regarding confidential project"

24    for 3 .3 hours.

25    Q.  And is Government Exhibit 402 we just saw a previous

1   email from Mr. Sussmann providing his time for September

2   19th; is that correct?

3   A.   That is correct.

4   Q.   And this appears to be an email that he sent it looks

5   like over a month later, or more than a month later.  Is

6   that correct?

7   A.   Correct.

8   Q.   And is there a change in the amount of time that

9   Mr. Sussmann billed?

10   A.   It's approximately an hour less.

11   Q.   Okay.  And is there a different billing description

12   there?

13   A.   Yes.  I believe he removed "work on written materials."

14   Q.   And, Ms. Arsenault, are you aware of whether November 6,

15   2016, was -- where it falls in comparison to Election Day of

16   2016?

17   A.   I don't remember.

18        MR. KEILTY:  Okay.  You can take that down.

19        Can we pull up Defense Exhibit 436, please.

20        THE WITNESS:  Mr. Algor, if you just type D --

21        MR. KEILTY:  I think the defense is going to pull

22   it up.

23        THE WITNESS:  Okay.

24        MR. KEILTY:  Okay.  Thank you.

25   Q.   So, Ms. Arsenault, you were shown Defense Exhibit 436;

1    is that correct?

2    A.  Yes.

3          MR. KEILTY:  Okay.  And if we could go down to the

4    second page.

5          Okay.  If you could blow this up for me, at least

6    the first one.  Yes, thanks.

7    Q.  Does this appear to be an expense report?

8    A.  Yes.

9    Q.  And you were asked by Mr. Bosworth a number of questions

10   about what appears to be taxi expenses; is that correct?

11   A.  Correct.

12   Q.  Do you see anywhere on that document a billing entry for

13   a meeting with the FBI?

14   A.  No.  These expenses are exclusively for the taxis.

15         MR. KEILTY:  No further questions, Your Honor.

16         THE COURT:  Okay.  Ms. Arsenault, you can step

17   down.

18         THE WITNESS:  Thank you, Your Honor.

19         THE COURT:  Thank you for your testimony.

20         MR. KEILTY:  Your Honor, this might be a good time

21   for the morning break.  I know the government's next going

22   to read some transcripts into the record.

23         THE COURT:  Very well.

24         Ladies and gentlemen, we're going to take our

25   morning break.  We'll reconvene at quarter to 11:00.

1          No discussions about the case.  No research about

2     the case.

3               (Jury exits courtroom)

4               THE COURT:  All right.  See you in 15 minutes.

5               (Recess taken)

6               THE COURT:  All right.  So before we get the --

7     you have the transcripts to read in, and then you'll close

8     at that point?

9               MR. KEILTY:  Yes, Your Honor.  There's the

10    transcript and a couple of additional stipulations.

11              THE COURT:  Okay.

12              MR. KEILTY:  The parties would propose to read --

13    well, provide an oral stipulation regarding the FBI being an

14    Executive Branch.

15              THE COURT:  Yes, okay.

16              MR. BERKOWITZ:  And just very quickly, Your Honor,

17    on the transcript.  We've worked out most of our issues.  It

18    turns out there's a dispute about two pages.  We don't need

19    to resolve that before we do that if you agree that the two

20    pages we want should come in under the Rule of Completeness.

21    We can introduce them in our case.  I just want to make sure

22    that we're all recognizing that issue.

23              THE COURT:  Okay.  Why don't we do that.

24              And then when the government rests, instead of

25    taking a break, if you want to make your motion under the

1    husher -- just general overview, highest level -- I'll

2    reserve, and then we'll be ready for your first witness.

3            MR. BERKOWITZ:  And we have a written motion that

4    we'll file as well.

5            THE COURT:  Okay.  Very well.  Just to keep it

6    moving.

7            (Jury enters courtroom)

8            THE COURT:  Okay.  Welcome back, ladies and

9    gentlemen.  Sorry for the brief delay.  The parties were

10   working on some evidentiary issues that I think will

11   streamline matters, okay?

12           Mr. Keilty.

13           MR. KEILTY:  Your Honor, the parties would like to

14   put in an oral stipulation on the record.

15           THE COURT:  Very well.

16           Ladies and gentlemen, this is another one of those

17   stipulations that I mentioned before.

18           MR. KEILTY:  Your Honor, the parties stipulate for

19   all purposes in this case that the Federal Bureau of

20   Investigation is an agency of the Executive Branch of the

21   government of the United States.

22           MR. DeFILIPPIS:  Another stipulation, Your Honor.

23   I'm going to read what's premarked as Government's Exhibit

24   2201.

25           "It is hereby stipulated and agreed by and between

1    the undersigned parties that:

2              "1.  Government Exhibit 56 is a true and accurate

3    copy of the transcript of Michael Sussmann's December 18,

4    2017, testimony before the House Permanent Select Committee

5    on Intelligence.

6              "Government Exhibit 57 is a true and accurate copy

7    of the transcript of James Baker's October 3, 2018,

8    testimony before the House Committee on the Judiciary joint

9    with the House Committee on the Government -- on Government

10   Reform and Oversight.

11             "Government Exhibit 61 is a true and accurate copy

12   of the transcript of James Baker's October 18, 2018,

13   testimony before the House Committee on the Judiciary joint

14   with the House Committee on Government Reform and Oversight.

15             "The document marked for identification as JB-05

16   is a true and accurate copy of James Baker's July 15, 2019,

17   testimony before the U.S. Department of Justice Office of

18   Inspector General.

19             "This stipulation marked as Government Exhibit

20   2201 is admissible in evidence at trial."

21             Your Honor, the government offers Government

22   Exhibits 56, 57, 61, and the document marked JB-05 as well

23   as Stipulation Government Exhibit 2201 into evidence.

24             MR. BERKOWITZ:  Your Honor, no objection to the

25   authenticity -- no objection to the authenticity as

1    reflected in the stipulations.  In terms of admissibility, I

2    think the portions that have been read to the jury are

3    what's admissible rather than the entire transcripts.

4              THE COURT:  Is that correct?

5              MR. DeFILIPPIS:  Yes, Your Honor.  These will be

6    provided to the jury in redacted form.

7              THE COURT:  Very well.

8              Okay.  With that agreement, so moved.

9              MR. DeFILIPPIS:  And, Your Honor, I'd like to

10   briefly publish a couple of excerpts of Government Exhibit

11   56, which is Mr. Sussmann's testimony in 2017.

12             THE COURT:  Very well.

13             MR. DeFILIPPIS:  Ms. Arsenault, if we could go to

14   Page 5 of Government Exhibit 56.

15             On Page 5, it states:  "Mr. Sussmann, could you

16   raise your right hand to be sworn.

17             "Do you swear or affirm the testimony you are

18   about to give is the truth, the whole truth, and nothing but

19   the truth?

20             "MR. SUSSMANN:  I do."

21             Ms. Arsenault, if we could go now to Page 65 of

22   the transcript.

23             And I'll -- for Q, I'll say "question," and A,

24   I'll say "answer."

25             "QUESTION:  No, that's fair.  So let me ask you

1    this question:  When you decided to engage the two

2    principles, one, Mr. Baker in September, and the general

3    counsel of the CIA in December, you were doing that on your

4    own volition, based on information another client provided

5    to you.  Is that correct?

6              "ANSWER:  No.

7              "QUESTION:  So what was -- so did your client

8    direct you to have those conversations?

9              "ANSWER:  Yes.

10             "QUESTION:  Okay.  And your client was -- also was

11   witting of you going to the CIA in February to disclose the

12   information that individual had provided to you?

13             "ANSWER:  Yes.

14             "QUESTION:  Back to the FBI.  You obviously had a

15   conversation or you had a meeting at the FBI with Mr. Baker.

16   Was there anybody else in the room from the FBI in that room

17   with you?

18             "ANSWER:  No.

19             "QUESTION:  Did you ever meet with any --

20   subsequent to that meeting, did you ever meet with any other

21   representatives of the FBI concerning that information that

22   you were sharing with Mr. Baker?

23             "ANSWER:  Not that I -- I mean, no.  I was going

24   to say not that I recall, but that would be a tough one to

25   not recall.

 1          "QUESTION:  So it was just you and Mr. Baker at

 2    the FBI.  There was no other individuals in the room?

 3          "ANSWER:  Correct.

 4          "QUESTION:  And did you give the same -- did you

 5    give the documents that you gave CIA in February of '17 to

 6    Mr. Baker in September of '16?

 7          "ANSWER:  I left documents with Mr. Baker.  I just

 8    want to be careful.  I don't recall if they were the same.

 9    I mean, I can't -- I don't -- I left documents with

10    Mr. Baker.  I left documents with CIA.  I don't know when

11    you say they're the same, I'm not sure if they were

12    identical or --

13          "QUESTION:  So you may have left some different

14    documents with Mr. Baker in September that were --

15          "ANSWER:  Or an update, or one -- a document may

16    have been updated.

17          "QUESTION:  Okay.  So the batch that the CIA

18    received in February was presumably different than the batch

19    that the FBI received in September, the preceding year,

20    generally speaking?

21          "ANSWER:  Well, I don't want to say that

22    they're --

23          "QUESTION:  The exact same.

24          "ANSWER:  -- the same.

25          "QUESTION:  And there was no FBI follow-up at all

1   to you or your client regarding the information that you're

2   aware of?

3            "ANSWER:  No.

4            "QUESTION:  Okay.  I want to ask you, so you

5   mentioned that your client directed you to have these

6   engagements with the FBI and the CIA and to disseminate the

7   information that client provided you.  Is that correct?

8            "ANSWER:  Well, I apologize for the double

9   negative.  It isn't not correct, but when you say my client

10  directed me, we had a conversation, as lawyers do with their

11  clients, about client needs and objectives and the best

12  course to take for a client.

13           "And so it may have been a decision that we came

14  to together.  I mean, I don't want to imply that I was sort

15  of directed to do something against my better judgment, or

16  that we were in a sort of conflict, but this was -- I think

17  it's most accurate to say it was done on behalf of my

18  client."

19           Thank you, Your Honor.

20           MR. KEILTY:  Just one moment, Your Honor.

21           (Pause)

22           MR. KEILTY:  Your Honor, the government rests.

23           THE COURT:  Okay.  Ladies and gentlemen, the

24  government has rested its case-in-chief.

25           Counsel?

1                    (The following is a bench conference

2                     held outside the hearing of the jury)

3                    MR. BERKOWITZ:  Your Honor, at this point the

4       defendant would respectfully move for a judgment of

5       acquittal pursuant to Federal Rule of Criminal Procedure

6       29A.

7                    We're going to file a written submission very

8       shortly, but in sum and substance, we will argue to you that

9       the Special Counsel has not proved beyond a reasonable --

10      that he has not proved that Mr. Sussmann made the charged

11      statement.  There's confounding information about what

12      happened on both the 19th and the 21st; and we think that

13      there is confusion, particularly given notes from March 6th

14      of 2017.

15                   Number two, to the extent that the statement that

16      the government alleges was made, there's no evidence that

17      that was false.  He was not there on behalf of anybody.  He

18      wasn't asking for anybody, according to Mr. Baker's

19      testimony; and he wasn't advocating for anybody.

20                   To the extent that this proved falsity, Your

21      Honor, there's no intent.  He made the same purported

22      statements to the CIA.  He was not trying to conceal

23      anything.  Even Mr. Baker said this is the type of

24      information that they would want.

25                   With respect to materiality, Judge, the government

1   has not proved materiality.  There is no evidence

2   whatsoever that the alleged statement and whether he

3   was there on behalf of a client would have mattered to

4   anybody.

5           And I think you should look at their actions

6   in terms of what they did.  They dismissed this very

7   quickly.

8           To the extent that knowing he was Democratically

9   affiliated would have mattered, everybody at the FBI that

10   looked into this case either knew it or that information was

11   intentionally withheld from them.

12           Therefore, Judge, we believe they have not proved

13   their case that a reasonable jury could find Mr. Sussmann

14   guilty of the charges, and we will file a written submission

15   in support of that.

16           THE COURT:  Very well.  The Court will reserve on

17   your motion until the verdict is rendered in the case.  All

18   right?

19           MR. BERKOWITZ:  Thank you.

20           (This is the end of the bench conference)

21           THE COURT:  Okay.  So with that, is the defense

22   prepared to call its first witness?

23           MR. BOSWORTH:  Yes, Your Honor.  Mr. Sussmann

24   calls Tashina Gauhar.

25           And, Your Honor, while we're waiting for

1    Ms. Gauhar, can I briefly read a stipulation?

2              THE COURT:  Of course.

3              MR. BOSWORTH:  And this is Government Exhibit

4    2204.

5              "It is hereby stipulated and agreed by and between

6    the undersigned parties that if called to testify as a

7    witness, Scott Schools, former Department of Justice

8    Associate Deputy Attorney General, would testify that what

9    has been marked for identification as Defense Exhibit 557 is

10   a true and accurate copy of handwritten notes taken by him

11   during a meeting that occurred on March 6, 2017.

12             "He would further testify that during the March 6,

13   2017 meeting, senior members of the FBI briefed the

14   Department of Justice's Acting Attorney General about

15   various aspects of the FBI investigations into potential

16   Russian influence in the 2016 presidential election.

17             "Additionally, Mr. Schools would testify that he

18   recalls taking notes contemporaneously during the meeting,

19   and that the notes accurately reflect what he was told at

20   the time.

21             "He would further testify that he cannot recall

22   the substance of what occurred in the meeting or who

23   specifically attended the meeting independently from what is

24   written in his notes.

25             "Based on his notes, Mr. Schools would testify" --

```
1              THE COURT:  I'm sorry, is the witness in the back

2      of the courtroom?

3              Ma'am, if you could just step outside for a

4      moment, okay?

5              MR. BOSWORTH:  I'm sorry, Your Honor, I didn't

6      realize it.

7              THE COURT:  It's all right.

8              MR. BOSWORTH:  "Based on his notes, Mr. Schools

9      would testify that the meeting attendees included himself,

10     Trisha Anderson, James Baker, James Rybicki, Carl Ghattas,

11     Andrew McCabe, Peter Strzok, Bill Priestap, George Toscas,

12     Mary McCord, Tashina Gauhar, Dana Boente, Jim Crowell, and

13     Richard Scott."

14             And we would seek to admit the stipulation,

15     Government Exhibit 2204, at this time.

16             THE COURT:  Okay.  I assume no objection?

17             MR. KEILTY:  No objection.

18             THE COURT:  So moved.

19             All right.  Let's get the witness.

20             Okay.  Step right up, ma'am.  Good to meet you.

21     Please remain standing and raise your right hand to be sworn

22     by the deputy.

23             (Witness sworn)

24             THE COURT:  Okay.  Please have a seat, and feel

25     free to slip your mask off.
```

1          TASHINA GAUHAR, Sworn

2          DIRECT EXAMINATION

3    BY MR. BOSWORTH:

4    Q.  Good morning.  Could you please state and spell your

5    name for the record.

6    A.  My name is Tashina Gauhar.  First name, T-A-S-H-I-N-A;

7    last name Gauhar, G-A-U-H-AR.

8    Q.  Ms. Gauhar, what do you do for a living?

9    A.  I'm an attorney.  Right now I work for the Boeing

10   Company.  I'm a senior director for compliance.

11   Q.  Prior to working for the Boeing Company, where did you

12   work?

13   A.  I worked at the Department of Justice.

14   Q.  The United States Department of Justice?

15   A.  Correct.

16   Q.  How long did you work for the Department of Justice?

17   A.  About 18 years.

18   Q.  What sorts -- just if you could briefly sketch out the

19   different roles that you had at the Department of Justice

20   leading up to the last one that you had.

21   A.  So I started in the summer of 2001 doing a variety of

22   national security roles.  I ended my career working in the

23   Deputy Attorney General's Office with -- working on national

24   security as an Associate Deputy Attorney General.

25   Q.  And when did you leave the department?

1    A.  In early January 2020.

2    Q.  And just generally -- and the last role that you had,

3    you said, was as an Associate Deputy Attorney General.

4              So who was your boss in that role?

5    A.  The Deputy Attorney General.

6    Q.  And what -- in the Justice Department hierarchy, how

7    high up is the Deputy Attorney General?

8    A.  The number two in the department.

9    Q.  Okay.  So you worked in the office for the number two

10   person --

11   A.  Correct.

12   Q.  -- the Deputy Attorney General.

13             And as an Associate Deputy Attorney General, the

14   number -- you know, working for the number two, what are the

15   sorts of things that you did in that job?

16   A.  My job was to help coordinate information, flow of

17   information, and give advice to the leadership in the

18   office.

19   Q.  Did you have that position, Associate Deputy Attorney

20   General working for the number two, in the, you know, fall

21   2016 to 2017 time period?

22   A.  Yes, I did.

23   Q.  Directing your attention to that time period -- let's

24   say 2016, 2017 -- were you aware generally of the FBI's

25   investigations into potential Russian interference in the

1   2016 election?

2   A.  Yes, I was.

3   Q.  And were you aware generally that those investigations

4   touched on potential connections between Mr. Trump or his

5   campaign and various Russian entities and people?

6   A.  Yes.

7   Q.  Prior to March of 2017, did you have any awareness of an

8   FBI investigation into potential connections between the

9   Trump organization and a Russian bank called Alfa-Bank?

10  A.  I don't -- I can't recall with certainty when the first

11  time I heard about that was.

12  Q.  I'd like to direct your attention to Defense Exhibit

13  559, which I believe has already been admitted into

14  evidence.

15          MR. BOSWORTH:  And if you could publish that,

16  please.

17  Q.  And before I ask you about this document, prior to

18  testifying today, did you review some documents to see if

19  they refreshed your recollection?

20  A.  Yes.

21  Q.  And did you meet with the defense at all?

22  A.  I mean, I have met with the -- yes.

23  Q.  Okay.  We had one meeting together?

24  A.  Yes, yes.

25  Q.  Okay.  And so in that one -- that one meeting lasted

1    half an hour?  45 minutes?

2    A.  Probably about that.

3    Q.  So I'd like to ask you about Defense Exhibit 559.

4         Do you recognize this?

5    A.  As a calendar notice, yes.

6    Q.  Okay.  Do you, sitting here today, remember the

7    substance of the meeting that this is a calendar notice for?

8    A.  I can't say for certain.  I mean, just -- but this

9    obviously -- I've reviewed a variety of things, but just

10   looking at this I wouldn't have been able to tell.

11   Q.  In this calendar notice, you're listed as the organizer.

12   A.  Uh-huh.

13   Q.  Do you see that?

14         What does that mean?

15   A.  You know, if the deputy -- if there's certain meetings

16   that are going to be happening for leadership, sometimes I

17   said I would coordinate and help.  So I would have sent out

18   this notice or -- me or one of my assistants may have sent

19   out a notice.

20   Q.  In the subject line it says, "Briefing for the (A)DAG."

21         Who does the "(A)DAG" refer to?

22   A.  Acting DAG.

23   Q.  And the DAG is just another way of saying Deputy

24   Attorney General?

25   A.  Yes.

1    Q.  In or around March of 2017, who was the Acting Deputy

2    Attorney General?

3    A.  I believe that was Dana Boente.

4    Q.  Okay.  And so he was your boss?

5    A.  Acting Deputy Attorney General, yes.

6    Q.  And so this was a calendar notice for what date and

7    time?

8    A.  March 6th, it says, 2017.

9    Q.  It says the location is "JCC."  What's that?

10   A.  The Justice Command Center, which is a conference room

11   in the department.

12   Q.  And there are a number of attendees that are listed

13   there.  Sitting here today, just looking at that, you don't

14   know who may have gone to a meeting or not?

15   A.  No.  I mean, those are the -- that's the invite list.

16   But, you know, who actually attends may be different.

17   Q.  Okay.  Just to go through some of the names just to

18   briefly orient the jury, the first person listed is Mary

19   McCord.  Who is that?

20   A.  She was the acting head of the National Security

21   Division at the time.

22   Q.  What's the National Security Division?  Is that a part

23   of the Department of Justice or the FBI or something else?

24   A.  It is a component of the Department of Justice.

25   Q.  What does that division, the National Security Division,

1    generally do?

2    A.  They cover a variety of national security issues for the

3    department.

4    Q.  Next, Stuart Evans.  Who is he?

5    A.  He also is part of the National Security Division

6    reporting to Mary.

7    Q.  George Toscas?

8    A.  Same.

9    Q.  E.W. Priestap?

10   A.  FBI.

11   Q.  Do you know what role he plays in the FBI?

12   A.  Counterintelligence.  I don't remember his exact title.

13   Q.  Peter Strzok?

14   A.  Same.

15   Q.  James Rybicki?

16   A.  He was chief of staff to the director of the FBI, I

17   believe.

18   Q.  James Crowell.

19   A.  He was also in the leadership in the DAG's office.  I

20   don't remember then -- he had multiple roles -- if he was

21   chief of staff and Acting Principal Associate Deputy

22   Attorney General, or just chief of staff, but he was in a

23   leadership role in the DAG's office.

24   Q.  Scott Schools?

25   A.  Also in the DAG's office in a leadership position.

1    Q.  Dana Boente?

2    A.  The Acting Deputy Attorney General.

3    Q.  Andrew McCabe?

4    A.  Deputy Director of the FBI.

5    Q.  So that's the second highest in the FBI?

6    A.  Correct.

7    Q.  James A. Baker?

8    A.  General counsel at the time of the FBI.

9    Q.  And then Winnie Brink -- "JCC," so that's the conference

10   room.

11              Winnie Brinkley and Nathaniel Gamble?

12   A.  They're both administrative assistants in the DAG's

13   office, so they would just be obviously included just for

14   coordination of scheduling.

15   Q.  Okay.  Now, not listed, but just to ask if you know, do

16   you know someone by the name of Trisha Anderson?

17   A.  I do.

18   Q.  Okay.  Do you know at or around that time what role she

19   might have had at the Department of Justice or at the FBI?

20   A.  My recollection is that she was in the general counsel's

21   office, but I don't remember specifically the title.

22   Q.  At the FBI?

23   A.  Correct.

24              MR. BOSWORTH:  Okay.  We can take that one down.

25   Q.  When -- how common or uncommon was it for you to attend

1   meetings with senior leaders of the Department of Justice

2   and senior leaders of the FBI?

3   A.   I mean, it was fairly common, fairly regular.

4   Q.   Did you typically take notes at meetings that involved

5   senior leadership of the Department of Justice or senior

6   leadership of the FBI?

7   A.   Often; sometimes, not always.  It probably depended on

8   if I was hearing something for the first time or the nature

9   of the meeting.

10   Q.   When you took notes, you tried to take accurate notes.

11   Fair to say?

12   A.   Yes.

13   Q.   And I should ask one other thing.  When it came to the

14   Russia-related investigations in 2017, who at the Department

15   of Justice was the highest-ranking person who was involved

16   in the Russia investigations?

17   A.   So do you mean the Deputy Attorney General at the time?

18   Q.   Yes.  Let me ask it this way.

19        In or around March of 2017, was Jeff Sessions the

20   Attorney General at the Department of Justice?

21   A.   Correct, he was.

22   Q.   Did he recuse or say "I'm not going to participate" --

23   A.   Yes, he did.

24   Q.   -- "in the Russia investigation"?

25   A.   Yes, he did.

1    Q.  And that was because of the role he played in President

2    Trump's campaign?

3    A.  Well, I'm not going to speak to his recusal, but he

4    recused.

5    Q.  And as a result of his recusal, who became the highest-

6    ranking official overseeing the Russia-related

7    investigation?

8    A.  At the time the Acting Deputy Attorney General.

9    Q.  So Mr. Boente, your boss?

10   A.  Correct.

11   Q.  Prior to testifying today, were you shown notes of a

12   meeting that occurred on March 6, 2017?

13   A.  Yes, I was.

14           MR. BOSWORTH:  Let's publish Defense Exhibit 558.

15   If we could just blow up the top.

16   Q.  Do these look like the notes -- this is a portion of it,

17   but do these look like the notes that you reviewed?

18   A.  Yes.

19   Q.  Is this your handwriting?

20   A.  Yes.

21   Q.  Did looking at these notes that you took -- and there

22   are a bunch of pages there.  As you remember, did that

23   refresh your recollection?  Did that jog your memory about

24   what was said in the meeting?

25   A.  I mean, I still don't particular -- I can't specifically

1   remember that meeting, but, I mean, these are my notes so...

2   Q.  Because this meeting, in March of 2017, was a long time

3   ago.

4   A.  Yes.

5             MR. BOSWORTH:  Okay.  If we could turn to Page 6,

6   and if we could just blow up this portion.

7   Q.  Still your handwriting?  Still your notes?

8   A.  Yes.

9   Q.  You see up top -- can you just read the first sentence

10  there?

11  A.  Starting with "Server"?

12  Q.  Yes.

13  A.  "'Server' - late summer.  FBI got info."

14  Q.  Okay.  And you can read the next two lines, if you

15  could?

16  A.  "Computer server connected to 'Alfa-Bank'.

17            "That is a Russian bank."

18  Q.  And let me just stop you there.  "Servers" in quotes.

19  "Alfa-Bank" is in quotes.  Any reason you put things in

20  quotes?

21  A.  You know, I was looking at this when this was showed to

22  me.

23            I can't say for certainty.  You know, I wasn't

24  very familiar with this, is my recollection, so my guess is

25  I, you know, put that in there just to say this is what --

1    making sure that's what I heard.

2    Q.  Okay.  And then it says, "Mikhail Fridman, Russian

3    oligarch.

4            "Connected to Putin."

5            Do you see that?

6    A.  Uh-huh.

7    Q.  Okay.  If you could read the next line under "Putin."

8    A.  "Activity w/'bank' and server of Trump Organization."

9            And I can't tell what that last part says.  This

10   is blurry.

11   Q.  Okay.  Do you remember, sitting here today, anything

12   more about what was said about this activity with a bank and

13   server of the Trump organization?

14   A.  I don't.

15   Q.  Do you remember who was even speaking at the time?

16   A.  I don't.

17   Q.  Then -- okay.  Underneath it can you read what you wrote

18   there?

19   A.  Yes.  "'Attorney' brought to FBI on behalf of his

20   client.

21            "Also advised others in media.

22            "NYT."

23   Q.  Is it your understanding -- do you have an understanding

24   of why you wrote "'Attorney' brought to FBI on behalf of his

25   client"?

1    A.  Why I wrote that sentence?  That's what I would have

2    heard at the briefing.

3    Q.  Okay.  Do you remember anything more about what was said

4    about why the attorney brought the Alfa-Bank information or

5    this information to the FBI on behalf of his client?

6    A.  No.

7    Q.  Do you know who the client was?

8    A.  Well, I mean, I do now -- no, wait.  Here?  I'm sorry.

9    Q.  Yes.  When you see a reference to "client," do you have

10   any memory of what was said about that client at the --

11   A.  I don't.  I don't recall.  I literally just -- this is

12   what my understanding said.

13   Q.  And there's a reference to "NYT."  What would that have

14   been?

15   A.  I'm assuming it's *New York Times*, but -- because this

16   talks about media.  But, again, I just -- that's my

17   assumption.

18   Q.  And if we could go back to the first page of your notes

19   just to orient and blow up the top there.

20          Can you just read what you have, the very first

21   note you took about this there in the top left?

22   A.  "Focus on Russians."

23   Q.  Even higher.

24   A.  Oh, "FBI brief for the DAG."

25   Q.  Sitting here today, do you remember anything more about

1    this FBI briefing for the DAG, the Deputy Attorney General?

2    A.  You mean besides what's in the notes?  No.

3              MR. BOSWORTH:  Okay.  Thank you.

4              MR. KEILTY:  Very briefly, Your Honor.

5                         CROSS-EXAMINATION.

6    BY MR. KEILTY:

7    Q.  Good morning, Ms. Gauhar.  How are you?

8    A.  Good morning.

9    Q.  My name is Mike Keilty.  I'm a prosecutor on the

10   government team.

11             We haven't met before; is that correct?

12   A.  I have not met with you.

13   Q.  Okay.  Mr. Bosworth asked you questions about --

14   A.  I'm sorry, but I have met with others on your team.

15   Q.  Correct.

16   A.  I just want to make sure that's clear.

17   Q.  But we've never met; is that correct?

18   A.  Uh-huh.

19   Q.  Mr. Bosworth asked you a couple of questions about a

20   meeting you took notes on which took place on March 6, 2017;

21   is that correct?

22   A.  Yes.

23   Q.  And you don't remember much about that meeting; is that

24   right?

25   A.  Not specifically.

 1    Q.  Just what's in your notes?

 2    A.  Correct.

 3    Q.  But you don't remember the details of what was briefed;

 4    is that correct?

 5    A.  Not beyond what's in the notes.

 6    Q.  Okay.  And there were a lot of topics that were covered

 7    in that brief; is that right?

 8    A.  Yes.

 9    Q.  How long was that meeting?

10    A.  I don't remember.

11    Q.  I mean, how long are meetings generally with high-

12    ranking FBI officials and DOJ officials of this type?  Are

13    they -- are they usually short, or are they hours long, or

14    does it depend?

15    A.  It depends.

16    Q.  Okay.  And looking at your notes there, are you able to

17    judge approximately how long this meeting might have taken?

18    A.  I really don't remember.  I don't want to speculate on

19    that.

20    Q.  Okay.  That's fair enough.

21              And March 6, 2017, is -- I mean, is that almost

22    six months after September 19th of 2016, roughly?

23    A.  Yeah.

24    Q.  Is that yes?

25    A.  Yes.

1    Q.   Okay.  Do you know how many people were in the meeting,

2    Ms. Gauhar?

3    A.   I don't recall.

4    Q.   Would you say it was a lot of people in the meeting?

5    A.   Define "a lot."  I just -- I don't recall what of the

6    people on that list -- I don't remember all the people that

7    were in that meeting.

8    Q.   When there's high-ranking members of the FBI and DOJ in

9    a meeting, do they generally bring large amounts of staff

10   with them?

11   A.   I think it may vary depending on the meeting.

12   Q.   Okay.  And do you know who briefed during that meeting?

13   A.   I couldn't say.

14   Q.   So you don't know if James Baker briefed in that

15   meeting, do you?

16   A.   I do not recall.

17   Q.   What about Bill Priestap?  He didn't brief in that

18   meeting, did he?

19   A.   Again, I don't recall.  I mean, my notes say "FBI

20   brief," and then I just -- I didn't specify who said what

21   so --

22   Q.   No, I understand.

23   A.   -- I can't say that I remember.

24   Q.   I understand.  And you can't recall whether Trisha

25   Anderson briefed in that meeting either?

```
 1    A.  I don't.

 2    Q.  Okay.  And turning back to September 19th of 2016,

 3    Ms. Gauhar, you didn't attend a meeting with the defendant

 4    and Jim Baker, did you?

 5    A.  No.

 6    Q.  And you don't know if anyone who briefed that meeting

 7    on -- six months later on March 6th of 2017 attended a

 8    meeting with Jim Baker and the defendant, do you?

 9    A.  I have no idea.

10              MR. KEILTY:  Okay.  Nothing further.

11                     REDIRECT EXAMINATION

12    BY MR. BOSWORTH:

13    Q.  Very briefly, Ms. Gauhar.

14              In your experience, when senior leaders of the

15    Department of Justice -- of the FBI come to brief senior

16    leaders of the Department of Justice, do they try to get it

17    right?  Do they try to present truthful, accurate

18    information to the leaders of the Department of Justice?

19    A.  I would assume so.  I mean, it's important that our

20    leadership get accurate information.

21              MR. BOSWORTH:  Thank you.

22              THE COURT:  All right.  Ms. Gauhar, thank you very

23    much for your testimony.

24              THE WITNESS:  Thank you.

25              THE COURT:  You're excused.  Please don't discuss
```

1    your testimony with anyone until the end of the case.

2              MR. BOSWORTH:  Your Honor, Mr. Sussmann calls Mary

3    McCord.

4              THE COURT:  Okay.  Step right up, ma'am.

5              Good to see you.  If you can remove your mask,

6    please remain standing, and raise your right hand to be

7    sworn.

8              (Witness sworn)

9                        MARY McCORD, Sworn

10                       DIRECT EXAMINATION

11   BY MR. BOSWORTH:

12   Q.  Good morning.

13   A.  Good morning.

14   Q.  Ms. McCord, can you please state and spell your name for

15   the record.

16   A.  Mary McCord; M-A-R-Y, M-c-C-O-R-D.

17   Q.  Ms. McCord, what do you currently do for a living?

18   A.  I'm the executive director of the Institute for

19   Constitutional Advocacy and Protection, or ICAP, at

20   Georgetown Law, and also a visiting professor of law.

21   Q.  Prior to your current post, what did -- where did you

22   work?

23   A.  So I worked for the Department of Justice from 1994

24   until 2017.  I was -- or nearly that entire time.  I was

25   almost 20 years a federal prosecutor in the U.S. Attorney's

1     Office here in the District of Columbia, and then my last

2     three years I was -- from 2014 to 2017, I was first the

3     Principal Deputy Assistant Attorney General for national

4     security, and in October 2016 became also the Acting

5     Assistant Attorney General for national security until I

6     left in May of 2017.

7     Q.  Okay.  So let me just ask you a couple of questions

8     about your work at -- in the National Security Division of

9     the Department of Justice.

10          So the National Security Division at the

11    Department of Justice does what, generally speaking?

12    A.  So the National Security Division is a prosecuting

13    division, but it also is -- so it is responsible for

14    coordinating and prosecutions of counterterrorism cases as

15    well as counterintelligence, export control, and nation

16    state cyber attacks.

17          But in addition to being a prosecuting division of

18    the Department of Justice, it also includes the Office of

19    Intelligence, which is where FISA applications are not

20    drafted, but approved, after drafts come over from the FBI;

21    and they work with the intelligence community on use of

22    intelligence community authorities.

23          There's also the Law and Policy Section, which

24    works real -- really supports the work of the department on

25    the National Security Council, so supports the Attorney

1    General, the Deputy Attorney General, and the Assistant

2    Attorney General in the policies and laws that are discussed

3    in the interagency through meetings over at the White House

4    at the National Security Council.

5    Q.  And you said, I think, you were initially the principal

6    deputy, so the number two in that division?

7    A.  That's correct.

8    Q.  And then at some point you became the acting number one?

9    A.  That's correct.

10   Q.  So you were the acting, you know, person in charge of

11   that division.

12   A.  That's correct.

13   Q.  And just in case there's confusion, what does it mean to

14   be the Acting, you know, Assistant Attorney General?

15   A.  So the Assistant Attorney General is a presidentially

16   appointed, Senate-confirmed position.  So when there is a

17   vacancy in the presidentially appointed, Senate-confirmed

18   person -- so when John Carlin, my predecessor, who had been

19   presidentially appointed and Senate-confirmed, when he left

20   in October of 2016, I filled his position on a temporary

21   basis.  That basis being an acting position.

22           I was never presidentially appointed.  I was never

23   Senate-confirmed.  I was a career Department of Justice

24   employee, including in my role as Principal Deputy and later

25   Acting Assistant Attorney General.

1    Q.  Okay.  So career prosecutor?

2    A.  Yes.

3    Q.  And when you were -- from October, it sounds like, 2016

4    until you left in the spring of 2017, when you were the

5    acting head of the National Security Division, did you

6    regularly attend meetings with senior leaders of the

7    Department of Justice?

8    A.  Yes.

9    Q.  And did you attend meetings with senior leaders of the

10   Department of Justice and senior leaders of the FBI?

11   A.  Yes, on a regular basis.

12   Q.  Did you typically take notes during those kinds of

13   meetings?

14   A.  It depended on the meeting, but generally yes.  If I

15   were doing the speaking at the meeting or if I was the one

16   directly being briefed, I might take fewer notes because I

17   was busy engaged in the actual conversation.

18          If the meeting, for example, was a briefing of the

19   Attorney General or the Acting Attorney General or the

20   Deputy Attorney General, which were people I reported to,

21   and so I was not the most active questioner, I would then,

22   you know, take more notes because I would want to be

23   recording what was being presented to my superiors as well

24   as any requests they made, either of the Bureau or of me or

25   of my division.

1    Q.  And if you took notes, did you try to take accurate

2    notes?

3    A.  Yes.  I tried to take accurate notes.  I did not take

4    verbatim notes, but I did try to take accurate notes.

5              And I took the notes in real time.

6    Q.  And even if not verbatim word-for-word what people are

7    saying, you'd try to get the substance accurately?

8    A.  That's correct.

9    Q.  In your role as the head of the National Security

10   Division at the Department of Justice, were you generally

11   aware in the 2016 to spring of 2017 time period that there

12   were FBI investigations into potential connections between

13   Mr. Trump and Russia?

14   A.  Yes.  I became aware at different points of time of

15   different aspects of that investigation.  And that

16   investigation, to be clear, began as a counterintelligence

17   investigation, not a criminal investigation.

18   Q.  And I want to direct your attention to March 6th of

19   2017.  Do you remember attending a meeting that day?

20   A.  I would not remember the date of the meeting without

21   looking at my notes, but I certainly -- and I have looked at

22   those notes before testifying today.  And I certainly

23   remember attending not only that meeting but many, many

24   other meetings on the general subject of the

25   counterintelligence investigations into, you know, any

1    potential coordination between Russia, the Putin

2    Administration, and the Trump Campaign, or those affiliated

3    with the Trump Campaign.

4    Q.  And just to be clear, because you mentioned it, so you

5    looked at a handful of documents before testifying today?

6    A.  I have looked at my notes as well as the notes of

7    Tashina Gauhar and Scott Schools.

8    Q.  And did you also meet with Mr. Sussmann's defense team

9    on any occasion prior to testifying today?

10   A.  I have never -- well, I met last night with -- I think

11   it was last night -- with you via Zoom.

12   Q.  Okay.  And that was about a half hour, 40 minutes?

13   A.  Yes.

14   Q.  Other than that, did you ever meet with the defense

15   team?

16   A.  No.

17            MR. BOSWORTH:  Okay.  If we could pull up Defense

18   Exhibit 556, which is in evidence.

19   Q.  Do you recognize --

20            MR. BOSWORTH:  And we can blow up maybe the top

21   half to start, Mr. Cleaves.

22   Q.  Do you recognize the handwriting here?

23   A.  I do.

24   Q.  Whose is it?

25   A.  That's my handwriting.

1    Q.  So are these the notes that you reviewed prior to coming

2    today and testifying to this jury?

3    A.  Yes, they are.

4    Q.  Having looked at these notes of a meeting you had at

5    March 6th -- on March 6, 2017, did this jog your memory and

6    give you a lot of -- or any recollections separate and apart

7    from what's reflected in the notes themselves?

8    A.  I guess yes.  I mean, I recalled the substance of this

9    meeting.  I wouldn't have been able to tell you what day it

10   was.

11            And by "substance," I mean the substantive part of

12   the briefing about the investigation that the FBI did into

13   whether there were any nefarious connections or suspicious

14   connections between the Trump Hotel Group server and Alfa-

15   Bank.  I remembered that independently.

16            I didn't really remember the lead-in to that

17   substantive discussion until reviewing these notes.

18            MR. BOSWORTH:  And just because these may not be,

19   I'd just move Defense Exhibit 556 into evidence at this

20   time.

21            MR. KEILTY:  No objection.

22            THE COURT:  So moved.

23            MR. BOSWORTH:  If we could publish these, if

24   they're not published already.

25   Q.  Okay.  So, again, these are -- so these are your notes.

1   I'll get back to what you just said in a moment.  For what

2   date?

3   A.  March the 6th, 2017.

4   Q.  Okay.  And the first lines there say what?

5   A.  "FBI trying to determine what is behind POTUS Tweets,

6   possibility of computer server at Alpha Bank as reported by

7   Breitbart News.

8   Q.  Okay.  So let's focus on the Alfa-Bank part.  Prior to

9   March -- do you have any recollection, sitting here today,

10   about knowing about any investigation involving Alfa-Bank

11   before March of 2017?

12   A.  No.  I don't believe I'd ever heard anything about

13   Alfa-Bank until this particular briefing.

14   Q.  And there's a reference in your second sort of

15   hyphenated thing.  It says "refers to server."  Do you see

16   that?

17   A.  Yes.

18   Q.  Can you just read that first sentence there, the first

19   line or two there?

20   A.  Yes.  "Refers to server - first brought to FBI attention

21   by attorney re:  Alpha Bank opened by Mikhail Freedman - an

22   oligarch affiliated with Putin administration."

23   Q.  Okay.  Then could you read the next line as well?

24   A.  "Allegation was they had seen suspicious activity

25   between server for Alpha Bank and Trump Hotel Group."

1    Q.  And then just the next line?

2    A.  "Attorney brought to Jim Baker and did not say who

3    client was."

4    Q.  Let me stop there.

5         So there's a reference right under "refers to

6    server."  It says, "first brought to FBI attention," you

7    said by an attorney.

8    A.  Uh-huh.

9    Q.  Did you at that time know who that attorney was?

10   A.  I did not -- I have no recollection of knowing who the

11   attorney was or ever a name being provided during that

12   briefing.  I think if a name had been provided, I would have

13   at least attempted to write it down, even though I might

14   have misspelled it like I did "Mikhail Freedman" and "Alpha

15   Bank" for that matter.

16   Q.  And then later on you had read "attorney brought to Jim

17   Baker," and it says "DN" -- that means did not?

18   A.  Did not.

19   Q.  -- "say who client was."

20   A.  That's correct.

21   Q.  If someone had said that an attorney brought to Jim

22   Baker not on behalf of a client, would you have written

23   "attorney brought to Jim Baker and did not say who client

24   was"?

25   A.  I don't think that's the phrasing I would have used if

1    someone had said it was not on behalf of the client.  I

2    think I would have written "not on behalf of a client."

3    Q.  And then the next line there, if you could read that.

4    A.  "Said computer researchers saw the contact."

5    Q.  And then the next line there?

6    A.  "Said media organizations had the information including

7    *New York Times*.  Jim and Bill spoke to *New York Times*."

8    Q.  Do you know, sitting here today, who Jim referred to?

9    A.  "Jim" was Jim Baker.

10   Q.  And do you know who "Bill" referred to?

11   A.  Bill is Bill Priestap.

12   Q.  And what role did Jim Baker have at the FBI?

13   A.  So Jim Baker was the general counsel, and he's somebody

14   I interacted with frequently.

15   Q.  And what about Bill?

16   A.  Bill was the assistant director -- I believe it was

17   Assistant Director for Counterintelligence.  And I also

18   interacted with him frequently.

19             MR. BOSWORTH:  Okay.  Thank you.

20                         CROSS-EXAMINATION

21   BY MR. KEILTY:

22   Q.  Good afternoon, Ms. McCord.  How are you?

23   A.  Good afternoon.  I'm well.  Actually, is it --

24   Q.  Oh, is it afternoon yet?

25   A.  Oh, we're right there at noon.

1    Q.  Around the line there.

2          My name is Mike Keilty.  I'm a prosecutor with the

3    government.

4          We've never spoken or met before; is that right?

5    A.  We have not.

6    Q.  Okay.  And Mr. Bosworth asked you a bunch of questions

7    about a meeting that you attended on March 6, 2017, correct?

8    A.  That's right.

9    Q.  And there were a lot of topics discussed at that

10   meeting?

11   A.  So I don't have a recollection of that meeting also

12   containing additional topics beyond what I wrote down.  It's

13   certainly possible that I have.

14          I know additional topics were covered in the notes

15   of Tashina Gauhar and Scott Schools.  I will say those

16   additional topics are things that I had been briefed on

17   several times so I'm very -- I was very familiar with those

18   topics.

19          I don't know whether I neglected to take notes

20   during that portion of the meeting or whether those notes

21   are not -- are just not part of the package that was

22   provided.

23   Q.  Okay.  But it's fair to say there were a lot -- a lot of

24   topics you think were probably briefed in that meeting?

25   A.  I would not have said that if it weren't for the fact

1    that I've seen the other notes.

2           I would have said that this meeting -- my memory

3    would have been that this meeting was about the Tweets over

4    the weekend and the article that had run over the weekend

5    and a way to follow up on what that might have been about.

6    Q.  And do you know how many people -- how many briefers

7    were in this meeting, Ms. McCord?

8    A.  My -- I do not know from memory other than I have seen

9    the invitation.  I've seen the notes that Tashina Gauhar and

10   Scott Schools took where they wrote down who was in the

11   meeting.

12          I would say I normally would write down who was in

13   a meeting, which is also why I'm not sure if every page is

14   contained there.

15   Q.  Sure.

16   A.  But I do have a recollection of Andy McCabe being the

17   primary briefer in this portion of the discussion.

18   Q.  Okay.

19   A.  I have a recollection of either Bill Priestap or Pete

20   Strzok being there.  And I certainly have a recollection of

21   Dana Boente, Tashina Gauhar, Scott Schools, and Jim Crowell

22   being there.

23   Q.  And besides Andy McCabe, you don't have a recollection

24   of Bill Priestap briefing in this meeting; is that correct?

25   A.  I just can't remember this meeting versus others.

1     He had briefed on the subjects of the other pieces

2     of the Russian investigation multiple times, and I've

3     provided those -- you know, those notes have been the

4     subject of other investigations.

5     Q.  You can't say whether he briefed in this meeting; is

6     that right?

7     A.  I just don't recall.

8     Q.  And, Ms. McCord, do you know Trisha Anderson?

9     A.  I do.

10    Q.  Can you say whether she briefed in this meeting?

11    A.  I don't recall her briefing in this meeting, but I can't

12    say whether she did or didn't.

13    Q.  Sure.  And you're familiar with Jim Baker; is that

14    right?

15    A.  Of course, yes.

16    Q.  And Jim Baker didn't brief in this meeting, did he?

17    A.  Not that I remember, but he certainly might have.  I

18    just -- I don't recall.  What I recall is Andy McCabe.

19    Q.  Okay.  Thanks.

20          And, Ms. McCord, September -- turning your

21    attention to September 19th of 2016, is it fair to say

22    that's approximately six months before the meeting on March

23    6th of 2017, roughly?

24    A.  That sounds right.

25    Q.  I mean, lawyers aren't good in math.  I know that for

1    sure.

2              And you weren't in a meeting with Jim Baker and

3    Michael Sussmann on September 19, 2016, right?

4    A.  I was not.  I've never met Michael Sussmann.

5    Q.  And you don't know whether Andy McCabe was ever in a

6    meeting with Jim Baker and Michael Sussmann on September 19,

7    2016; is that right?

8    A.  I do not.

9    Q.  Okay.  You don't know whether any -- in fact any of the

10   briefers were in a meeting with Mr. Sussmann and Jim Baker

11   on September 19, 2016?

12   A.  I do not.

13   Q.  So is it fair to say that you have no knowledge of

14   whether -- if, in fact, Andy McCabe did brief this Alfa-Bank

15   allegation at the meeting, you have no knowledge if

16   Mr. McCabe ever spoke with Jim Baker about his meeting on

17   September 19th of 2016; is that correct?

18   A.  I don't have personal knowledge of that, no.

19              MR. KEILTY:  Thank you, Your Honor.

20                        REDIRECT EXAMINATION

21   BY MR. BOSWORTH:

22   Q.  Just a few questions more, Ms. McCord.

23              You mentioned a moment ago that your recollection

24   is that Andy McCabe did the briefing on this portion of the

25   meeting?

1    A.  That is my recollection.

2            Now, there could have been other people that spoke

3    up.  I know there was a point when I spoke up about

4    something.  But I believe him to have been the primary

5    briefer based on -- to the best of my memory.

6    Q.  And when you talk about "this portion of the meeting,"

7    the portion of the meeting concerning Alfa-Bank; is that

8    correct?

9    A.  That's right.  The portion reflected in that one page of

10   notes that you showed me on direct.

11   Q.  Do you remember what position Andy McCabe had at the FBI

12   in March of 2017?

13   A.  He was -- well, he was a deputy director, I believe,

14   still.

15   Q.  So the number two person at the FBI?

16   A.  I believe that's right.  At some point the director,

17   Director Comey, was fired, and Andy became the Acting

18   Director, and I just don't remember the dates of that.

19   Q.  But high up in the FBI?

20   A.  Oh, yes.

21   Q.  And there were high-up people like you in the Department

22   of Justice that were at this meeting, correct?

23   A.  That's correct.

24   Q.  In your experience, when senior leaders of the FBI come

25   to brief senior leaders of the Department of Justice, do

1    they try to get it right?

2    A.  Yes, they're -- essentially, the FBI is part of the

3    Department of Justice, even though sometimes I think they

4    don't like to acknowledge it.  And so when the FBI, even the

5    Director, is briefing the Attorney General or Acting

6    Attorney General, that person is briefing their superior.

7    Q.  So typically they'll gather information, make sure it's

8    accurate in order to convey accurate information to you?

9    A.  Yes, that's certainly the expectation.

10   Q.  And do you remember -- and we can publish your notes

11   again.

12          MR. BOSWORTH:  Mr. Cleaves.

13   Q.  In reviewing your notes, do you see any indication that

14   at any point during the briefing on this issue anyone

15   objected or disagreed with what was being said?

16   A.  No.  And I would have reflected if there was some

17   dispute or disagreement or some question.

18          MR. BOSWORTH:  Thank you.

19          THE COURT:  All right.  Ms. McCord, thank you very

20   much for your testimony.

21          THE WITNESS:  Thank you.

22          THE COURT:  You're excused.  Please don't discuss

23   your testimony with anyone until the end of the case.  Have

24   a nice day.

25          THE WITNESS:  You, too.

 1              MR. BERKOWITZ:  The defense will call Tom Grasso.

 2              THE COURT:  Sir, step right up.  Please remain

 3     standing, and raise your right hand to be sworn by the

 4     courtroom deputy.

 5              (Witness sworn)

 6              THE COURT:  All right.  Please have a seat, and

 7     slip your mask off.  Make yourself comfortable.

 8                     THOMAS X. GRASSO, JR., Sworn

 9                        DIRECT EXAMINATION

10     BY MR. BERKOWITZ:

11     Q.  Good afternoon, Mr. Grasso.  My name is Sean Berkowitz,

12     and I represent Mr. Sussmann.

13     A.  Hello.

14     Q.  Could you state and spell your name for the court

15     reporter.

16     A.  My name is Thomas X. Grasso, Jr.  Last name is spelled

17     G-R-A-S-S-O.

18     Q.  And, Mr. Grasso, you understand you're here today

19     pursuant to a subpoena requiring your appearance?

20     A.  I do, yes.

21     Q.  You and I have met briefly this morning, correct?

22     A.  That is correct.

23     Q.  And we had a telephone conversation on Monday?

24     A.  We did, yes.

25     Q.  Other than that, have we had any communications?

1    A.   No.

2    Q.   And have you met with the government before in this --

3    in connection with this case?

4    A.   I have.

5    Q.   Several times?

6    A.   Several times, yes, as I recall.

7    Q.   All right.  I want to be precious with your time.  You

8    drove in today from Pennsylvania?

9    A.   I did, yes.

10   Q.   Long drive?

11   A.   About four hours, yes.

12   Q.   Today I'm going to cover a little bit about your

13   background, your knowledge of Rodney Joffe, and some

14   communications you had in the late September/early October

15   2016 time period, okay?

16   A.   Okay.

17   Q.   Did you used to work at the FBI?

18   A.   For a little over 20 years, yes, sir.

19   Q.   Are you retired?

20   A.   I did retire, yes.

21   Q.   Where are you currently working?

22   A.   I'm working for a company called Qintel.

23   Q.   And were you working at the FBI in the 2016 time period?

24   A.   Yes.  Yes, sir, I was.  Yes.

25   Q.   All right.  And can you tell the Court what -- tell the

1    jury what your position was with the FBI at that time.

2    A.   At that time I was a Special Agent with the FBI, and my

3    primary responsibility involved investigating cyber crimes.

4    Q.   And where were you stationed, sir?

5    A.   I was part of a unit detailed to the National Cyber

6    Forensics and Training Alliance in Pittsburgh, Pennsylvania.

7    Q.   Can you tell the jury a little bit about what that

8    division or unit did.

9    A.   The NCFTA is a nonprofit entity where private sector and

10   law enforcement can come together to collaborate on cyber

11   crime matters; and the FBI unit that I was a part of was

12   detailed to be the FBI component of that project.

13   Q.   And in connection with that project, did you interact

14   with the private sector to help address cyber crime

15   activities?

16   A.   Yes, sir.

17   Q.   Do you know a gentleman named Rodney Joffe?

18   A.   I did.

19   Q.   How do you know him?

20   A.   Rodney Joffe is a private sector partner and a friend of

21   mine who I initially met in -- somewhere between 2005 and

22   2010, as I recall.

23   Q.   Did he, from time to time, provide you information or

24   interact with you in assisting on the investigation of FBI

25   investigations?

1    A.  Yes, sir, on a regular basis.

2    Q.  Did you find him to be reliable during your time

3    interacting with him?

4    A.  I did.

5    Q.  Did you at one point nominate Mr. Joffe for an award

6    with the FBI?

7    A.  I did.

8    Q.  Let me show you what has previously been marked for

9    identification purposes as Defense Exhibit 8.

10          MR. BERKOWITZ:  And I would move it into evidence.

11          MR. DeFILIPPIS:  No objection, Your Honor.

12          THE COURT:  So moved.

13   Q.  So just briefly with respect to this, sir.  This is

14   Federal Bureau of Investigation Director's Annual Award for

15   Excellence, Outstanding Cyber Crime Investigation.

16          Do you see that?

17   A.  Yes, I do.  Thank you.

18   Q.  And is that the award that you nominated Mr. Joffe for,

19   to the best of your recollection?  If you take a look right

20   on the left-hand column it says "Nomination POC."

21   A.  Yes, it's blurry.  I'm having trouble finding where

22   his --

23          THE COURT:  Hold on.  He'll help you.

24          THE WITNESS:  I'm sorry, I apologize.

25   A.  Yes, I believe I know what this is for.  Yes.  Thank

2155

1    you.

2    Q.  Okay.  Let's take a look at DX0018.

3              MR. BERKOWITZ:  Can we just blow that up,

4    Mr. Cleaves.

5    Q.  It's a letter dated February 8, 2013, to you, correct?

6    A.  Yes.  This letter appears to be addressed to me.

7    Q.  And it says, "Dear Mr. Grasso:

8              "I understand that you wish to nominate the

9    Butterfly Bot Investigation for a Director's Award under the

10   category of Outstanding Cyber Investigation.  I am the

11   prosecutor assigned to this case and fully support your

12   decision to nominate the investigation for an award."

13             It's signed by Ethan Arenson, correct?

14   A.  Yes.  This letter is signed by Ethan Arenson, yes.

15   Q.  And then one more letter on the next page, 0019.  March

16   21st of 2013 from Neustar.

17             "Dear Mr. Grasso:

18             "I understand you wish to include Neustar Fellow

19   Rodney Joffe in the Slate of Candidates you are nominating

20   for the FBI Director's Award for work done in the 'Butterfly

21   Botnet' investigation and prosecution."

22             Correct?

23   A.  Yes, that is what that says.

24   Q.  And so is that -- and did you, in fact, nominate

25   Mr. Joffe for the award in or around 2013?

1    A.  Yes, that is -- yes, sir, that is accurate, yes.

2    Q.  Did he win the award, or was he awarded the award, I

3    guess?

4    A.  He was part of a team that won the award, yes.  Yes,

5    sir.

6    Q.  There are several people that were part of it, right?

7    Not just Mr. Joffe?

8    A.  That is correct, yes.

9    Q.  And just very briefly, at a high level, describe what

10   the nature of the Butterfly Bot investigation was.

11   A.  So Butterfly Botnet was a piece of malware, a computer

12   virus that infected many computers, and the computers were

13   linked together through a central command and control point

14   and able to communicate with each other.

15          And it's hard for me to recall exactly what sort

16   of mischief this bot did.  I want to say maybe stealing

17   passwords and denial of service attacks, but it's hard for

18   me to remember exactly.  It was doing something bad.

19   Q.  It resulted in several prosecutions and convictions?

20   A.  As I recall, yes.

21   Q.  You felt it was a significant investigation?

22   A.  I did, because the botnet at one time reached the size

23   of about four million infected computers.  So this was

24   fairly significant to us at the time.

25   Q.  Is the Director's Award a significant award within the

```
1    FBI?

2    A.  It is, yes.

3    Q.  Now, let's move --

4              THE COURT:  Counsel, did you want to move these

5    in, or no?

6              MR. BERKOWITZ:  These are -- this is part of

7    Exhibit 8, Defense Exhibit 8, so it should be in evidence.

8              THE COURT:  Okay.

9              MR. BERKOWITZ:  I hope it had been published, but

10   yes.

11   Q.  Let's move forward, to be as efficient as we can, to the

12   fall of 2016.  And I'm going to show you a document that's

13   been admitted into evidence, sir, which is Defense Exhibit

14   532.  Okay?

15   A.  Uh-huh.

16             MR. BERKOWITZ:  And let's blow out the bottom

17   email so that Mr. Grasso and the jury can read it.

18   Q.  Have you seen this before?

19             This is an October 2, 2016, email from you to

20   Mr. Wierzbicki.  The subject is "Anonymous Reporting on DNS

21   Data," correct?

22   A.  Yes.  Yes, it is the subject.

23   Q.  You've seen this email before when the government talked

24   to you, and you and I spoke about it?

25   A.  Yes.  I recall this being an exhibit that the government
```

1    presented to me maybe two or three weeks ago, yes.

2    Q.  I'm just going to read it to you and then ask you one or

3    two questions about it, and then we'll work our way back.

4    Okay?

5              "Hello Dan.

6              "How is Chicago treating you?  That was my first

7    office and I do miss the place.  It's an awesome city.

8              "Keith contacted you on Friday concerning some

9    anonymous reporting we received related to a matter you may

10   be working.  I don't have many details but from what I

11   understand you were provided some info having to do with a

12   *New York Times* story involving the upcoming election.  There

13   is one bit of data which was not provided and that is the IP

14   address of the person of interest at the bank.  Here is the

15   additional information that an anonymous reporter requested

16   by provided to the FBI."

17             And then there's some IP addresses, correct?

18   A.  Yes.  Yes.

19   Q.  Who was the anonymous reporter that provided you this

20   information that you then passed on to Mr. Wierzbicki?

21   A.  That was Rodney Joffe.

22   Q.  And let's back into this.  How, if you recall, did

23   Mr. Joffe provide this information to you?

24   A.  I recall that he provided the information to me verbally

25   over the phone.

1    Q.   Okay.  At some point before, shortly before this email?

2    A.   Yes.  I believe so.

3    Q.   And when he provided the information to you, without

4    getting into great detail, what did he describe the

5    information as relating to?

6    A.   As I recall, he described the information relating to

7    communications between the Trump Campaign and some entity in

8    Russia.

9    Q.   And coming out of your conversation with Mr. Joffe, did

10   you understand that there was any ongoing investigation into

11   those issues?

12   A.   My recollection is that at the time he advised me that

13   there was an open FBI investigation on the matter.

14   Q.   And so what did you do with that information?

15   A.   I began the process of determining if there was, in

16   fact, an open FBI investigation and who was investigating

17   it.

18   Q.   How did you do that, sir?

19   A.   I made a phone call to one of the gentleman referenced

20   on this email here, Keith.

21   Q.   Tell the jury who Keith is.

22   A.   At the time Keith Mularski was a supervisor at the FBI

23   Pittsburgh Field Office, and he specialized in Russian

24   counterintelligence matters so -- and matters involving

25   Russian crimes of various sorts.  So I figured, if there was

1    a case on this, Keith would probably know who was working it

2    within the FBI.

3    Q.  Was Keith able to help you locate the people within the

4    FBI working on an investigation into potential connections

5    between, you said, Alfa-Bank and Trump?

6    A.  Yes, sir.  Keith referred me to Dan Wierzbicki, the

7    person who I sent this email to.  He advised that Dan was

8    leading a group in Chicago that was investigating this

9    matter.

10            MR. BERKOWITZ:  Now, let's blow out the email so

11   that we can look at the top portion of it, both the -- both

12   that -- yes.

13   Q.  So your email gets forwarded from Mr. Wierzbicki to

14   Allison Sands and Curtis Heide with the comment "Hope this

15   makes sense to you guys..."

16            And then on top of that, Allison Sands, on October

17   3rd -- so the next day from your original email -- responds

18   and says, "Hi Tom.

19            "I'm a case agent on the case and Dan forwarded

20   your email.  I'm a little confused...what do you mean by

21   person of interest?  The source of the white paper or

22   something else?"

23            Do you see that?

24   A.  I see that, yes.

25   Q.  And can you tell the jury, to the best of your

1    recollection, who Allison Sands was in October of 2016?

2    A.  So after I talked with Dan, Dan suggested that I contact

3    Allison.  I recall that he said something like she's the one

4    working the case, or she's in charge of the case, or

5    something to that effect, is my recollection.

6    Q.  And after this email, do you recall having any

7    conversation with Ms. Sands arising out of this subject --

8    this information you provided to her?

9    A.  I recall having at least one conversation with her, yes.

10   Q.  And what -- to the best of your recollection, was it

11   shortly around this time?

12   A.  I would think so, although I can't recall the timeline

13   this far back, I'm sorry.  But I would expect it was, yes,

14   around this time, yes.

15   Q.  Just to the best of your recollection, recognizing it

16   was a long time ago, what, if anything, do you recall her

17   saying to you or you saying to her in that discussion?

18   A.  I actually recall very little of the discussion other

19   than when I told her what I was calling about and presented

20   the information to her.  And I'm going to paraphrase here,

21   but the response I got was something to the effect of:  Oh,

22   not that stuff again, or not that.

23          It was something like -- and, again, I don't know

24   what the words were that were said exactly, but I

25   interpreted it to be her saying the FBI was already aware of

 1    this.  It was something that had been washed out, or

 2    whatever you might say.  And she was kind of confused as to

 3    why I was calling her on it.

 4    Q.  Did you have any further follow-up or a request to speak

 5    to the anonymous person?

 6    A.  Not that I recall; however, the government has shown me

 7    some --

 8    Q.  You don't -- if Mr. DeFilippis wants to get into that, I

 9    certainly -- I only want your recollection.

10    A.  Okay.  I don't recall a follow-up.

11              I recall this initial conversation.  I don't

12    recall if there was follow-up or not.

13    Q.  All right.  And if there are documents and so forth that

14    are relevant, I'm confident that someone from the government

15    can show them to you.

16              Did you know at this time -- in other words, in or

17    around October 16th -- that Mr. Joffe was what's called a

18    confidential human source of the FBI?

19    A.  I did.

20    Q.  Okay.  And did you tell Mr. Joffe that you would refuse

21    to take the information, and he had to go through his

22    handler?

23    A.  I did not tell him that, no.

24    Q.  You passed it along to the people you thought were

25    investigating the case?

1    A.  After I'd made some phone calls to determine who those

2    people were, yes, that was my goal.

3    Q.  Okay.  Let me show you one more document, sir, and

4    that's Defense Exhibit 533.  This is the next day, an email

5    from you to Ms. Sands.  It says, "Details and Reporting."

6            And you say, "Hello Allison.

7            "I have a private sector SME who can help give

8    context to the data we discussed.  Let's discuss sometime

9    tomorrow."

10           Do you see that?

11   A.  I do see that, yes.

12   Q.  All right.  Do you recall, sir, one way or the other

13   whether the private sector -- I think we've heard the

14   testimony "subject matter expert," it means?

15   A.  Yes.

16   Q.  Whether that private sector subject matter expert was

17   Mr. Joffe or not, one way or the other?

18   A.  I don't recall who it was.

19   Q.  And then she writes back and says, "Sounds great.

20   Thanks Tom."  Correct?

21   A.  That is correct, yes.

22   Q.  Do you recall any further follow-up relative to that?

23   A.  I do not recall.  I do not have a recollection of

24   follow-up to this.

25           MR. BERKOWITZ:  I think that that's all I have for

1    you, Mr. Grasso.  I may come back and ask some questions

2    after.  I appreciate your time.

3                    THE WITNESS:  Okay.  Thank you.

4                    THE COURT:  Why don't we get started.

5                              CROSS-EXAMINATION

6    BY MR. DeFILIPPIS:

7    Q.  Mr. Grasso, how are you?

8    A.  Good.  Good, good, sir.  Thank you.

9    Q.  Mr. Grasso, have you ever heard a concept known as

10   circular reporting?  Is that a term that's familiar to you?

11   A.  I've heard that term before, yes.

12   Q.  What does that refer to?

13   A.  As I understand it, circular reporting is when I would,

14   say, for instance, tell you something, and you would report

15   it back to me, and I would not realize it maybe originally

16   came from me.  I think that's my -- I don't know if that's

17   an accurate definition of "circular reporting," but that's

18   my understanding of it.

19   Q.  Okay.  And in your time as an FBI agent, have you ever

20   heard of or encountered situations where individuals try to

21   put information in two separate parts of the FBI in order to

22   make it look like they're corroborating each other?  Is that

23   something you've encountered?

24   A.  I have not encountered that, no.

25   Q.  As far as you know?

```
 1    A.  As -- I don't have a recollection of encountering that,
 2    I should say.
 3    Q.  Okay.  So let me ask you about Mr. Joffe.  You worked
 4    for a number of years with Mr. Joffe --
 5    A.  Yes.
 6    Q.  -- is that right, on cyber matters?
 7    A.  That is correct, yes.
 8    Q.  And Mr. Joffe, would it be fair to say, had a lot of
 9    cyber contacts at the Bureau?  You weren't the only cyber
10    contact he had.
11    A.  I believe so, yes.
12    Q.  And so Mr. Joffe worked on a number of investigations
13    involving foreign cyber threats; is that right?
14    A.  I would say all a matter of cyber threats, yes.
15    Q.  Okay.  So does that include nation state threats?  Would
16    he be, you know, working with the Bureau on nation state
17    threats?
18    A.  I believe so, yes.
19    Q.  And so that includes some of the big cyber threat
20    countries, like Russia?
21    A.  Yes.  At the time Russia was one of our top threats in
22    the FBI for cyber crime.
23    Q.  Okay.
24    A.  Cyber crime, yes.
25    Q.  And so Mr. Joffe would work on Russian-related cyber
```

1   matters?

2   A.  I believe so.  He -- I don't think he was specifically

3   tasked with doing that, but I'm sure the work that he did

4   touched on matters having to do with Russia due to the

5   prevalence of cyber crime activity that comes out of Russia.

6   Q.  Okay.  So, in other words, if Mr. Joffe wanted to get

7   information to agents like you, he knew how to do that?

8   A.  Yes, I believe so.

9   Q.  And he did that on a number of occasions over the years.

10   You worked pretty closely with him, right?

11   A.  I've received information from him on a number of

12   occasions, yes, sir.

13   Q.  Okay.  And when Mr. Joffe came to you, did he feel

14   comfortable calling you directly?  He would call your cell

15   or your office or...?

16   A.  Yes, he did.

17   Q.  Okay.  And he never -- with you did he use any sort of

18   intermediaries?  Did he send a lawyer to meet with you, or

19   did he typically just give you a call?

20   A.  There was always a direct contact from Mr. Joffe.

21   Q.  And would you meet in person, sometimes lunches or

22   meetings or --

23   A.  Occasionally, yes.

24   Q.  Now, Mr. Joffe, I think you testified you were aware

25   that he was a confidential human source for the FBI?

1    A.  It was my understanding that he was, yes.

2    Q.  You were not his handling agent, correct?

3    A.  That is correct, sir, yes.

4    Q.  His handling agent was -- do you know who it was?

5    A.  At the time I believe it was a gentleman by the name of

6    Paul Schaaf.

7    Q.  But Mr. Joffe would occasionally bring you matters; is

8    that correct?

9    A.  Yes.  That is correct, yes.

10   Q.  And did you typically try to give his handling agent a

11   heads up when he brought you something?

12   A.  My recollection is that there were occasions when I did

13   give his handling agent the heads up.  If it was -- I can't

14   remember the circumstances, but I tried to do that as much

15   as possible, yes.

16   Q.  Okay.  In the case of the Alfa-Bank-related matters, do

17   you think you did that in that instance?

18   A.  I don't recall.

19   Q.  In the case of the Alfa-Bank-related information that

20   you just described, Mr. Joffe specifically asked you not to

21   disclose his identity to other people in the Bureau; is that

22   right?

23   A.  That is correct, yes.

24   Q.  He didn't want you to tell even the people at the FBI

25   you were talking to that this was coming from Rodney Joffe,

1    right?

2    A.  Yes, that is correct.  He wanted his identity protected,

3    yes.

4    Q.  Right.  And so because of that, other folk -- and you

5    honored that request?

6    A.  To the best of my ability, yes.

7    Q.  And you -- did you know the reason why he was asking you

8    not to tell anyone else at the FBI?

9    A.  I don't -- I can't say for certain.

10   Q.  Okay.

11   A.  I can't say for certain.

12   Q.  And so you didn't tell anyone else at the FBI where you

13   got this, other than an anonymous source, right?

14   A.  That is correct, sir.

15   Q.  So those folks at the FBI who received this information

16   that you'd gotten from Mr. Joffe would have no idea where it

17   came from, right?

18   A.  No, other than an anonymous source that I worked with

19   through the NCFTA in Pittsburgh.  That would have been --

20   yes, I think that probably would have been about the only

21   identifying information I provided.

22   Q.  And all Mr. Joffe gave you -- he didn't give you a big

23   stack of materials, right?

24   A.  That is correct, yes.

25   Q.  He gave you -- he didn't give you any thumb drives or

1    anything like that that you could take with you?

2    A.  Not that I remember, no.

3    Q.  He gave you I think it was just two IP addresses, right?

4    A.  I recall him giving me an IP address, but it could have

5    very well been two, and that it was connected to this

6    ongoing investigation.

7    Q.  All right.  So, again, Mr. Joffe -- none of -- other

8    than a couple of IP addresses and the fact that this was

9    coming from an anonymous source, that's all you really

10   passed along to people at the FBI, right?

11   A.  That is my recollection, sir.

12   Q.  And you were put in touch with a team that you thought

13   was working on this matter in some way, right?

14   A.  I was -- yes, that I was told was working on this

15   matter, yes.

16   Q.  But you didn't really know much more about their

17   investigation, right?  You just --

18   A.  No.

19   Q.  You knew there was some kind of look being done?

20   A.  I kind of knew the outlines of what this was about, and

21   that was it.

22   Q.  Now, let me ask you, Mr. Joffe never told you where he

23   got the information; is that right?

24   A.  I don't -- I don't recall him telling me where he

25   received the information from.

1    Q.   Okay.  And did Mr. Joffe disclose anything to you -- he

2    didn't disclose to you the people he was working with to

3    gather the information or where -- who had tipped him off to

4    it; is that right?

5    A.   That is correct, yes.

6    Q.   And Mr. Joffe -- so it would be fair to say this was a

7    little bit unusual in terms of the -- your prior

8    interactions with Mr. Joffe?

9    A.   It was unusual in that it concerned a matter that I

10   normally did not work on with Mr. Joffe.  Most of the stuff

11   I worked on Mr. Joffe with was cyber crime matters, and this

12   was in the area of Russia and foreign influence and

13   counterintelligence and things like that, which was -- which

14   is why I quickly passed it off to who I thought were the

15   people working that matter, yes.

16   Q.   So when he came to you or at any time after that, did

17   Mr. Joffe disclose to you whether he was working on this

18   with representatives of the -- of a political campaign?

19   A.   He did not, no.

20   Q.   And do you think you'd remember if he had told you at

21   the time, you know, "I'm doing this, working with some folks

22   who are working with the political campaign"?

23   A.   I would think I would remember that, yes.

24   Q.   So Mr. Joffe didn't tell you -- have you heard of a firm

25   called Fusion GPS?

1   A.  I have heard of Fusion GPS, yes, sir.

2   Q.  Okay.  And are you generally aware that they had --

3   without getting into any specific work you did, are you

4   generally aware that they had done some work for the Clinton

5   Campaign at the time?

6   A.  Yes, I --

7   Q.  Okay.

8   A.  Yes, I am aware of that, yes.

9   Q.  So Mr. Joffe didn't say he was working with Fusion GPS

10  on this project?

11  A.  Not that I recall, no.

12  Q.  And Mr. Joffe never told you that, you know, this

13  project had arisen in the context of opposition research

14  that the Clinton Campaign was working on?

15  A.  I do not recall that coming up, no.

16  Q.  If Mr. Joffe had come to you and said, "I'm working with

17  some investigators and some lawyers who are working for the

18  Clinton Campaign, and, you know, that's part of what I'm

19  doing here with this information, can you please keep my

20  name out of this," would you have viewed that differently

21  than you viewed the information as you got it?

22  A.  I would have viewed that differently, yes.

23  Q.  And that would have raised a couple of concerns on your

24  part; is that right?

25  A.  I would have passed that information on to the people

1    that were investigating it.  I would want them to know that

2    the information -- "Here's the information.  Just so you

3    know, this is tied to a political matter of some sort."  I

4    think that would be relevant.

5    Q.   Right.  Because there are all kinds of things that the

6    FBI has to think about when somebody's coming in with a

7    political agenda or motive, right?

8    A.   Yes, yes.  We have certain restrictions on what sort of

9    cases we can open and the oversight that the cases require

10   and things like that based on matters like that, yes, sir.

11   Q.   Okay.  So something you certainly would want to know?

12   A.   Yes.

13   Q.   And something you certainly would have passed along to

14   the folks you were giving the information to?

15   A.   I would hope so, yes.

16   Q.   And that's because there are specific things that those

17   people might do with that information, right?

18   A.   I think that's something they should know, yes.

19   Q.   Okay.  But Mr. Joffe never said anything to that effect?

20   A.   I have no recollection of that.

21   Q.   Now, you heard that Mr. Joffe -- he's received numerous

22   honors; is that right?  He was generally well thought of on

23   certain matters?

24   A.   Yes, yes, he was -- in the circles that I ran in the

25   FBI, he was considered in high regard --

```
1    Q.  Okay.

2    A.  -- because of the support that he provided to various

3    agents on their different cases.

4    Q.  Okay.  And in the 2016 election period, you and

5    Mr. Joffe, I imagine, never discussed politics or anything

6    like that?

7    A.  I don't recall political discussions with him, no.

8    Q.  Okay.  And did you -- so you certainly didn't know that

9    he was working with folks affiliated with a particular

10   political party or campaign on what he brought to you,

11   right?

12   A.  I have no recollection of that.

13   Q.  And any recollection of hearing or learning that he was

14   expecting any kind of position in a future political

15   administration?

16   A.  I do not have a recollection of that other than -- let

17   me rephrase that.

18           I have a recollection of that being reported in

19   the media, but I don't have a --

20           MR. BERKOWITZ:  Objection, Your Honor.

21           THE COURT:  Sustained.

22   Q.  Let's go back to the information that Mr. Joffe actually

23   gave you.  What, if anything, did you hear back at -- did

24   you have continued involvement in the investigation of those

25   matters?
```

1    A.  I did not, no.

2    Q.  Did anyone tell you whether or not the FBI concluded

3    their investigation or what they found?

4    A.  I was not aware of the conclusions of the investigation.

5    Q.  Now, Mr. Joffe never told you any more -- he never gave

6    you any more information; is that correct?

7    A.  Not that I recall, no.  Regarding this matter?

8    Q.  Yes.  He never --

9    A.  Not that I recall.

10   Q.  Okay.  But you continued to interact with him?

11   A.  Yes.

12   Q.  So Mr. Joffe, as far as you know, did not bring this

13   information to his handling agent, correct?

14   A.  I am not aware of that.  If that happened, I was not

15   aware of it.

16   Q.  And the typical FBI practice or the normal FBI practice

17   is that when you bring information into the FBI, one of the

18   people -- probably the main person -- you're supposed to

19   bring it to is the handling agent, right?

20   A.  That's tradition within the FBI, yes.

21   Q.  And in this instance, Mr. Joffe not only didn't bring

22   this to his handling agent, but he told you, "Don't tell

23   anyone at the FBI who this is coming from," right?

24   A.  I'm not aware of whether or not he brought it to the

25   handling agent, but he did request that I protect his

1    identity, yes.

2              MR. DeFILIPPIS:  Thank you.

3                    REDIRECT EXAMINATION

4    BY MR. BERKOWITZ:

5    Q.  Just a couple more questions, Mr. Grasso.

6              Mr. DeFilippis asked you a number of questions

7    about whether Mr. Joffe could have provided this information

8    to other people and whether he asked you to keep his

9    identity anonymous.  Do you remember those questions?

10   A.  Yes, I remember in general those questions.

11   Q.  And with respect to those questions, when you had your

12   phone conversation with Mr. Joffe, did he express any

13   concerns for his personal safety?

14   A.  He did, when he initially provided this information to

15   me, yes.

16   Q.  What did he say about that?

17   A.  I don't recall the specifics, but it was something to

18   the effect of:  "This is very sensitive information.

19   People's safety could be at risk."  Something to these

20   effects.

21              I don't -- I really don't recall what exactly was

22   said, but my recollection is there was some concern about

23   personal safety due to it having to do with a powerful

24   country, Russia, and potential back-channel communications

25   and things like that.

1    Q.  Do you remember telling the government, when you met

2    with them in November of 2020, that Mr. Joffe advised you he

3    believed the information he had could put his life in

4    danger?

5    A.  I believe I told the government that, but I -- I'm not

6    certain, I'm sorry.

7    Q.  And that's the best of your recollection as to what he

8    said, correct?

9    A.  Yes.  Yes, sir.

10   Q.  And is that the reason you understood he wanted to

11   remain anonymous in reporting it?

12   A.  That was my understanding, yes.

13   Q.  Did anybody from Chicago or the people investigating the

14   case ask you to go back to your anonymous reporter and see

15   whether he or she would speak either off the record or

16   otherwise to them?

17   A.  Not that I recall.

18   Q.  And if they had, you would have asked Mr. Joffe,

19   correct?

20   A.  Most definitely, yes.

21   Q.  And with respect to the questions that Mr. DeFilippis

22   asked you about where he got it or people he was working

23   with, did you have any understanding as to whether other

24   information connected to this had been provided to the FBI?

25   A.  I understood that information connected -- yes, I did

1    understand the information to this had been provided to the

2    FBI already, already at the time I was getting the

3    information from Mr. Joffe, and that this IP address or

4    possibly two IP addresses was like additional information, a

5    missing piece of the puzzle or something like that, yes.

6    Q.   And did you understand where, within the FBI, that

7    information had been provided?

8    A.   Something about headquarters, was my recollection.

9    Q.   The FBI headquarters?

10   A.   Yes, that the information was provided to FBI

11   headquarters.

12   Q.   And that's headquarters in D.C., right?

13   A.   That's what I took that to mean, yes.  Yes, sir.

14   Q.   And Mr. Sussmann asked you some questions about

15   politics.  Do you remember those questions and whether --

16   did he tell you he was working politically and so forth,

17   correct?

18   A.   I don't think you mean Mr. Sussmann.

19   Q.   Yes, Mr. DeFilippis.  Exactly.

20   A.   That is correct, yes.

21   Q.   And with respect to those questions, you don't know one

22   way or the other anything about Mr. Joffe, what else he

23   might have been doing, correct?

24   A.   In regards to...?

25   Q.   In regards to this information, who else he might have

1    been sharing it with?

2    A.  No, I did not.

3    Q.  Had you found him consistently in the past with respect

4    to information he provided you to be reliable?

5    A.  Yes, I did.  Yes, sir.

6    Q.  And credible?

7    A.  Yes.

8    Q.  Did you ever feel that Mr. Joffe provided you

9    information to send the FBI down a rabbit hole or a wild

10   goose chase?

11   A.  I do not have a recollection of that.

12   Q.  But you don't think that he was the type of person that

13   would do that, do you, sir?

14   A.  Not based on my experiences working with him, no.

15   Q.  And your perspective was that Mr. Joffe was in it for

16   the good, correct?  And "it" meaning providing information

17   to the FBI.

18   A.  That would be my assessment, yes.

19   Q.  And that you did not believe that he would personally

20   benefit in any way based on your interactions with him by

21   providing this information to the FBI, correct?

22   A.  That is correct.  I believe he was doing it as a good

23   samaritan.

24              MR. BERKOWITZ:  Nothing further.

25              THE COURT:  Okay.  Thank you, Mr. Grasso, for your

1    testimony.  You're excused.  Please don't discuss your

2    testimony with anyone until the end of the case.

3              THE WITNESS:  Very good.  Am I released from the

4    subpoena?

5              THE COURT:  You are released from the subpoena.

6              THE WITNESS:  I'm trying to ask -- I'm sorry, sir.

7    I want to know if I can go home now, or if I should stick

8    around in D.C.?

9              THE COURT:  You're released.

10             MR. BERKOWITZ:  We're all done, I think.

11             THE WITNESS:  Okay.  Very good.  Thank you.

12             THE COURT:  Have a good day.

13             THE WITNESS:  You, too.  Thank you very much.

14             THE COURT:  All right.  It is time for our lunch

15    break.  We'll see you back here at 2:00 p.m.  All right?

16             Have a good lunch.  No discussions about the case.

17             (Jury exits courtroom)

18             THE COURT:  All right.  So we have Mr. Charnov

19    after lunch?

20             MR. BERKOWITZ:  Yes, and then two character

21    witnesses.  We have also filed under seal a motion, which

22    we'd like you to take a look at because it may help inform

23    what might happen tomorrow.

24             THE COURT:  Okay.

25             MR. BERKOWITZ:  And let's see what else we've got.

```
 1              THE COURT:  And I have not read it, but I get the
 2     gist.
 3              The government opposes the motion?
 4              MR. DeFILIPPIS:  Your Honor, we have not seen it
 5     yet.
 6              THE COURT:  Okay.  All right.  Give me some
 7     guidance as to how we should proceed on that when we
 8     reconvene at 2:00, okay?
 9              MR. BERKOWITZ:  And then at some point we'd just
10     like to talk about the two pages that we'd like to submit
11     for Rule of Completeness.  We can submit those to you in
12     chambers so you can look at it at least over -- we can give
13     you the entire transcript and show you the two we want as
14     well as what they put in.  Does that work?
15              THE COURT:  That would be helpful, yes.
16              All right.  Anything else?
17              All right.  See you at 2:00.
18                   (Lunch recess taken at 1:48 p.m.)
19
20
21
22
23
24
25
```

1                    <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

2

3              I, LISA A. MOREIRA, RDR, CRR, do hereby

4    certify that the above and foregoing constitutes a true and

5    accurate transcript of my stenographic notes and is a full,

6    true and complete transcript of the proceedings to the best

7    of my ability.

8         Dated this 25th day of May, 2022.

9

10                              <u>/s/Lisa A. Moreira, RDR, CRR</u>
                                Official Court Reporter
11                              United States Courthouse
                                Room 6718
12                              333 Constitution Avenue, NW
                                Washington, DC 20001
13

14

15

16

17

18

19

20

21

22

23

24

25

2812

## $

**$1,197,254.04** [1] - 2067:13
**$1,476,851.84** [1] - 2067:13
**$10** [2] - 2100:25, 2103:6
**$12.99** [1] - 2092:20
**$2,155,216.65** [1] - 2067:14
**$58.56** [1] - 2091:12
**$693,323.49** [1] - 2067:12
**$8** [1] - 2102:8

## '

**'16** [2] - 2103:23, 2113:6
**'17** [1] - 2113:5
**'attorney'** [2] - 2129:19, 2129:24
**'butterfly'** [1] - 2155:20
**'server'** [1] - 2128:13

## /

**/s/Lisa** [1] - 2181:10

## 0

**0.40** [2] - 2074:8, 2076:12
**0019** [1] - 2155:15

## 1

**1** [3] - 2066:23, 2100:11, 2110:2
**100** [1] - 2092:24
**10020** [1] - 2055:20
**116514.0001** [3] - 2091:11, 2091:14, 2093:10
**11:00** [1] - 2107:25
**11:05** [1] - 2087:5
**1250** [2] - 2092:24, 2094:13
**1271** [1] - 2055:19
**12:03** [1] - 2086:9
**13** [2] - 2091:7, 2104:12
**13-minute** [1] - 2104:13
**1300** [4] - 2082:5, 2082:8, 2082:10, 2083:9
**1308** [4] - 2082:5, 2082:8, 2082:10, 2083:9

**132** [1] - 2059:1
**14** [2] - 2077:7, 2077:13
**1400** [3] - 2082:6, 2082:14, 2083:11
**1401** [3] - 2082:6, 2082:14, 2083:11
**145** [1] - 2055:15
**15** [2] - 2108:4, 2110:16
**15:34** [2] - 2086:21, 2103:23
**16GB** [1] - 2092:19
**16th** [1] - 2162:17
**17** [1] - 2067:17
**1703** [7] - 2083:1, 2083:2, 2083:7, 2083:14, 2083:18, 2084:12, 2103:19
**1704** [7] - 2072:17, 2072:21, 2072:24, 2073:8, 2074:11, 2095:3, 2096:1
**1705** [6] - 2079:8, 2079:11, 2079:12, 2079:14, 2079:20, 2081:7
**18** [3] - 2110:3, 2110:12, 2119:17
**18:38** [1] - 2086:18
**19** [18] - 2077:21, 2078:1, 2086:2, 2086:3, 2095:11, 2095:15, 2097:20, 2097:22, 2099:8, 2099:12, 2099:24, 2100:3, 2100:13, 2102:4, 2103:3, 2148:3, 2148:6, 2148:11
**1994** [1] - 2135:23
**19th** [12] - 2095:5, 2097:24, 2103:2, 2105:6, 2105:15, 2105:21, 2106:2, 2115:12, 2132:22, 2134:2, 2147:21, 2148:17
**1:21-cr-00582-CRC-1** [1] - 2055:4
**1:48** [1] - 2180:18

## 2

**2** [7] - 2067:3, 2092:13, 2092:19, 2096:13, 2100:10, 2100:11, 2157:19
**20** [5] - 2072:12, 2097:10, 2097:11,

2135:25, 2152:18
**20001** [2] - 2055:24, 2181:13
**20002** [1] - 2055:15
**20005** [2] - 2092:24, 2094:14
**2001** [1] - 2119:21
**2005** [1] - 2153:21
**2009** [1] - 2067:4
**2010** [1] - 2153:22
**2013** [3] - 2155:5, 2155:16, 2155:25
**2014** [2] - 2067:13, 2136:2
**2015** [6] - 2067:13, 2097:6, 2097:7, 2097:9, 2097:10, 2097:11
**2016** [49] - 2066:23, 2067:14, 2076:2, 2076:16, 2077:7, 2077:13, 2077:21, 2078:1, 2086:2, 2086:3, 2091:7, 2091:9, 2095:12, 2095:15, 2097:7, 2097:20, 2097:23, 2099:8, 2099:12, 2099:24, 2100:3, 2100:14, 2102:4, 2103:3, 2104:15, 2105:21, 2106:15, 2106:16, 2117:16, 2120:21, 2120:24, 2121:1, 2132:22, 2134:2, 2136:4, 2137:20, 2138:3, 2139:11, 2147:21, 2148:3, 2148:7, 2148:11, 2148:17, 2152:15, 2152:23, 2157:12, 2157:19, 2161:1, 2173:4
**2017** [30] - 2067:14, 2110:4, 2111:11, 2115:14, 2117:11, 2117:13, 2120:21, 2120:24, 2121:7, 2123:1, 2123:8, 2126:14, 2126:19, 2127:12, 2128:2, 2131:20, 2132:21, 2134:7, 2135:24, 2136:2, 2136:6, 2138:4, 2139:11, 2139:19, 2141:5, 2142:3, 2142:11, 2145:7, 2147:23, 2149:12
**2018** [2] - 2110:7,

2110:12
**2019** [2] - 2069:6, 2110:16
**202** [1] - 2055:24
**2020** [2] - 2120:1, 2176:2
**2022** [2] - 2055:4, 2067:17, 2181:8
**2068** [1] - 2056:4
**2094** [1] - 2056:4
**20th** [1] - 2105:12
**21** [2] - 2103:23, 2104:14
**21-582** [1] - 2057:3
**2105** [1] - 2056:5
**2119** [1] - 2056:6
**212** [2] - 2055:16, 2055:20
**2131** [1] - 2056:7
**2134** [1] - 2056:7
**2135** [1] - 2056:9
**2144** [1] - 2056:9
**2148** [1] - 2056:10
**2151** [1] - 2056:11
**2164** [1] - 2056:12
**2175** [1] - 2056:12
**21:07** [1] - 2086:12
**21st** [6] - 2086:14, 2086:15, 2104:8, 2104:9, 2115:12, 2155:16
**2201** [3] - 2109:24, 2110:20, 2110:23
**2202** [2] - 2067:15, 2067:20
**2204** [2] - 2117:4, 2118:15
**22nd** [2] - 2086:22, 2091:9
**25** [1] - 2055:4
**25th** [1] - 2181:8
**284** [2] - 2087:9, 2088:4
**29A** [1] - 2115:6
**2:00** [3] - 2179:15, 2180:8, 2180:17

## 3

**3** [5] - 2067:5, 2100:11, 2105:24, 2110:7
**3.30** [1] - 2078:4
**300** [3] - 2087:10, 2088:4, 2089:6
**307** [4] - 2078:16, 2079:3, 2079:16, 2080:10
**312** [3] - 2078:16, 2079:3, 2079:16

**318** [2] - 2087:10, 2088:4
**319** [3] - 2078:16, 2079:3, 2079:16
**31st** [2] - 2076:2, 2076:4
**327** [3] - 2078:16, 2079:3, 2079:16
**328** [2] - 2087:10, 2088:4
**33** [2] - 2096:13, 2096:22
**331** [3] - 2078:16, 2079:3, 2079:16
**332** [2] - 2087:10, 2088:4
**333** [4] - 2055:23, 2087:10, 2088:4, 2181:12
**336** [2] - 2087:10, 2088:4
**342** [2] - 2087:10, 2088:4
**348** [2] - 2087:10, 2088:5
**349** [2] - 2087:10, 2088:5
**350** [2] - 2087:10, 2088:5
**352** [2] - 2087:10, 2088:5
**353** [2] - 2087:10, 2088:5
**354-3187** [1] - 2055:24
**356** [3] - 2078:16, 2079:3, 2079:16
**357** [2] - 2087:11, 2088:5
**358** [2] - 2087:11, 2088:5
**362** [2] - 2087:11, 2088:5
**363** [2] - 2087:11, 2088:5
**364** [2] - 2087:11, 2088:5
**367** [3] - 2078:16, 2079:3, 2079:16
**368** [3] - 2078:16, 2079:3, 2079:16
**371** [3] - 2078:17, 2079:3, 2079:16
**372** [3] - 2078:17, 2079:3, 2079:16
**379** [3] - 2078:17, 2079:4, 2079:16
**380** [4] - 2087:11, 2088:5, 2090:24, 2091:25
**382** [3] - 2078:17,

2079:4, 2079:16
**384** [2] - 2087:11, 2088:5
**389** [2] - 2087:11, 2088:6
**390** [2] - 2087:11, 2088:6
**3:34** [1] - 2103:24
**3:40:45** [1] - 2080:20
**3rd** [1] - 2160:17

**4**

**4** [1] - 2067:8
**4.40** [1] - 2077:1
**4.5** [1] - 2105:10
**40** [1] - 2140:12
**401** [3] - 2087:11, 2088:6, 2105:17
**402** [5] - 2087:11, 2088:6, 2089:14, 2105:1, 2105:25
**427** [2] - 2087:11, 2088:6
**432** [2] - 2087:12, 2088:6
**433** [2] - 2087:12, 2088:6
**434** [3] - 2078:17, 2079:4, 2079:17
**435** [3] - 2078:17, 2079:4, 2079:17
**436** [7] - 2078:17, 2079:4, 2079:17, 2098:12, 2098:23, 2106:19, 2106:25
**45** [1] - 2122:1
**474** [3] - 2087:12, 2088:6, 2089:18
**480** [2] - 2087:12, 2088:6
**4:30** [1] - 2081:1

**5**

**5** [3] - 2067:12, 2111:14, 2111:15
**53** [2] - 2087:9, 2088:4
**532** [1] - 2157:14
**533** [1] - 2163:4
**550** [2] - 2071:10, 2073:1
**553.10** [3] - 2071:13, 2071:25, 2073:3
**553.11** [3] - 2071:13, 2071:25, 2073:4
**553.12** [3] - 2071:13, 2071:25, 2073:4
**553.16** [4] - 2071:13, 2071:25, 2073:4,

2076:23
**553.17** [3] - 2071:14, 2071:25, 2073:4
**553.18** [3] - 2071:14, 2071:25, 2073:4
**553.19** [5] - 2087:12, 2088:6, 2091:22, 2093:1, 2093:3
**553.2** [6] - 2071:13, 2071:24, 2073:3, 2073:19, 2073:21, 2076:9
**553.22** [4] - 2071:14, 2071:25, 2073:4, 2077:14
**553.24** [4] - 2071:14, 2072:1, 2073:4, 2078:2
**553.27** [4] - 2071:14, 2072:1, 2073:5
**553.30** [3] - 2071:14, 2072:1, 2073:5
**553.9** [3] - 2071:13, 2071:24, 2073:3
**556** [2] - 2140:18, 2141:19
**557** [1] - 2117:9
**558** [1] - 2127:14
**559** [2] - 2121:13, 2122:3
**56** [5] - 2088:4, 2110:2, 2110:22, 2111:11, 2111:14
**563** [2] - 2071:10, 2073:1
**57** [3] - 2087:9, 2110:6, 2110:22
**5:00** [1] - 2081:1

**6**

**6** [11] - 2076:16, 2105:21, 2106:14, 2117:11, 2117:12, 2127:12, 2128:5, 2131:20, 2132:21, 2141:5, 2145:7
**6.60** [1] - 2077:16
**61** [2] - 2110:11, 2110:22
**63** [5] - 2093:15, 2093:16, 2093:20, 2093:22, 2094:1
**637-2231** [1] - 2055:16
**65** [1] - 2111:21
**652** [3] - 2087:12, 2088:6, 2090:8
**666** [2] - 2087:12, 2088:7
**668** [4] - 2087:12,

2088:7, 2089:22, 2090:5
**6718** [2] - 2055:23, 2181:12
**687** [3] - 2087:12, 2088:7, 2090:1
**688** [2] - 2087:12, 2088:7
**689** [2] - 2087:13, 2088:7
**6th** [7] - 2115:13, 2123:8, 2134:7, 2139:18, 2141:5, 2142:3, 2147:23

**7**

**7/29/2016** [2] - 2080:20, 2081:1
**7/31/16** [1] - 2074:7
**7/31/2016** [1] - 2076:8

**8**

**8** [5] - 2102:9, 2154:9, 2155:5, 2157:7

**9**

**9/13/2016** [1] - 2093:12
**9/19/2016** [3] - 2099:4, 2100:20, 2102:3
**9/6/2016** [1] - 2076:22
**906-1200** [1] - 2055:20
**998** [1] - 2084:17
**9:12** [1] - 2055:5

**A**

**A)DAG** [2] - 2122:20, 2122:21
**A-R-S-E-N-A-U-L-T** [1] - 2068:12
**a.m** [1] - 2055:5
**ability** [2] - 2168:6, 2181:7
**able** [8] - 2058:3, 2063:25, 2084:7, 2122:10, 2132:16, 2141:9, 2156:14, 2160:3
**accept** [1] - 2066:14
**according** [1] - 2115:18
**accuracy** [1] - 2060:17
**accurate** [20] - 2071:19, 2078:25, 2087:20, 2110:2, 2110:6, 2110:11, 2110:16, 2114:17,

2117:10, 2126:10, 2134:17, 2134:20, 2139:1, 2139:3, 2139:4, 2150:8, 2156:1, 2164:17, 2181:5
**accurately** [5] - 2072:25, 2079:14, 2083:7, 2117:19, 2139:7
**acknowledge** [1] - 2150:4
**acquittal** [1] - 2115:5
**acting** [16] - 2117:14, 2122:22, 2123:1, 2123:5, 2123:20, 2124:21, 2125:2, 2127:8, 2136:4, 2137:8, 2137:10, 2137:14, 2137:21, 2137:25, 2138:5, 2149:17
**Acting** [2] - 2138:19, 2150:5
**Action** [1] - 2055:3
**actions** [1] - 2116:5
**active** [1] - 2138:21
**activities** [1] - 2153:15
**activity** [4] - 2129:8, 2129:12, 2142:24, 2166:5
**actual** [2] - 2075:1, 2138:17
**addition** [1] - 2136:17
**additional** [10] - 2058:25, 2076:15, 2084:24, 2088:20, 2108:10, 2145:12, 2145:14, 2145:16, 2158:15, 2177:4
**additionally** [1] - 2117:17
**address** [9] - 2092:22, 2092:23, 2093:18, 2094:11, 2094:12, 2153:14, 2158:14, 2169:4, 2177:3
**addressed** [1] - 2155:6
**addresses** [5] - 2093:23, 2158:17, 2169:3, 2169:8, 2177:4
**administration** [2] - 2142:22, 2173:15
**Administration** [1] - 2140:2
**administrative** [1] - 2125:12
**admissibility** [1] -

2111:1
**admissible** [3] - 2067:16, 2110:20, 2111:3
**admit** [2] - 2059:5, 2118:14
**admitted** [4] - 2058:16, 2088:24, 2121:13, 2157:13
**admitting** [1] - 2059:10
**Advice** [5] - 2076:11, 2076:24, 2077:16, 2078:3, 2093:9
**advice** [2] - 2074:5, 2120:17
**advised** [4] - 2129:21, 2159:12, 2160:7, 2176:2
**advocacy** [1] - 2135:19
**advocating** [1] - 2115:19
**affiliated** [4] - 2116:9, 2140:2, 2142:22, 2173:9
**affirm** [1] - 2111:17
**afternoon** [6] - 2066:2, 2103:24, 2144:22, 2144:23, 2144:24, 2151:11
**agencies** [1] - 2070:3
**agency** [1] - 2109:20
**agenda** [1] - 2172:7
**Agent** [1] - 2059:1
**agent** [12] - 2061:14, 2153:2, 2160:19, 2164:19, 2167:2, 2167:4, 2167:10, 2167:13, 2174:13, 2174:19, 2174:22, 2174:25
**agents** [2] - 2166:7, 2173:3
**ago** [4] - 2128:3, 2148:23, 2158:1, 2161:16
**agree** [3] - 2101:6, 2101:13, 2108:19
**agreed** [4] - 2065:5, 2066:21, 2109:25, 2117:5
**agreement** [3] - 2065:11, 2066:12, 2111:8
**Alfa** [13] - 2121:9, 2128:16, 2128:19, 2130:4, 2141:14, 2142:8, 2142:10, 2142:13, 2148:14,

2149:7, 2160:5, 2167:16, 2167:19
**Alfa-Bank** [9] - 2121:9, 2128:19, 2130:4, 2142:8, 2142:10, 2142:13, 2148:14, 2149:7, 2160:5
**Alfa-Bank'** [1] - 2128:16
**Alfa-Bank-related** [2] - 2167:16, 2167:19
**ALGOR** [1] - 2055:13
**Algor** [30] - 2057:7, 2073:12, 2073:14, 2073:18, 2074:10, 2075:2, 2076:4, 2076:18, 2077:9, 2077:23, 2078:9, 2080:9, 2082:1, 2086:1, 2086:23, 2087:7, 2089:6, 2089:14, 2089:18, 2090:1, 2090:5, 2090:8, 2090:16, 2090:24, 2091:21, 2092:13, 2094:4, 2104:25, 2105:18, 2106:20
**allegation** [2] - 2142:24, 2148:15
**alleged** [1] - 2116:2
**alleges** [1] - 2115:16
**alliance** [1] - 2153:6
**Allison** [5] - 2160:14, 2160:16, 2161:1, 2161:3, 2163:6
**allocation** [1] - 2091:10
**allocations** [2] - 2091:11, 2091:14
**allow** [2] - 2059:16, 2060:8
**almost** [2] - 2132:21, 2135:25
**alone** [1] - 2096:1
**Alpha** [4] - 2142:6, 2142:21, 2142:25, 2143:14
**America** [15] - 2057:4, 2074:4, 2076:10, 2076:24, 2077:15, 2078:3, 2091:20, 2093:9, 2095:15, 2098:7, 2099:11, 2099:16, 2099:21, 2102:14, 2103:11
**AMERICA** [1] - 2055:3
**Americas** [1] - 2055:19
**amount** [1] - 2106:8

**amounts** [1] - 2133:9
**analytics** [1] - 2067:1
**Anderson** [4] - 2118:10, 2125:16, 2133:25, 2147:8
**Andrew** [3] - 2057:6, 2118:11, 2125:3
**ANDREW** [1] - 2055:12
**Andy** [8] - 2146:16, 2146:23, 2147:18, 2148:5, 2148:14, 2148:24, 2149:11, 2149:17
**annual** [1] - 2154:14
**anonymous** [11] - 2157:20, 2158:9, 2158:15, 2158:19, 2162:5, 2168:13, 2168:18, 2169:9, 2175:9, 2176:11, 2176:14
**ANSWER** [12] - 2112:6, 2112:9, 2112:13, 2112:18, 2112:23, 2113:3, 2113:7, 2113:15, 2113:21, 2113:24, 2114:3, 2114:8
**answer** [4] - 2060:24, 2062:11, 2062:12, 2111:24
**answering** [1] - 2060:7
**anticipate** [1] - 2061:15
**anticipated** [1] - 2061:5
**Antonakakis** [2] - 2059:6, 2059:14
**apart** [1] - 2141:6
**apologize** [3] - 2062:17, 2114:8, 2154:24
**appear** [8] - 2086:3, 2086:7, 2086:10, 2086:16, 2086:19, 2086:25, 2105:22, 2107:7
**appearance** [1] - 2151:19
**APPEARANCES** [1] - 2055:11
**applications** [1] - 2136:19
**applied** [1] - 2085:21
**appointed** [4] - 2137:16, 2137:17, 2137:19, 2137:22
**appreciate** [1] - 2164:2

**approach** [4] - 2064:11, 2071:5, 2078:11, 2082:2
**appropriate** [1] - 2061:17
**approved** [1] - 2136:20
**April** [4] - 2097:6, 2097:9, 2097:10, 2097:11
**AR** [1] - 2119:7
**area** [2] - 2067:11, 2170:12
**Arenson** [2] - 2155:13, 2155:14
**argue** [1] - 2115:8
**argument** [1] - 2060:10
**argumentatively** [1] - 2058:11
**arguments** [1] - 2058:17
**arisen** [1] - 2171:13
**arising** [1] - 2161:7
**Arsenault** [65] - 2067:24, 2068:12, 2068:13, 2068:17, 2069:15, 2069:25, 2070:22, 2071:8, 2071:16, 2072:10, 2073:17, 2073:20, 2074:12, 2075:24, 2076:6, 2076:15, 2076:20, 2077:6, 2077:11, 2078:10, 2078:14, 2078:18, 2079:7, 2079:23, 2080:11, 2081:24, 2082:4, 2082:21, 2083:17, 2085:24, 2086:3, 2086:15, 2086:25, 2087:8, 2087:14, 2088:13, 2088:21, 2089:3, 2089:7, 2089:15, 2089:19, 2089:23, 2090:2, 2090:10, 2091:2, 2091:13, 2092:5, 2092:15, 2093:2, 2093:13, 2093:16, 2094:5, 2094:19, 2095:6, 2096:14, 2098:13, 2099:3, 2104:3, 2105:4, 2105:19, 2106:14, 2106:25, 2107:16, 2111:13, 2111:21
**ARSENAULT** [2] - 2056:3, 2068:6

**article** [1] - 2146:4
**aside** [1] - 2084:5
**aspects** [2] - 2117:15, 2139:15
**assessment** [1] - 2178:18
**assigned** [6] - 2068:24, 2075:8, 2075:10, 2084:8, 2093:8, 2155:11
**assistant** [8] - 2136:3, 2136:5, 2137:1, 2137:14, 2137:15, 2137:25, 2144:16, 2144:17
**assistants** [2] - 2122:18, 2125:12
**assisting** [1] - 2153:24
**associate** [1] - 2060:14
**Associate** [6] - 2117:8, 2119:24, 2120:3, 2120:13, 2120:19, 2124:21
**associated** [1] - 2060:18
**assume** [2] - 2118:16, 2134:19
**assuming** [1] - 2130:15
**assumption** [1] - 2130:17
**AT&T** [3] - 2070:20, 2082:10, 2083:6
**attacks** [2] - 2136:16, 2156:17
**attempted** [2] - 2058:8, 2143:13
**attend** [13] - 2100:23, 2101:3, 2101:6, 2101:10, 2101:11, 2101:15, 2101:17, 2102:1, 2102:25, 2125:25, 2134:3, 2138:6, 2138:9
**attended** [3] - 2117:23, 2134:7, 2145:7
**attendees** [3] - 2081:3, 2118:9, 2123:12
**attending** [2] - 2139:19, 2139:23
**attends** [1] - 2123:16
**attention** [6] - 2120:23, 2121:12, 2139:18, 2142:20, 2143:6, 2147:21
**Attorney** [31] - 2117:8, 2117:14, 2119:23, 2119:24, 2120:3,

2120:5, 2120:7, 2120:12, 2120:13, 2120:19, 2122:24, 2123:2, 2123:5, 2124:22, 2126:17, 2126:20, 2127:8, 2131:1, 2136:3, 2136:5, 2136:25, 2137:1, 2137:2, 2137:14, 2137:15, 2137:25, 2138:19, 2138:20, 2150:5, 2150:6
**attorney** [11] - 2119:9, 2125:2, 2130:4, 2142:21, 2143:2, 2143:7, 2143:9, 2143:11, 2143:16, 2143:21, 2143:23
**Attorney's** [2] - 2069:11, 2135:25
**attorneys** [1] - 2070:4
**attribute** [1] - 2084:7
**attributed** [3] - 2084:1, 2084:11, 2085:6
**August** [2] - 2067:4, 2069:6
**authenticity** [2] - 2110:25
**authorities** [1] - 2136:22
**Avenue** [3] - 2055:19, 2055:23, 2181:12
**Award** [2] - 2155:9, 2155:20
**award** [10] - 2154:5, 2154:14, 2154:18, 2155:12, 2155:25, 2156:2, 2156:4, 2156:25
**awarded** [1] - 2156:2
**aware** [20] - 2059:21, 2062:10, 2070:11, 2083:25, 2084:6, 2106:14, 2114:2, 2120:24, 2121:3, 2139:11, 2139:14, 2161:25, 2166:24, 2171:2, 2171:4, 2171:8, 2174:4, 2174:14, 2174:15, 2174:24
**awareness** [1] - 2121:7
**awesome** [1] - 2158:7

# B

**bachelor's** [1] - 2069:22
**back-channel** [1] -

2175:24
**background** [2] -
2069:21, 2152:13
**bad** [1] - 2156:18
**Baker** [32] - 2086:20,
2087:4, 2104:7,
2104:14, 2112:2,
2112:15, 2112:22,
2113:1, 2113:6,
2113:7, 2113:10,
2113:14, 2115:23,
2118:10, 2125:7,
2133:14, 2134:4,
2134:8, 2143:2,
2143:17, 2143:22,
2143:23, 2144:9,
2144:12, 2144:13,
2147:13, 2147:16,
2148:2, 2148:6,
2148:10, 2148:16
**Baker's** [4] - 2110:7,
2110:12, 2110:16,
2115:18
**bank** [4] - 2121:9,
2128:17, 2129:12,
2158:14
**Bank** [16] - 2121:9,
2128:19, 2130:4,
2141:15, 2142:6,
2142:8, 2142:10,
2142:13, 2142:21,
2142:25, 2143:15,
2148:14, 2149:7,
2160:5, 2167:16,
2167:19
**Bank'** [1] - 2128:16
**base** [1] - 2098:17
**based** [8] - 2066:24,
2112:4, 2117:25,
2118:8, 2149:5,
2172:10, 2178:14,
2178:20
**basis** [6] - 2059:10,
2059:17, 2137:21,
2138:11, 2154:1
**batch** [2] - 2113:17,
2113:18
**Baumgartner** [1] -
2090:4
**bear** [2] - 2073:13
**became** [5] - 2127:5,
2136:4, 2137:8,
2139:14, 2149:17
**BEFORE** [1] - 2055:10
**began** [2] - 2139:16,
2159:15
**begin** [1] - 2064:20
**beginning** [1] - 2067:4
**behalf** [11] - 2057:11,
2080:18, 2114:17,

2115:17, 2116:3,
2129:19, 2129:24,
2130:5, 2143:22,
2144:1, 2144:2
**behind** [1] - 2142:5
**bell** [1] - 2060:19
**bench** [5] - 2063:12,
2063:14, 2064:17,
2115:1, 2116:20
**benefit** [2] - 2062:15,
2178:20
**BERKOWITZ** [27] -
2055:17, 2057:9,
2058:22, 2059:4,
2059:9, 2064:13,
2108:16, 2109:3,
2110:24, 2115:3,
2116:19, 2151:1,
2151:10, 2154:10,
2155:3, 2157:6,
2157:9, 2157:16,
2160:10, 2163:25,
2173:20, 2175:4,
2178:24, 2179:10,
2179:20, 2179:25,
2180:9
**Berkowitz** [3] -
2057:10, 2064:11,
2151:11
**Berkowitz)**..............
.............. [2] -
2056:11, 2056:12
**best** [11] - 2057:16,
2071:18, 2114:11,
2149:5, 2154:19,
2160:25, 2161:10,
2161:15, 2168:6,
2176:7, 2181:6
**better** [3] - 2064:5,
2096:15, 2114:15
**between** [28] -
2057:23, 2059:5,
2066:12, 2066:21,
2086:4, 2086:8,
2086:10, 2086:16,
2086:19, 2087:1,
2087:3, 2089:9,
2089:16, 2089:20,
2089:24, 2093:17,
2104:14, 2109:25,
2117:5, 2121:4,
2121:8, 2139:12,
2140:1, 2141:14,
2142:25, 2153:21,
2159:7, 2160:5
**beyond** [3] - 2115:9,
2132:5, 2145:12
**big** [2] - 2165:19,
2168:22
**bill** [3] - 2096:18,

2097:3, 2097:15
**Bill** [10] - 2118:11,
2133:17, 2144:7,
2144:10, 2144:11,
2144:15, 2144:16,
2146:19, 2146:24
**billed** [23] - 2067:12,
2074:7, 2075:14,
2076:9, 2076:23,
2076:25, 2077:14,
2078:2, 2095:15,
2097:5, 2099:11,
2099:21, 2099:24,
2100:4, 2100:6,
2101:1, 2101:4,
2101:12, 2102:9,
2103:7, 2103:15,
2106:9
**billing** [42] - 2061:21,
2061:22, 2071:2,
2071:17, 2072:22,
2072:25, 2073:22,
2073:25, 2074:6,
2075:6, 2075:9,
2075:11, 2075:13,
2075:16, 2076:2,
2076:8, 2076:11,
2076:15, 2076:22,
2077:1, 2077:6,
2077:13, 2077:20,
2078:1, 2082:15,
2084:18, 2088:1,
2093:4, 2095:3,
2095:7, 2095:11,
2096:5, 2096:6,
2096:7, 2097:23,
2097:25, 2098:1,
2098:15, 2106:11,
2107:12
**billings** [1] - 2088:19
**bills** [2] - 2096:19,
2099:16
**binder** [1] - 2078:10
**bit** [5] - 2073:13,
2152:12, 2153:7,
2158:13, 2170:7
**blow** [26] - 2075:2,
2076:4, 2076:18,
2077:9, 2077:23,
2081:1, 2086:23,
2090:9, 2090:19,
2090:25, 2092:3,
2092:12, 2092:22,
2094:4, 2098:12,
2099:1, 2100:11,
2103:25, 2107:5,
2127:15, 2128:6,
2130:19, 2140:20,
2155:3, 2157:16,
2160:10

**blown** [3] - 2092:18,
2093:7, 2096:15
**blown-out** [2] -
2092:18, 2093:7
**blue** [4] - 2094:8,
2094:9, 2094:11,
2094:12
**blurry** [2] - 2129:10,
2154:21
**Boeing** [2] - 2119:9,
2119:11
**Boente** [5] - 2118:12,
2123:3, 2125:1,
2127:9, 2146:21
**boss** [3] - 2120:4,
2123:4, 2127:9
**BOSWORTH** [46] -
2055:17, 2067:21,
2072:2, 2073:10,
2079:5, 2079:21,
2083:15, 2088:8,
2094:2, 2094:18,
2095:2, 2096:12,
2096:22, 2096:25,
2098:4, 2098:11,
2098:19, 2098:22,
2099:1, 2100:10,
2103:17, 2103:20,
2103:25, 2104:22,
2116:23, 2117:3,
2118:5, 2118:8,
2119:3, 2121:15,
2125:24, 2127:14,
2128:5, 2131:3,
2134:12, 2134:21,
2135:2, 2135:11,
2140:17, 2140:20,
2141:18, 2141:23,
2144:19, 2148:21,
2150:12, 2150:18
**Bosworth** [7] -
2057:10, 2064:12,
2094:20, 2107:9,
2131:13, 2131:19,
2145:6
**Bosworth)**..............
.............. [5] -
2056:4, 2056:6,
2056:7, 2056:9,
2056:10
**Bot** [2] - 2155:9,
2156:10
**bot** [1] - 2156:16
**Botnet** [1] - 2156:11
**botnet** [1] - 2156:22
**botnet'** [1] - 2155:21
**bottom** [4] - 2090:8,
2090:9, 2090:10,
2157:16
**branch** [2] - 2065:17,

2108:14
**Branch** [2] - 2065:18,
2109:20
**break** [5] - 2064:16,
2107:21, 2107:25,
2108:25, 2179:15
**Breitbart** [1] - 2142:7
**brief** [10] - 2063:21,
2109:9, 2130:24,
2132:7, 2133:17,
2133:20, 2134:15,
2147:16, 2148:14,
2149:25
**briefed** [12] - 2117:13,
2132:3, 2133:12,
2133:14, 2133:25,
2134:6, 2138:16,
2145:16, 2145:24,
2147:1, 2147:5,
2147:10
**briefer** [2] - 2146:17,
2149:5
**briefers** [2] - 2146:6,
2148:10
**briefing** [13] - 2122:20,
2130:2, 2131:1,
2138:18, 2141:12,
2142:13, 2143:12,
2146:24, 2147:11,
2148:24, 2150:5,
2150:6, 2150:14
**briefly** [16] - 2057:13,
2069:20, 2073:24,
2081:8, 2084:13,
2104:23, 2111:10,
2117:1, 2119:18,
2123:18, 2131:4,
2134:13, 2151:21,
2154:13, 2156:9
**bring** [6] - 2133:9,
2167:7, 2174:12,
2174:17, 2174:19,
2174:21
**brink** [1] - 2125:9
**Brinkley** [1] - 2125:11
**Brittain** [1] - 2057:6
**BRITTAIN** [1] -
2055:14
**brought** [12] -
2129:19, 2129:24,
2130:4, 2142:20,
2143:2, 2143:6,
2143:16, 2143:21,
2143:23, 2167:11,
2173:10, 2174:24
**bubble** [3] - 2094:9,
2094:11, 2094:12
**bull** [1] - 2080:18
**bunch** [2] - 2127:22,
2145:6

**Bureau** [6] - 2109:19, 2138:24, 2154:14, 2165:9, 2165:16, 2167:21
**business** [3] - 2099:18, 2100:21, 2101:21
**busy** [1] - 2138:17
**Butterfly** [2] - 2155:9, 2156:10
**butterfly** [1] - 2156:11
**BY** [15] - 2068:8, 2072:9, 2073:16, 2089:1, 2091:1, 2094:18, 2105:3, 2119:3, 2131:6, 2134:12, 2135:11, 2144:21, 2148:21, 2164:6, 2175:4

## C

**calendar** [12] - 2071:3, 2078:20, 2079:13, 2080:4, 2080:12, 2080:15, 2080:17, 2087:25, 2122:5, 2122:7, 2122:11, 2123:6
**campaign** [8] - 2062:14, 2121:5, 2127:2, 2140:3, 2159:7, 2170:18, 2170:22, 2173:10
**Campaign** [5] - 2095:16, 2140:2, 2171:5, 2171:14, 2171:18
**candidates** [1] - 2155:19
**cannot** [1] - 2117:21
**capacity** [1] - 2094:22
**career** [3] - 2119:22, 2137:23, 2138:1
**careful** [1] - 2113:8
**Carl** [1] - 2118:10
**Carlin** [1] - 2137:18
**Case** [1] - 2057:3
**case** [39] - 2057:19, 2058:14, 2063:23, 2074:3, 2074:5, 2074:7, 2080:18, 2080:19, 2080:21, 2080:24, 2080:25, 2081:2, 2081:4, 2096:6, 2108:1, 2108:2, 2108:21, 2109:19, 2114:24, 2116:10, 2116:13, 2116:17, 2135:1, 2137:13, 2150:23, 2152:3, 2155:11, 2160:1, 2160:19, 2161:4, 2162:25, 2167:16, 2167:19, 2176:14, 2179:2, 2179:16
**case-in-chief** [1] - 2114:24
**cases** [5] - 2057:16, 2136:14, 2172:9, 2173:3
**categories** [1] - 2081:2
**category** [1] - 2155:10
**CATHERINE** [1] - 2055:18
**Catherine** [1] - 2057:10
**CBS** [1] - 2089:21
**cell** [1] - 2166:14
**cellular** [2] - 2082:12, 2082:17
**Center** [1] - 2123:10
**central** [1] - 2156:13
**certain** [10] - 2066:12, 2088:24, 2091:17, 2122:8, 2122:15, 2168:9, 2168:11, 2172:8, 2172:23, 2176:6
**certainly** [11] - 2088:14, 2139:21, 2139:22, 2145:13, 2146:20, 2147:17, 2150:9, 2162:9, 2172:11, 2172:13, 2173:8
**certainty** [2] - 2121:10, 2128:23
**CERTIFICATE** [1] - 2181:1
**certify** [1] - 2181:4
**chambers** [1] - 2180:12
**change** [1] - 2106:8
**channel** [1] - 2175:24
**character** [1] - 2179:20
**charge** [4] - 2101:15, 2102:7, 2137:10, 2161:4
**charged** [6] - 2091:11, 2091:14, 2099:13, 2099:15, 2099:18, 2115:10
**charges** [1] - 2116:14
**Charnov** [1] - 2179:18
**chart** [25] - 2072:22, 2073:9, 2073:18, 2074:1, 2074:11, 2074:12, 2074:17, 2074:21, 2075:1, 2075:25, 2077:7, 2079:12, 2079:24, 2079:25, 2080:9, 2080:16, 2081:4, 2081:9, 2083:5, 2085:22, 2095:3, 2095:7, 2103:19, 2104:1, 2104:3
**charts** [3] - 2063:6, 2088:19, 2088:25
**chase** [1] - 2178:10
**Chicago** [3] - 2158:6, 2160:8, 2176:13
**chief** [5] - 2069:18, 2114:24, 2124:16, 2124:21, 2124:22
**Chinook** [1] - 2069:18
**CHRISTOPHER** [1] - 2055:10
**CIA** [7] - 2112:3, 2112:11, 2113:5, 2113:10, 2113:17, 2114:6, 2115:22
**circles** [1] - 2172:24
**circular** [3] - 2164:10, 2164:13, 2164:17
**circumstances** [1] - 2167:14
**city** [2] - 2085:1, 2158:7
**clarification** [4] - 2063:17, 2063:19, 2064:1, 2064:6
**clean** [1] - 2058:19
**clear** [12] - 2057:22, 2061:3, 2061:6, 2064:3, 2074:20, 2080:6, 2081:17, 2085:7, 2131:16, 2139:16, 2140:4
**cleaves** [7] - 2095:4, 2098:19, 2103:20, 2104:1, 2140:21, 2150:12, 2155:4
**client** [42] - 2074:3, 2074:4, 2075:8, 2076:9, 2076:23, 2077:14, 2078:2, 2091:17, 2091:19, 2093:8, 2099:19, 2099:24, 2100:4, 2100:8, 2101:4, 2101:12, 2102:12, 2102:20, 2103:9, 2112:4, 2112:7, 2112:10, 2114:1, 2114:5, 2114:7, 2114:9, 2114:11, 2114:12, 2114:18, 2116:3, 2129:20, 2129:25, 2130:5, 2130:7, 2130:9, 2130:10, 2143:3, 2143:19, 2143:22, 2143:23, 2144:1, 2144:2
**clients** [1] - 2114:11
**Clinton** [5] - 2081:2, 2095:16, 2171:4, 2171:14, 2171:18
**close** [1] - 2108:7
**closely** [1] - 2166:10
**code** [1] - 2092:20
**Coie** [18] - 2067:3, 2067:6, 2067:12, 2070:20, 2071:17, 2071:21, 2078:21, 2080:13, 2087:18, 2089:10, 2091:3, 2092:9, 2093:5, 2093:18, 2094:5, 2095:8, 2098:15
**collaborate** [1] - 2153:10
**collect** [1] - 2070:23
**collection** [1] - 2057:25
**Columbia** [1] - 2136:1
**COLUMBIA** [1] - 2055:1
**column** [27] - 2075:2, 2075:3, 2075:4, 2075:6, 2075:8, 2075:10, 2075:12, 2075:14, 2075:15, 2075:18, 2081:10, 2081:12, 2081:13, 2081:14, 2081:15, 2081:16, 2084:13, 2084:15, 2084:19, 2084:21, 2085:2, 2085:4, 2085:7, 2154:20
**columns** [3] - 2081:9, 2104:11
**Comey** [1] - 2149:17
**comfortable** [2] - 2151:7, 2166:14
**coming** [7] - 2141:1, 2159:9, 2167:25, 2169:9, 2171:15, 2172:6, 2174:23
**Command** [1] - 2123:10
**command** [1] - 2156:13
**comment** [2] - 2060:15, 2160:14
**committee** [5] - 2110:4, 2110:8, 2110:9, 2110:13, 2110:14
**common** [2] - 2125:25, 2126:3
**comms** [1] - 2105:23
**communicate** [1] - 2156:14
**communication** [1] - 2059:22
**Communications** [2] - 2074:8, 2076:12
**communications** [6] - 2078:5, 2095:20, 2151:25, 2152:14, 2159:7, 2175:24
**community** [2] - 2136:21, 2136:22
**Company** [1] - 2119:11
**company** [3] - 2066:24, 2119:10, 2152:22
**comparison** [1] - 2106:15
**complete** [1] - 2181:6
**Completeness** [2] - 2108:20, 2180:11
**completes** [1] - 2102:24
**compliance** [1] - 2119:10
**comply** [3] - 2058:13, 2058:17, 2059:19
**component** [2] - 2123:24, 2153:12
**computer** [4] - 2128:16, 2142:6, 2144:4, 2156:11
**computers** [3] - 2156:12, 2156:23
**conceal** [1] - 2115:22
**concedes** [1] - 2062:4
**concept** [1] - 2164:9
**concern** [4] - 2060:1, 2064:4, 2064:11, 2175:22
**concerned** [1] - 2170:9
**concerning** [5] - 2059:23, 2065:10, 2112:21, 2149:7, 2158:8
**concerns** [2] - 2171:23, 2175:13
**concluded** [1] - 2174:2
**conclusions** [1] -

2174:4
**conference** [8] -
2063:12, 2063:13,
2063:22, 2064:17,
2115:1, 2116:20,
2123:10, 2125:9
**conferences** [2] -
2077:19, 2105:9
**conferring** [1] -
2062:15
**confident** [1] -
2162:14
**confidential** [8] -
2077:18, 2078:6,
2091:12, 2095:20,
2105:9, 2105:23,
2162:18, 2166:25
**confirmed** [4] -
2137:16, 2137:17,
2137:19, 2137:23
**conflict** [1] - 2114:16
**confounding** [1] -
2115:11
**confused** [1] - 2162:2
**confused...what** [1] -
2160:20
**confusion** [2] -
2115:13, 2137:13
**connected** [5] -
2128:16, 2129:4,
2169:5, 2176:24,
2176:25
**Connecticut** [2] -
2069:12, 2069:19
**connection** [4] -
2058:4, 2060:6,
2152:3, 2153:13
**connections** [6] -
2121:4, 2121:8,
2139:12, 2141:13,
2141:14, 2160:4
**considered** [1] -
2172:25
**consist** [1] - 2082:8
**consistently** [1] -
2178:3
**consisting** [3] -
2071:9, 2072:12,
2082:5
**constitutes** [1] -
2181:4
**Constitution** [2] -
2055:23, 2181:12
**constitutional** [1] -
2135:19
**consultant** [1] -
2077:2
**contact** [4] - 2144:4,
2161:2, 2165:10,
2166:20

**contacted** [1] - 2158:8
**contacts** [1] - 2165:9
**contain** [2] - 2087:17,
2087:25
**contained** [13] -
2070:25, 2071:11,
2072:23, 2072:25,
2073:22, 2076:7,
2079:13, 2079:15,
2083:8, 2084:14,
2087:24, 2092:8,
2146:14
**containing** [2] -
2060:24, 2145:12
**contemplated** [1] -
2059:13
**contemporaneously**
[1] - 2117:18
**context** [4] - 2061:8,
2061:13, 2163:8,
2171:13
**continued** [2] -
2173:24, 2174:10
**control** [2] - 2136:15,
2156:13
**conversation** [9] -
2112:15, 2114:10,
2138:17, 2151:23,
2159:9, 2161:7,
2161:9, 2162:11,
2175:12
**conversations** [2] -
2077:4, 2112:8
**convey** [1] - 2150:8
**convictions** [1] -
2156:19
**COOPER** [1] - 2055:10
**coordinate** [2] -
2120:16, 2122:17
**coordinating** [1] -
2136:14
**coordination** [2] -
2125:14, 2140:1
**copies** [1] - 2078:25
**copy** [7] - 2059:2,
2066:16, 2110:3,
2110:6, 2110:11,
2110:16, 2117:10
**Cordes** [1] - 2089:21
**corner** [1] - 2091:6
**correct** [99] - 2065:15,
2072:13, 2075:19,
2075:20, 2080:4,
2081:19, 2083:23,
2083:24, 2085:10,
2085:11, 2085:15,
2085:18, 2094:6,
2094:9, 2095:12,
2096:10, 2096:11,
2097:8, 2097:17,

2097:20, 2097:21,
2098:3, 2099:24,
2100:5, 2100:9,
2100:15, 2101:5,
2102:13, 2102:15,
2102:17, 2103:10,
2104:21, 2105:12,
2105:15, 2106:2,
2106:3, 2106:6,
2106:7, 2107:1,
2107:10, 2107:11,
2111:4, 2112:5,
2113:3, 2114:7,
2114:9, 2119:15,
2120:11, 2125:6,
2125:23, 2126:21,
2127:10, 2131:11,
2131:15, 2131:17,
2131:21, 2132:2,
2132:4, 2137:7,
2137:9, 2137:12,
2139:8, 2143:20,
2145:7, 2146:24,
2148:17, 2149:8,
2149:22, 2149:23,
2151:21, 2151:22,
2155:5, 2155:13,
2155:22, 2156:8,
2157:21, 2158:17,
2163:20, 2163:21,
2165:7, 2167:2,
2167:3, 2167:8,
2167:9, 2167:23,
2168:2, 2168:14,
2168:24, 2170:5,
2174:6, 2174:13,
2176:8, 2176:19,
2177:17, 2177:20,
2177:23, 2178:16,
2178:21, 2178:22
**corroborating** [1] -
2164:22
**cost** [1] - 2092:20
**council** [2] - 2136:25,
2137:4
**Counsel** [14] -
2063:11, 2069:25,
2070:10, 2071:1,
2074:13, 2074:18,
2074:24, 2080:1,
2080:3, 2083:19,
2084:6, 2084:8,
2114:25, 2115:9
**counsel** [7] - 2063:22,
2064:22, 2084:10,
2112:3, 2125:8,
2144:13, 2157:4
**counsel's** [1] -
2125:20
**COUNSEL'S** [1] -

2055:14
**Counsel's** [4] -
2069:3, 2069:5,
2069:7, 2085:8
**counterintelligence**
[7] - 2124:12,
2136:15, 2139:16,
2139:25, 2144:17,
2159:24, 2170:13
**counterterrorism** [1] -
2136:14
**countries** [1] -
2165:20
**country** [1] - 2175:24
**couple** [11] - 2063:18,
2075:24, 2095:1,
2103:18, 2108:10,
2111:10, 2131:19,
2136:7, 2169:8,
2171:23, 2175:5
**course** [2] - 2098:18,
2114:12, 2117:2,
2147:15
**court** [3] - 2057:11,
2068:14, 2151:14
**Court** [14] - 2055:22,
2055:22, 2057:17,
2061:7, 2063:15,
2063:18, 2063:24,
2064:3, 2064:5,
2064:9, 2065:16,
2116:16, 2152:25,
2181:11
**COURT** [90] - 2055:1,
2057:8, 2057:12,
2059:3, 2059:7,
2062:5, 2062:7,
2062:19, 2062:23,
2063:2, 2063:10,
2063:15, 2064:10,
2064:14, 2064:21,
2064:25, 2065:6,
2065:8, 2065:12,
2065:14, 2065:19,
2065:21, 2065:24,
2066:1, 2066:8,
2067:22, 2067:25,
2068:3, 2071:7,
2072:3, 2073:11,
2078:13, 2079:6,
2079:22, 2082:3,
2083:16, 2088:9,
2088:23, 2094:3,
2096:24, 2098:25,
2104:24, 2107:16,
2107:19, 2107:23,
2108:4, 2108:6,
2108:11, 2108:15,
2108:23, 2109:5,
2109:8, 2109:15,

2111:4, 2111:7,
2111:12, 2114:23,
2116:16, 2116:21,
2117:2, 2118:1,
2118:7, 2118:16,
2118:18, 2118:24,
2134:22, 2134:25,
2135:4, 2141:22,
2150:19, 2150:22,
2151:2, 2151:6,
2154:12, 2154:23,
2157:4, 2157:8,
2164:4, 2173:21,
2178:25, 2179:5,
2179:9, 2179:12,
2179:14, 2179:18,
2179:24, 2180:1,
2180:6, 2180:15,
2181:1
**Court's** [3] - 2058:18,
2059:19, 2062:3
**Courthouse** [2] -
2055:23, 2181:11
**courtroom** [6] -
2065:25, 2108:3,
2109:7, 2118:2,
2151:4, 2179:17
**COURTROOM** [1] -
2057:2
**cover** [2] - 2124:2,
2152:12
**covered** [2] - 2132:6,
2145:14
**create** [2] - 2093:20,
2093:22
**created** [1] - 2063:6
**credible** [1] - 2178:6
**crew** [1] - 2069:18
**crime** [2] - 2153:11,
2153:14, 2154:15,
2165:22, 2165:24,
2166:5, 2170:11
**crimes** [2] - 2153:3,
2159:25
**criminal** [2] - 2115:5,
2139:17
**Criminal** [2] - 2055:3,
2057:3
**criminology** [1] -
2069:22
**CROSS** [4] - 2094:17,
2131:5, 2144:20,
2164:5
**CROSS-
EXAMINATION** [4] -
2094:17, 2131:5,
2144:20, 2164:5
**Crowell** [3] - 2118:12,
2124:18, 2146:21
**CRR** [3] - 2055:22,

2097:3, 2097:10
**current** [1] - 2135:21
**Curtis** [1] - 2160:14
**customers** [1] -
2067:2
**cut** [1] - 2061:18
**Cyber** [1] - 2155:10
**cyber** [17] - 2136:16,
2153:3, 2153:5,
2153:10, 2153:14,
2154:15, 2165:6,
2165:9, 2165:13,
2165:14, 2165:19,
2165:22, 2165:24,
2165:25, 2166:5,
2170:11

**D**

**D.C** [5] - 2067:17,
2092:24, 2094:14,
2177:12, 2179:8
**DAG** [4] - 2122:22,
2122:23, 2130:24,
2131:1
**DAG's** [4] - 2124:19,
2124:23, 2124:25,
2125:12
**Dagon** [5] - 2059:5,
2059:14, 2059:21,
2061:10, 2086:5
**Dan** [6] - 2158:5,
2160:6, 2160:7,
2160:19, 2161:2
**Dana** [4] - 2118:12,
2123:3, 2125:1,
2146:21
**danger** [1] - 2176:4
**data** [11] - 2057:25,
2058:1, 2060:17,
2079:13, 2080:17,
2080:19, 2080:21,
2081:14, 2158:13,
2163:8
**Data** [1] - 2157:21
**databases** [1] - 2070:3
**date** [12] - 2074:6,
2075:6, 2076:16,
2081:12, 2084:19,
2086:13, 2091:8,
2100:19, 2102:2,
2123:6, 2139:20,
2142:2
**dated** [2] - 2067:16,
2155:5
**Dated** [1] - 2181:8
**dates** [10] - 2074:19,
2074:21, 2080:1,
2083:19, 2083:21,
2083:23, 2085:25,

2097:25, 2098:7,
2149:18
**David** [2] - 2059:5,
2086:5
**DC** [3] - 2055:15,
2055:24, 2181:13
**dear** [2] - 2155:7,
2155:17
**December** [2] -
2110:3, 2112:3
**decided** [1] - 2112:1
**decision** [2] - 2114:13,
2155:12
**Defendant** [2] -
2055:7, 2055:17
**defendant** [6] -
2057:24, 2061:21,
2061:22, 2115:4,
2134:3, 2134:8
**defense** [14] - 2060:9,
2061:9, 2063:16,
2063:20, 2063:22,
2064:1, 2070:6,
2084:10, 2106:21,
2116:21, 2121:21,
2140:8, 2140:14,
2151:1
**Defense** [16] -
2096:13, 2096:22,
2098:12, 2098:22,
2106:19, 2106:25,
2117:9, 2121:12,
2122:3, 2127:14,
2140:17, 2141:19,
2154:9, 2157:7,
2157:13, 2163:4
**defense's** [2] -
2060:23, 2064:6
**DeFilippis** [17] -
2055:12, 2057:6,
2060:22, 2062:6,
2064:7, 2109:22,
2111:5, 2111:9,
2111:13, 2154:11,
2162:8, 2164:6,
2175:2, 2175:6,
2176:21, 2177:19,
2180:4
**DeFilippis)**.................
............ [1] - 2056:12
**define** [1] - 2133:5
**definitely** [1] - 2176:20
**definition** [1] -
2164:17
**degree** [2] - 2069:22,
2069:23
**delay** [1] - 2109:9
**Democratically** [1] -
2116:8
**denial** [1] - 2156:17

**department** [5] -
2119:25, 2120:8,
2123:11, 2124:3,
2136:24
**Department** [31] -
2068:20, 2068:25,
2110:17, 2117:7,
2117:14, 2119:13,
2119:14, 2119:16,
2119:19, 2120:6,
2123:23, 2123:24,
2125:19, 2126:1,
2126:5, 2126:14,
2126:20, 2134:15,
2134:16, 2134:18,
2135:23, 2136:9,
2136:11, 2136:18,
2137:23, 2138:7,
2138:10, 2139:10,
2149:21, 2149:25,
2150:3
**depended** [2] -
2126:7, 2138:14
**DEPUTY** [1] - 2057:2
**Deputy** [8] - 2117:8,
2119:24, 2120:3,
2120:13, 2120:19,
2123:5, 2124:21,
2138:20
**deputy** [19] - 2118:22,
2119:23, 2120:5,
2120:7, 2120:12,
2122:15, 2122:23,
2123:1, 2125:2,
2125:4, 2126:17,
2127:8, 2131:1,
2136:3, 2137:1,
2137:6, 2137:24,
2149:13, 2151:4
**describe** [2] - 2069:20,
2073:24, 2156:9,
2159:4
**described** [3] -
2083:6, 2159:6,
2167:20
**description** [9] -
2074:8, 2075:15,
2076:12, 2077:1,
2077:17, 2078:5,
2093:10, 2095:18,
2106:11
**detail** [1] - 2159:4
**detailed** [2] - 2153:5,
2153:12
**details** [3] - 2132:3,
2158:10, 2163:5
**determine** [2] -
2142:5, 2163:1
**determining** [1] -
2159:15

**development** [1] -
2099:18
**dialed** [2] - 2085:2,
2085:4, 2085:7
**Dieffenbach** [1] -
2097:13
**different** [11] - 2070:2,
2070:3, 2095:7,
2106:11, 2113:13,
2113:18, 2119:19,
2123:16, 2139:14,
2139:15, 2173:3
**differently** [2] -
2171:20, 2171:22
**digest** [1] - 2058:15
**direct** [6] - 2095:6,
2112:8, 2121:12,
2139:18, 2149:10,
2166:20
**DIRECT** [4] - 2068:7,
2119:2, 2135:10,
2151:9
**directed** [3] - 2114:5,
2114:10, 2114:15
**directing** [1] - 2120:23
**direction** [1] - 2084:23
**directions** [1] -
2093:17
**directly** [2] - 2138:16,
2166:14
**director** [11] - 2119:10,
2124:16, 2125:4,
2135:18, 2144:16,
2144:17, 2149:13,
2149:16, 2149:17,
2149:18, 2150:5
**director's** [1] -
2154:14
**Director's** [3] - 2155:9,
2155:20, 2156:25
**disagreed** [1] -
2150:15
**disagreement** [1] -
2150:17
**disbursement** [2] -
2093:4, 2093:8
**disclose** [5] - 2112:11,
2167:21, 2170:1,
2170:2, 2170:17
**disclosure** [1] -
2063:18
**discovery** [2] - 2070:6,
2084:9
**discuss** [4] - 2134:25,
2150:22, 2163:8,
2179:1
**discussed** [5] -
2063:24, 2137:2,
2145:9, 2163:8,
2173:5

**discussion** [5] -
2057:14, 2141:17,
2146:17, 2161:17,
2161:18
**discussions** [4] -
2097:14, 2108:1,
2173:7, 2179:16
**dismissed** [1] - 2116:6
**displaying** [1] -
2093:17
**dispute** [2] - 2108:18,
2150:17
**disseminate** [1] -
2114:6
**DISTRICT** [3] - 2055:1,
2055:1, 2055:10
**District** [2] - 2069:12,
2136:1
**Division** [9] - 2123:21,
2123:22, 2123:25,
2124:5, 2136:8,
2136:10, 2136:12,
2138:5, 2139:10
**division** [7] - 2123:25,
2136:13, 2136:17,
2137:6, 2137:11,
2138:25, 2153:8
**DN** [1] - 2143:17
**DNS** [2] - 2067:2,
2157:20
**document** [28] -
2059:4, 2059:10,
2060:5, 2060:7,
2060:8, 2060:12,
2060:18, 2061:3,
2061:14, 2061:15,
2061:19, 2061:20,
2062:1, 2089:7,
2091:2, 2091:5,
2091:25, 2092:2,
2092:5, 2092:12,
2098:16, 2107:12,
2110:15, 2110:22,
2113:15, 2121:17,
2157:12, 2163:3
**documenting** [1] -
2105:6
**documents** [23] -
2063:8, 2070:25,
2071:8, 2071:11,
2071:16, 2071:19,
2072:10, 2078:14,
2078:19, 2081:24,
2082:4, 2082:6,
2087:23, 2089:3,
2096:18, 2113:5,
2113:7, 2113:9,
2113:10, 2113:14,
2121:18, 2140:5,
2162:13

**DOJ** [2] - 2132:12, 2133:8
**Domain** [1] - 2067:2
**done** [7] - 2057:20, 2100:16, 2114:17, 2155:20, 2169:19, 2171:4, 2179:10
**dot** [1] - 2094:6
**dots** [1] - 2094:8
**double** [1] - 2114:8
**down** [21] - 2078:8, 2082:1, 2087:6, 2089:13, 2090:7, 2091:10, 2091:25, 2092:2, 2092:11, 2098:4, 2098:20, 2103:17, 2106:18, 2107:3, 2107:17, 2125:24, 2143:13, 2145:12, 2146:10, 2146:12, 2178:9
**draft** [1] - 2077:18
**drafted** [1] - 2136:20
**drafting** [1] - 2061:22
**drafts** [1] - 2136:20
**draw** [1] - 2058:11
**drill** [1] - 2068:3
**drive** [1] - 2152:10
**drives** [4] - 2091:7, 2093:11, 2098:6, 2168:25
**drove** [1] - 2152:8
**due** [2] - 2166:4, 2175:23
**duration** [1] - 2084:21
**during** [11] - 2067:5, 2067:8, 2117:11, 2117:12, 2117:18, 2133:12, 2138:12, 2143:11, 2145:20, 2150:14, 2154:2
**duties** [1] - 2069:25
**DX0018** [1] - 2155:2

---

# E

**E.W** [1] - 2124:9
**early** [2] - 2063:16, 2120:1
**eastern** [1] - 2084:19
**Ed** [1] - 2090:3
**EDGAR** [1] - 2055:13
**educational** [1] - 2069:21
**effect** [5] - 2059:22, 2161:5, 2161:21, 2172:19, 2175:18
**effects** [1] - 2175:20
**efficient** [1] - 2157:11
**efforts** [1] - 2057:25

**either** [7] - 2063:16, 2084:23, 2116:10, 2133:25, 2138:24, 2146:19, 2176:15
**election** [5] - 2106:15, 2117:16, 2121:1, 2158:12, 2173:4
**Elias** [1] - 2074:9, 2076:13, 2077:2, 2077:4, 2077:19, 2080:18, 2081:5
**elicit** [2] - 2062:11, 2062:12
**elicited** [1] - 2059:25
**Ellen** [2] - 2085:13, 2086:8
**email** [24] - 2063:16, 2089:16, 2089:20, 2089:24, 2090:3, 2090:12, 2105:5, 2105:11, 2105:20, 2105:22, 2106:1, 2106:4, 2157:17, 2157:19, 2157:23, 2159:1, 2159:20, 2160:7, 2160:10, 2160:13, 2160:17, 2160:20, 2161:6, 2163:4
**emailed** [1] - 2094:21
**emails** [2] - 2071:2, 2087:25
**employed** [5] - 2068:17, 2068:19, 2069:8, 2069:10, 2069:15
**employee** [1] - 2137:24
**encountered** [3] - 2164:20, 2164:23, 2164:24
**encountering** [1] - 2165:1
**end** [7] - 2057:14, 2064:17, 2080:25, 2116:20, 2135:1, 2150:23, 2179:2
**ended** [2] - 2074:1, 2119:22
**enforcement** [1] - 2153:10
**engage** [1] - 2112:1
**engaged** [1] - 2138:17
**engagements** [1] - 2114:6
**entered** [2] - 2061:21, 2066:18
**enters** [2] - 2065:25, 2109:7
**entire** [3] - 2111:3,

2135:24, 2180:13
**entities** [4] - 2070:16, 2070:19, 2087:21, 2121:5
**entity** [4] - 2062:14, 2099:18, 2153:9, 2159:7
**entries** [18] - 2071:3, 2072:23, 2075:25, 2078:20, 2079:13, 2080:4, 2080:12, 2080:17, 2081:11, 2081:13, 2088:1, 2095:7, 2096:2, 2096:8, 2097:25, 2098:1, 2104:2
**entry** [35] - 2061:22, 2074:6, 2075:5, 2075:9, 2075:11, 2075:13, 2075:16, 2076:2, 2076:8, 2076:11, 2076:16, 2076:22, 2077:1, 2077:6, 2077:13, 2077:20, 2078:1, 2080:15, 2081:12, 2084:16, 2084:18, 2085:3, 2095:5, 2095:11, 2095:14, 2095:18, 2095:22, 2095:24, 2097:9, 2097:19, 2097:23, 2100:19, 2103:22, 2104:1, 2107:12
**Eric** [2] - 2086:11, 2087:1
**ESQ** [8] - 2055:12, 2055:13, 2055:13, 2055:14, 2055:17, 2055:17, 2055:18, 2055:18
**essentially** [1] - 2150:2
**establish** [1] - 2058:8
**Ethan** [2] - 2155:13, 2155:14
**Evans** [1] - 2124:4
**evening** [1] - 2066:3
**eventually** [1] - 2080:16
**evidence** [31] - 2058:14, 2058:16, 2066:13, 2067:16, 2067:20, 2071:9, 2072:1, 2073:9, 2073:19, 2075:21, 2079:4, 2079:20, 2080:10, 2081:18, 2082:7, 2083:14, 2089:3, 2093:1,

2094:1, 2105:1, 2105:18, 2110:20, 2110:23, 2115:16, 2116:1, 2121:14, 2140:18, 2141:19, 2154:10, 2157:7, 2157:13
**evidentiary** [5] - 2057:18, 2058:2, 2058:13, 2058:19, 2109:10
**ex** [2] - 2063:15, 2063:21
**exact** [2] - 2113:23, 2124:12
**exactly** [5] - 2156:15, 2156:18, 2161:24, 2175:21, 2177:19
**EXAMINATION** [12] - 2068:7, 2094:17, 2105:2, 2119:2, 2131:5, 2134:11, 2135:10, 2144:20, 2148:20, 2151:9, 2164:5, 2175:3
**example** [5] - 2084:17, 2085:13, 2096:12, 2097:15, 2138:18
**excellence** [1] - 2154:15
**excerpts** [1] - 2111:10
**exclusively** [1] - 2107:14
**excused** [3] - 2134:25, 2150:22, 2179:1
**Executive** [2] - 2065:18, 2109:20
**executive** [3] - 2067:9, 2108:14, 2135:18
**exhibit** [9] - 2075:5, 2075:19, 2078:8, 2081:10, 2081:18, 2084:14, 2092:3, 2100:10, 2157:25
**Exhibit** [75] - 2059:1, 2067:15, 2067:20, 2071:13, 2071:24, 2072:17, 2072:21, 2072:24, 2073:3, 2073:8, 2073:19, 2073:20, 2074:11, 2076:9, 2076:23, 2077:14, 2078:2, 2079:8, 2079:11, 2079:12, 2079:14, 2079:15, 2080:10, 2081:6, 2082:14, 2083:1, 2083:2, 2083:7, 2083:14, 2083:17, 2084:12,

2087:9, 2089:5, 2089:14, 2090:24, 2091:22, 2093:1, 2093:3, 2093:14, 2093:16, 2093:20, 2093:22, 2094:1, 2095:3, 2096:13, 2096:22, 2098:12, 2098:22, 2103:19, 2105:1, 2105:17, 2105:25, 2106:19, 2106:25, 2109:23, 2110:2, 2110:6, 2110:11, 2110:19, 2110:23, 2111:10, 2111:14, 2117:3, 2117:9, 2118:15, 2121:12, 2122:3, 2127:14, 2140:18, 2141:19, 2154:9, 2157:7, 2157:13, 2163:4
**exhibits** [13] - 2071:9, 2071:11, 2075:21, 2081:11, 2081:18, 2083:8, 2087:9, 2088:10, 2088:12, 2088:13, 2088:15, 2088:20, 2088:24
**Exhibits** [11] - 2071:10, 2073:1, 2078:16, 2079:3, 2082:5, 2082:6, 2082:8, 2083:9, 2083:11, 2088:4, 2110:22
**exits** [2] - 2108:3, 2179:17
**expect** [5] - 2057:19, 2058:13, 2058:17, 2060:13, 2161:13
**expectation** [1] - 2150:9
**expecting** [1] - 2173:14
**expense** [14] - 2091:3, 2091:8, 2092:7, 2098:5, 2098:10, 2098:14, 2099:5, 2099:7, 2099:10, 2099:13, 2099:23, 2100:1, 2100:12, 2107:7
**expenses** [3] - 2092:6, 2107:10, 2107:14
**experience** [2] - 2134:14, 2149:24
**experiences** [1] - 2178:14
**expert** [5] - 2073:14,

2077:3, 2163:14,
2163:16
**explain** [2] - 2081:8
**explanation** [2] -
2059:6, 2059:12
**export** [1] - 2136:15
**express** [1] - 2175:12
**extent** [4] - 2094:24,
2115:15, 2115:20,
2116:8
**external** [1] - 2067:1
**eye** [1] - 2088:25

**F**

**fabricated** [3] -
2060:1, 2060:25,
2061:16
**fabrication** [1] -
2060:15
**fact** [6] - 2145:25,
2148:9, 2148:14,
2155:24, 2159:16,
2169:8
**facts** [2] - 2066:13,
2066:14
**fair** [13] - 2074:14,
2083:22, 2088:17,
2101:8, 2105:11,
2111:25, 2126:11,
2132:20, 2145:23,
2147:21, 2148:13,
2165:8, 2170:6
**fairly** [8] - 2072:13,
2072:24, 2079:14,
2082:23, 2083:7,
2126:3, 2156:24
**fall** [2] - 2120:20,
2157:12
**falls** [1] - 2106:15
**false** [1] - 2115:17
**falsity** [1] - 2115:20
**familiar** [5] - 2070:16,
2128:24, 2145:17,
2147:13, 2164:10
**far** [9] - 2075:4,
2075:18, 2081:10,
2081:17, 2084:15,
2085:16, 2161:13,
2164:25, 2174:12
**FBI** [118] - 2065:17,
2070:20, 2095:22,
2096:10, 2097:12,
2097:16, 2097:22,
2098:2, 2099:12,
2099:23, 2100:23,
2101:4, 2101:7,
2101:10, 2101:11,
2101:15, 2101:17,
2101:23, 2101:25,

2102:1, 2102:9,
2102:23, 2102:25,
2103:1, 2107:13,
2108:13, 2112:14,
2112:15, 2112:16,
2112:21, 2113:2,
2113:19, 2113:25,
2114:6, 2116:9,
2117:13, 2117:15,
2121:8, 2123:23,
2124:10, 2124:11,
2124:16, 2125:4,
2125:5, 2125:8,
2125:19, 2125:22,
2126:2, 2126:6,
2128:13, 2129:19,
2129:24, 2130:5,
2130:24, 2131:1,
2132:12, 2133:8,
2133:19, 2134:15,
2136:20, 2138:10,
2139:12, 2141:12,
2142:5, 2142:20,
2143:6, 2144:12,
2149:11, 2149:15,
2149:19, 2149:24,
2150:2, 2150:4,
2152:17, 2152:23,
2153:1, 2153:2,
2153:11, 2153:12,
2153:24, 2154:6,
2155:20, 2157:1,
2158:16, 2159:13,
2159:16, 2159:22,
2160:2, 2160:4,
2161:25, 2162:18,
2164:19, 2164:21,
2165:22, 2166:25,
2167:24, 2168:8,
2168:12, 2168:15,
2169:10, 2172:6,
2172:25, 2174:2,
2174:16, 2174:17,
2174:20, 2174:23,
2176:24, 2177:2,
2177:6, 2177:9,
2177:10, 2178:9,
2178:17, 2178:21
**FBI's** [1] - 2120:24
**February** [4] -
2112:11, 2113:5,
2113:18, 2155:5
**Federal** [2] - 2109:19,
2154:14
**federal** [2] - 2115:5,
2135:25
**fees** [1] - 2067:12
**fellow** [1] - 2155:18
**felt** [1] - 2156:21
**few** [4] - 2085:24,

2088:21, 2089:4,
2148:22
**fewer** [1] - 2138:16
**field** [1] - 2159:23
**figured** [1] - 2159:25
**file** [3] - 2109:4,
2115:7, 2116:14
**filed** [3] - 2065:7,
2065:9, 2179:21
**files** [1] - 2093:12
**filled** [2] - 2096:8,
2137:20
**final** [3] - 2058:7,
2062:9, 2077:25
**finally** [9] - 2071:14,
2077:20, 2086:10,
2086:22, 2087:13,
2088:7, 2090:7,
2090:19, 2093:13
**fired** [1] - 2149:17
**firm** [12] - 2098:15,
2099:13, 2099:15,
2100:6, 2101:2,
2101:5, 2101:12,
2102:11, 2102:18,
2103:8, 2103:15,
2170:24
**first** [21] - 2084:17,
2095:2, 2100:18,
2100:19, 2107:6,
2109:2, 2116:22,
2119:6, 2121:10,
2123:18, 2126:8,
2128:9, 2130:18,
2130:20, 2136:2,
2142:4, 2142:18,
2142:20, 2143:6,
2158:6
**FISA** [1] - 2136:19
**fit** [1] - 2057:16
**flash** [3] - 2091:7,
2093:11, 2098:6
**flow** [1] - 2120:16
**focus** [2] - 2130:22,
2142:8
**folders** [1] - 2070:4
**folk** [1] - 2168:4
**folks** [5] - 2057:16,
2168:15, 2170:21,
2172:14, 2173:9
**follow** [11] - 2057:19,
2065:6, 2077:3,
2101:24, 2113:25,
2146:5, 2162:4,
2162:10, 2162:12,
2163:22, 2163:24
**follow-up** [7] - 2077:3,
2113:25, 2162:4,
2162:10, 2162:12,
2163:22, 2163:24

**following** [2] -
2063:13, 2115:1
**FOR** [1] - 2055:1
**foregoing** [1] - 2181:4
**foreign** [2] - 2165:13,
2170:12
**forensics** [1] - 2153:6
**form** [1] - 2111:6
**formas** [1] - 2096:18
**former** [1] - 2117:7
**forth** [3] - 2063:4,
2162:13, 2177:16
**forward** [1] - 2157:11
**forwarded** [2] -
2160:13, 2160:19
**foundation** [1] -
2058:2
**four** [2] - 2152:11,
2156:23
**free** [2] - 2088:14,
2118:25
**Freedman** [2] -
2142:21, 2143:14
**frequently** [2] -
2144:14, 2144:18
**Friday** [1] - 2158:8
**Fridman** [1] - 2129:2
**friend** [1] - 2153:20
**Fritsch** [3] - 2089:25,
2090:3, 2090:12
**front** [4] - 2071:16,
2072:10, 2085:12,
2096:17
**full** [1] - 2181:5
**fully** [1] - 2155:11
**Fusion** [10] - 2070:20,
2080:24, 2087:18,
2089:25, 2090:3,
2090:4, 2090:12,
2170:25, 2171:1,
2171:9
**future** [1] - 2173:14

**G**

**G-A-U-H-AR** [1] -
2119:7
**G-R-A-S-S-O** [1] -
2151:17
**gallery** [1] - 2063:14
**gamble** [1] - 2125:11
**gather** [2] - 2150:7,
2170:3
**Gauhar** [15] - 2116:24,
2117:1, 2118:12,
2119:6, 2119:7,
2119:8, 2131:7,
2133:2, 2134:3,
2134:13, 2134:22,
2140:7, 2145:15,

2146:9, 2146:21
**GAUHAR** [2] - 2056:6,
2119:1
**General** [37] - 2076:10,
2076:24, 2077:15,
2078:3, 2093:9,
2110:18, 2117:8,
2117:14, 2119:24,
2120:3, 2120:5,
2120:7, 2120:12,
2120:13, 2120:20,
2122:24, 2123:2,
2123:5, 2124:22,
2125:2, 2126:17,
2126:20, 2127:8,
2131:1, 2136:3,
2136:5, 2137:1,
2137:2, 2137:14,
2137:15, 2137:25,
2138:19, 2138:20,
2150:5, 2150:6
**general** [9] - 2062:21,
2074:4, 2109:1,
2112:2, 2125:8,
2125:20, 2139:24,
2144:13, 2175:10
**General's** [1] -
2119:23
**generally** [21] -
2070:25, 2074:17,
2087:17, 2089:7,
2089:15, 2090:2,
2091:2, 2099:14,
2113:20, 2120:2,
2120:24, 2121:3,
2124:1, 2132:11,
2133:9, 2136:11,
2138:14, 2139:10,
2171:2, 2171:4,
2172:22
**gentleman** [3] -
2153:17, 2159:19,
2167:5
**gentlemen** [7] -
2066:2, 2066:9,
2088:10, 2107:24,
2109:9, 2109:16,
2114:23
**George** [2] - 2118:11,
2124:7
**Georgetown** [1] -
2135:20
**Ghattas** [1] - 2118:10
**gigabyte** [1] - 2092:19
**gist** [1] - 2180:2
**given** [1] - 2115:13
**Glenn** [1] - 2090:4
**goal** [2] - 2163:2
**Google** [2] - 2093:17,
2093:23

**goose** [1] - 2178:10
**government** [50] -
2057:6, 2057:23,
2060:23, 2061:6,
2061:14, 2062:3,
2062:10, 2064:4,
2067:19, 2067:23,
2070:11, 2070:17,
2071:24, 2073:8,
2075:4, 2078:15,
2078:22, 2079:2,
2079:19, 2081:11,
2083:8, 2083:13,
2085:8, 2087:8,
2088:3, 2088:23,
2092:9, 2093:25,
2095:8, 2098:16,
2108:24, 2109:21,
2110:9, 2110:14,
2110:21, 2114:22,
2114:24, 2115:16,
2115:25, 2131:10,
2145:3, 2152:2,
2157:23, 2157:25,
2162:6, 2162:14,
2176:1, 2176:5,
2180:3
**Government** [51] -
2059:1, 2067:15,
2071:10, 2072:17,
2072:21, 2072:24,
2073:19, 2073:20,
2074:11, 2076:9,
2076:23, 2077:14,
2078:2, 2078:16,
2079:11, 2079:12,
2079:14, 2080:10,
2081:6, 2082:8,
2082:14, 2083:1,
2083:2, 2083:7,
2083:11, 2083:14,
2083:17, 2084:12,
2089:5, 2089:14,
2090:23, 2091:22,
2093:1, 2093:2,
2093:14, 2093:20,
2093:22, 2095:3,
2103:18, 2105:1,
2105:25, 2110:2,
2110:6, 2110:11,
2110:19, 2110:21,
2110:23, 2111:10,
2111:14, 2117:3,
2118:15
**government's** [3] -
2065:4, 2066:5,
2107:21
**Government's** [10] -
2071:12, 2071:24,
2073:1, 2073:3,

2073:8, 2079:8,
2079:15, 2082:5,
2093:16, 2109:23
**GPS** [9] - 2070:20,
2087:19, 2089:25,
2090:3, 2090:4,
2090:12, 2170:25,
2171:1, 2171:9
**grab** [1] - 2081:24
**grand** [3] - 2070:14,
2070:15, 2078:23
**GRASSO** [2] -
2056:11, 2151:18
**Grasso** [12] - 2151:1,
2151:11, 2151:16,
2151:18, 2155:7,
2155:17, 2157:17,
2164:1, 2164:7,
2164:9, 2175:5,
2178:25
**great** [8] - 2070:9,
2071:4, 2074:25,
2075:17, 2078:7,
2081:6, 2159:4,
2163:19
**Great** [1] - 2073:15
**ground** [1] - 2062:24
**group** [2] - 2141:14,
2160:8
**Group** [1] - 2142:25
**Guard** [1] - 2069:19
**guardrails** [1] -
2057:19
**guess** [3] - 2128:24,
2141:8, 2156:3
**guidance** [1] - 2180:7
**guilty** [1] - 2116:14
**guys..** [1] - 2160:15

**H**

**half** [3] - 2122:1,
2140:12, 2140:21
**halfway** [1] - 2092:11
**hand** [7] - 2057:24,
2057:25, 2111:16,
2118:21, 2135:6,
2151:3, 2154:20
**handed** [2] - 2071:8,
2082:4
**handful** [2] - 2063:8,
2140:5
**handler** [1] - 2162:22
**handling** [8] - 2167:2,
2167:4, 2167:10,
2167:13, 2174:13,
2174:19, 2174:22,
2174:25
**handwriting** [4] -
2127:19, 2128:7,

2140:22, 2140:25
**handwritten** [1] -
2117:10
**happy** [1] - 2059:1
**hard** [4] - 2060:16,
2156:15, 2156:17
**HARDWICK** [1] -
2055:18
**head** [3] - 2123:20,
2138:5, 2139:9
**header** [1] - 2081:9
**headers** [4] - 2075:2,
2075:3, 2084:13
**headquarters** [4] -
2177:8, 2177:9,
2177:11, 2177:12
**heads** [2] - 2167:11,
2167:13
**hear** [1] - 2173:23
**heard** [11] - 2121:11,
2129:1, 2130:2,
2142:12, 2163:13,
2164:9, 2164:11,
2164:20, 2170:24,
2171:1, 2172:21
**hearing** [4] - 2063:14,
2115:2, 2126:8,
2173:13
**hearsay** [2] - 2058:5,
2059:11
**Heide** [2] - 2059:1,
2160:14
**HELD** [1] - 2055:10
**held** [2] - 2063:13,
2115:2
**helicopter** [1] -
2069:18
**hello** [3] - 2151:13,
2158:5, 2163:6
**help** [8] - 2080:8,
2120:16, 2122:17,
2153:14, 2154:23,
2160:3, 2163:7,
2179:22
**helpful** [1] - 2180:15
**hereby** [4] - 2066:21,
2109:25, 2117:5,
2181:3
**HFA** [2] - 2105:8,
2105:23
**hi** [1] - 2160:18
**hierarchy** [1] - 2120:6
**high** [7] - 2120:7,
2132:11, 2133:8,
2149:19, 2149:21,
2156:9, 2172:25
**high-ranking** [1] -
2133:8
**high-up** [1] - 2149:21
**higher** [1] - 2130:23

**highest** [4] - 2109:1,
2125:5, 2126:15,
2127:5
**highest-ranking** [1] -
2126:15
**highlight** [2] - 2095:4,
2096:2
**highlighted** [1] -
2095:10
**highly** [1] - 2061:19
**Hillary** [14] - 2074:3,
2076:10, 2076:24,
2077:15, 2078:3,
2091:20, 2093:8,
2095:15, 2098:7,
2099:11, 2099:16,
2099:21, 2102:14,
2103:11
**himself** [1] - 2118:9
**hold** [1] - 2154:23
**hole** [1] - 2178:9
**home** [1] - 2179:7
**Honor** [69] - 2057:2,
2057:5, 2057:9,
2058:21, 2058:23,
2059:9, 2060:4,
2060:22, 2061:1,
2061:4, 2061:5,
2061:18, 2061:24,
2062:8, 2062:22,
2063:1, 2064:7,
2064:13, 2064:18,
2064:24, 2065:2,
2065:3, 2065:13,
2065:23, 2066:6,
2066:20, 2067:19,
2067:23, 2068:2,
2071:5, 2071:23,
2072:8, 2073:7,
2078:11, 2079:2,
2079:19, 2082:2,
2083:13, 2088:3,
2088:18, 2093:25,
2094:15, 2104:23,
2107:15, 2107:18,
2107:20, 2108:9,
2108:16, 2109:13,
2109:18, 2100:22,
2110:21, 2110:24,
2111:5, 2111:9,
2114:19, 2114:20,
2114:22, 2115:3,
2115:21, 2116:23,
2116:25, 2118:5,
2131:4, 2135:2,
2148:19, 2154:11,
2173:20, 2180:4
**Honor's** [3] - 2061:2,
2062:10, 2062:16
**HONORABLE** [1] -

2055:10
**honored** [1] - 2168:5
**honors** [1] - 2172:22
**hope** [4] - 2066:2,
2157:9, 2160:14,
2172:15
**Hosenball** [1] -
2090:13
**hotel** [1] - 2141:14
**Hotel** [1] - 2142:25
**hour** [3] - 2106:10,
2122:1, 2140:12
**hours** [9] - 2075:14,
2076:12, 2076:25,
2077:17, 2078:4,
2105:10, 2105:24,
2132:13, 2152:11
**House** [6] - 2110:4,
2110:8, 2110:9,
2110:13, 2110:14,
2137:3
**Howell** [1] - 2097:13
**HSPCI** [1] - 2065:14
**human** [2] - 2162:18,
2166:25
**hundreds** [2] -
2072:12, 2082:22
**husher** [1] - 2109:1
**hyphenated** [1] -
2142:15

**I**

**ICAP** [1] - 2135:19
**idea** [3] - 2104:19,
2134:9, 2168:16
**identical** [1] - 2113:12
**identification** [11] -
2071:12, 2072:17,
2078:15, 2079:8,
2082:25, 2083:1,
2087:9, 2093:14,
2110:15, 2117:9,
2154:9
**identified** [1] -
2083:19
**identifying** [1] -
2168:21
**identities** [1] - 2085:21
**identity** [4] - 2167:21,
2168:2, 2175:1,
2175:9
**imagine** [1] - 2173:5
**imply** [1] - 2114:14
**important** [2] -
2061:12, 2134:19
**IN** [1] - 2055:1
**include** [6] - 2070:6,
2084:24, 2084:25,
2096:8, 2155:18,

2165:15
**included** [3] - 2081:1, 2118:9, 2125:13
**includes** [4] - 2080:21, 2085:4, 2136:18, 2165:19
**including** [3] - 2058:17, 2137:24, 2144:6
**incoming** [2] - 2084:23, 2104:6
**incorporated** [1] - 2066:23
**independently** [3] - 2088:24, 2117:23, 2141:15
**indicated** [1] - 2061:4
**indication** [1] - 2150:13
**individual** [3] - 2086:4, 2086:11, 2112:12
**individuals** [3] - 2084:7, 2113:2, 2164:20
**infected** [2] - 2156:12, 2156:23
**influence** [2] - 2117:16, 2170:12
**info** [2] - 2128:13, 2158:11
**inform** [1] - 2179:22
**information** [71] - 2066:24, 2073:25, 2080:15, 2084:2, 2084:25, 2091:4, 2112:4, 2112:12, 2112:21, 2114:1, 2114:7, 2115:11, 2115:24, 2116:10, 2120:16, 2120:17, 2130:4, 2130:5, 2134:18, 2134:20, 2144:6, 2150:7, 2150:8, 2153:23, 2158:15, 2158:20, 2158:23, 2158:24, 2159:3, 2159:5, 2159:6, 2159:14, 2161:8, 2161:20, 2162:21, 2164:21, 2166:7, 2166:11, 2167:19, 2168:15, 2168:21, 2169:23, 2169:25, 2170:3, 2171:19, 2171:21, 2171:25, 2172:2, 2172:14, 2172:17, 2173:22, 2174:6, 2174:13, 2174:17, 2175:7, 2175:14,

2175:18, 2176:3, 2176:24, 2176:25, 2177:1, 2177:3, 2177:4, 2177:7, 2177:10, 2177:25, 2178:4, 2178:9, 2178:16, 2178:21
**initial** [1] - 2162:11
**Inspector** [1] - 2110:18
**instance** [3] - 2164:14, 2167:17, 2174:21
**instead** [3] - 2062:12, 2085:18, 2108:24
**institute** [1] - 2135:18
**intelligence** [4] - 2110:5, 2136:19, 2136:21, 2136:22
**intend** [1] - 2062:11
**intended** [1] - 2062:12
**intends** [1] - 2064:3
**intent** [1] - 2115:21
**intentionally** [2] - 2059:25, 2116:11
**interact** [3] - 2153:13, 2153:24, 2174:10
**interacted** [2] - 2144:14, 2144:18
**interacting** [1] - 2154:3
**interactions** [3] - 2094:24, 2170:8, 2178:20
**interagency** [1] - 2137:3
**interest** [2] - 2158:14, 2160:21
**interference** [1] - 2120:25
**intermediaries** [1] - 2166:18
**internal** [1] - 2067:1
**Internet** [1] - 2067:1
**interpreted** [1] - 2161:25
**interrupt** [1] - 2064:15
**intervention** [1] - 2057:17
**interview** [2] - 2070:5, 2070:7
**interviewed** [1] - 2061:10
**introduce** [2] - 2063:7, 2108:21
**investigating** [6] - 2153:3, 2159:16, 2160:8, 2162:25, 2172:1, 2176:13
**Investigation** [4] - 2109:20, 2154:14,

2155:9, 2155:10
**investigation** [28] - 2061:12, 2074:19, 2083:20, 2121:8, 2126:24, 2127:7, 2139:15, 2139:16, 2139:17, 2141:12, 2142:10, 2147:2, 2153:24, 2154:15, 2155:12, 2155:21, 2156:10, 2156:21, 2159:10, 2159:13, 2159:16, 2160:4, 2169:6, 2169:17, 2173:24, 2174:3, 2174:4
**investigations** [10] - 2117:15, 2120:25, 2121:3, 2126:14, 2126:16, 2139:12, 2139:25, 2147:4, 2153:25, 2165:12
**investigators** [2] - 2084:8, 2171:17
**invitation** [1] - 2146:9
**invite** [1] - 2123:15
**involved** [4] - 2062:13, 2126:4, 2126:15, 2153:3
**involvement** [1] - 2173:24
**involving** [4] - 2142:10, 2158:12, 2159:24, 2165:13
**IP** [7] - 2158:13, 2158:17, 2169:3, 2169:4, 2169:8, 2177:3, 2177:4
**Isikoff** [1] - 2089:24
**issue** [8] - 2063:18, 2065:10, 2065:13, 2065:16, 2074:9, 2076:13, 2108:22, 2150:14
**issued** [1] - 2070:11
**issues** [6] - 2061:9, 2065:5, 2108:17, 2109:10, 2124:2, 2159:11
**itself** [2] - 2061:19, 2100:6
**IV** [1] - 2055:13

## J

**James** [12] - 2086:20, 2087:4, 2104:7, 2110:7, 2110:12, 2110:16, 2118:10, 2124:15, 2124:18, 2125:7, 2133:14

**January** [1] - 2120:1
**JB-05** [2] - 2110:15, 2110:22
**JCC** [2] - 2123:9, 2125:9
**Jeff** [1] - 2126:19
**Jim** [21] - 2087:3, 2118:12, 2134:4, 2134:8, 2143:2, 2143:16, 2143:21, 2143:23, 2144:7, 2144:8, 2144:9, 2144:12, 2144:13, 2146:21, 2147:13, 2147:16, 2148:2, 2148:6, 2148:10, 2148:16
**job** [2] - 2120:15, 2120:16
**Joffe** [74] - 2057:24, 2058:6, 2059:5, 2067:8, 2082:11, 2084:5, 2086:4, 2086:16, 2089:10, 2096:19, 2097:3, 2097:5, 2097:11, 2097:12, 2097:13, 2097:14, 2102:16, 2103:13, 2152:13, 2153:17, 2153:20, 2154:5, 2154:18, 2155:19, 2155:25, 2156:7, 2158:21, 2158:23, 2159:9, 2162:17, 2162:20, 2163:17, 2165:3, 2165:4, 2165:8, 2165:12, 2165:25, 2166:6, 2166:13, 2166:20, 2166:24, 2167:7, 2167:20, 2167:25, 2168:16, 2168:22, 2169:7, 2169:22, 2170:1, 2170:6, 2170:8, 2170:10, 2170:11, 2170:17, 2170:24, 2171:9, 2171:12, 2171:16, 2172:19, 2172:21, 2173:5, 2173:22, 2174:5, 2174:12, 2174:21, 2175:7, 2175:12, 2176:2, 2176:18, 2177:3, 2177:22, 2178:8, 2178:15
**Joffe's** [2] - 2067:11, 2083:25
**jog** [2] - 2127:23, 2141:5

**John** [1] - 2137:18
**joint** [2] - 2110:8, 2110:13
**Jonathan** [1] - 2057:7
**JONATHAN** [1] - 2055:13
**JR** [1] - 2151:8
**jr** [1] - 2151:16
**Judge** [2] - 2115:25, 2116:12
**JUDGE** [1] - 2055:10
**judge** [1] - 2132:17
**judgment** [2] - 2114:15, 2115:4
**judicial** [1] - 2065:17
**judiciary** [2] - 2110:8, 2110:13
**July** [3] - 2076:2, 2076:4, 2110:16
**jurors** [1] - 2060:14
**jury** [41] - 2058:3, 2058:15, 2060:14, 2063:9, 2065:25, 2066:18, 2070:14, 2070:15, 2073:17, 2073:24, 2075:3, 2076:6, 2076:20, 2077:11, 2077:25, 2078:23, 2080:8, 2080:14, 2081:21, 2085:17, 2088:11, 2089:4, 2090:14, 2091:4, 2093:6, 2097:1, 2108:3, 2109:7, 2111:2, 2111:6, 2115:2, 2116:13, 2123:18, 2141:2, 2153:1, 2153:7, 2157:17, 2159:21, 2160:25, 2179:17
**JURY** [1] - 2055:9
**Justice** [31] - 2068:20, 2068:25, 2110:17, 2117:7, 2119:13, 2119:14, 2119:16, 2119:19, 2120:6, 2123:10, 2123:23, 2123:24, 2125:19, 2126:1, 2126:5, 2126:15, 2126:20, 2134:15, 2134:16, 2134:18, 2135:23, 2136:9, 2136:11, 2136:18, 2137:23, 2138:7, 2138:10, 2139:10, 2149:22, 2149:25, 2150:3
**Justice's** [1] - 2117:14

## K

**keep** [8] - 2058:19, 2060:16, 2068:14, 2088:15, 2088:25, 2109:5, 2171:19, 2175:8
**keeper** [6] - 2074:5, 2075:12, 2076:11, 2076:25, 2077:16, 2078:4
**KEILTY** [85] - 2055:13, 2057:5, 2058:21, 2062:8, 2062:22, 2063:1, 2063:3, 2064:18, 2064:24, 2065:2, 2065:7, 2065:9, 2065:13, 2065:15, 2065:20, 2065:23, 2066:6, 2066:20, 2067:23, 2068:8, 2071:5, 2071:23, 2072:7, 2072:9, 2073:7, 2073:12, 2073:16, 2074:10, 2076:4, 2076:18, 2077:9, 2077:23, 2078:8, 2078:11, 2079:2, 2079:19, 2080:8, 2082:1, 2083:13, 2086:1, 2086:23, 2087:6, 2088:3, 2088:18, 2089:1, 2089:5, 2089:13, 2089:18, 2089:22, 2090:1, 2090:5, 2090:14, 2091:1, 2091:21, 2092:11, 2092:21, 2092:25, 2093:25, 2094:4, 2094:15, 2096:23, 2098:24, 2104:23, 2104:25, 2105:3, 2105:17, 2106:18, 2106:21, 2106:24, 2107:3, 2107:15, 2107:20, 2108:9, 2108:12, 2109:13, 2109:18, 2114:20, 2114:22, 2118:17, 2131:4, 2131:6, 2134:10, 2141:21, 2144:21, 2148:19
**Keilty** [8] - 2057:6, 2066:10, 2068:10, 2072:4, 2088:17, 2109:12, 2131:9, 2145:2
**Keilty)........................
.......... [4] - 2056:4,

2056:5, 2056:7, 2056:9
**Keith** [7] - 2158:8, 2159:20, 2159:21, 2159:22, 2160:1, 2160:3, 2160:6
**kind** [4] - 2162:2, 2169:19, 2169:20, 2173:14
**kinds** [2] - 2138:12, 2172:5
**knowing** [3] - 2116:8, 2142:10, 2143:10
**knowledge** [6] - 2058:5, 2071:18, 2148:13, 2148:15, 2148:18, 2152:13
**known** [1] - 2164:9
**KORI** [3] - 2056:3, 2068:6, 2068:12
**Kori** [2] - 2067:24, 2068:12

## L

**lack** [1] - 2060:5
**ladies** [7] - 2066:1, 2066:9, 2088:10, 2107:24, 2109:8, 2109:16, 2114:23
**large** [2] - 2088:18, 2133:9
**last** [4] - 2062:8, 2063:3, 2063:17, 2064:18, 2075:15, 2081:16, 2119:7, 2119:20, 2120:2, 2129:9, 2136:1, 2140:10, 2140:11, 2151:16
**lasted** [1] - 2121:25
**late** [3] - 2066:2, 2128:13, 2152:14
**LATHAM** [1] - 2055:19
**Lauren** [1] - 2065:24
**law** [10] - 2069:22, 2098:15, 2100:6, 2101:5, 2102:18, 2103:15, 2135:20, 2136:23, 2153:10
**laws** [1] - 2137:2
**lawyer** [2] - 2067:6, 2166:18
**lawyers** [5] - 2058:12, 2074:14, 2114:10, 2147:25, 2171:17
**lead** [2] - 2094:9, 2141:16
**lead-in** [1] - 2141:16
**leaders** [10] - 2126:1,

2126:2, 2134:14, 2134:16, 2134:18, 2138:6, 2138:9, 2138:10, 2149:24, 2149:25
**leadership** [8] - 2120:17, 2122:16, 2124:19, 2124:23, 2124:25, 2126:5, 2126:6, 2134:20
**leading** [2] - 2119:20, 2160:8
**learning** [1] - 2173:13
**least** [5] - 2058:7, 2107:5, 2143:13, 2161:9, 2180:12
**leave** [3] - 2081:21, 2091:22, 2119:25
**left** [18] - 2075:4, 2075:18, 2076:7, 2081:10, 2081:17, 2084:15, 2085:16, 2091:6, 2097:2, 2113:7, 2113:9, 2113:10, 2113:13, 2130:21, 2136:6, 2137:19, 2138:4, 2154:20
**left-hand** [1] - 2154:20
**legal** [3] - 2067:9, 2067:12, 2089:8
**Leigh** [5] - 2080:22, 2081:5, 2089:16, 2105:5, 2105:20
**length** [2] - 2104:10, 2104:18
**Leslie** [1] - 2080:18
**less** [1] - 2106:10
**letter** [7] - 2058:18, 2089:8, 2089:11, 2155:5, 2155:6, 2155:14, 2155:15
**level** [2] - 2109:1, 2156:9
**Lichtblau** [2] - 2086:11, 2087:1
**life** [1] - 2176:3
**light** [2] - 2060:4, 2060:5
**likely** [1] - 2058:11
**limine** [2] - 2061:2, 2062:1
**line** [10] - 2058:25, 2080:23, 2122:20, 2129:7, 2142:19, 2142:23, 2143:1, 2144:3, 2144:5, 2145:1
**lines** [2] - 2128:14, 2142:4

**link** [2] - 2057:23, 2058:9
**linked** [1] - 2156:13
**Lisa** [1] - 2055:22
**LISA** [1] - 2181:3
**list** [4] - 2059:14, 2089:2, 2123:15, 2133:6
**listed** [12] - 2076:25, 2077:16, 2078:4, 2093:18, 2094:6, 2094:12, 2101:21, 2102:22, 2122:11, 2123:12, 2123:18, 2125:15
**literally** [1] - 2130:11
**living** [2] - 2119:8, 2135:17
**LLP** [2] - 2055:19, 2067:3
**locate** [2] - 2160:3
**location** [3] - 2080:24, 2081:16, 2123:9
**look** [24] - 2072:19, 2074:18, 2075:24, 2079:9, 2080:1, 2080:3, 2081:22, 2085:24, 2086:13, 2088:14, 2090:23, 2091:21, 2099:15, 2104:17, 2116:5, 2127:16, 2127:17, 2154:19, 2155:2, 2160:11, 2164:22, 2169:19, 2179:22, 2180:12
**looked** [5] - 2116:10, 2139:21, 2140:5, 2140:6, 2141:4
**looking** [10] - 2083:20, 2090:11, 2093:2, 2104:18, 2122:10, 2123:13, 2127:21, 2128:21, 2132:16, 2139:21
**looks** [2] - 2102:22, 2106:4
**loop** [1] - 2102:24
**Lunch** [1] - 2180:18
**lunch** [14] - 2100:22, 2101:3, 2101:7, 2101:10, 2101:12, 2101:14, 2101:16, 2102:23, 2102:25, 2103:1, 2179:14, 2179:16, 2179:19
**lunches** [1] - 2166:21

## M

**M-c-C-O-R-D** [1] - 2135:16
**ma'am** [4] - 2068:1, 2118:3, 2118:20, 2135:4
**main** [1] - 2174:18
**majority** [1] - 2067:9
**malware** [1] - 2156:11
**manner** [1] - 2059:18
**Manos** [1] - 2059:5
**map** [5] - 2093:17, 2094:5, 2098:9, 2100:16
**Marc** [2] - 2080:18, 2081:4
**Marc's** [1] - 2080:24
**Marc/Michael** [1] - 2080:23
**March** [22] - 2115:13, 2117:11, 2117:12, 2121:7, 2123:1, 2123:8, 2126:19, 2127:12, 2128:2, 2131:20, 2132:21, 2134:7, 2139:18, 2141:5, 2142:3, 2142:9, 2142:11, 2145:7, 2147:22, 2149:12, 2155:15
**Mark** [1] - 2090:13
**marked** [14] - 2067:15, 2071:10, 2071:12, 2072:16, 2078:15, 2079:8, 2082:25, 2087:8, 2093:14, 2110:15, 2110:19, 2110:22, 2117:9, 2154:8
**MARY** [3] - 2056:8, 2135:9, 2135:16
**Mary** [5] - 2118:12, 2123:18, 2124:6, 2135:2, 2135:16
**mask** [2] - 2118:25, 2135:5, 2151:7
**matched** [1] - 2085:9
**materiality** [3] - 2061:9, 2115:25, 2116:1
**materials** [3] - 2105:8, 2106:13, 2168:23
**math** [2] - 2103:24, 2147:25
**matter** [21] - 2070:12, 2070:17, 2074:4, 2075:10, 2076:10, 2076:24, 2077:15, 2093:9, 2143:15,

2158:9, 2159:13, 2160:9, 2163:14, 2163:16, 2165:14, 2169:13, 2169:15, 2170:9, 2170:15, 2172:3, 2174:7
**mattered** [2] - 2116:3, 2116:9
**matters** [14] - 2067:4, 2109:11, 2153:11, 2159:24, 2165:6, 2166:1, 2166:4, 2167:7, 2167:16, 2170:11, 2172:10, 2172:23, 2173:25
**McCabe** [10] - 2118:11, 2125:3, 2146:16, 2146:23, 2147:18, 2148:5, 2148:14, 2148:16, 2148:24, 2149:11
**McCord** [14] - 2056:8, 2118:12, 2123:19, 2135:3, 2135:9, 2135:14, 2135:16, 2135:17, 2144:22, 2146:7, 2147:8, 2147:20, 2148:22, 2150:19
**mean** [25] - 2058:24, 2112:23, 2113:9, 2114:14, 2121:22, 2122:8, 2122:14, 2123:15, 2126:3, 2126:17, 2127:25, 2128:1, 2130:8, 2131:2, 2132:11, 2132:21, 2133:19, 2134:19, 2137:13, 2141:8, 2141:11, 2147:25, 2160:20, 2177:13, 2177:18
**meaning** [1] - 2178:16
**means** [2] - 2143:17, 2163:14
**media** [4] - 2129:21, 2130:16, 2144:6, 2173:19
**meet** [8] - 2112:19, 2112:20, 2118:20, 2121:21, 2140:8, 2140:14, 2166:18, 2166:21
**Meeting** [1] - 2077:1
**meeting** [89] - 2077:2, 2077:3, 2077:4, 2095:24, 2096:10, 2097:12, 2097:16, 2097:22, 2098:2, 2099:11, 2099:23,

2100:23, 2101:4, 2101:6, 2101:10, 2101:11, 2101:15, 2101:17, 2102:1, 2102:25, 2107:13, 2112:15, 2112:20, 2117:11, 2117:13, 2117:18, 2117:22, 2117:23, 2118:9, 2121:23, 2121:25, 2122:7, 2123:14, 2126:9, 2127:12, 2127:24, 2128:1, 2128:2, 2131:20, 2131:23, 2132:9, 2132:17, 2133:1, 2133:4, 2133:7, 2133:9, 2133:11, 2133:12, 2133:15, 2133:18, 2133:25, 2134:3, 2134:6, 2134:8, 2138:14, 2138:15, 2138:18, 2139:19, 2139:20, 2139:23, 2141:4, 2141:9, 2145:7, 2145:10, 2145:11, 2145:20, 2145:24, 2146:2, 2146:3, 2146:7, 2146:11, 2146:13, 2146:24, 2146:25, 2147:5, 2147:10, 2147:11, 2147:16, 2147:22, 2148:2, 2148:6, 2148:10, 2148:15, 2148:16, 2148:25, 2149:6, 2149:7, 2149:22
**Meeting/FBI** [3] - 2099:4, 2099:25, 2100:3
**meeting/FBI** [1] - 2099:8
**meetings** [14] - 2077:17, 2077:18, 2077:19, 2096:2, 2122:15, 2126:1, 2126:4, 2132:11, 2137:3, 2138:6, 2138:9, 2138:13, 2139:24, 2166:22
**meets** [1] - 2097:16
**members** [3] - 2084:6, 2117:13, 2133:8
**memory** [6] - 2127:23, 2130:10, 2141:5, 2146:2, 2146:8, 2149:5
**mentioned** [5] -

2075:18, 2109:17, 2114:5, 2140:4, 2148:23
**message** [1] - 2084:25
**met** [12] - 2121:22, 2131:11, 2131:12, 2131:14, 2131:17, 2140:10, 2145:4, 2148:4, 2151:21, 2152:2, 2153:21, 2176:1
**MICHAEL** [3] - 2055:6, 2055:13, 2055:17
**Michael** [28] - 2057:4, 2057:6, 2067:5, 2080:22, 2081:5, 2082:16, 2084:17, 2086:8, 2086:11, 2086:16, 2086:20, 2087:1, 2089:12, 2089:16, 2089:20, 2089:24, 2091:8, 2093:10, 2099:6, 2099:7, 2104:6, 2104:7, 2105:5, 2105:20, 2110:3, 2148:3, 2148:4, 2148:6
**might** [15] - 2059:15, 2060:25, 2092:15, 2107:20, 2125:19, 2132:17, 2138:16, 2143:13, 2146:5, 2147:17, 2162:2, 2172:17, 2177:23, 2177:25, 2179:23
**Mike** [3] - 2057:10, 2131:9, 2145:2
**Mikhail** [2] - 2129:2, 2142:21, 2143:14
**million** [1] - 2156:23
**mine** [1] - 2153:21
**minimal** [1] - 2060:13
**minutes** [4] - 2104:12, 2108:4, 2122:1, 2140:12
**mischief** [1] - 2156:16
**miss** [1] - 2158:7
**missing** [1] - 2177:5
**misspelled** [1] - 2143:14
**moment** [4] - 2114:20, 2118:4, 2142:1, 2148:23
**Monday** [2] - 2105:6, 2105:21, 2151:23
**month** [2] - 2106:5
**months** [3] - 2132:22, 2134:7, 2147:22
**MOREIRA** [1] - 2181:3

**Moreira** [2] - 2055:22, 2181:10
**MORNING** [1] - 2055:6
**morning** [21] - 2057:5, 2057:8, 2057:9, 2057:12, 2063:17, 2065:4, 2065:5, 2068:1, 2068:2, 2068:9, 2068:10, 2094:19, 2094:20, 2107:21, 2107:25, 2119:4, 2131:7, 2131:8, 2135:12, 2135:13, 2151:21
**most** [6] - 2057:20, 2108:17, 2114:17, 2138:21, 2170:10, 2176:20
**mostly** [2] - 2071:2, 2087:25
**motion** [9] - 2060:24, 2061:2, 2065:4, 2065:9, 2108:25, 2109:3, 2116:17, 2179:21, 2180:3
**motions** [2] - 2061:25, 2065:4
**motive** [1] - 2172:7
**move** [14] - 2067:19, 2071:24, 2073:8, 2079:2, 2079:19, 2083:13, 2088:3, 2093:25, 2115:4, 2141:19, 2154:10, 2157:3, 2157:4, 2157:11
**moved** [14] - 2067:22, 2072:3, 2073:11, 2079:6, 2079:22, 2083:16, 2088:9, 2094:3, 2096:24, 2098:25, 2111:8, 2118:18, 2141:22, 2154:12
**moving** [3] - 2088:20, 2092:21, 2109:6
**MR** [167] - 2057:5, 2057:9, 2058:21, 2058:22, 2059:4, 2059:9, 2060:22, 2062:6, 2062:8, 2062:22, 2063:1, 2063:3, 2064:7, 2064:13, 2064:18, 2064:24, 2065:2, 2065:7, 2065:9, 2065:13, 2065:15, 2065:20, 2065:23, 2066:6, 2066:20, 2067:21, 2067:23,

2068:8, 2071:5, 2071:23, 2072:2, 2072:7, 2072:9, 2073:7, 2073:10, 2073:12, 2073:16, 2074:10, 2076:4, 2076:18, 2077:9, 2077:23, 2078:8, 2078:11, 2079:2, 2079:5, 2079:19, 2079:21, 2080:8, 2082:1, 2083:13, 2083:15, 2086:1, 2086:23, 2087:6, 2088:3, 2088:8, 2088:18, 2089:1, 2089:5, 2089:13, 2089:18, 2089:22, 2090:1, 2090:5, 2090:14, 2091:1, 2091:21, 2092:11, 2092:21, 2092:25, 2093:25, 2094:2, 2094:4, 2094:15, 2094:18, 2095:2, 2096:12, 2096:22, 2096:23, 2096:25, 2098:4, 2098:11, 2098:19, 2098:22, 2098:24, 2099:1, 2100:10, 2103:17, 2103:20, 2103:25, 2104:22, 2104:23, 2104:25, 2105:3, 2105:17, 2106:18, 2106:21, 2106:24, 2107:3, 2107:15, 2107:20, 2108:9, 2108:12, 2108:16, 2109:3, 2109:13, 2109:18, 2109:22, 2110:24, 2111:5, 2111:9, 2111:13, 2111:20, 2114:20, 2114:22, 2115:3, 2116:19, 2116:23, 2117:3, 2118:5, 2118:8, 2118:17, 2119:3, 2121:15, 2125:24, 2127:14, 2128:5, 2131:3, 2131:4, 2131:6, 2134:10, 2134:12, 2134:21, 2135:2, 2135:11, 2140:17, 2140:20, 2141:18, 2141:21, 2141:23, 2144:19, 2144:21, 2148:19, 2148:21, 2150:12, 2150:18, 2151:1, 2151:10,

2154:10, 2154:11,
2155:3, 2157:6,
2157:9, 2157:16,
2160:10, 2163:25,
2164:6, 2173:20,
2175:2, 2175:4,
2178:24, 2179:10,
2179:20, 2179:25,
2180:4, 2180:9
**Mularski** [1] - 2159:22
**multiple** [3] - 2105:9,
2124:20, 2147:2
**Multiple** [1] - 2077:17
**must** [1] - 2066:14

**N**

**N.W** [2] - 2092:24,
2094:13
**Nakashima** [2] -
2085:13, 2086:8
**Name** [1] - 2067:2
**name** [23] - 2068:11,
2084:17, 2085:5,
2091:6, 2099:3,
2099:4, 2100:4,
2119:5, 2119:6,
2119:7, 2125:16,
2131:9, 2135:14,
2143:11, 2143:12,
2145:2, 2151:11,
2151:14, 2151:16,
2167:5, 2171:20
**named** [3] - 2086:4,
2086:11, 2153:17
**names** [2] - 2085:8,
2123:17
**Nancy** [1] - 2089:20
**Natalie** [1] - 2057:10
**NATALIE** [1] - 2055:18
**Nathaniel** [1] -
2125:11
**nation** [3] - 2136:15,
2165:15, 2165:16
**National** [10] -
2069:19, 2123:20,
2123:22, 2123:25,
2124:5, 2136:8,
2136:10, 2136:12,
2138:5, 2139:9
**national** [8] - 2119:22,
2119:23, 2124:2,
2136:3, 2136:5,
2136:25, 2137:4,
2153:5
**nature** [6] - 2060:17,
2062:21, 2070:8,
2071:3, 2126:8,
2156:10
**NCFTA** [2] - 2153:9,

2168:19
**nearly** [1] - 2135:24
**necessarily** [1] -
2058:5
**need** [2] - 2096:14,
2108:18
**needs** [1] - 2114:11
**nefarious** [1] -
2141:13
**negative** [1] - 2114:9
**neglected** [1] -
2145:19
**Neustar** [10] - 2066:23,
2066:25, 2067:4,
2067:7, 2067:9,
2067:10, 2067:13,
2155:16, 2155:18
**never** [16] - 2060:20,
2061:15, 2131:17,
2137:22, 2140:10,
2145:4, 2148:4,
2166:17, 2169:22,
2171:12, 2172:19,
2173:5, 2174:5,
2174:8
**nevertheless** [1] -
2058:8
**New** [5] - 2055:20,
2130:15, 2144:7,
2158:12
**new** [1] - 2093:11
**news** [1] - 2089:21
**News** [1] - 2142:7
**next** [35] - 2064:16,
2066:5, 2075:6,
2075:8, 2075:10,
2075:12, 2075:14,
2081:12, 2081:13,
2081:14, 2081:15,
2084:19, 2084:21,
2085:2, 2090:16,
2090:23, 2091:21,
2091:25, 2092:2,
2099:15, 2100:1,
2103:22, 2107:21,
2124:4, 2128:14,
2129:7, 2142:23,
2143:1, 2144:3,
2144:5, 2155:15,
2160:17, 2163:4
**nice** [2] - 2066:2,
2150:24
**Nichols** [5] - 2080:22,
2081:5, 2089:17,
2105:5, 2105:20
**night** [4] - 2063:3,
2063:17, 2140:10,
2140:11
**nominate** [4] - 2154:5,
2155:8, 2155:12,

2155:24
**nominated** [1] -
2154:18
**nominating** [1] -
2155:19
**Nomination** [1] -
2154:20
**none** [1] - 2169:7
**nonprofit** [1] - 2153:9
**noon** [1] - 2144:25
**normal** [1] - 2174:16
**normally** [2] -
2146:12, 2170:10
**Northeast** [1] -
2055:15
**note** [2] - 2065:3,
2130:21
**notes** [54] - 2070:7,
2081:1, 2081:15,
2115:13, 2117:10,
2117:18, 2117:19,
2117:24, 2117:25,
2118:8, 2126:4,
2126:10, 2127:11,
2127:16, 2127:17,
2127:21, 2128:1,
2128:7, 2130:18,
2131:2, 2131:20,
2132:1, 2132:5,
2132:16, 2133:19,
2138:12, 2138:16,
2138:22, 2139:1,
2139:2, 2139:3,
2139:4, 2139:5,
2139:21, 2139:22,
2140:6, 2141:1,
2141:4, 2141:7,
2141:17, 2141:25,
2145:14, 2145:19,
2145:20, 2146:1,
2146:9, 2147:3,
2149:10, 2150:10,
2150:13, 2181:5
**nothing** [4] - 2063:23,
2111:18, 2134:10,
2178:24
**notice** [8] - 2065:17,
2085:17, 2122:5,
2122:7, 2122:11,
2122:18, 2122:19,
2123:6
**November** [3] -
2105:21, 2106:14,
2176:2
**Novick** [3] - 2058:5,
2062:9, 2062:15
**Novick's** [2] - 2057:22,
2062:13
**number** [32] - 2061:2,
2063:6, 2063:7,

2075:19, 2083:25,
2084:3, 2085:2,
2085:4, 2085:5,
2085:7, 2085:9,
2085:16, 2088:18,
2091:14, 2091:15,
2098:17, 2107:9,
2115:15, 2120:8,
2120:9, 2120:14,
2120:20, 2123:12,
2137:6, 2137:8,
2149:15, 2165:4,
2165:12, 2166:9,
2166:11, 2175:6
**numbers** [7] - 2072:6,
2075:5, 2084:7,
2084:10, 2084:11,
2084:16, 2085:18
**numerous** [1] -
2172:21
**NW** [2] - 2055:23,
2181:12
**NY** [1] - 2055:20
**NYT** [2] - 2129:22,
2130:13

**O**

**object** [1] - 2059:16
**objected** [1] - 2150:15
**objection** [18] -
2058:12, 2067:21,
2072:2, 2073:10,
2079:5, 2079:21,
2083:15, 2088:8,
2094:2, 2096:23,
2098:24, 2110:24,
2110:25, 2118:16,
2118:17, 2141:21,
2154:11, 2173:20
**objectives** [1] -
2114:11
**obtain** [1] - 2070:2
**obtained** [7] -
2071:17, 2071:21,
2082:10, 2087:18,
2087:20, 2087:21,
2092:9
**obvious** [1] - 2104:17
**obviously** [7] -
2057:18, 2058:6,
2062:11, 2063:23,
2112:14, 2122:9,
2125:13
**occasion** [1] - 2140:9
**occasionally** [2] -
2166:23, 2167:7
**occasions** [3] -
2166:9, 2166:12,
2167:12
**occurred** [3] -

2117:11, 2117:22,
2127:12
**October** [10] - 2110:7,
2110:12, 2136:4,
2137:20, 2138:3,
2152:14, 2157:19,
2160:16, 2161:1,
2162:17
**OF** [4] - 2055:1,
2055:3, 2055:9,
2181:1
**offer** [2] - 2096:22,
2098:22
**offered** [1] - 2067:1
**offers** [1] - 2110:21
**office** [26] - 2087:25,
2093:18, 2100:22,
2101:3, 2101:7,
2101:10, 2101:11,
2101:13, 2101:14,
2101:16, 2101:25,
2102:9, 2102:23,
2119:23, 2120:9,
2120:18, 2124:19,
2124:23, 2124:25,
2125:13, 2125:21,
2136:18, 2158:7,
2159:23, 2166:15
**Office** [6] - 2069:3,
2069:5, 2069:8,
2069:12, 2110:17,
2136:1
**OFFICE** [1] - 2055:14
**office)** [1] - 2101:23
**OFFICIAL** [1] - 2181:1
**official** [2] - 2127:6,
2181:11
**Official** [1] - 2055:22
**officials** [2] - 2132:12
**often** [1] - 2126:7
**oligarch** [2] - 2129:3,
2142:22
**one** [54] - 2057:24,
2058:23, 2059:7,
2061:2, 2062:8,
2064:18, 2065:19,
2066:17, 2073:22,
2080:12, 2084:17,
2090:7, 2095:10,
2096:17, 2098:4,
2100:18, 2101:20,
2102:7, 2103:5,
2103:7, 2103:17,
2103:21, 2104:2,
2104:10, 2107:6,
2109:16, 2112:2,
2112:24, 2113:15,
2114:20, 2119:20,
2121:23, 2121:25,
2122:18, 2125:24,

2126:13, 2137:8,
2138:15, 2149:9,
2154:5, 2155:15,
2156:22, 2158:2,
2158:13, 2159:19,
2161:3, 2161:9,
2163:3, 2163:12,
2163:17, 2165:21,
2174:17, 2177:21
**ongoing** [2] - 2159:10,
2169:6
**open** [3] - 2159:13,
2159:16, 2172:9
**opened** [1] - 2142:21
**opportunity** [1] -
2062:15
**oppose** [1] - 2060:23
**opposes** [1] - 2180:3
**opposition** [1] -
2171:13
**or..** [1] - 2166:15
**oral** [2] - 2108:13,
2109:14
**order** [5] - 2061:25,
2064:5, 2073:17,
2150:8, 2164:21
**organization** [2] -
2121:9, 2129:13
**Organization** [1] -
2129:8
**organizations** [1] -
2144:6
**organize** [3] - 2070:2,
2070:4, 2070:23
**organizer** [1] -
2122:11
**orient** [2] - 2123:18,
2130:19
**origin** [1] - 2084:25
**original** [1] - 2160:17
**originally** [1] -
2164:15
**otherwise** [1] -
2176:16
**outgoing** [1] - 2084:23
**outlines** [1] - 2169:20
**outside** [3] - 2063:14,
2115:2, 2118:3
**Outstanding** [1] -
2155:10
**outstanding** [1] -
2154:15
**overseeing** [1] -
2127:6
**oversight** [3] -
2110:10, 2110:14,
2172:9
**overview** [1] - 2109:1
**own** [1] - 2112:4
**owner** [2] - 2091:8,

2099:5

# P

**p.m** [5] - 2080:20,
2081:1, 2179:15,
2180:18
**pace** [1] - 2068:14
**Pack** [1] - 2092:13
**pack** [1] - 2092:19
**package** [1] - 2145:21
**Page** [6] - 2096:13,
2100:10, 2111:14,
2111:15, 2111:21,
2128:5
**PAGE** [1] - 2056:2
**page** [9] - 2096:17,
2100:2, 2101:9,
2103:22, 2107:4,
2130:18, 2146:13,
2149:9, 2155:15
**pages** [7] - 2072:12,
2082:20, 2092:7,
2108:18, 2108:20,
2127:22, 2180:10
**paper** [4] - 2061:23,
2077:2, 2077:18,
2160:21
**paralegal** [4] -
2068:20, 2068:21,
2069:11, 2070:22
**parameters** [1] -
2063:5
**paraphrase** [1] -
2161:20
**part** [20] - 2057:20,
2065:18, 2090:9,
2092:18, 2093:7,
2098:14, 2123:22,
2124:5, 2129:9,
2141:11, 2142:8,
2145:21, 2150:2,
2153:5, 2153:11,
2156:4, 2156:6,
2157:6, 2171:18,
2171:24
**parte** [2] - 2063:16,
2063:21
**participate** [1] -
2126:22
**particular** [10] -
2068:24, 2077:12,
2078:18, 2079:25,
2084:7, 2085:9,
2092:5, 2127:25,
2142:13, 2173:9
**particularly** [1] -
2115:13
**parties** [16] - 2063:3,
2064:19, 2065:5,

2066:6, 2066:10,
2066:18, 2066:22,
2067:18, 2070:3,
2085:23, 2108:12,
2109:9, 2109:13,
2109:18, 2110:1,
2117:6
**parties'** [1] - 2061:25
**partner** [2] - 2153:20
**parts** [1] - 2164:21
**party** [1] - 2173:10
**pass** [1] - 2059:8
**passed** [6] - 2158:20,
2162:24, 2169:10,
2170:14, 2171:25,
2172:13
**passwords** [1] -
2156:17
**past** [1] - 2178:3
**Paul** [1] - 2167:6
**Pause** [8] - 2081:23,
2090:6, 2090:15,
2090:18, 2090:21,
2091:24, 2092:1,
2114:21
**Pennsylvania** [2] -
2152:8, 2153:6
**people** [17] - 2070:5,
2085:22, 2121:5,
2133:1, 2133:4,
2133:6, 2138:20,
2139:6, 2146:6,
2149:2, 2149:21,
2156:6, 2160:3,
2162:24, 2163:2,
2167:21, 2167:24,
2169:10, 2170:2,
2170:15, 2171:25,
2172:17, 2174:18,
2175:8, 2176:13,
2176:22
**people's** [1] - 2175:19
**perhaps** [1] - 2061:5
**period** [9] - 2067:5,
2067:8, 2097:5,
2120:21, 2120:23,
2139:11, 2152:15,
2152:23, 2173:4
**Perkins** [19] - 2067:3,
2067:6, 2067:12,
2070:20, 2071:17,
2071:21, 2078:20,
2080:12, 2087:18,
2087:21, 2089:10,
2091:3, 2092:9,
2093:5, 2093:18,
2094:5, 2095:8,
2098:15
**permanent** [1] -
2110:4

**person** [16] - 2084:10,
2085:5, 2120:10,
2123:18, 2126:15,
2137:10, 2137:18,
2149:15, 2150:6,
2158:14, 2160:7,
2160:21, 2162:5,
2166:21, 2174:18,
2178:12
**personal** [3] -
2148:18, 2175:13,
2175:23
**personally** [1] -
2178:19
**perspective** [1] -
2178:15
**pertained** [1] -
2067:10
**pertains** [1] - 2064:8
**Pete** [1] - 2146:19
**Peter** [5] - 2089:24,
2090:3, 2090:12,
2118:11, 2124:13
**phone** [25] - 2071:3,
2082:10, 2083:5,
2084:3, 2084:21,
2085:3, 2085:5,
2085:9, 2086:4,
2086:7, 2086:10,
2086:16, 2086:19,
2086:25, 2087:3,
2103:19, 2104:2,
2104:13, 2104:18,
2104:19, 2158:25,
2159:19, 2163:1,
2175:12
**phrasing** [1] - 2143:25
**pick** [1] - 2083:22
**piece** [2] - 2156:11,
2177:5
**pieces** [1] - 2147:1
**Pittsburgh** [3] -
2153:6, 2159:23,
2168:19
**place** [2] - 2131:20,
2158:7
**places** [1] - 2100:13
**Plaintiff** [1] - 2055:4
**plan** [1] - 2064:19
**planning** [1] - 2063:8
**plausible** [2] - 2059:6,
2059:12
**played** [1] - 2127:1
**plays** [1] - 2124:11
**plenty** [1] - 2058:15
**PNY** [2] - 2092:13,
2092:19
**POC** [1] - 2154:20
**point** [10] - 2108:8,
2115:3, 2137:8,

2149:3, 2149:16,
2150:14, 2154:5,
2156:13, 2159:1,
2180:9
**points** [1] - 2139:14
**policies** [1] - 2137:2
**policy** [1] - 2136:23
**political** [10] -
2062:14, 2074:5,
2170:18, 2170:22,
2172:3, 2172:7,
2173:7, 2173:10,
2173:14
**Political** [5] - 2076:10,
2076:24, 2077:15,
2078:3, 2093:9
**politically** [1] -
2177:16
**politics** [2] - 2173:5,
2177:15
**pore** [1] - 2058:16
**portion** [12] - 2096:14,
2098:13, 2099:2,
2127:16, 2128:6,
2145:20, 2146:17,
2148:24, 2149:6,
2149:7, 2149:9,
2160:11
**portions** [1] - 2111:2
**position** [8] - 2120:19,
2124:25, 2137:16,
2137:20, 2137:21,
2149:11, 2153:1,
2173:14
**possibility** [1] - 2142:6
**possible** [3] - 2064:8,
2145:13, 2167:15
**possibly** [1] - 2177:4
**Post** [1] - 2085:14
**post** [2] - 2097:13,
2135:21
**potential** [8] -
2117:15, 2120:25,
2121:4, 2121:8,
2139:12, 2140:1,
2160:4, 2175:24
**POTUS** [1] - 2142:5
**powerful** [1] - 2175:23
**practice** [3] - 2057:18,
2174:16
**pre** [1] - 2097:13
**preceding** [1] -
2113:19
**precious** [1] - 2152:7
**predecessor** [1] -
2137:18
**prefer** [2] - 2064:9,
2064:10
**prejudicial** [2] -
2060:17, 2062:3

premarked [1] -
2109:23
prep [1] - 2097:12
preparation [2] -
2070:4, 2070:7
prepare [6] - 2070:6,
2074:12, 2074:15,
2074:17, 2079:25,
2083:17
prepared [3] -
2072:22, 2079:12,
2116:22
present [2] - 2057:11,
2134:17
presented [3] -
2138:23, 2158:1,
2161:19
President [1] - 2127:1
presidential [1] -
2117:16
presidentially [4] -
2137:15, 2137:17,
2137:19, 2137:22
press [1] - 2060:2
presumably [1] -
2113:18
pretty [4] - 2057:21,
2057:22, 2094:24,
2166:10
prevalence [1] -
2166:5
previous [3] -
2079:24, 2092:7,
2105:25
previously [2] -
2059:17, 2154:8
Priestap [6] - 2118:11,
2124:9, 2133:17,
2144:11, 2146:19,
2146:24
primary [3] - 2146:17,
2149:4, 2153:3
Principal [1] - 2136:3
principal [4] - 2067:6,
2124:21, 2137:5,
2137:24
principles [1] - 2112:2
printed [1] - 2093:24
private [6] - 2153:9,
2153:14, 2153:20,
2163:7, 2163:13,
2163:16
pro [1] - 2096:18
probative [4] - 2060:5,
2060:12, 2061:19,
2062:2
procedure [1] - 2115:5
proceed [3] - 2063:19,
2066:19, 2180:7
proceedings [2] -

2064:15, 2181:6
process [1] - 2159:15
produced [2] -
2080:12, 2084:9
producing [1] - 2070:3
professional [1] -
2094:21
professor [1] -
2135:20
project [9] - 2077:18,
2078:6, 2095:21,
2105:10, 2105:23,
2153:12, 2153:13,
2171:10, 2171:13
proper [1] - 2061:13
propose [1] - 2108:12
prosecuting [2] -
2136:12, 2136:17
prosecution [2] -
2060:8, 2155:21
prosecutions [2] -
2136:14, 2156:19
prosecutor [5] -
2131:9, 2135:25,
2138:1, 2145:2,
2155:11
protect [2] - 2085:21,
2174:25
protected [1] - 2168:2
protection [1] -
2135:19
proved [5] - 2115:9,
2115:10, 2115:20,
2116:1, 2116:12
provide [4] - 2059:2,
2108:13, 2153:23,
2158:23
provided [27] -
2066:25, 2067:10,
2111:6, 2112:4,
2112:12, 2114:7,
2143:11, 2143:12,
2145:22, 2147:3,
2158:11, 2158:13,
2158:16, 2158:19,
2158:24, 2159:3,
2161:8, 2168:21,
2173:2, 2175:7,
2175:14, 2176:24,
2177:1, 2177:7,
2177:10, 2178:4,
2178:8
providing [4] -
2063:19, 2106:1,
2178:16, 2178:21
publish [11] - 2088:21,
2089:2, 2089:4,
2089:5, 2089:18,
2096:25, 2111:10,
2121:15, 2127:14,

2141:23, 2150:10
published [3] -
2060:13, 2141:24,
2157:9
publishing [1] -
2063:8
pull [12] - 2073:18,
2080:9, 2087:6,
2090:7, 2092:25,
2095:2, 2098:11,
2103:20, 2104:25,
2106:19, 2106:21,
2140:17
pulled [2] - 2073:25,
2074:3
Purchase [1] - 2091:7
purchase [1] -
2093:11
purported [1] -
2115:21
purpose [4] - 2088:11,
2088:15, 2100:21,
2101:21
purposes [2] -
2109:19, 2154:9
pursuant [2] - 2115:5,
2151:19
put [13] - 2060:20,
2062:18, 2064:1,
2065:20, 2065:21,
2080:16, 2109:14,
2128:19, 2128:25,
2164:21, 2169:12,
2176:3, 2180:14
Putin [4] - 2129:4,
2129:7, 2140:1,
2142:22
puzzle [1] - 2177:5

## Q

Qintel [1] - 2152:22
quarter [1] - 2107:25
QUESTION [12] -
2111:25, 2112:7,
2112:10, 2112:14,
2112:19, 2113:1,
2113:4, 2113:13,
2113:17, 2113:23,
2113:25, 2114:4
questioner [1] -
2138:21
questioning [1] -
2058:25
questions [28] -
2058:10, 2059:20,
2063:18, 2063:24,
2064:5, 2079:24,
2094:16, 2095:1,
2103:18, 2104:22,

2107:9, 2107:15,
2131:13, 2131:19,
2136:7, 2145:6,
2148:22, 2158:3,
2164:1, 2175:5,
2175:6, 2175:9,
2175:10, 2175:11,
2176:21, 2177:14,
2177:15, 2177:21
quick [1] - 2063:11
quickly [4] - 2085:24,
2108:16, 2116:7,
2170:14
quite [2] - 2063:4,
2065:6
quotes [3] - 2128:18,
2128:19, 2128:20

## R

rabbit [1] - 2178:9
raise [4] - 2111:16,
2118:21, 2135:6,
2151:3
raised [2] - 2061:9,
2171:23
ran [1] - 2172:24
range [1] - 2067:4
ranking [4] - 2126:15,
2127:6, 2132:12,
2133:8
RAO [1] - 2055:18
Rao [1] - 2057:10
rather [1] - 2111:3
RDR [3] - 2055:22,
2181:3, 2181:10
re [1] - 2142:21
reached [1] - 2156:22
read [28] - 2059:9,
2064:23, 2066:7,
2066:10, 2072:6,
2090:14, 2095:18,
2097:9, 2099:3,
2101:21, 2107:22,
2108:7, 2108:12,
2109:23, 2111:2,
2117:1, 2128:9,
2128:14, 2129:7,
2129:17, 2130:20,
2142:18, 2142:23,
2143:16, 2144:3,
2157:17, 2158:2,
2180:1
reading [1] - 2064:19
ready [6] - 2065:1,
2065:2, 2065:24,
2066:4, 2070:5,
2109:2
real [3] - 2060:15,
2136:24, 2139:5

realize [2] - 2118:6,
2164:15
really [7] - 2060:16,
2132:18, 2136:24,
2141:16, 2169:9,
2169:16, 2175:21
reason [3] - 2128:19,
2168:7, 2176:10
reasonable [2] -
2115:9, 2116:13
reasons [2] - 2061:25,
2062:18
recalled [1] - 2141:8
receipt [6] - 2092:6,
2092:8, 2092:12,
2092:16, 2093:19,
2094:13
receive [2] - 2078:22
received [12] -
2063:15, 2065:3,
2071:1, 2078:20,
2091:3, 2113:18,
2113:19, 2158:9,
2166:11, 2168:15,
2169:25, 2172:21
Recess [1] - 2108:5
recess [1] - 2180:18
recognize [4] - 2083:2,
2122:4, 2140:19,
2140:22
recognizing [2] -
2108:22, 2161:15
recollection [33] -
2121:19, 2125:20,
2127:23, 2128:24,
2142:9, 2143:10,
2145:11, 2146:16,
2146:19, 2146:20,
2146:23, 2148:23,
2149:1, 2154:19,
2159:12, 2161:1,
2161:5, 2161:10,
2161:15, 2162:9,
2163:23, 2165:1,
2167:12, 2169:11,
2172:20, 2173:12,
2173:13, 2173:16,
2173:18, 2175:22,
2176:7, 2177:8,
2178:11
recollections [1] -
2141:9
reconvene [2] -
2107:25, 2180:8
record [17] - 2057:3,
2060:3, 2060:8,
2060:11, 2062:18,
2064:2, 2064:19,
2066:7, 2068:11,
2074:1, 2075:7,

2085:10, 2107:22,
2109:14, 2119:5,
2135:15, 2176:15
**recording** [1] -
2138:23
**records** [41] - 2070:2,
2071:2, 2071:3,
2071:17, 2072:5,
2072:7, 2072:23,
2072:25, 2073:22,
2073:23, 2074:18,
2078:23, 2078:25,
2079:15, 2080:2,
2082:10, 2082:12,
2082:15, 2082:18,
2082:20, 2083:5,
2083:20, 2084:9,
2084:18, 2085:12,
2087:15, 2087:17,
2087:18, 2087:20,
2088:1, 2091:13,
2092:8, 2093:4,
2095:8, 2096:5,
2096:6, 2096:7,
2098:15, 2104:18,
2104:19
**recusal** [2] - 2127:3,
2127:5
**recuse** [1] - 2126:22
**recused** [1] - 2127:4
**red** [1] - 2094:6
**redacted** [1] - 2111:6
**redactions** [3] -
2065:11, 2085:17,
2085:21
**redirect** [1] - 2058:7
**REDIRECT** [4] -
2105:2, 2134:11,
2148:20, 2175:3
**refer** [3] - 2088:23,
2122:21, 2164:12
**reference** [8] -
2095:22, 2095:24,
2097:22, 2098:1,
2130:9, 2130:13,
2142:14, 2143:5
**referenced** [1] -
2159:19
**references** [1] -
2096:2
**referred** [3] - 2144:8,
2144:10, 2160:6
**refers** [3] - 2142:15,
2142:20, 2143:5
**reflect** [4] - 2072:22,
2084:15, 2084:22,
2117:19
**reflected** [6] - 2092:6,
2096:9, 2111:1,
2141:7, 2149:9,

2150:16
**reflecting** [1] -
2079:13
**reflects** [3] - 2075:4,
2081:10, 2104:13
**reform** [2] - 2110:10,
2110:14
**refresh** [1] - 2127:23
**refreshed** [1] -
2121:19
**refuse** [1] - 2162:20
**regard** [1] - 2172:25
**regarding** [11] -
2062:12, 2074:9,
2076:13, 2077:17,
2078:5, 2095:20,
2105:9, 2105:23,
2108:13, 2114:1,
2174:7
**regards** [2] - 2177:24,
2177:25
**regular** [3] - 2126:3,
2138:11, 2154:1
**regularly** [1] - 2138:6
**relate** [1] - 2082:17
**related** [11] - 2058:23,
2058:25, 2059:20,
2060:7, 2091:17,
2126:14, 2127:6,
2158:9, 2165:25,
2167:16, 2167:19
**relating** [2] - 2159:5,
2159:6
**relative** [1] - 2163:22
**released** [3] - 2179:3,
2179:5, 2179:9
**relevant** [11] -
2061:11, 2067:5,
2067:8, 2074:19,
2074:20, 2080:2,
2080:4, 2083:19,
2083:20, 2162:14,
2172:4
**reliable** [2] - 2154:2,
2178:4
**remain** [4] - 2118:21,
2135:6, 2151:2,
2176:11
**remedied** [1] -
2060:19
**remedy** [3] - 2060:4,
2061:17, 2062:1
**remember** [35] -
2106:17, 2122:6,
2124:12, 2124:20,
2125:21, 2127:22,
2128:1, 2129:11,
2129:15, 2130:3,
2130:25, 2131:23,
2132:3, 2132:10,

2132:18, 2133:6,
2133:23, 2139:19,
2139:20, 2139:23,
2141:16, 2146:25,
2147:17, 2149:11,
2149:18, 2150:10,
2156:18, 2167:14,
2169:2, 2170:20,
2170:23, 2175:9,
2175:10, 2176:1,
2177:15
**remembered** [1] -
2141:15
**remind** [2] - 2059:3,
2065:8
**reminded** [1] -
2060:20
**remove** [1] - 2135:5
**removed** [1] - 2106:13
**rendered** [1] - 2116:17
**rephrase** [1] - 2173:17
**report** [19] - 2091:3,
2091:6, 2092:7,
2093:4, 2093:7,
2098:5, 2098:10,
2098:14, 2099:3,
2099:4, 2099:7,
2099:10, 2099:13,
2100:1, 2100:4,
2100:12, 2107:7,
2164:14
**reported** [4] - 2060:2,
2138:20, 2142:6,
2173:18
**REPORTER** [1] -
2181:1
**reporter** [7] - 2068:15,
2077:3, 2077:4,
2151:15, 2158:15,
2158:19, 2176:14
**Reporter** [3] -
2055:22, 2055:22,
2181:11
**Reporting** [1] -
2157:20
**reporting** [7] - 2124:6,
2158:9, 2163:5,
2164:10, 2164:13,
2164:17, 2176:11
**reports** [1] - 2070:7
**represent** [1] -
2151:12
**representation** [1] -
2089:8
**representatives** [2] -
2112:21, 2170:18
**represented** [1] -
2067:3
**representing** [1] -
2067:6

**represents** [1] -
2094:12
**request** [10] - 2058:23,
2060:3, 2060:4,
2063:25, 2064:6,
2066:6, 2085:22,
2162:4, 2168:5,
2174:25
**requested** [1] -
2158:15
**requests** [1] - 2138:24
**require** [1] - 2172:9
**required** [1] - 2081:3
**requiring** [1] - 2151:19
**research** [2] - 2108:1,
2171:13
**researchers** [1] -
2144:4
**researchers'** [1] -
2057:25
**reserve** [2] - 2109:2,
2116:16
**resolve** [1] - 2108:19
**respect** [8] - 2062:9,
2085:16, 2115:25,
2154:13, 2175:11,
2176:21, 2177:21,
2178:3
**respectfully** [1] -
2115:4
**respond** [2] - 2063:25,
2064:6
**responds** [1] -
2160:17
**response** [2] -
2061:18, 2161:21
**responsibilities** [1] -
2070:1
**responsibility** [2] -
2067:11, 2153:3
**responsible** [1] -
2136:13
**rested** [1] - 2114:24
**restrictions** [1] -
2172:8
**rests** [2] - 2108:24,
2114:22
**result** [2] - 2093:24,
2127:5
**resulted** [1] - 2156:19
**retire** [1] - 2152:20
**retired** [1] - 2152:19
**return** [1] - 2057:13
**returns** [2] - 2070:23,
2071:1
**Reuters** [1] - 2090:13
**review** [3] - 2059:12,
2091:13, 2121:18
**reviewed** [6] -
2087:14, 2096:6,

2096:8, 2122:9,
2127:17, 2141:1
**reviewing** [2] -
2141:17, 2150:13
**revisions** [1] - 2077:2
**rhetorically** [1] -
2058:11
**Richard** [1] - 2118:13
**risk** [1] - 2175:19
**Rodney** [19] - 2059:5,
2067:8, 2082:11,
2086:4, 2086:16,
2089:10, 2096:19,
2097:3, 2097:5,
2097:11, 2102:16,
2103:13, 2152:13,
2153:17, 2153:20,
2155:19, 2158:21,
2167:25
**role** [10] - 2070:22,
2120:2, 2120:4,
2124:11, 2124:23,
2125:18, 2127:1,
2137:24, 2139:9,
2144:12
**roles** [3] - 2119:19,
2119:22, 2124:20
**room** [2] - 2066:18,
2088:11, 2112:16,
2113:2, 2123:10,
2125:10
**Room** [2] - 2055:23,
2181:12
**roughly** [2] - 2132:22,
2147:23
**routing** [1] - 2084:24
**row** [4] - 2076:7,
2076:21, 2077:12,
2077:25
**Rule** [3] - 2108:20,
2115:5, 2180:11
**ruled** [1] - 2059:17
**ruling** [3] - 2059:20,
2061:2, 2062:16
**rulings** [2] - 2058:13,
2058:19
**run** [1] - 2146:4
**Russia** [13] - 2126:14,
2126:16, 2126:24,
2127:6, 2139:13,
2140:1, 2159:8,
2165:20, 2165:21,
2166:4, 2166:5,
2170:12, 2175:24
**Russia-related** [2] -
2126:14, 2127:6
**Russian** [10] -
2117:16, 2120:25,
2121:5, 2121:9,
2128:17, 2129:2,

2147:2, 2159:23,
2159:25, 2165:25
**Russian-related** [1] -
2165:25
**Russians** [1] -
2130:22
**Rybicki** [2] - 2118:10,
2124:15

## S

**safety** [3] - 2175:13,
2175:19, 2175:23
**samaritan** [1] -
2178:23
**Sands** [5] - 2160:14,
2160:16, 2161:1,
2161:7, 2163:5
**saw** [3] - 2099:16,
2105:25, 2144:4
**Schaaf** [1] - 2167:6
**scheduling** [1] -
2125:14
**schools** [5] - 2117:7,
2117:17, 2117:25,
2118:8, 2124:24
**Schools** [4] - 2140:7,
2145:15, 2146:10,
2146:21
**Scott** [7] - 2117:7,
2118:13, 2124:24,
2140:7, 2145:15,
2146:10, 2146:21
**screen** [2] - 2072:18,
2093:15
**scroll** [3] - 2096:1,
2098:17, 2098:19
**seal** [1] - 2179:21
**SEAN** [1] - 2055:17
**Sean** [2] - 2057:9,
2151:11
**searched** [1] - 2084:9
**seat** [2] - 2118:24,
2151:6
**second** [8] - 2065:13,
2065:16, 2081:21,
2101:20, 2104:1,
2107:4, 2125:5,
2142:14
**section** [6] - 2068:24,
2069:2, 2090:17,
2090:19, 2092:13,
2136:23
**sector** [6] - 2153:9,
2153:14, 2153:20,
2163:7, 2163:13,
2163:16
**secure** [1] - 2093:12
**Security** [10] -
2123:20, 2123:22,

2123:25, 2124:5,
2136:8, 2136:10,
2136:12, 2137:4,
2138:5, 2139:9
**security** [6] - 2119:22,
2119:24, 2124:2,
2136:4, 2136:5,
2136:25
**see** [29] - 2057:16,
2096:15, 2096:17,
2096:20, 2097:2,
2098:2, 2098:17,
2101:14, 2101:17,
2104:18, 2107:12,
2108:4, 2121:18,
2122:13, 2128:9,
2129:5, 2130:9,
2135:5, 2142:15,
2150:13, 2154:16,
2160:23, 2160:24,
2163:10, 2163:11,
2176:14, 2179:15,
2179:25, 2180:17
**seek** [1] - 2118:14
**seeking** [1] - 2063:17
**select** [3] - 2074:20,
2080:6, 2110:4
**Senate** [4] - 2137:16,
2137:17, 2137:19,
2137:23
**Senate-confirmed** [4]
- 2137:16, 2137:17,
2137:19, 2137:23
**send** [2] - 2166:18,
2178:9
**senior** [14] - 2067:9,
2117:13, 2119:10,
2126:1, 2126:2,
2126:5, 2134:14,
2134:15, 2138:6,
2138:9, 2138:10,
2149:24, 2149:25
**sense** [1] - 2160:15
**sensitive** [1] - 2175:18
**sent** [8] - 2061:21,
2080:19, 2098:15,
2105:11, 2106:4,
2122:17, 2122:18,
2160:7
**sentence** [3] - 2128:9,
2130:1, 2142:18
**separate** [2] - 2141:6,
2164:21
**September** [47] -
2076:16, 2077:7,
2077:13, 2077:21,
2078:1, 2086:2,
2086:3, 2086:13,
2086:15, 2086:22,
2091:7, 2091:9,

2095:5, 2095:11,
2095:15, 2097:20,
2097:22, 2098:7,
2099:8, 2099:12,
2099:23, 2100:3,
2100:13, 2102:4,
2103:2, 2103:3,
2103:23, 2104:8,
2104:9, 2104:14,
2105:6, 2105:12,
2105:15, 2105:21,
2106:1, 2112:2,
2113:6, 2113:14,
2113:19, 2132:22,
2134:2, 2147:20,
2147:21, 2148:3,
2148:6, 2148:11,
2148:17
**September/early** [1] -
2152:14
**series** [3] - 2086:25,
2087:9, 2094:8
**Server** [1] - 2128:11
**server** [11] - 2074:9,
2076:13, 2128:16,
2129:8, 2129:13,
2141:14, 2142:6,
2142:15, 2142:20,
2142:25, 2143:6
**servers** [1] - 2128:18
**service** [2] - 2066:24,
2156:17
**services** [2] - 2067:2,
2067:10
**SESSION** [1] - 2055:6
**Sessions** [1] - 2126:19
**set** [7] - 2057:18,
2061:25, 2071:8,
2071:11, 2078:14,
2079:23, 2082:4
**sets** [1] - 2082:6
**setting** [1] - 2084:5
**seven** [2] - 2068:23,
2069:14
**several** [5] - 2145:17,
2152:5, 2152:6,
2156:6, 2156:19
**sharing** [3] - 2093:12,
2112:22, 2178:1
**Shaw** [1] - 2057:7
**SHAW** [1] - 2055:14
**short** [1] - 2132:13
**shortly** [3] - 2115:8,
2159:1, 2161:11
**show** [14] - 2072:16,
2072:17, 2079:7,
2093:13, 2093:15,
2096:13, 2098:9,
2098:10, 2100:16,
2154:8, 2157:12,

2162:15, 2163:3,
2180:13
**showed** [4] - 2061:14,
2098:9, 2128:21,
2149:10
**showing** [2] - 2078:14,
2082:25
**shown** [4] - 2061:15,
2106:25, 2127:11,
2162:6
**sic** [1] - 2097:13
**sides** [6] - 2057:19,
2058:13, 2058:17,
2066:12, 2066:15
**signed** [4] - 2067:17,
2089:11, 2155:13,
2155:14
**significant** [3] -
2156:21, 2156:24,
2156:25
**similar** [2] - 2079:23
**simply** [2] - 2064:5,
2066:11
**Simpson** [1] - 2090:4
**single** [1] - 2093:11
**sitting** [6] - 2122:6,
2123:13, 2129:11,
2130:25, 2142:9,
2144:8
**situations** [1] -
2164:20
**six** [3] - 2132:22,
2134:7, 2147:22
**size** [1] - 2156:22
**sketch** [1] - 2119:18
**slack** [1] - 2058:12
**slate** [1] - 2155:19
**slip** [2] - 2118:25,
2151:7
**slow** [1] - 2068:14
**small** [1] - 2073:13
**SME** [1] - 2163:7
**so...** [1] - 2128:1
**someone** [4] -
2125:16, 2143:21,
2144:1, 2162:14
**sometime** [1] - 2163:8
**sometimes** [4] -
2122:16, 2126:7,
2150:3, 2166:21
**somewhere** [1] -
2153:21
**sorry** [15] - 2065:17,
2072:4, 2087:23,
2090:7, 2091:22,
2092:12, 2109:9,
2118:1, 2118:5,
2130:8, 2131:14,
2154:24, 2161:13,
2176:6, 2179:6

**sort** [8] - 2102:24,
2114:14, 2114:16,
2142:14, 2156:15,
2166:17, 2172:3,
2172:8
**sorts** [3] - 2119:18,
2120:15, 2159:25
**sought** [3] - 2059:4,
2063:20, 2064:1
**Sounds** [1] - 2163:19
**sounds** [2] - 2138:3,
2147:24
**source** [7] - 2062:21,
2160:21, 2162:18,
2166:25, 2168:13,
2168:18, 2169:9
**speaking** [4] -
2113:20, 2129:15,
2136:11, 2138:15
**Special** [16] - 2069:3,
2069:4, 2069:7,
2069:24, 2070:10,
2071:1, 2074:13,
2074:18, 2074:24,
2080:1, 2080:3,
2083:19, 2084:6,
2084:8, 2085:8,
2115:9
**SPECIAL** [1] - 2055:14
**special** [1] - 2153:2
**specialized** [1] -
2159:23
**specific** [2] - 2171:3,
2172:16
**specifically** [7] -
2096:9, 2117:23,
2125:21, 2127:25,
2131:25, 2166:2,
2167:20
**specifics** [1] - 2175:17
**specify** [1] - 2133:20
**speculate** [3] - 2058:4,
2061:16, 2132:18
**speculation** [2] -
2060:24, 2061:18
**spell** [4] - 2068:11,
2119:4, 2135:14,
2151:14
**spelled** [1] - 2151:16
**spirit** [2] - 2058:18,
2059:19
**spoken** [2] - 2059:21,
2145:4
**spring** [2] - 2138:4,
2139:11
**SSA** [1] - 2097:12
**stack** [1] - 2168:23
**staff** [4] - 2124:16,
2124:21, 2124:22,
2133:9

**stage** [2] - 2060:13, 2064:8
**stand** [1] - 2067:24
**standard** [1] - 2084:20
**standing** [3] - 2118:21, 2135:6, 2151:3
**staples** [2] - 2092:17, 2092:22
**Staples** [2] - 2093:18, 2094:13
**start** [4] - 2080:25, 2090:8, 2100:17, 2140:21
**started** [3] - 2066:4, 2119:21, 2164:4
**starting** [2] - 2090:10, 2128:11
**state** [8] - 2068:11, 2104:17, 2119:4, 2135:14, 2136:16, 2151:14, 2165:15, 2165:16
**statement** [4] - 2059:11, 2115:11, 2115:15, 2116:2
**statements** [1] - 2115:22
**states** [1] - 2111:15
**STATES** [3] - 2055:1, 2055:3, 2055:10
**States** [6] - 2055:12, 2057:3, 2069:11, 2109:21, 2119:14, 2181:11
**stationed** [1] - 2153:4
**stealing** [1] - 2156:16
**stenographic** [1] - 2181:5
**step** [5] - 2107:16, 2118:3, 2118:20, 2135:4, 2151:2
**sterling** [1] - 2066:25
**stick** [1] - 2179:7
**still** [4] - 2127:25, 2128:7, 2149:14
**stipulate** [1] - 2109:18
**stipulated** [4] - 2066:15, 2066:21, 2109:25, 2117:5
**stipulation** [15] - 2064:20, 2065:20, 2065:22, 2066:7, 2066:11, 2067:15, 2072:6, 2108:13, 2109:14, 2109:22, 2110:19, 2110:23, 2117:1, 2118:14
**stipulations** [5] - 2065:19, 2066:17,

2108:10, 2109:17, 2111:1
**stop** [2] - 2128:18, 2143:4
**story** [1] - 2158:12
**streamline** [1] - 2109:11
**Street** [3] - 2055:15, 2092:24, 2094:13
**stricken** [1] - 2060:10
**strike** [4] - 2060:6, 2060:7, 2060:24, 2062:2
**strongly** [1] - 2061:1
**struck** [2] - 2060:3, 2062:4
**Strzok** [3] - 2118:11, 2124:13, 2146:20
**Stuart** [1] - 2124:4
**stuff** [2] - 2161:22, 2170:10
**subject** [10] - 2080:23, 2081:15, 2122:20, 2139:24, 2147:4, 2157:20, 2157:22, 2161:7, 2163:14, 2163:16
**subjects** [1] - 2147:1
**submission** [3] - 2091:8, 2115:7, 2116:14
**submit** [2] - 2180:10, 2180:11
**submitted** [2] - 2066:13, 2098:6
**subpoena** [8] - 2070:23, 2071:1, 2078:23, 2084:2, 2151:19, 2179:4, 2179:5
**subpoenaed** [1] - 2070:17
**subpoenas** [4] - 2070:11, 2070:14, 2070:15
**subscriber** [2] - 2082:11, 2082:15
**subsequent** [1] - 2112:20
**substance** [7] - 2063:23, 2115:8, 2117:22, 2122:7, 2139:7, 2141:8, 2141:11
**substantive** [2] - 2141:11, 2141:17
**suggest** [1] - 2057:23
**suggested** [1] - 2161:2
**suggesting** [1] -

2059:24
**suite** [1] - 2092:24
**sum** [1] - 2115:8
**summarize** [3] - 2072:25, 2079:15, 2083:8
**summary** [18] - 2062:24, 2063:5, 2063:6, 2072:22, 2073:9, 2073:18, 2074:1, 2074:11, 2074:21, 2075:1, 2075:25, 2079:12, 2080:16, 2083:5, 2088:13, 2088:19, 2088:25, 2091:11
**summer** [2] - 2119:21, 2128:13
**superior** [1] - 2150:6
**superiors** [1] - 2138:23
**supervisor** [1] - 2159:22
**support** [6] - 2072:5, 2088:12, 2088:19, 2116:15, 2155:11, 2173:2
**supports** [2] - 2136:24, 2136:25
**supposed** [1] - 2174:18
**surprised** [1] - 2061:4
**suspicious** [2] - 2141:13, 2142:24
**SUSSMANN** [2] - 2055:6, 2111:20
**Sussmann** [58] - 2057:4, 2057:11, 2060:6, 2067:6, 2067:10, 2074:6, 2076:11, 2076:25, 2077:16, 2078:4, 2080:22, 2081:5, 2082:16, 2084:5, 2084:18, 2086:8, 2086:11, 2086:17, 2086:20, 2087:1, 2087:3, 2089:12, 2089:16, 2089:20, 2091:8, 2093:10, 2093:11, 2095:11, 2096:8, 2096:9, 2097:5, 2097:10, 2097:16, 2098:6, 2099:6, 2099:7, 2099:11, 2100:13, 2104:6, 2104:7, 2104:14, 2105:5, 2105:11, 2105:20, 2106:1, 2106:9,

2111:15, 2115:10, 2116:13, 2116:23, 2135:2, 2143:3, 2148:4, 2148:6, 2148:10, 2151:12, 2177:14, 2177:18
**Sussmann's** [6] - 2084:3, 2084:18, 2096:19, 2110:3, 2111:11, 2140:8
**sustained** [1] - 2173:21
**swear** [1] - 2111:17
**sworn** [8] - 2068:5, 2111:16, 2118:21, 2118:23, 2135:7, 2135:8, 2151:3, 2151:5
**Sworn** [4] - 2068:6, 2119:1, 2135:9, 2151:8
**System** [1] - 2067:2

---

# T

**talks** [1] - 2130:16
**target** [3] - 2084:15, 2084:17, 2085:16
**TASHINA** [3] - 2056:6, 2119:1, 2119:6
**Tashina** [7] - 2116:24, 2118:12, 2119:6, 2140:7, 2145:15, 2146:9, 2146:21
**tasked** [1] - 2166:3
**tax** [1] - 2100:12
**taxi** [15] - 2100:22, 2100:24, 2101:3, 2101:10, 2101:11, 2101:13, 2101:16, 2101:20, 2101:23, 2101:24, 2102:9, 2102:22, 2102:24, 2103:1, 2107:10
**taxis** [1] - 2107:14
**team** [16] - 2060:9, 2074:13, 2074:18, 2074:24, 2080:1, 2080:3, 2080:24, 2083:19, 2084:6, 2084:8, 2131:10, 2131:14, 2140:8, 2140:15, 2156:4, 2169:12
**technology** [1] - 2066:24
**telephone** [6] - 2077:19, 2082:12, 2082:18, 2084:16, 2105:9, 2151:23

**temporary** [1] - 2137:20
**term** [2] - 2164:10, 2164:11
**terms** [3] - 2111:1, 2116:6, 2170:7
**testified** [4] - 2095:6, 2095:14, 2098:5, 2166:24
**testify** [9] - 2058:6, 2059:15, 2117:6, 2117:8, 2117:12, 2117:17, 2117:21, 2117:25, 2118:9
**testifying** [7] - 2088:13, 2121:18, 2127:11, 2139:22, 2140:5, 2140:9, 2141:2
**testimony** [21] - 2057:23, 2060:18, 2062:2, 2062:25, 2065:14, 2088:12, 2107:19, 2110:4, 2110:8, 2110:13, 2110:17, 2111:11, 2111:17, 2115:19, 2134:23, 2135:1, 2150:20, 2150:23, 2163:14, 2179:1, 2179:2
**text** [2] - 2084:22, 2084:25
**THE** [106] - 2055:1, 2055:1, 2055:10, 2057:2, 2057:8, 2057:12, 2059:3, 2059:7, 2062:5, 2062:7, 2062:19, 2062:23, 2063:2, 2063:10, 2063:15, 2064:10, 2064:14, 2064:21, 2064:25, 2065:6, 2065:8, 2065:12, 2065:14, 2065:19, 2065:21, 2065:24, 2066:1, 2066:8, 2067:22, 2067:25, 2068:2, 2068:3, 2068:4, 2071:7, 2072:3, 2073:11, 2078:13, 2079:6, 2079:22, 2082:3, 2083:16, 2088:9, 2088:23, 2094:3, 2096:24, 2098:25, 2104:24, 2106:20, 2106:23, 2107:16, 2107:18, 2107:19, 2107:23,

2108:4, 2108:6, 2108:11, 2108:15, 2108:23, 2109:5, 2109:8, 2109:15, 2111:4, 2111:7, 2111:12, 2114:23, 2116:16, 2116:21, 2117:2, 2118:1, 2118:7, 2118:16, 2118:18, 2118:24, 2134:22, 2134:24, 2134:25, 2135:4, 2141:22, 2150:19, 2150:21, 2150:22, 2150:25, 2151:2, 2151:6, 2154:12, 2154:23, 2154:24, 2157:4, 2157:8, 2164:3, 2164:4, 2173:21, 2178:25, 2179:3, 2179:5, 2179:6, 2179:9, 2179:11, 2179:12, 2179:13, 2179:14, 2179:18, 2179:24, 2180:1, 2180:6, 2180:15

**themselves** [1] - 2141:7
**therefore** [1] - 2116:12
**third** [1] - 2102:22
**THOMAS** [2] - 2056:11, 2151:8
**Thomas** [1] - 2151:16
**thoughts** [1] - 2062:13
**threat** [1] - 2165:19
**threats** [5] - 2165:13, 2165:14, 2165:15, 2165:17, 2165:21
**three** [3] - 2063:6, 2136:2, 2158:1
**thumb** [1] - 2168:25
**tied** [1] - 2172:3
**timeline** [1] - 2161:12
**timing** [1] - 2061:20
**tipped** [1] - 2170:3
**title** [2] - 2124:12, 2125:21
**to..** [1] - 2177:24
**today** [17] - 2064:20, 2095:1, 2121:18, 2122:6, 2123:13, 2127:11, 2129:11, 2130:25, 2139:22, 2140:5, 2140:9, 2141:2, 2142:9, 2144:8, 2151:18, 2152:8, 2152:12
**together** [4] - 2114:14, 2121:23, 2153:10,

2156:13
**Tom** [3] - 2151:1, 2160:18, 2163:20
**tomorrow** [2] - 2163:9, 2179:23
**took** [15] - 2080:15, 2080:17, 2080:19, 2080:21, 2080:23, 2100:13, 2126:10, 2127:21, 2130:21, 2131:20, 2139:1, 2139:5, 2146:10, 2177:13
**top** [14] - 2090:19, 2091:6, 2096:16, 2097:2, 2098:12, 2099:1, 2127:15, 2128:9, 2130:19, 2130:21, 2140:20, 2160:11, 2160:16, 2165:21
**topics** [7] - 2132:6, 2145:9, 2145:12, 2145:14, 2145:16, 2145:18, 2145:24
**Toscas** [2] - 2118:11, 2124:7
**touch** [1] - 2169:12
**touched** [2] - 2121:4, 2166:4
**tough** [1] - 2112:24
**tradition** [1] - 2174:20
**training** [1] - 2153:6
**TRANSCRIPT** [1] - 2055:9
**transcript** [10] - 2065:10, 2108:10, 2108:17, 2110:3, 2110:7, 2110:12, 2111:22, 2180:13, 2181:5, 2181:6
**transcripts** [3] - 2107:22, 2108:7, 2111:3
**transparent** [1] - 2063:21
**travel** [3] - 2099:19, 2100:17, 2102:24
**treating** [1] - 2158:6
**trial** [3] - 2067:16, 2070:15, 2110:20
**TRIAL** [1] - 2055:9
**tried** [4] - 2057:16, 2126:10, 2139:3, 2167:14
**Trisha** [4] - 2118:10, 2125:16, 2133:24, 2147:8
**trouble** [1] - 2154:21
**true** [11] - 2066:14,

2071:19, 2078:25, 2087:20, 2110:2, 2110:6, 2110:11, 2110:16, 2117:10, 2181:4, 2181:6
**Trump** [11] - 2121:4, 2121:9, 2129:8, 2129:13, 2139:13, 2140:2, 2140:3, 2141:14, 2142:25, 2159:7, 2160:5
**Trump's** [1] - 2127:2
**truth** [3] - 2111:18, 2111:19
**truthful** [1] - 2134:17
**try** [9] - 2057:16, 2134:16, 2134:17, 2139:1, 2139:4, 2139:7, 2150:1, 2164:20, 2167:10
**trying** [2] - 2115:22, 2142:5, 2179:6
**turn** [1] - 2128:5
**turning** [6] - 2075:1, 2081:6, 2084:12, 2086:22, 2134:2, 2147:20
**turns** [1] - 2108:18
**Tweets** [2] - 2142:5, 2146:3
**two** [25] - 2057:15, 2065:4, 2077:5, 2092:7, 2108:18, 2108:19, 2112:1, 2115:15, 2120:8, 2120:9, 2120:14, 2120:20, 2128:14, 2137:6, 2142:19, 2149:15, 2158:1, 2158:3, 2164:21, 2169:3, 2169:5, 2177:4, 2179:20, 2180:10, 2180:13
**type** [6] - 2070:25, 2100:22, 2106:20, 2115:23, 2132:12, 2178:12
**typed** [1] - 2093:23
**types** [3] - 2073:25, 2080:14, 2087:23
**typical** [1] - 2174:16
**typically** [5] - 2126:4, 2138:12, 2150:7, 2166:19, 2167:10

### U

**U.S** [3] - 2055:23, 2110:17, 2135:25
**ultimately** [1] - 2074:1

**uncommon** [1] - 2125:25
**under** [12] - 2076:10, 2076:24, 2077:15, 2078:3, 2091:14, 2093:9, 2108:20, 2108:25, 2129:7, 2143:5, 2155:9, 2179:21
**underlying** [1] - 2088:14
**underneath** [1] - 2129:17
**undersigned** [3] - 2066:22, 2110:1, 2117:6
**understood** [3] - 2062:22, 2176:10, 2176:25
**undue** [1] - 2057:17
**unit** [3] - 2153:5, 2153:8, 2153:11
**UNITED** [3] - 2055:1, 2055:3, 2055:10
**United** [6] - 2055:12, 2057:3, 2069:11, 2109:21, 2119:14, 2181:11
**Unknown** [1] - 2080:22
**unrung** [1] - 2060:20
**unusual** [2] - 2170:7, 2170:9
**up** [66] - 2059:8, 2061:8, 2072:18, 2073:18, 2074:1, 2075:2, 2076:4, 2076:19, 2077:3, 2077:24, 2080:9, 2081:21, 2085:9, 2086:1, 2086:23, 2090:9, 2090:14, 2090:19, 2090:25, 2092:3, 2092:12, 2092:22, 2092:25, 2093:15, 2094:4, 2095:2, 2096:15, 2097:2, 2098:11, 2098:12, 2098:17, 2099:1, 2100:11, 2101:17, 2103:21, 2103:25, 2104:25, 2106:19, 2106:22, 2107:5, 2113:25, 2118:20, 2119:20, 2120:7, 2127:15, 2128:6, 2128:9, 2130:19, 2135:4, 2140:17, 2140:20, 2146:5, 2149:3,

2149:19, 2149:21, 2151:2, 2155:3, 2162:4, 2162:10, 2162:12, 2163:22, 2163:24, 2167:11, 2167:13, 2171:15
**UPC** [1] - 2092:20
**upcoming** [1] - 2158:12
**update** [1] - 2113:15
**updated** [1] - 2113:16
**usual** [1] - 2057:17

### V

**vacancy** [1] - 2137:17
**validly** [1] - 2058:16
**value** [2] - 2060:5, 2060:12
**variety** [4] - 2066:25, 2119:21, 2122:9, 2124:2
**various** [10] - 2072:22, 2085:22, 2095:7, 2098:6, 2100:13, 2100:17, 2117:15, 2121:5, 2159:25, 2173:2
**vary** [1] - 2133:11
**verbally** [1] - 2158:24
**verbatim** [2] - 2139:4, 2139:6
**verdict** [1] - 2116:17
**Verizon** [3] - 2070:20, 2082:15, 2083:6
**versus** [1] - 2146:25
**via** [2] - 2084:2, 2140:11
**view** [1] - 2062:3
**viewed** [3] - 2171:20, 2171:21, 2171:22
**views** [1] - 2058:1
**Virginia** [1] - 2066:25
**virus** [1] - 2156:12
**visiting** [1] - 2135:20
**volition** [1] - 2112:4
**voluminous** [4] - 2071:11, 2072:14, 2073:23, 2082:23
**vs** [2] - 2055:5, 2057:4

### W

**w/'bank'** [1] - 2129:8
**wait** [1] - 2130:8
**waiting** [1] - 2116:25
**walk** [7] - 2075:3, 2076:6, 2076:20, 2077:11, 2077:25, 2091:4, 2093:6

**wants** [1] - 2162:8
**washed** [1] - 2162:1
**Washington** [7] -
2055:15, 2055:24,
2067:17, 2085:14,
2092:24, 2094:13,
2181:13
**WATKINS** [1] -
2055:19
**Wednesday** [1] -
2055:4
**weekend** [2] - 2146:4
**weeks** [2] - 2057:15,
2158:1
**welcome** [2] - 2066:1,
2109:8
**whatsoever** [3] -
2099:24, 2100:4,
2116:2
**White** [1] - 2137:3
**white** [4] - 2061:22,
2077:2, 2077:18,
2160:21
**whole** [1] - 2111:18
**wide** [1] - 2067:4
**Wierzbicki** [4] -
2157:20, 2158:20,
2160:6, 2160:13
**wild** [1] - 2178:9
**win** [1] - 2156:2
**Winnie** [2] - 2125:9,
2125:11
**wish** [2] - 2155:8,
2155:18
**withheld** [1] - 2116:11
**WITNESS** [15] -
2056:2, 2068:2,
2068:4, 2106:20,
2106:23, 2107:18,
2134:24, 2150:21,
2150:25, 2154:24,
2164:3, 2179:3,
2179:6, 2179:11,
2179:13
**witness** [25] - 2059:14,
2059:18, 2059:24,
2059:25, 2061:10,
2062:25, 2063:5,
2063:6, 2063:17,
2064:8, 2066:5,
2068:5, 2070:4,
2070:7, 2071:6,
2078:12, 2098:11,
2109:2, 2116:22,
2117:7, 2118:1,
2118:19, 2118:23,
2135:8, 2151:5
**witnesses** [2] -
2060:9, 2179:21
**witting** [1] - 2112:11

**won** [1] - 2156:4
**word** [2] - 2139:6
**word-for-word** [1] -
2139:6
**words** [8] - 2059:22,
2101:9, 2101:17,
2101:19, 2101:24,
2161:24, 2162:16,
2166:6
**works** [1] - 2136:24
**write** [2] - 2143:13,
2146:12
**writes** [1] - 2163:19
**writing** [1] - 2073:13
**written** [9] - 2097:19,
2105:8, 2106:13,
2109:3, 2115:7,
2116:14, 2117:24,
2143:22, 2144:2
**wrote** [6] - 2097:16,
2129:17, 2129:24,
2130:1, 2145:12,
2146:10

# X

**Xs** [1] - 2085:18

# Y

**Yao** [1] - 2057:10
**YAO** [1] - 2055:18
**year** [1] - 2113:19
**years** [8] - 2068:23,
2069:14, 2119:17,
2135:25, 2136:2,
2152:18, 2165:4,
2166:9
**yesterday** [6] -
2057:14, 2057:21,
2058:8, 2058:25,
2061:4, 2062:9
**York** [5] - 2055:20,
2130:15, 2144:7,
2158:12
**yourself** [2] - 2080:6,
2151:7

# Z

**zoom** [1] - 2073:12
**Zoom** [1] - 2140:11