```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,        Criminal Action No.
                 Plaintiff,          1:21-CR-00582-CRC-1

                                     May 25, 2022
           vs.                       2:08 p.m.

MICHAEL A. SUSSMANN,                 *AFTERNOON SESSION*
                 Defendant.
```

_____

```
                 TRANSCRIPT OF JURY TRIAL
       HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                 UNITED STATES DISTRICT JUDGE
```
_____


APPEARANCES:

For the United States:      ANDREW DeFILIPPIS, ESQ.
                            JONATHAN EDGAR ALGOR, IV, ESQ.
                            BRITTAIN SHAW, ESQ.
                              SPECIAL COUNSEL'S OFFICE
                              145 N Street Northeast
                              Washington, DC 20002
                              (212) 637-2231




For the Defendant:          SEAN M. BERKOWITZ, ESQ.
                            MICHAEL BOSWORTH, ESQ.
                            CATHERINE YAO, ESQ.
                            NATALIE HARDWICK RAO, ESQ.
                              LATHAM & WATKINS LLP
                              1271 Avenue of the Americas
                              New York, NY 10020
                              (212) 906-1200




Court Reporter:             Lorraine T. Herman, RPR, CCR
                            Official Court Reporter
                            U.S. Courthouse, Room 6718
                            333 Constitution Avenue, NW
                            Washington, DC 20001
                            (202) 354-3187
```

1                        **I N D E X**

2    **WITNESS**                                    **PAGE**

3    BRANDON CHARNOV

4        Direct Examination by Ms. Rao            2837
         Cross-Examination by Mr. Keilty          2850
5

6    JIMMA ELLIOTT-STEVENS

7        Direct Examination by Ms. Rao            2856
         Cross-Examination by Ms. Shaw            2863
8

9    MARTHA STANSELL-GAMM

10       Direct Examination by Ms. Yao            2865
         Cross-Examination by Ms. Shaw            2873
11

12

13                    **E X H I B I T S**

14   **EXHIBIT**                                   **PAGE**

15   Defense No. 102    Admitted into Evidence    2840
     Defense No. 105    Admitted into Evidence    2840
16   Defense No. 106    Admitted into Evidence    2840
     Defense No. 107    Admitted into Evidence    2840
17   Defense No. 109    Admitted into Evidence    2840
     Defense No. 110    Admitted into Evidence    2840
18   Defense No. 112    Admitted into Evidence    2840
     Defense No. 114    Admitted into Evidence    2840
19   Defense No. 115    Admitted into Evidence    2840
     Defense No. 117    Admitted into Evidence    2840
20   Defense No. 118    Admitted into Evidence    2840
     Defense No. 120    Admitted into Evidence    2840
21   Defense No. 121    Admitted into Evidence    2840
     Defense No. 123    Admitted into Evidence    2840
22   Defense No. 124    Admitted into Evidence    2840
     Defense No. 125    Admitted into Evidence    2840
23   Defense No. 127    Admitted into Evidence    2840
     Defense No. 128    Admitted into Evidence    2840
24   Defense No. 130    Admitted into Evidence    2840
     Defense No. 132    Admitted into Evidence    2840
25   Defense No. 134    Admitted into Evidence    2840
     Defense No. 136    Admitted into Evidence    2840

1  **EXHIBITS (CONT'D)**                                           **PAGE**

2  Defense No. 137     Admitted into Evidence          2840
   Defense No. 138     Admitted into Evidence          2840
3  Defense No. 140     Admitted into Evidence          2840
   Defense No. 141     Admitted into Evidence          2840
4  Defense No. 142     Admitted into Evidence          2840
   Defense No. 144     Admitted into Evidence          2840
5  Defense No. 145     Admitted into Evidence          2840
   Defense No. 146     Admitted into Evidence          2840
6  Defense No. 147     Admitted into Evidence          2840
   Defense No. 148     Admitted into Evidence          2840
7  Defense No. 149     Admitted into Evidence          2840
   Defense No. 150     Admitted into Evidence          2840
8  Defense No. 151     Admitted into Evidence          2840
   Defense No. 152     Admitted into Evidence          2840
9  Defense No. 153     Admitted into Evidence          2840
   Defense No. 154     Admitted into Evidence          2840
10 Defense No. 155     Admitted into Evidence          2840
   Defense No. 164     Admitted into Evidence          2840
11 Defense No. 165     Admitted into Evidence          2840
   Defense No. 900     Admitted into Evidence          2841

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **P R O C E E D I N G S**

2          **THE COURT:**  The jury is outside.  Why don't we go

3   ahead and get started with your summary witness?

4          **MR. BERKOWITZ:**  We'll call him, Judge.  We do have

5   one or two things -- I don't know that they need to be done

6   now, but before we leave, we have a couple issues we want to

7   raise with you.

8          **THE COURT:**  Okay.

9          **MS. RAO:**  Good afternoon, Your Honor.  We call to

10  the stand --

11         **THE COURT:**  Wait.  Let's wait for our jury.

12         **MS. RAO:**  That's right.  Great idea.

13      (Jury entered the courtroom.)

14         **THE COURT:**  All right.  Welcome back, ladies and

15  gentlemen.  I hope you had a nice lunch.

16         Let's wait till everyone fills in.

17         All right.  Please be seated.  And I believe

18  Ms. Rao will be presenting the defense's next witness.

19         **MS. RAO:**  Good afternoon, Your Honor.  The defense

20  calls Brandon Charnov to the stand.

21         **THE COURT:**  Good afternoon, sir.  I think you know

22  the drill.  Remove your mask and raise your right hand.

23         **DEPUTY CLERK:**  Do you solemnly affirm and truly

24  declare that the testimony you are about to give will be the

25  truth, the whole truth and nothing but the truth and this

1       you do under the pain and penalty of perjury?

2                   **THE WITNESS:**  Yes.

3

4       **BY MS. RAO:**

5           **Q.**   Good afternoon, Mr. Charnov, can you state and

6       spell your name for the record, please?

7           **A.**   Brandon Charnov.  B-R-A-N-D-O-N, C-H-A-R-N-O-V.

8           **Q.**   And are you currently employed?

9           **A.**   Yes.

10          **Q.**   And where are you employed?

11          **A.**   At Latham & Watkins.

12          **Q.**   And how long have you been there?

13          **A.**   Just under two years.

14          **Q.**   And what's your role at Latham & Watkins?

15          **A.**   My official title is project assistant.

16          **Q.**   Can you explain for the jury what that is?

17          **A.**   Yeah.  It's very similar work to what a junior

18      paralegal would do.

19          **Q.**   And what's that?

20          **A.**   Primarily assisting with cases.  I specialize in

21      litigation and trial.  That's why I'm here.  So primarily

22      assisting with filings, binder prep, document review,

23      organization, that kind of thing.

24          **Q.**   And I understand you're heading out in a few

25      months?

1     **A.**   Yes, I am.  I will be starting law school in the

2     fall.

3               **THE COURT:**  Why in the world would you want to do

4     that?

5               (Laughs all around.)

6     **BY MS. RAO:**

7     **Q.**   So prior to today, were you given some documents

8     to review in connection with this matter?

9     **A.**   I was.

10    **Q.**   And what were those documents, generally speaking?

11    **A.**    Those were FBI records.  I believe they were

12    produced by special counsel in discovery, and they fell into

13    sort of three main buckets.  One was emails involving the

14    FBI.  Two was instant messages, so Lynk messages, and those

15    were internal between members of the FBI.  And three were,

16    sort of, other FBI documents, including things such as

17    memos.

18    **Q.**   And one thing to clarify upfront, this case is

19    focused on allegations related to Alfa-Bank.  Did any of the

20    documents that you reviewed involve anything related to

21    Alfa-Bank?

22    **A.**   No.

23    **Q.**   And when you were given these documents to review,

24    were you given any directions?  What were you told to do?

25    **A.**   Yes.  I was told to review the documents and to

1  confirm the date on the document, the type of document, so

2  one of those three buckets that I mentioned earlier, and

3  which of the clients that Mr. Sussmann represented in those

4  documents.

5       **MS. RAO:**  May I approach the witness, Your Honor?

6       **THE COURT:**  You may.

7       **MS. RAO:**  And these are all exhibits that the

8  Court has that we've already provided, but we're happy to

9  give you a copy of the binder, if you'd like, as well.

10  BY MS. RAO:

11      **Q.**  So, Mr. Charnov, I'm showing you -- the binder

12  contains a number of exhibits marked for identification.

13      **MS. RAO:**  For the record, the binder includes

14  Exhibits DX-102, Defense Exhibit 105, Defense Exhibit 106,

15  Defense Exhibit 107, Defense Exhibit 109, Defense Exhibit

16  110, Defense Exhibit 112, Defense Exhibit 114, Defense

17  Exhibit 115, Defense Exhibit 117, Defense Exhibit 118,

18  Defense Exhibit 120, Defense Exhibit 121, Defense Exhibit

19  123, Defense Exhibit 124, Defense Exhibit 125, Defense

20  Exhibit 127, Defense Exhibit 128, Defense Exhibit 130,

21  Defense Exhibit 132, Defense Exhibit 134, Defense Exhibit

22  136, Defense Exhibit 137, Defense Exhibit 138, Defense

23  Exhibit 140, Defense Exhibit 141, Defense Exhibit 142

24  Defense Exhibit 144, Defense Exhibit 145, Defense Exhibit

25  146, Defense Exhibit 147, Defense Exhibit 148, Defense

1    Exhibit 149, Defense Exhibit 150, Defense Exhibit 151,

2    Defense Exhibit 152, Defense Exhibit 153, Defense Exhibit

3    154, Defense Exhibit 155, Defense Exhibit 164 and Defense

4    Exhibit 165.

5    **BY MS. RAO:**

6        **Q.**   And, Mr. Charnov, what are those exhibits that I

7    just referenced that are in your binder?

8        **A.**   Those exhibits are the exhibits that I mentioned

9    earlier that I reviewed.

10       **Q.**   Okay.

11           **MS. RAO:**   And, Your Honor, we would offer those

12   exhibits I just read into the record into evidence.

13           **MR. KEILTY:**   No objection, Your Honor.

14           **THE COURT:**   So moved.

15       (Defense Exhibits 102, 105-107, 109-112, 114, 115, 117,

16   118, 120, 121, 123-125, 127, 128, 130, 132, 134, 136-138,

17   140-142, 144-155, 164, and 165 were admitted.)

18   **BY MS. RAO:**

19       **Q.**   Now, Mr. Charnov, in connection with reviewing

20   those documents, did you also assist in preparing a chart

21   that summarized those exhibits?

22       **A.**   I did.

23       **Q.**   Okay.

24           And I'd like to show you what has been marked for

25   identification as Defense Exhibit 900.

1          Mr. Charnov, what is Defense Exhibit 900?

2     **A.**   Defense Exhibit 900 is the exhibit that was

3     created based on the data from the chart that I put

4     together.  It involves records of FBI's communications and

5     meetings relating to Mr. Sussmann's representation of

6     Hillary for America, the Democratic National Committee and

7     the Democratic Congressional Campaign Committee.

8     **Q.**   And does this summarize all of those exhibits that

9     are in the binder that we just mentioned?

10    **A.**   Yes.

11    **Q.**   And did you review this chart to ensure it fairly

12    and accurately summarized the records that you reviewed?

13    **A.**   Yes.

14    **Q.**   Okay.

15         **MS. RAO:**  Your Honor, at this time we would offer

16    Defense Exhibit 900 into evidence as a summary chart.

17         **MR. KEILTY:**  No objection.

18         **THE COURT:**  So moved.

19         (Defense Exhibit 900 was admitted.)

20    **BY MS. RAO:**

21    **Q.**   Now, let's take a moment to explain what this

22    shows.  So starting at the beginning, I think you mentioned

23    that it reflects FBI communications and meetings related to

24    Mr. Sussmann's representation of some political clients.

25         Now, what months are -- does this chart focus on?

1    **A.**   This focuses on the months of June to October of

2    2016.

3           **Q.**   Okay.

4           And communications related to which clients?  I

5    think you had mentioned -- I think they are abbreviated

6    here, so I just want to make sure we know what the

7    abbreviations stand for?

8    **A.**   Yes.  So the DNC abbreviation is the Democratic

9    National Committee.  The HFA is Hillary for America, and

10   DCCC, or D triple C, is the Democratic Congressional

11   Campaign Committee.

12          **Q.**   So we have there in the middle the various months,

13   June, July, August, September, October of 2016, and above

14   that there are differently-colored shaded boxes.  Can you

15   explain for the jury what those represent?

16   **A.**   Yes.  Each different colored shaded box represents

17   a communication that took place on that day that I reviewed

18   in evidence in these exhibits that indicates Mr. Sussmann's

19   representation of one of those three clients.

20          **Q.**   Okay.  And the numbers under the boxes, does that

21   reflect the date of the communication?

22   **A.**   Yes.

23          **Q.**   Okay.

24          And then I also see above that there's some lines

25   that show calendars.  What do those represent?

1       **A.**    Those calendars represent meetings between

2   Mr. Sussmann and the FBI.

3       **Q.**    Okay.

4       **A.**    On those dates listed.

5       **Q.**    Okay.  And there are some varying shades of blue

6   for the different boxes, both the boxes sort of closer to

7   the months and then the meetings.  Can you just explain what

8   the multiple colors represent?

9       **A.**    Yes.  So the lightest shade of blue, which almost

10  appears as white, is representing the HFA, when Mr. Sussmann

11  represents the HFA.  The middle shade of blue is the DNC,

12  and the darkest shade of blue is the D triple C.

13      **Q.**    Some boxes have multiple colors.  So what does

14  that reflect in the chart?

15      **A.**    So that reflects when Mr. Sussmann represents

16  multiple clients.  That could either be in the form of one

17  document that I reviewed that had him representing multiple

18  clients or multiple documents that both took place on the

19  same day where each one had him representing a different

20  client.

21      **Q.**    Okay.

22            And then finally, I think on the right-hand side

23  on the bottom, there appear to be a list of exhibits.  And I

24  think that's just the exhibits we just read into the record

25  that are summarized here; is that right?

1      **A.**   That is correct.

2      **Q.**   So now, just to get a sense of the documents you

3    reviewed and how you put this chart together, let's take a

4    look at a few examples.  Okay?

5            So let's start with Defense Exhibit 121?

6          **MS. RAO:**  Mr. Cleaves, if you could pull that up.

7    You can just snip at the top just to show what the header is

8    just to begin with.  The to/from information too, just the

9    full piece.  Yep.  Perfect.

10   **BY MS. RAO:**

11     **Q.**   So, Mr. Charnov, can you explain, you know, what

12   this is?

13     **A.**   This is an email from the FBI dated August 3rd,

14   2016 titled "extortion threat to the Hillary campaign

15   unclassified FOUO".

16     **Q.**   Generally speaking, the "from" and the "to"

17   information reflects FBI recipients; is that right?

18     **A.**   Yes.

19     **Q.**   And is Mr. Sussmann referenced in this email?

20     **A.**   He is.

21     **Q.**   Okay.  And let's take a look at that.  I think

22   it's going to be the email lower in the chain.  Yep.  There

23   we go.  Okay.

24           And if you could just read that first paragraph

25   for me under "good morning, Rodney".

1    **A.**    "WFO/CY-3 received email from DNC attorney

2    Sussmann late last night regarding an extortion message

3    received by the Hillary campaign threatening DDOS attacks

4    beginning 08/08/2016 if ransom is not paid.  I will forward

5    the message (green side) to you for visibility and potential

6    action given the apparent cyber criminal nature of the

7    threat."

8    **Q.**    Thank you.

9    **MS. RAO:**  And if we can pull back up Defense

10   Exhibit 900.

11   **BY MS. RAO:**

12   **Q.**    And so can you explain how that August 3rd email

13   we just looked at is reflected here on your chart?

14   **A.**    Yes.  So this is going to appear on August 3rd in

15   the box.  You can see the box is shaded with the light blue,

16   representing HFA, as well as the dark blue, representing DNC

17   because they were both mentioned in the email.

18   **Q.**    Let's take a look at Defense Exhibit 128.  Okay.

19           Mr. Charnov, what's this document?

20   **A.**    This document is an FBI email from an FBI agent

21   labeled "Unclassified/FOUO", subject "briefings for private

22   sector organizations-unclassified FOUO".

23   **Q.**    All of the individuals on this email chain are FBI

24   employees; is that right?

25   **A.**    Yes.

2846

1      Q.   And then if we can take a look at Page 2 in the

2   August 10th email.  And if we can just -- if you can read

3   those first two paragraphs for me under "good afternoon,

4   Lucy".

5      A.   "On Thursday, August 11, 2016, a group of folks

6   from the DNC will receive a threat briefing at the secret

7   level of FBI headquarters.

8           On Friday, August 12, 2016, a group of folks from

9   HFA, 'Hillary for America', Secretary Clinton's presidential

10  campaign, will receive the same threat briefing at the

11  secret level at FBI HQ.  On the afternoon of August 12,

12  2016, the DCCC, Democratic Congressional Campaign Committee,

13  will receive the threat briefing at the secret level at FBI

14  HQ."

15     Q.   And does this email indicate who the individuals

16  are from the DNC, HFA and DCCC that will attend the meeting?

17     A.   It does.

18     Q.   Okay.  Let's take a look at that.  And we don't

19  need to read all of the attendees, but safe to say that

20  Mr. Sussmann is listed as an attendee at the DNC meeting?

21     A.   Yes.

22     Q.   And the HFA meeting?

23     A.   Yes.

24     Q.   And the DCCC meeting?

25     A.   Yes.

1      Q.   Okay.  Let's take a look back at Defense Exhibit

2   900.

3           If you can explain for the jury how this exhibit,

4   Defense Exhibit 128, would be reflected on your chart?

5      A.   Yes.  So first, this is a communication.  So I

6   reflected that under August 11th, because that is the date

7   of the top email.  And I reflected that having all three

8   shades for DNC, HFA and DCCC because all three of them were

9   mentioned in this email.

10          In addition, there were two meetings referenced in

11  this email, one on Thursday, August 11th.  So the calendar

12  at the top under August 11th is shaded that middle shade of

13  blue for DNC, and the meeting on August 12th is shaded dark

14  blue for DCCC.

15     Q.   And let's take a look at Defense Exhibit 144.  And

16  what's this document?

17     A.   This appears to be an FBI memo labeled

18  "Unclassified FOUO" dated September 22nd, 2016, title,

19  "UFOUO cyber related target entity-Hillary for America

20  campaign".

21     Q.   Does this document mention Mr. Sussmann as well?

22     A.   Yes.

23     Q.   Okay.  Let's take a look at that.  I think it's

24  the third paragraph.  Can you just read that for us?

25     A.   "On August 9th, 2016, at 11:47 p.m., FBI received

1    an email from Hillary for America (HFA) campaign attorney

2    Michael Sussmann.  In the email Sussmann wrote, 'Rodney,

3    thank you for your message today.  Thankfully, there was no

4    DDoS.  We appreciate your attention and assistance.  Regards

5    Michael'".

6         Q.   Before we turn back to Defense Exhibit 900, let's

7    take a look at Defense Exhibit 145.  And this is also a

8    document that's dated September 22nd, 2016.  And can you

9    just state briefly what this appears to be?

10        A.   This appears to be an email from Michael A.

11   Sussmann to members of the DOJ and FBI, subject "DNC and

12   DCCC Intrusions".

13        Q.   Okay.  And if we can take a look at the very

14   bottom of Page 1, which I think is sort of the "from"

15   information, and then the top of Page 2.

16             And can you just read that for us?

17        A.   "Michael, I hope all is well since we last met in

18   August at FBI HQ.  Would you have time in the next several

19   business days to chat with NSD, the FBI and our colleagues

20   from the U.S. Attorney's Office for the Northern District of

21   California (copied)?  We are likely to have some information

22   requests for one or both of your clients and would like to

23   talk through them with you.  Regards."

24        Q.   And can you tell from looking at the document what

25   the "one or both of your clients" is referring to?

1      **A.**   Yes.  Based on the subject, which reads "DNC and

2  DCCC intrusions", I believe that those are the two clients

3  that are mentioned.

4      **Q.**   Okay.  And just if we can go back for a second to

5  Defense Exhibit 121.

6          **MS. RAO:**  Okay.  If you could blow up the top of

7  the email.

8  **BY MS. RAO:**

9      **Q.**   And this is an email from Rodney Hays at the FBI

10 to other FBI employees; is that right?

11     **A.**   Yes.

12     **Q.**   Okay.  Now I want to take a look at -- go back to

13 Defense Exhibit 144.  And if we can take a look again at

14 that third paragraph that we focused on here.  And we see

15 here, this reflects outreach on August 9th from Mr. Sussmann

16 to Rodney.  Understanding you're looking at the document

17 here, but do you think that refers to Rodney Hays that was

18 referenced probably in the other email because he was

19 handling a lot of communications with Mr. Sussmann?

20     **A.**   I believe so.

21     **Q.**   Okay.

22          And then now let's go back to Defense Exhibit 900.

23 So we looked at Defense Exhibit 144 and 145, which were both

24 on September 22nd.  And so how did you reflect those two

25 different communications on this chart?

1    **A.**    So on the chart there's a square for September

2    22nd, and it has three shades of blue for DNC, HFA and DCCC.

3    Exhibit DX-144, which is the FBI memo, this represents

4    Hillary for America, so this was why we have the light blue

5    HFA one.

6            The other two are from the DX-145 document, which

7    indicates his involvement with the DNC and DCCC.  So neither

8    of those individual documents has all three, but since they

9    were on the same date, we included all three in this

10   exhibit.

11   **Q.**    So some of the boxes, and this is an example of

12   that, reflect multiple communications on one day?

13   **A.**    Yes.

14       **MS. RAO:**  I have no further questions,

15   Mr. Charnov.

16           **THE WITNESS:**  Thank you.

17       **MR. KEILTY:**  Just briefly, Your Honor.  Thanks.

18           **CROSS-EXAMINATION OF BRANDON CHARNOV**

19   **BY MR. KEILTY:**

20   **Q.**    Good afternoon, sir, how are you?

21   **A.**    I'm good, good afternoon.

22   **Q.**    Great.  My name is Mike Keilty.  I'm a prosecutor

23   for the government.  We've never spoken before; is that

24   right?

25   **A.**    We have not.

1      **Q.**   First of all, congratulations on law school.

2      **A.**   Thank you very much.  I appreciate that.

3           **MR. KEILTY:**  So can we pull up Defense Exhibit

4      900, please?

5  **BY MR. KEILTY:**

6      **Q.**   So this is a pretty detailed chart.  I think you'd

7      agree.  Right?

8      **A.**   Yes.

9      **Q.**   A lot of colors and shadings.  Correct?

10     **A.**   Yes.

11     **Q.**   And it covers, what, 1, 2, 3, 4, 5 months; is that

12     correct?

13     **A.**   Yes.

14     **Q.**   And there's a lot of days in there; is that right?

15     **A.**   Yes.

16     **Q.**   And Ms. Rao went through a number of different

17     documents with you of different communications; is that

18     right?

19     **A.**   Yes.

20     **Q.**   Okay.  Is the date of September 18th, 2016 listed

21     in this --

22     **A.**   It is not.

23     **Q.**   -- chart?

24     **A.**   It is not.

25          **MR. KEILTY:**  Can you pull up Government's Exhibit

1    1500?  Ms. Arsenault, can you just go down for me a little

2    bit?

3    **BY MR. KEILTY:**

4         **Q.**   Sir, is this document in your chart?

5         **A.**   It is not.

6         **Q.**   Can you go to -- is the date of September 19th in

7    your chart, sir?

8         **A.**   You'd have to pull the chart back up.  I'm sorry.

9    There were a lot of dates on there.

10        **Q.**   No.  I understand.

11             **MR. KEILTY:**  Can you go back to Defense Exhibit

12   900, please?

13             **THE WITNESS:**  September 19th is not on the chart.

14   **BY MR. KEILTY:**

15        **Q.**   And are you aware that's the day when Mr. Sussmann

16   met with the FBI, General Counsel Jim Baker?

17        **A.**   To be honest, this is the first time I'm hearing

18   of this.

19        **Q.**   Understood.  Okay.

20             **MR. KEILTY:**  Can you pull up Government's Exhibit

21   243?

22   **BY MR. KEILTY:**

23        **Q.**   Have you seen these notes before, sir?

24        **A.**   I don't believe I have.

25        **Q.**   Okay.  And I assume then you haven't seen other

1    notes as well from that date from somebody named Trisha

2    Anderson; is that right?

3        **A.**    I have not.

4        **Q.**    Okay.  And you --

5            **MR. KEILTY:**    Government Exhibit -- I'm sorry.

6    Defense Exhibit 900 one more time.

7    **BY MR. KEILTY:**

8        **Q.**    And you didn't talk about, with Ms. Rao, any

9    billing records from September 19th, did you?

10       **A.**    No.

11       **Q.**    This chart only goes to October of 2017; is that

12   correct?

13       **A.**    That is correct.

14       **Q.**    Okay.  Are you aware of whether Mr. Sussmann went

15   to the CIA in February of 2017?

16       **A.**    I'm sorry -- the question before, did you say 2016

17   or '17?

18       **Q.**    What's the date range of this chart?

19       **A.**    This is 2016.

20       **Q.**    Correct.

21       **A.**    Yes.  I just wanted to be clear.

22       **Q.**    So February 2017 does not appear on this chart?

23       **A.**    No.

24       **Q.**    Were you aware that Mr. Sussmann went to the CIA

25   in February of 2017?

1    **A.**    I was not aware.

2    **Q.**    But that definitely doesn't appear on this chart?

3    **A.**    Correct.

4    **Q.**    Okay.

5          **MR. KEILTY:**  No further questions -- I need to

6    finish one.

7    **BY MR. KEILTY:**

8    **Q.**    You would agree, I assume -- you've seen some of

9    this trial; is that correct?

10   **A.**    I've seen only snippets not a ton of it.

11   **Q.**    You would agree that September 19th is a fairly

12   critical date in this case in 2016?

13   **A.**    To be honest, I don't know enough about it.  I

14   don't disagree.  I just don't have an opinion.

15         **MR. KEILTY:**  That's fair.  Okay.  Thank you, Your

16   Honor.

17         **THE COURT:**  Ms. Rao?

18         **MS. RAO:**  Nothing further, Your Honor.

19         **THE COURT:**  Thank you very much for your

20   testimony, sir.  You can be excused.

21         **THE WITNESS:**  Thank you.

22         (Bench conference)

23         **THE COURT:**  Are the character witnesses ready?

24         **MR. BERKOWITZ:**  They are, Your Honor.

25         **THE COURT:**  Okay.  Why don't we go forward?

 1          **MS. SHAW:**  Your Honor, just quickly.  I know that

 2     some judges have particular ground rules for cross-examining

 3     character witnesses, and I'm not planning anything

 4     extensive.  But I just -- it would obviously be dependent on

 5     what they say.  But I just wanted to know if Your Honor had

 6     any particular restrictions beyond scope?

 7          **THE COURT:**  None beyond scope, but we'll see if

 8     there are any objections.  But frankly, we don't get a lot

 9     of character witnesses.

10          **MS. SHAW:**  I know.  This is a first for me.

11          **THE COURT:**  All right.  We'll just see how it

12     goes.

13          **MS. SHAW:**  All right.

14        (Bench conference concluded)

15          **THE COURT:**  All right.  Ladies and gentlemen, at

16     the beginning of the government's case, when I -- they

17     called, I believe, Agent Martin as an expert witness, I told

18     you that there were two kinds of witnesses.  There were

19     experts and then there were lay witnesses, who actually know

20     something about the actual evidence in the case.

21          That was a misstatement.  There's actually a third

22     type of witness called a character witness, and I believe

23     Mr. Sussmann is prepared to call at least one character

24     witness and maybe two at this time.  Okay?

25          Who will be presenting the next witness?

1       **MS. RAO:**  I will.

2       **THE COURT:**  Ms. Rao, you're on.

3       **MS. RAO:**  The defense calls Ms. Jimma

4    Elliott-Stevens.

5       **THE COURT:**  Okay.  Step right up, ma'am.

6       All right.  Good afternoon.

7       **THE WITNESS:**  Good afternoon.

8       **THE COURT:**  If you could step up, make yourself

9    comfortable, and remain standing and raise your right hand

10   to be sworn in by the courtroom deputy.

11      **DEPUTY CLERK:**  Do you solemnly affirm and truly

12   declare that the testimony you are about to give will be the

13   truth, the whole truth and nothing but the truth and this

14   you do under the pain and penalty of perjury?

15      **THE WITNESS:**  I swear.

16      **THE COURT:**  Okay.  Feel free to remove your mask,

17   ma'am, and have a seat.

18      **THE WITNESS:**  Thank you.

19      **THE COURT:**  Okay.

20

21   **BY MS. RAO:**

22      **Q.**   Good afternoon, Ms. Elliott --

23      **THE COURT:**  Move that mike just a bit little

24   closer to you so we can all hear what you have to say.

25   Okay?

1      **THE WITNESS:**  I'm pretty loud.

2      **THE COURT:**  Okay.

3   **BY MS. RAO:**

4      **Q.**   Good afternoon, Ms. Elliott-Stevens.

5      **A.**   Good afternoon.

6      **Q.**   Can you state and spell your name for the record?

7      **A.**   Sure, it's Jimma Elliott-Stevens.  The first name

8   is J-I-M-M-A, and the last name is Elliott-Stevens,

9   E-L-L-I-O-T-T hyphen S-T-E-V-E-N-S.

10     **Q.**   And Ms. Elliott-Stevens, what is your current

11  role?

12     **A.**   I currently work for the Thomson Reuters

13  Corporation.  It's a global corporation that engages in news

14  and other things.  I am the general counsel of our entity in

15  Switzerland, which is a holding company that has other

16  entities reporting into it.

17         I am also the chief compliance officer for the

18  entire enterprise, so that's globally, and I'm the chief

19  privacy officer.

20     **Q.**   And where are you currently based?

21     **A.**   I am currently based in Zurich, Switzerland.

22     **Q.**   And you mentioned you are counsel.  How long have

23  you been a lawyer?

24     **A.**   I was sworn in in 2005.

25     **Q.**   Okay.  And just briefly, for the jury, can you

1      take us from high school to sort of present and give us a

2      sense of your educational and employment history?

3          **A.**     Sure.  I am a native of Washington, D.C., born and

4      raised.  I went to the model academic Benjamin Banneker

5      senior high school, which is an all-economic high school.

6               From there, I enlisted in the United States Marine

7      Corps in a college and Marine program.  I went to a private

8      school in Michigan, where I ultimately left and ended up

9      transferring to the University of Maryland later and

10     graduated from there and undergrad.

11              I then went straight on to the George Washington

12     University Law School.  I also did a stent at Oxford

13     University in England studying human rights law, all while

14     working at the Department of Justice at the time.  So there

15     was a lot going on.

16         **Q.**   And you mentioned the Department of Justice.  You

17     subsequently left the Department of Justice?

18         **A.**    I did.  I stayed at the Department of Justice for

19     several years.  I always say that's the agency that gave me

20     my wings.  I then went on to the FDA, the Food and Drug

21     Administration, then the U.S. Department of Agriculture,

22     veterans affairs and I finished up -- or rounded up my time

23     in government -- I went to Social Security Administration

24     and then rounded my time at the Department of Treasury

25     before I left to go to private industry.

1    **Q.**    And do you know Michael Sussmann?

2    **A.**    I do.

3    **Q.**    Okay.  And how did you come to know him?

4    **A.**    I came to meet Michael in the early '90s.  I was

5    assigned to him as an admin assistant.  I was an admin

6    assistant at Justice while I was going through school.  And

7    I was assigned to him and another Special Assistant at the

8    time and ultimately a couple more, but yeah.

9    **Q.**    And how long were you Mr. Sussmann's assistant?

10   **A.**    Probably about two to three years.

11   **Q.**    Okay.  And generally speaking, what was your

12   relationship like?  How was he as a boss?

13   **A.**    He was a great boss.  He was a little demanding.

14   He worked really hard.  I worked really hard.  I had

15   something to prove as well, and he was nice and kind.  You

16   know, we had a pretty good working relationship.

17   **Q.**    And did at some point you also develop a personal

18   relationship?

19   **A.**    Yes.  I had a unique situation while I was in

20   school.  I had a very young child.  At the time, my son was

21   three, and my office was incredibly understanding.  And so I

22   used to bring my son to the office quite a bit.  And my son,

23   who is completely gregarious, got to know just about all of

24   the Special Assistants and the Deputy Assistant Attorney

25   Generals at that time.

1        So he took a strong liking to Michael and vice

2   versa.  And so he spent a lot of time in Michael's office.

3   So from there, we kind of forged a -- I would say it was

4   still an employment relationship for sure.  But it did,

5   eventually, turn into more of a friendship.

6        **Q.**   And, you know, what kind of role, you know, did he

7   play in your son's life, you know, beginning then and over

8   time?

9        **A.**   Yeah.  It was -- he was really instrumental in my

10  son's upbringing.  At the time, I was separated and going

11  through a divorce, and Michael would -- he took an interest

12  in my son.  He had other friends that had kids.  And so he

13  would allow my son to join him on trips and to amusement

14  parks and different events, which certainly my son

15  appreciated.

16       And even as my son grew into his teen years, they

17  stayed really closely connected.  So we really refer to

18  Michael as my son's Godfather.

19       **Q.**   And what about you?  Did you also continue to have

20  a relationship with him, you know, aside from the

21  relationship he had with your son?

22       **A.**   Yes, definitely.  So I was assigned to the

23  criminal division at that time in the front office, but I

24  went to a different part of the criminal division to our

25  internal security section and started working there.  So at

1    the time, I was applying to law schools, and Michael was,

2    again, he was my confidant.

3            He -- eventually it turned into a very strong

4    mentorship, giving me a lot of guidance and direction as I

5    got into law school and had to make decisions beyond that.

6    And then, once I became a lawyer, I would pretty much say,

7    every move I made careerwise, I didn't make a move without

8    him, without consulting with him or discussing it.  And so

9    that meant a lot to me.

10   Q.   And what about professionally?  We talked a little

11   bit about the time you worked with him at the Department of

12   Justice.  Have you had the opportunity to work with him

13   since then?

14   A.   Yes.  So once I left the federal government space

15   and I went to private industry, I was able to engage outside

16   counsel for a few companies.  And so Michael was working at

17   Perkins Coie at the time, and that was one of the firms that

18   I brought in when I was with a company called N4, which was

19   a technology company.  I also brought the firm, rather, into

20   Thomson Reuters where I am now, and Michael was the

21   relationship partner.

22   Q.   And what was he like as, you know, a lawyer and

23   outside counsel?  Tables have turned a little bit, it seems.

24   A.   Well, definitely.  We definitely used to joke that

25   you now work for me.  But he was incredibly trustworthy.

1    One of the things -- I worked in a space where we have a lot

2    of high-end law firms, and this firm was new to the company.

3    So they had a bit of proving to do.

4           So I kind of let them run their own show and have

5    to impress the chief legal officer on his own.  And he was

6    able to do that on both occasions, even at the former

7    company, whereby, even when I left that company, they

8    continued the relationship with Michael and the firm until

9    my company came to really rely on him, his judgment, the

10   lawyers that represented the firm and that he oversaw so,

11   yeah.

12   **Q.**   And then, just finally, in the almost 30 -- if my

13   math is right -- years you've known Mr. Sussmann, what's

14   your overall impression of his reputation for honesty and

15   truthfulness?

16   **A.**   Yes, it has been almost 30 because my son was

17   three at the time, and my son is 33 today.  So that's been a

18   long time.

19          As long as I've known Michael -- I mean, as I

20   said, he was pretty instrumental in my life, and he's come

21   to know my family.  I've come to know his family.  He's

22   always been someone whose integrity has been beyond

23   reproach.  You know, I know him as, again, an honest,

24   hard-working, man of faith.  So I've never had any issues

25   with his character or his integrity.

1          **MS. RAO:**  Thank you so much, Ms. Elliott-Stevens.

2     No further questions.

3          **THE WITNESS:**  Of course.

4          **THE COURT:**  Counsel.  Real quick.

5        (Bench conference)

6          **THE COURT:**  The only ground rule in this show is

7     don't ask her whether her opinion of him would change if he

8     were guilty of the crime.  Okay?

9          **MS. SHAW:**  Understood.

10       (Bench conference concluded)

11          **CROSS-EXAMINATION OF JIMMA ELLIOTT-STEVENS**

12   **BY MS. SHAW:**

13       **Q.**   Good afternoon.

14       **A.**   Good afternoon.

15       **Q.**   My name is Brittain Shaw.  Along with my

16   colleagues, I represent the United States in this matter.

17   It's nice to meet you.

18       **A.**   Nice to meet you.

19       **Q.**   I don't have many questions for you.

20       **A.**   Okay.

21       **Q.**   But, you know, it's clear that you and

22   Mr. Sussmann are good friends, and you've been good friends

23   for many years.  Right?  You are not here because you know

24   anything about the case.  You are just here as a friend.

25   And you haven't -- you have to say yes or no just for the

1      record.

2             **A.**   That's correct.

3             **Q.**   We are both nodding to each other.

4             **A.**   Right.

5             **Q.**   So you haven't sat through the evidence.  Right?

6             **A.**   No.  I actually -- no.  I don't know much about

7      the case.

8             **Q.**   And the jury has sat through the evidence, but you

9      haven't been here while they have been here.  Right?

10            **A.**   That's correct.

11            **Q.**   Thank you very much.

12            **A.**   Sure.

13                **THE COURT:**  No redirect, I take it?

14                **MS. RAO:**  No, Your Honor.

15                **THE COURT:**  Okay.  Thank you very much for your

16     testimony, ma'am.  You are excused.  Have a great day.

17                    **THE WITNESS:**  Thank you.

18                **MS. YAO:**  Good afternoon.

19                **THE COURT:**  Good afternoon.

20                **MS. YAO:**  The defense calls Marty Stansell-Gamm to

21     the stand.

22                **THE COURT:**  Very well.

23                    Welcome, ma'am.  Please step right up.  If you

24     could remain standing, raise your right hand and remove your

25     mask.

1          **DEPUTY CLERK:**  Do you solemnly affirm and truly

2     declare that the testimony you are about to give will be the

3     truth, the whole truth and nothing but the truth and this

4     you do under the pain and penalty of perjury?

5          **THE WITNESS:**  I do.

6          **THE COURT:**  Okay.  Please have a seat, ma'am.

7          **THE WITNESS:**  Thank you.

8

9     **BY MS. YAO:**

10         **Q.**   Could you please state and spell your name for the

11    record?

12         **A.**   My name is Martha Stansell-Gamm.  Last name is

13    S-T-A-N-S-E-L-L hyphen G-A-M-M.

14         **Q.**   What do you currently do?

15         **A.**   I am retired from the Department of Justice.

16         **Q.**   How long have you been retired for?

17         **A.**   Oh, goodness, over 14 years.

18         **Q.**   That sounds great.

19         **A.**   It is.

20         **Q.**   We're going to start with your background.  Can

21    you please briefly walk through your legal career?

22         **A.**   Sure.  I spent a couple of years in Michigan in

23    practice and then, in 1980, I was commissioned in the United

24    Stated Air Force as a judge advocate.

25         **Q.**   And what does it mean to be a judge advocate?

1    **A.**   A judge advocate is an active duty lawyer in the

2    Air Force.

3    **Q.**   And what did you do after that?

4    **A.**   My first assignment was in Germany.  I spent four

5    years in Germany, half in prosecution, half in defense.

6    After Germany, I was selected to teach at the Air Force

7    judge advocate school.  I was on the faculty there for three

8    years.  And then was given permission to go to Harvard for a

9    year for an advanced degree in international law.  My last

10   position in the Air Force was three years in Hawaii as the

11   chief of international law for the Air Forces in the Pacific

12   region.

13   **Q.**   And so, I take it, you left Hawaii and came to the

14   Department of Justice; is that right?

15   **A.**   Yes.  It was time to stop moving around so much.

16   **Q.**   And what were you doing at the Department of

17   Justice?

18   **A.**   I got very lucky.  I went into the Department of

19   Justice just as the very first computer crime unit was being

20   formed.  There were five of us.  It was 1991.  This is

21   before the World Wide Web existed.  There were very few

22   experts in government.

23        And so our first task, really, was to just try to

24   figure out what we were supposed to do, and we consulted

25   every expert we could find, experts in the agencies, in

1    universities, in companies, who could help us understand the

2    nature and scope of the computer crime problem, where they

3    expected it to go, and what we ought to be doing to prepare.

4         So we quickly figured out this was going to be an

5    interdisciplinary problem.  We needed to be able to look at

6    legislation, figure out what needed to be changed.  We had

7    to learn a lot about how to investigate these cases with the

8    agencies, because, if you think about it, the global network

9    was really our crime scene.  So we had to learn where the

10   evidence lay and how procedurally to obtain it.

11        We also had to work internationally.  As we all

12   know now, trivially easy for criminals to hop around the

13   world, but that's not allowed for prosecutors and agents.

14   So we had to find counterparts overseas who could help us.

15   Of course, they were at the very beginning of this as well.

16        We had to find AUSAs who could and would help us

17   investigate cases very quickly because the evidence is often

18   femoral.  So we were in the network building business, but

19   our network was human.

20   Q.   So how long were you in that position for?

21   A.   We were a unit for about five years growing

22   larger.  And then the Department promoted us to become a

23   section.  So we became the Computer Crime and Intellectual

24   Property Section, otherwise known as CCIPS.  And Scott

25   Charney, who had been the chief of our unit, became the

1    section chief and I was his deputy.  I think that's where we

2    were when Michael Sussmann was hired into the section.

3         Q.   Okay.

4         A.   And just to complete, Scott left in about 1999,

5    and I finished out my time in the Department as the chief of

6    the section.

7         Q.   Okay.  So you were both Deputy Chief and then

8    later you became chief of CCIPS?

9         A.   That's right.

10        Q.   And you anticipated my question, do you know

11   Michael Sussmann?

12        A.   Yes, of course.

13        Q.   And how did you come to know him?

14        A.   Scott and I found Michael in the front office, as

15   we call it, the criminal division's staff.  He was, as I

16   recall, working for Mark Richard.  Mark was the Deputy

17   Assistant Attorney General who supervised all of the

18   division's international work.

19             So that was Michael's particular experience, and

20   it was also his interest.  So we knew we were going to need

21   a lot more of that, so we were very lucky to get him.

22        Q.   And do you recall what Mr. Sussmann was doing in

23   the section with you?

24        A.   We were too small to have anybody specialize in

25   anything.  So all the lawyers answered questions from AUSAs.

1   Our primary mission was, in growing the program, to support

2   the AUSAs nationwide and whatever it was that they needed

3   from us.  So everybody did that.  Everybody at various times

4   worked on legislation.

5          The legislation that we did, I called it blank

6   screen work.  We were working from nothing.  And so we

7   needed to come up with constructs and then have everybody

8   throw tomatoes at it to make sure that those ideas held up.

9   So everybody participated in that.

10          Everybody assisted with training.  We did a lot of

11   training domestically, AUSAs on the technology, agents on

12   the very complicated electronic search and seizure law in

13   which we had become the experts.  And we also had all of the

14   international work.  So everybody did everything.

15     Q.   And what was your professional relationship with

16   him like?

17     A.   I was very interested in getting to know everybody

18   on the staff.  And to the extent that they wanted to tell me

19   who they were or anything about them, I was always

20   interested in knowing that.

21          Somehow I found out that Michael, as a young man,

22   had had a tragedy in his life.  As I remember it, his family

23   had been vacationing together, and there was a horrible

24   hotel fire.  And all the members of his family escaped

25   except for his father, who died in the fire.  I think

1      Michael was in his early 20s when that happened.

2              Not long after he came to the section, as I

3      remember it, he had another challenge.  His older sister,

4      Marjorie, developed a brain tumor.  And she was being

5      treated at Sloan Kettering.  The family -- she had young

6      children.  The family needed help.

7              Michael asked us for permission to go up to New

8      Jersey and New York and give help to Marjorie, her family,

9      get her to Sloan Kettering, support his mother.  Of course

10     we gave him all of the time he asked for and needed.

11             I remember, at one point after Marjorie had been

12     ill for a long time, she came to the section to thank us for

13     allowing her brother to be with her.  So I would say

14     Michael, more than his contemporaries, had been tempered by

15     tragedy, which made him more mature in all kinds of ways

16     that you might notice even if you didn't know those stories.

17             But it also interestingly opened him to joy.  And

18     I remember when he met Apple, his wife, who swept him off

19     his feet, he was one of the most ebullient fellows I'd ever

20     seen when they were married.  And together, they have shared

21     the joy of their three terrific children.

22             So Michael has known life's pain.  He has known

23     life's beauty.  And I would say it has centered him.  He is

24     less inclined to be moved by life's smaller vicissitudes.

25     He is a mature person.

1      **Q.**   I want to turn a little bit back to your work

2   relationship with him.  Can you describe at a high level

3   what kinds of projects he was working on?

4      **A.**   Uh-huh, certainly.

5           One of the most important projects that Michael

6   worked on was the G8 technology subgroup.  It was the G8 in

7   those days, now returned to the G7.  But the Heads of State

8   of the countries decided that they needed to create a

9   subgroup to advise them and to make progress against

10  computer-related crime.

11          At the very beginning, as I remember it, Scott

12  Charney chaired the meeting, and I was the head of the U.S.

13  delegation.  That became unworkable fairly quickly.  We

14  needed to promote and develop other people to do that work.

15  And Michael was a perfect fit for that.  It was intensely

16  legal, in some ways, but it was also diplomatic, because

17  there were these eight delegations coming from very

18  different legal perspectives and very different experiences

19  with the technology.

20          The thing that was so great about the G8 subgroup

21  was that it decided to be practically oriented.  And one of

22  the most important things it did, and I know that Michael

23  shepherded this project, was they created a 24/7 response

24  network.  It is one of the biggest problems we were having

25  was getting assistance overseas quickly in trying to trace

1    the source of a computer penetration.

2         So this task fell to the G8 subgroup, and they

3    created a system in which every country agreed to have

4    somebody on duty or reachable on duty all the time in order

5    to gather evidence to assist with cases that came from

6    overseas.  This was very important for us.  It was also very

7    important for other countries, because a lot of the data

8    that they were seeking was in systems in the U.S.

9         **Q.**   So when did Mr. Sussmann begin working with you?

10        **A.**   I believe, I would guess it was around '97, '96 or

11   '97.  And we would have mentored him to take the leading

12   role in leading the U.S. delegation to the G7.

13        But this -- just as an ancillary matter, the other

14   big international project that we had was the negotiation of

15   an international treaty at the Council of Europe.  I had the

16   pleasure of, just recently, participating with them after 20

17   years, and there are now 66 countries.  But one of the most

18   important things about this is that they adopted the idea

19   that the G7 came up with, and they have incorporated the

20   24/7 network.

21        It is now, as a matter of treaty, extended to the

22   66 countries that are parties to the convention.  So the G8

23   originated this idea, which has been tremendously important

24   in fighting computer crime.  Michael can take a lot of

25   credit for that.

1    **Q.**   Great.

2          So you've known Mr. Sussmann for over 20 years

3    now; is that right?  Hopefully my math is right?

4    **A.**   Is that right?  Yeah.  Not quite.  Not quite.

5    **Q.**   All right.  Well over 20 years; is that fair?

6    **A.**   A little bit less.

7    **Q.**   Okay.

8          Now, in the time that you've known Mr. Sussmann,

9    what's your overall impression of his reputation for honesty

10   and truthfulness?

11   **A.**   Michael is an earnest guy.  He's a sincere person.

12   He has -- I mean I have confidence -- I did have confidence

13   in his truthfulness, in letting us know when there was a

14   problem.  I would bank on it.

15   **Q.**   And you believe him to be an honest and truthful

16   person?

17   **A.**   Oh, I do.

18   **Q.**   Thank you.

19          **CROSS-EXAMINATION OF MARTHA STANSELL-GAMM**

20   **BY MS. SHAW:**

21   **Q.**   Good afternoon.

22   **A.**   Good afternoon.

23   **Q.**   My name is Brittany Shaw.  I represent the United

24   States, along with my colleagues at counsel table.  It's

25   nice to meet you.

1          I don't have many questions for you, and thank you

2     for sharing your stories about CCIPS.  It's fascinating --

3          **A.**   You are most welcome.  I am very proud of them as

4     you can tell.  I haven't been there in a long time, but they

5     are still wonderful.

6          **Q.**   All right.  So it's clear from what you've told us

7     that you have strong feelings about Mr. Sussmann.  You've

8     had a long relationship with him.  Have you been sitting in

9     the courtroom listening to the evidence here?

10         **A.**   All I know is what I have read in the press.

11         **Q.**   Right.

12         **A.**   I did meet with Michael in November, but we did

13    not discuss the case at all.

14         **Q.**   But you haven't been sitting in the courtroom,

15    like the jury has, listening to the evidence?

16         **A.**   No, no.  I haven't heard any of the testimony.

17              **MS. SHAW:**  Thank you, ma'am.

18              **MS. YAO:**  Nothing further, Your Honor.

19              **THE COURT:**  Okay, ma'am, thank you very much for

20    your testimony.

21              **THE WITNESS:**  My pleasure.

22              **THE COURT:**  You are excused and have a great day.

23              Counsel, quick sidebar.

24         (Bench conference)

25              **THE COURT:**  Should we take a short break and take

1       stock of where we are?

2               **MR. BERKOWITZ:**  I think that makes good sense,

3       Your Honor.

4               **MR. DeFILIPPIS:**  Yes, Your Honor.

5           (Bench conference concluded)

6           **THE COURT:**  All right.  Ladies and gentlemen,

7       we're going to take a short -- about a 10-minute break.  And

8       I'm going to meet with counsel to see where things stand.

9       And we will let you know when you come back.  Okay?

10          (Jury exited the courtroom.)

11              **THE COURT:**  All right.  Please be seated.

12              All right.  So I guess the first thing is the

13      HSPCI testimony.  I've read the excerpts that came in in the

14      government's case and the proposed additions under Rule 106

15      from the defense.  They seem to relate to generally the same

16      subject matter and complete the story.

17              The subject matter of the excerpts offered by the

18      government are, you know, Did he come alone or on behalf of

19      a client?  The logistics of the meeting, was anyone else

20      there?  Did he leave documents?  Was there any follow-up

21      about the information that he provided?  Did a client direct

22      him to do anything?

23              The excerpts that I've read seem to cover that

24      same ground, but is there a dispute or does the government

25      contest that?

1          **MR. DeFILIPPIS:**  Your Honor, before this court

2     session, Mr. Berkowitz, I think, had presented us with what

3     we understand is a narrowed proposal from the defense,

4     bottom of Page 56 to 58.

5          **MR. BERKOWITZ:**  I believe, Your Honor, you have --

6     it's bottom of Page 56 to the bottom of Page 58.

7          **THE COURT:**  Right.  Starting with "and who in the

8     FBI did you speak with"?

9          **MR. DeFILIPPIS:**  (Nodded head)

10          **THE COURT:**  And going through "best interest of

11     the Bureau and of our country so that I mean --"

12          **MR. DeFILIPPIS:**  Yeah, so, Your Honor, if that's

13     the proposal, that more limited proposal, we're not going to

14     object to that.

15          **THE COURT:**  Okay.  Good.  We all agree.

16          And, Mr. Berkowitz, how do you want to take up the

17     sealed motion that was filed just before lunch?

18          **MR. BERKOWITZ:**  Your Honor, we don't know what

19     the --

20          **THE COURT:**  Is there an objection to the request

21     by the government?

22          **MR. DeFILIPPIS:**  Your Honor, we did take a quick

23     look at the motion.  I think, at this phase, we're not able

24     to say for sure whether we object.  There are a couple of

25     things we want to do some research on that won't take us

1   long, but we'd just like a little chance to do that.

2           If we do oppose it, we'd ask to give you something

3   this evening.

4           **THE COURT:**  All right.  So the defense then won't

5   be prepared to rest today.  We'd have to defer that decision

6   until tomorrow?  And I assume -- I'll bring them back, and

7   we can read them the HSPCI testimony, and Mr. Sussmann would

8   be the only other witness.  Correct?

9           **MR. BERKOWITZ:**  That is correct.  And a decision

10  on this issue will help inform that decision.  And so I --

11  we certainly are not looking to put the government on the

12  spot.  They should be entitled to do their research.  If

13  there is an issue that we can do or raise and get your steer

14  sooner rather than later, it would help us so that there is

15  not an unnecessary delay.  We chose, as we were preparing,

16  to file it right at the close of their case and did so.

17          So we're trying to do what we can, and our case

18  has gone quicker than we anticipated, but we would like some

19  direction from you to help inform a final decision.

20          **THE COURT:**  Okay.  And I know that the motion was

21  filed under seal because the attachments are confidential;

22  is that correct?  Is the motion itself or the fact of the

23  motion or the subject matter of the motion, there is no

24  reason that that should be sealed.  Correct?

25          **MR. BERKOWITZ:**  I believe that's correct.

1          **THE COURT:**  Okay.  So just for the record, the

2    motion is to preclude -- if Mr. Sussmann were to testify --

3    to preclude the government from cross-examining him on

4    materials that were submitted to the government prior --

5    preindictment to persuade the government not to go forward

6    with the case?

7          **MR. BERKOWITZ:**  That's correct.

8          **THE COURT:**  Okay.  I mean, since this was just

9    filed, the government obviously should have an opportunity

10   to think about it.  On its face, it seems like 408 and 410

11   would apply.  I don't -- I would be hard-pressed to come up

12   with an example of preindictment negotiations between the

13   parties in a criminal case that would be used at trial or

14   that would be admissible over 408 and 410 objections.

15         **MR. DeFILIPPIS:**  Your Honor, we are mindful of

16   that.  Part of the reason we want to do some very quick

17   research is just make sure everything we say is in line with

18   Department policy and all of that.

19         **THE COURT:**  Okay.  If Mr. DeFilippis confirms what

20   he believes to be the case, that it's not contrary to

21   Department policy, how long -- just in terms of planning and

22   dealing with the jury instructions, how long would you

23   anticipate Mr. Sussmann's testimony to be if he were to

24   choose to testify?

25         **MR. BERKOWITZ:**  Three hours.

1           **THE COURT:**  Okay.

2           **MR. BERKOWITZ:**  Or less or more, but that would be

3    our estimate, Judge.  Obviously subject to

4    cross-examination.

5           **THE COURT:**  I'm just doing the math in my head

6    thinking towards Friday morning.

7           **MR. BERKOWITZ:**  It's to conclude but not to close,

8    I suppose.

9           **THE COURT:**  Right.  So closings would then likely

10   be Tuesday?

11          **MR. BERKOWITZ:**  Again, I don't want to speak

12   subject to any rebuttal case, but hopefully it would be

13   Tuesday morning, Judge.

14          **THE COURT:**  Got it.

15          All right.  Why don't we bring the jury back, read

16   in the defense's excerpts from the HSPCI testimony and then

17   you're prepared to close -- I'm sorry.

18          **MR. BERKOWITZ:**  I will not rest.

19          **THE COURT:**  We'll just send them home.  Okay.

20   Perfect.

21          **MR. BERKOWITZ:**  And just one issue I can raise

22   after the jury is gone to preserve time if you want.

23          **THE COURT:**  Okay.

24       (Jury entered the courtroom.)

25          **THE COURT:**  Please be seated, everybody.

1          **MR. BERKOWITZ:**  Your Honor, at this point, the

2    defense would read in additional portions of Government

3    Exhibit 56, which was Mr. Sussmann's testimony before the

4    House Subcommittee in, I believe it was, December of 2017.

5    If you could just put up the front page and I -- it may have

6    been October.  We'll take a look.

7          So this is additional testimony from the portions

8    that the government read in when Mr. Sussmann testified on

9    December 18th of 2017.  On the bottom of Page 56 I will

10   start with.  Just blow that up for me, please?

11         **Q.**   And who in the FBI did you speak with?

12         **A.**   (By Michael Sussmann:)  It's general

13   counsel.

14         **Q.**   Okay.  And that would be?

15         **A.**   Jim Baker.

16         **Q.**   And when did that conversation occur on

17   or about?

18         **A.**   Middle of September, 2016.

19         **Q.**   And what did Mr. Baker advise you to do?

20         **A.**   Advise me to do?

21         **Q.**   Yeah.  Or what was -- what did he -- how

22   did he respond to the information that you

23   conveyed to him?

24         **A.**   He said thank you.

25         **Q.**   Did he offer any follow-on --

1          **A.**   No.

2          **Q.**   -- engagements or did he promise that he

3     would pass it on?

4          **A.**   But to be clear, I told him I didn't

5     want any.  I mean, I was sharing information, and

6     I remember telling him at the outset that I was

7     meeting with him specifically, because any

8     information involving a political candidate, but

9     particularly information of this sort involving

10    potential relationship or activity with the

11    foreign government, was highly volatile and

12    controversial.

13              And I thought and I remember telling him

14    that it would be a not-so-nice thing -- I probably

15    used a word more stronger than "not so nice" -- to

16    dump some information like this on a case agent

17    and create some sort of a problem.

18              And so I was coming to him mostly

19    because I wanted him to be able to decide whether

20    or not to act or not to act, or to share or not to

21    share, with information I was bringing him to

22    insulate or protect the Bureau or -- I don't know.

23    I just thought he would know best what to do or

24    not to do, including nothing at the time.

25              That if I could just go on, I know from

1          my time as a prosecutor at the Department of

2          Justice there are guidelines about when you can

3          act on things.  When close to an election, you

4          wait sort of until after the election.

5                And I didn't know what the appropriate

6          thing was, but I didn't want to put the Bureau or

7          him in an uncomfortable situation by, as I said,

8          going to a case agent or sort of dumping it in the

9          wrong place.  So I met with him briefly and --

10         **Q.**   Did you meet -- was it a personal

11         meeting or a phone call?

12         **A.**   Personal meeting.

13         **Q.**   At the FBI?

14         **A.**   At the FBI.

15               And if I could just continue my answer

16         to answer your question, and so I told him this

17         information, but didn't want any follow-up, didn't

18         -- in other words, I wasn't looking for the FBI to

19         do anything.  I had no ask.  I had no requests.

20         And I remember saying, I'm not -- you don't need

21         to follow up with me.  I just feel I have left

22         this in the right hands, and he said yes.

23         **Q.**   And when you chose the general counsel

24         of the FBI, is it because you had a professional

25         relationship with him?  Did you know him

1          personally?

2              **A.**    I know -- I mean, I know him

3          professionally, but just from having been at the

4          Department for a long time, been in Washington, I

5          know most -- I just know most -- I know a lot of

6          agency general counsel, so I don't have a

7          particularly closer relationship with him than

8          other people.

9                  But I knew, in his role, he seemed like

10         the right person to go to with potentially

11         sensitive information, and that he would -- I had

12         hoped or assumed he would know what to do or what

13         was in the best interest of the Bureau and our

14         country so that I mean --

15             And then cut off at "fair enough".  That's the

16    remainder of the portion that we wanted to read in, Your

17    Honor.

18             **THE COURT:**  Okay.  Thank you.

19             All right.  So, ladies and gentlemen, those

20    excerpts are now in evidence as well.

21             All right.  We are making progress.  We are

22    basically still on schedule, but the lawyers and I have some

23    legal issues to take care of.  So we're going to dismiss you

24    early again today and bring you back at 9 a.m. tomorrow

25    morning.

1          No discussions about the case.  No research about

2     the case.  All right?  Have a good day.

3          Have a good night.

4        (Jury exited the courtroom.)

5          **THE COURT:**  All right.

6          Have a seat.  What do you have?

7          **MR. BERKOWITZ:**  Judge, I regret that I'm going

8     back to this same issue that we started the day with where

9     you admonished counsel to be careful of the guardrails

10    related to evidentiary rulings.  We had another situation

11    today that I think ran afoul of your comments.

12         There was an email that was the subject of a

13    motion related to Mr. Joffe communicating about a potential

14    job.  And in the cross-examination of Agent Grasso there was

15    a question about, "He certainly didn't know he was working

16    with folks affiliated with a particular political party or

17    campaign when he brought that to you.  Right?"

18         Answer:  "I have no recollection of that."  I

19    didn't object.  And then he followed up with:  "And any

20    recollection of hearing or learning that he was expecting

21    any kind of position in a future political administration,

22    knowing that there was nothing in the 3500 materials related

23    to that and knowing an objection that was sustained could

24    elicit a belief that he would do that?"

25         The witness answered, "I do not have a

1   recollection of that other than -- let me rephrase that.  I

2   have a recollection of that being reported in the media."

3          I objected.

4          Your Honor, they had met with this witness four

5   times.  They had pretried him twice.  There was nothing in

6   the 3500 material to suggest that he had any belief of that

7   or any recollection or any connection.

8          And it's another instance in a litany of instances

9   that's suggesting to the jury topics and issues that were

10  the subject of your ruling.  And I, you know, particularly

11  with the potential testimony of Mr. Sussmann coming up, I

12  don't know what else to say or to do, and we'll consider

13  filing a motion.  But I wanted to raise the issue, and I

14  take no joy in continuing to do this.  But I cannot stand by

15  while it continues to go on.

16         **THE COURT:**  Counsel?

17         **MR. DeFILIPPIS:**  Yes, Your Honor.  I guess we're

18  glad that Mr. Berkowitz raised it in the sense that, you

19  know, typically the rules for cross-examination are

20  different from evidence presented in a case in chief.  And

21  if there is a good-faith basis to ask -- inquire as to

22  knowledge of a matter, Your Honor, the government didn't

23  phrase the question tethered to any email or refer to any

24  hearsay.

25         It was just inquiring as to knowledge and then

1      inquiring as to whether that fact would be relevant to what

2      it is that Mr. Grasso's interactions with Mr. Joffe were.

3      So if, again if the Court wants --

4            **THE COURT:**  Counsel, I don't disagree with that,

5      but you got to have a good faith basis for asking the

6      question.  Right?  And if you prepped this guy and he's

7      never said anything about it, then there's no good-faith

8      basis.  Okay?  Him reading it in *The New York Times* or

9      whatever is not a good-faith basis.

10           **MR. DeFILIPPIS:**  Yeah, and to be clear, Your

11     Honor, the portion where he said he read in the -- we didn't

12     know that, and we wouldn't have intentionally elicited

13     something from a press account.  So we will certainly be

14     careful.

15           **THE COURT:**  He was the defense's witness here, but

16     he was on your witness list.  You should have known.  If

17     there was a basis to ask that question, you should have

18     known what it was.

19           **MR. DeFILIPPIS:**  Yeah.  Understood, Your Honor.

20           **THE COURT:**  In that vein, let's go back to GX-132

21     the admission of the email did not sit well with me

22     yesterday, and it still does not sit well with me.

23           The Court ruled that the document was hearsay

24     originally because it contained a question and a request, as

25     opposed to an assertion.  But the Court made clear in its

1    order that, in order to be admitted, it would still need a

2    proper foundation.

3            The witness through which the document ultimately

4    was admitted, albeit not without an objection from the

5    defense, was Mr. Heide, who, as far as I could tell, had no

6    personal knowledge whatsoever of the email.  He didn't know

7    Mr. Joffe.  He didn't know the researchers who received it.

8    He obviously was not a party to the email.  So frankly, I

9    don't see how he could testify to that email in his personal

10   knowledge as required by Rule 602.

11           So for that reason, I don't think it was properly

12   admitted through that witness.  As I said yesterday, we had

13   expected at least two of the researchers to testify based on

14   who was on the government's list.

15           And I think it would have been properly admissible

16   through those people to explain how the data came into being

17   as the Court ruled prior to trial.  So I am going to exclude

18   that email as well as any testimony by Mr. Heide describing

19   his interpretation or views or thoughts on the email.  Okay?

20           Now, obviously, big sort of crossroads of the

21   case.  When can we get the defense an answer as to whether

22   the government is going to object to the request to preclude

23   cross-examination on the preindictment negotiations?

24           **MR. DeFILIPPIS:**  Yeah.  We can certainly do that

25   by 6:00 if that's okay with Your Honor.

2888

1          **THE COURT:**  Get them an answer as soon as you can.

2          **MR. DeFILIPPIS:**  Okay.

3          **THE COURT:**  So that we know whether we're going to

4     go forward tomorrow or whether the defense is going to rest.

5     Does the government anticipate a rebuttal case in either

6     scenario?

7          **MR. DeFILIPPIS:**  We would want to preserve our

8     ability to.  At this point we don't.

9          **THE COURT:**  Okay.

10         **MR. DeFILIPPIS:**  If I could just ask, Your Honor,

11    just for cross-examination going forward, we obviously want

12    to be very careful to abide by Your Honor's orders.  With

13    the defendant's testimony, I think we may just want to think

14    about what emails -- knowledge we may have gained from

15    emails that are excluded, what's fair game for the

16    defendant's cross.  So I don't know, Your Honor, if you have

17    any initial thoughts.

18         **THE COURT:**  No.  If you think you may be going

19    into areas that are subject to the Court's rulings, and that

20    the rulings may be different.

21         **MR. DeFILIPPIS:**  We will get on --

22         **THE COURT:**  -- if it's the defendant's statements,

23    then let's talk about that either tomorrow morning or on a

24    sidebar.

25         **MR. DeFILIPPIS:**  Okay.  Understood, Your Honor.

1     Thank you.

2              **THE COURT:**  Anything else?

3              **MR. BERKOWITZ:**  Nothing else, Your Honor.

4              **THE COURT:**  All right.

5              Okay.  We will see you folks in the morning.

6              **DEPUTY CLERK:**  This court is now adjourned.  You

7     may be dismissed.

8              (Proceedings concluded at 3:30 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **C E R T I F I C A T E**

2

3              I, **Lorraine T. Herman, Official Court Reporter,** do

4      hereby certify that the above and foregoing is a true and

5      accurate transcript of my stenographic notes and is a

6      complete transcript of the proceedings in the above-entitled

7      matter to the best of my ability.

8

9

10

11

12      _____May 25, 2022_____          _/s/_____
                   **DATE**                    **Lorraine T. Herman**

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. KEILTY:**
**[7]** 2850/18
2851/4 2852/2
2852/13 2852/21
2853/6 2854/6
**BY MS. RAO:**
**[11]** 2837/2
2838/5 2839/9
2840/4 2840/17
2841/19 2844/9
2845/10 2849/7
2856/19 2857/2
**BY MS. SHAW:**
**[2]** 2863/11
2873/19
**BY MS. YAO: [1]**
2865/7
**DEPUTY CLERK:**
**[4]** 2836/22
2856/10 2864/25
2889/5
**MR.**
**BERKOWITZ:**
**[17]** 2836/3
2854/23 2875/1
2876/4 2876/17
2877/8 2877/24
2878/6 2878/24
2879/1 2879/6
2879/10 2879/17
2879/20 2879/25
2884/6 2889/2
**MR. DeFILIPPIS:**
**[15]** 2875/3
2875/25 2876/8
2876/11 2876/21
2878/14 2885/16
2886/9 2886/18
2887/23 2888/1
2888/6 2888/9
2888/20 2888/24
**MR. KEILTY: [10]**
2840/12 2841/16
2850/16 2851/2
2851/24 2852/10
2852/19 2853/4
2854/4 2854/14
**MS. RAO: [17]**
2836/8 2836/11
2836/18 2839/4
2839/6 2839/12
2840/10 2841/14
2844/5 2845/8

2849/5 2850/13
2854/17 2855/25
2856/2 2862/25
2864/13
**MS. SHAW: [5]**
2854/25 2855/9
2855/12 2863/8
2874/16
**MS. YAO: [3]**
2864/17 2864/19
2874/17
**THE COURT: [64]**

**THE WITNESS:**
**[13]** 2837/1
2850/15 2852/12
2854/20 2856/6
2856/14 2856/17
2856/25 2863/2
2864/16 2865/4
2865/6 2874/20

**'**

**'17 [1]** 2853/17
**'90s [1]** 2859/4
**'96 [1]** 2872/10
**'97 [2]** 2872/10
2872/11
**'Hillary [1]** 2846/9
**'Rodney [1]**
2848/2

**/**

**/s [1]** 2890/12

**0**

**08/08/2016 [1]**
2845/4

**1**

**10-minute [1]**
2875/7
**10020 [1]** 2833/20
**102 [2]** 2839/14
2840/15
**105 [1]** 2839/14
**105-107 [1]**
2840/15
**106 [2]** 2839/14
2875/14
**107 [2]** 2839/15
2840/15
**109 [1]** 2839/15
**109-112 [1]**
2840/15

**10th [1]** 2846/2
**11 [1]** 2846/5
**110 [1]** 2839/16
**112 [2]** 2839/16
2840/15
**114 [2]** 2839/16
2840/15
**115 [2]** 2839/17
2840/15
**117 [2]** 2839/17
2840/15
**118 [2]** 2839/17
2840/16
**11:47 [1]** 2847/25
**11th [3]** 2847/6
2847/11 2847/12
**12 [2]** 2846/8
2846/11
**120 [2]** 2839/18
**1200 [1]** 2833/20
**121 [4]** 2839/18
2840/16 2844/5
**123 [1]** 2839/19
**123-125 [1]**
2840/16
**124 [1]** 2839/19
**125 [2]** 2839/19
2840/16
**127 [2]** 2839/20
2840/16
**1271 [1]** 2833/19
**128 [4]** 2839/20
2840/16 2845/18
2847/4
**12th [1]** 2847/13
**130 [2]** 2839/20
2840/16
**132 [3]** 2839/21
2840/16 2886/20
**134 [2]** 2839/21
2840/16
**136 [1]** 2839/22
**136-138 [1]**
2840/16
**137 [1]** 2839/22
**138 [2]** 2839/22
2840/16
**14 [1]** 2865/17
**140 [1]** 2839/23
**140-142 [1]**
2840/17
**141 [1]** 2839/23

2840/17
**144 [5]** 2839/24
2847/15 2849/13
2849/23 2850/3
**144-155 [1]**
2840/17
**145 [5]** 2833/14
2839/24 2848/7
2849/23 2850/6
**146 [1]** 2839/25
**147 [1]** 2839/25
**148 [1]** 2839/25
**149 [1]** 2840/1
**150 [1]** 2840/1
**1500 [1]** 2852/1
**151 [1]** 2840/1
**152 [1]** 2840/2
**153 [1]** 2840/2
**154 [1]** 2840/3
**155 [2]** 2840/3
2840/17
**164 [2]** 2840/3
2840/17
**165 [2]** 2840/4
2840/17
**18th [2]** 2851/20
2880/9
**1980 [1]** 2865/23
**1991 [1]** 2866/20
**1999 [1]** 2868/4
**19th [4]** 2852/6
2852/13 2853/9
2854/11
**1:21-CR-00582-C**
**RC-1 [1]** 2833/3

**2**

**20 [3]** 2872/16
2873/2 2873/5
**20001 [1]** 2833/25
**20002 [1]** 2833/14
**2005 [1]** 2857/24
**2016 [15]** 2842/2
2842/13 2844/14
2845/4 2846/5
2846/8 2846/12
2847/18 2847/25
2848/8 2851/20
2853/16 2853/19
2854/12 2880/18
**2017 [6]** 2853/11
2853/15 2853/22
2853/25 2880/4

2880/9
**202 [1]** 2833/25
**2022 [2]** 2833/4
2890/12
**20s [1]** 2870/1
**212 [2]** 2833/15
2833/20
**2231 [1]** 2833/15
**22nd [4]** 2847/18
2848/8 2849/24
2850/2
**24/7 [2]** 2871/23
2872/20
**243 [1]** 2852/21
**25 [2]** 2833/4
2890/12
**2:08 [1]** 2833/4

**3**

**30 [2]** 2862/12
2862/16
**3187 [1]** 2833/25
**33 [1]** 2862/17
**333 [1]** 2833/24
**3500 [2]** 2884/22
2885/6
**354-3187 [1]**
2833/25
**3:30 [1]** 2889/8
**3rd [3]** 2844/13
2845/12 2845/14

**4**

**408 [2]** 2878/10
2878/14
**410 [2]** 2878/10
2878/14

**5**

**56 [4]** 2876/4
2876/6 2880/3
2880/9
**58 [2]** 2876/4
2876/6

**6**

**602 [1]** 2887/10
**637-2231 [1]**
2833/15
**66 [2]** 2872/17
2872/22
**6718 [1]** 2833/24
**6:00 [1]** 2887/25

**906-1200 [1]**
2833/20
**9th [2]** 2847/25
2849/15

# A

**a.m [1]** 2883/24
**abbreviated [1]**
2842/5
**abbreviation [1]**
2842/8
**abbreviations [1]**
2842/7
**abide [1]** 2888/12
**ability [2]** 2888/8
2890/7
**able [5]** 2861/15
2862/6 2867/5
2876/23 2881/19
**about [34]**
2836/24 2853/8
2854/13 2855/20
2856/12 2859/10
2859/23 2860/19
2861/10 2861/11
2863/24 2864/6
2865/2 2867/7
2867/8 2867/21
2868/4 2869/19
2871/20 2872/18
2874/2 2874/7
2875/7 2875/21
2878/10 2880/17
2882/2 2884/1
2884/1 2884/13
2884/15 2886/7
2888/14 2888/23
**above [4]** 2842/13
2842/24 2890/4
2890/6
**above-entitled [1]**
2890/6
**academic [1]**
2858/4
**account [1]**
2886/13
**accurate [1]**
2890/5
**accurately [1]**
2841/12
**act [3]** 2881/20
2881/20 2882/3
**action [2]** 2833/2

**active [1]** 2866/1
**activity [1]**
2881/10
**actual [1]**
2855/20
**actually [3]**
2855/19 2855/21
2864/6
**addition [1]**
2847/10
**additional [2]**
2880/2 2880/7
**additions [1]**
2875/14
**adjourned [1]**
2889/6
**admin [2]** 2859/5
2859/5
**administration [3]**
2858/21 2858/23
2884/21
**admissible [2]**
2878/14 2887/15
**admission [1]**
2886/21
**admitted [47]**
2834/15 2834/15
2834/16 2834/16
2834/17 2834/17
2834/18 2834/18
2834/19 2834/19
2834/20 2834/20
2834/21 2834/21
2834/22 2834/22
2834/23 2834/23
2834/24 2834/24
2834/25 2834/25
2835/2 2835/2
2835/3 2835/3
2835/4 2835/4
2835/5 2835/5
2835/6 2835/6
2835/7 2835/7
2835/8 2835/8
2835/9 2835/9
2835/10 2835/10
2835/11 2835/11
2840/17 2841/19
2887/1 2887/4
2887/12
**admonished [1]**
2884/9
**adopted [1]**

**advanced [1]**
2866/9
**advise [3]** 2871/9
2880/19 2880/20
**advocate [4]**
2865/24 2865/25
2866/1 2866/7
**affairs [1]**
2858/22
**affiliated [1]**
2884/16
**affirm [3]** 2836/23
2856/11 2865/1
**afoul [1]** 2884/11
**after [7]** 2866/3
2866/6 2870/2
2870/11 2872/16
2879/22 2882/4
**afternoon [20]**
2833/5 2836/9
2836/19 2836/21
2837/5 2846/3
2846/11 2850/20
2850/21 2856/6
2856/7 2856/22
2857/4 2857/5
2863/13 2863/14
2864/18 2864/19
2873/21 2873/22
**again [6]** 2849/13
2861/2 2862/23
2879/11 2883/24
2886/3
**against [1]**
2871/9
**agencies [2]**
2866/25 2867/8
**agency [2]**
2858/19 2883/6
**agent [5]** 2845/20
2855/17 2881/16
2882/8 2884/14
**Agent Grasso [1]**
2884/14
**agents [2]**
2867/13 2869/11
**agree [4]** 2851/7
2854/8 2854/11
2876/15
**agreed [1]** 2872/3
**Agriculture [1]**
2858/21
**ahead [1]** 2836/3

**Air [5]** 2865/24
2866/2 2866/6
2866/10 2866/11
**albeit [1]** 2887/4
**Alfa [2]** 2838/19
2838/21
**Alfa-Bank [2]**
2838/19 2838/21
**ALGOR [1]**
2833/12
**all [45]** 2836/14
2836/17 2838/5
2839/7 2841/8
2845/23 2846/19
2847/7 2847/8
2848/17 2850/8
2850/9 2851/1
2855/11 2855/13
2855/15 2856/6
2856/24 2858/5
2858/13 2859/23
2867/11 2868/17
2868/25 2869/13
2869/24 2870/10
2870/15 2872/4
2873/5 2874/6
2874/10 2874/13
2875/6 2875/11
2875/12 2876/15
2877/4 2878/18
2879/15 2883/19
2883/21 2884/2
2884/5 2889/4
**all-economic [1]**
2858/5
**allegations [1]**
2838/19
**allow [1]** 2860/13
**allowed [1]**
2867/13
**allowing [1]**
2870/13
**almost [3]** 2843/9
2862/12 2862/16
**alone [1]** 2875/18
**along [2]** 2863/15
2873/24
**already [1]**
2839/8
**also [14]** 2840/20
2842/24 2848/7
2857/17 2858/12
2859/17 2860/19
2861/19 2867/11

**2868/20 2869/13**
2870/17 2871/16
2872/6
**always [3]**
2858/19 2862/22
2869/19
**am [9]** 2838/1
2857/14 2857/17
2857/21 2858/3
2861/20 2865/15
2874/3 2887/17
**AMERICA [6]**
2833/2 2841/6
2842/9 2847/19
2848/1 2850/4
**America' [1]**
2846/9
**Americas [1]**
2833/19
**amusement [1]**
2860/13
**ancillary [1]**
2872/13
**Anderson [1]**
2853/2
**ANDREW [1]**
2833/12
**another [4]**
2859/7 2870/3
2884/10 2885/8
**answer [5]**
2882/15 2882/16
2884/18 2887/21
2888/1
**answered [2]**
2868/25 2884/25
**anticipate [2]**
2878/23 2888/5
**anticipated [2]**
2868/10 2877/18
**any [22]** 2838/19
2838/24 2853/8
2855/6 2855/8
2862/24 2874/16
2875/20 2879/12
2880/25 2881/5
2881/7 2882/17
2884/19 2884/21
2885/6 2885/7
2885/7 2885/23
2885/23 2887/18
2888/17
**anybody [1]**
2868/24

**anyone [1]**
2875/19
**anything [9]**
2838/20 2855/3
2863/24 2868/25
2869/19 2875/22
2882/19 2886/7
2889/2
**apparent [1]**
2845/6
**appear [4]**
2843/23 2845/14
2853/22 2854/2
**APPEARANCES**
**[1]** 2833/11
**appears [4]**
2843/10 2847/17
2848/9 2848/10
**Apple [1]** 2870/18
**apply [1]** 2878/11
**applying [1]**
2861/1
**appreciate [2]**
2848/4 2851/2
**appreciated [1]**
2860/15
**approach [1]**
2839/5
**appropriate [1]**
2882/5
**are [52]** 2836/24
2837/8 2837/10
2839/7 2840/6
2840/7 2840/8
2841/9 2841/25
2842/5 2842/14
2843/5 2843/25
2845/23 2846/16
2848/21 2849/2
2849/3 2850/6
2850/20 2852/15
2853/14 2854/23
2854/24 2855/8
2856/12 2857/20
2857/22 2863/22
2863/23 2863/24
2864/3 2864/16
2865/2 2872/17
2872/22 2874/3
2874/5 2874/22
2875/1 2875/18
2876/24 2877/11
2877/21 2878/15

2882/2 2883/20
2883/21 2883/21
2885/19 2888/15
2888/19
**areas [1]** 2888/19
**around [4]** 2838/5
2866/15 2867/12
2872/10
**Arsenault [1]**
2852/1
**as [57]** 2838/16
2839/9 2840/25
2841/16 2843/10
2845/16 2845/16
2846/20 2847/21
2853/1 2855/17
2859/5 2859/12
2859/15 2860/16
2860/18 2861/4
2861/22 2862/19
2862/19 2862/19
2862/23 2863/24
2865/24 2866/10
2866/19 2867/11
2867/15 2867/24
2868/5 2868/14
2868/15 2869/21
2869/22 2870/2
2871/11 2872/13
2872/21 2874/3
2877/15 2882/1
2882/7 2883/20
2885/21 2885/25
2886/1 2886/24
2887/5 2887/5
2887/10 2887/12
2887/17 2887/18
2887/18 2887/21
2888/1 2888/1
**aside [1]** 2860/20
**ask [6]** 2863/7
2877/2 2882/19
2885/21 2886/17
2888/10
**asked [2]** 2870/7
2870/10
**asking [1]** 2886/5
**assertion [1]**
2886/25
**assigned [3]**
2859/5 2859/7
2860/22
**assignment [1]**
2866/4

2872/5
**assistance [2]**
2848/4 2871/25
**assistant [7]**
2837/15 2859/5
2859/6 2859/7
2859/9 2859/24
2868/17
**Assistants [1]**
2859/24
**assisted [1]**
2869/10
**assisting [2]**
2837/20 2837/22
**assume [3]**
2852/25 2854/8
2877/6
**assumed [1]**
2883/12
**attachments [1]**
2877/21
**attacks [1]** 2845/3
**attend [1]**
2846/16
**attendee [1]**
2846/20
**attendees [1]**
2846/19
**attention [1]**
2848/4
**attorney [4]**
2845/1 2848/1
2859/24 2868/17
**Attorney's [1]**
2848/20
**August [15]**
2842/13 2844/13
2845/12 2845/14
2846/2 2846/5
2846/8 2846/11
2847/6 2847/11
2847/12 2847/13
2847/25 2848/18
2849/15
**AUSAs [4]**
2867/16 2868/25
2869/2 2869/11
**Avenue [2]**
2833/19 2833/24
**aware [4]** 2852/15
2853/14 2853/24
2854/1

**B-R-A-N-D-O-N**
**[1]** 2837/7
**back [16]** 2836/14
2845/9 2847/1
2848/6 2849/4
2849/12 2849/22
2852/8 2852/11
2871/1 2875/9
2877/6 2879/15
2883/24 2884/8
2886/20
**background [1]**
2865/20
**Baker [3]** 2852/16
2880/15 2880/19
**bank [3]** 2838/19
2838/21 2873/14
**Banneker [1]**
2858/4
**based [5]** 2841/3
2849/1 2857/20
2857/21 2887/13
**basically [1]**
2883/22
**basis [5]** 2885/21
2886/5 2886/8
2886/9 2886/17
**be [57]** 2836/5
2836/17 2836/18
2836/24 2838/1
2843/16 2843/23
2844/22 2847/4
2847/17 2848/9
2848/10 2852/17
2853/21 2854/13
2854/20 2855/4
2855/25 2856/10
2856/12 2865/2
2865/25 2867/4
2867/4 2867/5
2867/6 2870/13
2870/24 2871/21
2873/15 2875/11
2877/5 2877/8
2877/12 2877/24
2878/11 2878/13
2878/14 2878/20
2878/23 2879/2
2879/10 2879/12
2879/25 2880/14
2881/4 2881/14
2881/19 2884/9
2886/1 2886/10

2886/13 2887/1
2888/12 2888/18
2888/20 2889/7
**beauty [1]**
2870/23
**became [5]**
2861/6 2867/23
2867/25 2868/8
2871/13
**because [15]**
2845/17 2847/6
2847/8 2849/18
2862/16 2863/23
2867/8 2867/17
2871/16 2872/7
2877/21 2881/7
2881/19 2882/24
2886/24
**become [2]**
2867/22 2869/13
**been [23]**
2837/12 2840/24
2857/23 2862/16
2862/17 2862/22
2862/22 2863/22
2864/9 2864/9
2865/16 2867/25
2869/23 2870/11
2870/14 2872/23
2874/4 2874/8
2874/14 2880/6
2883/3 2883/4
2887/15
**before [11]**
2833/8 2836/6
2848/6 2850/23
2852/23 2853/16
2858/25 2866/21
2876/1 2876/17
2880/3
**begin [2]** 2844/8
2872/9
**beginning [6]**
2841/22 2845/4
2855/16 2860/7
2867/15 2871/11
**behalf [1]**
2875/18
**being [4]** 2866/19
2870/4 2885/2
2887/16
**belief [2]** 2884/24
2885/6
**believe [12]**

**B**

**believe... [12]**
2836/17 2838/11
2849/2 2849/20
2852/24 2855/17
2855/22 2872/10
2873/15 2876/5
2877/25 2880/4
**believes [1]**
2878/20
**Bench [6]**
2854/22 2855/14
2863/5 2863/10
2874/24 2875/5
**Benjamin [1]**
2858/4
**BERKOWITZ [4]**
2833/17 2876/2
2876/16 2885/18
**best [4]** 2876/10
2881/23 2883/13
2890/7
**between [3]**
2838/15 2843/1
2878/12
**beyond [4]**
2855/6 2855/7
2861/5 2862/22
**big [2]** 2872/14
2887/20
**biggest [1]**
2871/24
**billing [1]** 2853/9
**binder [6]**
2837/22 2839/9
2839/11 2839/13
2840/7 2841/9
**bit [8]** 2852/2
2856/23 2859/22
2861/11 2861/23
2862/3 2871/1
2873/6
**blank [1]** 2869/5
**blow [2]** 2849/6
2880/10
**blue [10]** 2843/5
2843/9 2843/11
2843/12 2845/15
2845/16 2847/13
2847/14 2850/2
2850/4
**born [1]** 2858/3
**boss [2]** 2859/12
2859/13

**BOSWORTH [1]**
2833/17
**both [9]** 2843/6
2843/18 2845/17
2848/22 2848/25
2849/23 2862/6
2864/3 2868/7
**bottom [6]**
2843/23 2848/14
2876/4 2876/6
2876/6 2880/9
**box [3]** 2842/16
2845/15 2845/15
**boxes [6]**
2842/14 2842/20
2843/6 2843/6
2843/13 2850/11
**brain [1]** 2870/4
**Brandon [3]**
2836/20 2837/7
2850/18
**break [2]** 2874/25
2875/7
**briefing [3]**
2846/6 2846/10
2846/13
**briefings [1]**
2845/21
**briefly [5]** 2848/9
2850/17 2857/25
2865/21 2882/9
**bring [4]** 2859/22
2877/6 2879/15
2883/24
**bringing [1]**
2881/21
**BRITTAIN [2]**
2833/13 2863/15
**Brittain Shaw [1]**
2863/15
**Brittany [1]**
2873/23
**Brittany Shaw [1]**
2873/23
**brother [1]**
2870/13
**brought [3]**
2861/18 2861/19
2884/17
**buckets [2]**
2838/13 2839/2
**building [1]**
2867/18
**Bureau [4]**

2876/1 2881/22
2882/6 2883/13
**business [2]**
2848/19 2867/18

**C**

**C-H-A-R-N-O-V [1]**
2837/7
**calendar [1]**
2847/11
**calendars [2]**
2842/25 2843/1
**California [1]**
2848/21
**call [5]** 2836/4
2836/9 2855/23
2868/15 2882/11
**called [4]** 2855/17
2855/22 2861/18
2869/5
**calls [3]** 2836/20
2856/3 2864/20
**came [9]** 2859/4
2862/9 2866/13
2870/2 2870/12
2872/5 2872/19
2875/13 2887/16
**campaign [9]**
2841/7 2842/11
2844/14 2845/3
2846/10 2846/12
2847/20 2848/1
2884/17
**can [42]** 2837/5
2837/16 2842/14
2843/7 2844/7
2844/11 2845/9
2845/12 2845/15
2846/1 2846/2
2846/1 2847/3
2847/24 2848/8
2848/13 2848/16
2848/24 2849/4
2849/13 2851/3
2851/25 2852/1
2852/6 2852/11
2852/20 2854/20
2856/24 2857/6
2857/25 2865/20
2871/2 2872/24
2874/4 2877/7
2877/13 2877/17
2879/21 2882/2
2887/21 2887/24

**candidate [1]**
2881/8
**cannot [1]**
2885/14
**care [1]** 2883/23
**career [1]**
2865/21
**careerwise [1]**
2861/7
**careful [3]** 2884/9
2886/14 2888/12
**case [21]** 2838/18
2854/12 2855/16
2855/20 2863/24
2864/7 2874/13
2875/14 2877/16
2877/17 2878/6
2878/13 2878/20
2879/12 2881/16
2882/8 2884/1
2884/2 2885/20
2887/21 2888/5
**cases [4]** 2837/20
2867/7 2867/17
2872/5
**CATHERINE [1]**
2833/18
**CCIPS [3]**
2867/24 2868/8
2874/2
**CCR [1]** 2833/23
**centered [1]**
2870/23
**certainly [6]**
2860/14 2871/4
2877/11 2884/15
2886/13 2887/24
**certify [1]** 2890/4
**chain [2]** 2844/22
2845/23
**chaired [1]**
2871/12
**challenge [1]**
2870/3
**chance [1]**
2877/1
**change [1]**
2863/7
**changed [1]**
2867/6
**character [6]**
2854/23 2855/3
2855/9 2855/22

**Charney [2]**
2867/25 2871/12
**Charnov [11]**
2836/20 2837/5
2837/7 2839/11
2840/6 2840/19
2841/1 2844/11
2845/19 2850/15
2850/18
**chart [21]**
2840/20 2841/3
2841/11 2841/16
2841/25 2843/14
2844/3 2845/13
2847/4 2849/25
2850/1 2851/6
2851/23 2852/4
2852/7 2852/8
2852/13 2853/11
2853/18 2853/22
2854/2
**chat [1]** 2848/19
**chief [10]**
2857/17 2857/18
2862/5 2866/11
2867/25 2868/1
2868/5 2868/7
2868/8 2885/20
**child [1]** 2859/20
**children [2]**
2870/6 2870/21
**choose [1]**
2878/24
**chose [2]**
2877/15 2882/23
**CHRISTOPHER
[1]** 2833/8
**CIA [2]** 2853/15
2853/24
**clarify [1]**
2838/18
**clear [6]** 2853/21
2863/21 2874/6
2881/4 2886/10
2886/25
**Cleaves [1]**
2844/6
**client [3]** 2843/20
2875/19 2875/21
**clients [9]** 2839/3
2841/24 2842/4
2842/19 2843/16
2843/18 2848/22

**C**

clients... [2]
2848/25 2849/2
Clinton's [1]
2846/9
close [4] 2877/16
2879/7 2879/17
2882/3
closely [1]
2860/17
closer [3] 2843/6
2856/24 2883/7
closings [1]
2879/9
Coie [1] 2861/17
colleagues [3]
2848/19 2863/16
2873/24
college [1]
2858/7
colored [2]
2842/14 2842/16
colors [3] 2843/8
2843/13 2851/9
COLUMBIA [1]
2833/1
come [8] 2859/3
2862/20 2862/21
2868/13 2869/7
2875/9 2875/18
2878/11
comfortable [1]
2856/9
coming [3]
2871/17 2881/18
2885/19
comments [1]
2884/11
commissioned [1]
2865/23
Committee [5]
2841/6 2841/7
2842/9 2842/11
2846/12
communicating
[1] 2884/13
communication
[3] 2842/17
2842/21 2847/5
communications
[7] 2841/4
2841/23 2842/4
2849/19 2849/25
2850/12 2851/17

companies [2]
2861/16 2867/1
company [7]
2857/15 2861/18
2861/19 2862/2
2862/7 2862/7
2862/9
complete [3]
2868/4 2875/16
2890/6
completely [1]
2859/23
compliance [1]
2857/17
complicated [1]
2869/12
computer [6]
2866/19 2867/2
2867/23 2871/10
2872/1 2872/24
computer-related
[1] 2871/10
conclude [1]
2879/7
concluded [4]
2855/14 2863/10
2875/5 2889/8
conference [6]
2854/22 2855/14
2863/5 2863/10
2874/24 2875/5
confidant [1]
2861/2
confidence [2]
2873/12 2873/12
confidential [1]
2877/21
confirm [1]
2839/1
confirms [1]
2878/19
congratulations
[1] 2851/1
Congressional [3]
2841/7 2842/10
2846/12
connected [1]
2860/17
connection [3]
2838/8 2840/19
2885/7
consider [1]
2885/12
Constitution [1]

2833/24
constructs [1]
2869/7
consulted [1]
2866/24
consulting [1]
2861/8
CONT'D [1]
2835/1
contained [1]
2886/24
contains [1]
2839/12
contemporaries
[1] 2870/14
contest [1]
2875/25
continue [2]
2860/19 2882/15
continued [1]
2862/8
continues [1]
2885/15
continuing [1]
2885/14
contrary [1]
2878/20
controversial [1]
2881/12
convention [1]
2872/22
conversation [1]
2880/16
conveyed [1]
2880/23
COOPER [1]
2833/8
copied [1]
2848/21
copy [1] 2839/9
corporation [2]
2857/13 2857/13
Corps [1] 2858/7
correct [16]
2844/1 2851/9
2851/12 2853/12
2853/13 2853/20
2854/3 2854/9
2864/2 2864/10
2877/8 2877/9
2877/22 2877/24
2877/25 2878/7
could [18]
2843/16 2844/6

2856/8 2864/24
2865/10 2866/25
2867/1 2867/14
2867/16 2880/5
2881/25 2882/15
2884/23 2887/5
2887/9 2888/10
Council [1]
2872/15
counsel [16]
2838/12 2852/16
2857/14 2857/22
2861/16 2861/23
2863/4 2873/24
2874/23 2875/8
2880/13 2882/23
2883/6 2884/9
2885/16 2886/4
COUNSEL'S [1]
2833/13
counterparts [1]
2867/14
countries [4]
2871/8 2872/7
2872/17 2872/22
country [3]
2872/3 2876/11
2883/14
couple [4] 2836/6
2859/8 2865/22
2876/24
course [4] 2863/3
2867/15 2868/12
2870/9
court [11] 2833/1
2833/23 2833/23
2839/8 2876/1
2886/3 2886/23
2886/25 2887/17
2889/6 2890/3
Court's [1]
2888/19
Courthouse [1]
2833/24
courtroom [7]
2836/13 2856/10
2874/9 2874/14
2875/10 2879/24
2884/4
cover [1] 2875/23
covers [1]
2851/11
CR [1] 2833/3

CRC [1] 2833/3
create [2] 2871/8
2881/17
created [3]
2841/3 2871/23
2872/3
credit [1] 2872/25
crime [7] 2863/8
2866/19 2867/2
2867/9 2867/23
2871/10 2872/24
criminal [6]
2833/2 2845/6
2860/23 2860/24
2868/15 2878/13
criminals [1]
2867/12
critical [1]
2854/12
cross [14] 2834/4
2834/7 2834/10
2850/18 2855/2
2863/11 2873/19
2878/3 2879/4
2884/14 2885/19
2887/23 2888/11
2888/16
cross-examinatio
n [11] 2834/4
2834/7 2834/10
2850/18 2863/11
2873/19 2879/4
2884/14 2885/19
2887/23 2888/11
cross-examining
[2] 2855/2 2878/3
crossroads [1]
2887/20
current [1]
2857/10
currently [5]
2837/8 2857/12
2857/20 2857/21
2865/14
cut [1] 2883/15
CY [1] 2845/1
cyber [2] 2845/6
2847/19

**D**

D.C [1] 2858/3
dark [2] 2845/16
2847/13
darkest [1]

2896

**D**

**darkest... [1]**
2843/12
**data [3]** 2841/3
2872/7 2887/16
**date [10]** 2839/1
2842/21 2847/6
2850/9 2851/20
2852/6 2853/1
2853/18 2854/12
2890/12
**dated [3]** 2844/12
2847/18 2848/8
**dates [2]** 2843/4
2852/9
**day [8]** 2842/17
2843/19 2850/12
2852/15 2864/16
2874/22 2884/2
2884/8
**days [3]** 2848/19
2851/14 2871/7
**DC [2]** 2833/14
2833/25
**DCCC [10]**
2842/10 2846/12
2846/16 2846/24
2847/8 2847/14
2848/12 2849/2
2850/2 2850/7
**DDOS [2]** 2845/3
2848/4
**dealing [1]**
2878/22
**December [2]**
2880/4 2880/9
**decide [1]**
2881/19
**decided [2]**
2871/8 2871/21
**decision [4]**
2877/5 2877/9
2877/10 2877/19
**decisions [1]**
2861/5
**declare [3]**
2836/24 2856/12
2865/2
**Defendant [2]**
2833/6 2833/17
**defendant's [3]**
2888/13 2888/16
2888/22
**defense [72]**

defense's [3]
2836/18 2879/16
2886/15
**defer [1]** 2877/5
**DeFILIPPIS [2]**
2833/12 2878/19
**definitely [4]**
2854/2 2860/22
2861/24 2861/24
**degree [1]** 2866/9
**delay [1]** 2877/15
**delegation [2]**
2871/13 2872/12
**delegations [1]**
2871/17
**demanding [1]**
2859/13
**Democratic [5]**
2841/6 2841/7
2842/8 2842/10
2846/12
**Department [17]**
2858/14 2858/16
2858/17 2858/18
2858/21 2858/24
2861/11 2865/15
2866/14 2866/16
2866/18 2867/22
2868/5 2878/18
2878/21 2882/1
2883/4
**dependent [1]**
2855/4
**deputy [5]**
2856/10 2859/24
2868/1 2868/7
2868/16
**describe [1]**
2871/2
**describing [1]**
2887/18
**detailed [1]**
2851/6
**develop [2]**
2859/17 2871/14
**developed [1]**
2870/4
**did [41]** 2838/19
2840/20 2840/22
2841/11 2849/24
2853/9 2853/16
2858/12 2858/18
2859/3 2859/17
2860/4 2860/6

2868/13 2869/3
2869/5 2869/10
2869/14 2871/22
2872/9 2873/12
2874/12 2874/12
2875/18 2875/20
2875/21 2876/8
2876/22 2877/16
2880/11 2880/16
2880/19 2880/21
2880/22 2880/25
2881/2 2882/10
2882/25 2886/21
**didn't [14]** 2853/8
2861/7 2870/16
2881/4 2882/5
2882/6 2882/17
2882/17 2884/15
2884/19 2885/22
2886/11 2887/6
2887/7
**died [1]** 2869/25
**different [12]**
2842/16 2843/6
2843/19 2849/25
2851/16 2851/17
2860/14 2860/24
2871/18 2871/18
2885/20 2888/20
**differently [1]**
2842/14
**differently-colore
d [1]** 2842/14
**diplomatic [1]**
2871/16
**direct [4]** 2834/4
2834/7 2834/10
2875/21
**direction [2]**
2861/4 2877/19
**directions [1]**
2838/24
**disagree [2]**
2854/14 2886/4
**discovery [1]**
2838/12
**discuss [1]**
2874/13
**discussing [1]**
2861/8
**discussions [1]**
2884/1
**dismiss [1]**

**dismissed [1]**
2889/7
**dispute [1]**
2875/24
**DISTRICT [4]**
2833/1 2833/1
2833/9 2848/20
**division [2]**
2860/23 2860/24
**division's [2]**
2868/15 2868/18
**divorce [1]**
2860/11
**DNC [13]** 2842/8
2843/11 2845/1
2845/16 2846/6
2846/16 2846/20
2847/8 2847/13
2848/11 2849/1
2850/2 2850/7
**do [47]** 2836/4
2836/23 2837/1
2837/18 2838/3
2838/24 2842/25
2849/17 2856/11
2856/14 2859/1
2859/2 2862/3
2862/6 2865/1
2865/4 2865/5
2865/14 2865/14
2866/3 2866/24
2868/10 2868/22
2871/14 2873/17
2875/22 2876/16
2876/25 2877/1
2877/2 2877/12
2877/13 2877/17
2878/16 2880/19
2880/20 2881/23
2881/24 2882/19
2883/12 2884/6
2884/24 2885/14
2885/12 2885/14
2887/24 2890/3
**document [15]**
2837/22 2839/1
2839/1 2843/17
2845/19 2845/20
2847/16 2847/21
2848/8 2848/24
2849/16 2850/6
2852/4 2886/23
2887/3

**documents [13]**
2838/7 2838/10
2838/16 2838/20
2838/23 2838/25
2839/4 2840/20
2843/18 2844/2
2850/8 2851/17
2875/20
**does [12]** 2841/8
2841/25 2842/20
2843/13 2846/15
2846/17 2847/21
2853/22 2865/25
2875/24 2886/22
2888/5
**doesn't [1]**
2854/2
**doing [4]** 2866/16
2867/3 2868/22
2879/5
**DOJ [1]** 2848/11
**domestically [1]**
2869/11
**don't [26]** 2836/2
2836/5 2846/18
2852/24 2854/13
2854/14 2854/14
2854/25 2855/8
2863/7 2863/19
2864/6 2874/1
2876/18 2878/11
2879/11 2879/15
2881/22 2882/20
2883/6 2885/12
2886/4 2887/9
2887/11 2888/8
2888/16
**done [1]** 2836/5
**down [1]** 2852/1
**drill [1]** 2836/22
**Drug [1]** 2858/20
**dump [1]** 2881/16
**dumping [1]**
2882/8
**duty [3]** 2866/1
2872/4 2872/4
**DX [3]** 2839/14
2850/3 2850/6
**DX-102 [1]**
2839/14
**DX-144 [1]** 2850/3
**DX-145 [1]** 2850/6

# E

each [3]  2842/16
2843/19 2864/3
earlier [2]  2839/4
2840/9
early [3]  2859/4
2870/1 2883/24
earnest [1]
2873/11
easy [1]  2867/12
ebullient [1]
2870/19
economic [1]
2858/5
EDGAR [1]
2833/12
educational [1]
2858/2
eight [1]  2871/17
either [3]  2843/16
2888/5 2888/23
election [2]
2882/3 2882/4
electronic [1]
2869/12
elicit [1]  2884/24
elicited [1]
2886/12
Elliott [8]  2856/4
2856/22 2857/4
2857/7 2857/8
2857/10 2863/1
2863/11
Elliott-Stevens [4]
2856/4 2857/7
2857/8 2863/11
else [4]  2875/19
2885/12 2889/2
2889/3
email [27]
2844/13 2844/19
2844/22 2845/1
2845/12 2845/17
2845/20 2845/23
2846/2 2846/15
2847/7 2847/9
2847/11 2848/1
2848/2 2848/10
2849/7 2849/9
2849/18 2884/12
2885/23 2886/21
2887/6 2887/8
2887/9 2887/18
2887/19

emails [3]
2838/13 2888/14
2888/15
employed [2]
2837/8 2837/10
employees [2]
2845/24 2849/10
employment [2]
2858/2 2860/4
end [1]  2862/2
ended [1]  2858/8
engage [1]
2861/15
engagements [1]
2881/2
engages [1]
2857/13
England [1]
2858/13
enlisted [1]
2858/6
enough [2]
2854/13 2883/15
ensure [1]
2841/11
entered [2]
2836/13 2879/24
enterprise [1]
2857/18
entire [1]  2857/18
entities [1]
2857/16
entitled [2]
2877/12 2890/6
entity [2]  2847/19
2857/14
entity-Hillary [1]
2847/19
escaped [1]
2869/24
ESQ [7]  2833/12
2833/12 2833/13
2833/17 2833/17
2833/18 2833/18
estimate [1]
2879/3
Europe [1]
2872/15
even [4]  2860/16
2862/6 2862/7
2870/16
evening [1]
2877/3
events [1]

2860/14
eventually [2]
2860/5 2861/3
ever [1]  2870/19
every [3]  2861/7
2866/25 2872/3
everybody [8]
2869/3 2869/9
2869/7 2869/9
2869/10 2869/14
2869/17 2879/25
everyone [1]
2836/16
everything [2]
2869/14 2878/17
evidence [55]
2834/15 2834/15
2834/16 2834/17
2834/17 2834/17
2834/18 2834/18
2834/19 2834/19
2834/20 2834/20
2834/21 2834/21
2834/22 2834/22
2834/23 2834/23
2834/24 2834/24
2834/25 2834/25
2835/2 2835/2
2835/3 2835/3
2835/4 2835/4
2835/5 2835/5
2835/6 2835/6
2835/7 2835/7
2835/8 2835/8
2835/9 2835/9
2835/10 2835/10
2835/11 2835/11
2840/12 2841/16
2842/18 2855/20
2864/5 2864/8
2867/10 2867/17
2872/5 2874/9
2874/15 2883/20
2885/20
evidentiary [1]
2884/10
examination [14]
2834/4 2834/4
2834/7 2834/7
2834/10 2834/10
2850/18 2863/11
2873/19 2879/4
2884/14 2885/19
2887/23 2888/11

examining [2]
2855/2 2878/3
example [2]
2850/11 2878/12
examples [1]
2844/4
except [1]
2869/25
excerpts [5]
2875/13 2875/17
2875/23 2879/16
2883/20
exclude [1]
2887/17
excluded [1]
2888/15
excused [3]
2854/20 2864/16
2874/22
exhibit [69]
exhibits [14]
2835/1 2839/7
2839/12 2839/14
2840/6 2840/8
2840/8 2840/12
2840/15 2840/21
2841/8 2842/18
2843/23 2843/24
existed [1]
2866/21
exited [2]
2875/10 2884/4
expected [2]
2867/3 2887/13
expecting [1]
2884/20
experience [1]
2868/19
experiences [1]
2871/18
expert [2]
2855/17 2866/25
experts [4]
2855/19 2866/22
2866/25 2869/13
explain [8]
2837/16 2841/21
2842/15 2843/7
2844/11 2845/12
2847/3 2887/16
extended [1]
2872/21
extensive [1]
2855/4

extent [1]
2869/18
extortion [2]
2844/14 2845/2

# F

face [1]  2878/10
fact [2]  2877/22
2886/1
faculty [1]  2866/7
fair [4]  2854/15
2873/5 2883/15
2888/15
fairly [3]  2841/11
2854/11 2871/13
faith [5]  2862/24
2885/21 2886/5
2886/7 2886/9
fall [1]  2838/2
family [7]  2862/21
2862/21 2869/22
2869/24 2870/5
2870/6 2870/8
far [1]  2887/5
fascinating [1]
2874/2
father [1]  2869/25
FBI [29]  2838/11
2838/14 2838/15
2838/16 2841/23
2843/2 2844/13
2844/17 2845/20
2845/20 2845/23
2846/7 2846/11
2846/13 2847/17
2847/25 2848/11
2848/18 2848/19
2849/9 2849/10
2850/3 2852/16
2876/8 2880/11
2882/13 2882/14
2882/18 2882/24
FBI's [1]  2841/4
FDA [1]  2858/20
February [3]
2853/15 2853/22
2853/25
federal [1]
2861/14
feel [2]  2856/16
2882/21
feelings [1]
2874/7
feet [1]  2870/19

**F**

**fell [2]** 2838/12
2872/2

**fellows [1]**
2870/19

**femoral [1]**
2867/18

**few [4]** 2837/24
2844/4 2861/16
2866/21

**fighting [1]**
2872/24

**figure [2]** 2866/24
2867/6

**figured [1]** 2867/4

**file [1]** 2877/16

**filed [3]** 2876/17
2877/21 2878/9

**filing [1]** 2885/13

**filings [1]**
2837/22

**fills [1]** 2836/16

**final [1]** 2877/19

**finally [2]** 2843/22
2862/12

**find [3]** 2866/25
2867/14 2867/16

**finish [1]** 2854/6

**finished [2]**
2858/22 2868/5

**fire [2]** 2869/24
2869/25

**firm [4]** 2861/19
2862/2 2862/8
2862/10

**firms [2]** 2861/17
2862/2

**first [11]** 2844/24
2846/3 2847/5
2851/1 2852/17
2855/10 2857/7
2866/4 2866/19
2866/23 2875/12

**fit [1]** 2871/15

**five [2]** 2866/20
2867/21

**focus [1]** 2841/25

**focused [2]**
2838/19 2849/14

**focuses [1]**
2842/1

**folks [4]** 2846/5
2846/8 2884/14
2889/5

**follow [4]**
2874/18
2875/20 2880/25
2882/17 2882/21

**follow-on [1]**
2880/25

**follow-up [2]**
2875/20 2882/17

**followed [1]**
2884/19

**Food [1]** 2858/20

**Force [4]** 2865/24
2866/2 2866/6
2866/10

**Forces [1]**
2866/11

**foregoing [1]**
2890/4

**foreign [1]**
2881/11

**forged [1]** 2860/3

**form [1]** 2843/16

**formed [1]**
2866/20

**former [1]** 2862/6

**forward [5]**
2845/4 2854/25
2878/5 2888/4
2888/11

**found [2]** 2868/14
2869/21

**foundation [1]**
2887/2

**FOUO [4]**
2844/15 2845/21
2845/22 2847/18

**four [2]** 2866/4
2885/4

**frankly [2]** 2855/8
2887/8

**free [1]** 2856/16

**Friday [2]** 2846/8
2879/6

**friend [1]** 2863/24

**friends [3]**
2860/12 2863/22
2863/22

**friendship [1]**
2860/5

**front [3]** 2860/23
2868/14 2880/5

**full [1]** 2844/9

**further [5]**
2850/14 2854/5
2854/18 2863/2

**future [1]** 2884/21

**G**

**G-A-M-M [1]**
2865/13

**G7 [3]** 2871/7
2872/12 2872/19

**G8 [5]** 2871/6
2871/6 2871/20
2872/2 2872/22

**gained [1]**
2888/14

**game [1]** 2888/15

**Gamm [3]**
2864/20 2865/12
2873/19

**gather [1]** 2872/5

**gave [2]** 2858/19
2870/10

**general [6]**
2852/16 2857/14
2868/17 2880/12
2882/23 2883/6

**generally [4]**
2838/10 2844/16
2859/11 2875/15

**Generals [1]**
2859/25

**gentlemen [4]**
2836/15 2855/15
2875/6 2883/19

**George [1]**
2858/11

**Germany [3]**
2866/4 2866/5
2866/6

**get [9]** 2836/3
2844/2 2855/8
2868/21 2870/9
2877/13 2887/21
2888/1 2888/21

**getting [2]**
2869/17 2871/25

**give [7]** 2836/24
2839/9 2856/12
2858/1 2865/2
2870/8 2877/2

**given [5]** 2838/7
2838/23 2838/24
2845/6 2866/8

**giving [1]** 2861/4

**glad [1]** 2885/18

**global [2]**

**globally [1]**
2857/18

**go [19]** 2836/2
2844/23 2849/4
2849/12 2849/22
2852/1 2852/6
2852/11 2854/25
2858/25 2866/8
2867/3 2870/7
2878/5 2881/25
2883/10 2885/15
2886/20 2888/4

**Godfather [1]**
2860/18

**goes [2]** 2853/11
2855/12

**going [21]**
2844/22 2845/14
2858/15 2859/6
2860/10 2865/20
2867/4 2868/20
2875/7 2875/8
2876/10 2876/13
2882/8 2883/23
2884/7 2887/17
2887/22 2888/3
2888/4 2888/11
2888/18

**gone [2]** 2877/18
2879/22

**good [31]** 2836/9
2836/19 2836/21
2837/5 2844/25
2846/3 2850/20
2850/21 2850/21
2856/6 2856/7
2856/22 2857/4
2857/5 2859/16
2863/13 2863/14
2863/22 2863/22
2864/18 2864/19
2873/21 2873/22
2875/2 2876/15
2884/2 2884/3
2885/21 2886/5
2886/7 2886/9

**good-faith [3]**
2885/21 2886/7
2886/9

**goodness [1]**
2865/17

**got [5]** 2859/23
2861/5 2866/18

**government [19]**
2850/23 2853/5
2858/23 2861/14
2866/22 2875/18
2875/24 2876/21
2877/11 2878/3
2878/4 2878/5
2878/9 2880/2
2880/8 2881/11
2885/22 2887/22
2888/5

**government's [5]**
2851/25 2852/20
2855/16 2875/14
2887/14

**graduated [1]**
2858/10

**Grasso [1]**
2884/14

**Grasso's [1]**
2886/2

**great [8]** 2836/12
2850/22 2859/13
2864/16 2865/18
2871/20 2873/1
2874/22

**green [1]** 2845/5

**gregarious [1]**
2859/23

**grew [1]** 2860/16

**ground [3]**
2855/2 2863/6
2875/24

**group [2]** 2846/5
2846/8

**growing [2]**
2867/21 2869/1

**guardrails [1]**
2884/9

**guess [3]**
2872/10 2875/12
2885/17

**guidance [1]**
2861/4

**guidelines [1]**
2882/2

**guilty [1]** 2863/8

**guy [2]** 2873/11
2886/6

**GX [1]** 2886/20

**GX-132 [1]**
2886/20

# H

**half [2]** 2866/5
2866/5
**hand [4]** 2836/22
2843/22 2856/9
2864/24
**handling [1]**
2849/19
**hands [1]**
2882/22
**happened [1]**
2870/1
**happy [1]** 2839/8
**hard [4]** 2859/14
2859/14 2862/24
2878/11
**hard-pressed [1]**
2878/11
**hard-working [1]**
2862/24
**HARDWICK [1]**
2833/18
**Harvard [1]**
2866/8
**has [15]** 2839/8
2840/24 2850/2
2850/8 2857/15
2862/16 2862/22
2864/8 2870/22
2870/22 2870/23
2872/23 2873/12
2874/15 2877/18
**have [64]**
**haven't [7]**
2852/25 2863/25
2864/5 2864/9
2874/4 2874/14
2874/16
**having [3]** 2847/7
2871/24 2883/3
**Hawaii [2]**
2866/10 2866/13
**Hays [2]** 2849/9
2849/17
**he [65]**
**he's [4]** 2862/20
2862/21 2873/11
2886/6
**head [3]** 2871/12
2876/9 2879/5
**header [1]** 2844/7
**heading [1]**
2837/24
**headquarters [1]**

**Heads [1]** 2871/7
**hear [1]** 2856/24
**heard [1]** 2874/16
**hearing [2]**
2852/17 2884/20
**hearsay [2]**
2885/24 2886/23
**Heide [2]** 2887/5
2887/18
**held [2]** 2833/8
2869/8
**help [8]** 2867/1
2867/14 2867/16
2870/6 2870/8
2877/10 2877/14
2877/19
**her [6]** 2863/7
2863/7 2870/8
2870/9 2870/13
2870/13
**here [13]** 2837/21
2842/6 2843/25
2845/13 2849/14
2849/15 2849/17
2863/23 2863/24
2864/9 2864/9
2874/9 2886/15
**hereby [1]** 2890/4
**Herman [3]**
2833/23 2890/3
2890/12
**HFA [11]** 2842/9
2843/10 2843/11
2845/16 2846/9
2846/16 2846/22
2847/8 2848/1
2850/2 2850/5
**high [5]** 2858/1
2858/5 2858/5
2862/2 2871/2
**high-end [1]**
2862/2
**highly [1]**
2881/11
**Hillary [7]** 2841/6
2842/9 2844/14
2845/3 2847/19
2848/1 2850/4
**him [46]** 2836/4
2843/17 2843/19
2859/3 2859/5
2859/7 2860/13
2860/20 2861/8

2861/12 2862/9
2862/23 2863/7
2868/13 2868/21
2869/16 2870/10
2870/15 2870/17
2870/18 2870/23
2871/2 2872/11
2873/15 2874/8
2875/22 2878/3
2880/23 2881/4
2881/6 2881/7
2881/13 2881/18
2881/19 2881/21
2882/7 2882/9
2882/16 2882/25
2882/25 2883/2
2883/7 2885/5
2886/8
**hired [1]** 2868/2
**his [25]** 2850/7
2860/16 2862/5
2862/9 2862/14
2862/21 2862/25
2862/25 2868/1
2868/20 2869/22
2869/22 2869/24
2869/25 2870/1
2870/3 2870/9
2870/14 2870/18
2870/19 2873/9
2873/13 2883/9
2887/9 2887/19
**history [1]** 2858/2
**holding [1]**
2857/15
**home [1]** 2879/19
**honest [4]**
2852/17 2854/13
2862/23 2873/15
**honesty [2]**
2862/14 2873/9
**Honor [34]**
2836/3 2836/19
2839/5 2840/11
2840/13 2841/15
2850/17 2854/16
2854/18 2854/24
2855/1 2855/5
2864/14 2874/18
2875/3 2875/4
2876/1 2876/5
2876/12 2876/18
2876/22 2878/15

2885/4 2885/17
2885/22 2886/11
2886/19 2887/25
2888/10 2888/16
2888/25 2889/3
**Honor's [1]**
2888/12
**HONORABLE [1]**
2833/8
**hop [1]** 2867/12
**hope [2]** 2836/15
2848/17
**hoped [1]**
2883/12
**hopefully [2]**
2873/3 2879/12
**horrible [1]**
2869/23
**hotel [1]** 2869/24
**hours [1]** 2878/25
**House [1]** 2880/4
**how [22]** 2837/12
2844/3 2845/12
2847/3 2849/24
2850/20 2855/11
2857/22 2859/3
2859/9 2859/12
2865/16 2867/7
2867/10 2867/20
2868/13 2876/16
2878/21 2878/22
2880/21 2887/9
2887/16
**HQ [3]** 2846/11
2846/14 2848/18
**HSPCI [3]**
2875/13 2877/7
2879/16
**huh [1]** 2871/4
**human [2]**
2858/13 2867/19
**hyphen [2]**
2857/9 2865/13

# I

**I'd [2]** 2840/24
2870/19
**I'll [1]** 2877/6
**I'm [16]** 2837/21
2839/11 2850/21
2850/22 2852/8
2852/17 2853/5
2853/16 2855/3

2857/1 2857/18
2875/8 2879/5
2879/17 2882/20
2884/7
**I've [6]** 2854/10
2862/19 2862/21
2862/24 2875/13
2875/23
**idea [3]** 2836/12
2872/18 2872/23
**ideas [1]** 2869/8
**identification [2]**
2839/12 2840/25
**ill [1]** 2870/12
**important [6]**
2871/5 2871/22
2872/6 2872/7
2872/18 2872/23
**impress [1]**
2862/5
**impression [2]**
2862/14 2873/9
**inclined [1]**
2870/24
**included [1]**
2850/9
**includes [1]**
2839/13
**including [2]**
2838/16 2881/24
**incorporated [1]**
2872/19
**incredibly [2]**
2859/21 2861/25
**indicate [1]**
2846/15
**indicates [2]**
2842/18 2850/7
**individual [1]**
2850/8
**individuals [2]**
2845/23 2846/15
**industry [2]**
2858/25 2861/15
**inform [2]**
2877/10 2877/19
**information [13]**
2844/8 2844/17
2848/15 2848/21
2875/21 2880/22
2881/5 2881/8
2881/9 2881/16
2881/21 2882/17
2883/11

**I**

**initial [1]** 2888/17
**inquire [1]** 2885/21
**inquiring [2]** 2885/25 2886/1
**instance [1]** 2885/8
**instances [1]** 2885/8
**instant [1]** 2838/14
**instructions [1]** 2878/22
**instrumental [2]** 2860/9 2862/20
**insulate [1]** 2881/22
**integrity [2]** 2862/22 2862/25
**Intellectual [1]** 2867/23
**intensely [1]** 2871/15
**intentionally [1]** 2886/12
**interactions [1]** 2886/2
**interdisciplinary [1]** 2867/5
**interest [4]** 2860/11 2868/20 2876/10 2883/13
**interested [2]** 2869/17 2869/20
**interestingly [1]** 2870/17
**internal [2]** 2838/15 2860/25
**international [6]** 2866/9 2866/11 2868/18 2869/14 2872/14 2872/15
**internationally [1]** 2867/11
**interpretation [1]** 2887/19
**intrusions [2]** 2848/12 2849/2
**investigate [2]** 2867/7 2867/17
**involve [1]** 2838/20
**involvement [1]**

**involves [1]** 2841/4
**involving [3]** 2838/13 2881/8 2881/9
**is [114]**
**issue [5]** 2877/10 2877/13 2879/21 2884/8 2885/13
**issues [4]** 2836/6 2862/24 2883/23 2885/9
**it [77]**
**it's [16]** 2837/17 2844/22 2847/23 2857/7 2857/13 2863/17 2863/21 2873/24 2874/2 2874/6 2876/6 2878/20 2879/7 2880/12 2885/8 2888/22
**its [2]** 2878/10 2886/25
**itself [1]** 2877/22
**IV [1]** 2833/12

**J**

**J-I-M-M-A [1]** 2857/8
**Jersey [1]** 2870/8
**Jim [2]** 2852/16 2880/15
**Jimma [3]** 2856/3 2857/7 2863/11
**job [1]** 2884/14
**Joffe [3]** 2884/13 2886/2 2887/7
**join [1]** 2860/13
**joke [1]** 2861/24
**JONATHAN [1]** 2833/12
**joy [3]** 2870/17 2870/21 2885/14
**judge [9]** 2833/9 2836/4 2865/24 2865/25 2866/1 2866/7 2879/3 2879/13 2884/7
**judges [1]** 2855/2
**judgment [1]** 2862/9
**July [1]** 2842/13

2850/7
2842/13
**June [2]** 2842/11
**junior [1]** 2837/17
**jury [17]** 2833/8 2836/2 2836/11 2836/13 2837/16 2842/15 2847/3 2857/25 2864/8 2874/15 2875/10 2878/22 2879/15 2879/22 2879/24 2884/4 2885/9
**just [60]**
**Justice [11]** 2858/14 2858/16 2858/17 2858/18 2859/6 2861/12 2865/15 2866/14 2866/17 2866/19 2882/2

**K**

**Keilty [2]** 2834/4 2850/22
**Kettering [2]** 2870/5 2870/9
**kids [1]** 2860/12
**kind [6]** 2837/23 2859/15 2860/3 2860/6 2862/4 2884/21
**kinds [3]** 2855/18 2870/15 2871/3
**knew [2]** 2868/20 2883/9
**know [57]** 2836/5 2836/21 2842/6 2844/11 2854/13 2855/1 2855/5 2855/10 2855/19 2859/1 2859/3 2859/16 2859/23 2860/6 2860/6 2860/7 2860/20 2861/22 2862/21 2862/21 2862/23 2862/23 2863/21 2863/23 2864/6 2867/12 2868/10 2868/13 2869/17 2870/16 2871/22 2873/13 2874/10 2875/9 2875/18 2876/18 2877/20

2884/22 2884/23
2881/25 2882/5
2882/25 2883/2
2883/2 2883/5
2883/5 2883/5
2883/12 2884/15
2885/10 2885/12
2885/19 2886/12
2887/6 2887/7
2888/3 2888/16
**knowing [3]** 2869/20 2884/22 2884/23
**knowledge [5]** 2885/22 2885/25 2887/6 2887/10 2888/14
**known [9]** 2862/13 2862/19 2867/24 2870/22 2870/22 2873/2 2873/8 2886/16 2886/18

**L**

**labeled [2]** 2845/21 2847/17
**ladies [4]** 2836/14 2855/15 2875/6 2883/19
**larger [1]** 2867/22
**last [5]** 2845/2 2848/17 2857/8 2865/12 2866/9
**late [1]** 2845/2
**later [3]** 2858/9 2868/8 2877/14
**LATHAM [3]** 2833/19 2837/11 2837/14
**Laughs [1]** 2838/5
**law [10]** 2838/1 2851/1 2858/12 2858/13 2861/1 2861/5 2862/2 2866/9 2866/11 2869/12
**lawyer [4]** 2857/23 2861/6 2861/22 2866/1
**lawyers [3]** 2862/10 2868/25 2883/22

**lay [2]** 2855/19 2867/10
**leading [2]** 2872/11 2872/12
**learn [2]** 2867/7 2867/9
**learning [1]** 2884/20
**least [2]** 2855/23 2887/13
**leave [2]** 2836/6 2875/20
**left [8]** 2858/8 2858/17 2858/25 2861/14 2862/7 2866/13 2868/4 2882/21
**legal [5]** 2862/5 2865/21 2871/16 2871/18 2883/23
**legislation [3]** 2867/6 2869/4 2869/5
**less [3]** 2870/24 2873/6 2879/12
**let [3]** 2862/4 2875/9 2885/1
**let's [15]** 2836/11 2836/16 2841/21 2844/3 2844/5 2844/21 2845/18 2846/18 2847/1 2847/15 2847/23 2848/6 2849/22 2886/20 2888/23
**letting [1]** 2873/13
**level [4]** 2846/7 2846/11 2846/13 2871/2
**life [3]** 2860/7 2862/20 2869/22
**life's [3]** 2870/22 2870/23 2870/24
**light [2]** 2845/15 2850/4
**lightest [1]** 2843/9
**like [12]** 2839/9 2840/24 2848/22 2859/12 2861/22 2869/16 2874/15 2877/1 2877/18 2878/10 2881/16

**L**

like... [1] 2883/9
likely [2] 2848/21
2879/9
liking [1] 2860/1
limited [1]
2876/13
line [1] 2878/17
lines [1] 2842/24
list [3] 2843/23
2886/16 2887/1
listed [3] 2843/4
2846/20 2851/20
listening [2]
2874/9 2874/15
litany [1] 2885/8
litigation [1]
2837/21
little [8] 2852/1
2856/23 2859/13
2861/10 2861/23
2871/1 2873/6
2877/1
LLP [1] 2833/19
logistics [1]
2875/19
long [15] 2837/12
2857/22 2859/9
2862/18 2862/19
2865/16 2867/20
2870/2 2870/12
2874/4 2874/8
2877/1 2878/21
2878/22 2883/4
look [15] 2844/4
2844/21 2845/18
2846/1 2846/18
2847/1 2847/15
2847/23 2848/7
2848/13 2849/12
2849/13 2867/5
2876/23 2880/6
looked [2]
2845/13 2849/23
looking [4]
2848/24 2849/16
2877/11 2882/18
Lorraine [3]
2833/23 2890/3
2890/12
lot [16] 2849/19
2851/9 2851/14
2852/9 2855/8
2858/15 2860/2

2861/4 2861/9
2862/1 2867/7
2868/21 2869/10
2872/7 2872/24
2883/5
loud [1] 2857/1
lower [1] 2844/22
lucky [2] 2866/18
2868/21
Lucy [1] 2846/4
lunch [2] 2836/15
2876/17
Lynk [1] 2838/14

**M**

ma'am [7] 2856/5
2856/17 2864/16
2864/23 2865/6
2874/17 2874/19
made [3] 2861/7
2870/15 2886/25
main [1] 2838/13
make [7] 2842/6
2856/8 2861/5
2861/7 2869/8
2871/9 2878/17
makes [1] 2875/2
making [1]
2883/21
man [2] 2862/24
2869/21
many [3] 2863/19
2863/23 2874/1
Marine [2] 2858/6
2858/7
Marjorie [3]
2870/4 2870/8
2870/11
Mark [2] 2868/16
2868/16
marked [2]
2839/12 2840/24
married [1]
2870/20
Martha [2]
2865/12 2873/19
Martin [1]
2855/17
Marty [1] 2864/20
Maryland [1]
2858/9
mask [3] 2836/22
2856/16 2864/25
material [1]

materials [2]
2878/4 2884/22
math [3] 2862/13
2873/3 2879/5
matter [9] 2838/8
2863/16 2872/13
2872/21 2875/16
2875/17 2877/23
2885/22 2890/7
mature [2]
2870/15 2870/25
may [10] 2833/4
2839/5 2839/6
2880/5 2888/13
2888/14 2888/18
2888/20 2889/7
2890/12
maybe [1]
2855/24
me [15] 2844/21
2846/3 2852/1
2855/10 2858/19
2861/4 2861/9
2861/25 2869/18
2880/10 2880/20
2882/21 2885/1
2886/21 2886/22
mean [8] 2862/19
2865/25 2873/12
2876/11 2878/8
2881/5 2883/2
2883/14
meant [1] 2861/9
media [1] 2885/2
meet [7] 2859/4
2863/17 2863/18
2873/25 2874/12
2875/8 2882/10
meeting [10]
2846/16 2846/20
2846/22 2846/24
2847/13 2871/12
2875/19 2881/7
2882/11 2882/12
meetings [5]
2841/5 2841/23
2843/1 2843/7
2847/10
members [3]
2838/15 2848/11
2869/24
memo [2]
2847/17 2850/3

memos [1]
2838/17
mention [1]
2847/21
mentioned [10]
2839/2 2840/8
2841/9 2841/22
2842/5 2845/17
2847/9 2849/3
2857/22 2858/16
mentored [1]
2872/11
mentorship [1]
2861/4
message [3]
2845/2 2845/5
2848/3
messages [2]
2838/14 2838/14
met [5] 2847/3
2852/16 2870/18
2882/9 2885/4
MICHAEL [30]
2833/5 2833/17
2848/2 2848/10
2848/17 2859/1
2859/4 2860/1
2860/11 2860/18
2861/1 2861/16
2861/20 2862/8
2862/19 2868/2
2868/11 2868/14
2869/21 2870/1
2870/7 2870/14
2870/22 2871/5
2871/15 2871/22
2872/24 2873/11
2874/12 2880/12
Michael' [1]
2848/5
Michael's [2]
2860/2 2868/19
Michigan [2]
2858/8 2865/22
middle [4]
2842/12 2843/11
2847/12 2880/18
might [1] 2870/16
mike [2] 2850/22
2856/23
mindful [1]
2878/15
minute [1] 2875/7
mission [1]

misstatement [1]
2855/21
model [1] 2858/4
moment [1]
2841/21
months [6]
2837/25 2841/25
2842/1 2842/12
2843/7 2851/11
more [9] 2853/6
2859/8 2860/5
2868/21 2870/14
2870/15 2876/13
2879/2 2881/15
morning [6]
2844/25 2879/6
2879/13 2883/25
2888/23 2889/5
most [7] 2870/19
2871/5 2871/22
2872/17 2874/3
2883/5 2883/5
mostly [1]
2881/18
mother [1] 2870/9
motion [9]
2876/17 2876/23
2877/20 2877/22
2877/23 2877/23
2878/2 2884/13
2885/13
move [3] 2856/23
2861/7 2861/7
moved [3]
2840/14 2841/18
2870/24
moving [1]
2866/15
Mr [9] 2834/4
2837/5 2839/11
2840/6 2840/19
2841/1 2845/19
2886/2 2887/7
Mr. [42] 2839/3
2841/5 2841/24
2842/18 2843/2
2843/10 2843/15
2844/6 2844/11
2844/19 2846/20
2847/21 2849/15
2849/19 2850/15
2852/15 2853/14
2853/24 2855/23

**M**

**Mr.... [23]** 2859/9
2862/13 2863/22
2868/22 2872/9
2873/2 2873/8
2874/7 2876/2
2876/16 2877/7
2878/2 2878/19
2878/23 2880/3
2880/8 2880/19
2884/13 2885/11
2885/18 2886/2
2887/5 2887/18
**Mr. Baker [1]**
2880/19
**Mr. Berkowitz [3]**
2876/2 2876/16
2885/18
**Mr. Charnov [2]**
2844/11 2850/15
**Mr. Cleaves [1]**
2844/6
**Mr. DeFilippis [1]**
2878/19
**Mr. Heide [2]**
2887/5 2887/18
**Mr. Joffe [2]**
2884/13 2886/2
**Mr. Sussmann
[24]** 2839/3
2843/2 2843/10
2843/15 2844/19
2846/20 2847/21
2849/15 2849/19
2852/15 2853/14
2853/24 2855/23
2862/13 2863/22
2868/22 2872/9
2873/2 2873/8
2874/7 2877/7
2878/2 2880/3
2885/11
**Mr. Sussmann's
[6]** 2841/5
2841/24 2842/18
2859/9 2878/23
2880/3
**Ms [6]** 2834/4
2834/7 2834/7
2834/10 2834/10
2856/22
**Ms. [10]** 2836/18
2851/16 2852/1
2853/8 2854/17

2856/2 2856/3
2857/4 2857/10
2863/1
**Ms. Arsenault [1]**
2852/1
**Ms.
Elliott-Stevens
[3]** 2857/4
2857/10 2863/1
**Ms. Jimma [1]**
2856/3
**Ms. Rao [5]**
2836/18 2851/16
2853/8 2854/17
2856/2
**much [9]** 2851/2
2854/19 2861/6
2863/1 2864/6
2864/11 2864/15
2866/15 2874/19
**multiple [6]**
2843/8 2843/13
2843/16 2843/17
2843/18 2850/12
**my [38]** 2837/15
2850/22 2858/20
2858/22 2858/24
2859/20 2859/21
2859/22 2859/22
2860/9 2860/12
2860/13 2860/14
2860/16 2860/18
2861/2 2862/9
2862/12 2862/16
2862/17 2862/20
2862/21 2863/15
2863/15 2865/12
2866/4 2866/9
2868/5 2868/10
2873/3 2873/23
2873/24 2874/21
2879/5 2882/1
2882/15 2890/5
2890/7

**N**

**N4 [1]** 2861/18
**name [10]** 2837/6
2850/22 2857/6
2857/7 2857/8
2863/15 2865/10
2865/12 2865/12
2873/23
**named [1]** 2853/1

**narrowed [1]**
2876/3
**NATALIE [1]**
2833/18
**National [2]**
2841/6 2842/9
**nationwide [1]**
2869/2
**native [1]** 2858/3
**nature [2]** 2845/6
2867/2
**need [6]** 2836/5
2846/19 2854/5
2868/20 2882/20
2887/1
**needed [8]**
2867/5 2867/6
2869/2 2869/7
2870/6 2870/10
2871/8 2871/14
**negotiation [1]**
2872/14
**negotiations [2]**
2878/12 2887/23
**neither [1]** 2850/7
**network [5]**
2867/8 2867/18
2867/19 2871/24
2872/20
**never [3]** 2850/23
2862/24 2886/7
**new [5]** 2833/20
2862/2 2870/7
2870/8 2886/8
**news [1]** 2857/13
**next [3]** 2836/18
2848/18 2855/25
**nice [7]** 2836/15
2859/15 2863/17
2863/18 2873/25
2881/14 2881/15
**night [2]** 2845/2
2884/3
**no [29]** 2833/2
2838/22 2840/13
2841/17 2848/3
2850/14 2852/10
2853/10 2853/23
2854/5 2863/2
2863/25 2864/6
2864/6 2864/13
2864/14 2874/16
2874/16 2877/23
2881/1 2882/19

2882/19 2884/1
2884/1 2884/18
2885/14 2886/7
2887/5 2888/18
**Nodded [1]**
2876/9
**nodding [1]**
2864/3
**None [1]** 2855/7
**Northeast [1]**
2833/14
**Northern [1]**
2848/20
**not [38]** 2845/4
2850/25 2851/22
2851/24 2852/5
2852/13 2853/3
2853/22 2854/1
2854/10 2855/3
2863/23 2867/13
2870/2 2873/4
2873/4 2874/13
2876/13 2876/23
2877/11 2877/15
2878/5 2878/20
2879/7 2879/18
2881/14 2881/15
2881/20 2881/20
2881/20 2881/24
2882/20 2884/25
2886/9 2886/21
2886/22 2887/4
2887/8
**not-so-nice [1]**
2881/14
**notes [3]** 2852/23
2853/1 2890/5
**nothing [10]**
2836/25 2854/18
2856/13 2865/3
2869/6 2874/18
2881/24 2884/22
2885/5 2889/3
**notice [1]**
2870/16
**November [1]**
2874/12
**now [18]** 2836/6
2840/19 2841/21
2841/25 2844/2
2849/12 2849/22
2861/20 2861/25
2867/12 2871/7
2872/17 2872/21

2873/3 2873/8
2883/20 2887/20
2889/6
**NSD [1]** 2848/19
**number [2]**
2839/12 2851/16
**numbers [1]**
2842/20
**NW [1]** 2833/24
**NY [1]** 2833/20

**O**

**object [4]**
2876/14 2876/24
2884/19 2887/22
**objected [1]**
2885/3
**objection [5]**
2840/13 2841/17
2876/20 2884/23
2887/4
**objections [2]**
2855/4 2878/14
**obtain [1]**
2867/10
**obviously [6]**
2855/4 2878/9
2879/3 2887/8
2887/20 2888/11
**occasions [1]**
2862/6
**occur [1]** 2880/16
**October [4]**
2842/1 2842/13
2853/11 2880/6
**off [2]** 2870/14
2883/15
**offer [3]** 2840/11
2841/15 2880/25
**offered [1]**
2875/17
**office [7]** 2833/13
2848/20 2859/21
2859/22 2860/2
2860/23 2868/14
**officer [3]**
2857/17 2857/19
2862/5
**official [3]**
2833/23 2837/15
2890/3
**often [1]** 2867/17
**Oh [2]** 2865/17
2873/17

**O**

**okay [65]**
**older [1]** 2870/3
**once [2]** 2861/6
2861/14
**one [24]** 2836/5
2838/13 2838/18
2839/2 2842/19
2843/16 2843/19
2847/11 2848/22
2848/25 2850/5
2850/12 2853/6
2854/6 2855/23
2861/17 2862/1
2870/11 2870/19
2871/5 2871/21
2871/24 2872/17
2879/21
**only [4]** 2853/11
2854/10 2863/6
2877/8
**opened [1]**
2870/17
**opinion [2]**
2854/14 2863/7
**opportunity [2]**
2861/12 2878/9
**oppose [1]**
2877/2
**opposed [1]**
2886/25
**order [3]** 2872/4
2887/1 2887/1
**orders [1]**
2888/12
**organization [1]**
2837/23
**organizations [1]**
2845/22
**organizations-un
classified [1]**
2845/22
**oriented [1]**
2871/21
**originally [1]**
2886/24
**originated [1]**
2872/23
**other [16]**
2838/16 2849/10
2849/18 2850/6
2852/25 2857/14
2857/15 2860/12
2864/3 2871/14

2877/7 2879/13
2877/8 2882/18
2883/8 2885/1
**otherwise [1]**
2867/24
**ought [1]** 2867/3
**our [14]** 2836/11
2848/19 2857/14
2860/24 2866/23
2867/9 2867/19
2867/25 2869/1
2876/11 2877/17
2879/3 2883/13
2888/7
**out [6]** 2837/24
2866/24 2867/4
2867/6 2868/5
2869/21
**outreach [1]**
2849/15
**outset [1]** 2881/6
**outside [3]**
2836/2 2861/15
2861/23
**over [5]** 2860/24
2865/17 2873/2
2873/5 2878/14
**overall [2]**
2862/14 2873/9
**oversaw [1]**
2862/10
**overseas [3]**
2867/14 2871/25
2872/6
**own [2]** 2862/4
2862/5
**Oxford [1]**
2858/12

**P**

**p.m [3]** 2833/4
2847/25 2889/8
**Pacific [1]**
2866/11
**page [11]** 2834/2
2834/14 2835/1
2846/1 2848/14
2848/15 2876/4
2876/6 2876/6
2880/5 2880/9
**paid [1]** 2845/4
**pain [4]** 2837/1
2856/14 2865/4
2870/22

paragraph [3]
2844/24 2847/24
2849/14
**paragraphs [1]**
2846/3
**paralegal [1]**
2837/18
**parks [1]** 2860/14
**part [2]** 2860/24
2878/16
**participated [1]**
2869/9
**participating [1]**
2872/16
**particular [4]**
2855/2 2855/6
2868/19 2884/16
**particularly [3]**
2881/9 2883/7
2885/10
**parties [2]**
2872/22 2878/13
**partner [1]**
2867/21
**party [2]** 2884/16
2887/8
**pass [1]** 2881/3
**penalty [2]**
2837/1 2856/14
2865/4
**penetration [1]**
2872/1
**people [3]**
2871/14 2883/8
2887/16
**perfect [3]** 2844/9
2871/15 2879/20
**perjury [3]** 2837/1
2856/14 2865/4
**Perkins [1]**
2861/17
**permission [2]**
2866/8 2870/7
**person [4]**
2870/25 2873/11
2873/16 2883/10
**personal [5]**
2859/17 2882/10
2882/12 2887/6
2887/9
**personally [1]**
2883/1
**perspectives [1]**
2871/18

persuade [1]
2878/5
**phase [1]**
2876/23
**phone [1]**
2882/11
**phrase [1]**
2885/23
**piece [1]** 2844/9
**place [3]** 2842/17
2843/18 2882/9
**Plaintiff [1]**
2833/3
**planning [2]**
2855/3 2878/21
**play [1]** 2860/7
**please [11]**
2836/17 2837/6
2851/4 2852/12
2864/23 2865/6
2865/10 2865/21
2875/11 2879/25
2880/10
**pleasure [2]**
2872/16 2874/21
**point [4]** 2859/17
2870/11 2880/1
2888/8
**policy [2]** 2878/18
2878/21
**political [4]**
2841/24 2881/8
2884/16 2884/21
**portion [2]**
2883/16 2886/11
**portions [2]**
2880/2 2880/7
**position [3]**
2866/10 2867/20
2884/21
**potential [4]**
2845/5 2881/10
2884/13 2885/11
**potentially [1]**
2883/10
**practically [1]**
2871/21
**practice [1]**
2865/23
**preclude [3]**
2878/2 2878/3
2887/22
**preindictment [3]**
2878/5 2878/12

2887/23
**prep [1]** 2837/22
**prepare [1]**
2867/3
**prepared [3]**
2855/23 2877/5
2879/17
**preparing [2]**
2840/20 2877/15
**prepped [1]**
2886/6
**present [1]**
2858/1
**presented [2]**
2876/2 2885/20
**presenting [2]**
2836/18 2855/25
**preserve [2]**
2879/22 2888/7
**presidential [1]**
2846/9
**press [2]** 2874/10
2886/13
**pressed [1]**
2878/11
**pretried [1]**
2885/5
**pretty [5]** 2851/6
2857/1 2859/16
2861/6 2862/20
**primarily [2]**
2837/20 2837/21
**primary [1]**
2869/1
**prior [3]** 2838/7
2878/4 2887/17
**privacy [1]**
2857/19
**private [4]**
2845/21 2858/7
2858/25 2861/15
**probably [3]**
2849/18 2859/10
2881/14
**problem [4]**
2867/2 2867/5
2873/14 2881/17
**problems [1]**
2871/24
**procedurally [1]**
2867/10
**proceedings [2]**
2889/8 2890/6
**produced [1]**

**P**

produced... [1]
2838/12
professional [2]
2869/15 2882/24
professionally [2]
2861/10 2883/3
program [2]
2858/7 2869/1
progress [2]
2871/9 2883/21
project [3]
2837/15 2871/23
2872/14
projects [2]
2871/3 2871/5
promise [1]
2881/2
promote [1]
2871/14
promoted [1]
2867/22
proper [1] 2887/2
properly [2]
2887/11 2887/15
Property [1]
2867/24
proposal [3]
2876/3 2876/13
2876/13
proposed [1]
2875/14
prosecution [1]
2866/5
prosecutor [2]
2850/22 2882/1
prosecutors [1]
2867/13
protect [1]
2881/22
proud [1] 2874/3
prove [1] 2859/15
provided [2]
2839/8 2875/21
proving [1]
2862/3
pull [6] 2844/6
2845/9 2851/3
2851/25 2852/8
2852/20
put [5] 2841/3
2844/3 2877/11
2880/5 2882/6

**Q**

question [8]
2853/16 2868/10
2882/16 2884/15
2885/23 2886/6
2886/17 2886/24
questions [6]
2850/14 2854/5
2863/2 2863/19
2868/25 2874/1
quick [4] 2863/4
2874/23 2876/22
2878/16
quicker [1]
2877/18
quickly [5] 2855/1
2867/4 2867/17
2871/13 2871/25
quite [3] 2859/22
2873/4 2873/4

**R**

raise [7] 2836/7
2836/22 2856/9
2864/24 2877/13
2879/21 2885/13
raised [2] 2858/4
2885/18
ran [1] 2884/11
range [1] 2853/18
ransom [1]
2845/4
RAO [8] 2833/18
2834/4 2834/7
2836/18 2851/16
2853/8 2854/17
2856/2
rather [2] 2861/19
2877/14
reachable [1]
2872/4
read [16] 2840/12
2843/24 2844/24
2846/2 2846/19
2847/24 2848/16
2874/10 2875/13
2875/23 2877/7
2879/15 2880/2
2880/8 2883/16
2886/11
reading [1]
2886/8
reads [1] 2849/1
ready [1] 2854/23

Real [1] 2863/4
really [8] 2859/14
2859/14 2860/9
2860/17 2860/17
2862/9 2866/23
2867/9
reason [3]
2877/24 2878/16
2887/11
rebuttal [2]
2879/12 2888/5
recall [2] 2868/16
2868/22
receive [3] 2846/6
2846/10 2846/13
received [4]
2845/1 2845/3
2847/25 2887/7
recently [1]
2872/10
recipients [1]
2844/17
recollection [5]
2884/18 2884/20
2885/1 2885/2
2885/7
record [8] 2837/6
2839/13 2840/12
2843/24 2857/6
2864/1 2865/11
2878/1
records [4]
2838/11 2841/4
2841/12 2853/9
redirect [1]
2864/13
refer [2] 2860/17
2885/23
referenced [4]
2840/7 2844/19
2847/10 2849/18
referring [1]
2848/25
refers [1] 2849/17
reflect [4]
2842/21 2843/14
2849/24 2850/12
reflected [4]
2845/13 2847/4
2847/6 2847/7
reflects [4]
2841/23 2843/15
2844/17 2849/15
regarding [1]

Regards [2]
2848/4 2848/23
region [1]
2866/12
regret [1] 2884/7
relate [1] 2875/15
related [9]
2838/19 2838/20
2841/23 2842/4
2847/19 2871/10
2884/10 2884/13
2884/22
relating [1]
2841/5
relationship [14]
2859/12 2859/16
2859/18 2860/4
2860/20 2860/21
2861/21 2862/8
2869/15 2871/2
2874/8 2881/10
2882/25 2883/7
relevant [1]
2886/1
rely [1] 2862/9
remain [2] 2856/9
2864/24
remainder [1]
2883/16
remember [8]
2869/22 2870/3
2870/11 2870/18
2871/11 2881/6
2881/13 2882/20
remove [3]
2836/22 2856/16
2864/24
rephrase [1]
2885/1
reported [1]
2885/2
Reporter [3]
2833/23 2833/23
2890/3
reporting [1]
2857/16
represent [6]
2842/15 2842/25
2843/1 2843/8
2863/16 2873/23
representation [3]
2841/5 2841/24
2842/19

represented [2]
2839/3 2862/10
representing [5]
2843/10 2843/17
2843/19 2845/16
2845/16
represents [4]
2842/16 2843/11
2843/15 2850/3
reproach [1]
2862/23
reputation [2]
2862/14 2873/9
request [3]
2876/20 2886/24
2887/22
requests [2]
2848/22 2882/19
required [1]
2887/10
research [4]
2876/25 2877/12
2878/17 2884/1
researchers [2]
2887/7 2887/13
respond [1]
2880/22
response [1]
2871/23
rest [3] 2877/5
2879/18 2888/4
restrictions [1]
2855/6
retired [2]
2865/15 2865/16
returned [1]
2871/7
Reuters [2]
2857/12 2861/20
review [5]
2837/22 2838/8
2838/23 2838/25
2841/11
reviewed [6]
2838/20 2840/9
2841/12 2842/17
2843/17 2844/3
reviewing [1]
2840/19
Richard [1]
2868/16
right [52] 2836/12
2836/14 2836/17
2836/22 2843/22

# R

**right... [47]**
2843/25 2844/17
2845/24 2849/10
2850/24 2851/7
2851/14 2851/18
2853/2 2855/11
2855/13 2855/15
2856/5 2856/6
2856/9 2862/13
2863/23 2864/4
2864/5 2864/9
2864/23 2864/24
2866/14 2868/9
2873/3 2873/3
2873/4 2873/5
2874/6 2874/11
2875/6 2875/11
2875/12 2876/7
2877/4 2877/16
2879/9 2879/15
2882/22 2883/10
2883/19 2883/21
2884/2 2884/5
2884/17 2886/6
2889/4
**right-hand [1]**
2843/22
**rights [1]** 2858/13
**Rodney [4]**
2844/25 2849/9
2849/16 2849/17
**role [5]** 2837/14
2857/11 2860/6
2872/12 2883/9
**Room [1]** 2833/24
**rounded [2]**
2858/22 2858/24
**RPR [1]** 2833/23
**rule [3]** 2863/6
2875/14 2887/10
**ruled [2]** 2886/23
2887/17
**rules [2]** 2855/2
2885/19
**ruling [1]** 2885/10
**rulings [3]**
2884/10 2888/19
2888/20
**run [1]** 2862/4

# S

**S-T-A-N-S-E-L-L
[1]** 2865/13

**S-E-V-E-N-S [1]**
2857/9
**safe [1]** 2846/19
**said [7]** 2862/20
2880/24 2882/7
2882/22 2886/7
2886/11 2887/12
**same [6]** 2843/19
2846/10 2850/9
2875/15 2875/24
2884/8
**sat [2]** 2864/5
2864/8
**say [13]** 2846/19
2853/16 2855/5
2856/24 2858/19
2860/3 2861/6
2863/25 2870/13
2870/23 2876/24
2878/17 2885/12
**saying [1]**
2882/20
**scenario [1]**
2888/6
**scene [1]** 2867/9
**schedule [1]**
2883/22
**school [11]**
2838/1 2851/1
2858/1 2858/5
2858/5 2858/8
2858/12 2859/6
2859/20 2861/5
2866/7
**schools [1]**
2861/1
**scope [3]** 2855/6
2855/7 2867/2
**Scott [4]** 2867/24
2868/4 2868/14
2871/11
**screen [1]** 2869/6
**seal [1]** 2877/21
**sealed [2]**
2876/17 2877/24
**SEAN [1]** 2833/17
**search [1]**
2869/12
**seat [3]** 2856/17
2865/6 2884/6
**seated [3]**
2836/17 2875/11
2879/25
**second [1]**

2849/4
**secret [3]** 2846/6
2846/11 2846/13
**Secretary [1]**
2846/9
**section [9]**
2860/25 2867/23
2867/24 2868/1
2868/2 2868/6
2868/23 2870/2
2870/12
**sector [1]**
2845/22
**security [2]**
2858/23 2860/25
**see [8]** 2842/24
2845/15 2849/14
2855/7 2855/11
2875/8 2887/9
2889/5
**seeking [1]**
2872/8
**seem [2]** 2875/15
2875/23
**seemed [1]**
2883/9
**seems [2]**
2861/23 2878/10
**seen [5]** 2852/23
2852/25 2854/8
2854/10 2870/20
**seizure [1]**
2869/12
**selected [1]**
2866/6
**send [1]** 2879/19
**senior [1]** 2858/5
**sense [4]** 2844/2
2858/2 2875/2
2885/18
**sensitive [1]**
2883/11
**separated [1]**
2860/10
**September [11]**
2842/13 2847/18
2848/8 2849/24
2850/1 2851/20
2852/6 2852/13
2853/9 2854/11
2880/18
**session [2]**
2833/5 2876/2
**several [2]**

**shade [4]** 2843/9
2843/11 2843/12
2847/12
**shaded [5]**
2842/14 2842/16
2845/15 2847/12
2847/13
**shades [3]**
2843/5 2847/8
2850/2
**shadings [1]**
2851/9
**share [2]** 2881/20
2881/21
**shared [1]**
2870/20
**sharing [2]**
2874/2 2881/5
**SHAW [5]**
2833/13 2834/7
2834/10 2863/15
2873/23
**she [3]** 2870/4
2870/5 2870/12
**shepherded [1]**
2871/23
**short [2]** 2874/25
2875/7
**should [6]**
2874/25 2877/12
2877/24 2878/9
2886/16 2886/17
**show [5]** 2840/24
2842/25 2844/7
2862/4 2863/6
**showing [1]**
2839/11
**shows [1]**
2841/22
**side [2]** 2843/22
2845/5
**sidebar [2]**
2874/23 2888/24
**similar [1]**
2837/17
**since [4]** 2848/17
2850/8 2861/13
2878/8
**sincere [1]**
2873/11
**sir [6]** 2836/21
2850/20 2852/4
2852/7 2852/23

**sister [1]** 2870/3
**sit [2]** 2886/21
2886/22
**sitting [2]** 2874/8
2874/14
**situation [3]**
2859/19 2882/7
2884/10
**Sloan [2]** 2870/5
2870/9
**small [1]** 2868/24
**smaller [1]**
2870/24
**snip [1]** 2844/7
**snippets [1]**
2854/10
**so [106]**
**Social [1]**
2858/23
**solemnly [3]**
2836/23 2856/11
2865/1
**some [17]** 2838/7
2841/24 2842/24
2843/5 2843/13
2848/21 2850/11
2854/8 2855/2
2859/17 2871/16
2876/25 2877/18
2878/16 2881/16
2881/17 2883/22
**somebody [2]**
2853/1 2872/4
**Somehow [1]**
2869/21
**someone [1]**
2862/22
**something [4]**
2855/20 2859/15
2877/2 2886/13
**son [10]** 2859/20
2859/22 2859/22
2860/12 2860/13
2860/14 2860/16
2860/21 2862/16
2862/17
**son's [3]** 2860/7
2860/10 2860/18
**soon [1]** 2888/1
**sooner [1]**
2877/14
**sorry [4]** 2852/8
2853/5 2853/16

**S**

**sorry... [1]** 2879/17
**sort [10]** 2838/13
2838/16 2843/6
2848/14 2858/1
2881/9 2881/17
2882/4 2882/8
2887/20
**sounds [1]** 2865/18
**source [1]** 2872/1
**space [2]** 2861/14 2862/1
**speak [3]** 2876/8
2879/11 2880/11
**speaking [3]** 2838/10 2844/16 2859/11
**special [4]** 2833/13 2838/12 2859/7 2859/24
**specialize [2]** 2837/20 2868/24
**specifically [1]** 2881/7
**spell [3]** 2837/6
2857/6 2865/10
**spent [3]** 2860/2
2865/22 2866/4
**spoken [1]** 2850/23
**spot [1]** 2877/12
**square [1]** 2850/1
**staff [2]** 2868/15 2869/18
**stand [6]** 2836/10
2836/20 2842/7
2864/21 2875/8
2885/14
**standing [2]** 2856/9 2864/24
**Stansell [3]** 2864/20 2865/12 2873/19
**Stansell-Gamm [3]** 2864/20
2865/12 2873/19
**start [3]** 2844/5
2865/20 2880/10
**started [3]** 2836/3
2860/25 2884/8
**starting [3]** 2838/1 2841/22

**state [5]** 2837/5
2848/9 2857/6
2865/10 2871/7
**Stated [1]** 2865/24
**statements [1]** 2888/22
**STATES [7]** 2833/1 2833/2
2833/9 2833/12
2858/6 2863/16
2873/24
**stayed [2]** 2858/18 2860/17
**steer [1]** 2877/13
**stenographic [1]** 2890/5
**stent [1]** 2858/12
**step [3]** 2856/5
2856/8 2864/23
**Stevens [7]** 2856/4 2857/4
2857/7 2857/8
2857/10 2863/1
2863/11
**still [5]** 2860/4
2874/5 2883/22
2886/22 2887/1
**stock [1]** 2875/1
**stop [1]** 2866/15
**stories [2]** 2870/16 2874/2
**story [1]** 2875/16
**straight [1]** 2858/11
**Street [1]** 2833/14
**strong [3]** 2860/1
2861/3 2874/7
**stronger [1]** 2881/15
**studying [1]** 2858/13
**Subcommittee [1]** 2880/4
**subgroup [4]** 2871/6 2871/9
2871/20 2872/2
**subject [11]** 2845/21 2848/11
2849/1 2875/16
2875/17 2877/23
2879/3 2879/12
2884/12 2885/10

**submitted [1]** 2878/4
**subsequently [1]** 2858/17
**such [1]** 2838/16
**suggest [1]** 2885/6
**suggesting [1]** 2885/9
**summarize [1]** 2841/8
**summarized [3]** 2840/21 2841/12
2843/25
**summary [2]** 2836/3 2841/16
**supervised [1]** 2868/17
**support [2]** 2869/1 2870/9
**suppose [1]** 2879/8
**supposed [1]** 2866/24
**sure [9]** 2842/6
2857/7 2858/3
2860/4 2864/12
2865/22 2869/8
2876/24 2878/17
**SUSSMANN [33]** 2833/5 2839/3
2843/2 2843/10
2843/15 2844/19
2845/2 2846/20
2847/21 2848/2
2848/2 2848/11
2849/15 2849/19
2852/15 2853/14
2853/24 2855/23
2859/1 2862/13
2863/22 2868/2
2868/11 2868/22
2872/9 2873/2
2873/8 2874/7
2877/7 2878/2
2880/8 2880/12
2885/11
**Sussmann's [6]** 2841/5 2841/24
2842/18 2859/9
2878/23 2880/3
**sustained [1]** 2884/23

**swept [1]** 2870/18
**Switzerland [2]** 2857/15 2857/21
**sworn [2]** 2856/10 2857/24
**system [1]** 2872/3
**systems [1]** 2872/8

**T**

**table [1]** 2873/24
**Tables [1]** 2861/23
**take [27]** 2841/21
2844/3 2844/21
2845/18 2846/1
2846/18 2847/1
2847/15 2847/23
2848/7 2848/13
2849/12 2849/13
2858/1 2864/13
2866/13 2872/11
2872/24 2874/25
2874/25 2875/7
2876/16 2876/22
2876/25 2880/6
2883/23 2885/14
**talk [3]** 2848/23
2853/8 2888/23
**talked [1]** 2861/10
**target [1]** 2847/19
**task [2]** 2866/23
2872/2
**teach [1]** 2866/6
**technology [4]** 2861/19 2869/11
2871/6 2871/19
**teen [1]** 2860/16
**tell [4]** 2848/24
2869/18 2874/4
2887/5
**telling [2]** 2881/6
2881/13
**tempered [1]** 2870/14
**terms [1]** 2878/21
**terrific [1]** 2870/21
**testified [1]** 2880/8
**testify [4]** 2878/2
2878/24 2887/9

**testimony [16]** 2836/24 2854/20
2856/12 2864/16
2865/2 2874/16
2874/20 2875/13
2877/7 2878/23
2879/16 2880/3
2880/7 2885/11
2887/18 2888/13
**tethered [1]** 2885/23
**than [6]** 2870/14
2877/14 2877/18
2881/15 2883/7
2885/1
**thank [21]** 2845/8
2848/3 2850/16
2851/2 2854/15
2854/19 2854/21
2856/18 2863/1
2864/11 2864/15
2864/17 2865/7
2870/12 2873/18
2874/1 2874/17
2874/19 2880/24
2883/18 2889/1
**Thankfully [1]** 2848/3
**Thanks [1]** 2850/17
**that [213]**
**that's [20]** 2836/12 2837/21
2843/24 2848/8
2852/15 2854/15
2857/18 2858/19
2862/17 2864/2
2864/10 2867/13
2868/1 2868/9
2876/12 2877/25
2878/7 2883/15
2885/9 2887/25
**their [4]** 2862/4
2870/21 2877/12
2877/16
**them [11]** 2847/8
2848/23 2862/4
2869/19 2871/9
2872/16 2874/3
2877/6 2877/7
2879/19 2888/1
**then [29]** 2842/24
2843/7 2843/22

**T**

**then... [26]**
2846/1 2848/15
2849/22 2852/25
2855/19 2858/11
2858/20 2858/21
2858/24 2860/7
2861/6 2861/13
2862/12 2865/23
2866/8 2867/22
2868/7 2869/7
2877/4 2879/9
2879/16 2883/15
2884/19 2885/25
2886/7 2888/23
**there [43]**
2837/12 2842/12
2842/14 2843/5
2843/23 2844/22
2847/10 2848/3
2851/14 2852/9
2852/9 2855/8
2855/18 2855/18
2855/19 2858/6
2858/10 2858/14
2860/3 2860/25
2866/7 2866/20
2866/21 2869/23
2871/17 2872/17
2873/13 2874/4
2875/20 2875/20
2875/24 2876/20
2876/24 2877/13
2877/14 2877/23
2882/2 2884/12
2884/14 2884/22
2885/5 2885/21
2886/17
**there's [5]**
2842/24 2850/1
2851/14 2855/21
2886/7
**these [6]** 2838/23
2839/7 2842/18
2852/23 2867/7
2871/17
**they [31]** 2836/5
2838/11 2838/12
2842/5 2845/17
2850/8 2854/24
2855/5 2855/16
2860/16 2862/3
2862/7 2864/9
2867/2 2867/15

2869/2 2869/18
2869/19 2870/20
2870/20 2871/8
2871/23 2872/2
2872/8 2872/18
2872/19 2874/4
2875/15 2877/12
2885/4 2885/5
**thing [6]** 2837/23
2838/18 2871/20
2875/12 2881/14
2882/6
**things [9]** 2836/5
2838/16 2857/14
2862/1 2871/22
2872/18 2875/8
2876/25 2882/3
**think [24]**
2836/21 2841/22
2842/5 2842/5
2843/22 2843/24
2844/21 2847/23
2848/14 2849/17
2851/6 2867/8
2868/1 2869/25
2875/2 2876/2
2876/23 2878/10
2884/11 2887/11
2887/15 2888/13
2888/13 2888/18
**thinking [1]**
2879/6
**third [3]** 2847/24
2849/14 2855/21
**this [80]**
**Thomson [2]**
2857/12 2861/20
**those [25]**
2838/10 2838/11
2838/14 2839/2
2839/3 2840/6
2840/8 2840/11
2840/20 2840/21
2841/8 2842/15
2842/19 2842/25
2843/1 2843/4
2846/3 2849/2
2849/24 2850/8
2869/8 2870/16
2871/7 2883/19
2887/16
**thought [2]**
2881/13 2881/23
**thoughts [2]**

2869/19 2870/20
**threat [5]** 2844/14
2845/7 2846/6
2846/10 2846/13
**threatening [1]**
2845/3
**three [16]**
2838/13 2838/15
2839/2 2842/19
2847/7 2847/8
2850/2 2850/8
2850/9 2859/10
2859/21 2862/17
2866/7 2866/10
2870/21 2878/25
**through [11]**
2848/23 2851/16
2859/6 2860/11
2864/5 2864/8
2865/21 2876/10
2887/3 2887/12
2887/16
**throw [1]** 2869/8
**Thursday [2]**
2846/5 2847/11
**till [1]** 2836/16
**time [31]** 2841/15
2848/18 2852/17
2853/6 2855/24
2858/14 2858/22
2858/24 2859/8
2859/20 2859/25
2860/2 2860/8
2860/10 2860/23
2861/1 2861/11
2861/17 2862/17
2862/18 2866/15
2868/5 2870/10
2870/12 2872/4
2873/8 2874/4
2879/22 2881/24
2882/1 2883/4
**times [3]** 2869/3
2885/5 2886/8
**title [2]** 2837/15
2847/18
**titled [1]** 2844/14
**to/from [1]**
2844/8
**today [6]** 2838/7
2848/3 2862/17
2877/5 2883/24
2884/11
**together [4]**

2887/19 2888/11
2869/23 2870/20
**told [6]** 2838/24
2838/25 2855/17
2874/6 2881/4
2882/16
**tomatoes [1]**
2869/8
**tomorrow [4]**
2877/6 2883/24
2888/4 2888/23
**ton [1]** 2854/10
**too [2]** 2844/8
2868/24
**took [4]** 2842/17
2843/18 2860/1
2860/11
**top [5]** 2844/7
2847/7 2847/12
2848/15 2849/6
**topics [1]** 2885/9
**towards [1]**
2879/6
**trace [1]** 2871/25
**tragedy [2]**
2869/22 2870/15
**training [2]**
2869/10 2869/11
**transcript [3]**
2833/8 2890/5
2890/6
**transferring [1]**
2858/9
**Treasury [1]**
2858/24
**treated [1]** 2870/5
**treaty [2]** 2872/15
2872/21
**tremendously [1]**
2872/23
**trial [5]** 2833/8
2837/21 2854/9
2878/13 2887/17
**triple [2]** 2842/10
2843/12
**trips [1]** 2860/13
**Trisha [1]** 2853/1
**trivially [1]**
2867/12
**true [1]** 2890/4
**truly [3]** 2836/23
2856/11 2865/1
**trustworthy [1]**
2861/25

**truth [9]** 2836/25
2836/25 2836/25
2856/13 2856/13
2856/13 2865/3
2865/3 2865/3
**truthful [1]**
2873/15
**truthfulness [3]**
2862/15 2873/10
2873/13
**try [1]** 2866/23
**trying [2]** 2871/25
2877/17
**Tuesday [2]**
2879/10 2879/13
**tumor [1]** 2870/4
**turn [3]** 2848/6
2860/5 2871/1
**turned [2]** 2861/3
2861/23
**twice [1]** 2885/5
**two [12]** 2836/5
2837/13 2838/14
2846/3 2847/10
2849/2 2849/24
2850/6 2855/18
2855/24 2859/10
2887/13
**type [2]** 2839/1
2855/22
**typically [1]**
2885/19

**U**

**U.S [6]** 2833/24
2848/20 2858/21
2871/12 2872/8
2872/12
**UFOUO [1]**
2847/19
**Uh [1]** 2871/4
**Uh-huh [1]**
2871/4
**ultimately [3]**
2858/8 2859/8
2887/3
**unclassified [4]**
2844/15 2845/21
2845/22 2847/18
**Unclassified/FOU
O [1]** 2845/21
**uncomfortable [1]**
2882/7
**under [11]** 2837/1

## U

**under... [10]**
2837/13 2842/20
2844/25 2846/3
2847/6 2847/12
2856/14 2865/4
2875/14 2877/21
**undergrad [1]**
2858/10
**understand [4]**
2837/24 2852/10
2867/1 2876/3
**understanding [2]**
2849/16 2859/21
**Understood [4]**
2852/19 2863/9
2886/19 2888/25
**unique [1]**
2859/19
**unit [3]** 2866/19
2867/21 2867/25
**UNITED [8]**
2833/1 2833/2
2833/9 2833/12
2858/6 2863/16
2865/23 2873/23
**universities [1]**
2867/1
**University [3]**
2858/9 2858/12
2858/13
**unnecessary [1]**
2877/15
**until [3]** 2862/8
2877/6 2882/4
**unworkable [1]**
2871/13
**up [26]** 2844/6
2845/9 2849/6
2851/3 2851/25
2852/8 2852/20
2856/5 2856/8
2858/8 2858/22
2858/22 2864/23
2869/7 2869/8
2870/7 2872/19
2875/20 2876/16
2878/11 2880/5
2880/10 2882/17
2882/21 2884/19
2885/11
**upbringing [1]**
2860/10
**upfront [1]**

**us [18]** 2847/24
2848/16 2858/1
2858/1 2866/20
2867/1 2867/14
2867/16 2867/22
2869/3 2870/7
2870/12 2872/6
2873/13 2874/6
2876/2 2876/25
2877/14
**used [4]** 2859/22
2861/24 2878/13
2881/15

## V

**vacationing [1]**
2869/23
**various [2]**
2842/12 2869/3
**varying [1]**
2843/5
**vein [1]** 2886/20
**versa [1]** 2860/2
**very [26]** 2837/17
2848/13 2851/2
2854/19 2859/20
2861/3 2864/11
2864/15 2864/22
2866/18 2866/19
2866/21 2867/15
2867/17 2868/21
2869/12 2869/17
2871/11 2871/17
2871/18 2872/6
2872/6 2874/3
2874/19 2878/16
2888/12
**veterans [1]**
2858/22
**vice [1]** 2860/1
**vicissitudes [1]**
2870/24
**views [1]** 2887/19
**visibility [1]**
2845/5
**volatile [1]**
2881/11

## W

**wait [4]** 2836/11
2836/11 2836/16
2882/4
**walk [1]** 2865/21

**want [16]** 2836/6
2838/3 2842/6
2849/12 2871/1
2876/16 2876/25
2878/16 2879/11
2879/22 2881/5
2882/6 2882/17
2887/7 2888/11
2888/13
**wanted [6]**
2853/21 2855/5
2869/18 2881/19
2883/16 2885/13
**wants [1]** 2886/3
**was [127]**
**Washington [5]**
2833/14 2833/25
2858/3 2858/11
2883/4
**wasn't [1]**
2882/18
**WATKINS [3]**
2833/19 2837/11
2837/14
**ways [2]** 2870/15
2871/16
**we [116]**
**we'd [3]** 2877/1
2877/2 2877/5
**we'll [6]** 2836/4
2855/7 2855/11
2879/19 2880/6
2885/12
**we're [9]** 2839/8
2865/20 2875/7
2876/13 2876/23
2877/17 2883/23
2885/17 2888/3
**we've [2]** 2839/8
2850/23
**Web [1]** 2866/21
**welcome [3]**
2836/14 2864/23
2874/3
**well [14]** 2839/9
2845/16 2847/21
2848/17 2853/1
2859/15 2861/24
2864/22 2867/15
2873/5 2883/20
2886/21 2886/22
2887/18
**went [11]** 2851/16
2853/14 2853/24

**were [47]** 2838/7
2838/10 2838/11
2838/11 2838/15
2838/15 2838/23
2838/24 2838/24
2840/17 2845/17
2847/8 2847/10
2849/23 2850/9
2852/9 2853/24
2855/18 2855/18
2855/19 2859/9
2863/8 2866/16
2866/20 2866/21
2866/24 2867/15
2867/18 2867/20
2867/21 2868/2
2868/7 2868/20
2868/21 2868/24
2869/6 2869/19
2870/20 2871/17
2871/24 2872/8
2877/15 2878/2
2878/4 2878/23
2885/9 2886/2
**WFO [1]** 2845/1
**WFO/CY-3 [1]**
2845/1
**what [55]** 2837/16
2837/17 2838/10
2838/24 2840/6
2840/24 2841/1
2841/21 2841/25
2842/6 2842/15
2842/25 2843/7
2843/13 2844/7
2844/11 2848/9
2848/24 2851/11
2855/5 2856/24
2857/10 2859/11
2860/6 2860/19
2861/10 2861/22
2865/14 2865/25
2866/3 2866/16
2866/24 2867/3
2867/6 2868/22
2869/15 2871/13
2874/6 2874/10
2876/2 2876/18
2877/17 2878/19
2880/19 2880/21

**2880/21 2881/23**
2882/5 2883/12
2883/12 2884/6
2885/12 2886/1
2886/18 2888/14
**what's [8]**
2837/14 2837/19
2845/19 2847/16
2853/18 2862/13
2873/9 2888/15
**whatever [2]**
2869/2 2886/9
**whatsoever [1]**
2887/6
**when [21]**
2838/23 2843/10
2843/15 2852/15
2855/16 2861/18
2862/7 2868/2
2870/1 2870/18
2870/20 2872/9
2873/13 2875/9
2880/8 2880/16
2882/2 2882/3
2882/23 2884/17
2887/21
**where [13]**
2837/10 2843/19
2857/20 2858/8
2861/20 2862/1
2868/1 2875/1
2875/8 2884/8
2886/11
**whereby [1]**
2862/7
**whether [8]**
2853/14 2863/7
2876/24 2881/19
2886/1 2887/21
2888/3 2888/4
**which [18]** 2839/3
2842/4 2843/9
2848/14 2849/1
2849/23 2850/3
2850/6 2857/15
2858/5 2860/14
2861/18 2869/13
2870/15 2872/3
2872/23 2880/3
2887/3
**while [5]** 2858/13
2859/6 2859/19
2864/9 2885/15

2909

## W

**white [1]** 2843/10
**who [17]** 2846/15
2855/19 2855/25
2859/23 2867/1
2867/14 2867/16
2867/25 2868/17
2869/19 2869/25
2870/18 2876/7
2880/11 2887/5
2887/7 2887/14
**whole [3]** 2836/25
2856/13 2865/3
**whose [1]**
2862/22
**why [6]** 2836/2
2837/21 2838/3
2850/4 2854/25
2879/15
**Wide [1]** 2866/21
**wife [1]** 2870/18
**will [19]** 2836/18
2836/24 2838/1
2845/4 2846/6
2846/10 2846/13
2846/16 2855/25
2856/1 2856/12
2865/2 2875/9
2877/10 2879/18
2880/9 2886/13
2888/21 2889/5
**wings [1]** 2858/20
**without [3]**
2861/7 2861/8
2887/4
**witness [16]**
2834/2 2836/3
2836/18 2839/5
2855/17 2855/22
2855/22 2855/24
2855/25 2877/8
2884/25 2885/4
2886/15 2886/16
2887/3 2887/12
**witnesses [5]**
2854/23 2855/3
2855/9 2855/18
2855/19
**won't [2]** 2876/25
2877/4
**wonderful [1]**
2874/5
**word [1]** 2881/15
**words [1]**

**work [10]**
2837/17 2857/12
2861/12 2861/25
2867/11 2868/18
2869/6 2869/14
2871/1 2871/14
**worked [6]**
2859/14 2859/14
2861/11 2862/1
2869/4 2871/6
**working [10]**
2858/14 2859/16
2860/25 2861/16
2862/24 2868/16
2869/6 2871/3
2872/9 2884/15
**world [3]** 2838/3
2866/21 2867/13
**would [44]**
2837/18 2838/3
2840/11 2841/15
2847/4 2848/18
2848/22 2854/8
2854/11 2855/4
2860/3 2860/11
2860/13 2861/6
2863/7 2867/16
2870/13 2870/23
2872/10 2872/11
2873/14 2877/7
2877/14 2877/18
2878/11 2878/11
2878/13 2878/14
2878/22 2879/2
2879/9 2879/12
2880/2 2880/14
2881/3 2881/14
2881/23 2883/11
2883/12 2884/24
2886/1 2887/1
2887/15 2888/7
**wouldn't [1]**
2886/12
**wrong [1]** 2882/9
**wrote [1]** 2848/2

## Y

**YAO [2]** 2833/18
2834/10
**yeah [10]** 2837/17
2859/8 2860/9
2862/11 2873/4
2876/12 2880/21

2882/18
2886/10 2886/19

**year [1]** 2866/9
**years [15]**
2837/13 2858/19
2859/10 2860/16
2862/13 2863/23
2865/17 2865/22
2866/5 2866/8
2866/10 2867/21
2872/17 2873/2
2873/5
**Yep [2]** 2844/9
2844/22
**yes [37]** 2837/2
2837/9 2838/1
2838/25 2841/10
2841/13 2842/8
2842/16 2842/22
2843/9 2844/18
2845/14 2845/25
2846/21 2846/23
2846/25 2847/5
2847/22 2849/1
2849/11 2850/13
2851/8 2851/10
2851/13 2851/15
2851/19 2853/21
2859/19 2860/22
2861/14 2862/16
2863/25 2866/15
2868/12 2875/4
2882/22 2885/17
**yesterday [2]**
2886/22 2887/12
**York [3]** 2833/20
2870/8 2886/8
**you [203]**
**you'd [3]** 2839/9
2851/6 2852/8
**you're [4]**
2837/24 2849/16
2856/2 2879/17
**you've [7]** 2854/8
2862/13 2863/22
2873/2 2873/8
2874/6 2874/7
**young [3]**
2859/20 2869/21
2870/5
**your [75]**
**yourself [1]**
2856/8

2886/10 2886/19

## Z

**Zurich [1]**
2857/21