```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
THE UNITED STATES OF AMERICA,
                                      Criminal Action No.
                Plaintiff,            1:21-cr-00582-CRC-1
                                      Tuesday, May 31, 2022
vs.                                   9:29 a.m.

MICHAEL A. SUSSMANN,

                Defendant.
- - - - - - - - - - - - - - - - x
_____

                     TRANSCRIPT OF JURY TRIAL
          HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                   UNITED STATES DISTRICT JUDGE
_____
APPEARANCES:

For the United States:       ANDREW DeFILIPPIS, ESQ.
                             JONATHAN EDGAR ALGOR, IV, ESQ.
                             MICHAEL T. KEILTY, ESQ.
                             BRITTAIN SHAW, ESQ.
                             SPECIAL COUNSEL'S OFFICE
                             145 N Street Northeast
                             Washington, DC 20002
                             (212) 637-2231

For the Defendant:           SEAN M. BERKOWITZ, ESQ.
                             MICHAEL BOSWORTH, ESQ.
                             CATHERINE YAO, ESQ.
                             NATALIE HARDWICK RAO, ESQ.
                             LATHAM & WATKINS LLP
                             1271 Avenue of the Americas
                             New York, NY 10020
                             (212) 906-1200

Court Reporter:              Lisa A. Moreira, RDR, CRR
                             Official Court Reporter
                             U.S. Courthouse, Room 6718
                             333 Constitution Avenue, NW
                             Washington, DC  20001
                             (202) 354-3187
```

1                    P R O C E E D I N G S

2            THE COURTROOM DEPUTY:  Your Honor, this is

3    Criminal Case 21-582, *United States of America vs. Michael*

4    *A. Sussman*.

5            MR. DeFILIPPIS:  Good morning, Your Honor; Andrew

6    DeFilippis for the United States, along with Michael Keilty,

7    Jonathan Algor, Brittain Shaw, and Kori Arsenault.

8            THE COURT:  Okay.  Good morning.

9            MR. BERKOWITZ:  Good morning, Your Honor; Sean

10   Berkowitz, Michael Bosworth, Natalie Rao, and Catherine Yao

11   on behalf of Mr. Sussman, who is present.

12           THE COURT:  Good morning, everybody.  I hope

13   everyone had a chance to catch their breath over the

14   weekend.

15           The jury is present and deliberating.  We received

16   two notes at the very end of the day on Friday, which I will

17   read for the record.  Two questions in the same note.

18           The first question:  "To deliver a verdict does

19   the jury need to have consensus on each element (the 5

20   elements of offense) or just consensus on the verdict?"

21           And then second, they say they seem to be missing

22   two government exhibits, 306 and 403.

23           So as to the first question, the Court has printed

24   out a proposed response as follows:

25               "In order to reach a guilty verdict, each of you

1    must find that the government has proven all five elements
2    of the offense beyond a reasonable doubt.  In order to reach
3    a not guilty verdict, each of you must find that the
4    government has not proven one or more of the five elements
5    beyond a reasonable doubt.  You need not agree on which
6    element the government has failed to prove."
7               I think that directly answers the jury's
8    questions, unless there are any comments or suggestions.
9               MR. BERKOWITZ:  No comments from us.  I think
10   that's correct, Your Honor.
11              THE COURT:  Okay.
12              MR. DeFILIPPIS:  No, Your Honor.
13              THE COURT:  All right.  So we will send that back.
14              Our records do not have Government Exhibits 306 or
15   403 even being referenced, let alone admitted.  Do you folks
16   have a different recollection of that?
17              MR. DeFILIPPIS:  Your Honor, we don't have a
18   different record.  That's, I think, our record as well.
19              THE COURT:  Okay.
20              MR. BERKOWITZ:  I think one of the exhibits is
21   also a defense exhibit, 436.  I don't know if they have that
22   one, but I'm assuming they have them available, if they're
23   in evidence.
24              THE COURT:  Okay.  We will just let them know that
25   those exhibits are not admitted into evidence.

1           MR. BERKOWITZ:  And, Your Honor, I'm told that
2   Government Exhibit 403 is Defense Exhibit 436, which was
3   admitted into evidence.
4           It was one that likely went in as part of our
5   group admission at the end so they may not be familiar.  I
6   would ask that they be told Government Exhibit 403 is also
7   Defense Exhibit 436.
8           MR. DeFILIPPIS:  No objection, Your Honor.
9           THE COURT:  Okay.  And how about 306?  Any record
10  of that?
11          MR. BERKOWITZ:  We're trying to find it.
12          THE COURT:  Okay.
13          (Discussion off the record)
14          THE COURT:  Okay.  Well, we'll just leave it at
15  436 and not comment on the other one.
16          MR. BERKOWITZ:  Defense Exhibit 436.
17          THE COURT:  Okay.  We'll send that back, and just
18  stick around.
19          (Recess taken)
20          THE COURTROOM DEPUTY:  Your Honor, we are back on
21  the record for Criminal Case 21-582, *United States of*
22  *America vs. Michael A. Sussman.*
23          THE COURT:  All right.  Good morning, everybody.
24  We received a note at 11:05 a.m. from the foreperson
25  indicating that the jury has reached a verdict, so we will

```
 1     call them in.
 2              (Jury enters courtroom)
 3              THE COURT:  Okay.  Please be seated, everyone.
 4              Juror No. 2, you are our foreperson; is that
 5     correct?
 6              THE FOREPERSON:  Yes.
 7              THE COURT:  And I understand that the jury has
 8     reached a verdict.
 9              THE FOREPERSON:  We have.
10              THE COURT:  And is your verdict unanimous?
11              THE FOREPERSON:  Yes.
12              THE COURT:  If you could hand the verdict form to
13     Ms. Jenkins.
14              (Pause)
15              THE COURT:  Okay.  I will hand the form back to
16     you and ask you to read your verdict in open court; so
17     please stand.
18              Mr. Sussman, please stand.
19              As to Count 1 charging making A False Statement on
20     or about September 19, 2016, we the jury unanimously find
21     Michael A. Sussman...?
22              THE FOREPERSON:  Not guilty.
23              THE COURT:  Okay.  Poll the jury?
24              MR. DeFILIPPIS:  Yes.
25              THE COURT:  Juror 2, is that your individual
```

```
 1    verdict as well?
 2              JUROR NO. 2:  Yes.
 3              THE COURT:  Juror 3, is that your verdict?
 4              JUROR NO. 3:  Yes.
 5              THE COURT:  Juror 4, is that your verdict?
 6              JUROR NO. 4:  Yes.
 7              THE COURT:  Juror 5, is that your verdict?
 8              JUROR NO. 5:  Yes.
 9              THE COURT:  Juror 7, is that your verdict?
10              JUROR NO. 7:  Yes.
11              THE COURT:  Juror 8, is that your verdict?
12              JUROR NO. 8:  Yes.
13              THE COURT:  Juror 9, is that your verdict?
14              JUROR NO. 9:  Yes.
15              THE COURT:  Juror 11, is that your verdict?
16              JUROR NO. 11:  Yes.
17              THE COURT:  Juror 12, is that your verdict?
18              JUROR NO. 12:  Yes.
19              THE COURT:  Juror 13?
20              JUROR NO. 13:  Yes.
21              THE COURT:  Juror 15?
22              JUROR NO. 15:  Yes.
23              THE COURT:  And Juror 16?
24              JUROR NO. 16:  Yes.
25              THE COURT:  Okay.  Please be seated.
```

1             Ladies and gentlemen of the jury, thank you very
2    much for your service.  Your service is discharged.  I will
3    dismiss you back into the jury room.
4             It is my practice to go back and thank each of you
5    personally.  If you would like to wait for two or three
6    minutes for me to do that, I will.  If not, you are free to
7    go.
8             Again, thank you very much for your service.
9             (Jury exits courtroom)
10            THE COURT:  All right.  The Court will direct the
11   clerk to record the verdict, and Mr. Sussman, you are
12   excused from all of your pretrial conditions.
13            THE DEFENDANT:  Thank you, Your Honor.
14            THE COURT:  You're welcome.
15            Have a seat.  We're adjourned.
16                 (Whereupon the hearing was
17                  concluded at 11:59 a.m.)

**CERTIFICATE OF OFFICIAL COURT REPORTER**

        I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

    Dated this 31st day of May, 2022.

/s/Lisa A. Moreira, RDR, CRR
Official Court Reporter
United States Courthouse
Room 6718
333 Constitution Avenue, NW
Washington, DC 20001